UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

ZHU FENG,
    also known as "Johnny Zhu,"

HU JI,
LI MINJUN,
HONGRU JIN,
ZHU YONG,

    also known as "Jason Zhu,"

MICHAEL MCMAHON,
RONG JING and
ZHENG CONGYING,
                Defendants.

-----------------------------------------------------------------------x

**CONSENT TO CHANGE ATTORNEY**

Case No.: 20-MJ-1025 (PK)

IT IS HEREBY CONSENTED THAT

    KEVIN KERVENG TUNG, P.C. is substituted as attorneys of record for defendant Zhu Yong in the above-entitled action in place and instead of the DEMIDCHIK LAW FIRM as the date hereof.

    The facsimile copy shall constitute the original document for all purpose.

Dated: Queens, New York
       February 5, 2021

| KEVIN KEKRVENG TUNG, P.C. | DEMIDCHIK LAW FIRM |
|---|---|
| Attorneys for Defendant Zhu Yong | Attorneys for Defendant Zhu Yong |
| (In Coming Attorneys) | (Outgoing Attorneys) |
| By: Kevin K. Tung, Esq. | By: Kevin E. Morgan, Esq. |

1

Queens Crossing Business Center  136-18 39th Avenue, 8th Floor
136-20 38th Avenue, Suite 3D  Flushing, NY 11354
Flushing, NY 11354  (866) 880-8888
(718) 939-4633

I hereby consent to the above Change of Attorneys

_____
Zhu Yong, Defendant

Sworn to before me this 5th day of February, 2021

_____
Notary Public

ANDREW D SOLOMON
Notary Public - State of New York
NO. 02SO6108879
Qualified in Queens County
My Commission Expires 5/10/24

2