

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/JMH/EHS
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 2, 2021

<u>By Email and USAFx</u>

Kevin K. Tung
c/o Kevin Kerveng Tung PC
136-20 38th Avenue, Suite 3D
Flushing, New York 11354

   Re: United States v. Yong Zhu
     <u>Criminal Docket No. 21-265 (PKC)</u>

Dear Counsel:

  Enclosed please find the following additional discovery in accordance with the government's discovery obligations:

| Description | Begin Bates | End Bates |
|---|---|---|
| China Daily webpage | YZ-002458 | YZ-002458 |
| SMS and MMS messages | YZ-002459 | YZ-002475 |
| Cathay Bank records | YZ-002476 | YZ-002508 |
| Citibank records | YZ-002509 | YZ-002713 |
| Discover Bank records | YZ-002714 | YZ-003099 |
| Discover Bank records | YZ-003100 | YZ-003202 |
| Equifax records | YZ-003203 | YZ-003212 |

| Description | Begin Bates | End Bates |
|---|---|---|
| GTA records | YZ-003213 | YZ-003306 |
| Guam Department of Revenue and Taxation records | YZ-003307 | YZ-003313 |
| JP Morgan Chase & Co. records | YZ-003314 | YZ-003926 |
| JP Morgan Chase & Co. records | YZ-003927 | YZ-004161 |
| Lycamobile records | YZ-004162 | YZ-004162 |
| New York State Department of Motor Vehicle records | YZ-004163 | YZ-004187 |
| Pinger records | YZ-004188 | YZ-004191 |
| Law enforcement records associated with Yong Zhu | YZ-004192 | YZ-004201 |
| Electronic Messages and Draft Translation | YZ-004209 | YZ-004225 |
| uShip records | YZ-004226 | YZ-004273 & YZ-004326 |
| FBI Laboratory Report | YZ-004274 | YZ-004280 |
| FBI Laboratory Report | YZ-004281 | YZ-004286 |
| Facebook records | YZ-004287 | YZ-004289 |
| Electronic Messages and Draft Translation | YZ-004288 | YZ-004288 |
| Electronic Messages and Draft Translation | YZ-004289 | YZ-004289 |
| Electronic Messages and Draft Translation | YZ-004290 | YZ-004290 |

| Description | Begin Bates | End Bates |
|---|---|---|
| Electronic Messages and Draft Translation | YZ-004291 | YZ-004291 |
| Electronic Messages and Draft Translation | YZ-004292 | YZ-004292 |
| Electronic Messages and Draft Translation | YZ-004293 | YZ-004293 |
| Electronic Messages and Draft Translation | YZ-004294 | YZ-004294 |
| Yahoo! records | YZ-004295 | YZ-004295 |
| Yahoo! records | YZ-004296 | YZ-004296 |
| Apple records | YZ-004297 | YZ-004297 |
| Google records | YZ-004298 | YZ-004298 |
| T-Mobile records | YZ-004299 | YZ-004299 |
| Electronic communications associated with Michael McMahon | YZ-004300 | YZ-004300 |
| Apple records | YZ-004302 | YZ-004305 |
| Capital One Bank records | YZ-004306 | YZ-004306 |
| AT&T records and data | YZ-004307 | YZ-004307 |
| eBay records | YZ-004308 | YZ-004308 |
| Paypal records | YZ-004309 | YZ-004309 |
| Google records | YZ-004310 | YZ-004310 |

| Description | Begin Bates | End Bates |
|---|---|---|
| Google records | YZ-004311 | YZ-004311 |
| Lycamobile records | YZ-004312 | YZ-004312 |
| Microsoft records | YZ-004313 | YZ-004313 |
| Scottrade records | YZ-004314 | YZ-004314 |
| T-Mobile records | YZ-004315 | YZ-004315 |
| T-Mobile records | YZ-004316 | YZ-004316 |
| T-Mobile records | YZ-004317 | YZ-004317 |
| Photographs and video | YZ-004318 | YZ-004318 |
| Yahoo records | YZ-004319 | YZ-004319 |
| Yahoo records | YZ-004320 | YZ-004320 |
| T-Mobile records | YZ-004321 | YZ-004321 |
| T-Mobile records | YZ-004322 | YZ-004322 |
| Verizon records | YZ-004323 | YZ-004323 |
| Audio recording | YZ-004325 | YZ-004325 |

      The materials are being provided subject to the protective order agreed to by the parties and entered by the Court on June 18, 2021.  See ECF No. 70 ("the Protective Order"). The government considers certain of the materials produced today to constitute "sensitive discovery material" as that term is defined in the Protective Order, and has identified such

4

materials accordingly.  See Protective Order ¶¶ 7-9.").  The government reiterates its request for reciprocal discovery from the defendant.

                                    Very truly yours,

                                    BREON PEACE
                                    United States Attorney

By:    /s/ Craig R. Heeren
                                    Craig R. Heeren
                                    J. Matthew Haggans
                                    Ellen H. Sise
                                    Assistant U.S. Attorneys
                                    (718) 254-7000

Enclosures (via USAFx)
cc:    Clerk of the Court (PKC) (by ECF) (without enclosures)