

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/JMH/EHS
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 3, 2021

By Email, USAFx and FedEx

Kevin K. Tung
c/o Kevin Kerveng Tung PC
136-20 38th Avenue, Suite 3D
Flushing, New York 11354

        Re:    United States v. Yong Zhu
                 Criminal Docket No. 21-265 (PKC)

Dear Counsel:

      Enclosed please find the following additional materials, which are being produced in accordance with the government's discovery obligations:

| Description | Begin Bates | End Bates |
|---|---|---|
| Interview of co-conspirator, dated April 12, 2017 | YZ-004327 | YZ-004328 |
| Interview of co-conspirator, dated November 9, 2017 | YZ-004329 | YZ-004343 |
| Interview of co-conspirator, dated June 21, 2018 | YZ-004344 | YZ-004345 |
| Statements made by co-conspirator on or about October 28, 2020 | YZ-004346 | YZ-004350 |
| Recordings of statements made by co-conspirator on or about October 28, 2020 | YZ-004351 | YZ-004351 |
| Google data and records | YZ-004352 | YZ-004352 |

| Description | Begin Bates | End Bates |
|---|---|---|
| Apple iCloud data and records[1] | YZ-004353 | YZ-004353 |

Due to the volume of data, we will be producing a portion of these materials via hard drive through the mail.

The materials are being provided subject to the protective order agreed to by the parties and entered by the Court on June 18, 2021.  See ECF No. 70 ("the Protective Order"). The government considers **all** of the materials produced today to constitute "sensitive discovery material" as that term is defined in the Protective Order, and has identified such materials accordingly.  See Protective Order ¶¶ 7-9.  The government reiterates its request for reciprocal discovery from the defendant.

        Very truly yours,

        BREON PEACE
        United States Attorney

By:    /s/ Craig R. Heeren
        Craig R. Heeren
        J. Matthew Haggans
        Ellen H. Sise
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures (via USAFx)
cc:    Clerk of the Court (PKC) (by ECF) (without enclosures)

---

[1] Some of this data has been previously produced to you, and is being reproduced for your convenience.