

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/MAA/IC  
F. #2017R00906

271 Cadman Plaza East  
Brooklyn, New York 11201

March 13, 2023

<u>By ECF and Email</u>

The Honorable Pamela K. Chen  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:    <u>United States v. Hu Ji, et al.</u>  
             <u>Criminal Docket No. 21-265 (S-1) (PKC)</u>

Dear Judge Chen:

      The government writes with regard to the Court's Order, dated March 6, 2023, which directed the government to confer with relevant parties and advise the Court by March 13 whether the government anticipates needing a hearing pursuant to Section 6(a) of the Classified Information Procedures Act ("CIPA"). The government does not anticipate needing a hearing pursuant to CIPA Section 6(a) unless the relevant defendant files a notice pursuant to CIPA Section 5(a). Should the defendant determine that Section 5(a) notice is necessary, the government and relevant defendant jointly propose the following schedule:

| Item | Deadline |
|---|---|
| Defendant's CIPA Section 5(a) Notice | March 27, 2023 |
| Government's Response to CIPA Section 5(a) Notice | April 4, 2023 |
| Defendant's Motion on Relevance and Admissibility of Materials Identified in CIPA Section 5(a) Notice | April 10, 2023 |
| Government's Response to Relevance and Admissibility Motion | April 17, 2023 |
| CIPA Section 6(a) Hearing | Week of April 24, 2023 |

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

By:    /s/ Craig R. Heeren
                                    Craig R. Heeren
                                    Meredith A. Arfa
                                    Irisa Chen
                                    Assistant U.S. Attorneys
                                    (718) 254-7000

cc:       Clerk of Court (PKC) (by ECF)