UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

                    Plaintiff,

  -against-

HU JI,
LI MINJUN,
TU LAN,
ZHU FENG,
      also known as "Johnny Zhu,"
KUANG ZEBIN
MICHAEL MCMAHON
ZHUAI YONGQIANG
ZHENG GONGYING AND
ZHU YONG,
      also known as "Jason Zhu,"

                    Defendants.

------------------------------------------------------------------x

Index No:21-CR-265 (PKC)

**NOTICE OF MOTION TO EXCLUDE STATEMENTS AND ECIDENCE OBTAINED IN VIOLATION OF DEFENDANT'S MIRANDA RIGHTS**

TO: All Counsel of Record:

    **PLEASE TAKE NOTICE** that Defendant Zhu Yong, by and through his counsel, KEVIN KERVENG TUNG, P.C. (Kevin K. Tung, Esq. appearing), shall move before the Honorable Pamela K. Chen, United States District Judge for the Eastern District of New York, at 225 Casman Plaza East, Brooklyn, New York 11201, on a date to be set by the Court, for the entry of an order granting Defendant Zhu Yong's Motion in limine to Exclude Statements and Evidence Obtained In Violation of Defendant's Miranda Rights.

    **PLEASE TAKE FURTHER NOTIC**E that in support of this motion, defendant Zhu Yong shall rely upon the accompanying Memorandum of Law in Support of Defendant's Zhu Yong's Motion in Limine to exclude statements and evidence filed herewith.

Dated: April 10, 2023

1

Respectfully submitted.

KEVIN KERVENG TUNG, P.C.
Attorneys for the defendant Zhu Yong

_____
By: Kevin K. Tung, Esq. (KT-1478)
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354
(718) 939-4633

2