UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>HI JI,<br>LI MINJUN,<br>TU LAN,<br>ZHU FENG,<br>        also known as "Johnny Zhu,"<br>KUANG ZEBIN,<br>        also known as "Vincent Kuang,"<br>MICHAEL MCMAHON,<br>ZHAI YONGQIANG,<br>ZHENG CONGYING and<br>ZHU YONG,<br>        also known as "Jason Zhu,<br><br>                    Defendants. | Case No. 1:21-cr-00265 (PKC) (S-1)<br><br>*Filed electronically* |

## **PROPOSED VOIR DIRE OF DEFENDANT ZHU YONG**

In addition to any standard questions that the Court would ask, defendant Zhu Yong, a.k.a, Jason Zhu would respectfully request that the Court ask the following questions, if they are not otherwise included and follow up, if necessary, privately (*e.g.*, at side bar):

1.      In this case, Defendants are accused of acting as an agent on behalf of the People's Republic of China without registering with the Attorney General of the United States.  As we gather here today, it is crucial that we acknowledge the current state of the relationship between the United States and People's Republic of China.  At this moment in time, the relationship is at a low point, marked by tensions and disagreements on a range of complex and sensitive issues.  Under those circumstances, do you think you still can be impartial to render a determination whether the defendants had committed a crime of being an agent for the People's Republic of China?

2.      Under this charged atmosphere of international tension, can you still recognize that the Defendant Yong Zhu, being a citizen of the People's Republic of China, is presumed to be an individual, which is different from the government of the People's Republic of China?

3. Under this charged atmosphere of international tension, do you have an opinion regarding the current relationship between the People's Republic of China and the United States, if so, would your opinion regarding the relationship between China and United States affect your impartiality to render a verdict.

4. Do you believe that the current tensions between the United States and China could unfairly influence your opinion or decision in this case?

5. Do you have any biases or prejudices towards individuals of Chinese origin that could impact your impartiality to render an impartial verdict? In other words, can you set aside any biases or prejudices you may have towards the Chinese government and focus solely on the evidence presented in this case?

6. Have you ever visited China or do you have any personal or professional connections to individuals or organizations based in China? How might this impact your ability to be impartial in this case?

7. Do you believe that individuals accused if crimes related to national security or espionage should be held to a higher standard of proof, or should they be entitled to the same presumption of innocence as anyone else?

8. Can you describe your general feelings towards the Chinese government and its policies? How do you plan to separate these feelings from your role as a juror in this case?

9. Have you ever read or watched media coverage of tis case prior to being called for jury duty? If so, can you describe what you have seen or heard, and do you think this would impact your ability to render an impartial verdict?

10. Have you or anyone you know been affected by the US-China trade war? If so, do you think this would impact your ability to be impartial in this case?

11. Can you differentiate between Defendant Yong Zhu as an individual and the Chinese government in this case?

12. Can you differentiate between a request for a private favor and the assignment of a job from a government official

Respectfully submitted,

KEVIN KERVENG TUNG, P.C.

By: _____
Kevin K. Tung, Esq.
*Attorneys for Defendant*
*Zhu Yong*

Date: May 4, 2023

2