**DOCKET NUMBER:** 21-cr-265 (PKC)

**CRIMINAL CAUSE FOR** Jury Selection

**BEFORE CHERYL L. POLLAK, U.S.M.J.**  **DATE:** 5/23/2023  **TIME IN COURT:**

**DEFENDANT'S NAME:** Michael McMahon, Yong Zhu, Congying Zheng

x  Present       ___ Not Present       ___ Custody       x  Not Custody

**DEFENSE COUNSEL:** Lawrence Lustberg, Genna Conti (McMahon);
Kevin Tung (Zhu);
Paul Goldberger, Renee Wong (Zheng)

___ Federal Defender       ___ CJA       x  Retained

**A.U.S.A.:** Craig Heeran, Meredith Arfa, Christine Bonomo, Irisa Chen, Christopher Bruno

**PRETRIAL/PROBATION:** n/a

X  **COURT REPORTER**       ___ **ESR OPERATOR** Michelle Lucchese       **LOG:** 9:31am–1:15 pm

**INTERPRETER:** Una Wilkinson, Jianhung Mai       **LANGUAGE:** Mandarin

___ Arraignment
___ Change of Plea Hearing (~*Util-Plea Entered*)
___ In Chambers Conference
___ Pre-Trial Conference
___ Initial Appearance
___ Status Conference
___ Telephone Conference
x  Jury Selection
___ Motion Hearing – evidentiary
___ Other Hearing:

___ Revocation of Probation – non-contested
___ Revocation of Probation – contested
___ Sentencing – non-evidentiary
___ Sentencing – contested
___ Revocation of Supervised Rel. – evidentiary
___ Revocation of Supervised Rel. – non-evidentiary
___ Voir Dire Begun
___ Voir Dire Held

___ Case called
___ Defendant:       Sworn       Informed of Rights
___ Defendant consents to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
___ Waiver of Indictment Executed
___ Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty as Stated on the Record
___ Court Finds Factual Basis for the Plea
___ Sentencing Set for:
___ Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find that the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
___ Order of Excludable Delay Entered:   From _____   To _____
___ Order of Temporary Detention Entered

**TEXT**

AUSA's Craig Heeran, Meredith Arfa, Irisa Chen, Trial Attorney Christine Bonomo, Special Agent Christopher Bruno, and Paralegal Mary-Clare McMahon present for the government. Attorneys Lawrence Lustberg and Genna Conti for defendant McMahon; attorneys Paul Goldberger and Renee Wong for defendant Zheng; attorney Kevin Tung for defendant Zhu. Interpreters present. Defendants present. Voir dire held. Parties exercised peremptory challenges. Jurors seated and instructed regarding trial.

Case 1:21-cr-00265-PKC   Document 230   Filed 05/23/23   Page 2 of 3 PageID #: 2394

**UTILITIES**

| | | | |
|---|---|---|---|
| _____ | ~Util-Plea Entered | _____ | ~Util-Add/Terminate Attorneys |
| _____ | ~Util-Exparte Matter | _____ | ~Util-Terminate Parties |
| _____ | ~Util-Set/Reset Deadlines | _____ | ~Util-Indictment Unsealed |
| _____ | ~Util-Set/Reset Hearings | _____ | ~Util-Information Unsealed |
| _____ | ~Util-Set/Reset Deadlines/Hearings | _____ | ~Util-Bond Set/Reset |
| _____ | ~Util-Terminate Motions | _____ | ~Util-Set/Reset Mot./R&R Deadlines/Hearings |