DRAFT 6/12/2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                 **VERDICT FORM**

   - against -          21-CR-265 (S-1) (PKC)

MICHAEL MCMAHON,
ZHENG CONGYING, and
ZHU YONG,
   also known as "Jason Zhu,"

       Defendants.
-------------------------------------------------------X

We, the jury, find as follows:

### COUNT ONE
### Conspiracy to Act as an Agent of a Foreign Government
### Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

          Guilty _____  Not Guilty _____

As to defendant ZHENG CONGYING:

          Guilty _____  Not Guilty _____

As to defendant ZHU YONG:

          Guilty _____  Not Guilty _____

### COUNT TWO
### Acting as an Agent of a Foreign Government
### Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

          Guilty _____  Not Guilty _____

As to defendant ZHENG CONGYING:

          Guilty _____  Not Guilty _____

DRAFT 6/12/2023

As to defendant ZHU YONG:

          Guilty _____  Not Guilty _____

## COUNT THREE
### Conspiracy to Engage in Interstate Stalking

As to defendant MICHAEL MCMAHON:

          Guilty _____  Not Guilty _____

As to defendant ZHENG CONGYING:

          Guilty _____  Not Guilty _____

As to defendant ZHU YONG:

          Guilty _____  Not Guilty _____

## COUNT FOUR
### Interstate Stalking

As to defendant MICHAEL MCMAHON:

          Guilty _____  Not Guilty _____

As to defendant ZHENG CONGYING:

          Guilty _____  Not Guilty _____

As to defendant ZHU YONG:

          Guilty _____  Not Guilty _____

Dated: _____, 2023      _____
  Brooklyn, NY             JURY FOREPERSON