UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

MICHAEL McMAHON, YONG ZHU, and
CONGYING ZHENG,

                             Defendants.
-----------------------------------------------------------X

ORDER OF SUSTENANCE

1:21-cr-00265 (PKC)

      **It is hereby ORDERED** that the Marshal supply proper:

( )    LODGING

(X)    SUSTENANCE

( )    TRANSPORTATION

      to the (16) jurors in the above entitled case

( )    DURING SELECTION

(X)    DELIBERATING

( )    SEQUESTERED

(X)    LUNCH

( )    OTHER _____

DATED: Brooklyn, New York
           June 15, 2023

                                          s/Hon. Pamela K. Chen
                                          _____
                                          PAMELA K. CHEN
                                          UNITED STATES DISTRICT JUDGE