```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,
```
                                                  **VERDICT FORM**

     - against -                         21-CR-265 (S-1) (PKC)

```
MICHAEL MCMAHON,
ZHENG CONGYING, and
ZHU YONG,
     also known as "Jason Zhu,"

                    Defendants.
---------------------------------------------------------X
```

We, the jury, find as follows:

## COUNT ONE
### Conspiracy to Act as an Agent of a Foreign Government Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

                                    Not Guilty  ✓        Guilty _____

As to defendant ZHENG CONGYING:

                                    Not Guilty  ✓        Guilty _____

As to defendant ZHU YONG:

                                    Not Guilty _____    Guilty  ✓



COURT'S EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT.# 21CR265
DATE: 6/15/23

## COUNT TWO
### Acting as an Agent of a Foreign Government
### Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

    Not Guilty _____  Guilty \_\_✓\_\_

As to defendant ZHENG CONGYING:

    Not Guilty \_\_✓\_\_  Guilty _____

As to defendant ZHU YONG:

    Not Guilty _____  Guilty \_\_✓\_\_

## COUNT THREE
### Conspiracy to Engage in Interstate Stalking

As to defendant MICHAEL MCMAHON:

    Not Guilty _____  Guilty \_\_✓\_\_

As to defendant ZHENG CONGYING:

    Not Guilty _____  Guilty \_\_✓\_\_

As to defendant ZHU YONG:

    Not Guilty _____  Guilty \_\_✓\_\_

## COUNT FOUR
### Interstate Stalking

As to defendant MICHAEL MCMAHON:

    Not Guilty _____    Guilty  ✓_____

As to defendant ZHENG CONGYING:

    Not Guilty _____    Guilty  ✓_____

As to defendant ZHU YONG:

    Not Guilty _____    Guilty  ✓_____

Dated: June 20, 2023
Brooklyn, NY

_____
JURY FOREPERSON

3