1    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
2    --------------------------------x
                                           21-CR-265(PKC)
3    UNITED STATES OF AMERICA,
                                           United States Courthouse
4              Plaintiff,                  Brooklyn, New York

5              -against-                   June 9, 2023
                                           9:00 a.m.
6    MICHAEL MCMAHON, ET AL.,

7              Defendant.
     --------------------------------x

8
              TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
9           BEFORE THE HONORABLE PAMELA K. CHEN
                UNITED STATES DISTRICT JUDGE
10                    BEFORE A JURY

11   APPEARANCES

12   For the Government:       UNITED STATES ATTORNEY'S OFFICE
                               Eastern District of New York
13                             271 Cadman Plaza East
                               Brooklyn, New York 11201
14                             BY:  CRAIG HEEREN, AUSA
                                    MEREDITH ARFA, AUSA
15                                  IRISA CHEN, AUSA

16                             DEPARTMENT OF JUSTICE
                               NATIONAL SECURITY DIVISION
17                             950 Pennsylvania Avenue NW
                               Washington, D.C., 20530
18                             BY:  CHRISTINE ANN BONOMO, ESQ.

19
     For Defendant McMahon:    GIBBONS P.C.
20                             One Gateway Center
                               Newark, New Jersey 07102
21                             BY:  LAWRENCE S. LUSTBERG, ESQ.
                                    GENNA AUTUMN CONTI, ESQ.

22

23   Court Reporter:          Georgette K. Betts, RPR, FCRR, CCR
                               Phone:  (718)804-2777
24                             Email:  Georgetteb25@gmail.com
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription

PROCEEDINGS

1    APPEARANCES: (Cont'd.)

2    For Defendant Zheng:        GOLDBERGER & DUBIN P.C.
                                 401 Broadway, Suite 306
3                                New York, New York 10013
                                 BY:  RENEE MELINDA WONG, ESQ.

4

5    For Defendant Zhu:         KEVIN KERVENG TUNG P.C.
                                136-20 38th Avenue, Suite 3D
6                                Flushing, New York 11354
                                 BY:  KEVIN K. TUNG, ESQ.

7                                * * * * * * * *

8

9              (In open court; Jury not present.)

10             THE COURT:  Good morning everyone.  Have a seat.

11   Off the record.

12             (Discussion off the record.)

13             (The witness takes the stand.)

14             THE COURTROOM DEPUTY:  All rise.

15             (Jury enters courtroom.)

16             THE COURT:  Let's have everyone be seated except for

17   the witness, if you'll remain standing for a moment.

18             Good morning, ladies and gentlemen, I hope you had a

19   good night.  The government is going to continue with its case

20   by calling its next witness.

21             MR. HEEREN:  Thank you, your Honor.  The government

22   calls Xu Jin.  X-U J-I-N.

23             THE COURT:  Mr. Jin, we have to swear you in.

24             THE COURTROOM DEPUTY:  Please raise your right hand.

25             (Continued on next page.)

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

1383

XU JIN – DIRECT – MR. HEEREN

1   **XU JIN,** called as a witness, having been first duly

2   sworn/affirmed, was examined and testified as follows:

3            THE WITNESS:  Yes.

4            THE COURTROOM DEPUTY:  Please state and spell your

5   name for the record.

6            THE WITNESS:  Xu Jin.  X-U J-I-N.

7            MR. HEEREN:  May I proceed, your Honor?

8            THE COURT:  You may.  You may want to start off by

9   establishing his surname just so it's clear on the record.

10           MR. HEEREN:  Yes, your Honor.

11  DIRECT EXAMINATION

12  BY MR. HEEREN:

13  Q    Good morning, Mr. Xu.

14  A    Good morning.

15           MR. HEEREN:  Good morning, ladies and gentlemen.

16           THE JURY:  Good morning.

17  Q    In case it wasn't clear from my question, is Xu your

18  family name or your surname?

19  A    That's my family name.

20           THE COURT:  Madam Interpreter, can you tell the

21  witness to pull the microphone or can someone pull the

22  microphone closer to him because the chair doesn't move.

23  A    Okay.

24  Q    What is your native language?

25  A    Chinese.

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

XU JIN – DIRECT – MR. HEEREN

1  Q    And could you please move the mic just a little bit

2  closer to you, sir?

3        Do you also speak and understand –– do you speak and

4  understand any English?

5  A    Very little.

6  Q    Are you more comfortable relying on an interpreter to

7  assist you in today's proceeding?

8  A    Yes.

9  Q    Limiting your answer to the city or town and the state,

10  where did you live in 2017?

11  A    I lived in Warren, New Jersey.

12  Q    Are you married?

13  A    Yes.

14  Q    What's your spouse's name?

15  A    Liu Fang.

16        MR. HEEREN:  I'd like to publish what's been

17  previously admitted as Government's Exhibit 31.

18  Q    Do you see Government Exhibit 31 on your screen, Mr. Xu?

19  A    I see that.

20  Q    Who is this a picture of?

21  A    That's me and my wife.

22  Q    Do you have any children?

23  A    Yes.  One.

24  Q    What's your child's name?

25  A    Xu Xinzi.

XU JIN – DIRECT – MR. HEEREN

1    Q    Is that spelled X-U X-I-N-Z-I?

2    A    Yes.

3    Q    And Xinzi is her first name?

4    A    Yes.  That's her name.

5    Q    Does she go by any other names?

6    A    Her English name is Sabrina.

7    Q    I'm showing you what's been admitted as Government's

8    Exhibit 28.  If you could please publish that.

9              Who is this?

10   A    That is my daughter.

11   Q    And what state did Sabrina live in, in 2017?

12   A    California.

13             MR. HEEREN:  You can take that down now,

14   Ms. McMahon.

15   Q    How long have you resided in the United States?

16   A    Thirteen years.

17   Q    Prior to the United States, where did you live?

18   A    In Wuhan, China.

19   Q    Do you have any siblings?

20   A    I have a younger sister.

21   Q    Where does your younger sister live?

22   A    In Wuhan, Hubei, China.

23   Q    I'm showing you what's been previously admitted as

24   Government's Exhibit 27.

25             Who is this?

XU JIN – DIRECT – MR. HEEREN

1   A    That is my younger sister.

2   Q    What's her name?

3   A    Xu Qin.

4   Q    Is her surname spelled X-U Q-I-N?

5   A    Yes.

6   Q    Does your wife Liu Fang have any siblings?

7   A    She has a younger sister.

8   Q    What is her name?

9   A    Her name is Liu Yan.

10  Q    I'd like to show you what's been previously admitted as

11  Government's Exhibit 24.

12           Who is this?

13  A    Liu Yan.

14  Q    What city and state did Liu Yan live in, in 2017?

15  A    She lived in Short Hills, New Jersey.

16           MR. HEEREN:  I'd like to show you now what's been

17  previously admitted as Government's Exhibit 902H.

18           If we can please, Ms. McMahon, crop about the

19  half -- this part of the page.

20  Q    Do you recognize the location depicted in the picture in

21  902H?

22  A    Yes, I know it.

23  Q    How do you recognize it?

24  A    That's where Liu Yan lived.

25  Q    Is this where Liu Yan lived in 2017?

XU JIN – DIRECT – MR. HEEREN

1   A   Yes.

2           MR. HEEREN:  You can take that down, Ms. McMahon.

3   Q   Mr. Xu, are your parents still alive?

4   A   Yes.

5   Q   Where do they live?

6   A   In Wuhan, China.

7   Q   I'd like to show you what's been previously admitted as

8   Government's Exhibit 30.

9           Who do we see in this picture?

10  A   My father and my mother.

11  Q   What is your father and mother's names?

12  A   My father is called Cewei and my mother is called Dan

13  Yaoxian.

14          MR. HEEREN:  Could I ask the interpreter to spell

15  that please.

16          THE INTERPRETER:  Last name is Dan D-A-N, first name

17  is Yaoxian, Y-A-O-X-I-A-N.

18  Q   The question now directed at the witness, is your

19  father's names spelled X-U C-E-W-E-I?

20  A   Yes.

21  Q   How old was your mother in 2017?

22  A   Seventy-nine.

23  Q   What was your mother's health condition in April 2017?

24  A   She was not in a great health condition.  She had high

25  blood pressure.

XU JIN - DIRECT - MR. HEEREN

1   Q    How old was your father in April 2017?

2   A    Eighty-two.

3   Q    Did your father have any health issues in April 2017?

4   A    In early 2017, he underwent surgery.  In April 2017, he

5   had been having headaches.

6        MR. HEEREN:  You can close that up, Ms. McMahon.

7   Q    Mr. Xu, are you familiar with something called Operation

8   Fox Hunt?

9   A    I don't have much understanding of it, but I have seen it

10  in the media.

11  Q    What was your understanding of Operation Fox Hunt?

12  A    Based on my understanding, those were the people the

13  Chinese government wanted to arrest.

14  Q    To your knowledge, are you a target of Operation Fox

15  Hunt?

16  A    Yes.

17  Q    To your knowledge, is your wife a target of Operation Fox

18  Hunt as well?

19  A    Yes.

20  Q    I'd like to direct your attention to April 5th, 2017.

21  Did you receive a phone call from your sister-in-law, Liu Yan,

22  on that evening?

23  A    Yes.

24  Q    What did Liu Yan say on that telephone call on April 5th?

25  A    She said that my father was suddenly brought to her home

XU JIN – DIRECT – MR. HEEREN

1  by the prosecutor of the prosecutor's office in Wuhan and,

2  secondly, my father wants to see me.

3  Q    Did you expect your father to come to the United States

4  in April of 2017?

5  A    I did not expect it at all.

6  Q    Did Liu Yan tell you anything more about the officials

7  involved in bringing your father to the United States?

8  A    She said somebody by the name of Dr. Li sent him to her

9  home.

10  Q    Was a person named Dr. Li your father's regular doctor,

11  to your knowledge?

12  A    No.

13  Q    Is Dr. Li a man or a woman, if you know?

14  A    She's a lady.

15  Q    What did you decide to do after being told that your

16  father wanted to meet with you?

17  A    At the time during the phone call we decided that to let

18  my father to stay at Liu Yan's home for that evening, then we

19  will discuss further about the next day.

20  Q    Did your father spend the night of April 5th at Liu Yan's

21  house.

22  A    Yes.

23  Q    So now directing your attention to the following day,

24  April 6th, 2017, what, if anything, did you decide to do that

25  day as it relates to your father?

1390

XU JIN – DIRECT – MR. HEEREN

1  A    I decided to meet with my father at the Livingston Mall

2  near Liu Yan's home.

3  Q    What time of day did you go to the Livingston Mall to

4  meet your father?

5  A    Around between nine to 10 a.m.

6  Q    Why did you plan to -- why did you decide to have that

7  meeting at the Livingston Mall?

8  A    I considered that there must be some Chinese spies or

9  agents near Liu Yan's home and I did not want to be surveyed

10 or monitored.

11 Q    And how did meeting at a mall help with being surveilled

12 or monitored?

13 A    I think at the Livingston Mall, a commercial mall with a

14 lot foot traffic, it will be relatively safer there.  That's

15 my thought.

16 Q    Where at the mall did you end up meeting your father?

17 A    At the food court.

18 Q    And how long did you meet with your father at the food

19 court?

20 A    Less than an hour.

21 Q    What did you talk about with your father at the mall?

22 A    Mainly my father was explaining to me why he came to the

23 United States.

24 Q    And so what did he tell you?

25 A    He said he was forced by the personnel of the

XU JIN - DIRECT - MR. HEEREN

1   prosecutor's office in Wuhan.  He was requested to accompany

2   them to come to the U.S.

3   Q    Did your father say what the purpose of his trip in

4   April 2017 was?

5   A    He said that there were two purposes for him to come to

6   the U.S., that's what the officials told him.  The first one

7   was to request me to return to China with him.  And, secondly,

8   I was asked to not talk about --

9              THE INTERPRETER:  The interpreter would like to

10  repeat the answer.

11  A    And, secondly, I was asked not to speak negatively about

12  a certain leader in the U.S. before the China 19th Party

13  Congress commenced.

14  Q    Did your father say anything about who came with him on

15  this trip to the United States in April of 2017?

16  A    He said Tu Lan, who was the prosecutor of the

17  prosecutor's office in Wuhan, was leading the delegation and

18  he came -- he flew to the U.S. with Dr. Li.

19  Q    Now I believe earlier you said that your father told you

20  he was forced to come.  Can you explain what you understood

21  your father to mean when he said he was forced to come to the

22  United States?

23  A    My father told me that two months before he came, the

24  personnel of the prosecutor's office in Wuhan forced him to

25  accompany them to come to the U.S., but that my father had

XU JIN – DIRECT – MR. HEEREN

1    been resisting against the idea.  And Tu Lan, from the

2    prosecutor's office in Wuhan, told my father that if he did

3    not accompany them to the U.S., then my younger sister would

4    be sent to jail.

5    Q    After your meeting at the mall with your father --

6    withdrawn.  After your meeting at the mall, what did you do

7    next with your father?

8    A    Then I drove my father back to Liu Yan's home.  I went

9    into the garage and closed the garage door and let my father

10   get off.

11   Q    Where did you your father stay on April 6th, 2017 after

12   you dropped him at Liu Yan's house?

13   A    He stayed at Liu Yan's home.

14   Q    I want to direct your attention now to the next day,

15   Friday, April 7th, 2017.  Did you meet with your father on

16   that date?

17   A    Yes, I did.

18   Q    And on April 7th, 2017 did you bring your father anywhere

19   else?

20   A    I brought my father to where I live.

21   Q    Why did you bring your father to your home?

22   A    It was because for that Friday Liu Yan's daughter had to

23   compete in another space and the entire family had to

24   accompany her, therefore my father had to stay at my home.

25   Q    Did you notice anything when you were driving -- excuse

XU JIN - DIRECT - MR. HEEREN

1  me, let me restart that.  Did you notice anything unusual when

2  you were driving to or from meeting your father on April 7th,

3  2017?

4           THE INTERPRETER:  Can you repeat the date for me.

5           MR. HEEREN:  Sure.  Let me just repeat the question.

6  Q    Did you notice anything unusual when you were driving to

7  or from meeting with your father on Friday, April 7th, 2017?

8  A    After I picked up my father and left Liu Yan's home, not

9  long after that I found out there was a car that had been

10  following me so I was suspecting us being stalked.

11           Then I was circling around the communities near Liu

12  Yan's home.  As I made a circles, that car had been following

13  me so I believe that indeed I was being followed.

14           And I realized that I could not get rid of this

15  following car, so I stopped my car.  And that car that was

16  following me in the direction of above me, that car also

17  stopped and that car was not hiding so we were in a

18  standstill.  That standstill lasted for a little while and

19  then that car left.  At that moment I brought my father

20  directly home.

21  Q    Do you remember anything about what that car looked like?

22  A    From my impression that car was a gray Honda SUV.

23  Q    How did that experience of being followed make you feel?

24  A    In the beginning when I was being followed, I tried to

25  get rid of that following car as soon as possible.  I was

XU JIN – DIRECT – MR. HEEREN

1  feeling afraid in the beginning.  However, later on when the

2  standstill happened and that car was not hiding, then I was a

3  bit frightened.  I realized that that car was not following me

4  discretely, rather it was a threat.  So in the beginning I was

5  panicking but later on I was scared.

6  Q    Did your father ultimately return to China?

7  A    He returned to China.

8  Q    How did he get back from New Jersey?

9  A    I sent him to Liu Yan's home and Liu Yan sent him to the

10  airport and for his return flight that was booked by Tu Lan,

11  the Wuhan prosecutor a long time ago.

12  Q    Why did your father go back to China instead of staying

13  in the United States?

14  A    First of all, he was worried about the health condition

15  of my mother.  Secondly, he was worried that my younger sister

16  may be sent to the jail again.

17  Q    Did you agree to return to China after your father came

18  in April of 2017?

19  A    No.

20  Q    Did you contact U.S. law enforcement about this incident?

21  A    Yes, I reported it to the FBI.

22        MR. HEEREN:  I'd like to now show you what's been

23  admitted into evidence as Government's Exhibit 437.  And if we

24  could before we blow it up, if we could show both pages,

25  please.

XU JIN - DIRECT - MR. HEEREN

1  Q    Going back to the first page of these two pages of notes,

2  do you recognize -- well, what do you understand this to be,

3  the first page of notes in Government Exhibit 437?

4  A    That is the content provided by the Wuhan prosecutor's

5  office personnel to my father for him to fill out the arrival

6  card in the U.S.

7  Q    And how do you know that?

8  A    My father showed it to me.

9  Q    Is that your father's handwriting?

10 A    No.

11 Q    Does your father know how to write in English?

12 A    No, he cannot.

13 Q    And now I want to show you page two, the second page of

14 notes.

15        If you can just blow that up please.  Thank you.

16        What did you understand this to be?

17 A    These are the contact phone numbers given by the

18 officials to my father.

19 Q    And in particular, what officials' phone numbers were

20 included here?

21 A    Here it contains mainly two parts.  The top three numbers

22 are the number of my parents' home and the phone numbers of my

23 parent, and the bottom three telephone numbers are the numbers

24 of the officials in Wuhan City and also the phone numbers of

25 two personnel from the prosecutor's office in Wuhan.

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

XU JIN – DIRECT – MR. HEEREN

1          MR. HEEREN:  If we can just please show this side by

2     side with Government's Exhibit 438, which has also been

3     previously admitted.  If you can just publish both sides for

4     the jury, please.

5     Q    Mr. Xu, what was your understanding as to why your father

6     was given this list of phone numbers?

7     A    My father told me that it was mainly about requesting him

8     to call Tu Lan every day.

9          MR. HEEREN:  You can take that down now.

10    Q    Did your father bring a phone with him from China to the

11    United States in April of 2017?

12    A    Before he came, the prosecutor's office gave him a phone

13    which was an old style flip phone, but it was brand new.

14    Q    How did your father's unexpected arrival in April of 2017

15    make you feel?

16    A    My first impression was that I was in shock.  And my

17    second feeling was that I was very angry.

18          It was because earlier in that year my father had

19    the surgery done and his health condition has been weakened,

20    and previously he had a brain hemorrhage and started saying

21    that he's getting headaches.  My family members were very

22    concerned and worried about his conditions; however, under

23    such condition he was still being forced to come to the U.S.

24    It was very shocking.  First of all, it was very shocking for

25    me to see that being done and, secondly, I was very angry

XU JIN - DIRECT - MR. HEEREN

1   because the Wuhan officials and the prosecutor's office did

2   things like this to an 80 some what year old man and he had a

3   bad health condition and he was being forced to come to the

4   U.S.  I was very angry about that.

5   Q    I want to direct your attention now to September 4th of

6   2018.  Did something unusual happen on that day?

7   A    On that morning around 10 a.m. two strangers, two men

8   came to my home.

9   Q    You said two strangers, but just to be clear, first did

10  you see them?

11  A    At that time I was in the kitchen and I heard that

12  pounding sound on the door.  It was not like normal knocking,

13  it was pounding so I was alarmed.  And then I approached the

14  door and I realized that the people outside, they were

15  twisting the door handle forcibly and I determined that it was

16  not a normal visitor because a normal visitor would not twist

17  the door handle forcibly and try to get in.

18  Q    So just to -- was anyone else home with you?

19  A    My wife was at home too.

20  Q    So did you do anything -- what did you do next?

21  A    Then I turn on the surveillance video camera to see who

22  is coming and what they were doing.

23  Q    Can you describe either of the two men -- did you see the

24  two men -- withdrawn.  Let me start over.

25         Did you see either of the two men when you turned on

1398

XU JIN – DIRECT – MR. HEEREN

1   your surveillance camera?

2   A    I saw two young men, one of them was well built and the

3   other one was a skinnier one he dyed his hair blond.  They

4   both have Asian faces.

5   Q    After knocking on your front door, did you see these two

6   men go anywhere else on your property?

7   A    According to the video which I had been watching, after

8   they left the front door they went to the backyard and went up

9   to the deck and they were looking at the windows of the

10  sunroom to peek inside.

11           And the one with the blond hair was taking a lot of

12  pictures.  He was taking all the corners of my home.

13  Q    Did you see either of the men using a phone?

14  A    Yes, the one with the blond hair.

15  Q    Was either of the two men smoking?

16  A    I saw that the skinnier man, the one with the blond hair,

17  has cigarette in his hand.

18  Q    Did the two men eventually leave your property?

19  A    They left eventually.

20  Q    Did you see how they left?

21  A    After they left they went back to their car and then they

22  returned to the front door for the second time and they were

23  doing something there; I could not tell.  I was just looking

24  at it from the surveillance camera.

25           After they left the front door for the second time,

GEORGETTE K. BETTS, RPR, FCRR, CCR
Official Court Reporter

XU JIN – DIRECT – MR. HEEREN

1   they returned to the car and then they were at the street by

2   the door and they were taking pictures again.  They were

3   discussing something, but I did not know what they were

4   talking about.

5   Q    I want to show you what's been previously admitted as

6   Government's Exhibit 108.  What do we see depicted in this

7   photograph, Mr. Xu?

8   A    This is showing the two people who went up to the deck in

9   the back and they were looking into the home.

10  Q    And where is this picture taken from, what room is that?

11  A    This photo was taken from the sunroom towards the

12  direction of the deck.

13  Q    And to be clear, is this image from the surveillance

14  footage, your home surveillance footage?

15  A    Yes.

16       MR. HEEREN:  You can take that down, Ms. McMahon.

17  Q    After the two men left, what did you do?

18  A    I reported it to the FBI.

19  Q    And what did you do after that?

20  A    The FBI asked us to go outside and check what's going on

21  to see what they've done.  So I checked the front and the

22  back.  Since they have been there twice and also they went to

23  the back as well, so the FBI asked us to check and see what

24  they have done.  As soon as I opened the door I realized that

25  they had posted a note on the door.

1400

XU JIN – DIRECT – MR. HEEREN

1  Q    When you say the door, are you referring to your front

2  door or your back door?

3  A    The front door.

4  Q    How many notes did you see on the front door?

5  A    One note.

6  Q    Where on the door was the note placed?

7  A    The bottom half of the door.

8  Q    How was it attached to the bottom half of your front

9  door?

10  A    It was pasted with the wide transparent tape.

11  Q    What language was the note in?

12  A    Chinese.

13  Q    Do you remember what the note said?

14  A    I cannot remember very clearly.  It roughly said, if I'm

15  willing to return to China to spend 10 years in jail, then my

16  wife and my daughter will be let go.

17  Q    How did the note make you feel with regard to your wife

18  and daughter?

19  A    When I saw that note my reaction at the time was that I

20  had two feelings.  Before I saw this I felt that the threats

21  from the Chinese Communist Party was only a mental threat to

22  me; however, when I saw that note, I realized that it had

23  become a physical threat and it is close first to my life.

24  That is how I feel at the time.  That's my first feeling.

25            Secondly, I feel that I was very worried about my

XU JIN – DIRECT – MR. HEEREN

1    wife and my daughter.  I've become the target of the Chinese

2    government and they have become the subjects of the

3    persecution.  I was very worried about their safety.

4    Q    After you saw the note, what did you do next?

5    A    At the time I called the FBI, I said I saw this note and

6    they asked me what did the note say and I told them.  Then the

7    FBI asked me to go to the kitchen and put on the rubber gloves

8    to take down the note and keep it safely.

9    Q    Before you took down the note, did you take a photo of

10   it?

11   A    Yes.  Yes, the FBI asked me to take a picture, so I took

12   a picture and that was what they requested.

13   Q    Did you take any precautions before taking the note down?

14   Forgive me if you said that, I might have just missed it in

15   your answer.

16   A    The FBI asked us to put on the rubber gloves in order to

17   take it down and then put it in a plastic bag.

18   Q    And who took the note down yourself, your wife, or both

19   of you together?

20   A    My wife took it down and I was holding the plastic bag

21   for her to put it in.

22   Q    I'd like to show you what's been previously admitted as

23   Government's Exhibit 505B.  If you could just call out the

24   picture itself.

25        Mr. Xu, what do we see in this photograph,

XU JIN – DIRECT – MR. HEEREN

1  Exhibit 505B?

2  A    That was the note I found.  It was posted on my door of

3  my home.

4        MR. HEEREN:  You can take that down.

5  Q    Did anything happen the following day?

6  A    On the second day, at a time that was earlier than the

7  first day, the chubbier guy, the one in the white top, came

8  again.

9  Q    What did you see him do?

10  A    Since the surveillance video gave us some caution, then

11  we had been looking at him through the surveillance camera we

12  saw him walking.  He was walking towards the door and then

13  stayed there for a little while and then he left.

14  Q    What did you do when you saw the man in the white top

15  return on the second day?

16  A    After they came on the first day I reported it to the FBI

17  and the FBI agent told us that they would come again and, if

18  they come again, then you call the local police station and we

19  would alert the local police station to come as soon as

20  possible.  Therefore, when they came again as we expected,

21  then we followed the instructions of the FBI.  So when he was

22  still there I called the local police in Warren.

23  Q    Was your wife home with you on the second day as well?

24  A    Yes.

25  Q    After the man in the white top left on the second day --

GEORGETTE K. BETTS, RPR, FCRR, CCR
Official Court Reporter

XU JIN – DIRECT – MR. HEEREN

1    withdrawn.  Let me start that question over.  Did you see how

2    the man left that day?

3    A    When he left he got into the white car, the same car that

4    he came with.

5    Q    And after the man left, what did you do?

6    A    In a very short period of time the local police came.

7    Q    Did the FBI also come at some point in time?

8    A    After the local police came, within half an hour the FBI

9    came.

10   Q    Once the FBI came, what, if anything, did you do with

11   them?

12   A    Once they came I showed them the footage of the

13   surveillance camera record.

14   Q    What else did you do?

15   A    And then I brought the FBI to walk around the route, the

16   path the two men took on the first day and also the path the

17   man in the white top took on the second day.

18   Q    Did you see anything around your house when you walked

19   with the FBI in the areas where these two men went?

20   A    The earliest thing we discovered was that at the

21   left-hand side of the door there was a piece of crumbled paper

22   which was shown in the video footage.  It was the man in the

23   white top who threw it.

24   Q    When you say crumpled paper, can you describe again where

25   exactly did you find this crumpled paper?

XU JIN - DIRECT - MR. HEEREN

1  A    Yes, it was under a tree on the left-hand side of the

2  home.

3  Q    Did you touch or open that paper?

4  A    No.  The FBI personnel picked it up and they brought it

5  away with them.

6  Q    So do you know what was contained in the crumpled paper?

7  A    I don't know, I have not seen it.

8  Q    Did you find anything else when you were looking around

9  your property?

10 A    We played the video footage again and according to the

11 location it was shown in the footage where he threw the

12 cigarette butt, we found that cigarette butt.

13 Q    When you say "we" who saw the cigarette butt?

14        THE WITNESS:  FBI.

15 A    I meant I, with the FBI, because I brought the FBI there

16 and they saw the cigarette butt.

17 Q    Okay.  I want to show you what's been previously admitted

18 into evidence Government's Exhibit 503A.

19        And can you please tell us what location does this

20 photograph depict?

21 A    That was the driveway.

22        (Continued on the next page.)

23

24

25

1405

XU JIN – DIRECT – MR. HEEREN

1   DIRECT EXAMINATION (Continued)

2   BY MR. HEEREN:

3   Q    The driveway of your residence?

4   A    Yes.

5        MR. HEEREN:  And for the record, we're looking at

6   page 1 of 503A.

7        And, Ms. McMahon, if you can blow up the bottom

8   portion of the image.  Thank you.

9   Q    What do you see in this portion of the image at the

10  left-hand corner of what appears to be the driveway?

11  A    The cigarette butt.

12  Q    And is this the cigarette butt you were referring to?

13  A    Yes.

14       MR. HEEREN:  You can close that up.

15  Q    Mr. Xu, did you do anything in response to this incident

16  in September of 2018 related to your home or personal

17  security?

18  A    I reinforced the lock for every home in my door.  And I

19  also purchased a metal baseball bat.

20  Q    I want to now direct your attention to 2019.

21       Did there come a time when you or your family

22  members began receiving anything unusual in the mail?

23  A    Yes.  Yes.  Liu Yan home received a lot of mail from

24  Wuhan.

25  Q    And when you say "a lot," how much mail, approximately,

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

XU JIN – DIRECT – MR. HEEREN

1  did Liu Yan's home receive from Wuhan, China?

2  A    It was almost like getting one piece -- one letter from

3  Wuhan every week, and it was a strange piece of mail.

4  Q    And who were these mailings -- did you have an

5  understanding of who these mailings were supposed to have come

6  from?

7  A    They were mailings from Wuhan, and some of them, or most

8  of them, was sent in the name of my younger sister to Liu

9  Yan's home.

10  Q    And did you review or look at any of these mailings?

11  A    I read the first one, but I did not read the subsequent

12  ones.

13  Q    And when you say you "read the first one," did you open

14  it and look at what was inside?

15  A    Yes.

16  Q    And what did it contain?

17  A    It was a letter returned in the name of my youngest

18  sister.

19  Q    Did you have an understanding of whether this was

20  actually written by your younger sister or not?

21  A    The handwriting was written by my younger sister,

22  however, the content was not especially how we call each

23  other.  It was very strange.  It was unlike how we usually

24  call each other, and it was apparent that it was not her talk.

25  Q    When you say "it was not like you call each other," what

XU JIN – DIRECT – MR. HEEREN

1   are you referring to?  Do you mean like a nickname?

2   A    Yes.  Yes, we used to write letters to each other, but we

3   did not call each other that way.

4   Q    Did you expect to receive these mailings that came in

5   2019?

6   A    No.

7   Q    What did you and your family decide to do about these

8   mailings?

9   A    We report it to the FBI.  Initially the FBI said you can

10  just return those mails.  And after a while, the FBI said if

11  the mail comes again, then you can give them to us.

12  Q    And so did you attempt to send back some of this mail?

13  A    Yes, returned them.

14  Q    And did you provide any of these mailings to the FBI?

15  A    Yes.  Yes.  Especially there was an instance that

16  Instagram they mail a CD ROM.  I did not know what it is, but

17  I felt it was hard, and it felt like CD ROM, so that was given

18  to the FBI.

19  Q    Did you ever watch what was on the CD ROM?

20  A    No, I did not see it.

21          MR. HEEREN:  I want to show you what's been

22  previously admitted as Government's Exhibit 506B.

23          (Exhibit published.)

24          Actually, I want to start with 507B, please.  Also

25  admitted previously.

XU JIN - DIRECT - MR. HEEREN

1          If you could just turn the first page, please.

2          I want to show you all of the pages, and then I'm

3   going to ask you a question about it, Mr. Xu.

4          If you can just blow up that page a little bit

5   bigger first so that Mr. Xu can see it.

6          And then let's go to the next page.  Actually, we

7   can scroll to the third page, and I can ask my questions.

8          We can go back up to the -- that's fine, too.  Yes,

9   why don't we use this page and just blow it all up.

10  Q    So what is depicted in Government's Exhibit 507B?

11  A    That was the first letter from my younger sister that was

12  sent to Liu Yan's home.

13  Q    Is this the letter that you mentioned opening?

14  A    Yes.

15          MR. HEEREN:  Now I want to show you Government's

16  Exhibit 506B.

17          If you can just flip through the pages, you don't

18  need to call anything out.

19          (Exhibit published.)

20  Q    What is depicted in Government's Exhibit 506B?

21  A    That's another mail that was sent to my --

22          THE INTERPRETER:  Interpreter would like to amend

23  the answer.

24  A    That was another piece of mail that was sent by my

25  younger sister to Liu Yan's home.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
Official Court Reporter

XU JIN – DIRECT – MR. HEEREN

1    Q    And we see another person's name on this mailing.  I

2    believe it says Bai, B-A-I, Xu, X-U.

3         Do you have an understanding of who Bai Xu is?

4    A    That's the husband of Liu Yan.

5    Q    Okay.  And then below that name, what address is listed

6    on the first page of 506B?

7    A    That is the address of Liu Yan's home.

8         MR. HEEREN:  You can take that down now.

9    Q    The incidents in 2017, 2018 and 2019, how have all of it

10   together did that make you feel?

11   A    Regarding my feelings, first of all that was --

12        THE INTERPRETER:  Interpreter needs to clarify

13   first.

14   A    First of all, I felt frightened because it was not only

15   to my personal safety, it was also a threat.

16        And secondly, I was very angry because the measures

17   of the prosecutors they have performed was not only on me, it

18   was also towards my parents, my younger sister, my wife, and

19   my daughter.  They did not let go of any one of them, so I was

20   very angry.

21   Q    Did you have an opportunity to observe how this affected

22   your wife?

23   A    She was under a lot of pressures, because she would never

24   imagine that things like this would happen to her.

25        MR. HEEREN:  One second, Your Honor.

XU JIN – CROSS – MR. LUSTBERG

1           (Pause in the proceedings.)

2           MR. HEEREN:  No further questions, Your Honor.

3           THE COURT:  Thank you, Mr. Heeren.

4           Cross-examination.

5    CROSS-EXAMINATION

6    BY MR. LUSTBERG:

7    Q    Good morning, Mr. Xu.  I just have few questions.  So I

8    just want to go back over the dates.

9           You learned that your father had come on April 5th,

10   2017, correct?

11   A    Yes.

12   Q    And on April 6th, 2017, you met him at the Livingston

13   Mall; is that right?

14   A    Yes.

15   Q    You didn't say whether you had any -- you were being

16   followed when you went to the Livingston Mall.

17          Did you notice whether you were being followed when

18   you went to the Livingston Mall?

19   A    I did not realize that.

20   Q    And then you said that on April 7th, 2017, you were in

21   the car with your father and you did circles around town.

22          Do you remember that?

23   A    I remember.

24   Q    And that was because you thought you were being followed

25   that day, right?

XU JIN - CROSS - MR. LUSTBERG

1   A    Yes.

2   Q    And that was the date that you thought you were being

3   followed by somebody in a gray Honda SUV, correct?

4   A    Yes.

5   Q    Did you see the person in the gray Honda SUV who was

6   following you?

7   A    I could not see it clearly.

8   Q    But do you know whether it was an Asian person or a

9   non-Asian person?

10  A    I did not see it clearly because I was panicking.  I was

11  trying to get rid of him.  So I was a bit scared and I did not

12  pay attention to the face.

13  Q    And you did get rid of him, correct?

14  A    Later on when we were in a standstill, that car later on

15  left, I could not get rid of it.

16  Q    I'm sorry, could not?

17  A    I could cannot get rid of it.

18  Q    Okay.

19         There came a time when you were at a standstill and

20  then after that you drove some place else, correct?

21  A    Yes.

22  Q    Just to make sure I understand.  You were doing circles

23  around the neighborhood in Short Hills; is that right?

24  A    Yes.

25  Q    And then after you left and went some place else, then

XU JIN – CROSS – MR. LUSTBERG

1    you didn't see that you were being followed any more; is that

2    right?

3    A    I did not see it.  I did not pay attention to it.

4    Q    Okay.  I want to understand one part of your testimony

5    earlier.

6         You said, in response to Mr. Heeren's question,

7    about how you felt after you saw those two men at your house

8    in Warren.

9         By the way, you still live in that house in Warren?

10        MR. HEEREN:  Objection, Your Honor.

11        THE COURT:  Sustained.

12        MR. LUSTBERG:  Your Honor, may I be heard?

13        THE COURT:  Yes.

14        (Continued on the next page.)

15        (Sidebar conference.)

16

17

18

19

20

21

22

23

24

25

1413

SIDEBAR CONFERENCE

1          (The following occurred at sidebar.)

2          MR. LUSTBERG:  Judge, I want to steer clear if the

3   answer to that would endanger a witness' security.

4          One of the aspects of the testimony that he feels

5   scared as a result of this, and he's still living in that home

6   that would go to the extent of his fear about being in that

7   place to make sure it was fact.

8          MR. HEEREN:  Your Honor, I think that -- I think our

9   questions were geared towards how he felt at the time, not how

10  he feels now, because the relevant determination is whether

11  there was intent to put him in substantial emotional distress

12  at that time.

13         Whether he's still in substantial distress is

14  irrelevant.

15         MR. LUSTBERG:  I mean -- I'm sorry, Judge.

16         THE COURT:  Let's do this, it's 11:15, so I'm going

17  to give the jury a break.  So why don't we take this up then.

18         MR. LUSTBERG:  Yes.

19         (End of sidebar conference.)

20         (Continued on the next page.)

21

22

23

24

25

1414
PROCEEDINGS

 1            (In open court; Jury present.)

 2            THE COURT:  So, ladies and gentlemen, we will take

 3    our morning break now.  So be ready to go at 11:39.

 4            Don't take about the case.  Don't do any research.

 5    Keep an open mind.

 6            THE COURTROOM DEPUTY:  All rise.

 7            (A recess was taken at 11:15 a.m.)

 8            THE COURT:  The witness can step down.

 9            (The witness steps down.)

10            THE COURT:  So let me say this to the parties, and

11    everyone else in the audience, you're free to go.

12            To the parties, why don't you come back in about

13    five minutes, if you can, just hustle back so we can have this

14    conversation.  I think we're still going do it at sidebar,

15    given the nature of the discussion, so I'll see you in about

16    five minutes.

17            (A recess was taken at 11:17 a.m.)

18            (Continued on the next page.)

19            (Sidebar conference.)

20

21

22

23

24

25

1415

SIDEBAR CONFERENCE

1           (The following occurred at sidebar.)

2           THE COURT:  So I understand.

3           MR. LUSTBERG:  My point --

4           THE COURT:  No, I understand your point.  I wanted

5    to hear from the government because you have raised a fear

6    issue.

7           MR. HEEREN:  So I think, Your Honor, we went back

8    and checked the charge period.  The charging period for the

9    two stalking charges was December 2019.  I think a fair

10   question would be, or fair inquiry would be whether he moved

11   after a specific time period.  My concern is about his current

12   address, so I think it is, I'll concede, relevant in terms of

13   after April 2017 he didn't move, those sorts of questions.

14          I don't know if I'm being clear enough.

15          THE COURT:  No, but I think ultimately you don't

16   want defense counsel to ask after 2019 mainly, did you

17   relocate.  That's your concern.  Because that would obviously

18   provide some evidence as to where he lives now.

19          MR. LUSTBERG:  Judge, just so it's clear, I'm

20   finding him to be incredibly sophisticated witness here.  I

21   Googled him this morning, and it comes up to that address.

22          THE COURT:  I mean the bottom line is he hasn't -- I

23   mean, although I was going to ask you -- sorry, but I didn't,

24   we started my sentence, so perhaps I was going to suggest you

25   ask him if he took any measures to -- took any protective

SIDEBAR CONFERENCE

 1   measures after each of these incidents, but I think ultimately

 2   whatever he says, yes or no and describes them, I think it's

 3   fair for him to say did you move?

 4            MR. HEEREN:  Your Honor, I think my concern just

 5   remains his current address.  And I understand what

 6   Mr. Lustberg said about Google, but I would be remiss if I

 7   didn't note that part of the reason why he was complicit in

 8   providing of his current address is the work done to surveil

 9   him in this case, as well as the other facts surrounding this

10   case.

11            So it feels a little bit --

12            THE COURT:  Hang on a second.

13            If someone can Google where he lives now, is your

14   concern that you don't want him confirming on the record that

15   he actually still lives there?

16            MR. HEEREN:  Yes, Your Honor.  I think there is a

17   material difference between a person under oath saying in a

18   trial transcript and information that's coming out in the

19   press.  I actually haven't Googled him, I haven't seen it yet,

20   I take Mr. Lustberg's word for it.

21            But the fact remain that there's a material

22   difference.  I think there would be a material difference for

23   the witness to be asked a question like that about where he

24   lives on the witness stand, and I think the impact on the

25   witness relative to the relevance of such a question is

SIDEBAR CONFERENCE

1  outweighed.

2       THE COURT:  I do think that the witness -- the

3  victim in this case should not be required to confirm under

4  oath his current location and home address.  I do think, of

5  course, as the government concedes, you should be able to ask

6  whether he moved after 2017 or 2018 incident.

7       The 2019 one actually did not involve his home, they

8  went to his sister-in-law's home.  So I don't think, just as a

9  matter of weighing the probative prejudicial value, I don't

10  think it's as relevant, certainly to the first two questions,

11  and also there is a security concern here, notwithstanding the

12  fact that his address, at least on public record, appears to

13  be the same, but I do think there's a qualitative difference

14  in him confirming that under oath on the record.

15       Do you see my concern?

16       MR. LUSTBERG:  Yes.

17       THE COURT:  So I think that you will get what I

18  think you are entitled to and need, in terms of your argument

19  about his fear not being so great when he didn't move after

20  people came to his home in 2017.

21       And I shouldn't say came to his home in 2017, but

22  clearly after people came to his home.

23       MR. LUSTBERG:  I understand that.  Just so that the

24  record is clear, I understand and am sympathetic to the

25  security concerns.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

SIDEBAR CONFERENCE

1        The way we've dealt with security concerns in this

2   case, in addition to the CIPA process that I was not a part

3   of, is through things like the redactions.

4        Security issues are important, but they're not

5   evidence.  The question here is so -- I mean when you're

6   balancing probative value you prejudice, you're not really

7   balancing it against the prejudice in the evidentiary sense,

8   you're balancing against security concerns.

9        And just so the record is clear, I don't think,

10  respectfully, that an appropriate analysis under Federal

11  Rule 403, so I just want to the record to be clear, I will

12  follow the Court's direction.

13       I also will say this.  I think that whether somebody

14  is scared today is probative of whether they were scared a few

15  years ago.  It don't dispose of the issue but, you know, it

16  doesn't satisfy the Rule 401 type of relevance, I don't think

17  it's correct.

18       THE COURT:  No, that's a fair point.  But I don't

19  know if it helps you much, because more concern, an

20  overarching one about risk of security, a security risk rather

21  presented to the witnesses which can justify preclusion

22  evidence as a general matter.  And I do have the discretion

23  and the authority to weigh or consider in deciding whether to

24  preclude certain lines of cross-examination or inquiry.

25       So you are correct I think strictly speaking it's

SIDEBAR CONFERENCE

1  not a probative prejudicial way under 403 or anything like

2  that.

3          Though, I do also note that I don't think the

4  defense will be substantially harmed or prejudiced in some way

5  by not getting into the additional questions about his current

6  whereabouts, as opposed to his failure move after the 2018

7  incident, because I think there you still get what you need to

8  make your argument about whether the jury should believe he

9  actually wasn't afraid.

10          So just to clarify, while I do believe that perhaps

11  the analysis isn't really one under 403, per se, I have

12  exercised my authority to take into consideration alleged or

13  perceived or potential risk of harm to a witness.

14          And keeping it just to invasion, if it's an invasion

15  of is privacy, you know, I mean I consider that as well.  But

16  here the allegations are that the Chinese government was

17  certainly for a period of time and may certainly still be

18  interested in repatriating Mr. Xu, X-U.  And then also I have

19  concern that the press might also sort of seek to invade his

20  privacy and become -- and this has happened in my case in

21  FIFA, where there was a lot of foreign press that were

22  interested.

23          So for all of those reasons, I am going to curtail

24  some of the examination and limit you to only asking about the

25  period following the 2018 incident.

SIDEBAR CONFERENCE

1    MR. LUSTBERG:  Okay, so what I would ask and make

2  sure it's okay, I'll say did you move after 2017?  Did you

3  move after 2018?

4    THE COURT:  After the 2018 incident.

5    MR. LUSTBERG:  After -- correct, after 2017, those

6  dates April in 2017, and after the 2018 incident in September.

7    THE COURT:  Right.  Right, I guess the problem from

8  the government's perspective is that encompasses currently, so

9  I wonder if -- can you say in response to the 2018 incident

10  did you relocate?

11    MR. LUSTBERG:  Sure.  I understand the point you're

12  getting at.

13    THE COURT:  Prior to that.

14    MR. LUSTBERG:  Sure.

15    THE COURT:  Thank you, everyone.  I appreciate your

16  considerations.

17    MR. LUSTBERG:  No problem.

18    (End of sidebar conference.)

19    (Continued on the next page.)

20

21

22

23

24

25

XU JIN – CROSS – MR. LUSTBERG

1          (In open court; Jury not present.)

2          THE COURT:  We are ready for the jury.

3          MR. LUSTBERG:  For the record, I'll withdraw the

4    question.

5          (Pause in the proceedings.)

6          THE COURTROOM DEPUTY:  All rise.

7          (Jury enters the courtroom.)

8          THE COURT:  Please be seated, everyone.

9          You may proceed, Mr. Lustberg.

10          MR. LUSTBERG:  Thank you very much, Your Honor.

11          I'll withdraw the last question and rephrase.

12   CROSS-EXAMINATION (Continued)

13   BY MR. LUSTBERG:

14   Q    Mr. Xu, in response to the events that occurred in April

15   of 2017, did you change your residence?

16   A    I did not make that change in 2017.

17   Q    Okay.  And in response to the events that you described

18   earlier today that occurred in September of 2018, did you move

19   from that residence?

20   A    Can you repeat your question again?

21   Q    Sure.  Let me just backtrack a little bit.

22          You said that the events that occurred in September

23   of 2018, where the two men came to your house, made you feel,

24   whereas before it had been a mental threat, now it was a

25   physical threat.

XU JIN - CROSS - MS. WONG

1          Do you remember testifying to that?

2    A    Yes.

3    Q    And as a result of -- and in response to that, did you

4    move from that home in Warren, New Jersey?

5    A    No.

6          MR. LUSTBERG:  Your Honor, I have no further

7    questions.

8          Thank you, sir.

9          THE COURT:  Thank you very much, Mr. Lustberg.

10         Cross-examination Ms. Wong.

11   CROSS-EXAMINATION

12   BY MS. WONG:

13   Q    Good morning, Mr. Xu, I have some questions for you

14   regarding the testimony you just provided.

15         Mr. Xu, is it your understanding that if you go to

16   China, mainland China, you will be put into jail?

17         MR. HEEREN:  Objection, Your Honor.

18         THE COURT:  Let's have a quick sidebar on this.

19         (Continued on the next page.)

20         (Sidebar conference.)

21

22

23

24

25

SIDEBAR CONFERENCE

1      (The following occurred at sidebar.)

2      MS. WONG:  Your Honor, I am not in any way asking

3   about the truth or falsity about the allegations in China, it

4   is not relevant.  What is relevant here is his belief if he

5   goes to China that he is going to be placed in jail.  And that

6   makes a person fearful.  It has absolutely nothing to do with

7   whether he committed a crime, he did not commit a crime.

8      THE COURT:  I think the problem I'm having, though,

9   is his going back to China, and his fear of being arrested if

10  he goes back to China, isn't particularly relevant to the fear

11  he's expressing here, which is that there's been an effort,

12  and there may continue to be an effort to the force him to go

13  back to China.

14      So my concern is that you're moving towards or

15  focusing the jury in some ways on the prosecution, if there is

16  one in China and what happened over in China, whereas the

17  focus really ought to be on what are his fears here and

18  whether or not he has any fear of any continuing effort to

19  re-patriate him.  That's my concern.

20      MS. WONG:  Your Honor, respectfully, his fear, the

21  reasonable fear, is an element of the events here.  And he is

22  here in the United States, and he has fears going into this

23  entire experience.

24      So it is a completely relevant analysis as to

25  whether -- what are his feelings prior to the events and after

SIDEBAR CONFERENCE

1    the events.

2              THE COURT:  But fear of what?  Your focussing --

3    hang on, fear of being jailed, if he goes to China.  But the

4    case is really about what is his fear as a result of these

5    approaches by the Chinese government and the U.S. government

6    argues are harassing or intimidating.

7              MR. LUSTBERG:  Yes, Your Honor.  However, it is also

8    important to analyze his credibility and his veracity here, as

9    he may have personal interest in staying in the United States,

10   and his fear about going to China does influence his

11   testimony.

12             THE COURT:  You know what, I don't quite agree with

13   you, but I'm going to allow you one question.  I don't want to

14   you follow up about what happened in China or what might

15   happen in China, other than this one question, that does he

16   fear that if he goes back to China he will be put in jail.

17             MS. WONG:  Your Honor, I do have one more question,

18   which I think will be objected to and subject to a sidebar.

19             He had mentioned a certain leader in his direct

20   statement and I was just -- in his direct testimony, and I was

21   just going to ask if that certain leader, who is Hongzhong Li,

22   H-O-N-G-Z-H-O-N-G, last name, L-I, which is a person who is a

23   government exhibit, they have put his picture up, and that was

24   going to be it.

25             MR. HEEREN:  So the reason that that exhibit is in

SIDEBAR CONFERENCE

1  is because it's a picture of that government official with

2  Jason Zhu, which was found on Jason Zhu's iCloud account.

3        The answer to the question, I expect, will be he

4  does know that person.  And my concern is, and the reason why

5  we didn't elicit it, because I think there's a version that we

6  could have elicited, is that it gets into exactly what the

7  Court was talking about, which is the details of why the

8  Chinese government's targeting and we have --

9        THE COURT:  Steered clear.

10        MR. HEEREN:  -- steered clear of that for that

11  reason.

12        To the extent there's any -- I fail to understand

13  how the picture that we put in for Jason Zhu to show a

14  connection between Jason Zhu and a Chinese government official

15  has any relevance as to what Ms. Wong's inquiring about.

16        THE COURT:  Right.  My concern, Ms. Wong, is you're

17  going to say it goes somehow to his credibility, namely, why

18  is he claiming that the Chinese government is after him when,

19  in fact, perhaps he has some personal dispute with this

20  Chinese official, right?

21        That's my concern.  But I don't want you raising

22  these questions that somehow whatever his conflict is with

23  Chinese officials in China has any bearing on this case.

24        MS. WONG:  Right.

25        THE COURT:  Why the Chinese government is after him.

SIDEBAR CONFERENCE

1           MS. WONG:  It seems to me like the jury is very

2    selectively hearing portions of this story and perhaps they --

3    this gives it a broader context and helps explain the nature

4    of what's happening here.  And I --

5           THE COURT:  When what --

6           MS. WONG:  -- is something that --

7           THE COURT:  No, it's not his identity, you want to

8    say you know this person, right?

9           MS. WONG:  I want to say -- I want to ask is the

10   person that you identified as the leader, or was this person

11   Hongzhong Li --

12          THE COURT:  Certain leader who you criticized?

13          MS. WONG:  No.  He received a message from his

14   father saying to stop giving opinions about this certain

15   leader, and this leader was Mr. Li --

16          THE COURT:  Right.

17          MS. WONG:  -- and that's it.  That's the only thing.

18          THE COURT:  Again, what's the relevance of him

19   saying, yes, that is the leader my father told me about.  You

20   can ask the government but, okay, in proving up that this

21   official is pushing for this man to be repatriated.

22          MR. HEEREN:  And he's connected to another defendant

23   in the case.  I agree, Your Honor, but we agree with you that

24   getting into the weeds of why the Chinese government is

25   targeting him is not relevant to the inquiry, which is once

SIDEBAR CONFERENCE

1    he's targeted, what is, one, are people here doing with the

2    Chinese government and, two, does it amount to interstate

3    stalking?

4              THE COURT:  I mean I guess it gets us back to how do

5    you intend to use that additional piece of information, which

6    is the fact that the person whose father told him not to

7    criticize the same person the government said had

8    communications with Mr. Xu.

9              In other words, what are you going to do with this

10   information?  I'm just trying to figure out why it's relevant

11   and whether or not it could be used for a purpose that I'm

12   concerned about.

13             MS. WONG:  Potentially it would be my closing.  I

14   have not prepared my closing, it was just information that I

15   think is relevant for the jury to know.

16             If the Court doesn't wish -- doesn't think that it's

17   relevant for the jury to know, we can exclude that.

18             THE COURT:  I'm not articulating, namely you, you

19   haven't articulated to me yet why it's relevant.  That's why

20   I'm trying ting figure out.

21             MS. WONG:  No, I won't ask it.

22             THE COURT:  All right, so go ahead and ask your next

23   question.

24             (End of sidebar conference.)

25             (Continued on the next page.)

XU JIN – CROSS – MS. WONG

1          (In open court; Jury present.)

2          THE COURT:  Yes, please continue.

3          MS. WONG:  Your Honor, I believe that there was a

4   question pending, which I can -- if you like, I can --

5          THE COURT:  Why don't withdraw that one and ask a

6   different one or repeat that one.

7   CROSS-EXAMINATION (Continued)

8   BY MS. WONG:

9   Q    Mr. Xu, is it your understanding if you go to mainland

10  China you will be imprisoned?

11         THE COURT:  I'm just going to modify the phrasing a

12  little bit, belief versus understanding, is it your belief

13  that you will be arrested?

14  A    It would be, Your Honor.

15  Q    I'm sorry, I don't understand.  It would be -- so, yes,

16  you do believe you would be jailed?

17  A    I believe I would be jailed, and it would be beyond just

18  being jailed.

19  Q    Can you please explain what beyond just jail would be?

20         MR. HEEREN:  Objection, Your Honor.

21         THE COURT:  Overruled.  I will allow this one

22  question.

23         Can you clarify what you meant?

24  A    It would be very likely that I would be disappeared, or

25  it will be very likely that I will be sentenced for that.

XU JIN - CROSS - MS. WONG

1    Executed.

2    Q    Does that scare you?

3          THE COURT:  You said "executed"?

4          THE INTERPRETER:  Yes.

5          THE COURT:  Okay.  Go ahead.

6    Q    Does that you scare you, Mr. Xu?

7          MR. HEEREN:  Objection, Your Honor.

8          THE COURT:  Overruled.

9    A    Yes, I will be scared.

10   Q    And you had testified earlier on direct that your sister

11   had been sent to jail; is that correct?

12   A    In the beginning when they forced my father to come to

13   the U.S., they put my younger sister in jail.  Once my father

14   agreed to accommodate them to come to the U.S., then they

15   released my sister.

16          However, when my father returned to China, they sent

17   my younger sister to the jail again.

18   Q    And does that make you feel frightened?

19   A    Yes, I'm worried.

20   Q    You testified earlier that something unusual had happened

21   on September 4th, 2018; is that correct?

22   A    Yes.

23   Q    However, didn't you and your wife meet with FBI agents at

24   your residence only about two weeks before August 21st, 2018?

25   A    I don't remember.

XU JIN – CROSS – MS. WONG

1  Q    You don't remember.

2        Do you remember on August 14th, 2018 a black sedan

3  driving up to your residence?

4  A    I don't remember the specific timing, however, I do

5  remember there was a black vehicle that was -- turned into my

6  home.

7  Q    And do you remember if that had occurred in the summer of

8  2018?

9  A    Around that time it is possible, it would be very

10  possible.

11  Q    And did you report that black sedan to the FBI?

12  A    I did report it.

13  Q    So you had testified on September 4th that two men had

14  gone to your residence and had approached your front door and

15  had knocked on your door, correct?

16  A    Yes.

17  Q    And you reported -- and you described that knocking as

18  very loud; is that correct?

19  A    Yes.

20  Q    Mr. Xu, I would like you to demonstrate for the jury the

21  knocking, as it had appeared to you, on September 4th, 2018?

22        And, Your Honor, would it be possible for Mr. Xu to

23  do that at the door?

24        THE COURT:  No.  He can stand, if you like, if you

25  want him to gesture or demonstrate how loud it was.

XU JIN - CROSS - MS. WONG

1      MS. WONG:  I would like him to demonstrate how loud

2  it was, how it appeared to him, as he was not watching, he

3  wasn't outside with them.

4      THE COURT:  Let's just have him describe it, rather

5  than have him demonstrate it.  Because then you're going to

6  have to describe it.  So let's just have him describe it how

7  it appeared to him from inside the house.

8      MS. WONG:  Your Honor, the jury is hear and they'll

9  be able to hear how Mr. Xu has the impression of the knocking.

10      THE COURT:  All right, so, Mr. Xu, if you'll --

11  there's really no good way to do this, because you want him to

12  then have his back to the jury and knock on this door back

13  here?

14      MS. WONG:  Your Honor, either that or perhaps next

15  to the jury box, but I believe it would be most effective

16  against the wall.

17      THE COURT:  Okay, Mr. Xu, if you would stand for a

18  moment.

19      And, Madam Interpreter, if you ask him to stand over

20  here by this door behind him.  And be careful as you get down.

21  All right.

22      And if you can demonstrate how the individual

23  knocked on your door in September 2018; is that what you're

24  asking?

25      MS. WONG:  Yes, Your Honor.

XU JIN – CROSS – MS. WONG

1    THE COURT:  All right, so if you can demonstrate.

2    A    I did not see them in the door.  But I can just imagine

3    it based on what I heard how they knocked on the door.

4    THE COURT:  I don't want you to do that, I don't

5    want you just to make it up.

6    There are two components to this, Ms. Wong, you want

7    to see the actual physical gesture, which he cannot show you

8    because he did not see it.

9    MS. WONG:  No, not the physical gesture, rather the

10   sound as he heard it from inside of the house where he

11   testified he was.

12   THE COURT:  We're not going to do that.  Have a

13   seat.

14   Because it certainly is dependent on the material

15   that he knocked on, and right now we have no indication that

16   anything in this courtroom is comparable.

17   You can have him describe it, if you like.  You can

18   even have him, if you want, knock on the witness stand and say

19   it's similar.  But beyond that, I'm not going to have a

20   reenactment of any kind, which we really can't do in this

21   courtroom.

22   But you have his testimony that he didn't see the

23   actual gesture when the person was knocking, but at most he

24   heard the sound.  So why don't you start off by having him

25   describe the sound and the intensity or the volume.

XU JIN - CROSS - MS. WONG

1  Q    Mr. Xu, can you please describe the sound and the

2  intensity of knocking?

3  A    It was a pounding sound, it was not a knocking sound.  It

4  was the person using his palm to pound on the door.

5             THE COURT:  Based on hearing, correct?

6             THE WITNESS:  Yes.

7             THE COURT:  Do want to ask him what material it

8  sounding like they were hitting on?  Wood?  Glass?  Metal?

9             MS. WONG:  No, Your Honor.

10            I have no further questions about the knocking.

11            THE COURT:  Okay.

12  Q    Mr. Xu, to your understanding, are you receiving any

13  benefit whatsoever from the government based on your testimony

14  today?

15  A    I don't feel that way.  No, I don't.

16  Q    Mr. Xu, have you asked for any assistance in regards to

17  immigration from the government in connection with this case?

18  A    I don't remember I said so, and I don't remember I made

19  such a request.

20  Q    Mr. Xu, in October of 2019, did you meet with FBI Special

21  Agent Robert Reilly and provide a EB-5 denial letter for you

22  and your wife?

23            MR. HEEREN:  Objection, Your Honor.

24            THE COURT:  Sustained.

25            MS. WONG:  No further questions.

XU JIN – CROSS – MS. WONG

1            THE COURT:  So, ladies and gentlemen, disregard the

2    question and the answer.

3            But let's have a quick sidebar.

4            (Continued on the next page.)

5            (Sidebar conference.)

1435

SIDEBAR CONFERENCE

1          (The following occurred at sidebar.)

2          THE COURT:  The reason I sustained the objection is

3     as to form.

4          If you wanted to show him the 302 to see if that

5     refreshes his memory, I would allow that, but I don't want you

6     reading it into the record.

7          He said he didn't remember.  If you want to pursue

8     this, go ahead, but you need to show him the document and ask

9     him if it refreshes his memory.

10          MS. WONG:  No, I don't want to do that.

11          THE COURT:  Okay.

12          (End of sidebar conference.)

13          (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

XU JIN - CROSS - MR. TUNG

1    (In open court; Jury present.)

2    THE COURT:  Mr. Tung, your witness.

3    CROSS-EXAMINATION

4    BY MR. TUNG:

5    Q    Good morning, Mr. Xu.

6    A    Good morning.

7    Q    My name is Kevin Tung.  I'm the attorney for the

8    defendant Yong Zhu here.

9         Mr. Xu, do you know this person who is standing up

10   right now?  Do you know this person?

11   A    I don't know him.

12   Q    Mr. Xu, if you do not know him, have you seen this person

13   ever coming to your residence in New Jersey?

14   A    I am not sure, because when the two people came to my

15   home, there was another person in the car.  And on the second

16   day when the guy in the white top came to my home with the

17   car, there was another person in that car, but I cannot see it

18   clearly, so I'm not sure if he went there or not.

19   Q    Well, my question is to you, do you, have you seen this

20   person appearing as your property in Warren, New Jersey?

21        You, not from him, whether or not he's hiding in the

22   car.  Have you?

23   A    I'm not sure, because the person I saw with an older

24   person who was older than the other two young men, so I'm not

25   sure whether it was him.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

XU JIN - CROSS - MR. TUNG

1  Q    Do you understand my question, sir?

2           MR. HEEREN:  Objection, Your Honor.

3           THE COURT:  Well, that's just a question, do you

4  understand his question?

5           Go ahead.  You can answer that.

6  A    I understand.

7  Q    Did you understand what I was asking?  I'm asking, did

8  you see this person?

9           MR. HEEREN:  Objection.  Asked and answered.

10          THE COURT:  Overruled.  One last time.

11          Did you see --

12          MR. TUNG:  This person appearing at your property?

13          THE COURT:  In September 2018, correct?

14          MR. TUNG:  Any time.

15 Q    At any time?

16          Sir, I'm not asking you --

17          THE COURT:  Wait, the answer hasn't been given in

18 English yet.

19 A    I'm not sure.  My feeling is that I'm not sure.  Because

20 when the two people came to my home, there was also another

21 older man.

22          Now when I see him, and in order for me to associate

23 him with that person, I cannot distinguish between the two.

24 But he was older.

25 Q    Mr. Xu, you're educated, I'm not asking you to speculate.

XU JIN - CROSS - MR. TUNG

1        Do you understand?

2             MR. HEEREN:  Objection, Your Honor.

3             THE COURT:  Sustained.  Sustained.

4             You've gotten your answer, Mr. Tung, let's move on.

5             MR. TUNG:  I have no further questions.

6             THE COURT:  Okay, thank you.

7             Redirect?

8             MR. HEEREN:  No, Your Honor.

9             THE COURT:  Okay, thank you very much, Mr. Xu,

10   you're free to go.

11             (The witness was excused.)

12             THE COURT:  The government call your next witness.

13             MR. HEEREN:  The government calls Special

14   Agent Neviene Habeeb.  That's N-E-V-I-E-N-E, H-A-B-E-E-B.

15             (Continued on the following page.)

16

17

18

19

20

21

22

23

24

25

HABEEB - DIRECT - MR. HEEREN

1           (In open court; Jury present.)

2           THE COURT:  So, Ms. Habeeb, if you'll come forward

3    to the witness stand.  And remain standing for a moment so we

4    can swear you in.

5           THE COURTROOM DEPUTY:  Please raise your right hand.

6           (Witness takes the witness stand.)

7    **NEVIENE HABEEB,** called as a witness, having been first duly

8    sworn/affirmed, was examined and testified as follows:

9           THE WITNESS:  I do.

10          THE COURTROOM DEPUTY:  Thank you have a seat.

11          State and spell your name for the record.

12          THE WITNESS:  Neviene Habeeb, N-E-V-I-E-N-E

13   H-A-B-E-E-B.

14          THE COURT:  You may inquire, Mr. Heeren.

15          MR. HEEREN:  Thank you, your Honor.

16   DIRECT EXAMINATION

17   Q    Good afternoon, Special Agent Habeeb.

18   A    Good afternoon.

19   Q    Where do you work?

20   A    I currently work for Homeland Security Investigations.

21   Q    If you can just speak a little slower --

22   A    Sorry.

23   Q    -- for the court reporters.  Thank you.

24          Is Homeland Security Investigations also known as

25   HSI?

HABEEB – DIRECT – MR. HEEREN

1    A    Yes.

2    Q    What is your position or job title?

3    A    I am a group supervisor for the Human Trafficking Task

4    Force in New York.

5    Q    And in addition to being group supervisor, are you also a

6    special agent?

7    A    I am.

8    Q    How long have you been with HSI?

9    A    Approximately 20 years.

10    Q    Were you involved in any way in the investigation of this

11    case for which you're testifying today?

12    A    No.

13    Q    Do you know someone named Michael McMahon?

14    A    I do not.

15    Q    I want to direct your attention to 2016.  What were you

16    doing for Homeland Security Investigations at that time?

17    A    At that time I was a special agent assigned to the

18    Organized Crime and Drug Enforcement Strike Force.

19    Q    And what is the Organized Crime and Drug Enforcement

20    Strike Force?

21    A    It's a DEA-led task force.

22    Q    And so that I don't have to keep saying it, is that an

23    acronym O-C-D-E-T-F that's pronounced OCDETF?

24    A    Correct.

25    Q    So when you say it's a -- OCDETF strike force is a DEA

HABEEB - DIRECT - MR. HEEREN

1   task force, what do you mean by a task force?

2   A    Basically it's one -- one task force with representations

3   from different agencies, local and federal.

4   Q    So in addition to DEA, there's HSI as well?

5   A    Correct.

6   Q    When you say local, do you mean like NYPD?

7   A    NYPD, and the New York State Troopers.

8   Q    I think we've been just using the acronym DEA, are you

9   referring to the Drug Enforcement Administration?

10  A    I am.

11  Q    So during this time period, 2016, did you ever work

12  alongside agents of the Drug Enforcement Administration?

13  A    I did.

14  Q    Did you work on a particular squad at the strike force?

15  A    I did.  I worked in D53.

16  Q    Sorry, what was the number again?

17  A    D53.

18  Q    Did that squad specialize in any particular type of work?

19  A    Yes.  We specialized in international narcotics

20  trafficking.

21  Q    Were some of the DEA agents you worked with embedded in

22  the same squad as you?

23  A    Yes.

24  Q    Could you please describe your command structure for this

25  joint task force?

HABEEB - DIRECT - MR. HEEREN

1   A    My direct supervisor was a DEA agent and we had a DEA

2   chain of command, but I also reported to an HSI supervisor and

3   had an HSI chain of command man.

4   Q    Your immediate DEA supervisor at the time, was that a

5   group supervisor?

6   A    Yes.

7   Q    What's one level above your group supervisor?

8   A    That would be ASAC, Associate Special Agent in Charge.

9   Q    Who was the ASAC in 2016 over you and your group?

10  A    At that time it was Greg Finning.

11  Q    Is Gregory Finning's last name spelled F-I-N-N-I-N-G?

12  A    I believe so.

13  Q    So fair to describe him as your boss's boss?

14  A    Correct.  Yes.

15  Q    How close were you to Greg Finning?

16  A    I was not close to him at all.

17  Q    I want to show you what's been previously admitted as

18  Government's Exhibit 306.  306, I believe 306A.

19            MR. HEEREN:  Sorry, your Honor, we can take this

20  down for one second, I want to double check if we admitted

21  this.

22            THE COURTROOM DEPUTY:  It's not.

23            MR. HEEREN:  If we can put it up just for the

24  witness and defense counsel only.

25            My apologies, your Honor.  306A.  One second.

1443

HABEEB – DIRECT – MR. HEEREN

1        (Pause in proceedings.)

2    Q    Special Agent Habeeb, if we can please -- Ms. McMahon,

3    zoom in on the user information section of this exhibit.

4        So first, looking at the billing address, do you see

5    a redacted billing address here?

6    A    I do.

7    Q    Have you seen a version of this with an unredacted

8    billing address?

9    A    I have.

10   Q    I can show that to you as well if you need it.

11       Do you remember what this billing address is

12   associated to?

13   A    It's the DEA building in New York City.

14   Q    If we can scroll down a little bit.

15       THE COURT:  I think perhaps if you could pull the

16   microphone a little closer to you, some members are having

17   difficulty hearing you.

18       THE WITNESS:  I'm sorry.

19       THE COURT:  So ask the question again.  I'm sorry,

20   Mr. Heeren.

21       MR. HEEREN:  That's all right.

22   Q    You see an address, an redacted address in both the

23   billing address and user address field in this exhibit.

24       Do you see that?

25   A    I do.

1444

HABEEB - DIRECT - MR. HEEREN

1  Q    Have you had an opportunity to previously review what the

2  billing address and user address is?

3  A    I did.

4  Q    What is that address associated with?

5  A    It's the DEA building in New York City.

6  Q    Have you previously had the opportunity to review the

7  email address associated with this information?

8  A    I did.

9  Q    Is that email address associated with someone named

10  Lauren Ramirez?

11  A    Yes.

12  Q    Who do you know Lauren Ramirez to be?

13  A    She's a person in DEA that hands out phones.

14           (Court reporter asks for clarification.)

15           THE COURT:  While we're doing it, did you want to

16  admit this first, because you're asking a lot of questions

17  about it.

18           MR. HEEREN:  Sure, your Honor, I was trying to lay a

19  foundation but I'm happy to admit it first.

20           THE COURT:  Okay.  Is there any objection to

21  admission of this billing document?

22           MR. LUSTBERG:  Yes, your Honor.  I don't think

23  we've -- I'm not sure there's been a foundation laid for it.

24  Is it being admitted as a business -- I just haven't heard the

25  foundation.

HABEEB - DIRECT - MR. HEEREN

1            MR. HEEREN:  So there's a stipulation to it as

2    business record for authenticity purposes --

3            THE COURT:  Why don't we just move it in that way.

4    So why don't you refer to the stipulation or refer the defense

5    to the stipulation so that we could --

6            MR. HEEREN:  Move it along.  Yes, your Honor.

7            THE COURT:  Yes.

8            MR. LUSTBERG:  Thank you.

9            MR. HEEREN:  The stipulation is Government

10   Exhibit 201 at paragraph 6 which refers to the complete set of

11   records that this is associated with.

12           Government Exhibit 306 consists of true and accurate

13   copies of telephone records obtained from AT&T Corporation,

14   which records include toll records relating to a cellular

15   telephone assigned number (646)529-4233.

16           THE COURT:  So you're going move it in pursuant to

17   that stipulation.  Any objection?

18           MR. LUSTBERG:  No objection, Judge.  I just didn't

19   connect the two.

20           MS. WONG:  No, your Honor.

21           MR. TUNG:  No.

22           THE COURT:  Okay.  So 306A is admitted pursuant to

23   stipulation.

24           (Government Exhibit 306A, was received in evidence.)

25           MR. HEEREN:  If we can go back now, can we publish

HABEEB – DIRECT – MR. HEEREN

1  306A for the jury.

2           (Exhibit published.)

3           MR. HEEREN:  First, blow up the top, the wireless

4  subscriber information.

5  Q     Just to reorient the jury, Special Agent Habeeb, does

6  this appear to be AT&T subscriber information and billing

7  records?

8  A     It does.

9  Q     Now going back down, if you can blow up the billing party

10  and user information so -- apologies to ask this again, just

11  so the jury can see it.

12           I believe your testimony previously was the billing

13  address and user address is both associated with the DEA, one

14  of the DEA's addresses in New York?

15  A     Yes, that's correct.

16  Q     And you indicated that the email address was associated

17  with a person named Lauren Ramirez; is that right?

18  A     Correct, yes.

19  Q     I think that's where we left off.

20           Who do you understand Lauren Ramirez to be?

21  A     She gives out the DEA phones.

22  Q     Just to be clear, do you see in the user information a

23  portion that says MSISDN?

24  A     I do.

25  Q     There is a phone number after that?

1447

HABEEB – DIRECT – MR. HEEREN

1    A    Yes.

2    Q    That ends 4233?

3    A    Yes.

4    Q    Is that your phone number?

5    A    No, it is not.

6    Q    Do you recognize it?

7    A    I don't.

8              MR. HEEREN:  You can take that down now.

9    Q    As part of your jobs as a Department of Homeland Security

10   special agent, are you generally familiar with Department of

11   Homeland Security databases?

12   A    I am.

13   Q    Is one type of database the TECS, T-E-C-S, database?

14   A    Yes.

15   Q    Is another DHS database known as the CLAIMS, C-L-A-I-M-S,

16   database?

17   A    Yes.

18   Q    Can you just very briefly summarize the types of data

19   contained in those databases?

20   A    The old TECS contained anything that I can use in an

21   investigation.  Anything from travel to deconfliction for case

22   management.  CLAIMS is used for immigration claims basically.

23   Q    Can you obtain information about a person's travel from

24   the United States to a foreign country in Department of

25   Homeland Security databases?

HABEEB – DIRECT – MR. HEEREN

1   A    I can.

2   Q    Is the travel information sometimes known as exit

3   information?

4   A    It is.

5   Q    Why is it called exit information?

6   A    The passenger's exiting or departing from the U.S.

7   Q    Is a person's exit information sensitive information --

8   A    It is.

9   Q    Why.

10  A    It's somebody's personal information.

11  Q    And does it relate to -- what does it relate to?

12  A    The person's travel history.  The passenger's travel

13  history.

14  Q    Does it indicate when they are going to particular

15  foreign countries?

16  A    Yes.

17  Q    In addition to where they're traveling, can you obtain

18  other information about a person from Department of Homeland

19  Security databases?

20  A    I can.

21  Q    Is some of that information sensitive personal

22  information?

23  A    It is.

24  Q    Can you provide any general examples?

25  A    Person's date of birth, the person's passport, passport

1449

HABEEB - DIRECT - MR. HEEREN

1    numbers.  A lot of private information is included.

2    Q    Are Department of Homeland Security databases used for

3    law enforcement purposes?

4    A    It is.

5    Q    Do they contain information related -- without telling me

6    about any of them, do they contain information related to

7    ongoing federal criminal investigations?

8    A    Yes.

9    Q    As an HSI agent, do you receive training on the proper

10   handling of information from Department of Homeland Security

11   databases?

12   A    We do.

13   Q    Do you receive retraining --

14   A    Yes.

15   Q    -- from time to time?

16   A    Yes.

17   Q    Sorry just wait until I finish my answers -- questions.

18           Does this training include who you can share data

19   with?

20   A    Yes.

21   Q    And does the training include training on the proper

22   handling of data?

23   A    Yes.

24   Q    And in your experience, what does your training say about

25   sharing Department of Homeland Security database information

1450

HABEEB – DIRECT – MR. HEEREN

1   with people outside of law enforcement?

2   A      You cannot.

3   Q      What if they are former law enforcement?

4   A      No.

5   Q      What if they are a private detective?

6   A      No.

7   Q      Now you said you worked alongside the DEA, does the DEA

8   have their own federal government databases?

9   A      Yes.

10  Q      And based on your experience working alongside them, do

11  DEA agents receive training as well on the handling of their

12  information?

13  A      Yes.

14  Q      Now does DEA databases contain all of the same data

15  that's contained in Department of Homeland Security databases?

16  A      No.

17  Q      Now in the normal course of your work, do you share

18  Department of Homeland Security database information with

19  other law enforcement?

20  A      Yes.

21  Q      And can you please explain to me again, at a very general

22  level, when and why you do that?

23  A      Especially on a task force we work in a joint

24  investigation, so something that I would bring to an

25  investigation, another agency would not be able to get without

1451

HABEEB - DIRECT - MR. HEEREN

1  my -- without it coming from me.

2  Q     And so will you -- in addition to who you share it to,

3  does the purpose that -- the purpose for which the information

4  is being used, does that matter in terms of whether you are

5  permitted to share the information?

6  A     It would always be for an investigation.

7  Q     So I guess my point, if I understand you correctly, if

8  it's not for an investigation or some other law enforcement

9  purpose, is it your understanding of whether you can share it?

10 A     I cannot share it if it's not for an investigation or for

11 a law enforcement purpose.

12 Q     Based on your experience, would you face consequences if

13 you knowingly shared Department of Homeland Security database

14 information with a third party without the proper authority

15 you described?

16 A     I believe I would.

17 Q     Based on your experience working alongside them, is it

18 your understanding that DEA agents -- well, do you have an

19 understanding of whether DEA agents are allowed to share

20 information outside of -- Department of Homeland Security

21 information outside of law enforcement without homeland

22 security permission?

23 A     No, they cannot.

24 Q     Why not?

25 A     It's part of the -- it's law enforcement sensitive.

HABEEB – DIRECT – MR. HEEREN

1    Q    What do you mean by law enforcement sensitive?

2    A    It's basically we're able to use it for law enforcement

3    investigative reasons and it's not to be shared with the

4    public or for outside people.

5    Q    In 2016, did DEA agents that you worked with typically

6    have direct access to the Department of Homeland Security

7    databases?

8    A    They did not.

9    Q    Who, again, at the strike force in 2016, who typically

10   controlled access to those databases?

11   A    Homeland agents.

12   Q    So what did DEA agents have to do if they wanted

13   information from Homeland Security databases?

14   A    An agent would come up to me and ask me, do mind running

15   this person or seeing -- getting information off this person

16   from your systems.

17   Q    And so I take it from your answer in your role as an HSI

18   agent, did you run database queries from time to time?

19   A    Yes, always.

20   Q    In addition to running database queries yourself, can you

21   ask Homeland Security support personnel to conduct database

22   queries for you?

23   A    Yes.

24   Q    What is the name of the group of people who does that?

25   A    LESC.

HABEEB - DIRECT - MR. HEEREN

1    Q    Just a little bit slower, please.

2    A    LESC.

3    Q    What does LESC stand for?

4    A    I believe Law Enforcement Support Center.

5    Q    And have you, in the past, made requests to LESC for

6    information?

7    A    I have.

8    Q    In the ordinary course of your work -- this may have been

9    answered but just to be clear, in the ordinary of course of

10   your work would you sometimes run or request queries for other

11   agents you worked with?

12   A    Yes.

13   Q    You testified earlier that in 2016 Greg Finning was a

14   supervisor, a DEA supervisor within your chain of command; is

15   that right?

16   A    Correct.

17   Q    As one of your supervisors could Greg Finning request

18   that you run or request -- that you run or request information

19   from a Department of Homeland Security database?

20   A    It would be unusual.  He's not my direct supervisor and

21   he's a supervisor.

22   Q    But could, if wanted to --

23   A    If he wanted to --

24   Q    -- could he do so?

25   A    -- yes.

1454

HABEEB - DIRECT - MR. HEEREN

1  Q    How -- would he typically make that request directly or

2  indirectly?

3           MR. LUSTBERG:  Objection, your Honor.  There's been

4  no testimony as to what he typically would or wouldn't do.

5           THE COURT:  Overruled.  Can you answer that

6  question.

7  A    One more time.  I'm sorry.

8  Q    Sure.  I think you testified earlier that you didn't have

9  much contact with Greg Finning.

10 A    Correct.

11 Q    Based on your experience with your contact with him --

12 and you also testified that Greg Finning could make requests

13 as a senior supervisor over you?

14 A    Correct.

15 Q    In your experience, would he make that request directly

16 or indirectly?

17 A    He's never made that request directly to me.

18 Q    So would that request -- how would that request come down

19 to you then?

20 A    It would be through someone else.

21           MR. HEEREN:  I want to show you what's been marked

22 for identification only as Government's Exhibits 424, 425 and

23 429.  I'm going to show you each of them individually and then

24 I'm going to ask you some questions about them.

25           425 now please.

HABEEB - DIRECT - MR. HEEREN

```
1            Before we get to 429, do you recognize Government

2   Exhibits 424 and 425?

3   A    I do.

4   Q    What are they?

5   A    They are a call master record of a call that I made.

6   Q    What, generally speaking, what is a call master record?

7   A    It's just a record of -- of -- basically of a phone log

8   of a phone call that was made.

9   Q    Within the Department of Homeland Security?

10  A    Yes.

11  Q    And without saying the specific information, what sort of

12  information, generally, is the call master record related to?

13  A    A query that was made.

14  Q    Now looking at Government's Exhibit 429.

15            This is a two-page exhibit.  If you could look at

16  both the first page and then the second page.

17            If you can blow up the top.  Thank you.

18            Do you recognize Government Exhibit 429?

19  A    I do.

20  Q    What is Government's Exhibit 429?

21  A    It's a CLAIMS printout.

22  Q    Can you explain what a CLAIMS printout is generally,

23  without describing the information contained therein?

24  A    It's basically a person's immigration status.

25  Q    Apart -- what's the first page of Government's
```

HABEEB – DIRECT – MR. HEEREN

1  Exhibit 429?

2  A    I believe it was an email.

3  Q    Can you just go back to it.

4  A    It's an email from the Law Enforcement Support Center to

5  me.

6  Q    Apart from your cover email, are the records I just

7  showed you, Government's Exhibits 424, 425 and 429, records

8  reflecting information from Department of Homeland Security

9  databases?

10  A    Yes.

11  Q    Are these records made at or near the time or from

12  information transmitted by someone with knowledge of the

13  events reflected in the records?

14  A    Yes.

15  Q    Are the records kept in the course of the Department of

16  Homeland Security's regularly conducted activities?

17  A    Yes.

18  Q    And is making these records a regular practice of the

19  Department of Homeland Security?

20  A    Yes.

21         MR. HEEREN:  Move to admit Government's

22  Exhibits 424, 425 and 429.  The cover email we would not seek

23  to admit for its truth.

24         MR. LUSTBERG:  No objection.

25         MS. WONG:  No objection.

HABEEB – DIRECT – MR. HEEREN

1          MR. TUNG:  No objection.

2          THE COURT:  Admitted.  You may publish.

3          (Government Exhibits 424, 425 and 429, were received

4     in evidence.)

5          (Exhibit published.)

6          MR. HEEREN:  Let's please first look at Government

7     Exhibit 424.  If you could please blow that up, Ms. McMahon.

8     Thank you.

9     Q    Now that the jury can see it, Special Agent Habeeb, can

10    you please tell us what this is again?

11    A    It's the call master record.

12    Q    And who was the caller for this call?

13    A    I was.

14    Q    So is this -- you testified earlier about how you can

15    run -- you can either run checks directly or call people for

16    information, is this an example of how you can call for

17    information?

18    A    Yes.

19    Q    And directing your attention to the subject information,

20    do you see that?

21    A    Yes.

22    Q    Who is the subject listed here?

23    A    It's last name is X-U, first name Jin, J-I-N.

24    Q    And what's the year of the date of birth?

25    A    1965.

HABEEB - DIRECT - MR. HEEREN

1  Q    When was this call master record entered as reflected in

2  the top left a corner?

3  A    November 1st, 2016.  They highlighted the wrong one.

4  Q    Is now the right area where it's entered highlighted?

5  A    Yes.

6  Q    And if you look at the bottom left corner it says,

7  Synopsis with some information, and Narrative with some

8  information.  Do you see that?

9  A    I do.

10 Q    What do you understand that to reflect?

11 A    That was the databases that were checked for my query.

12 Q    Turning to the next one, 425 please.  If we can just blow

13 this up as well.

14        Is this another call master record?

15 A    It is.

16 Q    What was the date that this one was entered?

17 A    It's November 1st, 2016.

18 Q    And are there two subjects whose information you queried

19 this time?

20 A    Yes.

21 Q    What were their names?

22 A    X-U J-I-N, is the first one.  The second one is L-I-U

23 F-A-N-G, Fang.

24        MR. HEEREN:  We're going to come back to this but

25 let me go to Government Exhibit 429 now previously admitted.

1459

HABEEB - DIRECT - MR. HEEREN

1   Q   So now I'm just going to the second page of the record.

2   So what is this record again?

3   A   It's the immigration record for that person.

4   Q   And what is the person's name, according to the record?

5   A   X-U is the last name, first name J-I-N.

6   Q   And then -- one second.  Going back to the first page,

7   the email itself, when was this email sent to you?

8   A   November 1st, 2016.

9   Q   And we see in the signature block, a person whose

10  information includes law enforcement specialist, Law

11  Enforcement Support Center; is that right?

12  A   Correct.

13  Q   Is that what you were referring to as LESC?

14  A   Yes.

15  Q   I just want to flag for your attention -- well --

16  withdrawn.

17          MR. HEEREN:  You can take that down now.

18  Q   How many Homeland Security database queries would you say

19  approximately you've run in your career?

20  A   Thousands.

21  Q   Do you have any specific recollection of requesting the

22  information reflected in the exhibits you were just shown?

23  A   I don't have a recollection of actually doing it, but I

24  do have a recollection of the CLAIMS form.

25  Q   What is your general recollection then?

1460

HABEEB - DIRECT - MR. HEEREN

1    A    I just thought -- once I saw it, the CLAIMS form, I

2    thought it looked weird.

3    Q    Why -- let's put up the CLAIMS form again, 429 please.

4    If you can blow it up.

5             Why did this CLAIMS form look weird to you?

6    A    At that time I was not investigating any Chinese

7    organized crime subjects.  My focus was -- I had middle

8    eastern targets that I was investigating and my group did not

9    investigate domestic targets, we investigated international

10   targets.

11   Q    I would just note, where is this -- the person who is

12   being looked up located, according to the record?

13   A    In New Jersey.

14   Q    Just to be clear, do you believe you ran these queries

15   for any investigation you were working on?

16   A    I did not.

17   Q    So if you didn't do, do you have a specific recollection

18   of who requested that you ran these queries?

19   A    I don't remember specifically who asked me to run the

20   query.

21   Q    Do you have a general recollection of any of the persons

22   or people who were involved in any way with these queries?

23   A    At the time I do remember that it had something to do

24   with Greg Finning, but I don't remember exactly how or why.

25   Q    Do you have any recollection other than that about it?

HABEEB – DIRECT – MR. HEEREN

1  A    I do not.

2         MR. HEEREN:  I want to show you what's been admitted

3  into evidence as Government's Exhibit 4006B at page 818.

4  Q    Do these appear to be chat messages, Special Agent

5  Habeeb?

6  A    Yes.

7         MR. LUSTBERG:  Your Honor, I object to this line of

8  questioning.  I don't understand how she can add to anything

9  having to do with these.  And I'd like to be heard, if the

10 Court --

11        THE COURT:  Sustained.

12        MR. HEEREN:  Your Honor, could we have a very brief

13 sidebar?

14        THE COURT:  Sure.

15        (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

1462

HABEEB - DIRECT - MR. HEEREN

1          (The following occurred at sidebar.)

2          THE COURT:  I'm assuming these are texts between the

3    Defendant McMahon and Greg Finning.

4          MR. HEEREN:  That's right, your Honor.  What I want

5    to show is that you will see in the text messages the

6    information requested and I want her to compare that

7    information to her records that --

8          THE COURT:  You can do that during argument.  She's

9    not an appropriate person for that.  You're just going to have

10   her read into the record --

11         MR. HEEREN:  I just want to ask her if the

12   information that she had is the same information reflected in

13   that exhibit.

14         THE COURT:  The report back, that is?

15         MR. HEEREN:  So the database records, there's three

16   different ones and there's different types of information in

17   that exhibit, but I think I can show to compare them -- and I

18   don't know that's too far afield, I can be very brief with

19   it -- I don't think it's too far afield to show, for example,

20   one of the records reflects exit data, a date when a person

21   left and I want to point to an email where that same data was

22   found and I want to ask her, is that the same information.

23         THE COURT:  This is really the subject of argument,

24   but I'll let you show just the one text that had that

25   information.  Because right now what you're showing appears to

GEORGETTE K. BETTS, RPR, FCRR, CCR
Official Court Reporter

HABEEB - DIRECT - MR. HEEREN

1    be the request from Mr. McMahon to Mr. Finning to run the

2    search, I think --

3                MR. HEEREN:  Understood.

4                THE COURT:  -- and you can't get it in through this

5    witness.

6                MR. HEEREN:  Okay.

7                THE COURT:  So you can show her the one that had the

8    exact information that you wanted her to confirm is the same

9    as the record that she searched.

10               MR. HEEREN:  Okay.

11               MR. LUSTBERG:  Just for the record, I object to

12   this.  I think the Court was correct in its initial reaction,

13   which is if the government wants to show that this chat

14   included the same information as what she's just testified to

15   with those records, they can put those side by side at the

16   time of argument.  It's not appropriate for them to ask this

17   witness about these chats in which she had no knowledge

18   whatsoever, wouldn't, and by the way, I should note, that she

19   has said that -- all she has said is she has a recollection

20   that this request had something to do with Greg Finning, but

21   she also testified that she doesn't remember ever getting a

22   request from Mr. Finning.  So I think this is argument and I

23   think that allowing the government to tie these two things

24   together through this witness is completely inappropriate.  I

25   just want to be clear.

HABEEB – DIRECT – MR. HEEREN

1         THE COURT:  All right.  Overruled.  Ask your one

2    question, though, make it limited.

3         MR. HEEREN:  Yes, your Honor.

4         (End of sidebar conference.)

5         (Continued on the next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HABEEB – DIRECT – MR. HEEREN

1          MR. HEEREN:  If we can just please put up

2    Government's Exhibit 4006B at page 822, and if I can direct

3    the witness there's a binder over your right shoulder there.

4          THE COURT:  Let's just focus in on the one box in

5    front of the jury.

6          MR. HEEREN:  Yes.  Please.  Blow that all the way

7    up.  Thank you, your Honor.

8    Q    So just to save the Court's time, do you see a name and

9    other information in this chat box?

10   A    I do.

11   Q    And then below the first set there's a second name and

12   additional information?

13   A    Yes.

14   Q    And have you had an opportunity to review the unredacted

15   version of this exhibit?

16   A    I did.

17   Q    And is the information in the unredacted version

18   personally identifiable information?

19   A    Yes, it is.

20         MR. HEEREN:  And I want to show you, turning you

21   back to Government's Exhibit 425.  If you could please blow up

22   the subject information.

23   Q    Are the two names in this record the same names reflected

24   in that text message?

25   A    They are.

HABEEB – DIRECT – MR. HEEREN

1    Q    Have you had a chance to look at the unredacted date of

2    births for these two individuals?

3    A    I did.

4    Q    Are the date of births the same date of birth information

5    as reflected in Government's Exhibit 4006 --

6    A    Yes.

7    Q    -- B?

8         And just directing your attention again in 425 --

9    first, if you can close that up.  If we can go to the date

10   entered again.

11        This was entered on 11/1/2016 at 2:40 p.m.; is that

12   fair?

13   A    Yes.

14        (Continued on the next page.)

15

16

17

18

19

20

21

22

23

24

25

HABEEB - DIRECT - MR. HEEREN

1  DIRECT EXAMINATION (Continued)

2           MR. HEEREN:  Going to Government's Exhibit 424.

3           (Exhibit published.)

4           MR. HEEREN:  Please blow up the subject information

5  again.

6  Q    And is that the same name and date of birth information

7  as reflected in the text messages?

8  A    Yes.

9           MR. HEEREN:  And going back to the date entered

10 information, please, Ms. McMahon.

11 Q    What was the date and time this information was entered?

12 A    11/1/2016 at 2:58 p.m.

13 Q    Okay.

14          MR. HEEREN:  You can close that up.

15          Going back to Government's Exhibit 429, page 2,

16 please.

17          Can you blow that up.

18 Q    Does the claims record in Government's Exhibit 429 also

19 include the person's mother's and father's name?

20 A    Yes.

21 Q    And do you -- without reading it, do you see that the

22 name information in this record?

23 A    I do.

24 Q    And if you look at the top right corner, does that

25 reflect the date and time when this query was made?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HABEEB – DIRECT – MR. HEEREN

1   A    It does.

2   Q    And that also was at November 1st, 2016 at 2:58 p.m.?

3   A    Yes.

4        MR. HEEREN:  Okay, I want to go back to Government's

5   Exhibit 425, please.

6        And if we can just blow up the portion of it that

7   relates to the person identified as Liu Feng.

8   Q    Do you see where it says "subject left"?

9   A    Yes.

10  Q    That's says subject left on 8/18/2015?

11  A    Yes.

12       MR. HEEREN:  I want to show you what's previously

13  admitted as Government's Exhibit 3051.

14       And I just want to highlight the top most email.

15       (Exhibit published.)

16       MR. LUSTBERG:  Same objection, Your Honor.

17       THE COURT:  Overruled.  But, again, with the

18  government focussing on the particular information.

19  Q    Directing your attention to the sentence in the email --

20  excuse me, the subject of the email, what is the subject of

21  the email?

22  A    It's Fang Liu exit information.

23  Q    Okay.  And do you see the sentence that begins "Fang Liu

24  left Los Angeles"?

25  A    Yes.

HABEEB – DIRECT – MR. HEEREN

1    Q    On August 8th, 2015?

2    A    Yes.

3    Q    And August 8th is different than August 18th, there's no

4    "1" on the front, right?

5    A    Correct.

6    Q    On a plane bound for Australia.

7          Did I read that part right?

8    A    Yes.

9          MR. HEEREN:  One second, Your Honor.

10         (Pause in the proceedings.)

11         MR. HEEREN:  Just a few more questions.

12   Q    Special Agent Habeeb, I believe you testified earlier

13   that you weren't very close to Greg Finning?

14   A    Correct.

15   Q    In your experience, have you ever heard Greg Finning

16   refer you to as his HSI guy?

17   A    No.

18         MR. HEEREN:  One second, Your Honor.

19         (Pause in the proceedings.)

20         MR. HEEREN:  Going back to Government's Exhibit 429.

21         Can we just blow up the red text at the bottom.

22         (Exhibit published.)

23   Q    And so was this warning on the email that you received

24   with the Department of Homeland Security database records?

25   A    Yes.

HABEEB - CROSS - MR. LUSTBERG

1   Q    And among other things, does it indicate that it is not

2   to be released to the public or other personnel who do not

3   have a valid need to know without prior approval of an

4   authorized DHS official?

5   A    Yes.

6            MR. HEEREN:  No further questions, Your Honor.

7            THE COURT:  Thank you.

8            Cross-examination?

9            And bear in mind we're going to break for lunch a

10  few minutes about of 1, Mr. Lustberg.

11           Which obviously doesn't mean you have to limit

12  yourself.

13           MR. LUSTBERG:  No, no, no.  No worries, Your Honor.

14  CROSS-EXAMINATION

15  BY MR. LUSTBERG:

16  Q    Just a couple of questions, Special Agent Habeeb.  Good

17  afternoon.

18           On direct examination, Mr. Heeren asked you whether

19  it was appropriate to use the information that's requested of

20  on for an ongoing criminal investigation.

21           Do you remember that?

22  A    I do.

23  Q    And you said, yes.  And my question is only:  When you

24  say "ongoing," it can also be at the outset of an

25  investigation; that is to say, it would be appropriate for you

HABEEB - CROSS - MR. LUSTBERG

1    to get a request for information that might lead to opening an

2    investigation as well, correct?

3    A    Correct.

4    Q    With regard to -- you said that the request that's at

5    issue here, you don't remember receiving that request from

6    Mr. Finning, right?

7    A    Correct.

8    Q    In fact, you said you don't remember -- receiving any

9    particular request from Mr. Finning; is that right?

10   A    Correct.

11   Q    Because it had something to do with that, right?

12   A    Yes.

13   Q    Okay.  Were you aware that at that time Mr. Finning --

14   well he as the ASAP, right, for the DEA?

15   A    Correct.

16   Q    And that stands for assistance special agent in charge,

17   right?

18   A    Yes.

19   Q    Okay.  And do you have any knowledge as to whether he was

20   doing any investigations into foreign money laundering?

21   A    I have no idea.

22   Q    So you don't know whether he was doing investigations

23   into money laundering in China?

24   A    No.

25            MR. LUSTBERG:  Okay, thank you.

PROCEEDINGS

1        Your Honor, that's all I have.  And I told you it

2   would be short.

3        THE COURT:  Very impressive.

4        All right, any other cross-examination?

5        MS. WONG:  No, Your Honor.

6        MR. TUNG:  No, Your Honor.

7        THE COURT:  All right, terrific.

8        So you may step down, and you're free to go.  Thank

9   you.

10       Oh, I should have asked, any redirect?

11       MR. HEEREN:  No, Your Honor.

12       (The witness was excused.)

13       THE COURT:  So, ladies and gentlemen, since it's

14   will ten of one, let's break a little bit early.  We'll still

15   stick with our 2:00 restart time, so you have until 2:00 for

16   lunch.

17       Don't talk about the case.  Don't do any research.

18   Keep an open mind.  And enjoy your lunch.

19       All rise.

20       (Jury exits the courtroom.)

21       THE COURT:  Please be seated, everyone.

22       Just so you know, the jurors had asked Ms. Gonzalez

23   about -- as to how many more witnesses there are -- or rather

24   are going to be called in the trial.  Obviously, I don't want

25   to relay that information to the jury, because obviously

1473

PROCEEDINGS

1   there's no reliable way to do so, and I also don't want to set

2   certain expectations that may or may not come to pass.

3          But I would like to give them some guidance or

4   assurance about the expectation that the case -- or that

5   they'll get the case or start their deliberations next week,

6   but I want to confer can you folks first before I let

7   Ms. Gonzalez convey that message to them.

8          So by my count, the government has about ten

9   witnesses, or will have about ten witnesses on their list who

10  haven't been called after today.  Because I think John Ross is

11  one of the witnesses who will testify today, right?

12         MR. HEEREN:  Yes, Your Honor.

13         THE COURT:  Okay, and then we have probably other

14  witnesses from the government; is that right?

15         MR. HEEREN:  So, Your Honor, we're prepared to put

16  on John Ross, and we're also prepared to put on the video

17  related to Sabrina Xu.  We didn't anticipate ending this early

18  with Mr. -- with these two witnesses.

19         So I will say we have cut down on our witnesses, and

20  so I can tell the Court who we have remaining next week, which

21  I think will get us -- I don't want to promise Monday, but I

22  think Monday, Tuesday is where we're heading.

23         THE COURT:  Okay.

24         MR. HEEREN:  And so the remaining witnesses that we

25  anticipate calling are Forensic Examiner Graff, Forensic

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS

1   Examiner Davis, the New Jersey Motor Vehicle Commission

2   representative.

3           THE COURT:  Hang on, that's Number 15?

4           MR. HEEREN:  Yes.

5           THE COURT:  Okay.

6           MR. HEEREN:  Number 19, Special Agent Wheeler.

7   Number 22, Special Agent Rivera, and that is it.

8           THE COURT:  About how 24, Special Agent Maguire?

9   Did he testify?  Oh, I'm so sorry.

10          And then I'm gathering not 29, Sabrina herself.

11          MR. HEEREN:  That's -- no, so that would be -- we

12  listed her, obviously, but that's the Rule 15 deposition.

13          THE COURT:  Oh, that's right.

14          And are you going to play portions of it?  Oh, when

15  you said video related to her, that's what you mean?

16          MR. HEEREN:  Sorry, I wasn't clear.

17          So after Mr. Ross, we would intend to play the

18  Rule 15 clips.

19          THE COURT:  And how long do you think the video is

20  going to be?

21          MR. HEEREN:  Approximately 25 minutes, Your Honor.

22          THE COURT:  And that's going to be this afternoon?

23          MR. HEEREN:  Yes, Your Honor.

24          THE COURT:  Okay.  Just so I have a heads up, I

25  gather there are no lingering objections as to that

PROCEEDINGS

1  deposition, and both sides have agreed to the approximately

2  25-minute portions of it that will be played, correct?

3          MR. LUSTBERG:  Correct.

4          MS. WONG:  Right.

5          THE COURT:  Mr. Tung?

6          MR. TUNG:  Yes.

7          THE COURT:  All right, good.

8          So it sounds like we're going to finish early today

9  then have about five witnesses on Monday, most of whom seem

10  custodial to some extent; is that fair to say?

11          MS. CHEN:  Yes, Your Honor.

12          THE COURT:  And I gather you're not calling

13  Mr. Finning himself; is that right?  Mr. Finning you don't

14  anticipate calling him?

15          MR. HEEREN:  We don't.

16          THE COURT:  Agent Finning.

17          MS. CHEN:  That's right.

18          I will note Special Agent Wheeler is a CASTE agent.

19  Her testimony will be a little more significant than what you

20  termed as the "custodial witnesses".

21          THE COURT:  And that's C-A-S-T-E.  All right, for

22  the court reporter.

23          All right, so the defense, obviously, has suggested

24  that they may put on varying degrees of cases.

25          I think, Mr. Tung, you've indicated your client is

PROCEEDINGS

1  likely to testify?

2          MR. TUNG:  We still have not finally decided, but

3  mostly likely not.

4          THE COURT:  Okay.  Obviously I will inquire of them

5  later and advise them about their rights next week, but for

6  now, in terms of trying to give some guidance to the jury with

7  the disclaimer that there's no reliable way to predict how

8  things we will go, I will factor that in.

9          And then, Ms. Wong, Mr. Zheng will testify, you

10  think?

11          MS. WONG:  No, I don't believe so.

12          THE COURT:  And, Mr. Lustberg, you had previously

13  indicated that you do think Mr. McMahon will testify.

14          MR. LUSTBERG:  That's correct, Your Honor.  However,

15  we will have at least the time.  I don't know how long, and

16  one of the elements that just occurred, which I think Your

17  Honor correctly perceived, is that we have a decision to make

18  now as to whether to call Mr. Finning.  We understood the

19  government was going to, now we have to make that decision.

20          THE COURT:  Okay.

21          MR. LUSTBERG:  So which could affect the length of

22  our case, but to be clear I do not think, once we put on a

23  case, it will be more than a day and a half.

24          THE COURT:  Okay.

25          MR. LUSTBERG:  So I think we're in pretty good

PROCEEDINGS

1 shape.

2          THE COURT:  All right.  And the other defendants, do

3 you anticipate putting on a case, even if you don't call your

4 clients?

5          MS. WONG:  I'm not currently sure, Your Honor.  We

6 have provided a proposed witness that includes Chaohong Chen,

7 who we have subpoenaed.  So we're making that determination.

8          THE COURT:  All right.  And do you have any estimate

9 of the length, if you call witnesses?

10          MS. WONG:  Not more than, I would say, two hours.

11          THE COURT:  And then, Mr. Tung?

12          MR. TUNG:  We don't have a case to put on, Your

13 Honor.

14          THE COURT:  Okay.  And at this time, obviously,

15 things can change.

16          So as I said, I'm not, of course, holding anyone to

17 any of these estimates, but I think I can safely have

18 Ms. Gonzalez at least advise the jury that while I can't give

19 them any kind of witness count, it does appear that we

20 anticipate them getting the case some time by mid or late next

21 week -- well, by mid next week, Thursday, I guess is mid, but

22 I think that that's a safe estimate for them.  I think getting

23 the case by Thursday.

24          MR. LUSTBERG:  I mean, just to be candid, based on

25 even yesterday's conversation, we have a number of subpoenas

PROCEEDINGS

1    out.  We changed their dates.  We figured, based on yesterday,

2    that we should be ready to go on Wednesday of next week, but

3    now it sounds like it maybe more like Tuesday, so we'll do our

4    best, but it's a little difficult, but we'll do our best.

5              THE COURT:  Right.  Please do whatever you can to

6    get your witnesses here by Tuesday.  I recognize that if

7    they're not available we may have to take a day's break in the

8    proceedings.  Because right now it sounds only maybe two of

9    the defendants will put on any kind of a case, but I don't

10   want the jury to come in for an hour's worth of testimony or

11   something like that.  So more likely I will give them a day

12   off and then we will resume on Wednesday, if that's the

13   earliest that the witnesses can get here.

14             But bear in mind the jurors, based on the estimate

15   given during jury selection and I think at the beginning of

16   trial, are expecting that they'll be getting the case before

17   the end of next week.  And some of them have already said that

18   they're not going to be available the week after or they have

19   some issues with the week after, not to mention that Monday is

20   a court holiday.

21             So, again, everyone will still have to do what they

22   think they must, with respect to their respective cases, but I

23   just want us all to be on the same wavelength with respect to

24   some potential time restrictions or pressures that we have.

25             So Monday we'll have a short -- well, no, we won't

PROCEEDINGS

1   have a short day, I'm sorry.  Today we'll have a short day

2   sorry.  But Monday we should have a full day.

3          Is there any chance you folks will finish before the

4   end of Monday, such that the defense should be ready to go?

5          MS. CHEN:  It seems unlikely, Your Honor.

6          THE COURT:  So I think the defense should plan on

7   starting on Monday morning, if possible.  Tuesday morning, if

8   possible.  My, gosh.  Sorry guys, I lost track of the week.

9          MS. CHEN:  Your Honor, I wanted to raise one issue,

10  just in advance of playing the Rule 15 deposition video, if

11  you could just give a short preamble to the jury as to what it

12  is, and that Judge Reyes presided, you might hear his voice.

13         THE COURT:  Is that right?

14         MS. CHEN:  Yes, so they are not surprised when they

15  do, in fact, hear his voice.

16         THE COURT:  Right.  And what I probably will say is

17  that there is a procedure to allow witnesses to be deposed

18  when they're not able to come in person.

19         I don't know if she appears visibly pregnant in the

20  deposition, maybe the jury will reach its own conclusions, but

21  I wasn't planning to explain why, but that the parties all

22  were able to participate in the deposition, if they chose to

23  do so, and that it was presided over by a magistrate judge

24  from this court, whose voice may be heard at various times

25  with respect to objections, I gather.

PROCEEDINGS

1          MS. CHEN:  I think the objections have been removed,

2     but Judge Reyes' voice is on the recording.

3          In addition, Your Honor, there's one exhibit that's

4     admitted through Ms. Zhu, which I understand Mr. Lustberg

5     withdraw his objection, but we would seek it to put it up at

6     the appropriate time.

7          THE COURT:  Is it correct you withdrew your

8     objection?

9          MR. LUSTBERG:  Yes.

10          THE COURT:  All right, folks, we'll see you at 2:00.

11          (A recess was taken at 1:03 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings

1           AFTERNOON SESSION

2               (In open court; jury not present.)

3               THE COURT:  Sorry, folks, we are a little late.  I

4    think the jury is all here.

5               So the next witness, we will have that.

6               MR. HEEREN:  We are playing a video, the Rule 15,

7    Your Honor.

8               THE COURT:  That's fine.

9               We are going to go ahead and get the jury.

10              THE COURTROOM DEPUTY:  All rise.

11              (The jury enters the courtroom.)

12              THE COURT:  Please be seated, everyone.

13              Ladies and gentlemen of the jury, I hope you had a

14   good lunch.  We are going to resume with the Government's

15   presentation of evidence, but we are going to play a video at

16   this time of a deposition that was taken of a witness.

17              Now, under the Federal Rules, it's permissible for a

18   witness to testify essentially through a deposition that's

19   taken before the trial begins and at a different location than

20   the trial itself when the witness is unavailable to testify in

21   person.  The parties all have an opportunity to be present at

22   the deposition.  So it is considered equivalent to having the

23   witness testify in court.

24              In addition, for the deposition, a judge -- in this

25   case, it wasn't me, but a different judge from our court

*Michele Lucchese, Official Court Reporter*

Proceedings

1    presided, in a sense, over that deposition in case any

2    disputes arose or things like that.  So, occasionally, you're

3    going to hear the voice of that judge, Judge Reyes, who is

4    from this court also.  So that's the other voice you might

5    here.

6              So it's about, how many minutes did you say, 25

7    minutes?

8              MS. CHEN:  Yes.

9              THE COURT:  About 25 minutes in length.  It's going

10   to be played, I guess, on the overhead screen and on the

11   screens in front of you.

12             Is there anything else that we need to do before we

13   start playing this deposition.

14             MS. CHEN:  No.

15             THE COURT:  How about a least announcing who the

16   person is?

17             MR. HEEREN:  Sure.  Your Honor, the witness for the

18   Government is Xinzi Xu, X-I-N-Z-I, X-U.  X-U is the last name.

19             THE COURT:  All right.  Go ahead and play the

20   deposition.

21             (Videotape deposition of Xinzi Xu played. )

22             THE COURT:  That's the conclusion of the videotape;

23   correct?

24             MS. CHEN:  Yes.

25             THE COURT:  We can take this up later, but it seems

*Michele Lucchese, Official Court Reporter*

Proceedings

1    to me some exhibit has to be admitted into the record since

2    there was no transcription of the deposition itself just now;

3    secondly, I will admit Government Exhibit 107, which was

4    introduced in the video without objection, okay.

5                (Government Exhibit 107, was received in evidence.)

6                THE COURT:  Next witness.

7                MS. ARFA:  The Government calls John Ross.

8                THE COURT:  Mr. Ross, if you will come up to the

9    witness stand and remain standing for one moment so we can

10   swear you in.  Witness takes stand.)

11               THE COURTROOM DEPUTY:  Please raise your right hand.

12               (Witness sworn.)

13               THE COURTROOM DEPUTY:  Thank you.  Have a seat.

14   Please state and spell your name for the record.

15               THE WITNESS:  John Ross, R-O-S-S.

16               THE COURT:  You may inquire.

17               And Mr. Ross, those waters are for you, I think from

18   the Government.

19               THE WITNESS:  Thank you.

20               THE COURT:  You can thank them.

21               Go ahead.

22   JOHN ROSS, called as a witness, having been first duly

23   sworn/affirmed, was examined and testified as follows:

24

25

Ross- direct - Arfa

1  DIRECT EXAMINATION

2  BY MS. ARFA:

3  Q    Good afternoon, Mr. Ross.

4  A    Good afternoon.

5  Q    Are you currently employed?

6  A    I'm retired.

7  Q    Where were you employed prior to your retirement?

8  A    At the U.S. Department of Justice assigned to the U.S.

9  Attorney's Office in the Joint Terrorist Task Force.

10 Q    What was the title at the time of your retirement?

11 A    Supervisory special agent.

12 Q    What were your responsibilities in that position?

13 A    I was responsible to supervise the special agents,

14 investigators, and NYPD detectives that were assigned to the

15 U.S. Attorney's Office, and also conduct investigations at the

16 Joint Terrorist Task Force.

17 Q    For how long did you work for the U.S. Department of

18 Justice?

19 A    For 20 years.

20 Q    What was your position in October 2020?

21 A    Supervisory special agent.

22 Q    I would like to direct your attention now to October 28,

23 2020.  Were you working that day?

24 A    Yes.

25 Q    What was your assignment that day?

Ross- direct - Arfa

1    A    I was to assist with the potential interview of --

2    post-arrest interview of Michael McMahon.

3    Q    Do you know around what time he was arrested?

4    A    It was early in the morning.  Around 7:00 a.m. maybe.

5    Q    And do you know whether following his arrest Mr. McMahon

6    agreed to a voluntary interview?

7    A    He did.

8    Q    Following Mr. McMahon's arrest, was he, in fact,

9    interviewed?

10    A    Yes.

11    Q    Was anyone present at the interview other than Mr.

12    McMahon and yourself?

13    A    Yes.

14    Q    Do you recall who?

15    A    Yes.  Special Agent Sean McCarthy from the FBI.

16    Q    Where was the interview conducted?

17    A    At the FBI office in Northern New Jersey.

18          MS. ARFA:  Your Honor, may I show the witness only

19    please what has been previously marked as GX13?

20          THE COURT:  You may.

21    Q    Do you recognize this?

22    A    Yes.

23    Q    What is it?

24    A    A photo of Michael McMahon.

25    Q    I'm going to ask you to pull the microphone a little

Ross- direct - Arfa

1  closer.

2  A    It's a photo of Michael McMahon.

3  Q    Is there a fair and accurate depiction of Mr. McMahon?

4  A    It is.

5         MS. ARFA:  The Government offers GX13 in evidence.

6         MR. LUSTBERG:  No objection.

7         MS. WONG:  No objection.

8         MR. TUNG:  No objection.

9         THE COURT:  Admitted.  You may publish.

10        (Government Exhibit 13, was received in evidence.)

11 Q    Now, for the jury's benefit, would you please tell us who

12 this is?

13 A    Michael McMahon.

14 Q    Okay.

15        MS. ARFA:  May I now show for the witness only some

16 items on the ELMO, please.

17        THE COURT:  All right.

18        MS. ARFA:  I am showing the witness what has been

19 previously marked as -- let me start with GX701 -- well, it's

20 get to GX 701 and GX701A.

21 Q    Let me begin with 701, do you recognize this?

22 A    I do.

23 Q    What is it?

24 A    It's a thumb drive.  It has the video/audio interview of

25 Michael McMahon on that day.

Ross- direct - Arfa

1  Q    Have you reviewed this thumb drive and that content?

2  A    Yes.

3  Q    How do you know that?

4  A    I initialed it and dated it.

5  Q    And did this exhibit contain a true and accurate copy of

6  the video recording?

7  A    It did.

8  Q    Just to confirm, that's the video recording of your

9  October 28, 2020 interview of Mr. McMahon?

10  A    It is.

11  Q    And now turning to GX701-A, do you recognize that?

12  A    Yes.

13  Q    What is that?

14  A    That's a USB thumb drive that contains a portion of that

15  interview on 10/28/20.

16  Q    And does that exhibit, GX701A, contain a true and

17  accurate copy of an excerpt from that interview?

18  A    It does.

19         MS. ARFA:  The Government offers GX701A into

20  evidence.

21         MR. LUSTBERG:  No objection.

22         MS. WONG:  No objection.

23         MR. TUNG:  No objection.

24         MR. LUSTBERG:  I should say subject to prior

25  discussions with the Court.  I don't want to waive --

*Michele Lucchese, Official Court Reporter*

Ross- direct - Arfa

1      THE COURT:  All right.  So admitted.  You may

2  publish.

3      (Government Exhibit 701A, was received in evidence.)

4      MS. ARFA:  The Government asks to publish to the

5  jury what marked as GX701C, which is a version of GX701A that

6  includes captions.  We previously provided GX701C to defense

7  counsel, along with a transcript of the excerpt, which is

8  marked as GX701A.

9      THE COURT:  So, ladies and gentlemen, as I

10  previously advised you, captions are simply an aid to your

11  listening and it's your hearing of what transpires during the

12  video that governs.

13      MS. ARFA:  I apologize.  Let me just correct, that

14  the transcript has been marked as GX701B.  I apologize.  I

15  think I misspoke a moment ago.

16      THE COURT:  Okay.

17      MS. ARFA:  May we please play GX107C?

18      THE COURT:  I think it is 701.  She said 107.

19      MS. ARFA:  I'm sorry, 701.

20      THE COURT:  Yes, 701.  Go ahead.

21      (Video playing.) (Video stopped.)

22      MS. ARFA:  Your Honor, a moment?

23      THE COURT:  Yes.

24      MS. ARFA:  No further questions.

25      THE COURT:  All right.

*Michele Lucchese, Official Court Reporter*

                          Ross - cross - Lustberg

1                  Cross-examination.

2                  MR. LUSTBERG:  Thank you, Your Honor.

3     CROSS-EXAMINATION

4     CROSS-EXAMINATION

5     BY MR. LUSTBERG:

6     Q    Good afternoon, Special Agent Ross.

7     A    Good afternoon.

8     Q    So, did I understand correctly that other than this

9     interview you did not work on the investigation of this

10    matter?

11    A    That's correct.

12    Q    And, but I take it that you had some briefing about the

13    case before you went into that interview?

14    A    Yes, and I reviewed some case file.

15    Q    Got it.  So were you aware, for example, that when you

16    were interviewing Mr. McMahon -- by the way, you see Mr.

17    McMahon over there?

18    A    I do.

19                 MR. LUSTBERG:  The record will reflect he has

20    identified Mr. McMahon, because it's a different -- it's a few

21    years later.

22                 THE COURT:  It will so reflect that he identified

23    the defendant, Mr. McMahon.

24                 MR. LUSTBERG:  Thank you, Your Honor.

25    Q    So you knew when you were interviewing Mr. McMahon in

Ross - cross - Lustberg

1    October of 2020 that the events at issue had occurred in 2016

2    and 2017; correct?

3    A    I did.

4    Q    And the investigation had been going on throughout that

5    time period, from 2016, '17 up through 2020 when the arrests

6    were made; correct?

7    A    Yes.

8    Q    I take it you knew Mr. McMahon had never been interviewed

9    before during that time period; right?

10   A    Correct.

11   Q    And that -- so law enforcement had not had contact with

12   him about what was happening?

13   A    Yes.

14        MS. ARFA:  Objection.

15        THE COURT:  Sustained.  Overruled, actually.

16        To this witness' knowledge, is your question; right.

17        MR. LUSTBERG:  Of course.

18        THE COURT:  Okay.

19   Q    Just based on the interaction, I take it you knew Mr.

20   McMahon had been a police officer before?

21   A    Yes.

22   Q    Okay.  Now, I think you testified, I think you said this,

23   that he was arrested early in the morning; right?

24   A    Yes.

25   Q    And if I -- if I understood that video clip correctly,

*Michele Lucchese, Official Court Reporter*

                          Ross - cross - Lustberg

1    there came a time when I think somebody said, either you or

2    your colleague, that it was 8:30 in the morning; right?

3    A    Yes.

4    Q    Okay.  And were you present for the arrest?

5    A    I was.

6    Q    And the arrest was at Mr. McMahon's home some distance

7    from the FBI headquarters there in northern New Jersey; right?

8              MS. ARFA:  Objection.

9              THE COURT:  Overruled.

10   A    Yes.

11   Q    And we just looked at excerpts of the video, of the

12   interview.  You've -- do I take it that you've reviewed the

13   entire video at some point?

14   A    I have.

15   Q    And it's obviously much longer than that; right?

16   A    Yes.

17   Q    Would you say a couple hours, something like that?

18   A    It's probably an hour and a half, more.

19   Q    Fair enough.

20             And I think you testified right upfront that it was

21   a voluntary statement that Mr. McMahon made.

22   A    It was.

23   Q    He was administered his Miranda rights, he didn't invoke

24   his right to counsel and made a voluntary statement; right?

25   A    That's right.

                    *Michele Lucchese, Official Court Reporter*

Ross - cross - Lustberg

1    Q    And am I right that from the outset Mr. McMahon admitted

2    that he was a private investigator --

3              MS. ARFA:  Objection.

4    Q    -- right?

5              THE COURT:  Sustained.  Let's have a quick sidebar.

6              (Sidebar.)

7              (Continued on the next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar

1           (The following occurred at sidebar.)

2           MR. LUSTBERG:  I was just going to -- I'm trying to

3   show that it was a voluntary statement and he admitted to some

4   very basic stuff about how -- I can tell you what I was going

5   to do -- I was a private investigator who worked on the case,

6   and they've kind of implicated that in even the questioning,

7   but I'm not going to go into any of the things that you ruled

8   against me on, that's for sure.

9           THE COURT:  I will allow you to elicit from him that

10  he acknowledged he worked on this case as a private

11  investigator but no more.

12          MS. WONG:  That's fine.

13          THE COURT:  Obviously all the other statements are

14  pure hearsay.

15          MR. LUSTBERG:  That's all that I was going to do.

16          THE COURT:  All right.

17          (End of sidebar conference.)

18          (Continued on next page.)

19

20

21

22

23

24

25

*Michele Lucchese, Official Court Reporter*

Ross - cross - Lustberg

1    (In open court.)

2    BY MR. LUSTBERG:

3    Q    Special Agent Ross, Mr. McMahon acknowledged that he was

4    a private investigator who had worked on the case that you

5    were discussing with him?

6    A    He did.

7    Q    Okay.  And he was cooperative; right?

8    A    Yes.

9    Q    Okay.  Just one more set of questions.  You reviewed

10   with him a statement he made with regard to harassing,

11   proposing harassment.  Do you remember that?

12   A    Yes.

13   Q    And it appeared to me that you had some documents, you

14   and Mr. -- Agent McCarthy had some documents in front of you,

15   am I right?

16   A    Yes.

17   Q    What were those documents?

18   A    They were printouts of the actual text messages.

19   Q    Okay.  So I'd like to just show you those text messages

20   and ask you a couple of questions about them since you were

21   asking him about them.

22        MS. ARFA:  Objection.

23        THE COURT:  Overruled.  Mr. Lustberg, let's have a

24   sidebar.  I think I know where this is going.

25        (Continued on the next page.)

*Michele Lucchese, Official Court Reporter*

Sidebar

1          (The following occurred at sidebar.)

2          THE COURT:  I anticipate that you are going to ask

3    him, like you did with other witnesses, if he knows whether

4    Mr. McMahon provided these text messages?

5          MR. LUSTBERG:  No.

6          THE COURT:  But, again, in the lower right corner of

7    this document is there any indication that it has a McMahon

8    Bates stamp on it?

9          MR. LUSTBERG:  I wasn't going to do that.  Let me

10   explain what I'm going to do.  So the discussion that we just

11   heard is one in which they ask him whether he proposed

12   harassing this witness.  In fact, the e-mail exchange, which

13   is in evidence, doesn't say that.  In the e-mail exchange what

14   happens is Mr. Gallowitz proposes it, and, so, they go

15   through --

16         THE COURT:  You don't get that in through this

17   witness.  You can certainly make that argument based on the

18   texts sent.  You can't ask this witness about who proposed the

19   harassment.

20         MR. LUSTBERG:  I was going to ask him about were the

21   very documents that he had in front of him showed, because --

22   because what they are doing in this particular interview, Your

23   Honor, is they're trying to get him to misrepresent what

24   actually happened.

25         THE COURT:  That's your argument, but you can't use

*Michele Lucchese, Official Court Reporter*

Sidebar

1    this witness to endorse  your theory that somehow the text

2    messages suggest that someone else proposed harassing the

3    witness and that's what you  want to do.  He's here purely to

4    say this is a statement we took from him.  You can make your

5    argument later, but not through this witness.

6              MR. LUSTBERG:  Okay.  And then I will just ask him a

7    final question about he based his questions on the documents

8    he had in front of him and that will be it.

9              THE COURT:  Okay.

10             (End of sidebar conference.)

11             (Continued on next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Michele Lucchese, Official Court Reporter*

Proceedings

1              (In open court.)

2    BY MR. LUSTBERG:

3    Q     Agent, the only question I have then is with regard to

4    the questioning you were asking him when you had those

5    documents in front of you, those questions were based upon the

6    documents that you had been provided?

7    A     Yes.

8              MS. WONG:  Okay.  I have no further questions,

9    Judge.

10             THE COURT:  Thank you very much, Mr. Lustberg.

11             Any other cross-examination, Ms. Wong.

12             MS. WONG:  No, Your Honor.

13             THE COURT:  Mr.  Tung?

14             MR. TUNG:  No, Your Honor.

15             THE COURT:  Any redirect?

16             MS. ARFA:  No, Your Honor.

17             THE COURT:  Thank you very much, Special Agent Ross.

18             Any other witnesses at this time?

19             MS. ARFA:  Not at this time, Your Honor.

20             (Witness steps down.)

21             THE COURT:  So, ladies and gentlemen of the jury, as

22   sometimes happens, the expectations of a party calling a

23   witness aren't always fulfilled, I guess, or reliable in terms

24   of how long an examination will take.  We find ourselves

25   ending a Friday again early, which is welcomed news.  But the

Proceedings

1   good news is we are still on track and things are moving along

2   in terms of our overall time schedule as anticipated.

3        We're going to break now a little bit after 3:00.

4   Hopefully you will get a break on the traffic, we will see.

5   Remember, do not talk about the case.  Do not do any research,

6   keep an open mind.  And we will see you at Monday at 9:30

7   ready to go.

8        Have a wonderful weekend, everybody.

9        THE COURTROOM DEPUTY:  All rise.

10       (Jury exits the courtroom.)

11       THE COURT:  So, everyone else, have a seat.  Okay.

12   That even went quicker than I anticipated.  That's all good

13   because we are still on track, as I told the jury, for getting

14   the case before them by mid-next week, I'm hoping.

15       In terms of the jury charges, we will post those on

16   the docket, the first draft, so you can access it via ECF, and

17   then I will discuss with you on Monday when you would like to

18   have a charge conference.  Hopefully you will have reviewed

19   them by then and can give me an idea of when it might fit in

20   in terms of the schedule.  My assumption is perhaps right

21   after the Government rests we can go ahead and have a charge

22   conference.  That might either be Monday or Tuesday evening.

23       MR. HEEREN:  That's fine, Your Honor.  The only

24   thing I would say obviously if there was something unusual or

25   unique that happens in the defense case, we might submit some

*Michele Lucchese, Official Court Reporter*

Proceedings

1  additional charges.  But I don't anticipate that based on what

2  we have heard.

3           THE COURT:  I'm sure it's true for both sides.

4           All right.  Is there anything else that we need to

5  address before I let you all go for the weekend?  The

6  Government?

7           MR. HEEREN:  No, Your Honor.

8           MR. LUSTBERG:  Nothing from the defense.  Thank you,

9  Your Honor.

10           MS. WONG:  No, Your Honor.

11           MR. TUNG:  No, Your Honor.

12           THE COURT:  Thanks.  Everyone, have a good weekend.

13  We will see you all on Monday.

14           (Whereupon, the trial adjourned at 3:15 p.m.)

15                          oooOooo

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2    WITNESS                                      PAGE

3    **XU JIN**

4    DIRECT EXAMINATION      BY MR. HEEREN        1383

5    CROSS-EXAMINATION       BY MR. LUSTBERG      1410

6    CROSS-EXAMINATION       BY MS. WONG          1422

7    CROSS-EXAMINATION       BY MR. TUNG          1436

8

9    **NEVIENE HABEEB**

     DIRECT EXAMINATION      BY MR. HEEREN        1439

10   CROSS-EXAMINATION       BY MR. LUSTBERG      1470

11

12   **DEPOSITION OF XINZI XU**                   1482

13   **JOHN ROSS**

14   DIRECT EXAMINATION      BY MS. ARFA          1483

15   CROSS-EXAMINATION       BY MR. LUSTBERG      1489

16                        E X H I B I T S

17   GOVERNMENT                                   PAGE

18   306A                                         1445

19   424, 425 and 429                             1457

20   107                                          1483

21   13                                           1486

22   701A                                         1488

23

24

25

MR. HEEREN: [94]  1382/21 1383/7
1383/10 1383/15 1384/16 1385/13
1386/16 1387/2 1387/14 1388/6 1393/5
1394/22 1396/1 1396/9 1399/16 1402/4
1405/5 1405/14 1407/21 1408/15 1409/8
1409/25 1410/2 1412/10 1413/8 1415/7
1416/4 1416/16 1422/17 1424/25
1425/10 1426/22 1428/20 1429/7
1433/23 1437/2 1437/9 1438/2 1438/8
1438/13 1439/15 1442/19 1442/23
1443/21 1444/18 1445/1 1445/6 1445/9
1445/25 1446/3 1447/8 1454/21 1456/21
1457/6 1458/24 1459/17 1461/2 1461/12
1462/4 1462/11 1462/15 1463/3 1463/6
1463/10 1464/3 1464/6 1465/6 1465/20
1467/2 1467/4 1467/9 1467/14 1468/4
1468/12 1469/9 1469/11 1469/18
1469/20 1470/6 1472/11 1473/12
1473/15 1473/24 1474/4 1474/6 1474/11
1474/16 1474/21 1474/23 1475/15
1481/6 1482/17 1498/23 1499/7
MR. LUSTBERG: [47]  1412/12 1413/2
1413/15 1413/18 1415/3 1415/19
1417/16 1417/23 1420/1 1420/5 1420/11
1420/14 1420/17 1421/3 1421/10 1422/6
1424/7 1444/22 1445/8 1445/18 1454/3
1456/24 1461/7 1463/11 1468/16
1470/13 1471/25 1475/3 1476/14
1476/21 1476/25 1477/24 1480/9 1486/6
1487/21 1487/24 1489/2 1489/19
1489/24 1490/17 1493/2 1493/15 1495/5
1495/9 1495/20 1496/6 1499/8
MR. TUNG: [13]  1437/12 1437/14
1438/5 1445/21 1457/1 1472/6 1475/6
1476/2 1477/12 1486/8 1487/23 1497/14
1499/11
MS. ARFA: [18]  1483/7 1485/18 1486/5
1486/15 1486/18 1487/19 1488/4
1488/13 1488/17 1488/19 1488/22
1488/24 1490/14 1491/8 1492/3 1494/22
1497/16 1497/19
MS. CHEN: [9]  1475/11 1475/17 1479/5
1479/9 1479/14 1480/1 1482/8 1482/14
1482/24
MS. WONG: [32]  1423/2 1423/20
1424/17 1425/24 1426/1 1426/6 1426/9
1426/13 1426/17 1427/13 1427/21
1428/3 1431/1 1431/8 1431/14 1431/25
1432/9 1433/9 1433/25 1435/10 1445/20
1456/25 1472/5 1475/4 1476/11 1477/5
1477/10 1486/7 1493/12 1497/8 1497/12
1499/10
THE COURT: [172]
THE COURTROOM DEPUTY: [12]
1382/14 1382/24 1383/4 1414/6 1421/6
1439/5 1439/10 1442/22 1481/10
1483/11 1483/13 1498/9
THE INTERPRETER: [6]  1387/16
1391/9 1393/4 1408/22 1409/12 1429/4
THE WITNESS: [9]  1383/3 1383/6
1404/14 1433/6 1439/9 1439/12 1443/18
1483/15 1483/19

**'**

'17 [1]  1490/5

**-**

------------------------------x [2]  1381/2
1381/7
-against [1]  1381/5

**0**

07102 [1]  1381/20

**1**

10 [1]  1400/15
10 a.m [2]  1390/5 1397/7
10/28/20 [1]  1487/15
10013 [1]  1382/3
107 [4]  1483/3 1483/5 1488/18 1500/20
108 [1]  1399/6
11/1/2016 [1]  1467/12
11/1/2016 at [1]  1466/11
11201 [1]  1381/13
11354 [1]  1382/6
11:15 [2]  1413/16 1414/7
11:17 [1]  1414/17
11:39 [1]  1414/3
13 [2]  1486/10 1500/21
136-20 [1]  1382/5
1482 [1]  1500/12
14th [1]  1430/2
15 [5]  1474/3 1474/12 1474/19 1479/10
1481/6
18th [1]  1469/3
19 [1]  1474/6
1965 [1]  1457/25
19th [1]  1391/12
1:03 [1]  1480/11
1st [4]  1458/3 1458/17 1459/8 1468/2

**2**

20 [4]  1382/5 1440/9 1484/19 1487/15
201 [1]  1445/10
2015 [2]  1468/10 1469/1
2016 [13]  1440/15 1441/11 1442/9
1452/5 1452/9 1453/13 1458/3 1458/17
1459/8 1467/12 1468/2 1490/1 1490/5
2017 [37]  1384/10 1385/11 1386/14
1386/25 1387/21 1387/23 1388/1 1388/3
1388/4 1388/4 1388/20 1389/4 1389/24
1391/4 1391/15 1392/11 1392/15
1392/18 1393/3 1393/7 1394/18 1396/11
1396/14 1409/9 1410/10 1410/12
1410/20 1415/13 1417/6 1417/20
1417/21 1420/2 1420/5 1420/6 1421/15
1421/16 1490/2
2018 [19]  1397/6 1405/16 1409/9 1417/6
1419/6 1419/25 1420/3 1420/4 1420/6
1420/9 1421/18 1421/23 1429/21
1429/24 1430/2 1430/8 1430/21 1431/23
1437/13
2019 [7]  1405/20 1407/5 1409/9 1415/9
1415/16 1417/7 1433/20
2020 [5]  1484/20 1484/23 1487/9 1490/1
1490/5
2023 [1]  1381/5
20530 [1]  1381/17
21-CR-265 [1]  1381/2
21st [1]  1429/24
22 [1]  1474/7
24 [2]  1386/11 1474/8
25 [3]  1474/21 1482/6 1482/9
25-minute [1]  1475/2

**265** [1]  1381/2
27 [1]  1385/24
271 [1]  1381/13
2777 [1]  1381/23
28 [3]  1385/8 1484/22 1487/9
29 [1]  1474/10
2:00 [3]  1472/15 1472/15 1480/10
2:40 p.m [1]  1466/11
2:58 p.m [2]  1467/12 1468/2

**3**

30 [1]  1387/8
302 [1]  1435/4
3051 [1]  1468/13
306 [4]  1382/2 1442/18 1442/18 1445/12
306A [6]  1442/18 1442/25 1445/22
1445/24 1446/1 1500/18
31 [2]  1384/17 1384/18
38th [1]  1382/5
3:00 [1]  1498/3
3:15 [1]  1499/14
3D [1]  1382/5

**4**

4006 [1]  1466/5
4006B [2]  1461/3 1465/2
401 [2]  1382/2 1418/16
403 [3]  1418/11 1419/1 1419/11
4233 [2]  1445/15 1447/2
424 [8]  1454/22 1455/2 1456/7 1456/22
1457/3 1457/7 1467/2 1500/19
425 [11]  1454/22 1454/25 1455/2 1456/7
1456/22 1457/3 1458/12 1465/21 1466/8
1468/5 1500/19
429 [15]  1454/23 1455/1 1455/14
1455/18 1455/20 1456/1 1456/7 1456/22
1457/3 1458/25 1460/3 1467/15 1467/18
1469/20 1500/19
437 [2]  1394/23 1395/3
438 [1]  1396/2
4th [4]  1397/5 1429/21 1430/13 1430/21

**5**

503A [2]  1404/18 1405/6
505B [2]  1401/23 1402/1
506B [4]  1407/22 1408/16 1408/20
1409/6
507B [2]  1407/24 1408/10
529-4233 [1]  1445/15
5th [4]  1388/20 1388/24 1389/20 1410/9

**6**

646 [1]  1445/15
6th [3]  1389/24 1392/11 1410/12

**7**

701 [5]  1486/20 1486/21 1488/18
1488/19 1488/20
701A [2]  1488/3 1500/22
718 [1]  1381/23
7:00 [1]  1485/4
7th [5]  1392/11 1392/18 1393/3 1393/7
1410/20

**8**

8/18/2015 [1]  1468/10
80 [1]  1397/2
804-2777 [1]  1381/23
818 [1]  1461/3

**8**

822 [1]  1465/2
8:30 [1]  1491/2
8th [2]  1469/1 1469/3

**9**

902H [2]  1386/17 1386/21
950 [1]  1381/17
9:00 [1]  1381/5
9:30 [1]  1498/6

**A**

a.m [6]  1381/5 1390/5 1397/7 1414/7
1414/17 1485/4
able [6]  1417/5 1431/9 1450/25 1452/2
1479/18 1479/22
absolutely [1]  1423/6
access [3]  1452/6 1452/10 1498/16
accommodate [1]  1429/14
accompany [4]  1391/1 1391/25 1392/3
1392/24
according [4]  1398/7 1404/10 1459/4
1460/12
account [1]  1425/2
accurate [4]  1445/12 1486/3 1487/5
1487/17
acknowledged [2]  1493/10 1494/3
acronym [2]  1440/23 1441/8
activities [1]  1456/16
actual [3]  1432/7 1432/23 1494/18
add [1]  1461/8
addition [8]  1418/2 1440/5 1441/4
1448/17 1451/2 1452/20 1480/3 1481/24
additional [2]  1419/5 1427/5 1465/12
1499/1
address [25]  1409/5 1409/7 1415/12
1415/21 1416/5 1416/8 1417/4 1417/12
1443/4 1443/5 1443/8 1443/11 1443/22
1443/22 1443/23 1443/23 1444/2 1444/2
1444/4 1444/7 1444/9 1446/13 1446/13
1446/16 1499/5
addresses [1]  1446/14
adjourned [1]  1499/14
administered [1]  1491/23
Administration [2]  1441/9 1441/12
admission [1]  1444/21
admit [5]  1444/16 1444/19 1456/21
1456/23 1483/3
admitted [27]  1384/17 1385/7 1385/23
1386/10 1386/17 1387/7 1394/23 1396/3
1399/5 1401/22 1404/17 1407/22
1407/25 1442/17 1442/20 1444/24
1445/22 1457/2 1458/25 1461/2 1468/13
1480/4 1483/1 1486/9 1488/1 1492/1
1493/3
advance [1]  1479/10
advise [2]  1476/5 1477/18
advised [1]  1488/10
affect [1]  1476/21
affected [1]  1409/21
affirmed [3]  1383/2 1439/8 1483/23
afield [2]  1462/18 1462/19
afraid [2]  1394/1 1419/9
after [46]  1389/15 1392/5 1392/6
1392/11 1393/8 1393/9 1394/17 1398/5
1398/7 1398/21 1398/25 1399/17
1399/19 1401/4 1402/16 1402/25 1403/5
1403/8 1407/10 1411/20 1411/25 1412/7
1415/11 1415/13 1415/16 1416/1 1417/6
1417/19 1417/22 1419/6 1420/2 1420/3
1420/4 1420/5 1420/5 1420/6 1423/25
1425/18 1425/25 1446/25 1473/10
1474/17 1478/18 1478/19 1498/3
1498/21
afternoon [9]  1439/17 1439/18 1470/17
1474/22 1480/12 1484/3 1484/4 1489/6
1489/7
against [6]  1381/5 1392/1 1418/7 1418/8
1431/16 1493/8
agencies [1]  1441/3
agency [1]  1450/25
agent [33]  1402/17 1433/21 1438/14
1439/17 1440/6 1440/17 1442/1 1442/8
1443/2 1446/5 1447/10 1449/9 1452/14
1452/18 1457/9 1461/4 1469/12 1470/16
1471/16 1474/6 1474/7 1474/8 1475/16
1475/18 1475/18 1484/11 1484/21
1485/15 1489/6 1494/3 1494/14 1497/3
1497/17
Agent Neviene [1]  1438/14
agents [12]  1390/9 1429/23 1441/12
1441/21 1450/10 1451/18 1451/19
1452/5 1452/11 1452/12 1453/11
1484/13
ago [3]  1394/11 1418/15 1488/15
agree [4]  1394/17 1424/12 1426/23
1426/23
agreed [3]  1429/14 1475/1 1485/6
ahead [9]  1427/22 1429/5 1435/8 1437/5
1481/9 1482/19 1483/21 1488/20
1498/21
aid [1]  1488/10
aided [1]  1381/25
airport [1]  1394/10
AL [1]  1381/6
alarmed [1]  1397/13
alert [1]  1402/19
alive [1]  1387/3
allegations [2]  1419/16 1423/3
alleged [1]  1419/12
allow [5]  1424/13 1428/21 1435/5
1479/17 1493/9
allowed [1]  1451/19
allowing [1]  1463/23
almost [1]  1406/2
alongside [4]  1441/12 1450/7 1450/10
1451/17
always [3]  1451/6 1452/19 1497/23
amend [1]  1408/22
AMERICA [1]  1381/3
amount [1]  1427/2
analysis [3]  1418/10 1419/11 1423/24
analyze [1]  1424/8
Angeles [1]  1468/24
angry [5]  1396/17 1396/25 1397/4
1409/16 1409/20
ANN [1]  1381/18
announcing [1]  1482/15
another [11]  1392/23 1408/21 1408/24
1409/1 1426/22 1436/15 1436/17
1437/20 1447/15 1450/25 1458/14
answer [7]  1384/9 1391/10 1401/15
1408/23 1413/3 1425/3 1434/2 1437/5
1437/17 1438/4 1452/17 1454/5
answered [2]  1497/9 1453/9
answers [2]  1449/17
anticipate [7]  1473/17 1473/25 1475/14
1477/3 1477/20 1495/2 1499/1
anticipated [2]  1498/2 1498/12
Apart [2]  1455/25 1456/6
apologies [2]  1442/25 1446/10
apologize [2]  1488/13 1488/14
apparent [1]  1406/24
appear [3]  1446/6 1461/4 1477/19
APPEARANCES [2]  1381/11 1381/25
appeared [4]  1430/21 1431/2 1431/7
1494/13
appearing [2]  1436/20 1437/12
appears [4]  1405/10 1417/12 1462/25
1479/19
appreciate [1]  1420/15
approached [2]  1397/13 1430/14
approaches [1]  1424/5
appropriate [6]  1418/10 1462/9 1463/16
1470/19 1470/25 1480/6
approval [1]  1470/3
approximately [5]  1405/25 1440/9
1459/19 1474/21 1475/1
April [25]  1387/23 1388/1 1388/3 1388/4
1388/20 1388/24 1389/4 1389/20
1389/24 1391/4 1391/15 1392/11
1392/15 1392/18 1393/2 1393/7 1394/18
1396/11 1396/14 1410/9 1410/12
1410/20 1415/13 1420/6 1421/14
April 2017 [6]  1387/23 1388/1 1388/3
1388/4 1391/4 1415/13
April 5th [4]  1388/20 1388/24 1389/20
1410/9
April 6th [3]  1389/24 1392/11 1410/12
April 7th [5]  1392/15 1392/18 1393/2
1393/7 1410/20
area [1]  1458/4
areas [1]  1403/19
aren't [1]  1497/23
ARFA [3]  1381/14 1484/2 1500/14
argues [1]  1424/6
argument [9]  1417/18 1419/8 1462/8
1462/23 1463/16 1463/22 1495/17
1495/25 1496/5
arose [1]  1482/2
around [11]  1390/5 1393/11 1397/7
1403/15 1403/18 1404/8 1410/21
1411/23 1430/9 1485/3 1485/4
arrest [6]  1388/13 1452/5 1485/5 1485/8
1491/4 1491/6
arrested [4]  1423/9 1428/13 1485/3
1490/23
arrests [1]  1490/5
arrival [2]  1395/5 1396/14
articulated [1]  1427/19
articulating [1]  1427/18
ASAC [2]  1442/8 1442/9
ASAP [1]  1471/14
Asian [3]  1398/4 1411/8 1411/9
aspects [1]  1413/4
assigned [4]  1440/17 1445/15 1484/3
1484/14
assignment [1]  1484/25
assist [2]  1384/7 1485/1
assistance [2]  1433/16 1471/16
associate [2]  1437/22 1442/8
associated [7]  1443/12 1444/4 1444/7
1444/9 1445/11 1446/13 1446/16
assuming [1]  1462/2

**A**

assumption [1]  1498/20
assurance [1]  1473/4
attached [1]  1400/8
attempt [1]  1407/12
attention [13]  1388/20 1389/23 1392/14
1397/5 1405/20 1411/12 1412/3 1440/15
1457/19 1459/15 1466/8 1468/19
1484/22
attorney [1]  1436/7
ATTORNEY'S [3]  1381/12 1484/9
1484/15
audience [1]  1414/11
audio [1]  1486/24
August [5]  1429/24 1430/2 1469/1
1469/3 1469/3
August 14th [1]  1430/2
August 18th [1]  1469/3
August 21st [1]  1429/24
August 8th [2]  1469/1 1469/3
AUSA [3]  1381/14 1381/14 1381/15
Australia [1]  1469/6
authenticity [1]  1445/2
authority [3]  1418/23 1419/12 1451/14
authorized [1]  1470/4
AUTUMN [1]  1381/21
available [2]  1478/7 1478/18
Avenue [2]  1381/17 1382/5
aware [2]  1471/13 1489/15
away [1]  1404/5

**B**

back [33]  1392/8 1394/8 1394/12 1395/1
1398/21 1399/9 1399/22 1399/23 1400/2
1407/12 1408/8 1410/8 1414/12 1414/13
1415/7 1423/9 1423/10 1423/13 1424/16
1427/4 1431/12 1431/12 1445/25 1446/9
1456/3 1458/24 1459/6 1462/14 1465/21
1467/9 1467/15 1468/4 1469/20
backtrack [1]  1421/21
backyard [1]  1398/8
bad [1]  1397/3
bag [2]  1401/17 1401/20
Bai [2]  1409/2 1409/3
balancing [3]  1418/6 1418/7 1418/8
baseball [1]  1405/19
based [16]  1388/12 1432/3 1433/5
1433/13 1450/10 1451/12 1451/17
1454/11 1477/24 1478/1 1478/14
1490/19 1495/17 1496/7 1497/5 1499/1
basic [1]  1493/4
basically [5]  1441/2 1447/22 1452/2
1455/7 1455/24
bat [1]  1405/19
Bates [1]  1495/8
bear [2]  1470/9 1478/14
bearing [1]  1425/23
become [4]  1400/23 1401/1 1401/2
1419/20
began [1]  1405/22
beginning [5]  1393/24 1394/1 1394/4
1429/12 1478/12
begins [2]  1468/23 1481/19
behind [1]  1431/20
belief [3]  1423/4 1428/12 1428/12
benefit [2]  1433/13 1486/11
best [2]  1478/4 1478/4
Betts [1]  1381/23

**between** [5]  1390/5 1416/17 1425/14
1437/23 1462/2
beyond [3]  1428/17 1428/19 1432/19
bigger [1]  1408/5
billing [10]  1443/4 1443/5 1443/8
1443/11 1443/23 1444/2 1444/21 1446/6
1446/9 1446/12
binder [1]  1465/3
birth [4]  1448/25 1457/24 1466/4 1467/6
births [2]  1466/2 1466/4
bit [11]  1384/1 1394/3 1408/4 1411/11
1416/11 1421/21 1428/12 1443/14
1453/1 1472/14 1498/3
black [3]  1430/2 1430/5 1430/11
block [1]  1459/9
blond [4]  1398/3 1398/11 1398/14
1398/16
blood [1]  1387/25
blow [17]  1394/24 1395/15 1405/7
1408/4 1408/9 1446/3 1446/9 1455/17
1457/7 1458/12 1460/4 1465/6 1465/21
1467/4 1467/17 1468/6 1469/21
BONOMO [1]  1381/18
booked [1]  1394/10
boss [1]  1442/13
boss's [1]  1442/13
bottom [7]  1395/23 1400/7 1400/8
1405/7 1415/22 1458/6 1469/21
bound [1]  1469/6
box [3]  1431/15 1465/4 1465/9
brain [1]  1396/20
brand [1]  1396/13
break [7]  1413/17 1414/3 1470/9
1472/14 1478/7 1498/3 1498/4
brief [2]  1461/12 1462/18
briefing [1]  1489/12
briefly [1]  1447/18
bring [4]  1392/18 1392/21 1396/10
1450/24
bringing [1]  1389/7
broader [1]  1426/3
Broadway [1]  1382/2
Brooklyn [2]  1381/4 1381/13
brought [6]  1388/25 1392/20 1393/19
1403/15 1404/4 1404/15
building [1]  1443/13 1444/5
built [1]  1398/2
business [2]  1444/24 1445/2
butt [6]  1404/12 1404/12 1404/13
1404/16 1405/11 1405/12

**C**

C-A-S-T-E [1]  1475/21
C-E-W-E-I [1]  1387/19
C-L-A-I-M-S [1]  1447/15
Cadman [1]  1381/13
California [1]  1385/12
caller [1]  1457/12
calling [5]  1382/20 1473/25 1475/12
1475/14 1497/22
calls [3]  1382/22 1438/13 1483/7
camera [5]  1397/21 1398/1 1398/24
1402/11 1403/13
candid [1]  1477/24
cannot [9]  1395/12 1400/14 1411/17
1432/7 1436/17 1437/23 1450/2 1451/10
1451/23
captions [2]  1488/6 1488/10

**car** [23]  1393/9 1393/12 1393/15
1393/15 1393/15 1393/16 1393/17
1393/19 1393/21 1393/22 1393/25
1394/2 1394/3 1398/21 1399/1 1403/3
1403/3 1410/21 1411/14 1436/15
1436/17 1436/17 1436/22
card [1]  1395/6
career [1]  1459/19
careful [1]  1431/20
cases [2]  1475/24 1478/22
CASTE [1]  1475/18
CAUSE [1]  1381/8
caution [1]  1402/10
CCR [1]  1381/23
CD [3]  1407/16 1407/17 1407/19
cellular [1]  1445/14
Center [4]  1381/20 1453/4 1456/4
1459/11
certain [7]  1391/12 1418/24 1424/19
1424/21 1426/12 1426/14 1473/2
certainly [5]  1417/10 1419/17 1419/17
1432/14 1495/17
Cewei [1]  1387/12
chain [3]  1442/2 1442/3 1453/14
chair [1]  1383/22
chance [2]  1466/1 1479/3
change [3]  1421/15 1421/16 1477/15
changed [1]  1478/1
Chaohong [1]  1477/6
charge [5]  1415/8 1442/8 1471/16
1498/18 1498/21
charges [3]  1415/9 1498/15 1499/1
charging [1]  1415/8
chat [3]  1461/4 1463/13 1465/9
chats [1]  1463/17
check [3]  1399/20 1399/23 1442/20
checked [3]  1399/21 1415/8 1458/11
checks [1]  1457/15
CHEN [3]  1381/9 1381/15 1477/6
child's [1]  1384/24
children [1]  1384/22
China [30]  1385/18 1385/22 1387/6
1391/7 1391/12 1394/6 1394/7 1394/12
1394/17 1396/10 1400/15 1406/1
1422/16 1422/16 1423/3 1423/5 1423/9
1423/10 1423/13 1423/16 1423/16
1424/3 1424/10 1424/14 1424/15
1424/16 1425/23 1428/10 1429/16
1471/23
Chinese [17]  1383/25 1388/13 1390/8
1400/12 1400/21 1401/1 1419/16 1424/5
1425/8 1425/14 1425/18 1425/20
1425/23 1425/25 1426/24 1427/2 1460/6
chose [1]  1479/22
CHRISTINE [1]  1381/18
chubbier [1]  1402/7
cigarette [7]  1398/17 1404/12 1404/12
1404/13 1404/16 1405/11 1405/12
CIPA [1]  1418/2
circles [3]  1393/12 1410/21 1411/22
circling [1]  1393/11
city [5]  1384/9 1386/14 1395/24 1443/13
1444/5
claiming [1]  1425/18
claims [10]  1447/15 1447/22 1447/22
1455/21 1455/22 1459/24 1460/1 1460/3
1460/5 1467/18
clarification [1]  1444/14

**C**

clarify [3]  1409/12 1419/10 1428/23
clear [18]  1383/9 1383/17 1397/9
1399/13 1413/2 1415/14 1415/19
1417/24 1418/9 1418/11 1425/9 1425/10
1446/22 1453/9 1460/14 1463/25
1474/16 1476/22
clearly [5]  1400/14 1411/7 1411/10
1417/22 1436/18
client [1]  1475/25
clients [1]  1477/4
clip [1]  1490/25
clips [1]  1474/18
close [8]  1388/6 1400/23 1405/14
1442/15 1442/16 1466/9 1467/14
1469/13
closed [1]  1392/9
closer [4]  1383/22 1384/2 1443/16
1486/1
closing [2]  1427/13 1427/14
colleague [1]  1491/2
comfortable [1]  1384/6
coming [4]  1397/22 1416/18 1436/13
1451/1
command [4]  1441/24 1442/2 1442/3
1453/14
commenced [1]  1391/13
commercial [1]  1390/13
Commission [1]  1474/1
commit [1]  1423/7
committed [1]  1423/7
communications [1]  1427/8
Communist [1]  1400/21
communities [1]  1393/11
comparable [1]  1432/16
compare [2]  1462/6 1462/17
compete [1]  1392/23
complete [1]  1445/10
completely [1]  1423/24 1463/24
complicit [1]  1416/7
components [1]  1432/6
computer [1]  1381/25
computer-aided [1]  1381/25
concede [1]  1415/12
concedes [1]  1417/5
concern [13]  1415/11 1415/17 1416/4
1416/14 1417/11 1417/15 1418/19
1419/19 1423/14 1423/19 1425/4
1425/16 1425/21
concerned [2]  1396/22 1427/12
concerns [3]  1417/25 1418/1 1418/8
conclusion [1]  1482/22
conclusions [1]  1479/20
condition [6]  1387/23 1387/24 1394/14
1396/19 1396/23 1397/3
conditions [1]  1396/22
conduct [2]  1452/21 1484/15
conducted [2]  1456/16 1485/16
confer [1]  1473/6
conference [13]  1412/15 1413/19
1414/19 1420/18 1422/20 1427/24
1434/5 1435/12 1464/4 1493/17 1496/10
1498/18 1498/22
confirm [3]  1417/3 1463/8 1487/8
confirming [2]  1416/14 1417/14
conflict [1]  1425/22
Congress [1]  1391/13
connect [1]  1445/19

connected [1]  1426/22
connection [2]  1425/14 1433/17
consequences [1]  1451/12
consider [2]  1418/23 1419/15
consideration [1]  1419/12
considerations [1]  1420/16
considered [2]  1390/8 1481/22
consists [1]  1445/12
Cont'd [1]  1382/1
contact [5]  1394/20 1395/17 1454/9
1454/11 1490/11
contain [6]  1406/16 1449/5 1449/6
1450/14 1487/5 1487/16
contained [5]  1404/6 1447/19 1447/20
1450/15 1455/23
contains [2]  1395/21 1487/14
content [3]  1395/4 1406/22 1487/1
context [1]  1426/3
CONTI [1]  1381/21
continue [3]  1382/19 1423/12 1428/2
Continued [22]  1382/25 1404/22 1405/1
1412/14 1413/20 1414/18 1420/19
1421/12 1422/19 1427/25 1428/7 1434/4
1435/13 1438/15 1461/15 1464/5
1466/14 1467/1 1492/7 1493/18 1494/25
1496/11
continuing [1]  1423/18
controlled [1]  1452/10
conversation [2]  1414/14 1477/25
convey [1]  1473/7
cooperative [1]  1494/7
copies [1]  1445/13
copy [1]  1487/5 1487/17
corner [5]  1405/10 1458/2 1458/6
1467/24 1495/6
corners [1]  1398/12
Corporation [1]  1445/13
correct [40]  1410/10 1411/3 1411/13
1411/20 1418/17 1418/25 1420/5
1429/11 1429/21 1430/15 1430/18
1433/5 1437/13 1440/24 1441/5 1442/14
1446/15 1446/18 1453/16 1454/10
1454/14 1459/12 1463/12 1469/5
1469/14 1471/2 1471/3 1471/7 1471/10
1471/15 1472/5 1475/3 1476/14 1480/7
1482/23 1488/13 1489/11 1490/2 1490/6
1490/10
correctly [4]  1451/7 1476/17 1489/8
1490/25
counsel [4]  1415/16 1442/24 1488/7
1491/24
count [2]  1473/8 1477/19
countries [1]  1448/15
country [1]  1447/24
couple [3]  1470/16 1491/17 1494/20
course [7]  1417/5 1450/17 1453/8
1453/9 1456/15 1477/16 1490/17
court [27]  1381/1 1381/23 1382/9
1390/17 1390/19 1414/1 1421/1 1425/7
1427/16 1428/1 1436/1 1439/1 1439/23
1444/14 1461/10 1463/12 1473/20
1475/22 1478/20 1479/24 1481/2
1481/23 1481/25 1482/4 1487/25 1494/1
1497/1
Court's [2]  1418/12 1465/8
Courthouse [1]  1381/3
cover [2]  1456/6 1456/22
CR [1]  1381/2

CRAIG [1]  1381/14
credibility [2]  1424/8 1425/17
crime [5]  1423/7 1423/7 1440/18
1440/19 1460/7
criminal [3]  1381/8 1449/7 1470/20
criticize [2]  1427/7
criticized [1]  1426/12
crop [1]  1386/18
cross [15]  1410/4 1410/5 1418/24
1421/12 1422/10 1422/11 1428/7 1436/3
1470/8 1470/14 1472/4 1489/1 1489/3
1489/4 1497/11
cross-examination [15]  1410/4 1410/5
1418/24 1421/12 1422/10 1422/11
1428/7 1436/3 1470/8 1470/14 1472/4
1489/1 1489/3 1489/4 1497/11
crumbled [1]  1403/21
crumpled [3]  1403/24 1403/25 1404/6
current [5]  1415/11 1416/5 1416/8
1417/4 1419/5
currently [4]  1420/8 1439/20 1477/5
1484/5
curtail [1]  1419/23
custodial [2]  1475/10 1475/20
cut [1]  1473/19

**D**

D.C [1]  1381/17
D53 [2]  1441/15 1441/17
Dan [2]  1387/12 1387/16
data [6]  1447/18 1449/18 1449/22
1450/14 1462/20 1462/21
database [14]  1447/13 1447/13 1447/15
1447/16 1449/25 1450/18 1451/13
1452/18 1452/20 1452/21 1453/19
1459/18 1462/15 1469/24
databases [14]  1447/11 1447/19
1447/25 1448/19 1449/2 1449/11 1450/8
1450/14 1450/15 1452/7 1452/10
1452/13 1456/9 1458/11
date [15]  1392/16 1393/4 1411/2
1448/25 1457/24 1458/16 1462/20
1466/1 1466/4 1466/4 1466/9 1467/6
1467/9 1467/11 1467/25
dated [1]  1487/4
dates [3]  1410/8 1420/6 1478/1
daughter [6]  1385/10 1392/22 1400/16
1400/18 1401/1 1409/19
Davis [1]  1474/1
day's [1]  1478/7
DEA [23]  1440/21 1440/25 1441/4
1441/8 1441/21 1442/1 1442/1 1442/4
1443/13 1444/5 1444/13 1446/13
1446/21 1450/7 1450/7 1450/11 1450/14
1451/18 1451/19 1452/5 1452/12
1453/14 1471/14
DEA's [1]  1446/14
DEA-led [1]  1440/21
dealt [1]  1418/1
December [1]  1415/9
decide [4]  1389/15 1389/24 1390/6
1407/7
decided [3]  1389/17 1390/1 1476/2
deciding [1]  1418/23
decision [2]  1476/17 1476/19
deck [3]  1398/9 1399/8 1399/12
deconfliction [1]  1447/21
defendant [8]  1381/7 1381/19 1382/2

**D**

defendant... [5] 1382/5 1426/22 1436/8 1462/3 1489/23
defendants [2] 1477/2 1478/9
defense [10] 1415/16 1419/4 1442/24 1445/4 1475/23 1479/4 1479/6 1488/6 1498/25 1499/8
degrees [1] 1475/24
delegation [1] 1391/17
deliberations [1] 1473/5
demonstrate [6] 1430/20 1430/25 1431/1 1431/5 1431/22 1432/1
denial [1] 1433/21
departing [1] 1479/17
DEPARTMENT [21] 1381/16 1447/9 1447/10 1447/24 1448/18 1449/2 1449/10 1449/25 1450/15 1450/18 1451/13 1451/20 1452/6 1453/19 1455/9 1456/8 1456/15 1456/19 1469/24 1484/8 1484/17
dependent [1] 1432/14
depict [1] 1404/20
depicted [4] 1386/20 1399/6 1408/10 1408/20
depiction [1] 1486/3
deposed [1] 1479/17
deposition [15] 1474/12 1475/1 1479/10 1479/20 1479/22 1481/16 1481/18 1481/22 1481/24 1482/1 1482/13 1482/20 1482/21 1483/2 1500/12
describe [10] 1397/23 1403/24 1431/4 1431/6 1431/6 1432/17 1432/25 1433/1 1441/24 1442/13
described [3] 1421/17 1430/17 1451/15
describes [1] 1416/2
describing [1] 1455/23
details [1] 1425/7
detective [1] 1450/5
detectives [1] 1484/14
determination [2] 1413/10 1477/7
determined [1] 1397/15
DHS [2] 1447/15 1470/4
difference [4] 1416/17 1416/22 1416/22 1417/13
different [8] 1428/6 1441/3 1462/16 1462/16 1469/3 1481/19 1481/25 1489/20
difficult [1] 1478/4
difficulty [1] 1443/17
direct [19] 1383/11 1388/20 1392/14 1397/5 1404/23 1405/20 1424/19 1424/20 1429/10 1439/16 1440/15 1442/1 1452/6 1453/20 1465/2 1466/15 1470/18 1483/24 1484/22
directed [1] 1387/18
directing [4] 1389/23 1457/19 1466/8 1468/19
direction [3] 1393/16 1399/12 1418/12
directly [5] 1393/20 1454/1 1454/15 1454/17 1457/15
disappeared [1] 1428/24
disclaimer [1] 1476/7
discovered [1] 1403/20
discretely [1] 1394/4
discretion [1] 1418/22
discuss [2] 1389/19 1498/17
discussing [1] 1399/3 1494/5
discussion [3] 1382/12 1414/15 1495/10

discussions [1] 1487/25
dispose [1] 1418/15
dispute [1] 1425/19
disputes [1] 1482/2
disregard [1] 1434/1
distance [1] 1491/6
distinguish [1] 1437/23
distress [2] 1413/11 1413/13
DISTRICT [4] 1381/1 1381/1 1381/9 1381/12
DIVISION [1] 1381/16
docket [1] 1498/16
doctor [1] 1389/10
document [3] 1435/8 1444/21 1495/7
documents [7] 1494/13 1494/14 1494/17 1495/21 1496/7 1497/5 1497/6
domestic [1] 1460/9
door [33] 1392/9 1397/12 1397/14 1397/15 1397/17 1398/5 1398/8 1398/22 1398/25 1399/2 1399/24 1399/25 1400/1 1400/2 1400/2 1400/3 1400/4 1400/6 1400/7 1400/9 1402/2 1402/12 1403/21 1405/18 1430/14 1430/15 1430/23 1431/12 1431/20 1431/23 1432/2 1432/3 1433/4
double [1] 1442/20
down [24] 1385/13 1387/2 1396/9 1399/16 1401/8 1401/9 1401/13 1401/17 1401/18 1401/20 1402/4 1409/8 1414/8 1414/9 1431/20 1442/20 1443/14 1446/9 1447/8 1454/18 1459/17 1472/8 1473/19 1497/20
Dr [1] 1389/8
Dr. [3] 1389/10 1389/13 1391/18
Dr. Li [3] 1389/10 1389/13 1391/18
draft [1] 1498/16
drive [3] 1486/24 1487/1 1487/14
driveway [3] 1404/21 1405/3 1405/10
driving [4] 1392/25 1393/2 1393/6 1430/3
dropped [1] 1392/12
drove [2] 1392/8 1411/20
Drug [4] 1440/18 1440/19 1441/9 1441/12
DUBIN [1] 1382/2
duly [3] 1383/1 1439/7 1483/22
during [6] 1389/17 1441/11 1462/8 1478/15 1488/11 1490/9
dyed [1] 1398/3

**E**

e-mail [2] 1495/12 1495/13
earliest [2] 1403/20 1478/13
early [7] 1388/4 1472/14 1473/17 1475/8 1485/4 1490/23 1497/25
East [1] 1381/13
eastern [3] 1381/1 1381/12 1460/8
EB [1] 1433/21
EB-5 [1] 1433/21
ECF [1] 1498/16
educated [1] 1437/25
effective [1] 1431/15
effort [3] 1423/11 1423/12 1423/18
Eighty [1] 1388/2
Eighty-two [1] 1388/2
either [8] 1397/23 1397/25 1398/13 1398/15 1431/14 1457/15 1491/1 1498/22

element [1] 1423/21
elements [1] 1476/16
elicit [2] 1425/5 1493/9
elicited [1] 1425/6
ELMO [1] 1486/16
email [16] 1381/24 1444/7 1444/9 1446/16 1456/2 1456/4 1456/6 1456/22 1459/7 1459/7 1462/21 1468/14 1468/19 1468/20 1468/21 1469/23
embedded [1] 1441/21
emotional [1] 1413/11
employed [2] 1484/5 1484/7
encompasses [1] 1420/8
end [10] 1390/16 1413/19 1420/18 1427/24 1435/12 1464/4 1478/17 1479/4 1493/17 1496/10
endanger [1] 1413/3
ending [2] 1473/17 1497/25
endorse [1] 1496/1
ends [1] 1447/2
enforcement [20] 1394/20 1440/18 1440/19 1441/9 1441/12 1449/3 1450/1 1450/3 1450/10 1451/8 1451/11 1451/21 1451/25 1452/1 1452/2 1453/4 1456/4 1459/10 1459/11 1490/11
English [4] 1384/4 1385/6 1395/11 1437/18
enjoy [1] 1472/18
enough [2] 1415/14 1491/19
entered [7] 1458/1 1458/4 1458/16 1466/10 1466/11 1467/9 1467/11
enters [3] 1382/15 1421/7 1481/11
entire [3] 1392/23 1423/23 1491/13
entitled [1] 1417/18
equivalent [1] 1481/22
especially [3] 1406/22 1407/15 1450/23
ESQ [5] 1381/18 1381/21 1381/21 1382/3 1382/6
essentially [1] 1481/18
establishing [1] 1383/9
estimate [3] 1477/8 1477/22 1478/14
estimates [1] 1477/17
ET [1] 1381/6
evening [3] 1388/22 1389/18 1498/22
events [8] 1421/14 1421/17 1421/22 1423/21 1423/25 1424/1 1456/13 1490/1
eventually [2] 1398/18 1398/19
evidence [15] 1394/23 1404/18 1415/18 1418/5 1418/22 1445/24 1457/4 1461/3 1481/15 1483/5 1486/5 1486/10 1487/20 1488/3 1495/13
evidentiary [1] 1418/7
exact [1] 1463/8
exactly [5] 1403/25 1425/6 1460/24
examination [23] 1383/11 1405/1 1410/4 1410/5 1418/24 1419/24 1421/12 1422/10 1422/11 1428/7 1436/3 1439/16 1467/1 1470/8 1470/14 1470/18 1472/4 1484/1 1489/1 1489/3 1489/4 1497/11 1497/24
examined [3] 1383/2 1439/8 1483/23
Examiner [2] 1473/25 1474/1
example [3] 1457/16 1462/19 1489/15
examples [1] 1448/24
except [1] 1382/16
excerpt [2] 1487/17 1488/7
excerpts [1] 1491/11
exchange [2] 1495/12 1495/13

**E**

exclude [1]  1427/17
excused [2]  1438/11 1472/12
executed [2]  1429/1 1429/3
exercised [1]  1419/12
exhibit [61]  1384/17 1384/18 1385/8
 1385/24 1386/11 1386/17 1387/8
 1394/23 1395/3 1396/2 1399/6 1401/23
 1402/1 1404/18 1407/22 1407/23
 1408/10 1408/16 1408/19 1408/20
 1424/23 1424/25 1442/18 1443/3
 1443/23 1445/10 1445/12 1445/24
 1446/2 1455/14 1455/15 1455/18
 1455/20 1456/1 1457/5 1457/7 1458/25
 1461/3 1462/13 1462/17 1465/2 1465/15
 1465/21 1466/5 1467/2 1467/3 1467/15
 1467/18 1468/5 1468/13 1468/15
 1469/20 1469/22 1480/3 1483/1 1483/3
 1483/5 1486/10 1487/5 1487/16 1488/3
Exhibit 108 [1]  1399/6
Exhibit 201 [1]  1445/10
Exhibit 24 [1]  1386/11
Exhibit 27 [1]  1385/24
Exhibit 28 [1]  1385/8
Exhibit 30 [1]  1387/8
Exhibit 3051 [1]  1468/13
Exhibit 306 [2]  1442/18 1445/12
Exhibit 31 [2]  1384/17 1384/18
Exhibit 4006 [1]  1466/5
Exhibit 4006B [2]  1461/3 1465/2
Exhibit 424 [2]  1457/7 1467/2
Exhibit 425 [1]  1465/21 1468/5
Exhibit 429 [7]  1455/14 1455/18 1456/1
 1458/25 1467/15 1467/18 1469/20
Exhibit 437 [1]  1394/23 1395/3
Exhibit 438 [1]  1396/2
Exhibit 503A [1]  1404/18
Exhibit 505B [2]  1401/23 1402/1
Exhibit 506B [3]  1407/22 1408/16
 1408/20
Exhibit 507B [1]  1408/10
Exhibit 902H [1]  1386/17
exhibits [6]  1454/22 1455/2 1456/7
 1456/22 1457/3 1459/22
Exhibits 424 [2]  1455/2 1456/22
exit [5]  1448/2 1448/5 1448/7 1462/20
 1468/22
exiting [1]  1448/6
exits [2]  1472/20 1498/10
expect [4]  1389/3 1389/5 1407/4 1425/3
expectation [1]  1473/4
expectations [2]  1473/2 1497/22
expected [1]  1402/20
expecting [1]  1478/16
experience [9]  1393/23 1423/23 1449/24
 1450/10 1451/12 1451/17 1454/11
 1454/15 1469/15
explain [7]  1391/20 1426/3 1428/19
 1450/21 1455/22 1479/21 1495/10
explaining [1]  1390/22
expressing [1]  1423/11
extent [1]  1413/6 1425/12 1475/10

**F**

F-A-N-G [1]  1458/23
F-I-N-N-I-N-G [1]  1442/11
face [2]  1411/12 1451/12
faces [1]  1398/4

fact [9]  1413/7 1416/21 1417/12 1425/19
 1427/6 1471/8 1479/15 1485/8 1495/12
factor [1]  1476/8
facts [1]  1416/9
fail [1]  1425/12
failure [1]  1419/6
fair [9]  1415/9 1415/10 1416/3 1418/18
 1442/13 1466/12 1475/10 1486/3
 1491/19
falsity [1]  1423/3
familiar [2]  1388/7 1447/10
family [6]  1383/18 1383/19 1392/23
 1396/21 1405/21 1407/7
Fang [5]  1384/15 1386/6 1458/23
 1468/22 1468/23
far [2]  1462/18 1462/19
father [59]  1387/10 1387/11 1387/12
 1388/1 1388/3 1388/25 1389/2 1389/3
 1389/7 1389/16 1389/18 1389/20
 1389/25 1390/1 1390/4 1390/16 1390/18
 1390/21 1390/22 1391/3 1391/14
 1391/19 1391/21 1391/23 1391/25
 1392/2 1392/5 1392/7 1392/8 1392/9
 1392/11 1392/15 1392/18 1392/20
 1392/21 1392/24 1393/2 1393/7 1393/8
 1393/19 1394/6 1394/12 1394/17 1395/5
 1395/8 1395/11 1395/18 1396/5 1396/7
 1396/10 1396/18 1410/9 1410/21
 1426/14 1426/19 1427/6 1429/12
 1429/13 1429/16
father's [5]  1387/19 1389/10 1395/9
 1396/14 1467/19
FBI [31]  1394/21 1399/18 1399/20
 1399/23 1401/5 1401/7 1401/11 1401/16
 1402/16 1402/17 1402/21 1403/7 1403/8
 1403/10 1403/15 1403/19 1404/4
 1404/14 1404/15 1404/15 1407/9 1407/9
 1407/10 1407/14 1407/18 1429/23
 1430/11 1433/20 1485/15 1485/17
 1491/7
FCRR [1]  1381/23
fear [13]  1413/6 1415/5 1417/19 1423/9
 1423/10 1423/18 1423/20 1423/21
 1424/2 1424/3 1424/4 1424/10 1424/16
fearful [1]  1423/6
fears [2]  1423/17 1423/22
federal [5]  1418/10 1441/3 1449/7
 1450/8 1481/17
feel [9]  1393/23 1396/15 1400/17
 1400/24 1400/25 1409/10 1421/23
 1429/18 1433/15
feeling [4]  1394/1 1396/17 1400/24
 1437/19
feelings [3]  1400/20 1409/11 1423/25
feels [3]  1413/4 1413/10 1416/11
felt [6]  1400/20 1407/17 1407/17
 1409/14 1412/17 1413/9
Feng [1]  1468/7
few [5]  1410/7 1418/14 1469/11 1470/10
 1489/20
field [1]  1443/23
FIFA [1]  1419/21
figure [2]  1427/10 1427/20
figured [1]  1478/1
file [1]  1489/14
fill [1]  1395/5
final [1]  1496/7
finally [1]  1476/2

find [3]  1403/25 1404/8 1497/24
finding [1]  1415/20
fine [4]  1408/8 1481/8 1493/12 1498/23
finish [3]  1449/17 1475/8 1479/3
Finning [20]  1442/10 1442/15 1453/13
 1453/17 1454/9 1454/12 1460/24 1462/3
 1463/1 1463/20 1463/22 1469/13
 1469/15 1471/6 1471/9 1471/13 1475/13
 1475/13 1475/16 1476/18
Finning's [1]  1442/11
first [42]  1383/1 1385/3 1387/16 1391/6
 1394/14 1395/1 1395/3 1396/16 1396/24
 1397/9 1400/23 1400/24 1402/7 1402/16
 1403/16 1406/11 1406/13 1408/1 1408/5
 1408/11 1409/6 1409/11 1409/13
 1409/14 1417/10 1439/7 1443/4 1444/16
 1444/19 1446/3 1455/16 1455/25 1457/6
 1457/23 1458/22 1459/5 1459/6 1465/11
 1466/9 1473/6 1483/22 1498/16
fit [1]  1498/19
five [3]  1414/13 1414/16 1475/9
flag [1]  1459/15
flew [1]  1391/18
flight [1]  1394/10
flip [2]  1396/13 1408/17
Flushing [1]  1382/6
focus [3]  1423/17 1460/7 1465/4
focusing [1]  1423/15
focussing [2]  1424/2 1468/18
folks [4]  1473/6 1479/3 1480/10 1481/3
follow [2]  1418/12 1424/14
followed [9]  1393/13 1393/23 1393/24
 1402/21 1410/16 1410/17 1410/24
 1411/3 1412/1
following [20]  1389/23 1393/10 1393/12
 1393/15 1393/16 1393/25 1394/3 1402/5
 1411/6 1413/1 1415/1 1419/25 1423/1
 1435/1 1438/15 1462/1 1485/5 1485/8
 1493/1 1495/1
follows [3]  1383/2 1439/8 1483/23
food [2]  1390/17 1390/18
foot [1]  1390/14
footage [4]  1399/14 1399/14 1403/12
 1403/22 1404/10 1404/11
force [15]  1423/12 1440/4 1440/18
 1440/20 1440/21 1440/25 1441/1 1441/1
 1441/2 1441/14 1441/25 1450/23 1452/9
 1484/9 1484/16
forced [7]  1390/25 1391/20 1391/21
 1391/24 1396/23 1397/3 1429/12
forcibly [2]  1397/15 1397/17
foreign [4]  1419/21 1447/24 1448/15
 1471/20
Forensic [2]  1473/25 1473/25
Forgive [1]  1401/14
form [5]  1435/3 1459/24 1460/1 1460/3
 1460/5
former [1]  1450/3
forward [1]  1439/2
found [5]  1393/9 1402/2 1404/12 1425/2
 1462/22
foundation [3]  1444/19 1444/23 1444/25
Fox [4]  1388/8 1388/11 1388/14 1388/17
free [3]  1414/11 1418/10 1472/8
Friday [4]  1392/15 1392/22 1393/7
 1497/25
frightened [3]  1394/3 1409/14 1429/18
front [17]  1398/5 1398/8 1398/22

**F**

front... [14] 1398/25 1399/21 1400/1
1400/3 1400/4 1400/8 1430/14 1465/5
1469/4 1482/11 1494/14 1495/21 1496/8
1497/5
fulfilled [1] 1497/23
full [1] 1479/2
further [9] 1389/19 1410/2 1422/6
1433/10 1433/25 1438/5 1470/6 1488/24
1497/8

**G**

Gallowitz [1] 1495/14
garage [2] 1392/9 1392/9
Gateway [1] 1381/20
gather [3] 1474/25 1475/12 1479/25
gathering [1] 1474/10
gave [2] 1396/12 1402/10
geared [1] 1413/9
general [5] 1418/22 1448/24 1450/21
1459/25 1460/21
generally [4] 1447/10 1455/6 1455/12
1455/22
GENNA [1] 1381/21
gentlemen [8] 1382/18 1383/15 1414/2
1434/1 1472/13 1473/13 1488/9 1497/21
Georgette [1] 1381/23
Georgetteb25 [1] 1381/24
gesture [4] 1430/25 1432/7 1432/9
1432/23
GIBBONS [1] 1381/19
given [6] 1395/17 1396/6 1407/17
1414/15 1437/17 1478/15
Glass [1] 1433/8
gloves [2] 1401/7 1401/16
gmail.com [1] 1381/24
GOLDBERGER [1] 1382/2
Gonzalez [3] 1472/22 1473/7 1477/18
good [25] 1382/10 1382/18 1382/19
1383/13 1383/14 1383/15 1383/16
1410/7 1422/13 1431/11 1436/5 1436/6
1439/17 1439/18 1470/16 1475/7
1476/25 1481/14 1484/3 1484/4 1489/6
1489/7 1498/1 1498/12 1499/12
Google [2] 1416/6 1416/13
Googled [2] 1415/21 1416/19
gosh [1] 1479/8
government [53] 1381/12 1382/19
1382/21 1384/18 1388/13 1395/3 1401/2
1415/5 1417/5 1419/16 1424/5 1424/5
1424/23 1425/1 1425/14 1425/18
1425/25 1426/20 1426/24 1427/2 1427/7
1433/13 1433/17 1438/12 1438/13
1445/9 1445/12 1445/24 1450/8 1455/1
1455/18 1457/3 1457/6 1458/25 1463/13
1463/23 1468/18 1473/8 1473/14
1476/19 1482/18 1483/3 1483/5 1483/7
1483/18 1486/5 1486/10 1487/19 1488/3
1488/4 1498/21 1499/6 1500/17
government's [35] 1384/17 1385/7
1385/24 1386/11 1386/17 1387/8
1394/23 1396/2 1399/6 1401/23 1404/18
1407/22 1408/10 1408/15 1408/20
1420/8 1425/8 1442/18 1454/22 1455/14
1455/20 1455/25 1456/7 1456/21 1461/3
1465/2 1465/21 1466/5 1467/2 1467/15
1467/18 1468/4 1468/13 1469/20
1481/14

governs [1] 1488/12
Graff [1] 1473/25
gray [3] 1393/22 1411/3 1411/5
great [2] 1387/24 1471/19
Greg [11] 1442/10 1442/15 1453/13
1453/17 1454/9 1454/12 1460/24 1462/3
1463/20 1469/13 1469/15
Gregory [1] 1442/11
group [7] 1440/3 1440/5 1442/5 1442/7
1442/9 1452/24 1460/8
guess [6] 1420/7 1427/4 1451/7 1477/21
1482/10 1497/23
guidance [2] 1473/3 1476/6
guy [3] 1402/7 1436/16 1469/16
guys [1] 1479/8
GX [1] 1486/20
GX107C [1] 1488/17
GX13 [2] 1485/19 1486/5
GX701 [2] 1486/19 1487/11
GX701-A [1] 1487/11
GX701A [5] 1486/20 1487/16 1487/19
1488/5 1488/8
GX701B [1] 1488/14
GX701C [2] 1488/5 1488/6

**H**

H-A-B-E-E-B [2] 1438/14 1439/13
H-O-N-G-Z-H-O-N-G [1] 1424/22
Habeeb [11] 1438/14 1439/2 1439/7
1439/12 1439/17 1443/2 1446/5 1457/9
1461/5 1469/12 1470/16
hair [4] 1398/3 1398/11 1398/14 1398/16
half [6] 1386/19 1400/7 1400/8 1403/8
1476/23 1491/18
hand [7] 1382/24 1398/17 1403/21
1404/1 1405/10 1439/5 1483/11
handle [2] 1397/15 1397/17
handling [3] 1449/10 1449/22 1450/11
hands [1] 1444/13
handwriting [2] 1395/9 1406/21
hang [3] 1416/12 1424/3 1474/3
happen [4] 1397/6 1402/5 1409/24
1424/15
happened [6] 1394/2 1419/20 1423/16
1424/14 1429/20 1495/24
happening [2] 1426/4 1490/12
happens [3] 1495/14 1497/22 1498/25
happy [1] 1444/19
harassing [4] 1424/6 1494/10 1495/12
1496/2
harassment [2] 1494/11 1495/19
hard [1] 1407/17
harm [1] 1419/13
harmed [1] 1419/4
having [9] 1383/1 1388/5 1423/8
1432/24 1439/7 1443/16 1461/9 1481/22
1483/22
headaches [2] 1388/5 1396/21
heading [1] 1473/22
headquarters [1] 1491/7
heads [1] 1474/24
health [6] 1387/23 1387/24 1388/3
1394/14 1396/19 1397/3
hear [6] 1415/5 1431/8 1431/9 1479/12
1479/15 1482/3
heard [11] 1397/11 1412/12 1432/3
1432/10 1432/24 1444/24 1461/9
1469/15 1479/24 1495/11 1499/2

hearing [4] 1426/2 1433/5 1443/17
1488/11
hearsay [1] 1493/14
HEEREN [7] 1381/14 1410/3 1439/14
1443/20 1470/18 1500/4 1500/9
Heeren's [1] 1412/6
help [1] 1390/11
helps [2] 1418/19 1426/3
hemorrhage [1] 1396/20
herself [1] 1474/10
hiding [3] 1393/17 1394/2 1436/21
high [1] 1387/24
highlight [1] 1468/14
highlighted [2] 1458/3 1458/4
Hills [2] 1386/15 1411/23
himself [1] 1475/13
history [2] 1448/12 1448/13
hitting [1] 1433/8
holding [2] 1401/20 1477/16
holiday [1] 1478/20
home [44] 1388/25 1389/9 1389/18
1390/2 1390/9 1392/8 1392/13 1392/21
1392/24 1393/8 1393/12 1393/20 1394/9
1395/22 1397/8 1397/18 1397/19
1398/12 1399/9 1399/14 1402/3 1402/23
1404/2 1405/10 1405/18 1405/23 1406/1
1406/9 1408/12 1408/25 1409/7 1413/5
1417/4 1417/7 1417/8 1417/20 1417/21
1417/22 1422/4 1430/6 1436/15 1436/16
1437/20 1491/6
homeland [26] 1439/20 1439/24 1440/16
1447/9 1447/11 1447/25 1448/18 1449/2
1449/10 1449/25 1450/15 1450/18
1451/13 1451/20 1451/21 1452/6
1452/11 1452/13 1452/21 1453/19
1455/9 1456/8 1456/16 1456/19 1459/18
1469/24
Honda [3] 1393/22 1411/3 1411/5
Hongzhong [2] 1424/21 1426/11
HONORABLE [1] 1381/9
hope [1] 1382/18 1481/13
Hopefully [2] 1498/4 1498/18
hoping [1] 1498/14
hour [3] 1390/20 1403/8 1491/18
hour's [1] 1478/10
hours [2] 1477/10 1491/17
house [8] 1389/21 1392/12 1403/18
1412/7 1412/9 1421/23 1431/7 1432/10
HSI [8] 1439/25 1440/8 1441/4 1442/2
1442/3 1449/9 1452/17 1469/16
Hubei [1] 1385/22
Human [1] 1440/3
Hunt [4] 1388/3 1388/11 1388/15
1388/18
husband [1] 1409/4
hustle [1] 1414/13

**I**

I'd [9] 1384/16 1386/10 1386/16 1387/7
1388/20 1394/22 1401/22 1461/9
1494/19
I've [1] 1401/1
iCloud [1] 1425/2
idea [3] 1392/1 1471/21 1498/19
identifiable [1] 1465/18
identification [1] 1454/22
identified [4] 1426/10 1468/7 1489/20
1489/22

## I

identity [1]  1426/7
image [3]  1399/13 1405/8 1405/9
imagine [2]  1409/24 1432/2
immediate [1]  1442/4
immigration [4]  1433/17 1447/22
1455/24 1459/3
impact [1]  1416/24
implicated [1]  1493/6
important [2]  1418/4 1424/8
impression [3]  1393/22 1396/16 1431/9
impressive [1]  1472/3
imprisoned [1]  1428/10
inappropriate [1]  1463/24
incident [8]  1394/20 1405/15 1417/6
1419/7 1419/25 1420/4 1420/6 1420/9
incidents [2]  1409/9 1416/1
include [4]  1445/14 1449/18 1449/21
1467/19
included [3]  1395/20 1449/1 1463/14
includes [3]  1459/10 1477/6 1488/6
incredibly [1]  1415/20
indeed [1]  1393/13
indicate [2]  1448/14 1470/1
indicated [3]  1446/16 1475/25 1476/13
indication [2]  1432/15 1495/7
indirectly [1]  1454/2 1454/16
individual [1]  1431/22
individually [1]  1454/23
individuals [1]  1466/2
influence [1]  1424/10
information [74]  1416/18 1427/5 1427/10
1427/14 1443/3 1444/7 1446/4 1446/6
1446/10 1446/22 1447/23 1448/2 1448/3
1448/5 1448/7 1448/7 1448/10 1448/18
1448/21 1448/22 1449/1 1449/5 1449/6
1449/10 1449/25 1450/12 1450/18
1451/3 1451/5 1451/14 1451/20 1451/21
1452/13 1452/15 1453/6 1453/18
1455/11 1455/12 1455/23 1456/8
1456/12 1457/16 1457/17 1457/19
1458/7 1458/8 1458/18 1459/10 1459/22
1462/6 1462/7 1462/12 1462/12 1462/16
1462/22 1462/25 1463/8 1463/14 1465/9
1465/12 1465/17 1465/18 1465/22
1466/4 1467/4 1467/6 1467/10 1467/11
1467/22 1468/18 1468/22 1470/19
1471/1 1472/25
initial [1]  1463/12
initialed [1]  1487/4
Initially [1]  1407/9
inquire [3]  1439/14 1476/4 1483/16
inquiring [1]  1425/15
inquiry [3]  1415/10 1418/24 1426/25
inside [4]  1398/10 1406/14 1431/7
1432/10
Instagram [1]  1407/16
instance [1]  1407/15
instead [1]  1394/12
instructions [1]  1402/21
intend [2]  1427/5 1474/17
intensity [2]  1432/25 1433/2
intent [1]  1413/11
interaction [1]  1490/19
interest [1]  1419/24
interested [2]  1419/18 1419/22
international [2]  1441/19 1460/9
interpreter [7]  1383/20 1384/6 1387/14

interstate [1]  1427/2
interview [13]  1485/1 1485/2 1485/6
1485/11 1485/16 1486/24 1487/9
1487/15 1487/17 1489/9 1489/13
1491/12 1495/22
interviewed [2]  1485/9 1490/8
interviewing [2]  1489/16 1489/25
intimidating [1]  1424/6
introduced [1]  1483/4
invade [1]  1419/19
invasion [2]  1419/14 1419/14
investigate [1]  1460/9
investigated [1]  1460/9
investigating [2]  1460/6 1460/8
investigation [13]  1440/10 1447/21
1450/24 1450/25 1451/6 1451/8 1451/10
1460/15 1470/20 1470/25 1471/2 1489/9
1490/4
investigations [7]  1439/20 1439/24
1440/16 1449/7 1471/20 1471/22
1484/15
investigative [1]  1452/3
investigator [4]  1492/2 1493/5 1493/11
1494/4
investigators [1]  1484/14
invoke [1]  1491/23
involve [1]  1417/7
involved [3]  1389/4 1440/10 1460/22
IRISA [1]  1381/15
irrelevant [1]  1413/14
is [247]
isn't [2]  1419/11 1423/10
issue [5]  1415/6 1418/15 1471/5 1479/9
1490/1
issues [3]  1388/3 1418/4 1478/19
it [250]
items [1]  1486/16
itself [4]  1401/24 1459/7 1481/20 1483/2

## J

J-I-N [5]  1382/22 1383/6 1457/23
1458/22 1459/5
jail [10]  1392/4 1394/16 1400/15 1422/16
1423/5 1424/16 1428/19 1429/11
1429/13 1429/17
jailed [4]  1424/3 1428/16 1428/17
1428/18
Jason [4]  1425/2 1425/2 1425/13
1425/14
Jersey [11]  1381/20 1384/11 1386/15
1394/8 1422/4 1436/13 1436/20 1460/13
1474/1 1485/17 1491/7
Jin [5]  1382/22 1382/23 1383/1 1383/6
1457/23
job [1]  1440/2
jobs [1]  1447/9
John [5]  1473/10 1473/16 1483/7
1483/15 1483/22
joint [4]  1441/25 1450/23 1484/9
1484/16
judge [13]  1381/9 1413/2 1413/15
1415/19 1445/18 1479/12 1479/23
1480/2 1481/24 1481/25 1482/3 1482/3
1497/9
Judge Reyes' [1]  1480/2
June [1]  1381/5
jurors [2]  1472/22 1478/14

jury [45]  1381/10 1382/9 1382/15
1383/16 1396/4 1413/17 1414/1 1419/8
1421/1 1421/2 1421/7 1423/15 1426/1
1427/15 1427/17 1428/1 1430/20 1431/8
1431/12 1431/15 1436/1 1439/1 1446/1
1446/5 1446/11 1457/9 1465/5 1472/20
1472/25 1476/6 1477/8 1478/10
1478/15 1479/11 1479/20 1481/2 1481/4
1481/9 1481/11 1481/13 1488/5 1497/21
1498/10 1498/13 1498/15
jury's [1]  1486/11
JUSTICE [3]  1381/16 1484/8 1484/18
justify [1]  1418/21

## K

keep [5]  1401/8 1414/5 1440/22 1472/18
1498/6
keeping [1]  1419/14
kept [1]  1456/15
KERVENG [1]  1382/5
KEVIN [3]  1382/5 1382/6 1436/7
kind [4]  1432/20 1477/19 1478/9 1493/6
kitchen [2]  1397/11 1401/7
knew [3]  1489/25 1490/8 1490/19
knock [2]  1431/12 1432/18
knocked [4]  1430/15 1431/23 1432/3
1432/15
knocking [5]  1397/12 1398/5 1430/17
1430/21 1431/9 1432/23 1433/2 1433/3
1433/10
know [34]  1386/22 1389/13 1395/7
1395/11 1399/3 1404/6 1404/7 1407/16
1411/8 1415/14 1418/15 1418/19
1419/15 1424/12 1425/4 1426/8 1427/15
1427/17 1436/9 1436/10 1436/11
1436/12 1440/13 1444/12 1462/18
1470/3 1471/22 1472/22 1476/15
1479/19 1485/3 1485/5 1487/3 1494/24
knowingly [1]  1451/13
knowledge [7]  1388/14 1388/17 1389/11
1456/12 1463/17 1471/19 1490/16
known [3]  1439/24 1447/15 1448/2
knows [1]  1495/3

## L

L-I [1]  1424/22
L-I-U [1]  1458/22
ladies [8]  1382/18 1383/15 1414/2
1434/1 1472/13 1481/13 1488/9 1497/21
lady [1]  1389/14
laid [1]  1444/23
Lan [4]  1391/16 1392/1 1394/10 1396/8
language [2]  1383/24 1400/11
last [8]  1387/16 1421/11 1424/22
1437/10 1442/11 1457/23 1459/5
1482/18
lasted [1]  1393/18
late [2]  1477/20 1481/3
later [8]  1394/1 1394/5 1411/14 1411/14
1476/5 1482/25 1489/21 1496/5
laundering [2]  1471/20 1471/23
Lauren [4]  1444/10 1444/12 1446/17
1446/20
law [17]  1388/21 1394/20 1449/3 1450/1
1450/3 1450/19 1451/8 1451/11 1451/21
1451/25 1452/1 1452/2 1453/4 1456/4
1459/10 1459/10 1490/11
law's [1]  1417/8
LAWRENCE [1]  1381/21

**L**

lay [1]  1444/18
lead [1]  1471/1
leader [8]  1391/12 1424/19 1424/21
  1426/10 1426/12 1426/15 1426/15
  1426/19
leading [1]  1391/17
learned [1]  1410/9
least [4]  1417/12 1476/15 1477/18
  1482/15
leave [1]  1398/18
led [1]  1440/21
left [25]  1393/8 1393/19 1398/8 1398/19
  1398/20 1398/21 1398/25 1399/17
  1402/13 1402/25 1403/2 1403/3 1403/5
  1403/21 1404/1 1405/10 1411/15
  1411/25 1446/19 1458/2 1458/6 1462/21
  1468/8 1468/10 1468/24
left-hand [3]  1403/21 1404/1 1405/10
length [3]  1476/21 1477/9 1482/9
LESC [5]  1452/25 1453/2 1453/3 1453/5
  1459/13
Less [1]  1390/20
letter [5]  1406/2 1406/17 1408/11
  1408/13 1433/21
letters [1]  1407/2
level [2]  1442/7 1450/22
Li [7]  1389/8 1389/10 1389/13 1391/18
  1424/21 1426/11 1426/15
life [1]  1400/23
likely [5]  1428/24 1428/25 1476/1 1476/3
  1478/11
limit [2]  1419/24 1470/11
limited [1]  1464/2
Limiting [1]  1384/9
line [2]  1415/22 1461/7
lines [1]  1418/24
lingering [1]  1474/25
list [2]  1396/6 1473/9
listening [1]  1488/11
little [18]  1384/1 1384/5 1393/18
  1402/13 1408/4 1416/11 1421/21
  1428/12 1439/21 1443/14 1443/16
  1453/1 1472/14 1475/19 1478/4 1481/3
  1485/25 1498/3
Liu [32]  1384/15 1386/6 1386/9 1386/13
  1386/14 1386/24 1386/25 1388/21
  1388/24 1389/6 1389/18 1389/20 1390/2
  1390/9 1392/8 1392/12 1392/13 1392/22
  1393/8 1393/11 1394/9 1394/9 1405/23
  1406/1 1406/8 1408/12 1408/25 1409/4
  1409/7 1468/7 1468/22 1468/23
live [8]  1384/10 1385/11 1385/17
  1385/21 1386/14 1387/5 1392/20 1412/9
lived [4]  1384/11 1386/15 1386/24
  1386/25
lives [4]  1415/18 1416/13 1416/15
  1416/24
living [1]  1413/5
Livingston [7]  1390/1 1390/3 1390/7
  1390/13 1410/12 1410/16 1410/18
local [7]  1402/18 1402/19 1402/22
  1403/6 1403/8 1441/3 1441/6
located [1]  1460/12
location [5]  1386/20 1404/11 1404/19
  1417/4 1481/19
lock [1]  1405/18

log [1]  1455/7
long [9]  1385/15 1390/18 1393/9
  1394/11 1440/8 1474/19 1476/15
  1484/17 1497/24
longer [1]  1491/15
look [8]  1406/10 1406/14 1455/15
  1457/6 1458/6 1460/5 1466/1 1467/24
looked [4]  1393/21 1460/2 1460/12
  1491/11
looking [8]  1398/9 1398/23 1399/9
  1402/11 1404/8 1405/5 1443/4 1455/14
Los [1]  1468/24
lost [1]  1479/8
loud [3]  1430/18 1430/25 1431/1
lower [1]  1495/6
lunch [4]  1470/9 1472/16 1472/18
  1481/14
LUSTBERG [15]  1381/21 1416/6 1421/9
  1422/9 1470/10 1476/12 1480/4 1489/5
  1494/2 1494/23 1497/2 1497/10 1500/5
  1500/10 1500/15
Lustberg's [1]  1416/20

**M**

Madam [2]  1383/20 1431/19
magistrate [1]  1479/23
Maguire [1]  1474/8
mail [11]  1405/22 1405/23 1405/25
  1406/3 1407/11 1407/12 1407/16
  1408/21 1408/24 1495/12 1495/13
mailing [1]  1409/1
mailings [7]  1406/4 1406/5 1406/7
  1406/10 1407/4 1407/8 1407/14
mails [1]  1407/10
mainland [2]  1422/16 1428/9
mainly [4]  1390/22 1395/21 1396/7
  1415/16
mall [13]  1390/1 1390/3 1390/7 1390/11
  1390/13 1390/13 1390/16 1390/21
  1392/5 1392/6 1410/13 1410/16 1410/18
man [12]  1389/13 1397/2 1398/16
  1402/14 1402/25 1403/2 1403/5 1403/17
  1403/22 1426/21 1437/21 1442/3
management [1]  1447/22
marked [6]  1454/21 1485/19 1486/19
  1488/5 1488/8 1488/14
married [1]  1384/12
master [6]  1455/5 1455/6 1455/12
  1457/11 1458/1 1458/14
material [5]  1416/17 1416/21 1416/22
  1432/14 1433/7
matter [4]  1417/9 1418/22 1451/4
  1489/10
maybe [4]  1478/3 1478/8 1479/20
  1485/4
McCarthy [2]  1485/15 1494/14
MCMAHON [36]  1381/6 1381/19
  1385/14 1386/18 1387/2 1388/6 1399/16
  1405/7 1440/13 1443/2 1457/7 1462/3
  1463/1 1467/10 1476/13 1485/2 1485/5
  1485/12 1485/24 1486/3 1486/13 1486/13
  1486/25 1487/9 1489/16 1489/17
  1489/20 1489/23 1489/25 1490/8
  1490/20 1491/21 1492/1 1494/3 1495/4
  1495/7
McMahon's [2]  1485/8 1491/6
mean [14]  1391/21 1407/1 1413/15
  1415/22 1415/23 1418/5 1419/15 1427/4

1441/1 1441/6 1452/1 1470/11 1474/15
  1477/24
meant [2]  1404/15 1428/23
measures [3]  1409/16 1415/25 1416/1
mechanical [1]  1381/24
media [1]  1388/10
meet [7]  1389/16 1390/1 1390/4 1390/18
  1392/15 1429/23 1433/20
meeting [7]  1390/7 1390/11 1390/16
  1392/5 1392/6 1393/2 1393/7
MELINDA [1]  1382/3
members [3]  1396/21 1405/22 1443/16
memory [2]  1435/5 1435/9
men [16]  1397/7 1397/23 1397/24
  1397/25 1398/2 1398/6 1398/13 1398/15
  1398/18 1399/17 1403/16 1403/19
  1412/7 1421/23 1430/13 1436/24
mental [2]  1400/21 1421/24
mention [1]  1478/19
mentioned [2]  1408/13 1424/19
MEREDITH [1]  1381/14
message [3]  1426/13 1465/24 1473/7
messages [7]  1461/4 1462/5 1467/7
  1494/18 1494/19 1495/4 1496/2
met [1]  1410/12
metal [2]  1405/19 1433/8
mic [1]  1384/1
MICHAEL [7]  1381/6 1440/13 1485/2
  1485/24 1486/2 1486/13 1486/25
microphone [4]  1383/21 1383/22
  1443/16 1485/25
mid [4]  1477/20 1477/21 1477/21
  1498/14
mid-next [1]  1498/14
middle [1]  1460/7
might [9]  1401/14 1419/19 1424/14
  1471/1 1479/12 1482/4 1498/19 1498/22
  1498/25
mind [6]  1414/5 1452/14 1470/9 1472/18
  1478/14 1498/6
minute [1]  1475/2
minutes [7]  1414/13 1414/16 1470/10
  1474/21 1482/6 1482/7 1482/9
Miranda [1]  1491/23
misrepresent [1]  1495/23
missed [1]  1401/14
misspoke [1]  1488/15
modify [1]  1428/11
moment [7]  1382/17 1393/19 1431/18
  1439/3 1483/9 1488/15 1488/22
Monday [12]  1473/21 1473/22 1475/9
  1478/19 1478/25 1479/2 1479/4 1479/7
  1498/6 1498/17 1498/22 1499/13
money [2]  1471/20 1471/23
monitored [2]  1390/10 1390/12
months [1]  1391/23
morning [18]  1382/10 1382/18 1383/13
  1383/14 1383/15 1383/16 1397/7 1410/7
  1414/3 1415/21 1422/13 1436/5 1436/6
  1479/7 1479/7 1485/4 1490/23 1491/2
most [5]  1406/7 1431/15 1432/23
  1468/14 1475/9
mostly [1]  1476/3
mother [4]  1387/10 1387/12 1387/21
  1394/15
mother's [3]  1387/11 1387/23 1467/19
Motor [1]  1474/1
move [15]  1383/22 1384/1 1415/13

**M**

move... [12]  1416/3 1417/19 1419/6
1420/2 1420/3 1421/18 1422/4 1438/4
1445/3 1445/6 1445/16 1456/21
moved [2]  1415/10 1417/6
moving [2]  1423/14 1498/1
Mr. Finning [8]  1463/1 1463/22 1471/6
1471/9 1471/13 1475/13 1475/13
1476/18
Mr. Heeren [4]  1410/3 1439/14 1443/20
1470/18
Mr. Heeren's [1]  1412/6
Mr. Jin [1]  1382/23
Mr. Li [1]  1426/15
Mr. Lustberg [6]  1416/6 1421/9 1422/9
1470/10 1476/12 1480/4
Mr. Lustberg's [1]  1416/20
Mr. McMahon [2]  1463/1 1476/13
Mr. Ross [1]  1474/17
Mr. Tung [5]  1436/2 1438/4 1475/5
1475/25 1477/11
Mr. Xu [32]  1383/13 1384/18 1387/3
1388/7 1396/5 1399/7 1401/25 1405/15
1408/3 1408/5 1410/7 1419/18 1421/14
1422/13 1422/15 1427/8 1428/9 1429/6
1430/20 1430/22 1430/9 1431/10
1431/17 1433/1 1433/12 1433/16
1433/20 1436/5 1436/9 1436/12 1437/25
1438/9
Mr. Zheng [1]  1476/9
Ms. Gonzalez [3]  1472/22 1473/7
1477/18
Ms. Habeeb [1]  1439/2
Ms. McMahon [9]  1385/14 1386/18
1387/2 1388/6 1399/16 1405/7 1443/2
1457/7 1467/10
Ms. Wong [4]  1422/10 1425/16 1432/6
1476/9
Ms. Wong's [1]  1425/15
Ms. Zhu [1]  1480/4
MSISDN [1]  1446/23
much [10]  1388/9 1405/25 1418/19
1421/10 1422/9 1438/9 1454/9 1491/15
1497/10 1497/17
must [2]  1390/8 1478/22

**N**

N-E-V-I-E-N-E [2]  1438/14 1439/12
name [35]  1383/5 1383/18 1383/19
1384/14 1384/24 1385/3 1385/4 1385/6
1386/2 1386/8 1386/9 1387/16 1387/16
1389/8 1406/8 1406/17 1409/1 1409/5
1424/22 1436/7 1439/11 1442/11
1452/24 1457/23 1457/23 1459/4 1459/5
1459/5 1465/8 1465/11 1467/6 1467/19
1467/22 1482/18 1483/14
named [4]  1389/10 1440/13 1444/9
1446/17
namely [2]  1425/17 1427/18
names [6]  1385/5 1387/11 1387/19
1458/21 1465/23 1465/23
narcotics [1]  1441/19
Narrative [1]  1458/7
NATIONAL [1]  1381/16
native [1]  1383/24
nature [2]  1414/15 1426/3
near [4]  1390/2 1390/9 1393/11 1456/11
need [8]  1408/18 1417/18 1419/7 1435/8

1443/10 1470/3 1482/12 1499/4
needs [1]  1409/12
negatively [1]  1391/11
neighborhood [1]  1411/23
never [3]  1409/23 1454/17 1490/8
Neviene [3]  1438/14 1439/7 1439/12
Newark [1]  1381/20
news [2]  1497/25 1498/1
nickname [1]  1407/1
night [2]  1382/19 1389/20
nine [2]  1387/22 1390/5
non [1]  1411/9
non-Asian [1]  1411/9
normal [4]  1397/12 1397/16 1397/16
1450/17
northern [2]  1485/17 1491/7
note [21]  1399/25 1400/5 1400/6
1400/11 1400/13 1400/17 1400/19
1400/22 1401/4 1401/5 1401/6 1401/8
1401/9 1401/13 1401/18 1402/2 1416/7
1419/3 1460/11 1463/18 1475/18
notes [4]  1395/1 1395/3 1395/14 1400/4
nothing [2]  1423/6 1499/8
notice [4]  1392/25 1393/1 1393/6
1410/17
notwithstanding [1]  1417/11
November [3]  1458/3 1458/17 1459/8
1468/2
November 1st [4]  1458/3 1458/17
1459/8 1468/2
number [9]  1395/22 1441/16 1445/15
1446/25 1447/4 1474/3 1474/6 1474/7
1477/25
Number 22 [1]  1474/7
numbers [9]  1395/17 1395/19 1395/21
1395/22 1395/23 1395/23 1395/24
1396/6 1449/1
NW [1]  1381/17
NYPD [3]  1441/6 1441/7 1484/14

**O**

O-C-D-E-T-F [1]  1440/23
oath [3]  1416/17 1417/4 1417/14
object [2]  1461/7 1463/11
objected [1]  1424/18
objection [30]  1412/10 1422/17 1428/20
1429/7 1433/23 1435/2 1437/2 1437/9
1438/2 1444/20 1445/17 1445/18 1454/3
1456/24 1456/25 1457/1 1468/16 1480/5
1480/8 1483/4 1486/6 1486/7 1486/8
1487/21 1487/22 1487/23 1490/14
1491/8 1492/3 1494/22
objections [3]  1474/25 1479/25 1480/1
observe [1]  1409/21
obtain [2]  1447/23 1448/17
obtained [1]  1445/13
obviously [11]  1415/17 1470/11 1472/24
1472/25 1474/12 1475/23 1476/4
1477/14 1491/15 1493/13 1498/24
occasionally [1]  1482/2
occurred [13]  1413/1 1415/1 1421/14
1421/18 1421/22 1423/1 1430/7 1435/1
1462/1 1476/16 1490/1 1493/1 1495/1
OCDETF [2]  1440/23 1440/25
October [5]  1433/20 1484/20 1484/22
1487/9 1490/1
offers [2]  1486/5 1487/19
office [13]  1381/12 1389/1 1391/1

1391/17 1391/24 1392/2 1395/5 1395/25
1396/12 1397/1 1484/9 1484/15 1485/17
officer [1]  1490/20
official [5]  1425/1 1425/14 1425/20
1426/21 1470/4
officials [6]  1389/6 1391/6 1395/18
1395/24 1397/1 1425/23
officials' [1]  1395/19
Oh [4]  1472/10 1474/9 1474/13 1474/14
old [5]  1387/21 1388/1 1396/13 1397/2
1447/20
older [4]  1436/23 1436/24 1437/21
1437/24
once [6]  1403/10 1403/12 1426/25
1429/13 1460/1 1476/22
ones [2]  1406/12 1462/16
ongoing [3]  1449/7 1470/20 1470/24
oooOooo [1]  1499/15
open [14]  1382/9 1404/3 1406/13 1414/1
1414/5 1421/1 1428/1 1436/1 1439/1
1472/18 1481/2 1494/1 1497/1 1498/6
opened [1]  1399/24
opening [2]  1408/13 1471/1
Operation [4]  1388/7 1388/11 1388/14
1388/17
opinions [1]  1426/14
opportunity [5]  1409/21 1444/1 1444/6
1465/14 1481/21
opposed [1]  1419/6
order [2]  1401/16 1437/22
ordinary [2]  1453/8 1453/9
organized [3]  1440/18 1440/19 1460/7
ought [1]  1423/17
ourselves [1]  1497/24
outset [1]  1470/24 1492/1
outside [7]  1397/14 1399/20 1431/3
1450/1 1451/20 1451/21 1452/4
outweighed [1]  1417/1
overall [1]  1498/2
overarching [1]  1418/20
overhead [1]  1482/10
Overruled [9]  1428/21 1429/8 1437/10
1454/5 1464/1 1468/17 1490/15 1491/9
1494/23
own [2]  1450/8 1479/20

**P**

P.C [3]  1381/19 1382/2 1382/5
p.m [5]  1466/11 1467/12 1468/2 1480/11
1499/14
page [41]  1382/25 1386/19 1395/1
1395/3 1395/13 1395/13 1404/22 1405/6
1408/1 1408/4 1408/6 1408/7 1408/9
1409/6 1412/14 1413/18 1414/18
1420/19 1422/19 1427/25 1434/4
1435/13 1438/15 1455/15 1455/16
1455/16 1455/25 1459/1 1459/6 1461/3
1461/15 1464/5 1465/2 1466/14 1467/15
1492/7 1493/18 1494/25 1496/11 1500/2
1500/17
page 1 [1]  1405/6
page 2 [1]  1467/15
page 818 [1]  1461/3
page 822 [1]  1465/2
pages [4]  1394/24 1395/1 1408/2
1408/17
palm [1]  1433/4
PAMELA [1]  1381/9

**P**

panicking [2]  1394/5 1411/10
paper [5]  1403/21 1403/24 1403/25
1404/3 1404/6
paragraph [1]  1445/10
paragraph 6 [1]  1445/10
parent [1]  1395/23
parents [2]  1387/3 1409/18
parents' [1]  1395/22
part [7]  1386/19 1412/4 1416/7 1418/2
1447/9 1451/25 1469/7
participate [1]  1479/22
particular [7]  1395/19 1441/14 1441/18
1448/14 1468/18 1471/9 1495/22
particularly [1]  1423/10
parties [4]  1414/10 1414/12 1479/21
1481/21
parts [1]  1395/21
party [5]  1391/12 1400/21 1446/9
1451/14 1497/22
pass [1]  1473/2
passenger's [2]  1448/6 1448/12
passport [2]  1448/25 1448/25
past [1]  1453/5
pasted [1]  1400/10
path [2]  1403/16 1403/16
patriate [1]  1423/19
Pause [5]  1410/1 1421/5 1443/1 1469/10
1469/19
pay [2]  1411/12 1412/3
peek [1]  1398/10
pending [1]  1428/4
Pennsylvania [1]  1381/17
people [13]  1388/12 1397/14 1399/8
1417/20 1417/22 1427/1 1436/14
1437/20 1450/1 1452/4 1452/24 1457/15
1460/22
per [1]  1419/11
perceived [2]  1419/13 1476/17
performed [1]  1409/17
perhaps [7]  1415/24 1419/10 1425/19
1426/2 1431/14 1443/15 1498/20
period [9]  1403/6 1415/8 1415/8 1415/11
1419/17 1419/25 1441/11 1490/5 1490/9
permissible [1]  1481/17
permission [1]  1451/22
permitted [1]  1451/5
persecution [1]  1401/3
person [40]  1389/10 1411/5 1411/8
1411/9 1416/17 1423/6 1424/22 1425/4
1426/8 1426/10 1426/10 1427/6 1427/7
1432/23 1433/4 1436/9 1436/10 1436/12
1436/15 1436/17 1436/20 1436/23
1436/24 1437/8 1437/12 1437/23
1444/13 1446/17 1448/18 1452/15
1452/15 1459/3 1459/9 1460/11 1462/9
1462/20 1468/7 1479/18 1481/21
1482/16
person's [9]  1409/1 1447/23 1448/7
1448/12 1448/25 1448/25 1455/24
1459/4 1467/19
personal [6]  1405/16 1409/15 1424/9
1425/19 1448/10 1448/21
personally [1]  1465/18
personnel [7]  1390/25 1391/24 1395/5
1395/25 1404/4 1452/21 1470/2
persons [1]  1460/21
perspective [1]  1420/8

phone [16]  1381/23 1388/21 1389/17
1395/17 1395/19 1395/22 1395/24
1396/6 1396/10 1396/12 1396/13
1398/13 1446/25 1447/4 1455/7 1455/8
phones [2]  1444/13 1446/21
photo [4]  1399/11 1401/9 1485/24
1486/2
photograph [3]  1399/7 1401/25 1404/20
phrasing [1]  1428/11
physical [4]  1400/23 1421/25 1432/7
1432/9
picked [1]  1393/8 1404/4
picture [10]  1384/20 1386/20 1387/9
1399/10 1401/11 1401/12 1401/24
1424/23 1425/1 1425/13
pictures [2]  1398/12 1399/2
piece [5]  1403/21 1406/2 1406/3
1408/24 1427/5
PKC [1]  1381/2
place [3]  1411/20 1411/25 1413/7
placed [2]  1400/6 1423/5
Plaintiff [1]  1381/4
plan [2]  1390/6 1479/6
plane [1]  1469/6
planning [1]  1479/21
plastic [2]  1401/17 1401/20
play [5]  1474/14 1474/17 1481/15
1482/19 1488/17
played [4]  1404/10 1475/2 1482/10
1482/21
playing [4]  1479/10 1481/6 1482/13
1488/21
Plaza [1]  1381/13
point [8]  1403/7 1415/3 1415/4 1418/18
1420/11 1451/7 1462/21 1491/13
police [6]  1402/18 1402/19 1402/22
1403/6 1403/8 1490/20
portion [5]  1405/8 1405/9 1446/23
1468/6 1487/14
portions [3]  1426/2 1474/14 1475/2
position [3]  1440/2 1484/12 1484/20
possible [7]  1393/25 1402/20 1430/9
1430/10 1430/22 1477/9 1479/8
post [2]  1485/2 1498/15
post-arrest [1]  1485/2
posted [2]  1399/25 1402/2
potential [3]  1419/13 1478/24 1485/1
Potentially [1]  1427/13
pound [1]  1433/4
pounding [3]  1397/12 1397/13 1433/3
practice [1]  1456/18
preamble [1]  1479/11
precautions [1]  1401/13
preclude [1]  1418/24
preclusion [1]  1418/21
predict [1]  1476/7
pregnant [1]  1479/19
prejudice [2]  1418/6 1418/7
prejudiced [1]  1419/4
prejudicial [2]  1417/9 1419/1
prepared [3]  1427/14 1473/15 1473/16
present [10]  1382/9 1414/1 1421/1
1428/1 1436/1 1439/1 1481/2 1481/21
1485/11 1491/4
presentation [1]  1481/15
presented [1]  1418/21
presided [3]  1479/12 1479/23 1482/1
press [3]  1416/19 1419/19 1419/21

pressure [1]  1387/25
pressures [2]  1409/23 1478/24
pretty [1]  1476/25
previously [23]  1384/17 1385/23 1386/10
1386/17 1387/7 1396/3 1396/20 1399/5
1401/22 1404/17 1407/22 1407/25
1442/17 1444/1 1446/4 1446/12 1458/25
1468/12 1476/12 1485/19 1486/19
1488/6 1488/10
printout [1]  1455/21 1455/22
printouts [1]  1494/18
prior [6]  1385/17 1420/13 1423/25
1470/3 1484/7 1487/24
privacy [1]  1419/15 1419/20
private [6]  1449/1 1450/5 1492/2 1493/5
1493/10 1494/4
probative [4]  1417/9 1418/6 1418/14
1419/1
problem [3]  1420/7 1420/17 1423/8
procedure [1]  1479/17
proceed [2]  1383/7 1421/9
proceeding [1]  1384/7
proceedings [7]  1381/24 1410/1 1421/5
1443/1 1469/10 1469/19 1478/8
process [1]  1418/2
produced [1]  1381/25
promise [1]  1473/21
pronounced [1]  1440/23
proper [3]  1449/9 1449/21 1451/14
property [5]  1398/6 1398/18 1404/9
1436/20 1437/12
proposed [4]  1477/6 1495/11 1495/18
1496/2
proposes [1]  1495/14
proposing [1]  1494/11
prosecution [1]  1423/15
prosecutor [3]  1389/1 1391/16 1394/11
prosecutor's [9]  1389/1 1391/1 1391/17
1391/24 1392/1 1395/4 1395/25 1396/12
1397/1
prosecutors [1]  1409/17
protective [1]  1415/25
provide [4]  1407/14 1415/18 1433/21
1448/24
provided [6]  1395/4 1422/14 1477/6
1488/6 1495/4 1497/6
providing [1]  1416/8
proving [1]  1426/20
public [3]  1417/12 1452/4 1470/2
publish [8]  1384/16 1385/8 1396/3
1445/25 1457/2 1486/9 1488/2 1488/4
published [7]  1407/23 1408/19 1446/2
1457/5 1467/3 1468/15 1469/22
pull [4]  1383/21 1383/21 1443/15
1485/25
purchased [1]  1405/19
pure [1]  1493/14
purely [1]  1496/3
purpose [6]  1391/3 1427/11 1451/3
1451/3 1451/9 1451/11
purposes [3]  1391/5 1445/2 1449/3
pursuant [2]  1445/16 1445/22
pursue [1]  1435/7
pushing [1]  1426/21
put [21]  1401/7 1401/16 1401/17
1401/21 1413/11 1422/12 1424/16
1424/23 1425/13 1429/13 1442/23
1460/3 1463/15 1465/1 1473/15 1473/16

## P

put... [5]  1475/24 1476/22 1477/12
1478/9 1480/5
putting [1]  1477/3

## Q

Q-I-N [1]  1386/4
Qin [1]  1386/3
qualitative [1]  1417/13
queried [1]  1458/18
queries [8]  1452/18 1452/20 1452/22
1453/10 1459/18 1460/14 1460/18
1460/22
query [1]  1455/13 1458/11 1460/20
1467/25
question [32]  1383/17 1387/18 1393/5
1403/1 1408/3 1412/6 1415/10 1416/23
1416/25 1418/5 1421/4 1421/11 1421/20
1424/13 1424/15 1424/17 1425/3
1427/23 1428/4 1428/22 1434/2 1436/19
1437/1 1437/3 1437/4 1443/19 1454/6
1464/2 1470/23 1490/16 1496/7 1497/3
questioning [3]  1461/8 1493/6 1497/4
questions [25]  1408/7 1410/2 1410/7
1413/9 1415/13 1417/10 1419/5 1422/7
1422/13 1425/22 1433/10 1433/25
1438/5 1444/16 1449/17 1454/24
1469/11 1470/6 1470/16 1488/24 1494/9
1494/20 1496/7 1497/5 1497/8
quick [3]  1422/18 1434/3 1492/5
quicker [1]  1498/12
quite [1]  1424/12

## R

R-O-S-S [1]  1483/15
raise [4]  1382/24 1439/5 1479/9 1483/11
raised [1]  1415/5
raising [1]  1425/21
Ramirez [4]  1444/10 1444/12 1446/17
1446/20
ran [2]  1460/14 1460/18
rather [5]  1394/4 1418/20 1431/4 1432/9
1472/23
re [1]  1423/19
re-patriate [1]  1423/19
reach [1]  1479/20
reaction [2]  1400/19 1463/12
read [5]  1406/11 1406/11 1406/13
1462/10 1469/7
reading [2]  1435/6 1467/21
ready [5]  1414/3 1421/2 1478/2 1479/4
1498/7
realize [1]  1410/19
realized [5]  1393/14 1394/3 1397/14
1399/24 1400/22
really [7]  1418/6 1419/11 1423/17
1424/4 1431/11 1432/20 1462/23
reason [5]  1416/7 1424/25 1425/4
1425/11 1435/2
reasonable [1]  1423/21
reasons [2]  1419/23 1452/3
recall [1]  1485/14
receive [6]  1388/21 1406/1 1407/4
1449/9 1449/13 1450/11
received [8]  1405/23 1426/13 1445/24
1457/3 1469/23 1483/5 1486/10 1488/3
receiving [4]  1405/22 1433/12 1471/5
1471/8

recess [3]  1414/7 1414/17 1480/11
recognize [10]  1386/20 1386/23 1395/2
1447/6 1455/1 1455/18 1478/6 1485/21
1486/21 1487/11
recollection [8]  1459/21 1459/23 1459/24
1459/25 1460/17 1460/21 1460/25
1463/19
record [37]  1382/11 1382/12 1383/5
1383/9 1403/13 1405/5 1416/14 1417/12
1417/14 1417/24 1418/9 1418/11 1421/3
1435/6 1439/11 1445/2 1455/5 1455/6
1455/7 1455/12 1457/11 1458/1 1458/14
1459/1 1459/2 1459/3 1459/4 1460/12
1462/10 1463/9 1463/11 1465/23
1467/18 1467/22 1483/1 1483/14
1489/19
recorded [1]  1381/24
recording [3]  1480/2 1487/6 1487/8
records [16]  1445/11 1445/13 1445/14
1445/14 1446/7 1456/6 1456/7 1456/11
1456/13 1456/15 1456/18 1462/7
1462/15 1462/20 1463/15 1469/24
red [1]  1469/21
redacted [2]  1443/5 1443/22
redactions [1]  1418/3
redirect [3]  1438/7 1472/10 1497/15
reenactment [1]  1432/20
refer [3]  1445/4 1445/4 1469/16
referring [5]  1400/1 1405/12 1407/1
1441/9 1459/13
refers [1]  1445/10
reflect [4]  1458/10 1467/25 1489/19
1489/22
reflected [7]  1456/13 1458/1 1459/22
1462/12 1465/23 1466/5 1467/7
reflecting [1]  1456/8
reflects [1]  1462/20
refreshes [2]  1435/5 1435/9
regard [4]  1400/17 1471/4 1494/10
1497/3
regarding [1]  1409/11 1422/14
regards [1]  1433/16
regular [2]  1389/10 1456/18
regularly [1]  1456/16
Reilly [1]  1433/21
reinforced [1]  1405/18
relate [2]  1448/11 1448/11
related [6]  1405/16 1449/5 1449/6
1455/12 1473/17 1474/15
relates [2]  1385/25 1468/7
relating [1]  1445/14
relative [1]  1416/25
relatively [1]  1390/14
relay [1]  1472/25
released [1]  1429/15 1470/2
relevance [4]  1416/25 1418/16 1425/15
1426/18
relevant [12]  1413/10 1415/12 1417/10
1423/4 1423/4 1423/10 1423/24 1426/25
1427/10 1427/15 1427/17 1427/19
reliable [3]  1473/1 1476/7 1497/23
relocate [2]  1415/17 1420/10
relying [1]  1384/6
remain [4]  1382/17 1416/21 1439/3
1483/9
remaining [2]  1473/20 1473/24
remains [1]  1416/5
remember [25]  1393/21 1400/13

1400/14 1410/22 1410/23 1422/1
1429/25 1430/1 1430/2 1430/4 1430/5
1430/7 1433/18 1433/18 1435/7 1443/11
1460/19 1460/23 1460/24 1463/21
1470/21 1471/5 1471/8 1494/11 1498/5
remiss [1]  1416/6
removed [1]  1480/1
RENEE [1]  1382/3
reorient [1]  1446/5
repatriated [1]  1426/21
repatriating [1]  1419/18
repeat [5]  1391/10 1393/4 1393/5
1421/20 1428/6
rephrase [1]  1421/11
report [4]  1407/9 1430/11 1430/12
1462/14
reported [5]  1394/21 1399/18 1402/16
1430/17 1442/2
reporter [3]  1381/23 1444/14 1475/22
reporters [1]  1439/23
representations [1]  1441/2
representative [1]  1474/2
request [18]  1391/7 1433/19 1453/10
1453/17 1453/18 1453/18 1454/1
1454/15 1454/17 1454/18 1454/18
1463/1 1463/20 1463/22 1471/1 1471/4
1471/5 1471/9
requested [5]  1391/1 1401/12 1460/18
1462/6 1470/19
requesting [2]  1396/7 1459/21
requests [2]  1453/5 1454/12
required [1]  1417/3
research [3]  1414/4 1472/17 1498/5
resided [1]  1385/15
residence [7]  1405/3 1421/15 1421/19
1429/24 1430/3 1430/14 1436/13
resisting [1]  1392/1
respect [3]  1478/22 1478/23 1479/25
respectfully [2]  1418/10 1423/20
respective [1]  1478/22
response [6]  1405/15 1412/6 1420/9
1421/14 1421/17 1422/3
responsibilities [1]  1484/12
responsible [1]  1484/13
restart [2]  1393/1 1472/15
restrictions [1]  1478/24
rests [1]  1498/21
result [3]  1413/5 1422/3 1424/4
resume [2]  1478/12 1481/14
retired [1]  1484/6
retirement [2]  1484/7 1484/10
retraining [1]  1449/13
return [7]  1391/7 1394/6 1394/10
1394/17 1400/15 1402/15 1407/10
returned [6]  1394/7 1398/22 1399/1
1406/17 1407/13 1429/16
review [4]  1406/10 1444/1 1444/6
1465/14
reviewed [5]  1487/1 1489/14 1491/12
1494/9 1498/18
Reyes [2]  1479/12 1482/3
Reyes' [1]  1480/2
rid [6]  1393/14 1393/25 1411/11 1411/13
1411/15 1411/17
right [77]  1382/24 1410/13 1410/25
1411/23 1412/2 1420/7 1420/7 1425/16
1425/20 1425/24 1426/8 1426/16
1427/22 1431/10 1431/21 1432/1

**R**

right... [61]  1432/15 1436/10 1439/5
 1443/21 1446/17 1453/15 1458/4
 1459/11 1462/4 1462/25 1464/1 1465/3
 1467/24 1469/4 1469/7 1471/6 1471/9
 1471/11 1471/14 1471/17 1472/4 1472/7
 1473/11 1473/14 1474/13 1475/4 1475/7
 1475/13 1475/17 1475/21 1475/23
 1477/2 1477/8 1478/5 1478/8 1479/13
 1479/16 1480/10 1482/19 1483/11
 1486/17 1488/1 1488/25 1490/9 1490/16
 1490/23 1491/2 1491/7 1491/15 1491/20
 1491/24 1491/24 1491/25 1492/1 1492/4
 1493/16 1494/7 1494/15 1495/6 1498/20
 1499/4
rights [2]  1476/5 1491/23
rise [6]  1382/14 1414/6 1421/6 1472/19
 1481/10 1498/9
risk [3]  1418/20 1418/20 1419/13
Rivera [1]  1474/7
Robert [1]  1433/21
Robert Reilly [1]  1433/21
role [1]  1452/17
ROM [3]  1407/16 1407/17 1407/19
room [1]  1399/10
Ross [12]  1473/10 1473/16 1474/17
 1483/7 1483/8 1483/15 1483/17 1483/22
 1484/3 1489/6 1494/3 1497/17
roughly [1]  1400/14
route [1]  1403/15
RPR [1]  1381/23
rubber [2]  1401/7 1401/16
Rule [6]  1418/11 1418/16 1474/12
 1474/18 1479/10 1481/6
Rule 15 [3]  1474/12 1474/18 1479/10
Rule 401 [1]  1418/16
Rule 403 [1]  1418/11
ruled [1]  1493/7
Rules [1]  1481/17
run [9]  1452/18 1453/10 1453/18
 1453/18 1457/15 1457/15 1459/19
 1460/19 1463/1
running [2]  1452/14 1452/20

**S**

Sabrina [4]  1385/6 1385/11 1473/17
 1474/10
safe [1]  1477/22
safely [2]  1401/8 1477/17
safer [1]  1390/14
safety [2]  1401/3 1409/15
satisfy [1]  1418/16
save [1]  1465/8
saw [14]  1398/2 1398/16 1400/19
 1400/20 1400/22 1401/4 1401/5 1402/12
 1402/14 1404/13 1404/16 1412/7
 1436/23 1460/1
scare [2]  1429/2 1429/6
scared [6]  1394/5 1411/11 1413/5
 1418/14 1418/14 1429/9
schedule [2]  1498/2 1498/20
screen [2]  1384/18 1482/10
screens [1]  1482/11
scroll [2]  1408/7 1443/14
se [1]  1419/11
Sean [1]  1485/15
search [1]  1463/2
searched [1]  1463/9

seat [5]  1382/10 1432/13 1439/10
 1483/13 1498/11
seated [4]  1382/16 1421/8 1472/21
 1481/12
second [21]  1395/13 1396/17 1398/22
 1398/25 1402/6 1402/15 1402/23
 1402/25 1403/17 1409/25 1416/12
 1436/15 1442/20 1442/25 1455/16
 1458/22 1459/1 1459/6 1465/11 1469/9
 1469/18
secondly [8]  1389/2 1391/7 1391/11
 1394/15 1396/25 1400/25 1409/16
 1483/3
section [1]  1443/3
security [34]  1381/16 1405/17 1413/3
 1417/11 1417/25 1418/1 1418/4 1418/8
 1418/20 1418/20 1439/20 1439/24
 1440/16 1447/9 1447/11 1447/25
 1448/19 1449/2 1449/10 1449/25
 1450/15 1450/18 1451/13 1451/20
 1451/22 1452/6 1452/13 1452/21
 1453/19 1455/9 1456/8 1456/19 1459/18
 1469/24
Security's [1]  1456/16
sedan [2]  1430/2 1430/11
seeing [1]  1456/22
seek [3]  1419/19 1456/22 1480/5
seem [1]  1475/9
selection [1]  1478/15
selectively [1]  1426/2
send [1]  1407/12
senior [1]  1454/13
sense [2]  1418/7 1482/1
sensitive [4]  1448/7 1448/21 1451/25
 1452/1
sent [13]  1389/8 1392/4 1394/9 1394/9
 1394/16 1406/8 1408/12 1408/21
 1408/24 1429/11 1429/16 1459/7
 1495/18
sentence [3]  1415/24 1468/19 1468/23
sentenced [1]  1428/25
September [10]  1397/5 1405/16 1420/6
 1421/18 1421/22 1429/21 1430/13
 1430/21 1431/23 1437/13
September 2018 [2]  1431/23 1437/13
September 4th [4]  1397/5 1429/21
 1430/13 1430/21
SESSION [1]  1481/1
set [4]  1445/10 1465/11 1473/1 1494/9
Seventy [1]  1387/22
Seventy-nine [1]  1387/22
shape [1]  1477/1
share [7]  1449/18 1450/17 1451/2
 1451/5 1451/9 1451/10 1451/19
shared [2]  1451/13 1452/3
sharing [1]  1449/25
shock [1]  1396/16
shocking [2]  1396/24 1396/24
short [8]  1386/15 1403/6 1411/23 1472/2
 1478/25 1479/1 1479/1 1479/14
shoulder [1]  1465/3
shouldn't [1]  1417/21
showed [4]  1395/8 1403/12 1456/7
 1495/21
showing [5]  1385/7 1385/23 1399/8
 1462/25 1486/18
shown [2]  1403/22 1404/11 1459/22
siblings [2]  1385/19 1386/6

side [6]  1396/1 1396/2 1403/21 1404/1
 1463/15 1463/15
sidebar [26]  1412/15 1413/1 1413/19
 1414/14 1414/19 1415/1 1420/18
 1422/18 1422/20 1423/1 1424/18
 1427/24 1434/3 1434/5 1435/1 1435/12
 1461/13 1462/1 1464/4 1492/5 1492/6
 1493/1 1493/17 1494/24 1495/1 1496/10
sides [3]  1396/3 1475/1 1499/3
signature [1]  1459/9
significant [1]  1475/19
similar [1]  1432/19
simply [1]  1488/10
sister [19]  1385/20 1385/21 1386/1
 1386/7 1388/21 1392/3 1394/15 1406/8
 1406/18 1406/20 1406/21 1408/11
 1408/25 1409/18 1417/8 1429/10
 1429/13 1429/15 1429/17
sister-in-law [1]  1388/21
sister-in-law's [1]  1417/8
skinnier [2]  1398/3 1398/16
slower [2]  1439/21 1453/1
smoking [1]  1398/15
soon [3]  1393/25 1399/24 1402/19
sophisticated [1]  1415/20
sort [2]  1419/19 1455/11
sorts [1]  1415/13
sound [7]  1397/12 1432/10 1432/24
 1432/25 1433/1 1433/3 1433/3
sounding [1]  1433/8
sounds [3]  1475/8 1478/3 1478/8
space [1]  1392/23
speak [4]  1384/3 1384/3 1391/11
 1439/21
speaking [2]  1418/25 1455/6
special [25]  1433/20 1438/13 1439/17
 1440/6 1440/17 1442/8 1443/2 1446/5
 1447/10 1457/9 1461/4 1469/12 1470/16
 1471/16 1474/6 1474/7 1474/8 1475/18
 1484/11 1484/13 1484/21 1485/15
 1489/6 1494/3 1497/17
specialist [1]  1459/10
specialize [1]  1441/18
specialized [1]  1441/19
specific [5]  1415/11 1430/4 1455/11
 1459/21 1460/17
specifically [1]  1460/19
speculate [1]  1437/25
spell [4]  1383/4 1387/14 1439/11
 1483/14
spelled [4]  1385/1 1386/4 1387/19
 1442/11
spend [2]  1389/20 1400/15
spies [1]  1390/8
spouse's [1]  1384/14
squad [3]  1441/14 1441/18 1441/22
stalked [1]  1393/10
stalking [2]  1415/9 1427/3
stamp [1]  1495/8
stand [11]  1382/13 1416/24 1430/24
 1431/17 1431/19 1432/18 1439/3 1439/6
 1453/3 1483/9 1483/10
standing [4]  1382/17 1436/9 1439/3
 1483/9
stands [1]  1471/16
standstill [5]  1393/18 1393/18 1394/2
 1411/14 1411/19
start [8]  1383/8 1397/24 1403/1 1407/24

**S**

start... [4]  1432/24 1473/5 1482/13 1486/19
started [2]  1396/20 1415/24
starting [1]  1479/7
state [7]  1383/4 1384/9 1385/11 1386/14 1439/11 1441/7 1483/14
statement [6]  1424/20 1491/21 1491/24 1493/3 1494/10 1496/4
statements [1]  1493/13
STATES [17]  1381/1 1381/3 1381/3 1381/9 1381/12 1385/15 1385/17 1389/3 1389/7 1390/23 1391/15 1391/22 1394/13 1396/11 1423/22 1424/9 1447/24
station [2]  1402/18 1402/19
status [1]  1455/24
stay [3]  1389/18 1392/11 1392/24
stayed [2]  1392/13 1402/13
staying [2]  1394/12 1424/9
steer [1]  1413/2
steered [2]  1425/9 1425/10
stenography [1]  1381/24
step [2]  1414/8 1472/8
steps [2]  1414/9 1497/20
stick [1]  1472/15
still [15]  1387/3 1396/23 1402/22 1412/9 1413/5 1413/13 1414/14 1416/15 1419/7 1419/17 1472/14 1476/2 1478/21 1498/1 1498/13
stipulation [6]  1445/1 1445/4 1445/5 1445/9 1445/17 1445/23
stop [1]  1426/14
stopped [3]  1393/15 1393/17 1488/21
story [1]  1426/2
strange [2]  1406/3 1406/23
strangers [2]  1397/7 1397/9
street [1]  1399/1
strictly [1]  1418/25
strike [5]  1440/18 1440/20 1440/25 1441/14 1452/9
structure [1]  1441/24
stuff [1]  1493/4
style [1]  1396/13
subject [11]  1424/18 1457/19 1457/22 1462/23 1465/22 1467/4 1468/8 1468/10 1468/20 1468/20 1487/24
subjects [3]  1401/2 1458/18 1460/7
submit [1]  1498/25
subpoenaed [1]  1477/7
subpoenas [1]  1477/25
subscriber [1]  1446/4 1446/6
subsequent [1]  1406/11
substantial [2]  1413/11 1413/13
substantially [1]  1419/4
suddenly [1]  1388/25
suggest [2]  1415/24 1496/2
suggested [1]  1475/23
Suite [2]  1382/2 1382/5
summarize [1]  1447/18
summer [1]  1430/7
sunroom [2]  1398/10 1399/11
supervise [1]  1484/13
supervisor [12]  1440/3 1440/5 1442/1 1442/2 1442/4 1442/5 1442/7 1453/14 1453/14 1453/20 1453/21 1454/13
supervisors [1]  1453/17
Supervisory [2]  1484/11 1484/21

support [4]  1452/21 1453/4 1456/4 1459/11
supposed [1]  1406/5
surgery [2]  1388/4 1396/19
surname [3]  1383/9 1383/18 1386/4
surprised [1]  1479/14
surrounding [1]  1416/9
surveil [1]  1416/8
surveillance [8]  1397/21 1398/1 1398/24 1399/13 1399/14 1402/10 1402/11 1403/13
surveilled [1]  1390/11
surveyed [1]  1390/9
suspecting [1]  1393/10
sustained [8]  1412/11 1433/24 1435/2 1438/3 1438/3 1461/11 1490/15 1492/5
SUV [3]  1393/22 1411/3 1411/5
swear [3]  1382/23 1439/4 1483/10
sworn [4]  1382/2 1439/8 1483/12 1483/23
sworn/affirmed [3]  1383/2 1439/8 1483/23
sympathetic [1]  1417/24
Synopsis [1]  1458/7
systems [1]  1452/16

**T**

T-E-C-S [1]  1447/13
tape [1]  1400/10
target [3]  1388/14 1388/17 1401/1
targeted [1]  1427/1
targeting [2]  1425/8 1426/25
targets [3]  1460/8 1460/9 1460/10
task [9]  1440/3 1440/21 1441/1 1441/1 1441/2 1441/25 1450/23 1484/9 1484/16
TECS [2]  1447/13 1447/20
telephone [4]  1388/24 1395/23 1445/13 1445/15
ten [3]  1472/14 1473/8 1473/9
termed [1]  1475/20
terms [8]  1415/12 1417/18 1451/4 1476/6 1497/23 1498/2 1498/15 1498/20
terrific [1]  1472/7
Terrorist [2]  1484/9 1484/16
testified [16]  1383/2 1429/10 1429/20 1430/13 1432/11 1439/8 1453/13 1454/8 1454/12 1457/14 1463/14 1463/21 1469/12 1483/23 1490/22 1491/20
testify [8]  1473/11 1474/9 1476/1 1476/9 1476/13 1481/18 1481/20 1481/23
testifying [1]  1422/1 1440/11
testimony [11]  1412/4 1413/4 1422/14 1424/11 1424/20 1432/22 1433/13 1446/12 1454/4 1475/19 1478/10
text [9]  1462/5 1462/24 1465/24 1467/7 1469/21 1494/18 1494/19 1495/4 1496/1
texts [2]  1462/2 1495/18
theory [1]  1496/1
therefore [2]  1392/24 1402/20
therein [1]  1455/23
they've [2]  1399/21 1493/6
third [2]  1408/7 1451/14
Thirteen [1]  1385/16
though [3]  1419/3 1423/8 1464/2
thought [5]  1390/15 1410/24 1411/2 1460/1 1460/2
Thousands [1]  1459/20
threat [6]  1394/4 1400/21 1400/23

1409/15 1421/24 1421/25
threats [1]  1400/20
three [3]  1395/21 1395/23 1462/15
threw [2]  1403/23 1404/11
through [12]  1402/11 1408/17 1418/3 1454/20 1463/4 1463/24 1480/4 1481/18 1490/5 1495/15 1495/16 1496/5
throughout [1]  1490/4
thumb [3]  1486/24 1487/1 1487/14
Thursday [2]  1477/21 1477/23
tie [1]  1463/23
times [1]  1479/24
timing [1]  1430/4
ting [1]  1427/20
title [2]  1440/2 1484/10
today [8]  1418/14 1421/18 1433/14 1440/11 1473/10 1473/11 1475/8 1479/1
today's [1]  1384/7
together [3]  1401/19 1409/10 1463/24
told [12]  1389/15 1391/6 1391/19 1391/23 1392/2 1396/7 1401/6 1402/17 1426/19 1427/6 1472/1 1498/13
toll [1]  1445/14
took [9]  1401/9 1401/11 1401/18 1401/20 1403/16 1403/17 1415/25 1415/25 1496/4
top [12]  1395/21 1402/7 1402/14 1402/25 1403/17 1403/23 1436/16 1446/3 1455/17 1458/2 1467/24 1468/14
touch [1]  1404/3
towards [5]  1399/11 1402/12 1409/18 1413/9 1423/14
town [2]  1384/9 1410/21
track [3]  1479/8 1498/1 1498/13
traffic [2]  1390/14 1498/4
trafficking [1]  1440/3 1441/20
training [6]  1449/9 1449/18 1449/21 1449/21 1449/24 1450/11
transcript [5]  1381/8 1381/24 1416/18 1488/7 1488/14
transcription [1]  1381/25 1483/2
transmitted [1]  1456/12
transparent [1]  1400/10
transpires [1]  1488/11
travel [5]  1447/21 1447/23 1448/2 1448/12 1448/12
traveling [1]  1448/17
tree [1]  1404/1
trial [7]  1381/8 1416/18 1472/24 1478/16 1481/19 1481/20 1499/14
tried [1]  1393/24
trip [2]  1391/3 1391/15
Troopers [1]  1441/7
true [4]  1445/12 1487/5 1487/16 1499/3
truth [2]  1423/3 1456/23
try [1]  1397/17
trying [7]  1411/11 1427/10 1427/20 1444/18 1476/6 1493/2 1495/23
Tu [4]  1391/16 1392/1 1394/10 1396/8
Tu Lan [3]  1391/16 1392/1 1396/8
Tuesday [5]  1473/22 1478/3 1478/6 1479/7 1498/22
TUNG [10]  1382/5 1382/6 1436/2 1436/7 1438/4 1475/5 1475/25 1477/11 1497/13 1500/7
turn [2]  1392/21 1408/1
turned [2]  1397/25 1430/5
turning [3]  1458/12 1465/20 1487/11

**T**

twice [1]  1399/22
twist [1]  1397/16
twisting [1]  1397/15
two [43]  1388/2 1391/5 1391/23 1395/1
1395/13 1395/21 1395/25 1397/7 1397/7
1397/9 1397/23 1397/24 1397/25 1398/2
1398/5 1398/15 1398/18 1399/8 1399/17
1400/20 1403/16 1403/19 1412/7 1415/9
1417/10 1421/23 1427/2 1429/24
1430/13 1432/6 1436/14 1436/24
1437/20 1437/23 1445/19 1455/15
1458/18 1463/23 1465/23 1466/2
1473/18 1477/10 1478/8
two-page [1]  1455/15
type [3]  1418/16 1441/18 1447/13
types [2]  1447/18 1462/16
typically [4]  1452/5 1452/9 1454/1
1454/4

**U**

U.S [18]  1391/2 1391/6 1391/12 1391/18
1391/25 1392/3 1394/20 1395/6 1396/23
1397/4 1425/5 1429/13 1429/14 1448/6
1484/8 1484/8 1484/15 1484/17
ultimately [3]  1394/6 1415/15 1416/1
unavailable [1]  1481/20
under [10]  1396/22 1404/1 1409/23
1416/17 1417/3 1417/14 1418/10 1419/1
1419/11 1481/17
understood [4]  1391/20 1463/3 1476/18
1490/25
underwent [1]  1388/4
unexpected [1]  1396/14
unique [1]  1498/25
UNITED [17]  1381/1 1381/3 1381/3
1381/9 1381/12 1385/15 1385/17 1389/3
1389/7 1390/23 1391/15 1391/22
1394/13 1396/11 1423/22 1424/9
1447/24
unlike [1]  1406/23
unlikely [1]  1479/5
unredacted [4]  1443/7 1465/14 1465/17
1466/1
unusual [7]  1393/1 1393/6 1397/6
1405/22 1429/20 1453/20 1498/24
up [45]  1388/6 1390/16 1393/8 1394/24
1395/15 1398/8 1399/8 1404/4 1405/7
1405/14 1408/4 1408/8 1408/9 1413/17
1415/21 1424/14 1424/23 1426/20
1430/3 1432/6 1436/9 1442/23 1446/3
1446/9 1452/14 1455/17 1457/7 1458/13
1460/3 1460/4 1460/12 1465/1 1465/7
1465/21 1466/9 1467/4 1467/14 1467/17
1468/6 1469/21 1474/24 1480/5 1482/25
1483/8 1490/5
upfront [1]  1491/20
upon [1]  1497/5
USB [1]  1487/14
user [6]  1443/3 1443/23 1444/2 1446/10
1446/13 1446/22

**V**

valid [1]  1470/3
value [2]  1417/9 1418/6
various [1]  1479/24
varying [1]  1475/24
vehicle [2]  1430/5 1474/1

veracity [1]  1424/8
version [5]  1425/5 1443/7 1465/15
1465/17 1488/5
versus [1]  1428/12
via [1]  1498/16
victim [1]  1417/3
video [21]  1397/21 1398/7 1402/10
1403/22 1404/10 1473/16 1474/15
1474/19 1479/10 1481/6 1481/15 1483/4
1486/24 1487/6 1487/8 1488/12 1488/21
1488/21 1490/25 1491/7 1491/11 1491/13
video/audio [1]  1486/24
videotape [2]  1482/21 1482/22
visibly [1]  1479/19
visitor [2]  1397/16 1397/16
voice [6]  1479/12 1479/15 1479/24
1480/2 1482/3 1482/4
volume [1]  1432/25
voluntary [4]  1485/6 1491/21 1491/24
1493/3

**W**

wait [2]  1437/17 1449/17
waive [1]  1487/25
walk [1]  1403/15
walked [1]  1403/15
walking [2]  1402/12 1402/12
wall [1]  1431/16
wants [2]  1389/2 1463/13
warning [1]  1469/23
Warren [6]  1384/11 1402/22 1412/8
1412/9 1422/4 1436/20
Washington [1]  1381/17
watch [1]  1407/19
watching [2]  1398/7 1431/2
waters [1]  1483/17
wavelength [1]  1478/23
ways [1]  1423/15
weakened [1]  1396/19
Wednesday [2]  1478/2 1478/12
weeds [1]  1426/24
week [12]  1406/3 1473/5 1473/20
1476/5 1477/21 1477/21 1478/2 1478/17
1478/18 1478/19 1479/8 1498/14
weekend [3]  1498/8 1499/5 1499/12
weeks [1]  1429/24
weigh [1]  1418/23
weighing [1]  1417/9
weird [2]  1460/2 1460/5
welcomed [1]  1497/25
whatsoever [2]  1433/13 1463/18
Wheeler [2]  1474/6 1475/18
whereabouts [1]  1419/6
whereas [2]  1421/24 1423/16
white [7]  1402/7 1402/14 1402/25
1403/3 1403/17 1403/23 1436/16
why [30]  1390/6 1390/6 1390/22 1392/21
1394/12 1396/5 1408/9 1413/17 1414/12
1416/7 1425/4 1425/7 1425/17 1425/25
1426/24 1427/10 1427/19 1427/19
1428/5 1432/24 1445/3 1445/4 1448/5
1448/9 1452/22 1451/24 1460/3 1460/5
1460/24 1479/21
wide [1]  1400/10
wife [14]  1384/21 1386/6 1388/17
1397/19 1400/16 1400/17 1401/1
1401/18 1401/20 1402/23 1409/18
1409/22 1429/23 1433/22

willing [1]  1400/15
windows [1]  1398/9
wireless [1]  1446/3
wish [1]  1427/16
withdraw [4]  1421/3 1421/11 1428/5
1480/5
withdrawn [1]  1392/6 1397/24 1403/1
1459/16
withdrew [1]  1480/7
within [3]  1403/8 1453/14 1455/9
without [10]  1449/5 1450/25 1451/1
1451/14 1451/21 1455/11 1455/23
1467/21 1470/3 1483/4
witness' [2]  1413/3 1490/16
witnesses [17]  1418/21 1472/23 1473/9
1473/9 1473/11 1473/14 1473/18
1473/19 1473/24 1475/9 1475/20 1477/9
1478/6 1478/13 1479/17 1495/3 1497/18
woman [1]  1389/13
won't [2]  1427/21 1478/25
wonder [1]  1420/9
wonderful [1]  1498/8
WONG [8]  1382/3 1422/10 1425/16
1432/6 1476/9 1487/22 1497/11 1500/6
Wong's [1]  1425/15
Wood [1]  1433/8
word [1]  1416/20
words [1]  1427/9
work [12]  1416/8 1439/19 1439/20
1441/1 1441/14 1441/18 1450/17
1450/23 1453/8 1453/10 1484/17 1489/9
worked [8]  1441/15 1441/21 1450/7
1452/5 1453/11 1493/5 1493/10 1494/4
working [4]  1450/10 1451/17 1460/15
1484/23
worried [6]  1394/14 1394/15 1396/22
1400/25 1401/3 1429/19
worries [1]  1470/13
worth [1]  1478/10
wouldn't [2]  1454/4 1463/18
write [2]  1395/11 1407/2
written [2]  1406/20 1406/21
wrong [1]  1458/3
Wuhan [17]  1385/18 1385/22 1387/6
1389/1 1391/1 1391/17 1391/24 1392/2
1394/11 1395/4 1395/24 1395/25 1397/1
1405/24 1406/1 1406/3 1406/7

**X**

X-I-N-Z-I [2]  1385/1 1482/18
X-U [12]  1382/22 1383/6 1385/1 1386/4
1387/19 1409/2 1419/18 1457/23
1458/22 1459/5 1482/18 1482/18
Xinzi [5]  1384/25 1385/3 1482/18
1482/21 1500/12
Xu [44]  1382/22 1383/1 1383/6 1383/13
1383/17 1384/18 1384/25 1386/3 1387/3
1388/7 1396/5 1399/7 1401/25 1405/15
1408/3 1408/5 1409/2 1409/3 1410/7
1419/18 1421/14 1422/13 1422/15
1427/8 1428/9 1429/6 1430/20 1430/22
1431/9 1431/10 1431/17 1433/1 1433/12
1433/16 1433/20 1436/5 1436/9 1436/12
1482/21 1500/12

**Y**

Yan [11]  1386/9 1386/13 1386/14
1386/24 1386/25 1388/21 1388/24

**Y**

Yan... [4]  1389/6 1394/9 1405/23 1409/4
Yan's [16]  1389/18 1389/20 1390/2
 1390/9 1392/8 1392/12 1392/13 1392/22
 1393/8 1393/12 1394/9 1406/1 1406/9
 1408/12 1408/25 1409/7
Yaoxian [2]  1387/13 1387/17
year [3]  1396/18 1397/2 1457/24
years [6]  1385/16 1400/15 1418/15
 1440/9 1484/19 1489/21
yesterday [1]  1478/1
yesterday's [1]  1477/25
Yong [1]  1436/8
young [2]  1398/2 1436/24
younger [14]  1385/20 1385/21 1386/1
 1386/7 1392/3 1394/15 1406/8 1406/20
 1406/21 1408/11 1408/25 1409/18
 1429/13 1429/17
youngest [1]  1406/17
yourself [4]  1401/18 1452/20 1470/12
 1485/12

**Z**

Zheng [2]  1382/2 1476/9
Zhu [6]  1382/5 1425/2 1425/13 1425/14
 1436/8 1480/4
Zhu's [1]  1425/2
zoom [1]  1443/3