1501

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA,    : 21-CR-265(PKC)
                             :
                             :
                             :
      -against-              : United States Courthouse
                             : Brooklyn, New York
                             :
                             :
                             : June 12, 2023
MICHAEL McMAHON, ZHENG       : 9:00 a.m.
CONGYING, and YONG ZHU, also :
known as "Jason Zhu,"        :
                             :
        Defendants.          :
- - - - - - - - - - - - - X

TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

For the Government:  BREON PEACE
                     United States Attorney
                     Eastern District of New York
                         271 Cadman Plaza East
                         Brooklyn, New York 11201
                     BY:  MEREDITH ARFA
                          CRAIG HEEREN
                          IRISA CHEN
                          Assistant United States Attorneys

                     U.S. DEPARTMENT OF JUSTICE
                     NATIONAL SECURITY DIVISION
                         950 Pennsylvania Avenue, NW
                         Washington, D.C. 20530
                     BY:  CHRISTINE BONOMO,
                          Trial Attorney

For the Defendant    GIBBONS P.C.
Michael McMahon:         One Gateway Center
                         Newark, New Jersey 07102
                     BY:  GENNA AUTUMN CONTI, ESQ.
                     BY:  LAWRENCE S. LUSTBERG, ESQ.

Proceedings                                    1502

1  For the Defendant      GOLDBERGER & DUBIN, P.C.
   Zheng Congying:            401 Broadway Suite 306
2                             New York, NY 10013
                          BY:  RENEE M. WONG, ESQ.
3                         BY:  PAUL GOLDBERGER, ESQ.

4
   For the Defendant      LAW OFFICE KEVIN KERVENG TUNG
5  Yong Zhu:                 136-20 38th Avenue
                             Flushing, New York 11354
6                         BY:  KEVIN K. TUNG, ESQ.

7  Court Reporter:  Michele Lucchese, Official Court Reporter
                    225 Cadman Plaza, 373N
8                   Brooklyn, New York 11201
                    718-613-2272
9                   E-mail:  MLuccheseEDNY@gmail.com

10 Proceedings recorded by computerized stenography.  Transcript
   produced by Computer-aided Transcription.
11

12                    *         *         *
13

14

15          (In open court - jury not present.)

16          THE COURTROOM DEPUTY:  All rise.

17          THE COURT:  Please be seated, everyone.  Good

18 morning.

19          MR. HEEREN:  Good morning.

20          MS. WONG:  Good morning.

21          THE COURT:  So I assume Ms. Gonzalez told you we

22 have one juror who needed a couple of minutes to get ready

23 after arriving a little bit late and then we will be ready to

24 go.

25          I understand there are no issues to address at this

Proceedings                                                    1503

1   time; is that right?

2            MR. HEEREN:  I don't think so, Your Honor.

3            MR. LUSTBERG:  Judge, just to give the Court a

4   preview -- I'm not really ready to discuss it now -- we

5   learned over the weekend that the -- let me back up.  The

6   Court may recall that following the testimony of Ms. Habeeb on

7   Friday --

8            THE COURT:  Yes.

9            MR. LUSTBERG:  -- and actually even earlier in the

10  case the Court had inquired as to whether Mr. Finning would be

11  a witness for the Government.

12           THE COURT:  Right.

13           MR. LUSTBERG:  On Friday, right before we left, the

14  Court will recall that we learned that Mr. Finning would not

15  be a witness.  So I subpoenaed Mr. Finning.  His counsel

16  graciously accepted service and then informed me that his

17  client would take the Fifth.  So what that means, I'm not

18  sure, and whether there is any application that's going to

19  result from that.  I know that I can't make an application for

20  the Court to immunize him.  But I'm considering -- I just want

21  to think through whether that has any implications.  I'm not

22  prepared to make any application at this point.  But I just

23  wanted to let the Court  know about that development.

24           THE COURT:  I appreciate that.

25           MR. LUSTBERG:  It will also mean a somewhat shorter

Proceedings                                          1504

1   day tomorrow for us, so.

2           THE COURT:  Okay.  Let me turn to the Government for

3   a moment on this.  The Government obviously had put Mr.

4   Finning on their original witness list.  Were you folks

5   intending to immunize him or grant him some sort of immunity?

6           MR. HEEREN:  We were evaluating.  We had not made

7   any final determination on it.  We ultimately have decided not

8   to, obviously, since we are not calling him.

9           THE COURT:  Right.

10          MR. HEEREN:  That was, broadly speaking, a

11  consideration.

12          THE COURT:  All right.

13          MR. LUSTBERG:  And I should say in that regard, Mr.

14  Finning's counsel did not say much to me about it but did say

15  that he had requested that the Government provide immunity or

16  else his client wouldn't testify.  I don't think I'm

17  surprising anybody by saying that. I don't know whether that's

18  correct from the Government's perspective, but certainly

19  that's what he has told me.

20          MR. HEEREN:  The only other thing that I would add

21  to that, Your Honor, is just that in Mr. Finning's 3500, which

22  was also disclosed previously as part of regular course of

23  discovery, it was reflected in the interview from several

24  years ago that the interview was proffered protected.  So, I

25  mean, I don't know that that is necessarily too much of a

Proceedings                                    1505

1    surprise.

2          THE COURT:  To be honest, when I saw him on the

3    list, I wondered whether he was a cooperator or what status he

4    occupied because of the allegation that somehow he had done

5    something that could have subjected him to prosecution or

6    discipline or something like that.

7          The only question I raise, and this is while Mr.

8    Lustberg is thinking about how to respond to this, is that it

9    does seem to me to make him an unavailable witness, and I

10   don't know if that will affect any application or prompt any

11   application to try to introduce statements that he made, and

12   I'm just thinking out loud right now.

13         We will take this up again whenever or if ever you

14   want to, Mr. Lustberg.

15         MR. LUSTBERG:  Thank you.

16         THE COURT:  Once you figure out how you want to

17   respond to the situation.

18         So let's go ahead and get the jury and then also

19   let's get our witness.

20         Before we get the witness, Ms. Gonzalez informed me

21   that Alternate No. 2 has a relative who passed, unfortunately,

22   Friday and today was supposed to be the observance in the

23   mosque for his passing, but she did not go because she knew

24   she was expected here.  However, she said she would need to

25   leave at 1:00 today to be able to attend the memorial or

Proceedings                                    1506

1    funeral service or religion service.  I, unfortunately, think

2    we probably have to let her go from the jury because we can't

3    afford any delay.

4              The Government?

5              MR. HEEREN:  We understand the Court's position on

6    that.

7              THE COURT:  All right.  So any objection?

8              MR. HEEREN:  No, Your Honor.

9              THE COURT:  Mr. Lustberg?

10             Mr. Lustberg:  No objection, Your Honor.

11             MR. TUNG:  Objection.

12             THE COURT:  Ms. Gonzalez will inform her we will let

13   her go because we have to get the trial done for everyone's

14   sake.  And obviously I will convey everyone's condolences or

15   regret regarding her relative.

16             MR. HEEREN:  Your Honor, just a last housekeeping

17   matter, in terms of the witnesses today, I just wanted to --

18   there is no change in the witnesses we plan to call today.

19   The only addition I wanted to flag is we do intend to show a

20   four-and-a-half-minute video that was previously admitted but

21   has not been shown yet.

22             THE COURT:  Okay.

23             MR. HEEREN:  That's one of the two videos that were

24   sent as mailings to the victims.  We provided a version of it

25   this morning that contains the agreed upon transcript as

Proceedings                                              1507

1   subtitles on the video.  So that's the only material change to

2   it.  We'd play that at some point during the day.

3          THE COURT:  What is the exhibit number?

4          MR. HEEREN:  The exhibit number will be 506G, as in

5   Gary.  The original exhibit that doesn't contain the subtitles

6   is 506D, and it comes from -- not to make it any more

7   complicated, but it comes from 506-A, which is the DVD that

8   itself was actually admitted into evidence.

9          THE COURT:  Okay.  I didn't really follow much of

10  that, but I don't think it really matters.  Okay.  So, let's

11  get our -- I forget where we were on Friday.  I don't think we

12  had a witness on the stand.

13         MR. HEEREN:  No.

14         THE COURT:  So you're going to call a new witness

15  and we will check on the jury, and we will let Alternate No. 2

16  go.

17         As before, I will let the jury know that they

18  shouldn't speculate as to why alternate No. 2 is no longer a

19  juror, although I'm assuming they may have talked while they

20  were back there and they all know.

21         Actually, let me revise that.  I shouldn't say don't

22  speculate.  I will just say that she, unfortunately, had a

23  death in the family and made it impossible for her to keep

24  serving.

25         (Witness takes the stand.)

1          THE COURTROOM DEPUTY:  All rise.

2          (The jury enters the courtroom.)

3          THE COURT:  Please be seated, everyone.

4          Good morning, ladies and gentlemen of the jury, I

5    hope you had a wonderful weekend.  It was certainly beautiful

6    weather, as you may have noticed one of our alternate jurors

7    is no longer part of jury and you may have heard she

8    unfortunately had a death in the family that made it difficult

9    for her to continue without us having to interrupt the trial

10   and unfortunately it is in all of our interest to move forward

11   and complete the trial this week.  Regrettably that alternate

12   is no longer with us.  All right but we have the Government

13   ready to go to call its next witness.

14         MS. CHEN:  And the Government calls Charity Davis.

15         THE COURT:  Ms. Davis, if you will stand for a

16   moment so you can be sworn in.

17         THE COURTROOM DEPUTY:  Please raise your right hand.

18         (Witness sworn.)

19         THE COURTROOM DEPUTY:  Thank you.  Have a seat.

20   Please state and spell your name for the record.

21         THE WITNESS:  Charity Davis.  C-H-A-R-I-T-Y.  Last

22   name is Davis, D-A-V-I-S.

23         THE COURT:  You may inquire, Ms. Chen.

24         MS. CHEN:  Thank you, Your Honor.

25   **CHARITY DAVIS**,

1         called as a witness, having been first duly

2         sworn/affirmed, was examined and testified as follows:

3    DIRECT EXAMINATION

4    BY MS. CHEN:

5    Q    Good morning, Dr. Davis.

6    A    Good morning.

7              MS. CHEN:  Good morning, ladies and gentlemen.

8    Q    Ms. Davis, where do you currently work?

9    A    I'm a forensic DNA examiner in the DNA Casework Unit at

10   the FBI laboratory in Quantico, Virginia.

11   Q    What does the DNA Casework Unit do?

12   A    The DNA Casework Unit examines evidence for the presence

13   of bodily fluids at the DNA Casework Unit.  We look at -- for

14   the presence of blood and semen and we also examine evidence

15   for DNA.

16   Q    Can you explain to the jury what are some of your duties

17   and responsibilities as a forensic examiner in this unit?

18   A    As a forensic examiner, when I am assigned a case, I will

19   manage that case.  So when it's assigned to me, I'll read the

20   incoming communication to determine what items of evidence

21   need to be examined and what tests need to be performed.

22              A biologist will then perform those tests for me and

23   then will give those results back to me so I can interpret

24   those results and I will summarize my results in a report and

25   testify as needed.

1          I liken this to a doctor's office.  So when you go

2     to a doctor, a doctor will examine you and determine what

3     tests need to be performed.  A technician will perform those

4     tests and give the results back to the doctor and the doctor

5     will interpret those results for you.

6     Q    And how long have you worked in this role as a forensic

7     examiner?

8     A    Approximately 14 and a half years.

9     Q    And before you were working with the FBI laboratory,

10    where were you employed?

11    A    I was employed in a similar position at the Georgia

12    Bureau of Investigation, Division of Forensic Sciences in the

13    forensic biology section.

14    Q    And at a very high level, can you explain to the jury

15    what is DNA testing?

16    A    DNA testing is looking at an item of evidence for the

17    presence of DNA.  And, so, what that involves is taking an

18    item of evidence, breaking it up into cells to get to the DNA,

19    which is extraction.

20          And then the next step would be quantitation or

21    determining how much DNA is present in an item of evidence

22    before copying that DNA.  And that's all amplification.  And

23    that would be copying that specific regions millions of times

24    before placing it on to an instrument where you're separating

25    that copied DNA based on size, and then I would generate a DNA

Davis - direct - Chen                                      1511

1   profile based on that copied DNA.

2   Q    Dr. Davis, can you please tell the jury about your

3   education in the field of DNA testing?

4   A    I have a bachelor of science in chemistry, with a

5   specialization in biochemistry from the University of West

6   Florida in Pensacola, Florida.

7            And I have a Ph.D. in the program of genetics and

8   molecular biology from Emory University in Atlanta, Georgia.

9   Q    Can you explain any training you have received in the

10  field of DNA stitching?

11  A    I have received specialized training from the Georgia

12  Bureau of Investigation and also the FBI laboratory in

13  forensic serology testing and forensic DNA testing and the

14  specialized training involved literature review, lectures,

15  written exams, oral exams, practical exams, and moot court

16  exercises.

17  Q    I think you just used the term serology.  Can you explain

18  what that means?

19  A    Serology is the identification of bodily fluids on an

20  item of evidence.

21  Q    And do you receive any ongoing education in the field of

22  DNA testing?

23  A    Yes.  I'm required to receive a minimum of eight hours of

24  continuing education in a DNA-specific area every year.

25  Q    Is the FBI laboratory accredited to perform DNA testing?

Davis - direct - Chen                    1512

1   A    Yes.

2   Q    What body accredits the FBI laboratory?

3   A    ANAB accredits the FBI laboratory.

4   Q    What does ANAB stand for?

5   A    ANAB stands for the American National Standards Institute

6   National Accreditation Board.

7   Q    And how frequently does the FBI laboratory get

8   accredited?

9   A    The FBI laboratory is accredited every five years and

10  there are yearly surveillance visits by ANAB.

11  Q    Can you explain briefly what goes into being accredited?

12  A    What goes into accreditation is that the FBI laboratory

13  must show that we follow the standards set forth by ANAB.

14  Q    Approximately how many DNA cases does the FBI laboratory

15  handle every year?

16  A    Anywhere between 2,000 and 3,000 cases a year.

17  Q    And approximately how many DNA cases have you handled

18  over the course of your career?

19  A    Thousands.

20  Q    Okay.  Have you reviewed DNA analyses performed by other

21  people in the FBI laboratory?

22  A    Yes.  That's called a technical review.  And a technical

23  review is when another qualified examiner reviews case file

24  and report prior to issuance.  And every report must be

25  technically reviewed prior to it being issued by another

Davis - direct - Chen                          1513

1    qualified examiner.  And that is just to make certain that

2    every case file is scientifically sound before it is being

3    issued.

4    Q    Have you testified before in court as an expert about DNA

5    analysis?

6    A    Yes, I have.

7    Q    About how many times?

8    A    Approximately 96.

9    Q    And have you testified in federal courts?

10   A    Yes.

11   Q    About how many times have you testified as an expert?

12   A    Approximately 96, the same amount.

13   Q    Have you ever been offered as an expert but not

14   qualified?

15   A    No, I have not.

16            MS. CHEN:  Your Honor, at this time the Government

17   offers Dr. Charity Davis as an expert in the field of DNA

18   analysis.

19            THE COURT:  Would anyone like to voir dire?

20            MR. GOLDBERGER:  No, Your Honor.

21            MR. TUNG:  No, Your Honor.

22            MR. LUSTBERG:  No, Your Honor.

23            THE COURT:  Is there any objection?

24            MR. LUSTBERG:  No objection.

25            MR. TUNG:  No objection.

1    MR. GOLDBERGER:  No objection.

2    THE COURT:  Okay.  So you're batting a thousand

3   right now.  You are admitted as an expert.  This makes this

4   97, I guess.

5   Q    Dr. Davis, can you explain to the jury what is DNA?

6   A    DNA stands for deoxyribonucleic acid.  It's the genetic

7   material found in your cells.  It has information for what

8   color hair you're going to have, what color eyes you're going

9   to have.  It is found in virtually every cell in your body.

10  So the DNA in your skin is the same as the DNA in your blood.

11        You have two copies of DNA.  You get one copy of DNA

12  from mom and another copy of DNA from dad.

13        DNA typically doesn't change over time.  It is set

14  at conception and remains the same throughout your life.  And

15  with the exception of identical twins, everyone's DNA is

16  unique.

17  Q    Can a person leave DNA behind on an object?

18  A    Yes.

19  Q    What are some ways that a person can do that?

20  A    One way you can leave DNA behind is if you're cut, you

21  can leave your blood behind.  Blood has DNA.

22        Another way you can leave DNA behind is, for

23  example, if you're wearing a mask and you're talking, you can

24  leave spit behind, because even though saliva itself doesn't

25  have DNA, the skin cells in your saliva does have DNA, and so

1    those skin cells in your saliva would leave DNA behind.

2         Another way to leave DNA behind would be if you're

3    you touching an object.  If you're touching an object enough,

4    there would be enough skin cells behind for me to be able to

5    detect that DNA.

6    Q    Dr. Davis, are you familiar with the phrase called a DNA

7    profile?

8    A    Yes.

9    Q    What is a DNA profile?

10   A    A DNA profile is a collection of markers that I'm looking

11   at.  So more than 99 percent of your DNA is the same among

12   individuals.  It's what make us human.  It gives us two arms,

13   two legs.

14        Approximately .3 to .5 percent of your DNA is what

15   differs amongst individuals and makes us unique.  Of that .3

16   to .5 percent of DNA that differs amongst individuals, I'm

17   looking at about 21 markers or locations of your DNA that

18   differs based on size.  They are called STR or short tandem

19   repeats.  And those 21 locations I'm looking at, that makes up

20   your DNA profile.

21   Q    And looking at the entirety of those 21 markers or

22   locations, is everyone's DNA profile unique?

23   A    Yes, with the exception of identical twins.

24   Q    Is it possible to compare DNA profiles from two sources

25   to determine whether the DNA came from the same contributing

Davis - direct - Chen                                    1516

1    individual?

2    A     Yes.

3    Q     Okay.  And can you again briefly explain -- I think you

4    touched upon it earlier, but briefly explain that process to

5    the jury.

6    A     So what I would do in a comparison is to take the DNA

7    profile from an item of evidence and look to see if it's the

8    same or different from a known reference sample from and just

9    do that comparison.

10   Q     When you say known reference sample, what does that mean?

11   A     A known reference sample is either blood taken from an

12   individual or buccal sample.  A buccal sample is just the

13   swabbing of the cheek from an individual.

14   Q     After you conduct that comparison, are you able to

15   determine whether there's a match or whether there's an

16   exclusion?

17   A     Yes.

18   Q     Can you explain what your analysis is for that

19   comparison?

20   A     So, I can draw two conclusions:  I can conclude that it's

21   an exclusion, so that the known reference sample is not the

22   same as the DNA from the item of evidence, so that person who

23   gave their known reference sample is not a potential

24   contributor to the DNA from the item of evidence, or that the

25   known reference sample is the same or consistent with the item

Davis - direct - Chen                              1517

1    of evidence, so that's a match.

2           And in that instance, if I've determined that the

3    known reference sample is consistent with the item of

4    evidence, I need to calculate a likelihood ratio.

5    Q    What is a likelihood ratio?

6    A    A likelihood ratio is calculating two questions.  So it's

7    comparing two questions:  The probability of the profile of

8    the DNA of the item of evidence, if the person of interest is

9    a potential contributor, divided by the probability of the

10   profile of the item of evidence if someone else is a

11   contributor.  And I'm weighing those two options to see which

12   one is heavier.

13   Q    As a forensic examiner, how do you become involved in a

14   case?

15   A    I become involved in a case when it is assigned to me.

16   Q    Okay.  And are you provided items of evidence?

17   A    Yes.  They will be provide in incoming communication and

18   those items of evidence will then be routed up to the DNA

19   Casework Unit and be stored in a locked storage vault.

20   Q    Okay.  And what happens when an item of evidence is ready

21   to be examined?

22   A    When it's ready to be examined, a biologist can go to

23   that vault and take it out and then they will know what items

24   of evidence I have assigned them to process and they will

25   clean their bench, put down a clean benchtop, piece of butcher

Davis - direct - Chen                          1518

1  tape paper, and they will only process one item of evidence at

2  a time.

3        They will open that item of evidence and enter their

4  notes contemporaneously into the computer and perform the

5  tests that I have told them to perform.

6  Q    I'm going to direct your attention to April of this year.

7  Were you asked to compare a known DNA sample from Congying

8  Zheng against that from a piece of evidence?

9  A    Yes, I was.

10 Q    What was that piece of evidence?

11 A    It was a cigarette butt.

12       MS. CHEN:  May we publish what's in evidence as

13 Government Exhibit 203, please.

14       THE COURT:  You may.

15       (Exhibit published.)

16       MS. CHEN:  If we can go to paragraph 5.

17       I'm going to read paragraph 5, which states:

18 Government Exhibit 503 is a cigarette butt seized by a law

19 enforcement agent at the driveway of -- there is an address --

20 in Warren, New Jersey, on or about September 5, 2018 (item B

21 nine, Invoice No. E6286443).

22       Your Honor, may I approach?

23       THE COURT:  You may.

24 Q    Dr. Davis, I've just handed you what's been premarked for

25 identification as Government Exhibit 503.  Do you see that?

1    A    Yes, I do.

2    Q    Do you recognize this exhibit?

3    A    Yes, I do.  I recognize it by the unique laboratory

4    number, 2018-02843, and also by my biologist initials.

5    Q    Is this exhibit the cigarette butt you compared against a

6    known DNA from Congying Zheng?

7    A    Yes, it is.

8                MS. CHEN:  Your Honor, the Government moves into

9    evidence Government Exhibit 503.

10               MR. LUSTBERG:  No objection.

11               MR. TUNG:  No objection.

12               MR. GOLDBERGER:  No objection.

13               THE COURT:  Admitted.

14               (Government's Exhibit 503 received in evidence.)

15               THE COURT:  You may publish.

16               Did you want to hand it to the jury or are you going

17    to --

18               MS. CHEN:  I will put it on the ELMO.

19               THE COURT:  That's a good idea.

20    Q    Dr. Davis, can you see this?

21    A    Yes, I can.

22    Q    Can you explain what this exhibit is?

23    A    That's the cigarette butt that was examined previously in

24    a previous report.

25    Q    Okay.  Was there a DNA profile obtained from this

1  cigarette butt?

2  A    Yes, there was.

3  Q    What did that DNA profile show?

4  A    That previous report indicated that male DNA profile was

5  obtained and it was interpreted as originating from one

6  individual.

7  Q    Is that one individual as opposed to multiple

8  individuals?

9  A    Yes.

10  Q    Okay.  Do you have an understanding as to how DNA is left

11  on a cigarette butt?

12  A    The understanding would be that it would be left from

13  somebody placing it on their lips and you can imagine that

14  that would be skin cells being left on the filter end of the

15  cigarette butt.

16  Q    And did you conduct the analysis in determining the DNA

17  profile for this cigarette butt?

18  A    No.  It was a previous DNA examiner, Melinda Brooks, who

19  did that initial interpretation.

20       When I was asked to do the comparison to Mr. Zheng,

21  I performed another technical review of that report in order

22  to do my comparisons and I ended up agreeing with those

23  initial conclusions.

24  Q    I'm going to turn now to the known DNA sample from

25  Congying Zheng.  Do you know how the sample was taken?

1  A    It was a buccal sample, so it was a swabbing of the

2  inside cheek.

3  Q    Can you explain what the swab itself looks like when you

4  are doing a buccal swab?

5  A    It would be a sterile -- you can imagine a sterile Q-tip

6  and it's just the swabbing of the inside of the cheek.

7  Q    And were you able to obtain a DNA profile from this

8  buccal swab sample?

9  A    Yes.

10 Q    Did you compare the DNA profile obtained from Congying

11 Zheng against that of the male donor to the cigarette butt?

12 A    Yes.

13 Q    And, again, can you briefly explain how you did that

14 comparison?

15 A    What I did is I looked at the two profiles and determined

16 whether they were the same or if they were different.

17 Q    And what, if anything, did you conclude from that

18 comparison?

19 A    I concluded that Mr. Zheng's DNA profile was consistent

20 with the DNA profile from the cigarette butt, and so I did

21 calculate likelihood ratio.  And the DNA results from the

22 cigarette butt are three octillion times more likely if Mr.

23 Zheng is a contributor than in if an unknown individual is a

24 contributor.

25 Q    And for those of us who don't know what an octillion is,

1    how many zeros, or can you explain what the number is, one

2    octillion?

3    A    An octillion has 27 zeros.

4    Q    So is an octillion more than one trillion, times one

5    trillion?

6    A    Yes.  A trillion has 12 zeros.

7    Q    And, Dr. Davis, again, what is your ultimate conclusion

8    as to the cigarette butt and the known sample from Congying

9    Zheng?

10   A    The -- my conclusion was the DNA results from the

11   cigarette butt are three octillion times more likely if Mr.

12   Zheng is contributor than if an unknown individual is a

13   contributor and this provides very strong support for

14   inclusion.

15            MS. CHEN:  Your Honor, may I have one moment?

16            THE COURT:  Yes.

17            MS. CHEN:  No further questions, Your Honor.

18            THE COURT:  Thank you very much.

19            Any cross-examination?

20            MR. GOLDBERGER:  No.

21            MR. LUSTBERG:  No, Your Honor, no questions.

22            MR. TUNG:  No questions.

23            THE COURT:  Thank you very much, Doctor.  You may

24   step down and are excused.

25            The Government will call its next witness.

Davis - direct - Chen                              1523

1          MS. BONOMO:  Thank you, Your Honor.  The Government

2     calls Jessica O'Connor.

3          THE COURT:  All right.

4          So, Ms. O'Connor, if you will come up here to the

5     witness box and remain standing and we will swear you in.

6          THE COURTROOM DEPUTY:  Please raise your right hand.

7          (Witness sworn.)

8          THE COURTROOM DEPUTY:  Thank you.

9          Have a seat.  Please state and spell your name for

10    the record.

11         THE WITNESS:  Jessica O'Connor, J-E-S-S-I-C-A.  O,

12    apostrophe, C-O-N-N-O-R.

13         THE COURT:  You may inquire.

14         MS. BONOMO:  Thank you, your Honor.

15

16

17

18

19

20

21

22

23

24

25

1   **JESSICA O'CONNOR**,

2           called as a witness, having been first duly

3           sworn/affirmed, was examined and testified as follows:

4   DIRECT EXAMINATION

5   BY MS. BONOMO:

6   Q    Good morning.

7   A    Good morning.

8   Q    Where did you travel from to be here today?

9   A    From my home in Palmyra, New Jersey.

10  Q    What do you do?

11  A    I'm a Regulatory Officer II with the New Jersey Motor

12  Vehicle Commission.

13  Q    And is regulatory officer your title at the New Jersey

14  Motor Vehicle Commission?

15  A    Yes.

16  Q    What is the New Jersey Motor Vehicle Commission?

17  A    It is the State executive branch agency that regulates

18  driver's license, vehicle registration, vehicle title, motor

19  vehicle dealers, as well as many other things.

20          THE COURT:  Just a tad slower.

21          THE WITNESS:  Sorry.

22          THE COURT:  No worries.  Okay.

23  Q    Is the New Jersey Motor Vehicle Commission sometimes

24  abbreviated NJMVC or MVC?

25  A    Yes.

O'Connor - direct - Bonomo                    1525

1    Q    How long have you worked for the MVC?

2    A    Since January of 2019.

3    Q    What are your primary duties and responsibilities as a

4    regulatory officer at the MVC in?

5    A    I currently serve as the official custodian of records

6    for the Commission.  I also serve as the chief privacy officer

7    and I ensure compliance with the New Jersey Driver's Rights

8    and Protections Act.

9    Q    Have you held any other roles as an employee of the MVC?

10   A    Yes.  Previously, I investigated equal employment

11   opportunity discrimination claims against employees and by

12   customers under the Title 6 legislation.

13        I also investigated ethics complaints, as well

14   Conscientious Employee Protection Act claims, also known as

15   whistleblower claims.

16   Q    I would like to start off by asking you a few brief

17   background questions about the Motor Vehicle Commission.  Does

18   the Motor Vehicle Commission collect personal information

19   about individuals in the ordinary course of its business?

20   A    Yes.

21   Q    What types of information does it collect?

22   A    We collect the name, driver's license number, address,

23   social security number, height, weight, eye color, and hair

24   color.

25   Q    Does the New Jersey Motor Vehicle Commission also collect

O'Connor - direct - Bonomo                    1526

1    information about -- details about an individual's car?

2    A    Yes.

3    Q    Like a VIN number?

4    A    Yes.

5    Q    Are you familiar with New Jersey's customer abstract

6    information retrieval program?

7    A    Yes.

8    Q    Is that sometimes commonly abbreviated as CARE?

9    A    Yes.

10   Q    Also referred to as the Limited Online Access Program?

11   A    Yes.

12   Q    Generally speaking, what is CARE?

13   A    So CARE is a program that the commission offers that

14   entities can apply to participate in that allows them to

15   access personal information affiliated with motor vehicle

16   records on a per lookup basis for a fee.

17   Q    What types of entities can apply to participate in CARE?

18   A    All sorts of entities can apply to participate,

19   generally, Government entities, for-profit private entities,

20   we have nonprofit entities, municipal prosecutors, et cetera.

21   Q    And what type of information is stored in the CARE

22   database that these entities can potentially access?

23   A    For their access, driver history, vehicle registration

24   history, title history, and vehicle title inquiry.

25   Q    Does the New Jersey Motor Vehicle Commission place

1   restrictions on the use of information for those who

2   participate in the CARE program?

3   A    Yes.

4   Q    Why is that?

5   A    Well, twofold:  First, because the New Jersey Drivers

6   Privacy Protection Act and our regulations require us to, and

7   secondly, because we are trusting these entities with

8   essentially -- I wouldn't say unfettered access, but broad

9   access to our system.  So, as a result, we're trusting them

10  with the personal information, and, in return, we put

11  additional restrictions on their use of that information

12  because we are trusting them.

13  Q    In your role as a regulatory officer, I believe you

14  mentioned you were the official custodian of records at the

15  Motor Vehicle Commission?

16  A    Yes.

17  Q    And in that position, have you gained familiarity with

18  the manner in which the Commission's business records are

19  created and maintained?

20  A    Yes.

21       MS. BONOMO:  I'd like to show the witness only

22  what's previously marked as Government Exhibits 408A and 408H.

23  And, Ms. McMahon, if you could bring up both and briefly

24  scroll through each for the witness.

25  Q    Ms. O'Connor, have you had an opportunity to take a look

O'Connor - direct - Bonomo                              1528

1   at the exhibits?

2   A    Yes.

3   Q    Let's start with Government Exhibit 408A.  Do you

4   recognize this document?

5   A    Yes, I do.

6   Q    What is it?

7   A    The first page is a cover letter indicating that there is

8   an executed agreement for the limited online access program.

9   Q    And that's the CARE program?

10  A    Correct.

11  Q    And behind the cover letter is a copy of the actual

12  agreement --

13  A    That is correct.

14  Q    -- present?

15        And then turning next to Government Exhibit 408H, do

16  you recognize this document?

17  A    Yes.

18  Q    What is it?

19  A    It is a user transaction report that spans from

20  approximately April of 2016 through September of 2019.

21  Q    With respect to both Government Exhibits 408A and 408H,

22  are these records created by the New Jersey Motor Vehicle

23  Commission as part of its official duties or activities?

24  A    Yes.

25  Q    Are the New Jersey Motor Vehicle Commission employees who

1  created and maintain these records under a duty to do so

2  accurately?

3  A    Yes.

4  Q    Were the entries in these records made at or near the

5  time of the events reflected in them?

6  A    Yes.

7  Q    With respect to the user agreement, was that record made

8  by an employee with knowledge of the user agreement?

9  A    Yes.

10 Q    With respect to the user transaction report, was that

11 record automatically generated by the Motor Vehicle Commission

12 based on a particular user's accesses of the CARE database?

13 A    Yes.

14 Q    Were both records kept in the course of the Motor Vehicle

15 Commission's regular activities?

16 A    Yes.

17 Q    Was it a regular practice of the Motor Vehicle Commission

18 to maintain these records?

19 A    Yes.

20         MS. BONOMO:  Your Honor, the Government moves into

21 evidence 408A and 408H.

22         MR. TUNG:  No objection.

23         MR. GOLDBERGER:  No objection.

24         MR. LUSTBERG:  No objection.

25

1          THE COURT:  Admitted.

2          (Government's Exhibits 408A and 408H received in

3     evidence.)

4          THE COURT:  You may publish.

5          MS. BONOMO:  Thank you, Your Honor.  Let's start

6     with Government Exhibit 408A.

7     Q    For the benefit of the jury now, Ms. O'Connor, can you

8     briefly describe what this exhibit is again?

9     A    Sure.  So the first page is a cover letter to the McMahon

10    Investigative Group from the Commission indicating that their

11    executed agreement is attached.

12         MS. BONOMO:  And, Ms. McMahon, if you can please

13    zoom in on the first body paragraph of the cover letter.

14    Q    Ms. O'Connor, does this cover letter indicate when this

15    particular agreement was in effect?

16    A    Yes.

17    Q    And when was this user agreement in effect?

18    A    It became effective on May 23, 2016 and expired on May

19    23, 2017.

20    Q    Okay.

21         MS. BONOMO:  Thank you, Ms. McMahon.  You can close

22    that call out.

23         If we can look at the second page of the PDF.

24    Q    Other than the Motor Vehicle Commission, who is the other

25    party to this agreement?

O'Connor - direct - Bonomo                    1531

1    A    McMahon Investigative Group.

2         MS. BONOMO:  Thank you.  If we can then look at page

3    5 of the user agreement.

4    Q    Do you see the header at the top that says, Program

5    participant's obligations?

6    A    Yes.

7         MS. BONOMO:  If we can please zoom in first on

8    paragraph two below that.

9    Q    Ms. O'Connor, can you please read paragraph two of this

10   portion of the agreement to the jury?

11   A    Sure.

12        "While it is understood that the electronic records

13   provided by the Commission will contain the name and addresses

14   of individuals, the program participant shall hold such

15   information in confidence, unless disclosure is required by

16   law, and shall use it only in accordance with the terms of

17   this agreement."

18   Q    Thank you.

19        MS. BONOMO:  And then, Ms. McMahon, if you could

20   please call out next the bolded paragraph 9 at the bottom of

21   this page.

22   Q    Ms. O'Connor, could you please read this paragraph aloud

23   for the jury?

24   A    Sure.

25        "The program participants is strictly prohibited

O'Connor - direct - Bonomo                    1532

1    from using Commission records to conduct surveillance or to

2    investigate or locate an individual for reasons not

3    specifically related to motor vehicle activity, including, but

4    not limited to, divorced disputes and match-matching

5    services."

6             MS. BONOMO:  Then if we can please skip ahead to the

7    eighth page of this document.

8    Q    Ms. O'Connor, was this agreement signed?

9    A    Yes.

10   Q    And who signed this agreement on behalf of the McMahon

11   Investigative Group?

12   A    Michael McMahon and Mary Clare McMahon as a witness.

13   Q    What was the date of the signature?

14   A    May 1, 2016.

15            MS. BONOMO:  Thank you.  You can remove this exhibit

16   from the screen.

17            If we can turn next to Government Exhibit 408H.

18   Q    For the benefit of the jury now, what type of Motor

19   Vehicle Commission record is this?

20   A    This is a user transaction report for a CARE account.

21   Q    Briefly speaking, what is a user transaction report?

22   A    So it is a log of every single transaction that a CARE

23   user has accessed for a stated period of time.

24   Q    And I believe you mentioned this earlier, are user

25   transactions reports, are the entries in these reports

O'Connor - direct - Bonomo                    1533

1    automatically generated every time a particular CARE user

2    accesses information on the database?

3    A    Yes.

4    Q    Let's just briefly walk through how to read some of the

5    information in this report.

6            MS. BONOMO:  If we could, Ms. McMahon, blow up the

7    header and maybe a couple of entries below that.

8    Q    Let's start with the first column.  What does the header

9    in the first column on the left stand for?

10   A    So that is the customer number.

11   Q    And what information is contained in this column?

12   A    That is the CARE account number for the entity that

13   participates.

14   Q    Did you familiarize yourself with this record prior to

15   testifying today?

16   A    Yes.

17   Q    Did you determine the identity of it the CARE database

18   user associated with OLO25460?

19   A    Yes.

20   Q    Who was that user?

21   A    McMahon Investigative Group.

22           MS. BONOMO:  If we can turn to the next column over

23   with RQST_type at the top.

24   Q    What does the title of that column stand for?

25   A    Request type.

O'Connor - direct - Bonomo                    1534

1   Q     What does OL mean?

2   A     Online.

3   Q     One column over with menu_opt at the top.  First of all,

4   what does the title of that column stand for?

5   A     It's menu option.  It's the screen that the entity would

6   have accessed on our database.

7   Q     So this column would tell us what type of information

8   that particular user would have seen when they accessed the

9   database?

10  A     Correct.

11  Q     And what does RI mean?

12  A     Registration inquiry.

13  Q     And then turning next to lookup key, what is the

14  information contained in this portion of the record?

15  A     That would be the information that the user entered to

16  look up a record.

17  Q     In the case of the first or the second entries on this

18  page, what does those appear to you to be?

19  A     License plate numbers.

20  Q     And then next column over appears to say record find

21  indicator.  Did I interpret correctly?

22  A     It's record found indicator.

23  Q     Record found indicator.  And what is the information in

24  this column?

25  A     If a yes/no flag based on whether or not a record was

O'Connor - direct - Bonomo                1535

1    returned.

2    Q    Okay.  We can skip over a couple of columns and go to the

3    column with the header TRNS_INIT.  What does the information

4    in that column contain?

5    A    That contains the date and time in 24-hour format when

6    the transaction was initiated.

7    Q    Is the time in Eastern Standard Time?

8    A    Yes.

9    Q    And the next column over, how about what information is

10   contained in that column?

11   A    It is the date and time again in military or 24-hour time

12   when the transaction was completed.

13   Q    And, finally, skipping over a column, audit login ID, do

14   you see that?

15   A    Yes.

16   Q    What is the information that column?

17   A    This is the specific user underneath the account that

18   actually performed the transaction.

19   Q    Okay.  Thank you.

20        MS. BONOMO:  If we could remove this call out.

21   Q    Ms. O'Connor, do you see an entry in this record for a

22   CARE database query made April 6, 2017?

23   A    Yes.

24        MS. BONOMO:  I will just give Ms. McMahon a moment

25   to blow it up.  Thank you, Ms. McMahon.

O'Connor - direct - Bonomo                    1536

1    Q    Based on your understanding of how to interpret this

2    record, what license plate number was queried?

3    A    YNB58G.

4    Q    And what time on April 6th was this query conducted?

5    A    It would have been 19:35, in 24-hour format.

6    Q    So around 7:35 p.m.?

7    A    Correct.

8    Q    And I see that there's an RI in the menu option column.

9    A    Yes.

10   Q    What does that tell you about what information this user

11   would have seen when they conducted this query?

12   A    The registration inquiry screen returns the driver's

13   license number, the name, the address, the county where

14   registrant lives, the information about the vehicle, such as

15   the year, make, model, and color of the vehicle, the VIN

16   number of the vehicle, and the expiration date of the

17   registration, as well as the number of axles the vehicle has,

18   the weight of the vehicle, and there is a yes/no flag about

19   whether or not the vehicle is leased.

20                MS. CHEN:  One moment.

21                THE COURT:  All right.

22                MS. BONOMO:  Thank you, Ms. O'Connor, no further

23   questions.

24                THE COURT:  Thank you.

25                Any cross-examination?

O'Connor - cross - Lustberg                    1537

1       MR. LUSTBERG:  Yes, Your Honor.

2   CROSS-EXAMINATION

3   BY MR. LUSTBERG:

4   Q    Good morning, Ms. O'Connor.

5   A    Good morning.

6   Q    Just a couple of questions.  The first is you've been

7   testifying with regard to records regarding somebody called

8   McMahon Investigative Group; correct?

9   A    Yes.

10  Q    And you mentioned on your direct examination that there's

11  a number of different entities that apply to be a part of the

12  CARE program; correct?

13  A    Yes.

14  Q    And among those entities are, to your knowledge, private

15  investigators?

16  A    Yes.

17  Q    Okay.  And once a private investigator is allowed to

18  participate in the program, the CARE program, that is, they

19  can make the sorts of queries that you have been describing;

20  right?

21  A    Correct.

22  Q    And just a couple of questions with regard to those

23  queries.  You mentioned that if -- withdrawn.

24       Let me go back to Exhibit 408H that you've been

25  testifying about.  Remember that was the list of license

1  plates that McMahon Investigative had run?

2  A    Yes.

3          MR. LUSTBERG:  Can we just pull that up, Ms. Conti.

4  Okay.  Can you display it.

5          THE COURTROOM DEPUTY:  Can you let me know the

6  exhibit number again?

7          MR. LUSTBERG:  Yes.  This is Exhibit 408H in

8  evidence.

9  Q    So this is an indication of all of the license plates

10 that McMahon Investigative ran from the period from 2000 --

11 from April 2016 through September 2019; is that correct?

12 A    Yes.

13 Q    And the one -- and just to make sure I understand, you

14 mentioned in testifying with regards to -- withdrawn there

15 too.

16         Let me ask this question:  So if there is any

17 inquiry of the database, this document is automatically

18 generated; right?

19 A    Correct.

20 Q    Okay.  And, so, when an investigator runs a license

21 plate, that is information that is automatically conveyed to

22 the New Jersey Motor Vehicle Commission?

23 A    Yes.

24 Q    Which I'm going to continue to try to remember is MVC as

25 opposed to DMV, because I'm from New Jersey and we always

O'Connor - cross - Lustberg                1539

1   thought of that as DMV.  It used to be called DMV, right?

2   A    Yes, about 20 plus years ago.

3            THE COURT:  You're aging yourself there.

4            MR. LUSTBERG:  I didn't realize it was that long

5   ago, but time flies when you're having fun.

6   Q    So, I just want to ask a couple other questions.  It's

7   the case, isn't it, once one of these entries appears that MVC

8   can do an audit or otherwise make inquiry of the CARE

9   participant as to what the reason for the inquiry was;

10  correct?

11           MS. BONOMO:  Objection, Your Honor.

12           THE COURT:  Overruled.

13           Do you remember the question?

14           THE WITNESS:  Yes.  Yes.

15           THE COURT:  "Yes," you remember the question.  And

16  now can you answer the question?

17           THE WITNESS:  Yes.

18           THE COURT:  Go ahead and answer it.

19  Q    And are you aware of whether any such inquiry was made

20  with regard to any of the requests on Government Exhibit 408H?

21  A    I can't say without having documents in front of me.

22  Q    Okay.  Well, let me show you a document.

23           MR. LUSTBERG:  Let me show you what has been marked

24  for identification for the witness and counsel only at this

25  point as Government Exhibit 408I.

O'Connor - cross - Lustberg                    1540

1        And, Judge, can we have a very brief sidebar with

2    regard to this.

3              THE COURT:  All right.

4              (Continued on the following page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar                                                      1541

1          (The following sidebar held outside of the hearing

2    of the jury.)

3          THE COURT:  Just one other housekeeping matter.

4    Just so the record clear, you may want to go back and actually

5    ask the question because I asked her two questions in a row to

6    which she said yes and yes.

7          MR. LUSTBERG:  That was confusing.

8          THE COURT:  That was my fault.

9          So the issue?

10         MR. LUSTBERG:  This is a mechanical issue we have

11   gone over this once before.  This is another exhibit that has

12   been marked by the Government but was not introduced by the

13   Government.  I'm happy to use the Government's marking or

14   remark it as a defense exhibit.  I didn't want to handle that

15   the wrong way.

16         THE COURT:  There is no wrong way.

17         How would the Government like to proceed?

18         MS. BONOMO:  That's fine by me.

19         I would just note -- I'm not sure how much

20   questioning on this document, but it sounds like it's getting

21   a little outside the scope.  I didn't ask her about their

22   audit process.

23         THE COURT:  True, but they can call her and I think

24   rather than going through that process, let's let him ask

25   those questions.

Sidebar                                                          1542

1          MS. BONOMO:  Certainly, Your Honor.

2          MR. LUSTBERG:  Okay.  Thank you, Your Honor.

3          (End of sidebar conference.)

4          (Continued on next page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (In open court.)

2          THE COURT:  Mr. Lustberg, maybe clean up that one

3    issue that I made a mess.

4          MR. LUSTBERG:  Thank you, your Honor.

5    BY MR. LUSTBERG:

6    Q    So the record is clear I'm going to repeat a couple of

7    last questions back.

8          I asked you the question of whether with regard to

9    Exhibit 408H, which was the list of license plates, whether

10   the MVC can perform audits with respect to the purpose of an

11   inquiry.  What is the answer to that?

12   A    Yes, we can.

13   Q    Thank you.

14         Now I'm showing you what is marked for

15   identification as Government Exhibit 408I.  Do you see that on

16   your screen?

17   A    Yes.

18   Q    Have you seen this document before?

19   A    Yes.

20   Q    You reviewed this -- did you review this document in

21   preparation for your testimony today?

22   A    Yes.

23   Q    Is this the kind of document that's kept in the ordinary

24   course by the MVC?

25   A    Yes.

O'CONNOR - CROSS - LUSTBERG                1544

1    MR. LUSTBERG:  Your Honor, I would move Government

2    Exhibit -- although it's a defense exhibit, Government Exhibit

3    408I into evidence.

4    THE COURT:  Any objection?

5    MS. BONOMO:  No objection.

6    THE COURT:  408I is admitted.  You may publish.

7    (Government Exhibit 408I, was received in evidence.)

8    BY MR. LUSTBERG:

9    Q    In the middle of the page on 408I, it references an audit

10   that was conducted of a record search by McMahon

11   Investigative, correct?

12   A    Yes.

13   Q    If you flip through the document, my question is, does

14   this document reflect an inquiry by the MVC of Mr. McMahon

15   with regard to a particular inquiry that he had made?

16   A    Yes.

17   Q    The top entry on the first page of the document is a

18   statement from Mr. McMahon that says:  I was assigned to

19   investigate whether or not the defendant did in fact own said

20   vehicle.  Do you see that?

21   A    Yes.

22   Q    The defendant lost a civil suit at trial and claimed to

23   not own but lease said vehicle.  Correct?

24   A    Yes.

25   Q    One of the things you testified earlier was that one of

O'CONNOR - CROSS - LUSTBERG                1545

1  the things that one learns in doing the kind of search that

2  you've been describing today, is whether a vehicle was leased

3  or owned.  Correct?

4  A    Yes.

5  Q    Is that an appropriate reason to request a record like

6  this?

7              MS. BONOMO:  Objection, your Honor.

8              THE COURT:  Overruled.  Actually, let me take that

9  back.  Define appropriate.

10             MR. LUSTBERG:  I think that's fair; it was not a

11  good question.

12  BY MR. LUSTBERG:

13  Q    In a circumstance in which an inquiry is made as to

14  whether a vehicle is leased or owned, that's information that

15  comes out of the response to the inquiry, correct?

16  A    Yes.

17  Q    When an audit like this -- by the way, do you know what

18  the result of this audit was?

19  A    I do not.

20  Q    Okay.  Do you have any reason to believe that as a result

21  of this audit Mr. McMahon's ability to access -- McMahon

22  Investigative's ability to access the CARE system was revoked?

23  A    I can't say.

24  Q    You can't say one way or the other.

25  A    Exactly.

O'CONNOR - CROSS - LUSTBERG                1546

1           MR. LUSTBERG:  One moment, Judge.

2    Q    One more set of questions.  You can take down that

3    exhibit.

4           I want to show you one other exhibit.  And let me

5    for purposes of this discussion, it's for the witness and

6    counsel, it's Exhibit 408D.

7           THE COURT:  Another Government marked exhibit.

8           MR. LUSTBERG:  Thank you, your Honor.

9    BY MR. LUSTBERG:

10   Q    Have you seen this document before?

11   A    Yes.

12   Q    And this is the application -- what is it?

13   A    It is an application for participation in the CARE

14   program.

15   Q    Is this the sort of document that is maintained in the

16   ordinary course of business by the MVC?

17   A    Yes.

18          MR. LUSTBERG:  Let me move the admission of this

19   exhibit.

20          THE COURT:  Any objection?

21          MS. BONOMO:  I have an objection as to relevance of

22   this particular document.

23          THE COURT:  Let's have a sidebar.

24          (Continued on the next page.)

25

Rivka Teich, Official Court Reporter

Sidebar                                          1547

1           (Sidebar conference.)

2           THE COURT:  Why wouldn't it be relevant since you

3    folks put in the fact that he signed up for the CARE program?

4    This appears to be his application.

5           MS. BONOMO:  It's for the wrong year.  This is 2015,

6    which wouldn't have been the appropriate application for

7    the --

8           MR. LUSTBERG:  It was his first application.  He

9    then does a subsequent application.  I was going to put them

10   both in.  And I wasn't going to ask any questions about it,

11   but I'll complete the record so that is clear.  There is a

12   slight difference that I understand why they are interested

13   in.

14          THE COURT:  Okay.  But it's relevant just to show

15   that he had been a member this program for a number of years.

16          MR. LUSTBERG:  And he submitted appropriate

17   application, whatever -- it's just that he applied.

18          THE COURT:  Any objection about that?

19          MS. BONOMO:  No.

20          MR. LUSTBERG:  I'll put in the subsequent one as

21   well.

22          MS. BONOMO:  Okay.

23          (End of sidebar conference.)

24          (Continued on the next page.)

25

O'CONNOR- CROSS - LUSTBERG                    1548

1              (In open court.)

2              THE COURT:  Mr. Lustberg, if the Government doesn't

3      have an objection to the other one go ahead and put them both

4      in at the same time.

5              MR. LUSTBERG:  Okay.  So Mr. McMahon will move the

6      admission of 408C and 408D.

7              THE COURT:  No objection from the Government,

8      correct?

9              MS. BONOMO:  No objection.

10             THE COURT:  Both are admitted.  You may publish.

11             (Government Exhibits 408C and 408D, were received in

12     evidence.)

13     BY MR. LUSTBERG:

14     Q    With regard to 408D, do you know whether this was

15     Mr. McMahon's first application to participate in the CARE

16     program?

17             THE COURT:  We're looking at 408D.

18     A    Scroll up to the top please.

19     Q    Sure.

20     A    Yes, this would be the new application.

21     Q    If we could show the first page of 408C.

22             THE COURT:  So the record is clear, these are both

23     Government-marked exhibits introduced by the defense.

24     BY MR. LUSTBERG:

25     Q    This one is a renewal application, correct?

O'Connor - redirect - Bonomo                    1549

1    A    Yes.

2         MR. LUSTBERG:  Your Honor, I have no further

3    questions of this witness.  Thank you very much.

4         THE COURT:  Thank you, Mr. Lustberg.

5         Any questions from Mr. Zheng's team.

6         MR. GOLDBERGER:  No.

7         THE COURT:  Any cross by you, Mr. Tung?

8         MR. TUNG:  No.

9         THE COURT:  Redirect?

10        MS. BONOMO:  Briefly, your Honor.

11   REDIRECT EXAMINATION

12   BY MS. BONOMO:

13   Q    Ms. McMahon, if we could please pull up Government

14   Exhibit -- Defense Exhibit 408I.

15        Ms. O'Connor, I believe you had a chance to review

16   this record briefly before?

17   A    Yes.

18   Q    If we could look at the second page of the record.  If we

19   could zoom in on the chart, the small chart at the center of

20   the page.  Does this portion of the record tell us what

21   specific look-up was actually audited here?

22   A    Yes.

23   Q    The look-up key, does that mean the license plate that

24   was audited here?

25   A    Yes.

O'Connor - redirect - Bonomo                    1550

1    Q    If we could please place this exhibit side by side with

2    Government Exhibit 408H briefly.  On Government Exhibit 408H

3    zoom on the entry dated April 6, 2017.

4         The audit was of a different transaction in the

5    record than the April 6 transaction we discussed earlier; is

6    that correct?

7    A    That's correct.

8    Q    Thank you.  If we could focus again on the audit report

9    briefly.

10        If you recall from your review of this record,

11   Ms. O'Connor, did McMahon's auto response indicate that the

12   inquiry specifically related to a civil suit about a motor

13   vehicle?

14   A    No.

15   Q    Did McMahon's response indicate that the look-up was

16   conducted in order -- the look-up -- the database was queried

17   in order to conduct surveillance?

18   A    No.

19   Q    Did his response indicate that the information was passed

20   to a foreign official?

21   A    No.

22   Q    Or a foreign party?

23   A    No.

24        MS. BONOMO:  Thank you.  You can remove this.

25   Q    I believe Mr. Lustberg also asked you a few questions

O'Connor - redirect - Bonomo                    1551

1   about the audit process at the Motor Vehicle Commission.  Do

2   you recall those questions?

3   A    Yes.

4   Q    Does the Motor Vehicle Commission have the capability to

5   audit every transaction that is conducted?

6   A    No.

7   Q    Why is that?

8   A    The unit that conducts the audits is very small.  And the

9   MVC has many, many CARE customers, so it's just not feasible

10  for us to be able to audit every single transaction for every

11  single customer.

12  Q    How is that the resources you just described relate to

13  the restrictions that are placed on the use of the CARE

14  database?

15  A    Can you rephrase that?

16  Q    Is the limited resources to audit use of the database

17  part of the reason why there are restrictions put on the use

18  of the database?

19  A    Yes.

20          MS. BONOMO:  No further questions.

21          THE COURT:  Mr. Lustberg?

22          MR. LUSTBERG:  Yes, briefly, your Honor.

23  RECROSS-EXAMINATION

24  BY MR. LUSTBERG:

25  Q    Can MVC, however, audit any inquiry that it wishes to?

RIVERA - DIRECT - CHEN                    1552

1    A    Yes.

2              MR. LUSTBERG:  That's all I have.

3              THE COURT:  Thank you very much, Mr. Lustberg.

4              You are free to step down and to go.  Thank you very

5    much.

6              (Whereupon, the witness was excused.)

7              THE COURT:  Call your next witness.

8              MS. CHEN:  The Government calls Marcus Rivera.

9              THE COURT:  Come forward and remain standing so we

10   can swear you in.

11             (Witness takes the witness stand.)

12   **MARCUS RIVERA**, called as a witness, having been first duly

13   sworn/affirmed, was examined and testified as follows:

14             THE COURTROOM DEPUTY:  Have a seat.  State and spell

15   your name for the record.

16             THE WITNESS:  Marcus Rivera, M-A-R-C-U-S,

17   R-I-V-E-R-A.

18             THE COURT:  You may inquiry.

19             MS. CHEN:  Thank you, your Honor.

20   DIRECT EXAMINATION

21   BY MS. CHEN:

22   Q    Where do you work?

23   A    I work at the United States Department of Justice,

24   Eastern District of New York.

25   Q    What is your title there?

RIVERA - DIRECT - CHEN                              1553

1    A    Special Agent criminal investigator.

2    Q    In connection with that role, what are some of your

3    duties and responsibilities?

4    A    I investigate and help prosecute all crimes prosecuted by

5    the United States Attorney's Office, Eastern District of New

6    York.

7    Q    Prior to your current role, what did you do?

8    A    Before working for the Department of Justice, I was a

9    supervisory Special Agent with the U.S. Department of Labor,

10   Office of Labor Racketeering and Fraud Investigations.

11   Q    Are you generally familiar with an investigation into

12   several individuals including Michael McMahon, Zhu Yong and

13   Congying Zheng?

14   A    Yes.

15   Q    Were you involved in that investigation?

16   A    No.

17   Q    In preparation for your testimony today have you reviewed

18   various documents and records collected as part of that

19   investigation?

20   A    Yes.

21        MS. CHEN:  May we publish what is in evidence as

22   Government Exhibit 202, please, page one, paragraph two.

23        THE COURT:  Yes.

24   BY MS. CHEN:

25   Q    I'll read paragraph two into the record:  403 consists of

RIVERA - DIRECT - CHEN                                    1554

1  a true and accurate copies of records obtained from TD Bank

2  associated with the accounts belonging to McMahon

3  Investigative Group, Michael McMahon and a Mary McMahon, and a

4  Michael T. McMahon.

5          Special Agent Rivera, are Government Exhibits 403A

6  through N, as in Nancy, subparts of Government Exhibit 403?

7  A    Yes.

8  Q    If we can go to paragraph three:  Government Exhibit 404

9  consists of true and accurate copies of records obtained from

10 TD Bank associated with an account belonging to Transperfect

11 Language Services Inc.  Government Exhibits 404A and 404B are

12 true and accurate exhibits of Government Exhibit 404.

13         In connection with your testimony here today,

14 Special Agent Rivera, did you review what has been marked for

15 identification as Government Exhibit 436?

16 A    Can you repeat?

17 Q    Yes.  In connection with your testimony here today, have

18 you reviewed what has been premarked for identification as

19 Government Exhibit 436, which are records obtains from JP

20 Morgan Chase?

21 A    Yes.

22 Q    Were those kept in the ordinary course of business and

23 made at or near the time of the occurrence of the matter in

24 the records?

25 A    Yes.

RIVERA - DIRECT - CHEN                1555

1   Q    Is government Exhibit 436A a subpart of Government

2   Exhibit 436?

3   A    Yes.

4           MS. CHEN:  Your Honor, the Government moves to admit

5   Government Exhibits 403A through N, as in Nancy, 404A, 404B,

6   436A.

7           MR. LUSTBERG:  No objection.

8           MR. GOLDBERGER:  No objection.

9           MR. TUNG:  No objection.

10          THE COURT:  All of those are admitted.  You may

11  publish.

12          (Government ExhibitS 403A - 403N, 404A, 404B, 436A,

13  were received in evidence.)

14          MS. CHEN:  I'm going to publish another exhibit

15  already in evidence, Government Exhibit 1026, please.

16  Q    If we can zoom in to the top of this, where the text

17  starts.

18          Special Agent Rivera, does this appear to be an

19  e-mail?

20  A    Yes.

21  Q    Who is this e-mail sent from and who is it sent to?

22  A    This e-mail is sent from Transperfect Language Services

23  at TransperfectNY@gmail.com and it's sent to ZYZY996@sina.com.

24  Q    Could you pull the microphone closer to you?

25  A    Sure.  Do you want me to repeat it?

RIVERA - DIRECT - CHEN                    1556

1   Q    That's okay.

2         What date was this e-mail sent?

3   A    This e-mail was sent on October, Wednesday, October OS,

4   2016.  I don't know what "OS" is.

5   Q    If we can go to page two.  Do you see an e-mail dated

6   September 29, 2016 at 2:18 p.m.?

7   A    Yes.

8   Q    Who is this e-mail sent from?

9   A    Emily Hsu.

10  Q    What e-mail address was it sent from?

11  A    From TransperfectNY@gmail.com.

12  Q    Focusing on the second full paragraph, beginning:  As for

13  the payment.  Read that?

14  A    As for the payment, the deposit for Michael is U.S.

15  dollar 5,000.  It is U.S. dollar 600 for our translation

16  service.  We have a policy of reconciliation of deposits and

17  expenses, and will refund any unused deposits to our clients.

18  Q    Can we publish what is in evidence as Government Exhibit

19  1018.  If we can zoom in a little bit.

20        Do you see where it says beneficiary's name?

21  A    Yes.

22  Q    What is listed after that?

23  A    Transperfect Language Services Inc.

24  Q    Do you see where it says beneficiary's account number

25  where there is a number sign?

RIVERA - DIRECT - CHEN                    1557

1    A    Yes.

2    Q    What is listed after that?

3    A    4319223155.

4    Q    If we could look at the bottom of this document.  The

5    beneficiary's address?

6    A    136-21 Roosevelt Avenue, #210, Flushing New York, 11354,

7    U.S.A.

8    Q    If we could pull up a side-by-side now and publish what

9    is in evidence as Government Exhibit 404A.  Zoom in on the

10   left box.

11         Do you see writing in the upper, right-hand corner

12   of the box within this box?

13   A    Yes.

14   Q    What does it state?

15   A    TD Bank.

16   Q    What about on the right?

17   A    Right, sorry.  Checking deposit.

18   Q    Underneath that, do you see a number?

19   A    Yes.

20   Q    What is that number?

21   A    5,600.

22   Q    What do you understand this document to be?

23   A    This is a deposit slip from TD Bank.

24   Q    Do you see a date line here?

25   A    Yes.

RIVERA - DIRECT - CHEN                                    1558

1   Q    I know it's a little small, can you tell the date?

2   A    Yes.

3   Q    What is that?

4   A    October -- it says 10-1-16.

5   Q    What is listed next to name?

6   A    Liu Xu.

7   Q    X-U?

8   A    Yes, X-U.

9   Q    Next to account number, do you see the same number ending

10  in 3155 as on the exhibit on the left?

11  A    Yes.

12  Q    If we can zoom in on the right-hand box of Exhibit 404A.

13  Do you see three lines of writing on this box within the box,

14  I'll say?

15  A    Yes.

16  Q    Do you have an understanding as to what this smaller box

17  is?

18  A    Yes.

19  Q    What is that?

20  A    It's the back of the deposit slip.

21  Q    Okay.  Can you read the third line, please, just the

22  first two words?

23  A    Downtown Flushing.

24  Q    May we publish now what is in evidence as Government

25  Exhibit 403C.  Zoom in towards the top.

RIVERA - DIRECT - CHEN                    1559

1    Do you see where I've noted where it says:  Business
2    convenience?

3    A    Yes.

4    Q    Can you read those two lines, please?

5    A    Business convenience checking.  McMahon Investigative
6    Group.

7    Q    What do you understand this document to be, Special Agent
8    Rivera?

9    A    This is a bank statement for McMahon Investigative Group.

10   Q    Do you see a statement period?

11   A    Yes.

12   Q    What is the statement period for this bank statement?

13   A    October 1st, 2016 to October 31, 2016.

14   Q    Is the account number associated with this statement a
15   number ending 4756?

16   A    Yes.

17   Q    May we publish what is in evidence as Government Exhibit
18   403B.  If we could zoom in now on the second left box.

19       Does this again say checking deposit slip on the
20   upper, right-hand corner?

21   A    Yes.

22   Q    This is again from TD Bank; is that right?

23   A    Yes.

24   Q    What are the amounts listed under checking deposit?

25   A    5,000, 400, 95.

RIVERA - DIRECT - CHEN                          1560

1   Q    Then is there a total dollar amount underneath those
2   numbers?
3   A    Yes.
4   Q    What is that amount?
5   A    5,495.
6   Q    Do you see a date?
7   A    Yes.
8   Q    What is the date?
9   A    October 4, 2016.
10  Q    Do you see a name listed?
11  A    Yes.
12  Q    What is the name?
13  A    Michael McMahon.
14  Q    Next to account number is this the same 4756 number we
15  were just looking at on the previous exhibit 403C?
16  A    Yes.
17  Q    If we could zoom out now, and zoom into the third left
18  box.
19          Just quickly, how much is this check made out for?
20  A    This check is made out for $5,000.
21  Q    Can we go to the next box, the bottom left.  How much is
22  this check made out for?
23  A    Ninety-five dollars.
24  Q    If we could go to the next page, the top left box.  Do
25  those 5,000 and 95-dollar checks appear to be what is included

1  in the checking deposit slip we were looking at?

2  A    Yes.

3  Q    If we could zoom in on the third left box, please.  When

4  is this check dated?

5  A    October 1st, 2016.

6  Q    Do you see something written in the upper left hand

7  corner?

8  A    In the upper right-hand corner is the date October 1st,

9  2016.

10  Q    Do you see where I've marked here?

11  A    Yes.

12  Q    Can you read that into the record?

13  A    Sure.  Transperfect Language Services Inc.

14  Q    Who is this check made out to?

15  A    McMahon Investigative Group.

16  Q    Do you see a memo line that says:  For?

17  A    Yes.

18  Q    Can you read what it listed there into the record,

19  please?

20  A    Retainer fee from (paid by) Jason Zhu (a/k/a Yong Zhu)

21  and Lihua Yao.

22           MS. CHEN:  For the court reporter L-I-H-U-A, Y-A-O.

23  BY MS. CHEN:

24  Q    Do you see where it says account?

25  A    Yes.

RIVERA - DIRECT - CHEN                    1562

1  Q    Is that an account number ending in 3155?

2  A    Yes.

3  Q    Is that account number associated with Transperfect

4  Language Services?

5  A    Yes.

6  Q    May we go back to Government Exhibit 403C please?  Just

7  to orient the jury, is this the McMahon Investigative Group

8  bank statement we were just looking at?

9  A    Did you ask me a question?

10 Q    Yes.  To orient the jury, is this the McMahon

11 Investigative Group bank statement we were looking at?

12 A    Yes.

13 Q    Can we please zoom in on where it says account summary

14 and daily account activity.  Under daily account activity do

15 you see where it says deposits?

16 A    Yes.

17 Q    Do you see a date 10/5?

18 A    Yes.

19 Q    What was the amount?

20 A    5,495.

21 Q    Under description what does it state?

22 A    Deposit.

23 Q    Is 5,495 the same amount as the checking deposit slip we

24 were just looking at?

25 A    Yes.

RIVERA - DIRECT - CHEN                                    1563

1   Q    May we publish what is in evidence as 3055, please.  If

2   we could zoom in on the top.

3             Special Agent Rivera, who is this e-mail from and

4   to?

5   A    From EricYan75@Yahoo.com to Investigative,

6   Mike@McMahonInvestigativeGroup.com.

7   Q    When was this sent?

8   A    This was sent on November 23, 2016.

9   Q    Can you please read the content of this email?

10  A    Hi Mike.  I'll transfer $6,000 to your account.  You can

11  run the search.  How long will it take to get the result?

12  Eric.

13  Q    May we publish what is in evidence already as Government

14  Exhibit 403K, please.  If we can zoom in to where that line is

15  on the bottom half of page one, as well as the top part of

16  page two.

17            Do you see all the way towards the bottom of this

18  call out, do you see a wire date?

19  A    Yes.

20  Q    What is the wire date?

21  A    December 13, 2016.

22  Q    Going up several lines, do you see where it says

23  originator?

24  A    Yes.

25  Q    What is listed next to originator?

RIVERA - DIRECT - CHEN                         1564

1   A    Name:  Li Feng.

2   Q    If you go up further where it says OBI, do you see that?

3   A    Yes.

4   Q    Does OBI stand for originator to beneficiary information?

5   A    Yes.

6   Q    What is listed next to OBI?

7   A    Eric traveling fee.

8   Q    If you go now towards the top, do you see beneficiary?

9   A    Yes.

10  Q    What is listed next to beneficiary?

11  A    Michael McMahon.

12  Q    Do you see where it says amount?

13  A    Yes.

14  Q    What is listed next to amount?

15  A    5,945.

16  Q    Above amount do you see where it says account NO?

17  A    Yes.

18  Q    Is that a number ending in 1449?

19  A    Yes.

20  Q    Is that different than the account number ending in 4756

21  associated with the McMahon Investigative Group?

22  A    Yes.

23  Q    Can we publish now what is in evidence as Government

24  Exhibit 403D.  Zoom into the top portion, please.

25              Do you see on the upper, left-hand corner where it

RIVERA - DIRECT - CHEN                          1565

1   lists type of account?

2   A    Yes.

3   Q    What is listed next to that?

4   A    Convenience checking.

5   Q    Going down into the right a bit, do you see where it

6   states account relationship?

7   A    Yes.

8   Q    What is listed under account relationship?

9   A    Joint OR 2 owners.

10  Q    Going to the left side, do you see where it states

11  account titling?

12  A    Yes.

13  Q    What is listed under titling?

14  A    Michael McMahon, Mary McMahon.

15  Q    If you go down to customer one, do you see where it lists

16  a date of birth?

17  A    Yes.

18  Q    Is the birth year listed 1967?

19  A    Yes.

20  Q    We can take that down, please.

21       May we publish what is in evidence as Government

22  Exhibit 403A.  Zoom into the top, please.

23       On the bottom, right-hand corner do you see where it

24  states account number?

25  A    Yes.

1  Q    Is that account number 1449?

2  A    Yes.

3  Q    Going to the left now.  Do you see where it says TD

4  convenience?

5  A    Yes.

6  Q    Can you read what is underneath TD convenience checking?

7  A    Michael McMahon, Mary McMahon.

8  Q    What is listed as the statement period?

9  A    November 24, 2016 to December 23, 2016.

10 Q    Is that the period for this bank statement that is marked

11 as GX403A?

12 A    Yes.

13 Q    If we can go to the middle of this page now.  Where it

14 states other credits.  Do you see an entry here with the

15 posting date 12/13?

16 A    Yes.

17 Q    Under the description, what does it state?

18 A    Wire transfer incoming.  Name Li Feng, for $5,945.

19 Q    May we publish now side by side what is in evidence as

20 Government Exhibit 3072 and 3073.  Zoom in on the top of 3072.

21       Agent Rivera, does this appear to be an e-mail?

22 A    Yes.

23 Q    Who sent and who received this e-mail?

24 A    This e-mail is from Mike@McMahonInvestigativeGroup.com

25 sent to Yan Eric, EricYan75@Yahoo.com and fancysaga@Yahoo.com,

1  Fancysaga@Yahoo.com.

2  Q    When was this e-mail sent?

3  A    This e-mail was sent April 5, 2017.

4  Q    Does there appear to be an attachment to this e-mail?

5  A    Yes.

6  Q    If we could go to 3073.  Zoom in on the top half of this

7  document.

8        First of all, Agent Rivera, is this the attachment

9  to the e-mail we were just looking at?

10 A    Yes.

11 Q    Can you read under where it says bill to?

12 A    Eric Yan and J. Zhu.

13 Q    What is the date listed?

14 A    4/4/17.

15 Q    Can you read what is under item?

16 A    Investigative work.

17 Q    What is listed under description?

18 A    Met with Mr. Zhu in Paramus, New Jersey and received a

19 retainer fee of 5,000 cash.  Case of Jin Xu.

20 Q    Xu is X-U?

21 A    Yes.

22 Q    I think you said this document is dated April -- 4/4/17;

23 is that right?

24 A    Correct.

25 Q    Have you reviewed the April 2017 statements for the

RIVERA - DIRECT - CHEN                    1568

1   McMahon Investigative Group business account and the Michael

2   McMahon and Mary McMahon joint checking account we were just

3   talking about?

4   A    Yes.

5   Q    In those statements, is there a record of a $5,000 cash

6   deposit?

7   A    No.

8   Q    Can we publish what is in evidence as Government Exhibit

9   805B please, page 14 specifically.

10            THE COURT:  Ms. Chen, so you'll know, we'll take our

11   morning break in five minutes.

12            MS. CHEN:  I'm about to go into a new topic, if you

13   want to take break now.

14            THE COURT:  Let's do that.  It's 20 after 11.  Let's

15   start again at 11:35.

16            Have a wonderful break.  Don't talk about the case.

17   Keep an open mind.  Don't do any research.

18            (Jury exits the courtroom.)

19            THE COURT:  You can step down agent, just be ready

20   to go again at 11:35.

21            (Whereupon, the witness steps down.)

22            THE COURT:  We'll see you in about 15, folks.

23            (Brief recess.)

24            (Continued on next page.)

25

*Proceedings*                                                    1569

1          (In open court; 11:33 a.m.)

2          THE COURT:  Have a seat, everyone.

3          Let's get our witness back here.  The jury needs a

4    couple of minutes.

5          Off the record.

6          (Discussion held off the record.)

7          MR. HEEREN:  Your Honor, while we wait for the

8    jury, there was some housekeeping that I can do in the front

9    of witness related to exhibits.

10         THE COURT:  Okay.

11         MR. HEEREN:  First, I wanted to clarify the

12   exhibits that were -- certain exhibits that were admitted by

13   the Government in the 4000 series, the record got a little

14   confused there.

15         So, for the sake of clarity, and I should say

16   that's my fault because those are the exhibits that I

17   attempted to admit.  The exhibits that the Government

18   offered, and I believe were admitted, were 4004; 4006-B.

19   4007; 4008; 4010; 4011.  And then 4010-A was offered by one

20   witness and the Court said the Court would reserve subject

21   to connection.  And we admitted later 4010 which is where

22   4010-A comes from.  And so, we would, to the extent

23   necessary, move to admit that now.

24         So those were the records admitted.  And for the

25   sake of clarity, the ones that the Government did not move

*Proceedings*                                                    1570

1    to admitted were 4005, 4006, and 4009.  There was some

2    confusion because I read a stipulation related to all of

3    them.

4            THE COURT:  So 4005, 6, and 9 of the 4000 series

5    were not admitted.

6            MR. HEEREN:  I did not seek to admit them.

7            THE COURT:  Just so the record is clear, does the

8    defense have any objection to any of the exhibits that the

9    Government represents they did move into evidence.  And I

10   guess the question I have for you, Mr. Heeren, is why are

11   you reciting it now?  You think that you didn't formally

12   move or somehow it got confusing?

13           MR. HEEREN:  That's right.  I think particularly

14   with 4006-B and 4007, I wasn't clear and did not formally

15   make the formal motion for admission.

16           THE COURT:  Okay.

17           MR. LUSTBERG:  Judge, could we get back to the

18   Court and counsel after lunch.  Whenever is appropriate.

19           THE COURT:  During the lunch.

20           MR. LUSTBERG:  So we can take a look.

21           MR. HEEREN:  Sure.

22           THE COURT:  So I'm hoping that the defense wrote

23   down all those numbers and during the lunch break you can

24   let us know if you object to any of those exhibits coming

25   in.

*Proceedings* 1571

1          MR. HEEREN:  And then the other set was Government

2     Exhibits 709-A through L were admitted through the witness

3     Vincent Quang, Q-u-a-n-g.

4          THE COURT:  K-u-a-n-g.

5          MR. HEEREN:  Kuang, sorry.

6          Just for whatever reason, it was not reflected in

7     the transcript or at least in our discussions with the Court

8     about what was admitted so we wanted to flag that.

9          THE COURT:  Okay.  So the record's clear that's

10    the same person who is known as Kuang Zebin being his first

11    name in Chinese.

12         So I'll circle back to see if any of those

13    exhibits have been formally admitted.

14         Let's go ahead and check on the jury.

15         So the other housekeeping matter, and I'll just

16    describe it generally, is I do want to check in with the

17    defense now about what tomorrow is likely to look like in

18    terms of presentation of witnesses or evidence.  Because it

19    may be that we could have our jury charge conference

20    tomorrow afternoon or something like that.  And then go into

21    submission summations on Wednesday.

22         Just remember there's a witness here so you can

23    say whatever you want, just keep that in mind.

24         MR. LUSTBERG:  I sort of don't care.  He seems

25    like a trustworthy guy.

*Proceedings*                                                    1572

1          THE COURT:  He's got his fingers in his ears.

2          MR. LUSTBERG:  So we're waiting on one stipulation

3   that could affect that.  But that aside, I think that we'll

4   probably have a few hours in the morning and then we'll be

5   done.

6          THE COURT:  That's for Mr. McMahon?

7          MR. LUSTBERG:  Yes, for Mr. McMahon.

8          We think there may be three witnesses.  We'll

9   provide the names of a couple of them.  We have been

10  provided them before, yes, to the Government later today.

11  There may be four.

12         Anyway, I'll be told who they are.

13         Anyway, so we'll be able to tell the Court at

14  lunchtime for sure.  Either way it's for a full day.

15         THE COURT:  For McMahon.

16         What about for Mr. Zhang or Mr. Zhu?

17         MR. GOLDBERGER:  For Mr. Zhang, it will be a very,

18  very short case.

19         THE COURT:  And Mr. Zhu?

20         MR. TUNG:  I would have about, I think, a one-hour

21  closing.

22         THE COURT:  No, not the summations but rather are

23  you going to put on any evidence.

24         We'll talk in a minute.

25         (Witness takes the witness stand.)

*Rivera - Direct/Ms. Chen*                    1573

1          (Jury enters courtroom at 11:41 a.m.)

2          COURTROOM DEPUTY:  All rise.

3          THE COURT:  Please be seated, everyone.

4          You may resume your examination, Ms. Chen.

5          MS. CHEN:  Thank you, your Honor.

6    EXAMINATION

7    BY MS. CHEN:

8    Q    Let me please publish what's in evidence as

9    Government Exhibit 805-B, Page 14, please.

10          Special Agent Rivera, do these appear to be

11   chat messages?

12   A    Yes.

13   Q    And on the left side, does it state, "McMahon, Michael.

14   (914) 450-9169"?

15   A    Yes.

16   Q    And on the right does it state, "Johnny Zhu.

17   endlessjohnny@gmail.com"?

18   A    Yes.

19   Q    If you don't mind reading in blue and I'll read in gray

20   starting at April 9, 2017, 8:24 a.m.?

21   A    MC, how much retaining fee you want on Monday so I can

22   prepare before I get you.

23   Q    2,000 should be okay.

24   A    Yeah, I will bring it over to you today.  Is that okay

25   for you?

1    Q    Yes.

2    A    Should be around 3:00 p.m. Where we meet?

3    Q    If we could skip now to Page 15 of this same exhibit.

4              Special agent, does this appear to be a

5    continuation of the same chat?

6    A    Yes.

7    Q    If we could zoom in starting at April 9, 10:01 a.m.

8    A    MC, can I deposit cash to your account instead of

9    driving two hours?

10   Q    How do you do that?

11   A    You tell me your bank and account number.  I will go to

12   the branch and deposit cash to your account then take a

13   picture of the receipt.  I used to do that a lot.  Just like

14   you deposit your cash to your account.

15   Q    Okay.  If we can go to the next page.

16             TD Bank ACT number 4328775949, Michael

17   McMahon.

18   A    Okay.  I will do that ASAP.

19   Q    Okay.

20   A    Bank will be open at 11:00 a.m.

21   Q    Okay.

22   A    Already deposit check account after five minutes.

23   Q    Okay.

24   A    Has the money posted to your account MC?

25   Q    Yes.  All good.  Thanks.

1            If we could pull up the side by side now for

2    what's been admitted as Government Exhibit 403-F.

3            If we could zoom in towards the top.

4            If we could zoom in also, sorry, Ms. McMahon,

5    on the first chat, on the left side of Exhibit 805-B.

6            Okay.  On Exhibit 403-F, which is on the

7    right, do you see towards the top of this document where it

8    states "account number"?

9    A    Yes.

10   Q    Listed next to that, is there an account number ending

11   5949?

12   A    Yes.

13   Q    On the left-hand side next to type of account, what

14   does it state?

15   A    TD Student Checking.

16   Q    And under account titling, is there a name there?

17   A    "Michael T. McMahon."

18   Q    And under do you see where it says "Customer Number

19   One" towards the middle of that callout?

20   A    Yes.

21   Q    Do you see underneath where it says "date of birth"?

22   A    Yes.

23   Q    What is the date of birth year listed?

24   A    It looks like it's cut off a little bit.  It looks like

25   to me like 1998 but the eight looks cut.

*Rivera - Direct/Ms. Chen*                    1576

1   Q    Okay.  And Special Agent Rivera, is the account number

2   listed on 403-F ending in 5949 the same as the account

3   number listed on 805-B ending in 5949?

4   A    Be they have the same last four digits.

5   Q    Okay.  If we could go and publish what is in evidence

6   as 403-G.

7                   If we could zoom in on the upper left-hand

8   box.

9                   Do you see a date listed on what we're looking

10  at?

11  A    Yes.

12  Q    What is the date?

13  A    April 9, 2017.

14  Q    Is this again a deposit slip?

15  A    Yes.

16  Q    What is the name listed under the date?

17  A    Michael McMahon.

18  Q    And under the name, is there an account number ending

19  5949?

20  A    Yes.

21  Q    Towards the right, is there an amount listed?

22  A    Yes.

23  Q    What is that amount?

24  A    2,000.

25  Q    Is that $2,000.  Do you see a dollar sign?

1    A    Yes, I see a dollar sign.  $2,000.

2    Q    Okay.  And the account ending 5949, is that the student

3    checking account we were just looking at?

4    A    Yes.

5    Q    If we could zoom out.  And now go to the bottom left

6    box.

7              Do you see the top of the box within the box

8    again.

9              Does it state "cash ticket"?

10   A    Yes.

11   Q    Do you see where it says "store name"?

12   A    Yes.

13   Q    What's listed next to store name?

14   A    "50th and Broadway."

15   Q    Again, towards the bottom right, do you see an amount

16   listed?

17   A    Yes.

18   Q    What is the amount?

19   A    2,000.

20   Q    And towards the bottom of this callout, do you see

21   where it states "post date"?

22   A    Yes.

23   Q    What is the post date?

24   A    April 10, 2017.

25   Q    Okay.  If we could publish now what is in evidence as

*Rivera - Direct/Ms. Chen*                    1578

1    Government Exhibit 403-I.

2                   And we could zoom in towards the top.

3                   Again, do you see where towards the middle

4    this callout it says "TD Student"?

5    A    Yes.

6    Q    Could you read what it states there?

7    A    "TD Student Checking, Michael T. McMahon."

8    Q    Towards the right-hand side of this callout, is there

9    an account number listed ending in 5949?

10   A    Yes.

11   Q    Towards the top of this callout, do you see where it

12   says, "statement period"?

13   A    Yes.

14   Q    What is the statement period listed?

15   A    March 24, 2017, to April 23, 2017.

16   Q    If we could zoom out and now zoom in to the portion of

17   the page, section, called "Daily Account Activity."

18                  Do you see where it says "posting date" in

19   this callout?

20   A    Yes.

21   Q    Do you see a posting date of 4/10?

22   A    Yes.

23   Q    What is the amount for that entry?

24   A    2,000.

25   Q    And what is the description for that entry?

1  A    Deposit.

2  Q    Okay.  May we publish now what is in evidence as 805-B,

3  as in boy, Page 14 again.

4           Sorry, this is actually the wrong page.  If we

5  could go to, I think Page 27.

6           Sorry, go back a couple pages.  Looking for

7  April 10th, 11:27 a.m.

8           There we go.

9           So, Agent Rivera, is this the same chat

10 communication we were looking at earlier between McMahon,

11 Michael and Johnny Zhu?

12 A    Yes.

13 Q    Okay.  Beginning at the April 10, 2017, 1:13 p.m.

14 entry.  If you don't mind reading in blue, I'll read in

15 gray.

16           Still quite here.  What's the plan for

17 tomorrow?

18 A    We start on 7:00 a.m. tomorrow.  TMR?

19 Q    Okay.  Need more money then.

20 A    The balance can't cover TMR?

21 Q    Does it say, "The balance can't even cover TMR"?

22 A    The balance can't even cover TMR.  Disconnected.  Call

23 me when you are available.

24 Q    Balance would cover only two hours for tomorrow.

25           If we could go to Page 29.

*Rivera - Direct/Ms. Chen*                    1580

1              Is this a continuation of the same chat?

2    A    Yes.

3    Q    And if you don't mind reading, starting at April 10,

4    2017, at 10:13 p.m.

5    A    Yeah.  MC can you PLZ start monitored TMR on 8:00 a.m.

6    I will deposit money to you before 9:00 a.m.

7    Q    Yes.  I'll be there at 8:00 a.m.

8    A    Morning MC.  I'm on my way to TDBank.  Are you in

9    position?

10   Q    Just to be clear the text you read was that on

11   April 11th, now?

12   A    Yes.

13   Q    Okay.  The chat continues.

14              Yes, thanks.

15              If we could go to the next page.  If you don't

16   mind reading from the top?

17   A    Already deposit 1K.

18   Q    Great.  Thanks.  We can take that down.

19              Can we publish now what is in evidence as

20   Government Exhibit 403-H, the top left box.

21              Do you see the date listed here?

22   A    Yes.

23   Q    What is the date?

24   A    April 11, 2017.

25   Q    What is listed next to "name"?

*Rivera - Direct/Ms. Chen*                    1581

1   A     Michael McMahon.

2   Q     Okay.  And is this again a deposit slip?

3   A     Yes.

4   Q     Is this for an account number ending 5949?

5   A     Yes.

6   Q     Is that 5949 account associated with the student

7   checking account we were looking at earlier?

8   A     Yes.

9   Q     What is the amount listed on this deposit slip?

10  A     $1,000.

11  Q     If we could go now to the bottom-left box in this

12  exhibit.

13            Okay.  And, again, at the top, does it say,

14  "Cash ticket"?

15  A     Yes.

16  Q     Next do you see where it says "store name" on this

17  callout?

18  A     Yes.

19  Q     What is written next to store name?

20  A     It's a little difficult to read.

21  Q     Zoom in a little bit further.

22  A     Thank you.

23  Q     There we go.

24  A     Looks like the letter after A is chopped off.  It looks

25  like a-burn-dale, New York.  Auburndale, New York.

Rivera - Direct/Ms. Chen                    1582

1    Q    If we could zoom out again just do see this box.

2                And, again, what is the amount listed here in

3    the bottom-right corner.

4    A    $1,000.

5    Q    And what is the post date listed in this callout?

6    A    April 11, 2017.

7    Q    If we can now flip to Government Exhibit 403-I in

8    evidence.

9                If we can zoom into the top.  And, again, just

10   to orient the jury.

11               Is this the TD Student Checking account for

12   Michael T. McMahon?

13   A    Yes.

14   Q    If we could go to daily account activity.  Do you see

15   an entry here listed 4/11?

16   A    Yes.

17   Q    What is that amount?

18   A    $1,000.

19   Q    And what's under description for this entry?

20   A    Deposit.

21   Q    And to you see a subtotal in this callout?

22   A    Yes.

23   Q    And what is that subtotal?

24   A    3,000.

25   Q    If we could go to Government Exhibit 403-J, please.

1        Again, if we could zoom in to the top.

2        Special Agent Rivera, is that, again, a

3   statement for the TD Student Checking account for Michael T.

4   McMahon?

5   A    Yes.

6   Q    That is for account ending 5949?

7   A    Yes.

8   Q    If you could, do you see statement period on the upper

9   right?

10  A    Yes.

11  Q    What is the statement period for this exhibit?

12  A    April 24, 2017 to May 23, 2017.

13  Q    And was the last exhibit we were looking at, 403-I, for

14  the statement period ending April 23, 2017.

15  A    Can you repeat that?

16  Q    Sure.

17        Is Government Exhibit 403-I, which is the

18  exhibit we were just looking at, for the statement period

19  ending April 23, 2017?

20  A    Yes.

21  Q    If we can go to the bottom of Page 1 here.  Do you see

22  a section titled "Electronic Payments"?

23  A    Yes.

24  Q    You could blow that up.

25        Do you see an entry dated 04/28?

Rivera - Direct/Ms. Chen                    1584

1   A    Yes.

2   Q    What is the amount for that entry?

3   A    3,000.

4   Q    And under description, what does that entry read?

5   A    "Electronic PMT - Web Chase credit, CRD Epay."

6   Q    And then are there some numbers listed?

7   A    Yes.

8   Q    Can we blow up side by side Government Exhibit 436-A.

9            If we could zoom in to the top of this

10  exhibit.

11           Special Agent Rivera, does Exhibit 436-A

12  appear to be a Chase statement?

13  A    Yes.

14  Q    And do you see two names listed in the middle of the

15  callout here?

16  A    Yes.

17  Q    What are those names?

18  A    Mary M. McMahon and Michael McMahon.

19  Q    If we could go to the bottom portion of 436-A.  Bottom

20  portion of Page 1.  Yes, where it says "account activity,"

21  if you could blow that up.

22           Do you see "payments and other credits" under

23  this heading?

24  A    Yes.

25  Q    Do you see an entry dated 04/28?

1    A    Yes.

2    Q    What is the amount of that entry?

3    A    3,000.

4    Q    Is there some text in the middle of this entry?

5    A    Yes.

6    Q    What does that text say?

7    A    Payment Thank You - Web.

8    Q    If we could just blow up -- I'm sorry, Ms. McMahon --

9    if we could blow up on 403-J, the electronic payments

10   portion we were just looking at.

11              Does the electronic payment for the entry

12   dated 04/28 and the payment and other credits entry dated

13   04/28 have the same amount?

14   A    Yes.

15   Q    What's that amount?

16   A    3,000.

17   Q    Could we publish now what is in evidence as

18   Government Exhibit 3075.

19              If we could just zoom in at the top.

20              Again, what is this -- does this appear to be

21   an e-mail?

22   A    Yes.

23   Q    And who is this e-mail from and to?

24   A    This e-mail is from Yan, Eric.  Ericyan75@yahoo.com.

25   It's to Investigative.  Mike@mcmahoninvestigativegroup.com.

*Rivera - Direct/Ms. Chen*                    1586

1   Q    Okay.  And what is the date of this e-mail?

2   A    April 25, 2017.

3   Q    Can you read the content of this e-mail beginning with,

4   "Please."

5   A    Please resend your account to me again.  I'll transfer

6   200 USD to you.  Would you please give me the information as

7   soon as you can.  The money transfer may be cost a week but

8   we can't wait so long time.  Thanks, Eric.

9   Q    Can we publish what is in evidence as

10  Government Exhibit 403-K now.

11          If we could go to Page 2.

12          And this record spans Page 2 and 3, so if we could

13  callout the bottom of Page 2 and the top of Page 3.

14          I think we're fixing the exhibit so everyone is...

15          THE COURT:  Okay.

16          (A brief pause in the proceedings was held.)

17  Q    Can you see that, Agent Rivera?

18  A    Yes.

19  Q    And starting with the bottom here.  Do you see where it

20  says "wire date"?

21  A    Yes.

22  Q    What's the wire date?

23  A    4/27/2017.

24  Q    Then moving up.  Do you see where it says "originator"?

25  A    Yes.

Rivera - Direct/Ms. Chen                    1587

1    Q    What is listed next to originator?

2    A    He Sheng.

3    Q    Is that spelled H-e S-h-e-n-g?

4    A    Yes.

5    Q    Moving up farther, do you see where it says "INS

6    amount"?

7    A    Yes.

8    Q    What's the amount listed?

9    A    200.

10   Q    Going up to "beneficiary."  Do you see that?

11   A    Yes.

12   Q    Who is listed in next to beneficiary?

13   A    Michael McMahon.

14   Q    And going further up, do you see an Account No?

15   A    Yes.

16   Q    Is that a number ending 1449?

17   A    Yes.

18   Q    If we could publish what is in evidence as

19   Government Exhibit 403-L.

20          If we could zoom in towards the top.

21          And if you could read where it's marked that

22   starts with TD Convenience Checking?

23   A    Michael McMahon, Mary McMahon.

24   Q    And towards the right, do you see where it says

25   "account number"?

1    A    Yes.

2    Q    And is that an account number ending 1449?

3    A    Yes.

4    Q    And, again, where it says "statement period," do you

5    see a date range next to that?

6    A    Yes.

7    Q    And what is the statement period?

8    A    April 24, 2017 to May 23, 2017.

9    Q    Okay.  If we could go down now to the section titled

10   "Other Credits" on the same page.

11           Do you see under "Posting Date" where it lists

12   04/27?

13   A    Yes.

14   Q    And what is the amount for this entry?

15   A    200.

16   Q    And under description, what does it state?

17   A    Wire transfer incoming, He Sheng.

18   Q    Okay.  We can take this exhibit down.

19           Special Agent Rivera, over the course of your

20   testimony and your review of the records, have we been

21   looking at several bank transactions and invoices beginning

22   in October 2016 through April 2017.

23   A    Yes.

24   Q    Did you, in fact, add up the totals from these

25   transactions?

Rivera - Direct/Ms. Chen                1589

1   A    Yes.

2         MS. CHEN:  Your Honor, at this time, may we

3   publish a demonstrative that we put together?

4         THE COURT:  The defense has seen that, correct?

5         MS. CHEN:  Yes, your Honor.

6         THE COURT:  Okay.  Go ahead.

7   Q    If we could just blow up the chart portion, yes.

8         THE COURT:  Just for the jury's benefit,

9   demonstrative exhibits are not evidence, and so, they won't

10  be sent back to the jury room with you.  Rather, they're an

11  organization by the Government of certain evidence that they

12  want to show you at this time.

13  Q    Special Agent Rivera, does this chart reflect the

14  transactions we've just been talking about today?

15  A    Yes.

16  Q    And does this chart reflect your review of the records

17  as well?

18  A    Yes.

19  Q    If you don't mind just very briefly walking the jury

20  through the different columns reflected in this chart?

21  A    Sure.  The first two columns are "date" and "date

22  posted."  The date is the date of the transaction.  The date

23  posted is the date that it would have hit one of the

24  accounts.  Then there is the amount, dollar amount.  There's

25  the type which is how the money was transferred, whether it

*Rivera - Direct/Ms. Chen*                    1590

1  was check or wire transfer or cash.  Then there is the payer

2  of the account number, that's the person making the payment

3  to from -- to the account number.

4       Then there is the payer account name which is the

5  to account name.  And then there's the receiver account

6  number, which is the -- self-explanatory -- from, I'm sorry,

7  the that's the "to account," the first one is the "from

8  account."  So the receiver account number names would be the

9  ones we just went over the, McMahon Investigative Group.

10  The joint one with Michael and Mary and the student one for

11  Michael T. McMahon.

12       And then notes would be any notes whether in the

13  check memo or in the OBI, or in the invoice description.

14  Then the source would be the evidence number.

15  Q    I'm going to direct you towards the bottom of this

16  chart.

17       Do you see where it states "total"?

18  A    Yes.

19  Q    And what is the total amount listed there?

20  A    $19,145.

21  Q    Okay.

22       MS. CHEN:  Your Honor, may I publish what is in

23  evidence as Government Exhibit 202?  This is a stipulation.

24       THE COURT:  You may.

25       MS. CHEN:  Specifically, I want to go to Page 2,

*Rivera - Direct/Ms. Chen*                    1591

1    Paragraphs 14 and 15.

2            I'm reading Paragraph 14.

3            Government Exhibit 432 is a true and accurate copy

4    of tax returns filed by Michael McMahon and the Mary Martha

5    McMahon for fiscal year of 2016.

6            Reading Paragraph 5.

7            Government Exhibit 433 is a true and accurate

8    copies of tax returns filed by Michael McMahon and Mary

9    Martha McMahon for the fiscal year 2017.

10   Q    Special Agent Rivera, are Government Exhibits 432-A and

11   433-A subparts of Government Exhibits 432 and 433

12   respectively?

13   A    Yes.

14           MS. CHEN:  Your Honor, the Government moves to

15   admit Government Exhibits 432-A and 433-A.

16           MR. LUSTBERG:  No objection.

17           MR. GOLDBERGER:  No objection.

18           MR. TUNG:  No objection.

19           THE COURT:  Admitted you can publish.

20           (Government's Exhibits 432-A and 433-A were marked

21   in evidence.)

22   Q    If we could start with 432-A.  If we could zoom in

23   towards the top.

24           Special Agent Rivera, is this a tax return for

25   fiscal year 2016.

Rivera - Direct/Ms. Chen                    1592

1    A    Yes.

2    Q    And do you see where it states first name and initial

3    towards the upper left?

4    A    Yes.

5    Q    What's listed under there?

6    A    Michael and Mary Martha McMahon.

7    Q    I'm going to direct you now to towards the middle of

8    the page, the section stating "income."

9         Do you see that?

10   A    Yes.

11   Q    Do you see an Item Number 12?

12   A    Yes.

13   Q    Do you see towards the left-hand portion there's a

14   description of Item 12?

15   A    Yes.

16   Q    Can you read that please?

17   A    "Business income" or in parenthesis "loss."  "Attach

18   Schedule C or C-EZ."

19   Q    Is loss in parenthesis?

20   A    Yes.

21   Q    Do you have an understanding as to why it's in

22   parenthesis?

23   A    Yes.

24   Q    What is that understanding?

25   A    Usually, negative amounts are put in parenthesis.

*Rivera - Direct/Ms. Chen*                     1593

1   Q    Okay.  And towards the right, do you see a

2   corresponding number for Item 12?

3   A    Yes.

4   Q    And what is that number?

5   A    22,172.

6   Q    And the description, I believe you read.  It says,

7   "Attach Schedule C."  Is that right?

8   A    Yes.

9   Q    Can we go to Page 4, please.

10         Do you see on the upper-left portion of this page

11  does it say Schedule C.

12  A    Yes.

13  Q    And what is the header at the top of this page?

14  A    "Profit or Loss from Business."

15  Q    And is this again for fiscal year 2016?

16  A    Yes.

17  Q    Under "business name," do you see where it says that

18  under next to C?

19  A    Yes.

20  Q    What is listed under business name?

21  A    "McMahon Investigative Group."

22  Q    Do you see the portion of this page where it says,

23  "Part Roman I, Income."

24  A    Yes.

25  Q    I'm going to direct you to Item 5 of this section.

Rivera - Direct/Ms. Chen                    1594

1          Do you see that?

2     A    Yes.

3     Q    Can you read what it says next to Item 5?

4     A    "Gross Profit, Subtract Line 4 from Line 3."

5     Q    And all the way towards the right-hand portion of this

6     callout, do you see a number that corresponds next to

7     Item 5?

8     A    Yes.

9     Q    And what is that number?

10    A    40,734.

11    Q    Okay.  Let me publish now what is in evidence as

12    Government Exhibit 433-A.  We can zoom in towards the top.

13         And is this similarly a tax return for fiscal year

14    2017.

15    A    Yes.

16    Q    And, again, do you see a name associated with this

17    return?

18    A    Yes.

19    Q    What's the name listed?

20    A    Michael and Mary Martha McMahon.

21    Q    Okay.  And if we could again scroll down to the income

22    section.

23         And do you see again is Item 12 business income?

24    A    Yes.

25    Q    And if you look all the way to the right, is that a

1    number associated with Item 12?

2    A    Yes.

3    Q    What's that number?

4    A    9,724.

5    Q    And does this similarly state, "Attach Schedule C"?

6    A    Yes.

7    Q    Okay.  If we could go to Page 4 of this exhibit?

8         And on the top left-hand corner, do you see it

9    states, "Schedule C"?

10   A    Yes.

11   Q    And, again, what's the header of this page, rather?

12   A    Profit or loss from business.

13   Q    And is this similarly for fiscal year 2017?

14   A    Yes.

15   Q    And under Item C where it says, "Business Name," do you

16   see that?

17   A    Yes.

18   Q    And what's listed under business name?

19   A    McMahon Investigative Group.

20   Q    Okay.  Turning now again to Part 1 with the section

21   heading "Income."

22        Do you see Item 5 under this section?

23   A    Yes.

24   Q    What does it say next to Item 5?

25   A    "Gross profit."

*Rivera - Direct/Ms. Chen*                    1596

1  Q    And what is the number listed next to Item 5?

2  A    46,898.

3         MS. CHEN:  May I publish just for the witness and

4  counsel what has been premarked for identification as

5  Government Exhibit 452.

6         THE COURT:  Yes.  If we could zoom in towards the

7  top half of this page.

8  Q    Special Agent Rivera, do you recognize this exhibit?

9  A    Yes.

10 Q    Is this exhibit a summary exhibit?

11 A    Yes.

12 Q    Does Government Exhibit 452 fairly and accurately

13 summarize the information included in Government

14 Exhibits 403-M, 403-N, 432-A, and 433-A, all of which have

15 already been admitted.

16 A    Yes.

17        MS. CHEN:  Your Honor, the Government offers

18 Exhibit 452.

19        MR. LUSTBERG:  No objection.

20        MR. GOLDBERGER:  No objection.

21        MR. TUNG:  No objection.

22        THE COURT:  Admitted.  You may publish.

23        (Government's Exhibit 452 was marked in evidence.)

24 Q    Special Agent Rivera, can you see this?

25 A    Yes.

*Rivera - Direct/Ms. Chen*                          1597

Q    Can you explain what the first see kind of four
blue-and-white rows are of this exhibit?

A    Yes.  These are the total deposits for the McMahon
Investigative Group accounts for 2016 and 2017.

Q    Just to be clear, when you say "2016 and 2017," does
that cover kind of the blue charts that we see on this
exhibit?

A    Yes.

Q    Okay.  And, again, is that McMahon Investigative Group
account the number ending 4756?

A    Yes.

Q    And does each column reflect a month, kind of, starting
at the second column all the way to the second-to-last
column on the right?

A    Yes.

Q    And did you total up the deposits and electronic
deposits for all of those months according to the bank
statements you reviewed?

A    Yes.

Q    What were the total -- what was the total deposit
amount for 2016 for the McMahon Investigative Group business
account?

A    56,001.39.

Q    What was the gross profit listed for the McMahon
Investigative Group on Schedule C of the 2016 tax return we

*Rivera - Direct/Ms. Chen*                    1598

1    were just looking at?

2    A    40,734.

3    Q    Which is greater --

4           MR. LUSTBERG:  Objection.

5           THE COURT:  Sustained.

6    Q    Can we do a top-and-bottom side-by-side with the

7    demonstrative we were just looking at.

8             If we could just zoom in on 2016.  Okay.

9             And if we could zoom in on the top two rows of

10   the demonstrative.  Top three rows, sorry.

11            Do you see two rows in the demonstrative dated

12   October 2016 and December 2016?

13   A    Yes.

14   Q    For the October 2016 entry, was that transaction

15   received into the McMahon Investigative Group account?

16   A    October?

17   Q    That's right.

18   A    Yes.

19   Q    Okay.  Therefore, would that amount be reflected in the

20   chart that you created what we're looking at on the top of

21   this screen?

22   A    Yes.

23   Q    For the December 2016 transaction that's listed on the

24   bottom callout, do you see that?

25   A    Yes.

*Rivera - Direct/Ms. Chen*                          1599

1  Q    For the December 2016 transaction, was that transaction

2  received into the McMahon Investigative Group business

3  account?

4  A    No.

5  Q    Would that December 2016 transaction be reflected in

6  the upper callout the deposits made into the business

7  account?

8  A    No.

9  Q    How much was the December 2016 transaction -- what was

10 the amount for the December 2016 transaction?

11 A    5,945.

12 Q    Is that U.S. Dollars?

13 A    Yes, dollars.

14 Q    If we could now call out on the top exhibit just the

15 2017 portion.

16         And if we could call out on the bottom

17 demonstrative the last four rows.  That's five rows,

18 actually.

19         Do you see on the demonstrative which is the

20 bottom callout four rows listing transactions in 2017?

21 A    Yes.

22 Q    Were those all made in April of 2017?

23 A    Yes.

24 Q    Were any of those transactions received into the

25 McMahon business account?

1    A    No.

2    Q    Would any of those transactions be reflected in the

3    46,229 total deposit for 2017 in the top summary exhibit?

4    A    No.

5            MS. CHEN:  May I have one moment, your Honor.

6            THE COURT:  Yes.

7            (A brief pause in the proceedings was held.)

8            MS. CHEN:  No further questions, your Honor.

9            THE COURT:  Thank you.

10            Cross-examination.

11            MR. LUSTBERG:  Thank you, your Honor.  The.

12   CROSS-EXAMINATION

13   BY MR. LUSTBERG:

14   Q    Good afternoon, Special Agent Rivera.  Just a couple of

15   questions.

16            Were you asked to compile any information

17   whatsoever with regard to Mr. McMahon's business expenses?

18   A    No.

19   Q    So we don't have a spreadsheet that shows what the

20   business expenses that McMahon Investigative had were?

21   A    No.

22   Q    And, by the way, are you a tax expert?

23   A    No.

24   Q    Okay.  But you know that when compiling business tax

25   information because it talks about profit, that profit is

1    both income and expenses, right?

2              MS. CHEN:  Objection.

3              THE COURT:  Sustained.

4    Q    You've testified with regard to an account in the name

5    of Michael T. McMahon.

6                   Do you know what Michael T. McMahon is?

7    A    No.

8    Q    You don't know that Michael T. McMahon is the son of

9    defendant Michael McMahon?

10   A    I do now.

11   Q    You do because of my question?

12   A    Yes.

13   Q    Okay.  But up until I asked you that question, you had

14   no idea?

15             THE COURT:  Sustained.

16             Remember questions are not evidence.  So let's

17   move on, he said he didn't know.

18             (Continued on the next page.)

19

20

21

22

23

24

25

Rivera - cross - Lustberg                          1602

1           MR. LUSTBERG:  Just one last question, if we can

2     just quickly call up Exhibit 403K, which is in evidence.

3     CROSS-EXAMINATION

4     BY MR. LUSTBERG: (Continuing)

5     Q    This exhibit is called payment archive and research

6     center, correct?

7     A    Yes.

8     Q    Do you know if this information goes to -- withdrawn.  Do

9     you see where it says beneficiary Mary Martha McMahon?

10    A    Yes.

11    Q    Do you know whether Mary Martha McMahon or anybody

12    associated with the accountholder gets this payment archive

13    and research center query results report?

14    A    I don't know.

15    Q    We have looked at some account statements and you know

16    that those kinds of account statements go to the recipient,

17    the accountholder; correct?

18    A    Yes.

19    Q    But you don't know whether this document goes to an

20    accountholder; correct?

21    A    I don't know that.

22          MR. LUSTBERG:  I have nothing further, Your Honor.

23          THE COURT:  Thank you, Mr. Lustberg.

24          Mr. Tung?

25          MR. TUNG:  Just a couple.

 1              THE COURT:  All right.

 2              MS. CHEN:  Your Honor, the Government is going to

 3    assist Mr. Tung with his examination in terms of exhibits.

 4              THE COURT:  Thank you very much to the Government,

 5    specifically Paralegal Ms. McMahon.

 6              Go ahead, Mr. Tung.

 7              MR. TUNG:  Can we show the witness Government

 8    Government Exhibit 1018?

 9              THE COURT:  In evidence; correct?

10              MR. TUNG:  It is in evidence, yes.

11              THE COURT:  Go ahead.

12              MS. CHEN:  Is there a portion of the exhibit you

13    would like zoomed in, Mr. Tung?

14    CROSS-EXAMINATION

15    BY MR. TUNG:

16    Q    Sir, did you examine this document before, before giving

17    your testimony today?

18              THE COURT:  This is Government Exhibit 1018.

19    A    I think so.  I don't remember.  I did examine a lot of

20    documents.  I don't remember if this one specifically is one

21    of them.

22    Q    And isn't that true that the -- it says the beneficiary

23    name is Transperfect Language Services, Inc. for the account

24    ending with 31?

25              THE COURT:  Ms. McMahon, perhaps you can blow it up.

Rivera - cross - Tung                          1604

1  Q    3155, that account, the beneficiary name is Transperfect

2  Language Services; right?

3  A    Yes.

4           MR. TUNG:  Can we show the witness Government

5  Exhibit 404A, I believe.  A.

6  Q    Now, that is a deposit slip; right?

7  A    Yes.

8  Q    And that shows on and about October 2016 -- it's actually

9  October 3rd, right, 2016, there is an amount of $5,600 that

10 were deposited into this account; right?

11 A    Yes.

12 Q    And that account bears the same account number which in

13 the previous exhibit which was entitled beneficiary account,

14 the beneficiary name on that account is Transperfect

15 Translation Services, right?

16 A    Yes.

17          THE COURT:  Mr. Tung, I'm sorry to interrupt you,

18 just to go back for a minute -- and this is really a question

19 for the Government -- I think the witness previously said that

20 the person identified in the document on the left side was

21 Liua Xu, but I think it actually says Lina Xu, L-I-N-A.

22          THE WITNESS:  Yes.  I think it's L-I-N-A, not

23 L-I-U-A.  So you're correct, Your Honor.

24          THE COURT:  But let me ask the witness.  Do you

25 agree that it actually is L-I-N-A?

1    THE WITNESS:  I do.

2    THE COURT:  All right.  Just so the record is clear.

3   Q    Do you know the relationship between Lina Xu and Transfer

4   -- Perfect Translation Services?

5   A    No, I don't know.

6   Q    But it has the same bank account number; right?

7   A    Yes.

8   Q    Remember you also seen earlier, when you giving your

9   testimony, that the 5,600 that was split in two payments,

10  right, one was $5,000 to be paid as a retainer to Detective

11  McMahon and the other $600 was paid to Transperfect

12  Translation Services, right?  Did you see that e-mail?

13  A    Yes, I remember it.

14  Q    And the question is:  When you look at -- when you review

15  those documentations, did you see that Mr. Yong Zhu's name

16  occurring anywhere in that transaction for the $5,600

17  transaction?

18  A    I don't remember seeing his name in those documents.

19  Q    So the money received from China for $5,600 that was paid

20  to Transperfect Translation Services and then it was split

21  $600 goes into Transperfect Translation Services and the

22  $5,000 goes to private detective McMahon?  Mr. Zhu Yong was

23  not part of this; right?

24  A    I don't know if he is part of it or not, but I don't

25  remember seeing his name in any of the documents.

Proceedings                                              1606

1          MR. TUNG:  Thank you.

2          THE COURT:  Thank you, Mr. Tung.

3          Any redirect?

4          MS. CHEN:  No, Your Honor.

5          THE COURT:  So you're free to go.  Thank you.

6          (Witness steps down.)

7          THE COURT:  Call your next witness, the Government.

8          MR. HEEREN:  Yes, Your Honor.  The Government has a

9    video that it wants to publish pursuant to stipulation.

10          THE COURT:  All right.

11          MR. HEEREN:  Ms. McMahon, if you can please put up

12    what has been marked admitted into evidence at Government

13    Exhibit 203 at paragraph 8.

14          And paragraph 8 of Government Exhibit 203, which has

15    been previously admitted, reads:  Government Exhibit 506 is an

16    envelope addressed to Mr. Bai Xu, B-A-I, Xu, X-U at 335 Long

17    Hill Drive, Short Hills, New Jersey, NJ, 07078, U.S.A. from Xu

18    Qin, X-U, Q-I-N, seized by a law enforcement agent at or

19    around 335 Long Hill Drive, Short Hills, New Jersey, on or

20    about April 23, 2019.  And then an item and invoice number is

21    given.

22          Government Exhibit 506A is a DVD that was contained

23    inside Government Exhibit 506 seized by a law enforcement

24    agent at or around 335 Long Hill Drive, Short Hills, New

25    Jersey, on or about April 23, 2019.

Proceedings                                    1607

1          Government Exhibit 506B consists of true and

2    accurate photographs taken of Government Exhibits 506 and 506A.

3          Paragraph 9, please, Ms. McMahon.

4          Government Exhibits 506D and 506E are videos

5    contained on Government Exhibit 506A.

6          Government Exhibit 506F is a true and accurate

7    screen shot taken from Government Exhibit 506D.

8          Government Exhibit 506C consists of an accurate

9    Chinese to English language translation of texts observed on

10   Government Exhibit 506D and -- it's a typo -- and accurate

11   Chinese to English language translation transcript of

12   Government Exhibit 506E.

13         Your Honor, at this time the Government would move

14   to admit Government Exhibit 506G, which is the video

15   identified as Government Exhibit 506D, with the translation

16   references as 506C attached as subtitles to the video.

17         THE COURT:  So we are just talking about 506G?

18         MR. HEEREN:  Correct.

19         THE COURT:  Any objection?

20         MR. LUSTBERG:  No, Your Honor.

21         MR. GOLDBERGER:  Yes, I would object as to relevance

22   as to my client.

23         MR. TUNG:  No.

24         THE COURT:  Let's have quick a sidebar.  (Continued

25   on next page.)

Sidebar                                                          1608

1                    (The following occurred at sidebar.)

2              THE COURT:  Mr. Heeren, remind me, this is a

3       videotape of what?

4              MR. HEEREN:  So this is one of the two videos that

5       was sent to the victims at the same -- in the same course of

6       mailings that they previously testified about.

7              THE COURT:  With the letters?

8              MR. HEEREN:  Correct.  It's not in the same

9       mailings.  If you recall, they testified about a series of

10      mailings.

11             THE COURT:  Right.  And there was a CD?

12             MR. HEEREN:  Correct.  They testified about the CD.

13      This is the one of the two videos contained on the CD.

14             THE COURT:  And Mr. Goldberger, your objection is

15      it doesn't relate to your client directly?

16             MR. GOLDBERGER:  Yes, number one.  And number two,

17      there is no connection to my client being involved in the

18      sending of this or having anything to do with the video in any

19      way, shape or form.

20             THE COURT:  I'm overruling the objection.

21             Obviously the Government is offering it not as

22      direct evidence as to your client but as to evidence of the

23      harassment campaign they allege was undertaken by the Chinese

24      Government.

25             MR. HEEREN:  For the sake of clarity of the exhibit

Sidebar                                          1609

1  record, the actual DVD that contains videos was admitted into

2  evidence already.  This is just that video with the English

3  language transcript.

4           THE COURT:  Okay.  An excerpt of it or the full DVD?

5           MR. HEEREN:  It's the full -- it was a video file on

6  the DVD.  It's a full video file, which is four minutes and I

7  think around 30 seconds.

8           THE COURT:  All right.  You can play it now.

9           (End of sidebar conference.)

10          (Continued on next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                                    1610

1          (In open court.)

2          THE COURT:  So the objection was overruled.  You can

3     play the video.

4          (Video playing.) (Video stopped.)

5          MR. HEEREN:  Thank you, Your Honor.

6          THE COURT:  Thank you, Mr. Heeren.

7          Does the Government want to call another witness

8     now?

9          MR. HEEREN:  Yes, Your Honor.

10         MS. ARFA:  The Government calls Elaina Graff.

11         Your Honor, may I take a moment to set up the

12    courtroom.

13         THE COURT:  Yes.  And bear in mind that you have

14    about 15 minutes after you do that before our lunch break.

15         Ms. Graff, if you will come up here and approach the

16    witness box.  Please remain standing for a moment so we can

17    swear you in.

18         THE COURTROOM DEPUTY:  Please raise your right hand.

19         (Witness sworn.)

20         THE COURTROOM DEPUTY:  Thank you.  Have a seat.

21    Please state and spell your name for the record.

22         THE WITNESS:  My name is Elaina Graff.  E-L-A-I-N-A.

23    My last name is spelled G-R-A-F-F.

24         THE COURT:  Okay.  You may inquire whenever you're

25    ready, Ms. Arfa.

Graff - direct - Arfa                                          1611

1           MS. ARFA:  Just one moment, Your Honor.

2           THE COURT:  Okay.

3   **ELAINA GRAFF**,

4        called as a witness, having been duly

5        sworn, was examined and testified as follows:

6   DIRECT EXAMINATION

7   BY MS. ARFA:

8   Q    Good morning.

9   A    Good morning.

10  Q    Where do you currently work?

11  A    I currently work for the Fort Collins Police Services

12  assigned to the Northern Colorado Regional Forensics

13  Laboratory.

14  Q    What is your title?

15  A    I'm an analyst in the latent print section.

16  Q    For how long have you worked there?

17  A    Approximately two years.

18  Q    Where did you work previously?

19  A    Before that, I worked for the Federal Bureau of

20  Investigations laboratory in Quantico, Virginia.

21  Q    Were you in a particular section there?

22  A    I worked for the latent print operation unit.

23  Q    And what was your title while you were there?

24  A    I was a physical scientist forensic examiner.

25  Q    What were your duties as a physical scientist forensic

1    examiner?

2    A    I receive and inventory items of evidence.  I then

3    process that evidence for the development of latent prints.

4              If I develop latent prints that are suitable for

5    comparison, I will compare them against submitted known names

6    or launch them in our database if they are appropriate.

7              THE COURT:  Just remember to go a little slower for

8    our court reporter and our translator.

9    Q    Ms. Graff, I am going to ask you to pull the microphone a

10   little bit closer to you as well.

11   A    Is that better?

12   Q    Yes.  Thank you.

13   A    When I conclude my exams, I write a report of my findings

14   and testify in court when asked to do so.

15   Q    For how long were you an FBI physical scientist forensic

16   examiner with the latent print section?

17   A    Approximately 14 years.

18   Q    Were you an FBI forensic examiner for latent prints in

19   October 2018?

20   A    I was.

21   Q    Is the FBI lab at which you worked accredited?

22   A    It is.

23   Q    Would you please tell us about your educational

24   background?

25   A    I have a Bachelor of Arts in history from Utah State

Graff - direct - Arfa                                1613

1  University and a Master's of forensic science from Nebraska

2  Wesleyan University.

3  Q    And could you please describe your training and your

4  experience in the area of fingerprints?

5  A    When I started at the FBI, I completed an 18-month

6  training program in which I learned how to process evidence

7  for latent prints, how to compare those prints and how to

8  launch them in the database.

9         I worked for a year under a mentor and completed a

10 three-day qualification exam.

11        While I was at the FBI, I continued -- I had

12 continuing education with both internal and external trainers.

13 And then when I left to go to Colorado, I did two months of

14 training there learning their quality assurance programs and

15 completed a competency examine.

16 Q    Were you qualified by the FBI as a forensic examiner?

17 A    I was.

18 Q    When was that?

19 A    In 2009.

20 Q    Did you receive any FBI training subsequent to your

21 initial qualification?

22 A    Yes, I had additional training every year.

23 Q    Were you required to perform yearly proficiency exams?

24 A    I am.

25 Q    And have you passed all of them?

Graff - direct - Arfa                                1614

1    A    I have.

2    Q    Do you participate in any professional associations

3    relating to fingerprints?

4    A    I am a member of the International Association for

5    Identification, which is our professional body.  I -- when I

6    was in Virginia, I belonged to the Chesapeake Bay division of

7    that body.  And now that I'm in that Colorado, I belong to the

8    Rocky Mountain division and act as their historian.

9    Q    Over the course of your career, approximately how many

10   latent print comparisons have you performed?

11   A    Thousands.

12   Q    Have you ever testified in court as an expert in latent

13   print examinations?

14   A    I have been qualified as an expert 11 times.

15   Q    Has a court ever declined to qualify you as an expert?

16   A    No.

17        MS. ARFA:  Your Honor, at this time the Government

18   moves, pursuant to Federal Rule of Evidence 702, to qualify

19   Elaina Graff as an expert in the field of latent print

20   examination and comparison.

21        MR. TUNG:  No objection.

22        MR. LUSTBERG:  No objection.

23        MR. GOLDBERGER:  No objection.

24        THE COURT:  You are admitted as such.  You may

25   inquire.

Graff - direct - Arfa                    1615

1  Q    Ms. Graff, would you describe for us the basic factors in

2  the use of fingerprints as a means of identification?

3  A    Fingerprints can be used for identification because they

4  are both unique and persistent.

5         By unique I mean the patterns that formed are highly

6  discriminating in the relevant population because they are

7  influenced both genetic and environmental factors, genetics

8  being the DNA we get from our parents, and environment being

9  the maternal womb that they developed in.

10        By persistent, I mean that those patterns remain in

11  that formation from creation throughout life until

12  decomposition at death barring significant injury.

13  Q    And when do peoples' fingerprints form?

14  A    Early in the first trimester, usually between 9 and 16

15  weeks.

16  Q    Can identical twins have the same fingerprints?

17  A    No.  While identical twins have the same DNA and they

18  develop in the same environment, because of all the variables

19  that influence those patterns, they have unique fingerprints,

20  not only between each other but from finger to finger.

21  Q    And you referred to persistence a moment ago, but do

22  fingerprints ever change as people age?

23  A    As you age, your hand is going to grow and your skin may

24  stretch or grow more wrinkly.  If you are working, those

25  ridges can become fine.  However, the patterns that form

1  remain in those configurations regardless of changes to the

2  skin.

3  Q    Would you please explain to the jury what a latent print

4  is?

5  A    So on the palms of our hand and the soles of the feet is

6  where we have that specialized friction-ridged skin.

7         The raised portions of that skin are known as the

8  friction ridges.  The spaces in between are known as furrows.

9         As you go throughout your day those patterns get

10  covered in substances such as sweat, oil, dirt, anything that

11  can get on your hands.  If you touch an item, an unintentional

12  recording is left behind that is the latent print.  Because

13  these are chance recordings, they're often smaller fragmented

14  and invisible to the naked eye requiring forensic processing

15  in order to make them visible.

16         THE COURT:  Quick questions.  The raised portions

17  are called what?

18         THE WITNESS:  Friction ridges.

19         THE COURT:  Friction ridges.  Just to make sure the

20  record is correct.

21         Go ahead.

22  Q    So, just to make sure I understand, if someone touches an

23  object or a surface, can they leave behind a fingerprint?

24  A    It is possible, yes.

25  Q    When someone touches an object or a surface, do they

1    always leave behind a fingerprint?

2    A     Not necessarily.  They are multiple factors that

3    influence whether or not a print is left behind.  One is the

4    surface that the item has touched.  If it's smooth and flat,

5    you're far more likely to leave a print.  However, if it's

6    textured or too small, you won't.

7              The condition of the skin, whether or not there is

8    sweat on those ridges.  How the item is touched, if they are

9    pressing hard or moving a lot, that will smear it.  Then there

10   are also environmental factors.

11             Because prints are mostly made out of sweat, they

12   are very fragile.  They can be wiped off.  They can evaporate.

13   They're subject to -- if something gets wet, they can be

14   washed away.

15   Q     How long do latent prints remain on an object or a

16   surface?

17   A     It depends on the surface because they are so fragile.

18   So if it's non-porous, like this desk, they're just resting

19   right on top and they can be easily wiped away.  However, if

20   it's Marie porous like paper, the sweat will sometimes soak in

21   and then we will protect it, it can last longer.

22   Q     What do you mean by porous?

23   A     That the sweat will soak in.  So like paper or a napkin

24   or paper towel, the porous items will soak up liquid.

25   Q     We have been talking about latent prints.  What is a

Graff - direct - Arfa                    1618

1  known print?

2  A    So a known print is the intentional recording of the

3  patterns in the friction-ridged skin, usually the end joint of

4  the finger.

5         These are usually taken one of two ways:  Either

6  with ink or electronically.

7         With ink, the finger is taken and rolled nail to

8  nail in the ink and put on a contrasting background, such as a

9  white fingerprint card --

10        THE COURT:  And try to focus on speaking into the

11  microphone.

12        THE WITNESS:  My apologies.

13  A    (Continuing) on a contrasting background such as a

14  fingerprint card.

15        When the print is taken electronically, the finger

16  is cleaned and then rolled nail to nail across a digital scan.

17  Q    Returning now to latent prints, can you please explain to

18  the jury what features of a latent print you look at when you

19  are conducting an analysis of latent prints?

20  A    When I am conducting an analysis, I look at three

21  different levels:  Level one is the overall pattern and ridge

22  flow.  I'm looking for three different patterns:  An arch,

23  which is where ridges flow, make an arch and exit out the

24  other side; a loop where ridges come in and form a loop and

25  exit out the same side; and a whirl where the ridges form a

1    circle looking much like a bull's-eye.

2            After level one, I move to Level 2 detail where I

3    look for individual ridge events.  I'm looking for ridges that

4    flow and come to a stop known as ending ridge, a ridge that

5    flows and splits into two called a dividing, and dots, which

6    are ridges that are as tall as they are wide, looking much

7    like the period at the end of a sentence.  I look for where

8    they are in the print.  I look for the direction they're

9    flowing, and the spatial relationship they have with each

10   other.  These are the details that I use to make either

11   identifications or exclusions.

12           The third level of detail is the microscopic detail,

13   such as sweat pours and individual ridge edges and shapes.

14           THE COURT:  Ms. Arfa, I'm sorry to do this to you, I

15   have a meeting at 1:00 that I have to do a little bit of prep

16   for.  So we are going to break a few minutes early.

17           Ladies and gentlemen, you have until two o'clock to

18   enjoy your lunch.  Remember do not talk about the case.  Don't

19   do any research and keep an open mind.  So we will resume at 2

20   o'clock.

21           THE COURTROOM DEPUTY:  All rise.

22           (Jury exits the courtroom.)

23           THE COURT:  You can step down.  We will take up

24   those other issues when we come back.  Come back about ten

25   minutes before 2:00 so that we can talk about the --

1          MR. LUSTBERG:  The exhibits.

2          THE COURT:  The exhibits, correct.

3          Have a good lunch.  We will see you at ten of 2:00.

4          MR. HEEREN:  Thank you, Judge.

5          (Lunch recess.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Afternoon session.)

2          THE COURT:  My apologies.  I didn't mean to have you

3   waiting after lunch.

4          Do we have any issue to address about the exhibits?

5          MR. LUSTBERG:  Nothing from defendant McMahon.

6          THE COURT:  All the exhibits that the Government

7   sought to admit, and either did so before or just wanted to

8   make sure they did so again, there is no issue from

9   Mr. McMahon.

10          MR. LUSTBERG:  That's correct.

11          THE COURT:  Same from the other two defendants?

12          MR. GOLDBERGER:  Yes, your Honor.

13          THE COURT:  Mr. Tung?

14          MR. TUNG:  No objection.

15          THE COURT:  We'll get the jury and have the witness

16   up on the stand.

17          (Whereupon, the witness resumes the stand.)

18          (Jury enters the courtroom.)

19          THE COURT:  Please be seated everyone.

20          Good afternoon ladies and gentlemen of the jury.

21   You certainly sound like you're having a lot of fun back there

22   with Ms. Gonzalez.  We're all a little jealous.

23          We're going to resume with the examination of the

24   witness Ms. Arfa.

25   BY MS. ARFA:

1  Q    Good afternoon.

2  A    Good afternoon.

3  Q    I'm going to ask you to please move the microphone close

4  to you and make sure you're speaking into it loudly and slowly

5  for everyone's benefit.

6        Can you tell us please what is the methodology that

7  you use to evaluate latent prints?

8  A    I use the methodology known as ACEV.  It stands for:

9  Analysis Comparison Evaluation and Verification.

10       In the analysis phase, I look at the print and I

11 gather as much information as possible.

12       In the comparison phase, I put the latent and the

13 known side by side and I look for agreement or disagreement.

14       After comparison, I move to evaluation in which I

15 can make one of three decisions.  Identification, in which the

16 information in the latent and the known are in agreement,

17 supporting the proposition that they came from the same

18 source.  Exclusion, which is where the information in the

19 latent and the known are in disagreement supporting the

20 proposition that they come from a different source.  And

21 inconclusive, which means I lack sufficient information to

22 come to one of the other two conclusions.

23       After I finish my exam, we move on to verification,

24 in which my exams are given to another qualified examiner who

25 conducts their own independent case and comes to their own

1   conclusion as a quality assurance measure.

2   Q    You just mentioned verification, when is that done?

3   A    At the FBI verification is conducted on all

4   identifications.

5   Q    I'd like to direct your attention now to this case.  Did

6   there come a time when you were assigned to analyze physical

7   evidence in this case?

8   A    Yes.

9   Q    When was that?

10  A    In October of 2018.

11  Q    From where did you receive the physical evidence?

12  A    I was notified that I was assigned the case.  I picked up

13  the evidence from the vault in the latent preview unit.

14        MS. ARFA:  Your Honor, at this time may I publish

15  GX203, which is a stipulation in evidence?

16        THE COURT:  All right, you may.

17        MS. ARFA:  Can we go to paragraph seven, please.

18        Government Exhibit 505 are notes fragments of notes,

19  and pieces of tape seized by a law enforcement agent at the

20  property located at -- then an address that's been redacted

21  from the published version of the document -- in New Jersey,

22  on or about September 5, 2018.  And then the stipulation also

23  includes the item number and the invoice number.

24        Thank you, Ms. McMahon.  You can take that down.

25        Your Honor, may we publish GX505-1 in evidence?

1            THE COURT:  You may.

2            MS. ARFA:  May I approach witness?

3            THE COURT:  Yes.

4    BY MS. ARFA:

5    Q    Ms. Graff, is that exhibit, which has been marked

6    GX505-1, a piece of the physical evidence you received in this

7    case?

8    A    It is.  I know because I have my initials on it.

9    Q    Did you conduct any analysis on it?

10   A    I did.

11   Q    Do you know from where that item was recovered?

12   A    It was recovered from the address previously stated.

13   Q    That I referred to in the stipulation that I read?

14   A    Yes.

15   Q    Of course I didn't say the address, but that's the same

16   exhibit number, right?

17   A    Correct.

18            MS. ARFA:  Your Honor, may I approach the witness to

19   publish GX505-2 also in evidence?

20            THE COURT:  Yes.

21   BY MS. ARFA:

22   Q    Is GX505-2, a piece of the physical evidence that you

23   received in this case?

24   A    It is.  And it has my initials on it.

25   Q    Did you conduct any analysis on GX505-2?

GRAFF - DIRECT - ARFA                    1625

1    A    I did.

2    Q    Could you just describe what GX505-2 is?

3    A    Government Exhibit 0505-2 is two notes that have been

4    reconstituted on sticky plastic.

5    Q    Going back to GX505-1, would you tell the jury what that

6    is as well?

7    A    A paper note.

8    Q    Ms. Graff, did any other FBI lab or section handle the

9    physical evidence before you received it?

10   A    Yes.  When the evidence was received by the FBI, these

11   were pieces of paper; therefore, they were sent to our

12   question documents unit, which put them back together on the

13   sticky plastic.

14   Q    What do you mean when you say they put them back

15   together?

16   A    They received them as torn pieces of paper, and one of

17   the services that the question document unit provides is

18   reconstituting torn paper.

19   Q    What does it mean to reconstitute?

20   A    To put them back in their original configuration.

21   Q    You testified a moment ago that you conducted analyses on

22   these exhibits.  Were you able to recover prints as part of

23   your analysis?

24   A    I did.

25   Q    Let's go through the items one at a time now.  Let's

1  begin with GX505-1, please.  Did you recover any prints from

2  that item?

3  A    I did.  I did lift eight latent presents that were

4  suitable for comparison.

5  Q    Generally, from where on the item did you recover the

6  prints?

7  A    I recovered them from both the side with writing and the

8  back.

9  Q    Were any of the prints you recovered located near the

10  writing?

11  A    Yes.

12  Q    Turning now to GX505-2.  Did you recover any prints from

13  those items?

14  A    Yes.  On the top note I developed 11 latent prints

15  suitable for comparison.  And on the note that is behind, I

16  developed eight latent prints suitable for comparison.

17  Q    Just to clarify, when you refer to the top note and the

18  bottom, are you referring to the way they are packaged in the

19  plastic?

20  A    Yes.

21  Q    Generally, from where on those items did you recover

22  those prints?

23  A    From both the side with writing as well as the back.

24  Q    Were any of the prints on those exhibits located near the

25  writing on the paper?

GRAFF - DIRECT - ARFA                    1627

1   A    Yes.

2   Q    What did you do with the prints that you found?

3   A    At that time there was no suspect's name for comparison

4   by the agent.  So I encoded them and launched them in our

5   database, which is known as NGI, Next Generation

6   Identification.  In order to do this, I go through and encode

7   those second-level details, ending ridges and the defining

8   ridges.  And then the computer creates an algorithm, it

9   searches the database for encodings that are close.  It brings

10  back the top three candidates, which I then compared.

11          I did that in this case.  There were no

12  identifications made.  So I added the prints to the Unsolved

13  Latent Filed, ULF.  That file is shared with the Department of

14  Homeland Security.

15  Q    So let me go back for a moment.  You referenced NGI, is

16  that an FBI database?

17  A    Yes, that is the FBI's database.

18  Q    You referenced ULF, does that belong to a particular law

19  enforcement agency?

20  A    That's the FBI's file for unsolved latents, so latents

21  that don't make a hit in the database are placed there; to be

22  run against any future cards that are added to the database,

23  as well as shared with other Government agencies such as the

24  Department of Homeland Security.

25  Q    Did there ever come a time that you received any hits?

1  A    Yes.  I received an e-mail from my program manager that

2  the Department of Homeland Security had made a hit and they

3  supplied a fingerprint card bearing the name Congying Zheng.

4  Q    I'm sorry, from where were those prints?

5  A    From the note print, which was shared with us by the

6  Department of Homeland Security.

7  Q    Are the prints that were shared by the Department of

8  Homeland Security for Congying Zheng considered known prints?

9  A    Yes.

10 Q    What happened at that point?

11 A    After I received that, I compared the latents that I

12 developed to that card.

13 Q    Did you reach any conclusion?

14 A    I did.  Would you like me to go through the exhibit?

15 Q    Let me ask a follow-up question.  So based on your

16 analysis, did you form an opinion as to whether there was a

17 match between the known prints for Congying Zheng that you

18 received from Department of Homeland Security and the latent

19 prints that you found in GX505-1?

20 A    Yes.  I identified four of the latent prints under

21 Exhibit 505-1 to the prints on the known card bearing the name

22 Congying Zheng.

23 Q    Based on your analysis, did you form an opinion whether

24 there was a match between the known prints for Congying Zheng

25 and the latent prints you found on the other Exhibit 505-2?

GRAFF - DIRECT - ARFA                    1629

1   A    On Government Exhibit 505-2, I identified eight of the

2   prints on the top note to Congying.  And three on the notes on

3   the bottom to Congying.

4   Q    Just to clarify, when you refer to the top note and the

5   bottom note, is that the reconstituted note?

6   A    Yes.

7   Q    Could we please show the witness only what has previously

8   been marked as GX443.  Ms. McMahon, can I ask you to scroll

9   through all the pages for the witness.

10           Ms. Graff, do you recognize that exhibit?

11  A    I do.

12  Q    What is it?

13  A    It's a demonstrative presentation on how I conduct my

14  examines.

15  Q    Is it specific to this case?

16  A    It is.

17  Q    Is this a fair and accurate demonstrative?

18  A    It is.

19           MS. ARFA:  The Government offers GX443 in evidence.

20           MR. LUSTBERG:  No objection.

21           MR. GOLDBERGER:  No objection.

22           MR. TUNG:  No objection.

23           THE COURT:  Admitted.  You may publish.

24           (Government Exhibit 443, was received in evidence.)

25  BY MS. ARFA:

GRAFF - DIRECT - ARFA                    1630

1   Q    Can you say again generally what we're looking at?

2   A    Demonstrative presentation on how I conduct my exams.

3   Q    Beginning with the first page, which is on the screen

4   right now, what are we looking at here?

5   A    This is an image of prints I developed on Government

6   Exhibit 505-1.  These prints were developed with a chemical

7   known as indandione, that reacts with the proteins in sweat.

8   When I develop prints that may be suitable, I send them to the

9   photography unit who captured them in order to preserve them.

10  This is one of the photos captured in order to preserve the

11  print.

12  Q    For the benefit of the court reporter, do you know how to

13  spell indandione?

14  A    I-N-D-A-N-D-I-O-N-E.

15  Q    Can we go to the second page, please.  I'm going to ask

16  AUSA Heeren to publish the demonstrative as well.

17          What are we looking at here?

18  A    The image on the left, there is a red square which marks

19  the print I'm talking to you about.  It is designated as item

20  three, print seven.  The image on the right is that print

21  rotated and zoomed.

22  Q    What does print seven mean?

23  A    On this item I developed eight latent prints that were

24  suitable for comparison.  They are numbered one through eight;

25  this is print seven.

GRAFF - DIRECT - ARFA                    1631

1   Q    Does P7 refer to print seven?

2   A    Yes.

3   Q    What does designated item number three mean?

4   A    Item three was the FBI's inventory item number for

5   Government Exhibit 505-1.

6   Q    The words, rotated tip up and enlarged, what does that

7   mean?

8   A    If you look at the end of your finger, the tip is the top

9   portion.  That means this latent has been rotated as if it was

10  tip up.

11  Q    Could we go to page three.  I'm going to ask AUSA Heeren

12  to publish that demonstrative.

13          Ms. Graff, what are we looking at here?

14  A    This slide demonstrates my analysis.  The image on the

15  left is that level one formation that I'm looking for.  I'm

16  looking at the overall ridge flow, which in this print is

17  forming a circle, also known as whirl-type pattern.

18          The red triangle is a Delta area.  This is where

19  ridges from three different directions come together and form

20  that triangular shape.

21          These are the two focal areas in a latent print.

22          The image on the right, those red points, mark the

23  second-level details.  Those ending ridges and those dividing

24  ridges that provide the important data I need for comparison.

25          I'm looking at quantity and clarity.  There is

GRAFF - DIRECT - ARFA                           1632

1   enough information in this print that it's suitable for

2   comparison.  That's why it has been marked with a red

3   horseshoe, that's our documentation indicating the print is of

4   value.

5   Q    Ms. McMahon would you cull out the image on the right,

6   please.

7                When you refer to horseshoe, is that the arc on this

8   image?

9   A    Yes.

10  Q    Now that it's bigger, are those the red dots that you

11  were referring?

12  A    Those red dots mark the level-two detail that's used in

13  my comparisons.

14  Q    Could we go to page four now, please.  What are we

15  looking at here?

16  A    This is the known card that I received bearing the name

17  Congying.  The red box is marked around the left bump because

18  it has similar level-one pattern to the latent, so it is a

19  whirl-type pattern.

20  Q    Could we cull out the name on the top.  Could you tell us

21  again where did you receive these prints from?

22  A    This is the card that I received from the Department of

23  Homeland Security.

24  Q    Let's go to the fifth page, please.  What is this?

25  A    This is the left bump, only cut out and zoomed in.

1  Q    When you say cut out, what do you mean?

2  A    It's been separated from the rest of the known card.

3  Q    Just to clarify, is this a known print or is this a

4  latent print?

5  A    This is a known print.

6  Q    So is this one of the prints you were given by the

7  Department of Homeland Security?

8  A    It is.

9  Q    Could we go now to the sixth page, please.  What are we

10 looking at here?

11 A    This is the beginning of the comparison in which I put a

12 latent and the known side by side.

13 Q    Can you tell us what are the two items being compared

14 here?

15 A    This is the latent print number seven from item three,

16 and the left thumb print that was recorded on the fingerprint

17 card bearing the name Congying Zheng.

18 Q    Which side of the screen is the latent print on?

19 A    The left side is the latent; the right side is the known.

20 Q    Could we go to the next page, please.  What are we

21 looking at here?

22 A    When you begin your comparison -- when I begin -- I try

23 to look at the same area in both prints.  This is

24 demonstrating that you can see part of the known on the right

25 has been cut because that part was missing in the latent.  So

GRAFF - DIRECT - ARFA                    1634

1  then I'm only looking at the same area in both prints.

2  Q    On the screen it says these have been cropped and

3  digitally processed.  What does that mean?

4  A    That means the examiner who made it used digital tools in

5  order to make this demonstrative.

6  Q    Let's go to the eighth page, please.  I'll ask AUSA

7  Heeren to publish that demonstrative as well.  Thank you.

8         What are we looking at here?

9  A    This is a slide that shows how I conduct my comparison.

10 I start in a focal point, such as the core.

11        So it we start on the latent on the left.  In the

12 very, very center of the core there are ridges there that form

13 almost a C.  If you start from that C you move down one, two,

14 three, four, five ridges down, there is an ending ridge

15 pointing to the left marked A.

16 Q    Let me suggest that you try with the touch screen to

17 demonstrate.

18 A    I don't know how helpful that is.

19 Q    Tell us what --

20 A    That's towards the center of the core.

21        THE COURT:  If you keep your finger on the screen

22 you can draw a circle or make smiley faces.

23        THE WITNESS:  This is harder than it looks.

24        THE COURT:  It is.

25 A    That very center of the core pattern, that's a

GRAFF - DIRECT - ARFA                    1635

1    focal point.  It's a good place to start.  The ridges there

2    almost form that little C.  In counting down, one, two -- this

3    is hard -- we'll do our best looking at it.

4              If you can see the point marked A is an ending ridge

5    that points to the left.  The ridge right below it, is a

6    dividing ridge, which opens to the left.  Moving over one,

7    two, three, there is an ending ridge pointing up.

8              So not only just looking at those ending ridges and

9    dividing ridges, and looking at the direction they point, how

10   they flow, and how many ridges they are from each other.

11             So if we move to the known on the right, you see the

12   C right there in the middle, one, two, three, four, five

13   ridges down from that C there is an ending ridge pointing to

14   the left marked A.

15             THE COURT:  Can I ask one question.  When you say

16   "C," is that a C that is upright; in other words, not the way

17   you normally see a C on a line?

18             THE WITNESS:  Kind of like that.

19             THE COURT:  I see, okay.

20   A    When you look at ridges enough your brain starts making

21   pictures, sometimes they make smiley faces.

22             It makes kind of like a C.  From the point marked A,

23   the ridges below it has dividing ridge to the left.  If you

24   move over to the right, one, two, three there is that ending

25   ridge pointing up.  I have agreement between latent and known.

1    So starting form the known, at the point marked C,

2  across one ridge.  There is another end ridge pointing up

3  marked D.  Then if I move over one ridge and come down, there

4  is a dividing ridge opening.  This is actually the Delta,

5  another focal point.  This is where ridges from you multiple

6  directions come together.  You can see the point.  The top of

7  the Delta is marked E.  The bottom is F, it forms that bell

8  shape that is pretty unusual for a Delta to combine like that.

9    Going back to the latent to make sure that

10  information is in agreement.  Starting from C, ending ridge

11  pointing, you move over one ridge to the right, there is an

12  ending ridge.  Moving a ridge to the right and come down,

13  there is the Delta.  The dividing ridge coming down is joined

14  by the one on the right form to form that bell shape.

15    So using this method, I worked my way through an

16  entire print.  I'm making sure all the details are in the

17  right place and facing the right direction, and are in

18  agreement with the known.

19    I have ten-points marked here but there were also

20  more points in the print that I went through.  If everything

21  is in agreement, then can I move on to a conclusion.

22  Q    You said that there are ten points here, are these ten

23  points just for purposes then of this demonstrative?

24  A    That is correct.

25  Q    How many points of comparison do you usually look for --

1  I should say, do you usually do?

2  A    Research that has been conducted in this area which shows

3  that most examiners start feeling comfortable around seven or

4  eight.  That has been backed by statistical studies, that

5  depending on rarity, and various specificity, that seven or

6  eight is enough.

7  Q    Ms. McMahon, can we go to page nine.  And AUSA Heeren,

8  I'll ask you to publish the last demonstrative.  Thank you.

9         Ms. Graff, what are we looking at here?

10 A    This is the evaluation stage after.  I've gone through

11 and compared the ridges and found them to be in agreement or

12 disagreement, I make my evaluation.

13        So for this print because the information was in

14 agreement, it is an identification which supports the

15 proposition that it came from the same source both the latent

16 and the known.  On the image on the left all the details,

17 those second-level details, have been marked with red dots.

18 The image on the right are those same points marked in red in

19 the known.

20 Q    What does the red horseshoe on the left signify?

21 A    That signifies that this print had enough information to

22 be suitable for comparison.

23 Q    Approximately how many red dots, which I think you said

24 are the points of comparison, are reflected in this page?

25 A    Over 20.

GRAFF - DIRECT - ARFA                    1638

1  Q    Ms. Graff, in your opinion, is the print lifted from the

2  document in GX505-1 that's reflected in this demonstrative, a

3  match to the print card that belongs to Congying Zheng?

4  A    Yes.  The information in the latent and known support the

5  proposition that they came from the same source.

6  Q    Is the method of analysis that you've described with

7  respect to this particular print, the same analysis that you

8  did for all of the identifications?

9  A    That is correct.

10 Q    Would you remind us how many identifications were there

11 total?

12 A    There were 15 across all three notes.

13 Q    In your opinion, do all 15 identifications from those

14 notes match to the print card belonging to Congying Zheng?

15 A    That's correct.

16 Q    Were the 15 identifications verified?

17 A    They were.

18 Q    By whom?

19 A    Erik Carpenter, another examiner at the FBI.

20 Q    Was he qualified?

21 A    He was.

22         MS. ARFA:  Your Honor, may I have a moment?

23         THE COURT:  Yes.

24         MS. ARFA:  No further questions.  Thank you.

25         THE COURT:  Thank you.  Cross-examination?

1           MR. GOLDBERGER:  Just a few.

2    CROSS-EXAMINATION

3    BY MR. GOLDBERGER:

4    Q    Were you aware before you were brought into New York to

5    testify that the defendant and his counsel had agreed that it

6    was his fingerprints on the notes?

7           MS. ARFA:  Objection.

8           THE COURT:  Sustained.

9    Q    Were you aware that there had been any contest made as to

10   whether or not these were his fingerprints on the notes?

11          MS. ARFA:  Objection.

12          THE COURT:  Overruled.  Were you aware of any

13   dispute about that?

14   A    No.

15   Q    The one thing I am interested in is you said that you

16   made a comparison from some information or a document that you

17   got from the Department of Homeland Security, correct?

18   A    That's correct.

19   Q    That was a -- the Department of Homeland Security deals

20   with immigration documents as well; is that correct?

21   A    That is correct.

22   Q    So the document that you used from the Department of

23   Homeland Security dealt with Mr. Zheng's immigration

24   documents; is that correct?

25          MS. ARFA:  Objection.

GRAFF - CROSS - GOLDBERGER                    1640

1    THE COURT:  Sustained.

2   Q    Well, it didn't deal with any record of any prior

3   conviction of any kind at any place in America; is that

4   correct?

5    MS. ARFA:  Objection.

6    THE COURT:  Overruled.  To the extent that you're

7   aware, was it connected to any criminal action or arrest?

8    THE WITNESS:  I wasn't told where the card came

9   from, just that it had been provided by the Department of

10  Homeland Security.

11  Q    Who provided it to you?

12  A    It came from my manager, she brought me -- I was

13  forwarded an e-mail and a card, that's all I got, that said

14  they made a hit here is the card.

15  Q    Did you get any other documents from any criminal

16  enforcement agency in the United States in regard to

17  Mr. Zheng?

18  A    No, I did not.

19   MR. GOLDBERGER:  No other questions.

20   THE COURT:  Any questions from you, Mr. Lustberg?

21   MR. LUSTBERG:  No, your Honor.

22   THE COURT:  You, Mr. Tung?

23   MR. TUNG:  No, your Honor.

24   THE COURT:  Redirect?

25   MS. ARFA:  No, your Honor.

Stipulation Read                    1641

 1           THE COURT:  Thank you.  You're free to go.

 2           (Whereupon, the witness was excused.)

 3           THE COURT:  Government's next witness.

 4           MS. ARFA:  Before we bring in our next witness, may

 5    we read a stipulation in.

 6           THE COURT:  Yes, please.

 7           MS. ARFA:  And may we publish GX203 on the screen

 8    please.  It is in evidence.

 9           THE COURT:  Go ahead.

10           MS. ARFA:  I'll ask Ms. McMahon to please cull out

11    paragraph one along with the sub paragraphs.

12           None of the following individuals has ever provided

13    notification to the Attorney General that he or she was

14    acting, would be acting, or had acted as an agent of the

15    People's Republic of China, an official of the People's

16    Republic of China, or any other foreign Government or foreign

17    Government official, pursuant to Title 18 United States Code

18    Section 951 and implementing regulations:  Michael McMahon,

19    Zheng Congying, Zhu Yong, Hongru Jin, Hu Ji, Kuang Zebin, Li

20    Feng, Li Minjun, Li Songqing, Lina Xu, Rong Jing, Sun Hui, Tu

21    Lan, Xiao Jun, Zhai Yongqiang, Zhu Feng.

22           Thank you.

23           THE COURT:  Thank you.  Next witness.

24           MS. CHEN:  The Government calls Elizabeth Wheeler.

25           THE COURT:  May be mistaken, this may be the

1    Government's last witness?

2              MS. CHEN:  Yes.

3              (Witness takes the witness stand.)

4    **ELIZABETH WHEELER, called as a witness, having been first duly**

5    **sworn/affirmed, was examined and testified as follows:**

6              THE COURTROOM DEPUTY:  Have a seat.  State and spell

7    your name for the record.

8              THE WITNESS:  Elizabeth Wheeler, E-L-I-Z-A-B-E-T-H,

9    W-H-E-E-L-E-R.

10             THE COURT:  You may inquire.

11   DIRECT EXAMINATION

12   BY MS. CHEN:

13   Q    Good afternoon.

14   A    Good afternoon.

15   Q    Where do you work?

16   A    Federal Bureau of Investigation.

17   Q    Do you mind, Agent Wheeler, pulling the microphone

18   closer.  What is your title?

19   A    Special Agent.

20   Q    How long have you been a Special Agent with the FBI?

21   A    Approximately 11 years.

22   Q    Do you work with any particular team on the FBI?

23   A    Yes.  I'm assigned to our Violent Crime Task Force with

24   the New York City Police Department, and also the Cellular

25   Analysis Survey Team also known as CAST.

1  Q     As part of CAST, what do you do?

2  A     CAST is a program about 80 agents and Task Force officers

3  across the country specifically trained to analyze call detail

4  records, primarily to locate people; whether it's missing

5  persons or fugitives, other subjects of crimes.  We're also

6  trained to visually depict where we've located these phones

7  and devices on maps.  To provide expert testimony.  And to

8  train other law enforcement officers in doing the same tasks.

9  Q     Did you receive any specialized training to be a CAST

10  agent?

11  A     Yes.  The training process itself lasted about 245 hours

12  over the course of a period of time.

13         So I attended the basic class a few years ago.  That

14  basic class lasted two and-a-half days.  That's an

15  introduction to looking at historical call detail records from

16  the various major cellphone providers:  AT&T, T-Mobile,

17  Verizon.  And after that initial introduction, I attended the

18  advanced class, which lasted for a week.  And was further

19  delving into the historical call details from the various

20  providers, learning the ins and outs of them.  We practice

21  displaying those records on maps and presenting them to our

22  classmates as we went about our analysis.

23         After the advanced class, we had what is called a

24  field training exercise.  Which is four and-a-half days of

25  receiving a case study at its infancy both in the morning and

1    afternoon.  So both in the morning and afternoon you're

2    solving a case from the beginning to its conclusion.  Those

3    are real cases that had been worked by other members of the

4    CAST unit.

5              So we receive basic information that any of

6    investigator would get to start a crime.  Such as, 12-year-old

7    girl wasn't in her room this morning when her parents woke up.

8    This is her phone number.  This is her Instagram account.

9    Take it from there.  And you work that case through its

10   conclusion; ultimately locating that 12-year-old.  And you do

11   that every morning and after afternoon.  And you culminate it

12   by creating a PowerPoint presentation and presenting it to

13   your peers.

14             (Continued on next page.)

15

16

17

18

19

20

21

22

23

24

25

1  EXAMINATION

2  BY MS. CHEN:

3  A    After that field training exercise, a portion of us

4  were selected to continue and go to the certification which

5  is a four-week course spread out in two, two-week periods

6  across two months and that's where we receive intensive

7  training from the providers themselves.

8            So AT&T, T-Mobile, Verizon, and another

9  network that doesn't really operate in the Metro New York

10 City region came and spoke to us about how they maintain

11 their records, what they maintain.  And they also brought in

12 engineers from those companies to explain a little bit to us

13 about how their networks operate and are set up.

14           We also received during that four-week program

15 a certification program, one week of instruction from

16 professors from the Florida Institute of Technology which is

17 a school down in Florida, obviously.  And what those do is

18 they teach college-level courses on radio frequency.

19           So they gave us a one-week course in radio

20 frequency which had a test at the end which we also had to

21 pass in order to move forward to the final culminate project

22 where we again received a case in its infancy.

23           There were various different cases that had

24 been worked previously by members of the CAST Unit.  We

25 requested records, obtained the results, and instead of just

1    finishing at this point after having located the victim, the

2    subject, whatever it was in that particular instance and

3    presenting it, we also did what's called a drive test where

4    we tested and learned how to use other gear and software to

5    further our analysis.  And then we had a moot court that

6    lasted several days in which we all had to present our

7    findings as we would into courtroom, as we are today, and

8    then we were subject to cross-examination by lawyers who had

9    been flown in from various jurisdictions across the country

10   to cross-examine us and then after that, we were certified

11   members of the CAST Unit.

12   Q    And since your certification, well, when were you

13   certified?

14   A    I was certified last September.  So September of 2022.

15   Q    As a CAST agent, have you worked on criminal

16   investigations handled by the FBI?

17   A    Yes, I have.

18   Q    Have you reviewed cell phone records and cell site

19   location data?

20   A    I have.

21   Q    Can you, on a very high level, explain what is a cell

22   site?

23   A    So a cell site acts as a gateway between other cell

24   phones instead of operating like walkie-talkies like the

25   ones we had as kids where one walkie-talkie talks to another

1    walkie-talkie and you have to be generally close to each

2    other to communicate.

3                    Cell sites are like gateways in which one cell

4    phone will send a signal to the cell site where they relay

5    signals and transmissions on to the destination phone number

6    or device.  These cell sites we all know what they look

7    like.  We've seen them on the sides of roads, here in New

8    York City on sides of buildings.  There are various

9    different shapes and formats, but they're essentially a

10   location which has antennas which are directed in certain

11   directions to provide coverage to a given area.

12   Q    And in your work prior to joining CAST, did you use

13   cell site data in connection with your own investigations?

14   A    Yes.  I was assigned to the Violent Crime Task Force

15   pretty soon after graduating from the FBI Academy and among

16   the violations we investigate on the squad are fugitives,

17   kidnappings, armed robberies.  And so, in almost all those

18   investigations, I've used cell sites both to further the

19   investigation to locate people and devices.

20   Q    And, Special Agent Wheeler, have you testified in court

21   before?

22   A    I have.

23   Q    And when you testified, have you testified as an

24   expert?

25   A    I have before, yes.

1   Q    And have you been qualified as an expert in the Eastern

2   District of New York?

3   A    Yes, I have.

4   Q    And did you testify as an expert in the field of cell

5   site data and geolocation data analysis for cell phones?

6   A    Yes, I have.

7              MS. CHEN:  Your Honor, at this time, pursuant to

8   Rule 702, the Government proffers Special Agent Wheeler as

9   an expert in the field of cell site data and geolocation

10  data analysis for cell phones.

11             MR. GOLDBERGER:  No objection.

12             MR. TUNG:  No objection.

13             MR. GOLDBERGER:  No objection.

14             THE COURT:  You are admitted as an expert in those

15  areas.

16  EXAMINATION BY

17  MS. CHEN: (Continuing.)

18  Q    Special Agent Wheeler, in connection with cell sites,

19  do cell phones always connect to the closest cell site to

20  it?

21  A    Not necessarily.  In an ideal situation, yes.  However,

22  the cell site, the way the cellular networks are laid out is

23  they provide areas of overlapping coverage.  Almost the way

24  a sprinkler system would to a really big yard giving

25  overlapping coverage.  The sprinkler covers all the grass so

1    it gets watered and different areas don't receive any water,

2    but you don't want them to overlap so much that two

3    sprinklers are just drowning out the grass which would also

4    kill the grass.

5                    Another thing that's taken into account by the

6    engineers that lay out the networks is the terrain both

7    natural and man made of a given area.  So very tall

8    buildings like we frequently see in Manhattan and the other

9    boroughs those all the affect coverage.  The engineers

10   ensure that when they're setting up their networks, they're

11   setting up areas that every area is covered, there's

12   overlapping coverage between the cell site sectors, and

13   ideally, your phone is going to connect to the closest

14   tower.  However, if that closest tower is maybe just one

15   block away, but between you and that tower is a very tall

16   building then your cell site -- then your phone is going to

17   detect a stronger, clearer, better signal perhaps from a

18   tower slightly further away.

19                   What your cell phone must do, however, is be

20   within the coverage area of a cell site in order to use that

21   cell site.  And so, the coverage area does not extend

22   indefinitely.  So it has a limit and it has a range, and the

23   engineers set up the networks so that my phone won't

24   connect -- won't jump over three separate cell sites to

25   reach a cell site maybe three or four miles away.  That

1  creates interference and interference in cellular networks

2  is what causes our phone calls to drop and our text messages

3  to not go through.  It's a very competitive industry and the

4  providers will do everything they can to avoid that

5  happening so they take great care to ensure that they're

6  minimizing interference and that our phones are operating in

7  the most efficient way possible with the network.

8  Q    Can a cell phone connect to a cell site if there's not

9  a call or a text made?

10 A    So, our phones, regardless of what we're doing, even if

11 they're just sitting within our pocket, our phones are

12 constantly scanning the network to determine which cell site

13 offers the clearest, strongest, best signal.  So that when

14 it comes time to either make a call, receive a call or text,

15 or even use data services, it's just the internet or

16 WhatsApp that our phone is ready and the network is ready to

17 receive them.

18           So there are constant communications between

19 our cell phones and the network.  Measurements are

20 constantly being taken so the cell provider, the cell phone

21 provider, knows approximately how many devices are in which

22 area.  And that's something that engineers use also when

23 they're assessing their network is to ensure are we seeing a

24 large increase in number of devices in this area; if so, we

25 may want to plan to increase coverage if, let's say, an area

1    is being developed that had previously been more remote.

2    Q    If an individual uses a phone application such as

3    WhatsApp or WeChat, would that communication show what

4    particular cell site is being connected?

5    A    No.  So the way data sessions work.  And by "data

6    session," we're referring to anything using the internet

7    whether it's an application like WeChat or WhatsApp, you're

8    going to see in the records a data session that will cover

9    the time of that session.  But the data session is not a

10   single moment in time and the data within.  We cannot

11   determine within the duration of that data session exactly

12   where the phone was to match up with an a time of the WeChat

13   message or an even like an I message, for example.

14   Q    I think you mentioned before reviewing cell phone

15   records; is that right?

16   A    Yes.

17   Q    Those cell phone records, how are -- from whom are they

18   obtained?

19   A    So the cell phone providers maintain these records.

20   They maintain them in the general course of business for

21   various reasons.  One is for billing purposes, right, they

22   want to know, they want to ensure that they can make as much

23   money as they can.  That's one reason or keeping them.

24          The other reason is to their network

25   operability.  So they have to know which cell sites are

1    being used, when they're being used, how often so they can

2    ensure there is adequate coverage within their network to

3    provide coverage for the demand for us consumers.

4              When a cell site starts to even reach 50

5    percent capacity, engineers are already planning how to

6    increase the capacity of that cell site or provide

7    additional coverage to that area because if it gets to even

8    80 percent capacity, they start to consider it a failure on

9    their part to not have already planned for increased

10   coverage because, again, going back to us dropping our calls

11   and not being able to communicate for them that's a failure,

12   a massive failure.

13   Q    Okay.  In connection with your analysis in this case,

14   did you review cell phone records?

15   A    I did.  So any time we make a call or receive a text, a

16   record is generated and those are the records that cell

17   phone companies provide.  And when we as law enforcement

18   serve the phone companies with legal process, they return us

19   certified records that I then analyze to locate devices.

20   Q    Okay.  And in preparation for your testimony today, and

21   your analysis in this case, did you review what was marked

22   as Government Exhibits 301-A, 302-A, 303-A, 304-B, and

23   305-B?

24   A    Yes.  I don't know if they're supposed to be on the

25   monitor or not.

*Wheeler - Direct/Ms. Chen*                    1653

1  Q    They're not yet.

2  A    Then yes.

3  Q    Okay.

4            MS. CHEN:  If we could publish what is in evidence

5  as Government Exhibit 201, it's a stipulation.

6            If we could blow up Paragraphs 1, 2, and 3.

7            Just reading from Paragraph 1.

8            Government Exhibit 301 consists of true and

9  accurate copies of records obtained from T-Mobile U.S. Inc.,

10 which records include toll records and cell tower location

11 information relating to a cellular telephone assigned number

12 (626) 492-3980, another telephone assigned number

13 (646) 284-0329, another telephone assigned number

14 (917) 459-9692, another telephone assigned number

15 (917) 528-5073, and another telephone number assigned

16 (929) 253-9778.

17            Paragraph 2 reads:

18            Government Exhibit 302 consists of true and

19 accurate copies of telephone records obtained from T-Mobile

20 which records include toll records and cell tower location

21 information relating to a cellular telephone assigned number

22 (917) 348-5950.

23            Paragraph 3 reads:

24            Government Exhibit 303 consists of true and

25 accurate copies of telephone records obtained from T-Mobile

1  which records include toll records and cell tower

2  information relating to a cellular telephone assigned number

3  (917) 348-9230.

4          If we can go to Paragraphs 4 and 5.

5          Paragraph 4 reads:

6          Government Exhibit 304 consists of true and

7  accurate copies of telephone records obtained from T-Mobile

8  which records include toll records and cell tower location

9  information relating to a cellular telephone assigned number

10  (929) 360-3467.

11          Paragraph 5 reads:

12          Government Exhibit 305 consists of true and

13  accurate copies of telephone records obtained from Verizon

14  which records include toll records and cell tower

15  information relating to a cellular telephone number

16  (914) 450-9169.

17  Q    Special Agent Wheeler, are exhibits 301-A, 302-A,

18  303-A, 304-B, and 305-B subparts of the exhibits I was just

19  discussing?

20  A    Yes.

21          MS. CHEN:  Your Honor, the Government moves to

22  admit Exhibits 301-A, 302-A, 303-A, 304-B, and 305-B.

23          MS. CONTI:  No objection.

24          COURTROOM DEPUTY:  Was that 303-A, 304-B and the

25  last one?

1          MS. CHEN:  305-B.

2          COURTROOM DEPUTY:  Thank you so much.

3          MS. CHEN:  Of course.

4          (Government's Exhibits 301-A, 302-A, 303-A, 304-B,

5    and 305-B were marked in evidence.)

6    Q    Special Agent Wheeler, do the exhibits I just moved

7    into evidence contain the cell site records that you

8    reviewed in this case?

9    A    Yes.

10   Q    Were you asked by the Government to use those records

11   to determine the approximate location of five phones at

12   certain times between 2017 and 2018?

13   A    Yes.

14   Q    With respect to this case, did you receive any

15   information other than the cell site records we just

16   discussed?

17   A    No.

18   Q    Were you provided locations and certain addresses to

19   add to your mapping?

20   A    Yes.

21   Q    And were you provided just one sentence about the

22   charge of this case to include in your report?

23   A    Yes.

24   Q    Were you involved in any other casework concerning this

25   investigation or this case?

1    A    No.

2    Q    And have you reviewed the indictment in this case?

3    A    I have not.

4    Q    Okay.  Special Agent Wheeler, did you create maps to

5    map out the cell site data you received?

6    A    I did.

7    Q    Can you explain briefly how you created those maps?

8    A    So we take the original certified records from the

9    phone company, we import them into our system which is

10   called ESPA.  I then select particular dates and times of

11   interest and I look at the records, what they show.  And

12   then I create a visual representation of these phones, these

13   devices, at certain dates and times and I input them into my

14   PowerPoint presentation.  And that's pretty much -- so then

15   once I've created the presentation, we also go through the

16   original records for each location and date and time that

17   we've mapped to ensure that they're in the correct location

18   and that everything is as it should be.  And from the

19   software we still have the original records.

20              We also ensure that the cell sites listed in

21   the records from the phone company are plotted at the

22   correct locations in our mapping software.  We do that by

23   cross referencing the original identifier, the unique

24   identifier for each cell site in the cell site database

25   which is populated by cell tower lists maintained and

1  provided to us by the cell phone providers themselves to

2  ensure that the location of each cell site depicted on the

3  maps is accurate.

4  Q    Okay.  And in connection with your analysis, is your

5  report actually peer reviewed?

6  A    Yes.  So after I complete my report, I send it to

7  another member of the CAST Unit to peer review it, that

8  person conducting the peer review essentially goes through

9  the same process I did.  But instead of using our primary

10  system for analysis, ESPA, they use a second program to

11  ensure that a different mapping software is used, a

12  different program is used, and that the results are the

13  same.  They also go line by line through the original

14  records and cross reference them with the cell tower records

15  and the presentation I provided to ensure it's accurate.

16  Q    Just to be clear, that person who conducts the peer

17  review provided any information about this case?

18  A    No.

19  Q    Okay.

20  A    Other than what's listed in my methodology which you'll

21  see that's all they have.

22  Q    Okay.

23        MS. CHEN:  Let me publish just for the witness and

24  counsel what's been premarked for identification as

25  Government Exhibit 442.

*Wheeler - Direct/Ms. Chen*                    1658

1           THE COURT:  All right.

2    Q    Do you see that, Special Agent Wheeler?

3    A    I do.

4    Q    Do you recognize this exhibit?

5    A    Yes.  This is a title page of the presentation I

6    created in conjunction with this case.

7    Q    And how do you know that?

8    A    I recognize what I created and I put my name on it.

9    Q    Okay.  And based on your knowledge, training, and

10   experience in the field of cell site data and geolocation

11   data analysis, do you have an opinion as to whether the maps

12   contained in this report fairly and accurately represent the

13   location of the cell sites that interacted with the phones

14   listed in the report?

15   A    Yes.

16   Q    What is your opinion?

17   A    That my slides are accurate.

18   Q    Okay.

19           MS. CHEN:  Your Honor, at this time, the

20   Government moves to admit Government Exhibit 442.

21           MS. CONTI:  No objection.

22           MR. GOLDBERGER:  No objection.

23           MR. TUNG:  No objection.

24           THE COURT:  Okay.  Yes, Mr. Tung, okay.  Admitted;

25   you may publish.

1           (Government's Exhibit 442 was marked in evidence.)

2           MS. CHEN:  Your Honor, we do have a redacted --

3   we're going to publish a redacted version, if it's okay to

4   hand out an unredacted version for the jurors and counsel.

5           THE COURT:  That's fine.  Are they individual

6   exhibits or are they in a binder?

7           MS. CHEN:  They're individual stapled copies.

8           THE COURT:  Go ahead.

9           (A brief pause in the proceedings was held.)

10          MS. CHEN:  May I proceed, your Honor.

11          THE COURT:  Yes, you may.

12  Q    Special Agent Wheeler, just looking at the cover page

13  now.

14          Is this a report that you prepared?

15  A    It is.

16  Q    And towards the bottom half of the cover page, you see

17  where it says "Accounts Analyzed"?

18  A    Yes.

19  Q    What's listed below that heading?

20  A    Five cellular telephone numbers, four of which are

21  provided for by T-Mobile and a fifth by Verizon.

22  Q    Okay.  If we could turn to page two.

23          Without reading the entire slide, can you

24  explain briefly what's explained on this page?

25  A    Yes.  So this is my methodology that outlines what I

*Wheeler - Direct/Ms. Chen*                    1660

1  did, why I did it, and how I did it.

2  Q    And just to be clear, the last sentence of the second

3  paragraph, do you see it says, "All records mapped reflect

4  the local time zone."

5            Can you explain what that means?

6  A    Yes.  So the providers generally give us the records in

7  UTC time which is Coordinated Universal Time which

8  corresponds to the time in Greenwich, England which,

9  depending on our time zone, whether we're in Daylight

10 Savings Time or Standard Time where either four or five

11 hours apart.  So what we do is we translate them into local

12 time so that we are not sitting up here trying to do math

13 all afternoon.

14 Q    Okay.  Can we go to the next page, please.  And do you

15 see three pictures on this page?

16 A    I do.

17 Q    Can you explain, again, briefly what each picture

18 depicts?

19 A    So all three pictures depict various types of cell

20 sites.

21            So the one on the left is the more traditional

22 one that we've been seeing for years now.  A tall tower with

23 various antennas angled in different directions.  Generally,

24 it seems to be triangular in shape.  Sometimes you see them

25 as a squares, but they're generally triangular so they

1    provide three sectors almost if you think like a circle.

2    Each one would represent 120 degrees.  That's the

3    traditional shall cell site.

4              The one in the middle is what we see more

5    often in places like New York City where there's just a

6    density of buildings that you don't really have the space to

7    create a traditional cell tower.  It would take up a

8    majority of a city block, super expensive for that type of

9    real estate, so the companies will place the antennas on top

10   of existing structures.  And quite often, you'll have a

11   building where you'll is single site cell site with sectors

12   on all corners of the building.  That's what we see here in

13   the center.  This is actually a cell site that was used in

14   my maps that when we get there I'll draw to your attention

15   and I'll refer to it as the center picture on the cell site

16   slide.

17             On the right side, is what's called a

18   Distributed Antenna System.  These are becoming more and

19   more frequent and you'll see them, now that you know what

20   they look like, you'll start to see them everywhere.  But

21   it's essentially a single antenna mounted at the top of a

22   telephone poll or traffic light.  And what you see here in

23   the red dotted box at the top is that antenna.  And then

24   halfway down, right in front of the CVS pharmacy sign, I

25   have another red outlined box which corresponds to the

*Wheeler - Direct/Ms. Chen*                    1662

1    actual radio.  So the radio connected to the antenna, the

2    radio is a little bit further down and the antenna sticks

3    up.

4                   These DAS sites tend to provide coverage to a

5    smaller area and they're really meant to boost coverage.  So

6    they generally are 360 degrees in coverage.  So they don't

7    provide a sector of coverage but they provide coverage in a

8    complete circle generally and to usually a smaller area.  So

9    the cell site -- cell phone providers will put them

10   throughout the city in areas that may be there are a lot of

11   tall buildings and they need to boost coverage in the

12   immediate local area.  And this is also an example of the

13   cell site used on my slides which I will draw your attention

14   to when we get to it.

15   Q    You can turn to the next page, please.

16                   If you could again at a high level explain

17   what this slide shows?

18   A    Yes, so this is a depiction of how we visually

19   represent a traditional sector for a cell site.  You see the

20   two arms pointing at 10:00 o'clock and at 2:00 o'clock.

21   That represents the approximate sector.

22                   Now, again, this is radio frequency so the

23   lines aren't spray painted on the ground.  This is an

24   approximation.  And then you see in the center a shaded

25   area, a wedge.  That is simply to show directionality of the

1    sector in this case.  This is to visually represent the cell

2    sector, in this particular case, is facing due north.  This

3    is not meant to show you the approximate coverage area of

4    that cell site, it's just to show you the directionality.

5    And in the center facing 12 o'clock or due north is an arrow

6    which represents the center point of that sector.  It's

7    called the azimuth and it's represented in the records in

8    degrees.

9    Q   Can we actually publish -- it's in evidence now as

10   301-A.

11                This is an Excel spreadsheet.  So again --

12   there you go.

13                All right.  If we could actually first,

14   Special Agent Wheeler, is this one of the phone records that

15   you reviewed in connection with putting together your

16   report?

17   A   Yes.

18   Q   Okay.  If we can scroll to the right so we can see

19   Columns O through Y.  And do you see some of the information

20   you were just describing as to tower and azimuths?

21   A   Yes.

22   Q   Can you briefly talk about what you're seeing here and

23   how it's reflected in your report?

24   A   So if you look at Columns O and P, for lines 13 and 14,

25   you will see the first LTE site I.D., and the first LTE

*Wheeler - Direct/Ms. Chen*                    1664

1   sector I.D.  And so, Column O is telling us which cell site

2   is being used, while Column P tells us which sector of that

3   cell site is being used.  And then if you go over to

4   Column S, you'll see "First Tower Azimuth," and that's 20.

5   So, again, that's in degrees.  So we'll know that that is

6   pointing north northeast.

7              You'll see on Line 15, instead of using

8   Columns O and P, we're instead of using Columns Q and R to

9   identify which cell site in particular we're using.  And

10  when we look that up, it tells us the sector and it also

11  tells us the azimuth which, again, the azimuth is

12  consistently listed here in Column S.

13             Regardless of which Columns O, P, Q, and R

14  we're using, the latitude and longitude of that specific

15  cell site is always represented here in Columns T and U.

16             We have a corresponding address listed in

17  Columns V, W, X, and Y.  But that's not necessarily the most

18  accurate indicator of where the cell site is actually

19  located.  In New York City, more often than not it is, but

20  in more rural area where there is no cross street, where

21  there is no actual address, they'll put the closest cross

22  street or address.  So we always go by the latitude and the

23  longitude which brings us to a specific point on the map.

24  Q    Okay.  Can we flip back now to Government Exhibit 442

25  which is your report.

1              And specifically, we can look at both Pages 5

2      and 6.

3              Do you see this on your screen,

4      Special Agent Wheeler?

5      A    I do.

6      Q    Again, broadly or generally, what do these two slides

7      depict?

8      A    These two slides show us Verizon and T-Mobile's

9      networks in the greater New York City area.

10             So, on the left, we have the T-Mobile network

11     represented by green dots that are outlined in black.  And

12     on the right, we have the Verizon network which is depicted

13     with red dots circled in black.  And this is the location of

14     all of these cell sites for both providers during the time

15     period that I analyzed.  And you can see, it's hard to see

16     where Manhattan is, but you can tell there's a greater

17     concentration of dots so much so that it almost becomes

18     black, you can hardly see the actual colors of the cell

19     cites anymore because they're so dense in New York City

20     especially Manhattan and lower Manhattan.  Still very dense

21     in Brooklyn and Queens and Harlem.  And as you start to move

22     out to the suburbs of Staten Island, of New Jersey, of

23     Westchester, and Long Island you see the towers become

24     further and further apart.

25     Q    And just to be clear, throughout this report, did you

1    always map T-Mobile cell sites in green and Verizon cell

2    sites in red?

3    A    I did.

4    Q    Okay.  Can we now turn to Page 7.

5              Special Agent Wheeler, does this slide show

6    numbers and names associated with those numbers that you

7    were provided?

8    A    Yes.

9    Q    Okay.  And towards the bottom, the most -- the furthest

10   bottom box, do you see where it says, "Locations Mapped in

11   Report"?

12   A    Yes.

13   Q    Are those locations that you were provided by the

14   Government?

15   A    Yes.

16   Q    Okay.  And for Location 1, does that appear to be an

17   address in Short Hills, New Jersey?

18   A    Yes.

19              (Continued on the next page.)

20

21

22

23

24

25

1   DIRECT EXAMINATION

2   BY MS. CHEN:   (Continuing)

3   Q    Location two, does that appear to be an address in

4   Warren, New Jersey?

5   A    Yes.

6   Q    Skipping down to the pinkish flag with the letter M on

7   it, is that the McMahon residence that appears to be in

8   Mahwah, New Jersey?

9   A    Yes.

10  Q    And can you walk through briefly the other locations

11  mapped that I did not just talk about?

12  A    So there are three green flags.  The first says EX in the

13  middle.  The second says EM in the middle and the third says

14  HE in the middle.  All three of those green flags correspond

15  to various hotels either in New Jersey or New York.

16          EX is the Extended Stay Hotel at 45 International

17  Boulevard in Elizabeth, New Jersey.

18          EM is the Embassy Suites at 95 International

19  Boulevard in Elizabeth, New Jersey.

20          HE is the Hotel Edison at 228 West 47th Street in

21  Manhattan.

22  Q    Can you talk about the purple flag with the letter P on

23  it?

24  A    That corresponds to the Panera Bread located at 770 route

25  17 in Paramus, New Jersey.

1  Q    What about all the way at the bottom, the yellow flag?

2  A    That corresponds with the T-Mobile located at 196-41

3  Northern Boulevard in Flushing, Queens.

4  Q    Okay.  If you look at the top box, phones mapped in

5  report, Do you see that box?

6  A    I do.

7  Q    Are these the specific five phones whose cell site and

8  phone records you reviewed and mapped in this report?

9  A    Yes, and they are color-coded for visual aid so that as

10 we move forward through the report any time you see a number

11 that is written in a specific color or a callout box that is a

12 specific color, it will always correspond to the same phone as

13 depicted here in this glossary.

14       MS. CHEN:  Okay.  We can go to the next page,

15 please.

16 Q    Just reading the top heard here, can you explain what

17 this slide shows?

18 A    Yes.  So here I mapped visually depicted the two most

19 frequent cell sectors used by McMahon's phone ending in 9196

20 between -- in April of 2017, and the dates that this phone

21 used those two sectors was between April 5th and 11th of 2017.

22 Q    Sorry.  Just to be clear, is that a number ending 9169?

23 A    9169, yes.

24 Q    Okay.  And what are the two cell sites that were most

25 frequently used between April 5th and 11th of 2017 by this

1   phone?

2   A    So if you look at the top header, the red box lists the

3   cell ID and azimuth.  The cell ID is the identifier for the

4   specific cell sites and the azimuth shows the directionality

5   again of the cell site.

6           Then, the next row I wrote how many calls and the

7   time period.  So, for example, the Short Hills, the -- the box

8   on the left here that has a yellow box labeled Short Hills,

9   New Jersey, there are approximately 31 calls between April 5th

10  and 10th of 2017.  And this was the most frequent cell sector

11  used by this phone, McMahon's 9169 phone in the entirety of

12  the records.

13          MS. CHEN:  Can we go to the next page, please.

14  Q    Can you explain what this page tells us about the next

15  slide?

16  A    Yes.  So normally, often in CAST we will be given cases

17  that involve a specific crime, a specific time, a homicide, a

18  robbery with a specific date and time and we place a device in

19  the vicinity of that crime scene at the specific date and

20  time.

21          In this case I was asked to look quite often for

22  times when these devices were located in the same general

23  vicinity.  And, so, what I did here for the ease of

24  understanding the flow of the report as I created these title

25  pages, that at the top will tell us the date.  So this is a

Wheeler - direct - Chen                    1670

1   time period of April 3rd to the 7th of 2017, and then in the

2   center, I write what we are about to see on the next slide.

3           So in this particular case the next slide will

4   visually depict the cell sites used by F. Zhu ending in 5950,

5   T. Lan's phone ending in 9230 and H. Jin's phone ending in

6   3467 when all of the devices are in the vicinity of the

7   Extended Stay Hotel and Embassy Suites, both of those are

8   located at International Boulevard in Elizabeth, New Jersey

9   between the dates of April 3rd and 7th of 2017.

10          MS. CHEN:  Let's go to the next slide.

11  Q    Agent Wheeler, I'm going to walk through a couple of

12  things on this slide since it is the first map we are looking

13  at.

14          Do you see these kind of green circles located

15  throughout the map?

16  A    Yes, I do.

17  Q    What do those circles show us?

18  A    As I have also depicted in the legend here in the bottom

19  left corner, those are T-Mobile cell sites.

20  Q    To be clear, do you see the two flags that are green with

21  EX and EN written on them?

22  A    Yes.

23  Q    Again, referring to the legend, what did those show us?

24  A    Those corresponds to the Extended Stay Hotel at 45

25  International Boulevard in Elizabeth and the Embassy Suites

1    located at 95 International Boulevard in Elizabeth, New

2    Jersey.

3    Q    And in this map do you see two circles with A and B on

4    them?

5    A    I do, yes.

6    Q    What do A and B refer to?

7    A    Those are just tower reference markers that I assigned to

8    these two just for ease of understanding, which callout boxes

9    corresponds to which cell sites.

10   Q    Okay.  Looking now to tower reference B, do you see that

11   box?

12   A    I do.

13   Q    Do you see three colors in that box?

14   A    Yes.

15   Q    Does each color denote something different to you?

16   A    Yes.

17   Q    Go ahead.

18   A    Yes.  Each color corresponds to a phone.  So at the top

19   header, I have the three phones F. Zhu ending in 5950, which

20   is written in blue; T. Lan phone ending in 9230, which is

21   written in orange, and H. Jin's phone ending in 3467, which is

22   written in green.  Each callout box corresponds to the

23   corresponding phone with the same color.

24   Q    Look at the blue box under tower reference B, do you see

25   where it says 29 calls, 39 calls/texts and 39 calls?

1    A    I do.

2    Q    Can you explain again what those mean?

3    A    So, in going through the records, I looked at the number

4    of times not only that the cell phone used this particular

5    cell sites and these sectors, but also the number of times

6    that this phone, the F. Zhu phone ending in 5950 corresponded

7    with other numbers of interest in the investigation.

8              So, for example, 29 calls with H. Jin's number

9    ending in 3467, 39 calls or texts with McMahon's phone ending

10   in 9169 and 39 calls with T. Lan's phone ending in 9230.

11   Q    Towards the middle of this page, do you see some of the

12   brackets that we were talking about earlier?  Do those denote

13   the sectors that you were explaining to the jury?

14   A    Yes, those orange show the sector.  Because this is a

15   busy slide in which many cell sites and sectors were used,

16   they overlap, so I have made some of them slightly longer so

17   you can see the colors.  For example, under tower reference A,

18   both the green and the blue phone were there.  Tower reference

19   B, all three phones were there.  So you can better visually

20   understand the records.

21   Q    And based on your mapping on this slide, what, if

22   anything, can you tell about the phones' locations for the

23   Zhu, the F. Zhu, T. Lan, and H. Jin phones between April 3rd

24   and 7, 2017?

25   A    That between April 3rd and 7th of 2017, all three phones

1  were in the vicinity of these two hotels at various times.

2              MS. CHEN:  Okay.  If we could go to the next slide,

3  please.

4  Q    And, again, what does this show or denote to you about

5  what the next slide will be?

6  A    This is the title page saying that on the next slide we

7  are going to see the cell sites used by McMahon's phone ending

8  in 9169, F. Zhu's phone ending in 5950, and H. Jin's phone

9  ending in 3467 on April four of 2017 in the vicinity of the

10  Panera Bread located at 770 Route 17 in Paramus, New Jersey.

11              MS. CHEN:  Okay.  We can go to the next slide.

12  Q    So first I want to direct your attention to the top of

13  the slide here.  Is there a specific time range that is

14  reflected on this slide?

15  A    Yes.  So this slide visually depicts records between 1:27

16  and 2:53 in the afternoon of April 4, 2017.

17  Q    Okay.  Again, are these for three phones:  The McMahon,

18  the F. Zhu and the H. Jin phone?

19  A    Yes.

20  Q    Do you see a flag here with a purple P on it?

21  A    I do.

22  Q    What again does that show us?

23  A    That is the Panera bread, located at 770 Route 17 in

24  Paramus.

25  Q    And can you tell us a little bit about the calls or texts

Wheeler - direct - Chen                    1674

1    that the phone in blue, being the F. Zhu phone, made during

2    1:27 and 2:53 p.m. on this slide?

3    A    Yes.  So between 1:27 and 2:47 p.m., the F. Zhu's phone

4    ending in 5950 --

5    Q    Perhaps it's easier to walk through each cell tower.  I'm

6    sorry.

7    A    Okay.  Sure.

8         In summary, almost every single transaction the F.

9    Zhu phone made during this time period was with the McMahon

10   phone ending in 9169.  But if you look here where I have the C

11   in the center of the slide, the black dot with the white C in

12   the middle corresponds to the callout box directly above it,

13   tower reference C.  And between 1:27 and 1:50, the F. Zhu

14   phone ending in 5950 made or received five text messages, four

15   of which were with McMahon phone ending in 9169.

16   Q    Based on your mapping on this slide, is the cell site

17   data consistent with all three phones:  McMahon, F. Zhu and H.

18   Jin being in the vicinity of the address marked as Panera

19   Bread during this time period?

20   A    Yes.

21   Q    In connection with putting together this slide, did you

22   review phone records for where the red phone, the McMahon

23   phone was prior to making this 2:47 p.m. call to E. Gallowitz?

24   A    Yes.

25   Q    Where was that phone prior to making that call?

Wheeler - direct - Chen                    1675

1  A    So, in my methodology that I state that all maps are

2  oriented towards the north, so keeping that in mind, due north

3  on this slide, there's another cell site further north but off

4  of the map and that is where the McMahon phone was prior to

5  this geographic area in particular.

6  Q    Okay.  And do you know if Mahwah, New Jersey is north of

7  Paramus, New Jersey?

8  A    It is.

9  Q    Okay.  If we could turn to the next slide, please.  What

10  does this show about or denote to you about what is coming up

11  on the next slide?

12  A    So this is going to be a map showing the vicinity of the

13  Short Hills residence and it will show all of the times that

14  the phones for McMahon ending in 9169, F Zhu's phone ending in

15  5950, and H. Jin's phone ending in 3467, the times that those

16  phones were in the general vicinity of the Short Hills, New

17  Jersey residence for the duration of the records I analyzed.

18          MS. CHEN:  Okay.  If we could turn to the next

19  slide, please.

20  Q    Okay.  Did the phones you just described, McMahon, F. Zhu

21  and H. Jin phones, did they connect with what appears to be

22  four cell sites on this map?

23  A    So, yes and no.  Cell sites -- each singular cell sites

24  can often contain multiple cell sites within it.  They are

25  often collocated.  It will be maybe because a cell site hits

1  the antennae it will have multiple cell sites at different

2  level, different angles.  And they are called different cell

3  sites.  It's more of a technicality and more for engineering

4  purposes.  But they are often collocated.  So there were cell

5  sites at four locations that were used by these three phones.

6  Q    Can you just remind the jury what is the time period that

7  is mapped on this slide?

8  A    This is between April 5th and 10th.  And, again, just the

9  times of the cell phones were using cell sites in the vicinity

10 of the Short Hills address.

11 Q    Okay.  And looking at the box, the most upper right box,

12 do you see the cell site that that box corresponds with?

13 A    Yes.

14 Q    Is there any closer cell sites than that cell site to the

15 -- or the residence with the number one flag?

16 A    No.  That is the closest cell sites to the residence.

17 Q    Can you just walk through now for the jury some of the

18 calls and/or texts that were called out in the red, blue, and

19 green boxes in the upper right?

20 A    Yes.  So on April 5th, McMahon's phone ending in 9169 had

21 three calls, one of which was to F Zhu's number and one of

22 which was from E. Gallowitz.

23       On the 6th of April, McMahon's phone ending in 9169

24 had 16 calls, two of which were from F. Zhu and nine of with

25 were with M. Kelly.

1          And on April 10th, McMahon's phone ending in 9169

2    had approximately 12 calls, four of which were with F. Zhu and

3    two of which were from Gallowitz.

4    Q    Going to the blue box.

5    A    The blue box, which represents F Zhu's phone ending in

6    5950, on April 6th had four calls with texts, three of which

7    were with McMahon's phone ending in 9169, and one of which was

8    with T. Lan phone ending in 9230.

9    Q    And going to the green.

10   A    The green box represents H. Jin's phone ending in 3467,

11   which on April 5th used this location for 18 calls, 13 of

12   which were with F Zhu's phone ending in 5950.

13   Q    Okay.  And based on your analysis depicted on this slide,

14   is your analysis consistent with these three phones, the

15   McMahon, the F. Zhu and H. Jin phones being in the vicinity of

16   the number one flag together over April 5th through 10th of

17   2017?

18   A    Yes.  All three phones were in the same vicinity of the

19   Short Hills address, in the same vicinity, yes.

20          MS. CHEN:  If we could go to the next slide, please.

21   Q    And Special Agent Wheeler, can you explain what time

22   period is reflected on this map?

23   A    Yes.  So this is the time that McMahon's phone ending in

24   9169 and F. Zhu's phone ending in 5950 were using a collocated

25   tower on April 6th between 1:03 and 3:16 p.m.

Wheeler - direct - Chen                    1678

1  Q    And this particular cell site that is called out on this

2  slide, is this the same cell site that we saw earlier that was

3  the most frequent cell site used by the McMahon phone?

4  A    Yes.

5  Q    And that was on slide eight?

6  A    Yes.

7  Q    Okay.

8  A    The box on the left-hand side.

9  Q    Okay.  And based on your analysis depicted on this slide,

10 is your analysis consistent with both the McMahon and the F.

11 Zhu phones being in the vicinity of the residence denoted by

12 the number one flag during this time period?

13 A    Yes.

14 Q    Is there an overlapping presence of those two phones?

15 A    Yes.  McMahon's phone ending in 9169 uses this cell site

16 and this sector between 1:03 and 2:36 p.m., while F. Zhu's

17 phone ending in 5950 uses the collocated site in a similar

18 sector between 2:06 and 3:16.  So between 2:06 and 2:36 there

19 was the overlap, the half-hour overlap.

20             THE COURT:  So we are going to take our afternoon

21 break now.  We will start again at 4 o'clock.  Don't talk

22 about the case.  Do don't do any research.  Keep an open mind.

23 Enjoy your break.

24             THE COURTROOM DEPUTY:  All rise.

25             THE COURT:  Can everyone leave their exhibits on the

1    chair.  Sorry about that.

2          You may step down.  Okay, everyone, you have until

3    4:00 when we start again.

4          (Recess taken.)

5          THE COURT:  Have a seat, everyone.

6          THE COURTROOM DEPUTY:  All rise.

7          (The jury enters the courtroom.)

8          THE COURT:  Please be seated, everyone.  And you may

9    resume your examination, Ms. Chen.

10   BY MS. CHEN:

11   Q    Go to page 16, please.

12         Special Agent Wheeler, what does this page signify

13   to you about what the next slide will show?

14   A    On the next slide I will visually depict the cell site

15   used by the M. McMahon phone ending in 9169 and Z. Kuang phone

16   ending in 0329 for the duration of the records available in

17   the vicinity the Warren, New Jersey address.

18         MS. CHEN:  Okay.  If we could go to the next slide,

19   please.

20   Q    Again, what are the time periods looking at the header

21   here at the top?

22   A    So the available records for the M. McMahon phone that I

23   analyzed ending in 9169 corresponds to April of 2017 and the

24   Z. Kuang phone ending in 3029, which depicted here in gray,

25   those records were from the time period of September of 2018.

Wheeler - direct - Chen                          1680

1    Q    Okay.  And is there a two flag the Warren, New Jersey

2    address or home you were provided?

3    A    Yes.

4    Q    For the red McMahon phone, can you read the kind of calls

5    denoted here on tower reference A on April 6th, 10th, and

6    11th?

7    A    Yes.  So the McMahon phone ending in 9169 used this cell

8    sites and a couple of sectors of it on 4/6 for three calls,

9    two of which were with M. Kelly and one of which was to F.

10   Zhu's phone.

11            On April 10th, it used the cell site for 25 calls,

12   11 of which were with E. Gallowitz.

13            And on April 11th of 2017, McMahon's phone used the

14   cell site five times for calls, one of which was from E.

15   Gallowitz.

16   Q    And on September 4, 2018, did the Kuang phone ending in

17   0329 use the same site as that by McMahon for the calls you

18   just described?

19   A    Yes.

20   Q    For the respective time periods, does this analysis show

21   that the phones were in the vicinity of the Warren, New Jersey

22   address?

23   A    Yes.

24            MS. CHEN:  If we can go to the next page.

25   Q    And what time period is reflected on this page?

1  A     So this is a time period of April 6th to the 11th of

2  2017.

3  Q     Okay.  And looking at tower reference B, do you see the

4  circle with a B on it?

5  A     I do.

6  Q     Is that the cell sites that you flagged as one of the

7  most frequented cell sites by the McMahon phone during this

8  time period?

9  A     No, it's actually tower reference A.

10  Q     I see.

11  A     The 125-degree sector was the second most common cell

12  site sector used by McMahon ending in 9169 for the entirety of

13  the records.

14  Q     And is this analysis consistent with the McMahon phone

15  being in the vicinity of the Warren, New Jersey address for

16  this time period, April 6th through 11th of 2017?

17  A     Yes.

18  Q     And while in this vicinity, who were the persons, based

19  on what's listed here, that the McMahon phone was in contact

20  with during this time period?

21  A     M. Kelly, E. Gallowitz, and F. Zhu.

22  Q     If we can go to the next slide and, again, what does this

23  slide depict?

24  A     So like the previous slide, this slide is a portion of

25  slide 17 where both the McMahon and the Kuang phones were

1   shown together.  Slide 18 showed simply McMahon's records.

2   And this slide, slide 19 shows simply Z. Kuang's records in

3   the vicinity of the Warren address.

4   Q    And does this show a single call made on 1:01 p.m.?

5   A    Yes.

6   Q    And, again, when that call was made, was the Kuang phone

7   in the vicinity of the Warren, New Jersey address?

8   A    Yes.

9   Q    If we could go to slide 20.  Okay.  What does this slide

10  show?

11  A    So this next slide is going to show us the entirety of

12  the records of McMahon's phone ending in 9169 on April 6th of

13  2017.

14           MS. CHEN:  Okay.  And if we could go then to page

15  21.

16  Q    So what is the time period captured on this slide?

17  A    8:13 in the morning to 6:26 in the evening.

18  Q    And do you see three flags on this particular slide?

19  A    Yes.

20  Q    Beginning with the one at the top, do you see a purple M

21  flag?

22  A    Yes.

23  Q    Is that address in Mahwah, New Jersey?

24  A    Yes.

25  Q    Do you understand that address to be the McMahon

Wheeler - direct - Chen                              1683

1  residence?

2  A    Yes.

3  Q    Going down to one, is that again the Short Hills address

4  we've been seeing on other slides?

5  A    Yes.

6  Q    And for slide two, is that the Warren address we have

7  been seeing on other slides as well?

8  A    Yes.

9  Q    Do you see the red dots on this slide that appear to be

10  numbered?

11  A    Yes.

12  Q    Can you explain to the jury what that means?

13  A    So when you are showing a summary like this of an entire

14  day's worth of records, if I were to show the sectors, it

15  wouldn't add much benefit.  What it would do is visually

16  confuse the screen and the map.

17         So what I have shown here is the cell sites used,

18  not the sectors.  Each cell site is represented by a red dot

19  and in chronological order I numbered the cell sites that were

20  used.  So where you see a red dot with a number one, that

21  corresponds to the first cell sites used that day.  The second

22  is going to be labeled as two and so on.

23         It goes up to ten.  So the tenth cell site was the

24  last one used.

25  Q    So using these numbered red cell sites, can you explain

Wheeler - direct - Chen                    1684

1  the movement of the McMahon phone on April 26, 2017?

2  A    Yes.  So I'm going to touch the screen to illustrate the

3  movement because, again, we're looking at a whole day's worth

4  of records.

5        So the first cell sites used is at 8:13 in the

6  morning and that is southwest of the McMahon residence.

7        The second cell site, which is the red dot labeled

8  number two, that was used between 8:20 and 8:25 a.m.

9        The third cell sites labeled as number three, which

10  is further southwest was used at 8:44.

11        And then we come to cell site four, which was seen

12  on previous slides, that is -- first of all, the closest

13  geographically -- the geographically closest cell site to the

14  Short Hills address and is also the most frequent cell site

15  and sector used by McMahon's phone for the duration of the

16  records.

17        On this day, April 6th, McMahon's phone used this

18  cell site between 9:12 in the morning and 2:36 in the

19  afternoon.

20        The next cell site that was used is to the southwest

21  labeled as number five at 3:02 in the afternoon.

22        The next cell site that was used was used between

23  3:05 and 4:18.  That's label number six, and that is just west

24  of the Warren address, which also corresponds with the second

25  most frequent cell site and sector used by McMahon's phone for

1   the entirety of the records, and that was used again between

2   3:05 and 4:18 p.m.

3           And you have another cell site that was used during

4   the same time period labeled number seven, it appears like it

5   is due south of the flag, but that's just because it's very

6   zoomed out.  It's actually the cell site we looked at in

7   previous slides just to the northeast of the Warren address,

8   and McMahon's phone used that cell site between 3:25 and 5:11

9   in the afternoon.

10          The next cell site used by McMahon's phone on April

11  6th is labeled as number 8, and that one was used at 5:18 p.m.

12          The next time a cell site is used was at 5:51 and

13  that is labeled No. 9.  And this is again to the northeast of

14  the Warren address.

15          And the last time is right here, just south of the

16  magenta flag denoting the McMahon residence.  This one I've

17  unfortunately written over, but that's Route 17, the white dot

18  underneath my initials circled there, that cell site is

19  located on Route 17, and it was used by McMahon's phone at

20  6:26 in the afternoon.

21  Q    Okay.  Are there specific cell sites from your analysis

22  on this map where the McMahon phone spent a longer duration of

23  time during this day on April 6th?

24  A    Yes.  From the records, the records appear to indicate

25  movement for the majority of the day, except between 9:12 and

1  2:36, which is also the vicinity of the Short Hills address,

2  and between 3:02 and 5:11 p.m., which is in the vicinity of

3  the Warren address.

4          MS. CHEN:  Okay.  If we could go to the next slide,

5  please.

6  Q    And Agent Wheeler, is this on the same day, April 26,

7  2017?

8  A    Yes.  And, in fact, it's just a zoomed in version of the

9  previous slides, highlighting these two areas where the phone

10 used cell sites in the same location for an extended period of

11 time.

12 Q    Uh-hum.

13 A    The cell sites are labeled with the same numbers as the

14 previous slide.

15         So in the top right corner, cell site No. 4 was used

16 between 9:12 and 2:36.

17         This time I have added in the sectors.  Cell site 6,

18 7, 5, 6, and 7 were used between 3:02 and 5:11, and that is in

19 the vicinity of the Warren address.

20         And then we have this one No. 8, which was used at

21 5:18.  And if you'll recall from the previous slide, this

22 phone begins to move to the northeast, again, towards the

23 vicinity of the residence in Mahwah.

24 Q    Again, is this consistent then with the movement of the

25 phone beginning near the flag one, traveling down towards the

1  flag two and then kind of traveling back due northeast?

2  A    Yes.

3  Q    Who, if anyone, did the McMahon phone contact using the

4  specific cell sites that are mapped on this particular slide?

5  A    Among the people contacted were M. Kelly and F. Zhu.

6         MS. CHEN:  Okay, we can go to the next slide,

7  please.

8  Q    And what does this tell us about the next slide?

9  A    The next slide will show the cell sites used by F. Zhu's

10 phone ending in 5950 and T. Lan's phone ending in 9230 on

11 April 7, 2017 between 7:22 and 11:13 in the morning.

12        MS. CHEN:  Okay.  If we can go to page 4.

13 Q    Looking at the top, what is the specific time period

14 reflected on this map?

15 A    Here I've broken down the time period from our title

16 slide.  The time period here focuses on 7:22 to 8:55 a.m.

17 Q    Okay.  And do you see two colors on this particular

18 slide, blue and orange?

19 A    Yes.

20 Q    And do you see that the blue and orange times for these

21 calls are actually the same exact times?

22 A    Yes, which means these two phones were calling each

23 other.

24 Q    And is that reflected as well in your notations in the

25 callout boxes?

1    A    Yes.

2    Q    So based on your review of these particular three calls,

3    what, if anything, does it tell you about the movement of,

4    let's start with the F. Zhu phone?

5    A    So when these calls began between F. Zhu and T. Lan, F.

6    Zhu's phone was in the vicinity of INTERNATIONAL BOULEVARD

7    just out of the Newark Liberty Airport in Newark, New Jersey,

8    which is an area we've previously looked at in terms of this

9    presentation.

10   Q    And what happens between the 7:22 call and the 7:45 call?

11   A    So the F. Zhu phone by the 7:45 call with T. Lan's is on

12   the approach to the Lincoln Tunnel from the New Jersey

13   Turnpike or I-95.

14   Q    And then at the 8:55 call, where is the Zhu phone?

15   A    The Zhu phone is then in the vicinity of Hotel Edison in

16   midtown Manhattan.

17   Q    Just to be clear, the green EX flag, do you see that at

18   the bottom left?

19   A    I do.

20   Q    Is that for the Extended Stay Hotel that you spoke about

21   earlier?

22   A    Yes.  And it's covering up the EM flag for the Embassy

23   Suites since both are located so close to each other.  At this

24   level of detail, they're too close to be separated, the flags

25   at this point.

1  Q    Okay.  Reviewing the orange phone now, the T. Lan's

2  phone, what, if anything, does the mapping of that phone tell

3  you about its location?

4  A    That the T. Lan's phone used cell sites located in the

5  vicinity of Hotel Edison for all three calls.

6               MS. CHEN:  Okay.  If we can go to page 25 now.

7  Q    And now what time period does this map show?

8  A    So this shows between 9:01 and 9:21 a.m., and that is

9  callout activity for both F. Zhu's phone ending in 5950 and T.

10 Lan's phone ending in 9230.

11 Q    And during this time period, which is about 20 or so

12 minutes, are both of these phones in the same vicinity?

13 A    Yes.  Both phones are using cell sites within the general

14 vicinity of Hotel Edison.

15 Q    And Hotel Edison, is that denoted here with the green

16 flag HE?

17 A    It is, yes.

18 Q    Okay.  And can you just explain a little bit about kind

19 of the density of the green dots we are seeing on this

20 particular map?

21 A    So this is midtown Manhattan.  And as you would expect,

22 we are due north of Times Square.  We are looking at the Port

23 Authority, Bryant Park, Fifth Avenue.  There are cell sites on

24 almost every corner as you can see.  So they are very, very

25 dense.  It's a very densely populated area and this cellular

1  network reflects that density.

2  Q    Okay.  And do you see where or close to where I tried to

3  write an arrow, do you see an intersection there of 50th

4  Street?

5  A    Yes.

6  Q    And Broadway?

7  A    Broadway is not listed, but, yes, that's Broadway.

8  Q    Okay.  Is that intersection a couple blocks away from the

9  flag that you have marked as HE, Hotel Edison?

10  A    It's about three -- it's three street blocks and about

11  half an avenue block northeast of Hotel Edison, yes.

12          MS. CHEN:  Okay.  And if we can go to the next

13  slide.

14  Q    Again, what is the time period for this particular map?

15  A    So this map shows us activity between 9:52 and 11:13 a.m.

16  This time it's only the F. Zhu phone ending in 5950, as there

17  was no activity to depict on the T. Lan's phone ending in

18  9230.

19  Q    Again, can you explain the green dots on this map?

20  A    The green dots are the T-Mobile network and the red dots

21  are those cell sites used by F. Zhu's phone during this time

22  period.

23  Q    And going to the red dot on the bottom right.  Does that

24  appear to be in the vicinity of any particular landmark?

25  A    Yes.  The cell sites used -- the cell site used by F.

Wheeler - direct - Chen                    1691

1   Zhu's phone between 10:28 and 11:13 a.m. is located at JFK

2   Airport.  And although this map is very difficult to see and

3   it's very hard to see even the Hotel Edison flag in Midtown

4   Manhattan because it blends in with the dot, I kept the cell

5   site on here to illustrate that the cell site to JFK are

6   intended to serve JFK Airport and not the surrounding

7   neighborhood, but the surrounding neighborhoods have cell

8   sites that cover those areas, and the ones at JFK really are

9   centered to provide coverage.

10          MS. CHEN:  Okay.  If we could go to the next slide.

11  Q    Is this a clean version without the cell sites depicted

12  of what we were just looking at?

13  A    Yes, it is.

14  Q    And what, if anything, does this slide tell you about the

15  movement of the F. Zhu phone between 9:52 and 11:13 a.m.?

16  A    That the phone moved from the cell site used at 9:52 in

17  the vicinity of Midtown Tunnel and the next cell site used by

18  F. Zhu's phone at 10:28 and for the duration until 11:13 a.m.

19  was at JFK Airport.

20  Q    And Special Agent Wheeler, I believe the last couple

21  slides we were just looking at were all for April 7, 2017; is

22  that right?

23  A    That is true, yes.

24  Q    Having reviewed these slides now, what, if anything, does

25  this data show us about the movement of the F. Zhu phone?

1  A     That the F. Zhu phone moved from the vicinity of the

2  Newark Liberty International Airport through Midtown Manhattan

3  and down to the JFK International Airport within approximately

4  three-and-a-half hours.

5           MS. CHEN:  Okay.  If we could go to the next page.

6  Q     And what does this show us?

7  A     So this slide is going to show us another summary of when

8  the phones corresponding with F. Zhu, T. Lan and H. Jin were

9  in about a third of a mile of Hotel Edison in Midtown

10  Manhattan between April 7th and 9th of 2017.

11           MS. CHEN:  Okay.  If we could turn to the next page,

12  please.

13  A     So as I'm sure you can imagine, there was an extensive

14  amount of data of the number of times that I had to visually

15  depict these three phones within a third of a mile of Hotel

16  Edison.  So what I chose to do here is instead of calling out

17  each individual cell site and the times that each phone used

18  that cell, I broke it down by phone number.

19           So on the left side, we have a column, a couple of

20  columns, and you see the blue is all grouped together.  So you

21  can see the cell towers, the cell sites that the Zhu phone

22  ending in 5950 used.

23           And where it says tower, I have various towers in

24  the various colors on the map.  So if a cell site was used

25  only by the Zhu phone like, for example, cell site 8, which is

1   in the top right corner of the slide, the dot is only blue.

2   However, if you move a little bit to the south, you'll see

3   cell site B has a blue dot and is surrounded by an orange dot,

4   which means it was used both by the Zhu phone and by the Lan

5   phone.

6           And then moving a little bit further to the

7   southwest, you see cell site tower reference E, which has a

8   blue dot, an orange dot, and a green dot.  And that shows that

9   that cell site was used by all three phones during this time

10  period.

11  Q    Okay.  And, again, looking at the box now on the left,

12  what are the phones that the blue, orange, and green phones

13  are in contact with between April 7th and 9th as depicted on

14  this slide?

15  A    So the contacts that these phones were in contact with,

16  the F. Zhu phone was in contact with McMahon, with T. Lan and

17  with H. Jin.  The T. Lan phone was in contacted with F. Zhu.

18  And the H. Jin phone was in contact with F. Zhu.

19  Q    And do you see a cell tower E depicted here?

20  A    Yes.

21  Q    Is that actually at 50th or very close to 50th Street and

22  Broadway?

23  A    Yes.  That is the one you made the yellow arrow at on the

24  previous slide.

25  Q    Okay.  If you go to tower E in the callout box, do you

Wheeler - direct - Chen                              1694

1    see where it states 16 calls/texts?

2    A    I do.

3    Q    Can you just read below that who those calls or who some

4    of those calls and texts were made to or from?

5    A    So for the F. Zhu phone, between April 8th and 9th, of

6    the 16 calls and texts, 12 were with McMahon, one was from T.

7    Lan, and one was to H. Jin.

8              (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    BY MS. CHEN:

2    Q    We can go to the next slide.  What does this tell us

3    about the upcoming slide?

4    A    So this is going to show us the cell-sites used by F.

5    Zhu's phone ending in 5950 between April 10 and 11 in the

6    vicinity of the TD Bank at 196-41 Northern Boulevard in

7    Flushing.

8    Q    Let's go to page 31.  Again what is this date range here

9    reflected on this map?

10   A    April 10 to the 11.  You can see two cell-sites were used

11   by F. Zhu's phone.  Two sectors off of one cell-site, then the

12   cell-site in the center-left area depicted by the circle is

13   that DOS site that I talked about on my cell-site example

14   slide that provides 360-degree coverage.

15        The blue circle around the cell-site here, does not

16   depict the coverage area of that DOS site.  It's just meant to

17   show the directionality and it provides 360-degree coverage;

18   as opposed, to sectorized coverage.

19   Q    Do you see the yellow flag in the middle of the page?

20   A    Yes.

21   Q    What does that denote?

22   A    A location of the TD Bank at 196-41 Northern Boulevard in

23   Flushing, Queens.

24   Q    What is the neighborhood under the yellow flag there?

25   A    Auburndale.

WHEELER - DIRECT - CHEN                                      1696

1   Q     Is that a neighborhood in Queens?

2   A     Yes.

3   Q     Looking to the call-out box out here on the upper right,

4   do you see that?

5   A     I do.

6   Q     Can you walk through the texts that are reflected in the

7   bottom portion of this call-out box?

8   A     The bottom portion or the both portions?

9   Q     Both portions.

10  A     The top portion depicts an azimuth of 140 degrees.  So

11  that is going to be the sector facing the southeast.  And on

12  April 10, between 11 and 11:28 a.m., F. Zhu's phone had ten

13  text messages or used the cell-site for ten text messages all

14  of which were with McMahon.

15          And the other sector, the next box, with an azimuth

16  230 degrees, which points to the southwest, F. Zhu's phone

17  used that sector on April 10 at 10;59 in the morning and 5:46

18  in the evening for two texts, both of which were with McMahon.

19  Again on April 11 between 8:26 and 8:31 in the morning for

20  five texts, all of which were with McMahon.

21  Q     Is the Zhu phone using this particular cell-site, the one

22  that is a little bit upper right, is it consistent that a

23  phone using that cell-site would be in the vicinity of the TD

24  Bank that is flagged in yellow?

25  A     Yes.

WHEELER - DIRECT - CHEN                    1697

1        MS. CHEN:  One moment, your Honor.

2        THE COURT:  All right.

3        MS. CHEN:  No further questions.

4        THE COURT:  Thank you, Ms. Chen.

5   CROSS-EXAMINATION

6   BY MS. CONTI:

7   Q    Good afternoon, Ms. Wheeler.

8   A    Good afternoon.

9   Q    I want to make sure I understand your testimony.  Can we

10  publish what is previously admitted as Government Exhibit 442,

11  and the Government has graciously offered to help me with the

12  exhibit.  Can we go to page 14?

13       Ms. Wheeler you're saying that the cell tower

14  records, the phone records and the maps that you've been

15  discussing, show that Mr. McMahon was in the vicinity of the

16  address in Short Hills, New Jersey on April 5, April 6, and

17  April 10, 2017.  Correct?

18  A    That's what this slide depicts, yes.

19  Q    But the map does not show that Mr. McMahon was in the

20  vicinity of the Short Hills, New Jersey address on April 7 or

21  8, 2017.  Correct?

22  A    That's correct.

23  Q    This map shows the number of calls that Mr. McMahon made

24  or received while in the vicinity of the address in Short

25  Hills New Jersey on April 5, April 6, April 10, 2017.

1    Correct?

2    A    Yes.

3    Q    But neither of these cell tower data, the cellphone

4    records, or your maps show us anything about the contents of

5    the calls.  Correct?

6    A    That is true.

7    Q    Of course, the map shows what it does because Mr. McMahon

8    used his own cellphone, correct?

9    A    I don't know.  That was the number and the name provided

10   to me.

11   Q    That's the number (914)450-9169, correct?

12   A    Yes.

13   Q    The records do not show that Mr. McMahon used WhatsApp or

14   WeChat, correct?

15   A    Those would not be reflected on the records I have access

16   to.  Those records would be used to make a record with any of

17   those providers, applications, you would use a data session

18   and the data session does not parse out individual locations

19   and times that would correspond to messages.

20   Q    Going back to page ten of Exhibit 442.  The cellphone

21   records, the cell tower records, and your maps do not indicate

22   that Mr. McMahon was in the vicinity of the Extended Stay

23   Hotel and the Embassy Suites in Elizabeth, New Jersey between

24   April 3rd, April 7, 2017.  Correct?

25   A    Correct.

1    Q    Going to page 12.  The cellphone records, the cell tower

2    records, and your maps, do confirm that Mr. McMahon, Johnny

3    Zhu, and Hongru Jin was at Panera Bread in Paramus on

4    April 24, 2017.  Correct?

5    A    What the records show is that all three phones were in

6    the vicinity of the Panera Bread, yes.

7    Q    I'm going to page 17 of Exhibit 442.  The cellphone

8    records, the cell tower records, and your maps confirm that

9    Mr. McMahon was in the vicinity of the address in Warren, New

10   Jersey on April 6, April 10, April 11, 2017.  Correct?

11   A    That's what this map shows, yes.

12   Q    But not on April 7 or April 8, 2017.  Correct?

13   A    No.

14   Q    This map also shows that Mr. McMahon either made or

15   received calls on April 6, April 10, April 11, 2017 while in

16   the vicinity of the Warren, New Jersey, address.  Correct?

17   A    Yes.

18   Q    Again, the cellphone provider records, the cell tower

19   records, and your map, do not show the subject of these calls,

20   correct?

21   A    No, those are never reflected, content is never reflected

22   in the call detail records.

23   Q    Once again, this shows that Mr. McMahon used the phone

24   number (914)450-9169.  Correct?

25   A    Yes.

1  Q    You did not create a map detailing Mr. McMahon's location

2  activities after April 11, 2017, correct?

3  A    I looked at the entirety of the records.  I think the

4  last day I was asked to map was April 11.

5  Q    Okay.  Going back to page 17 of Exhibit 442.  Points A,

6  B, C show Mike in the vicinity of the address in Warren on

7  April 6, April 10, April 11.  Correct?

8  A    By Mike you mean McMahon's phone?

9  Q    Sorry about that.  Yes.

10  A    Could you repeat the question?

11  Q    Yes, sorry about that.

12        Points A, B, C on page 17 show that Mr. McMahon was

13  in the vicinity of the address in Warren on April 6, April 10,

14  April 11.  Correct?

15  A    Yes.  In this particular case I think tower reference C

16  may correspond more to movement towards or away from the

17  address than presence at the actual address.  I think the

18  presence in the vicinity of the address is reflected more by

19  tower references A and B.

20  Q    And tower reference to you shows Mr. McMahon at a

21  different location in Warren, New Jersey, correct?

22  A    Not a different location, different coverage area.  A

23  different cell-site was used, yes.

24  Q    Do you know whether point D was in the vicinity of the

25  Warren police department?

1    A    I don't know.

2    Q    You didn't look into any locations within the vicinity of

3    point D other than the address in Warren, correct?

4    A    I drove by the general location; but not every street,

5    no.

6    Q    You weren't asked to look into any locations other than

7    the address in Warren, correct?

8    A    Not in Warren, no.

9    Q    Mr. McMahon either made or received one call while in the

10   vicinity of tower D on April 11, 2017, correct?

11   A    Yes.

12   Q    Were you asked to look at Mr. McMahon's calls with the

13   phone number (973)564-7011?

14   A    May I refer to the glossary page?

15   Q    Yes, of course.

16        (Witness reviewing document.)

17   A    Can you repeat the phone number?

18   Q    (973)564-7001.

19   A    That was not one of the numbers that was culled out to me

20   as one to be coordinated.

21   Q    What about (908)753-1146?

22   A    No.

23   Q    Just one more set of questions.

24        Did you observe any calls between Mr. McMahon and

25   the Tu Lan phone number?

1  A    I would have to go back and look at the original records.

2  Q    Do you recall observing any calls between Mr. McMahon and

3  Tu Lan?

4  A    I can't say.  I looked at thousands of lines of data.

5  Q    Do you recall whether you observed any calls between

6  Mr. McMahon and the Hongru Jin phone number?

7  A    I can't say without looking at the records.

8  Q    Do you recall observing any calls between Mr. McMahon and

9  the Z. Kuang phone number?

10 A    Without looking at the record, I can't say.  But I'll be

11 happy to pull them up.

12 Q    One last question.  I'm going to page 17 of the record,

13 442.

14        This map depicts calls from the McMahon phone number

15 and the Z. Kuang phone number in the vicinity of the Warren

16 address, correct?

17 A    Yes.

18 Q    But the cell-site data calls for Mr. McMahon and Z. Kuang

19 were one year apart, approximately, correct?

20 A    Almost a year and-a-half, yes.

21        MS. CONTI:  Thank you.  No further questions.

22        THE COURT:  Thank you.

23        MR. GOLDBERGER:  A few, your Honor.

24        THE COURT:  Go ahead.

25 CROSS-EXAMINATION

1    BY MR. GOLDBERGER:

2    Q    Good afternoon, Agent Wheeler.

3    A    Good afternoon.

4    Q    Would you look at the first page at Exhibit 0442, which

5    you've been referring to.  And do you see on the top of the

6    page where it says:  One background?

7    A    No.

8    Q    Let me start over again.

9         There came a time when you were assigned the task

10   that you did and that you've testified about; is that correct?

11   A    Yes.

12   Q    When was that?

13   A    I believe it was in April of this year.

14   Q    So certainly within the last three months?

15   A    Yes.

16   Q    Who assigned that you task?

17   A    I received a request from the United States Attorney's

18   Office for the Eastern District of New York.

19   Q    Did you have discussions with various members of the

20   United States Attorney's Office about the job that you were

21   assigned?

22   A    Primarily one AUSA.

23   Q    Which one?

24   A    Irisa Chen.

25   Q    Did you meet Ms. Chen at the United States Attorney's

WHEELER - CROSS - GOLDBERGER                    1704

1    Office here in the Eastern District of New York?

2    A    I did not.

3    Q    How did you have contact with her?

4    A    It was either by phone or over WebEx.

5    Q    You had a -- did you have a discussion about the case

6    itself, forgetting about what your particular assignment is?

7    A    Not really.  Very minimal details were provided.  I was

8    just asked to look at the records that they were going to send

9    me, certain dates and times, and contact between the phones in

10   question.

11   Q    Okay.  There was clearly in your mind certain phones that

12   you were instructed or told to take a look at carefully in

13   terms of making this report?

14   A    Yes.  I was provided with actual records for certain

15   phones.

16   Q    Would you -- I'm going to read you something.

17         By the way, you made this report and the report was

18   dated May 25, 2023; is that correct?

19   A    That's correct.

20   Q    Is that correct?

21   A    Yes, that's correct.

22   Q    You submitted that to the United States Attorney's Office

23   on that date?

24   A    Yes.

25   Q    Then did you have meetings with the various assistants,

1  including Ms. Chen, after that date?

2  A    Yes, I think we had a maybe two or three.

3  Q    Were there any changes that were suggested to you that

4  should be made in the report?

5  A    There were certain pages that we, they said I could take

6  out.  I took those pages out.  And they did ask on the

7  particular slide that was really busy where I had all the

8  cell-sites, they did say it might be helpful to have one

9  without the cell-sites.

10 Q    What pages were asked -- withdrawn.

11       Who asked you to take out pages?

12 A    It was the case team on the call.

13 Q    How many pages were taken out of the report?

14 A    One or two.

15 Q    Referring to first page of the report.  I'm going to read

16 you something, you tell me if this is a correct reading and

17 understanding of the report.

18       It says as follows:  One background the Federal

19 Bureau of Investigation, FBI, Cellular Analyst Survey Team,

20 the Cast.

21       You're a member of CAST?

22 A    I am.

23 Q    It was requested by the United States Attorney's Office

24 for the Eastern District of New York to analyze cellphone

25 records for -- then it lists five numbers -- (646)284-0329,

WHEELER - CROSS - GOLDBERGER                1706

1  (914)450-9169, (917)348-5950, (917)348-29230 (sic), and

2  (929)360-3467, the target cellphones.  And then, by the way,

3  in parentheses it says before the next sentence, it says in

4  parentheses, quote, target cellphones; is that correct?

5  A    Yes.

6  Q    The next line is:  Target cellphones are to believed to

7  be associated with the conspiracy to act as agents of a

8  foreign Government and interstate stalking in 2017 and 2018.

9  Correct?

10 A    Yes.

11 Q    You wrote that?

12 A    Yes.

13 Q    So is it correct that the five numbers that you were

14 given as the target cellphones were these five numbers?

15 A    So target cellphones is consistent through all of my

16 reports in CAST.

17 Q    Just answer my question.  Were these the five numbers

18 that you were given as target cellphones in this case?

19 A    I was given additional records as well.

20 Q    When you say you were given additional records, does that

21 mean that they were not target cellphones, the other records

22 that you were given?

23 A    So the target cellphones refer to the phones that were

24 actually mapped in my report, as opposed to the ones the

25 United States Attorney's Office told me were target

1  cellphones.  The United States Attorney's Office didn't

2  provide me with information about which was a target

3  cellphone, which may have been a victim cellphone.

4        For the purposes of CAST, we refer to them as target

5  cellphones; they are the targets of our product, our analysis.

6  Q    On page seven of this exhibit it says at the top of the

7  page:  Map, location and phone lists.

8        Then it says in the first box:  Phones mapped in

9  report.  It gives the numbers.  It gives the provider.  It

10 also gives the associated name.  Correct?

11 A    Yes.

12 Q    The name that it gives, which as I understand it, correct

13 me if I'm wrong, is the phone number associated with that

14 particular name; is that correct?

15 A    The name written in associated name column?

16 Q    Yes.

17 A    That is the name provided to me by the United States

18 Attorney's Office.

19 Q    How does that relate to the number on the left side -- is

20 that the number for that individual?

21 A    Yes.

22 Q    For whatever reasons, these are the five individual

23 people that you were basically told to investigate in terms of

24 their phone calls in the time period that you were involved.

25 Correct?

WHEELER - CROSS - GOLDBERGER                1708

1   A    No.

2   Q    Okay.  There were other people as well?

3   A    I was provided more records than just these five.  In

4   looking at specific dates that the United States Attorney's

5   Office asked me to look at, the maps I created only had

6   records mapped for these five phones.  Which is why I have a

7   separate box in the center of phones that were not mapped but

8   were referenced in the report.

9   Q    Right.  So let's take a look at that second box.

10           It says:  Phones not mapped but referenced in the

11  report.  This there is a number on the second line

12  (626)492-9380.  It says:  C. Chaohong.  Is that correct?

13  A    Yes.

14  Q    Where does that come from?

15  A    I actually have records for that phone number.  And that

16  name was provided to me by the United States Attorney's

17  Office.

18  Q    Where is that -- do you know where the person who has

19  that phone number, where that person was living at the time?

20           MS. CHEN:  Objection.

21           THE COURT:  Overruled.  If you know.

22  A    I don't know.

23  Q    What was done to check out that phone number beyond what

24  is in this box?

25           MS. CHEN:  Objection.

WHEELER - CROSS - GOLDBERGER                    1709

1    THE COURT:  Sustained as to form.  I'm not sure what
2   that means.
3         By her?
4         MR. GOLDBERGER:  Yes.  In the sense, did you
5   follow-up with any other information or try to gain any other
6   information about that phone number?
7         THE WITNESS:  No, that is not my role.
8   Q    I'm not asking you what your role was.  I'm asking what
9   you did?
10        THE COURT:  Sustained.  You asked her the question.
11  She said it wasn't her role.
12  Q    It appears from what you testified that there was a phone
13  call that was made by a Vincent Kuang on September 4 or 5; is
14  that correct?
15        MS. CHEN:  Objection.  If we could clarify what
16  year.
17        THE COURT:  That's fair.  What year are we talking
18  about?
19        MR. GOLDBERGER:  2018.
20  A    I don't know which direction the call was, but there was
21  a call on September 4, 2018 by that phone, yes.
22  Q    It appears that Vincent Kuang's phone number and Chen
23  Chaohong's phone number communicated, the phones communicated,
24  with each other.  You don't know who made the call, but they
25  communicated with each other on September 4 of 2018.  Correct?

WHEELER - CROSS - GOLDBERGER                 1710

1    A    I can answer that question if we can look at that slide.

2    Q    Take a look.  You have the exhibit in front of you.  Take

3    a look at whatever you need to look at.

4              MS. CHEN:  For the record, I think it's page 19 that

5    Mr. Goldberger is referring to.

6              THE COURT:  Thank you for expediting that.  Page 19.

7    A    On September 4, 2018, Z. Kuang phone ending in 0329

8    called C. Chaohong's phone at 1:01 p.m.

9    Q    So you know that it was Kuang's phone that called Chen's

10   phone, not the other way around?

11   A    Yes.

12   Q    How do you know that?

13   A    I looked at the records.

14   Q    Okay.  So do you have any phone calls or records that

15   show a Congying Zheng making phone calls on that date?

16   A    The reason I looked at this particular phone call and

17   highlighted this phone call, was it was made in the vicinity

18   of the Warren address.  I'm happy to pull up the original

19   records and answer that question, but I would need to look at

20   the original records.

21   Q    Did you go over your testimony with Ms. Chen before you

22   testified?

23   A    Yes.

24   Q    For how long?

25   A    The less than two hours.

1    Q    On only one occasion?

2    A    No, combined on a couple of occasions.

3    Q    When was it that you were first assigned the task of

4    doing this work?

5    A    I believe it was April 2023.

6    Q    The report was submitted on May 25?

7    A    Yes.

8    Q    Did you have discussions with Ms. Chen or any other

9    assistants prior to the time that you filed your report?

10             MS. CHEN:  Objection.  Asked and answered.

11             MR. GOLDBERGER:  I haven't asked that question,

12   Judge.  That's an important question.

13             THE COURT:  Overruled.  Go ahead and answer.

14   A    Yes.  Since the time that we first discussed the case up

15   until the time that I'm sitting here today, I've been in

16   contact with the United States Attorney's Office.

17   Q    Were you asked at any time to or given a phone number of

18   Mr. Zheng, Congying Zheng, to check out whether or not he made

19   any phone calls during the period of time that you were doing

20   this report?

21   A    I don't remember if I was provided records for that phone

22   number.  I would be happy to go back and look at what was

23   produced, but other than that I can't remember.  There were a

24   lot of phones in this case.

25   Q    There were only five that were that you designated as

1  sort of target phones; is that correct?

2  A    There were five that I ended up mapping.  I was provided

3  with more records that didn't appear in the maps.

4  Q    Who decided what would be target phones, you or the

5  prosecutors office?

6  A    So I think you're confusing target phones with a law

7  enforcement term of, a target of my investigation, which would

8  be the subject of my investigation.

9         In this context I was provided with various records

10  for various numbers.  I was given dates of interest and

11  locations of interest.  In my mapping software I input all of

12  the records that I have.  I look to see which phones were in

13  the vicinity of those locations on those dates and times, and

14  those are what ended up in my maps.

15         Those what I call the target phones, because they

16  were the target -- not of the investigation, because I don't

17  have any knowledge of that -- but the targets of my analysis

18  and my maps.

19  Q    Were you asked at any time, Agent Wheeler, to investigate

20  further the phone number of Chen Chaohong?

21  A    No, because I'm not an investigator in this case.

22  Q    Do you know whether or not any other agent in California

23  or anywhere else was asked to investigate Chen Chaohong's

24  phone?

25         MS. CHEN:  Objection.

1        THE COURT:  Sustained.  Beyond the scope.

2        MR. GOLDBERGER:  No other questions, your Honor.

3        THE COURT:  Thank you.  Redirect?

4        MS. CHEN:  I think Mr. Tung --

5        THE COURT:  Mr. Tung, do you have any questions?

6        MR. TUNG:  I don't have any questions.

7        THE COURT:  Any redirect?

8        MS. CHEN:  No, your Honor.

9        THE COURT:  Thank you.  You're free to go.

10       (Whereupon, the witness was excused.)

11       MR. HEEREN:  Brief sidebar?

12       THE COURT:  Sure.

13       (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar                                                    1714

1          (Sidebar conference.)

2          MR. HEEREN:  If it's okay with the Court, we'd like

3    to request permission to formally rest tomorrow morning so we

4    have an opportunity to check the exhibits.  I've spoken to

5    Mr. Goldberger and Mr. Lustberg, and they have no objection to

6    that.  I have not had an opportunity to ask Mr. Tung.  But if

7    Mr. Tung has no objection, and the Court has no objection,

8    we'd like the opportunity.  We anticipate resting first thing

9    in the morning; and counsel can begin right away.

10          THE COURT:  I'm assuming you're not contemplating

11   another witness.

12          MR. HEEREN:  No.  Purely to check the exhibits.  And

13   if there is a minor issue, to correct it by talking to counsel

14   and making the record clear.  But not to call any witnesses.

15          THE COURT:  That's fine.  But for the jury's sake, I

16   want to tell them that it's anticipated the Government will

17   rest in the morning.  And the defense, if they decide to, will

18   provide their evidence, which should not consume the whole

19   day.

20          Just to give them some idea, because they've been

21   asking whether they need to be make arrangements next week,

22   that would be after Monday which is a holiday.  Through

23   Ms. Gonzalez I've reassured them that we think they should get

24   the case no later than Thursday morning, assuming summations

25   are all of Wednesday, and advising them about the law.  I'm

Sidebar                                                      1715

1    hoping that is a pretty safe estimate.  I want to at least

2    give them some guide posts.  But I'm going to tell them that

3    we anticipate you'll rest in the morning.

4               MR. GOLDBERGER:  Could we get a handle on your

5    Honor's plans?  We were thinking that we would close after a

6    conference on the requested charge.

7               THE COURT:  That would be tomorrow afternoon.

8               MR. GOLDBERGER:  And we close on Wednesday morning?

9               THE COURT:  Correct.

10              MR. GOLDBERGER:  Both sides?

11              THE COURT:  Yes.  I assume they won't take more than

12   a day; everyone should get their summations in.

13              MR. LUSTBERG:  We can talk about this after they are

14   gone, I want to know how you want to handle some of the charge

15   conference.

16              (End of sidebar conference.)

17              (Continued on the next page.)

18

19

20

21

22

23

24

25

Proceedings                                1716

1          (In open court.)

2          THE COURT:  Good news, ladies and gentlemen.  We

3    are done for today in terms of presentation of any evidence.

4    And it is expected that the first thing tomorrow morning the

5    Government will rest, basically formally close their case.

6    They want to make sure they didn't miss any piece of paper or

7    get in something that should have formally.  Because once

8    they close, they can't reopen.

9          Then the defense may, but is not required to, put on

10   evidence.  It is anticipated that some part of the day,

11   however, will be used by one or more defendants to put on some

12   evidence.  But no one expects it to go all day tomorrow.

13         And then if we end early, I will then take up some

14   matters outside your presence, you'll be free to go home,

15   before we have closing arguments on Wednesday morning.

16         So that's my expectation.  Assuming that that goes

17   most of the day, and I'm able to instruct you on the law,

18   there is a good chance you could have the case to start

19   deliberating by the end of Wednesday.  That may be optimistic,

20   but no later than Thursday morning.  I know some of you were

21   curious about the schedule.  That's what I anticipate, but

22   things can come up.  That's what we expect.

23         Have a wonderful evening, everyone.  Do not talk

24   about the case.  Do not do any research.  Keep an open mind.

25   We're getting close to the end.

Proceedings                                          1717

1          THE COURTROOM DEPUTY:  All rise.

2          (Jury exits the courtroom.)

3          THE COURT:  Everyone can be seated.  I think

4    Mr. Lustberg you wanted to ask how the charge conference would

5    work?

6          MR. LUSTBERG:  Just very basic question.  There are

7    two additional charges that we are going to propose.  I can

8    tell you what they are; at least one, the other I'm on the

9    fence.

10          You won't be surprised to hear that we're going to

11    propose a charge on multiple conspiracies.  I want to put it

12    in writing for the Court.  That's going to be the standard

13    Sand charge, but I'll put it in writing so you have.  I'll

14    circulate to all counsel.

15          Contemplating a charge in light of our discussion

16    this morning with regard to Mr. Finning, about a missing

17    witness.  Same thing, and you'll have those, we'll get it to

18    everybody so everybody can consider it in plenty of time

19    before the conference.

20          Other than that, what I wanted to ask the Court

21    was -- by the way, I think that charge is great.

22          There is a couple of tweaks that I'm going to

23    propose.  Do you want those in writing?  Or -- they are true

24    tweaks.  We can do them at the conference.  I didn't know how

25    you want to hand it.

Proceedings                                    1718

1        THE COURT:  With respect to the proposed charges,

2   obviously, put those in writing and file them tonight so we

3   can see them.

4        MR. LUSTBERG:  I have them already.

5        THE COURT:  One question in that regard.  When you

6   say missing witness, the instructions already include a

7   general instruction that the Government certainly is not

8   required to call all individuals who are mentioned.  There is

9   often an equally-available-witness-charge.  I don't think that

10  would necessarily apply here.  And typically that's not

11  helpful to the defense, because the argument is that the

12  Government may have greater ability to call certain witnesses.

13  That might be applicable here with someone who would need to

14  be immunized probably before he would testify.  So what are

15  you thinking about in terms of missing witness charge?

16        (Continued on next page.)

17

18

19

20

21

22

23

24

25

*Proceedings*                                                    1719

1          (In open court; 5:06 p.m.)

2          MR. LUSTBERG:  That's what I meant.  Exactly what

3    you just described.  There is a charge that is in the books

4    about a situation just like this where the Government has

5    the capacity to immunize a witness and we don't.  And so,

6    there is the jury can be instructed to draw whatever

7    inference there is from that fact.

8          To be honest with you, as I said, I'm still

9    looking at that language and if we think it's appropriate,

10   we'll provide it to the Court.  So this is just a tiny bit

11   premature but that's just to give you some insight into what

12   I'm thinking about it's a charge that we found in the Sand

13   book and that's why we're thinking about it.

14         THE COURT:  Okay.  While you're thinking about it,

15   and this is just my preliminary reaction to it, but

16   obviously I'm open to hearing more if you decide to propose

17   one.

18         One is I think an instruction along those lines

19   would be at odds with the other instruction which I think is

20   the law that the Government isn't required to call all

21   witnesses who might have information relevant to the case.

22         So suggesting that somehow the jury should infer

23   anything from the fact that they decided not to call Finning

24   who would have to be immunized in order to be called I think

25   is, A, contrary to that general instruction that they're not

*Proceedings*                                                    1720

1    required to call everyone.  And B, I think raises

2    speculation that Yong is necessarily helpful to either side

3    that somehow he engaged in criminal conduct, right, if you

4    want to mention the notion of immunity.  And C, I guess,

5    gets us into this realm of immunity which is a strange

6    concept strange, meaning, foreign to the jury and I'm not

7    sure worth introducing.

8         I guess the last thing I'll say about it is it

9    seems that Finning's testimony, and even the broader issue

10   of whether or not Mr. McMahon's request to Agent Finning,

11   and it's not entirely clear to me that that's been firmly

12   established.  There was only the one witness who said that

13   she received a request to do a search.  And obviously, the

14   Government will argue that that had to be from Mr. McMahon

15   asking Agent Finning.

16        But I don't think even that relationship between

17   Mr. McMahon and Agent Finning has been established.  But,

18   obviously, there's a logical inference to be made because of

19   the information that was produced and was requested, the

20   search that was requested.

21        But putting that evidentiary tenuousness aside, it

22   seems to me the point even that the search was somehow

23   improper is really a tangential one.  So I don't know if I

24   want to introduce an instruction that focuses so heavily on

25   this witness who wasn't called by either side and maybe

*Proceedings* 1721

1   because of an immunity issue.  So that's my preliminary

2   thoughts on it.

3            MR. LUSTBERG:  I appreciate the preliminary

4   thoughts.  I hope that those preliminary thoughts are truly

5   preliminary and be open mined if I decide to go the other

6   way.

7            THE COURT:  Of course.

8            MR. LUSTBERG:  And I do appreciate and I

9   acknowledge that there may be some inconsistency or tension

10  between that and other instructions and that's why I wanted

11  to did a little bit more research and Ed radioing before I

12  propose to.

13           So I just was kind of laying it out so that the

14  Court had some sense going in but I we may find tomorrow

15  morning that I don't know I don't do that.

16           THE COURT:  Fair enough, I appreciate the heads

17  up.  But in answer to your request about little tweaks just

18  raise it tomorrow.  So what we'll do, and the Government is

19  probably more familiar with my process than you are, but I

20  basically -- we start at the beginning and I say:  Whoever

21  has some comments, suggestions, objections on any page, name

22  your first page and we just go through the instructions

23  serially or chronologically.  And so, whenever your tweak

24  comes up, you say:  On Page 25, I have a tweak and then we

25  discuss it.

*Proceedings*                                              1722

1      Any bigger change, though, substantive ones, I

2  would appreciate you fooling Mr. McMahon's process and then

3  submitting something in writing; for example, if you really

4  want to make a major change to an instruction or suggest an

5  instruction a wholly new one or ask for a removal of one

6  that you think is going to be controversial be better if you

7  wrote on it, okay?  I think that's all.

8      The other thing is we're going to post tonight a

9  verdict sheet.

10      MR. LUSTBERG:  Got it.

11      THE COURT:  Okay, right, you all have your phones

12  on so you all saw it, right, instantaneous.  So please take

13  a look at that, though, and tell me if there is anything you

14  want me to change about that.

15      Okay?

16      MR. HEEREN:  Your Honor?

17      THE COURT:  Yes.

18      MR. HEEREN:  Couple of quick questions.

19      The first is:  Can we please have the witnesses

20  that are going to be called tomorrow by defense counsel.

21      MR. LUSTBERG:  I promise.  As soon as we're -- I

22  can tell you now or I can do it on the record or I can just

23  inform you afterwards as I said I would.

24      THE COURT:  You can inform them afterwards but I

25  actually to want to talk about what's going to happen just

*Proceedings*                                                    1723

1  in terms of schedule I'm assuming, Mr. Lustberg, based on

2  what you just said is you're the lead-off presenter for the

3  defense to the extent anyone's presenting witnesses.

4          And so, you anticipate having?

5          MR. LUSTBERG:  Three.

6          THE COURT:  Three, okay.

7          MR. LUSTBERG:  Two very short and then

8  Mr. Gallowitz who you've seen would be the third witness.

9  And I'll tell who the short ones are because they may have

10  not have heard of them.

11         THE COURT:  That will take us through a couple of

12  hours in the morning, I think.

13         MR. LUSTBERG:  Couple hours maybe more than -- I

14  think the total of my directs of them will be five minutes,

15  five minutes, 25 minutes.

16         THE COURT:  And then right, and we'll go through

17  this again in a minute with the defendants, but right new

18  you don't anticipate Mr. McMahon testifying?

19         MR. LUSTBERG:  That's correct.

20         THE COURT:  So Ms. Wong and Mr. Goldberger, do you

21  anticipate putting on any evidence?

22         MS. WONG:  No, your Honor.

23         THE COURT:  Not calling your client?

24         MS. WONG:  No, your Honor.

25         THE COURT:  Okay.  Then, Mr. Tung, we did get your

*Proceedings*                                                    1724

1   filing which has a couple of Chinese language documents in

2   it.

3            What do you plan to do?

4            MR. TUNG:  Actually, I think we will share a

5   witness.

6            THE COURT:  Is there a microphone near you?  Yes.

7            MR. TUNG:  Your Honor, actually me and

8   Mr. Goldberger we share one witness attorney Shi.

9            THE COURT:  Okay.

10           MR. TUNG:  So the exhibits are put if he wants to

11  use or he may have some other things.  I'm only interested

12  in the retainer agreement.  It's the entire document.  I

13  gave you everything with a cover letter in Chinese but I'm

14  not going to intend to ask him any questions in the Chinese

15  cover e-mail.

16           THE COURT:  Okay.  So, for the court reporter, the

17  person, the attorney, is S-h-i, attorney Shi.  I think the

18  first name is Liping.  So that name will presumably come up

19  tomorrow because that's one of the witnesses.

20           MR. LUSTBERG:  Correct.

21           THE COURT:  Okay.  Obviously, if the attorneys are

22  going to testify about these documents, I'll wait to hear

23  the testimony.  I just want to make the observation that

24  neither the exhibits provided by Mr. Tung that are

25  agreements are executed.  So these seem to be form.

*Proceedings*                                    1725

1        MR. TUNG:  Your Honor, those agreements were

2   presented by attorney Shi to my client through the e-mail.

3   So I presume that the Shi will testify that she prepared at

4   least one of her retainer agreement, and the retainer

5   agreement was from Detective McMahon.

6        THE COURT:  My observation is the same.  None of

7   these are executed, so I don't know if they come in.

8   They're also partly in Chinese.  So I don't know, I mean, I

9   guess you can still put them in just to show that they have

10  exist, but if you wanted the jury to understand what's in

11  them, obviously, that's going to be a problem.

12        But I'll wait to see what she says, the only thing

13  I am observing is that neither of these are fully executed.

14        MR. TUNG:  Correct, your Honor.  The other thing

15  is, I don't know how you're going to handle this because,

16  obviously, some of the questions will touch on her

17  communications with my client and we will consent to waive

18  our attorney-client privilege.  So I do not know how you're

19  going to handle this at the beginning or make a statement.

20  I don't know how this is going to be handled.

21        THE COURT:  Okay.  So let's handle that now

22  because I do want to think before I let you all go which is

23  I want to address all of the defendants and make sure you

24  understood that as has been said throughout the trial as a

25  criminal defendant, you have a constitutional right not to

*Proceedings*                                                      1726

1  testify and not put on any evidence and the jury cannot hold

2  that against you.  In other words, the Government will not

3  be allowed to argue to the jury that they should convict you

4  based in any way on the fact in a you didn't testify or

5  didn't put on any evidence.  So you can remain completely

6  silent and you could not put on any evidence whatsoever and

7  the Government couldn't consider that against you.

8              So do you understand that, Mr. McMahon.

9              MR. MCMAHON:  Yes.

10             THE COURT:  Mr. Zheng.

11             MR. ZHENG:  Yes.

12             THE COURT:  He said yes.

13             Mr. Zhu, do you understand.

14             MR. ZHU:  Yes.

15             THE COURT:  Okay.  Now, conversely, you absolutely

16 from the right to testify, if you choose to do so,

17 voluntarily in your own defense.

18             So you understand that, right, Mr. McMahon?

19             MR. MCMAHON:  Yes, I do.

20             THE COURT:  Mr. Zheng?

21             MR. ZHENG:  Yes.

22             THE COURT:  Mr. Zhu?

23             MR. ZHU:  Yes.

24             THE COURT:  No one can prevent you from testifying

25 not even your own lawyers even if you want to testify.

*Proceedings*                                          1727

1          Do you understand, Mr. McMahon?

2          MR. MCMAHON:  Yes.

3          THE COURT:  Mr. Zheng?

4          MR. ZHENG:  Yes.

5          THE COURT:  Mr. Zhu?

6          MR. ZHU:  Yes.

7          THE COURT:  Now, have you discussed, Mr. McMahon,

8   with your attorneys whether to testify or not in your own

9   defense?

10          MR. MCMAHON:  Yes, I have.

11          THE COURT:  And have you made a decision in that

12  regard?

13          MR. MCMAHON:  Yes.

14          THE COURT:  And that is?

15          MR. MCMAHON:  Not to testify.

16          THE COURT:  Okay.  Obviously, you could always

17  change your mind so you're not locked into that.  But I just

18  want to make sure that you you've spoken to your lawyers

19  about that?

20          MR. MCMAHON:  Yes, I have.

21          THE COURT:  And you feel like you've had enough

22  time to do that?

23          MR. MCMAHON:  Yes.

24          THE COURT:  Mr. Zheng, the same questions for you.

25  Have you --

*Proceedings*                                                    1728

1          MR. ZHENG:  Yes.

2          THE COURT:  S you've spoken to your lawyers about

3     whether to testify odder not, correct.

4          MR. ZHENG:  Yes.

5          THE COURT:  And it's your decision not to testify.

6          MR. ZHENG:  Yes.

7          THE COURT:  Okay.  Again, you can always change

8     your mind at any point before the trial ends.

9          Do you understand that?

10          MR. ZHENG:  Yes.

11          THE COURT:  You do understand?

12          MR. ZHENG:  Yes.

13          THE COURT:  And no one can prevent you from

14     testifying, do you understand that?

15          MR. ZHENG:  Yes.

16          THE COURT:  Okay.  And finally, Mr. Zhu, do you

17     understand that you have the absolute right to testify?

18          MR. ZHU:  Understood.

19          THE COURT:  And you've talked to your lawyer about

20     whether to testify or not?

21          MR. ZHU:  Yes.

22          THE COURT:  And do you feel like you've had enough

23     time to do that?

24          MR. ZHU:  Yes.

25          THE COURT:  And have you made a decision about

*Proceedings*                                           1729

1   whether to testify or not at this time?

2            MR. ZHU:  I'll think about it.

3            THE COURT:  Okay.  So you haven't yet made up your

4   mind, correct?

5            MR. ZHU:  Correct.

6            THE COURT:  So that's your prerogative.  You can

7   let us know tomorrow what you decide.

8            MR. ZHU:  Okay.

9            THE COURT:  But you understand that you have the

10  right to testify or not to testify, and it's entirely your

11  decision and not your lawyer's decision but yours.

12           Do you understand that?

13           MR. ZHU:  Yes.

14           THE COURT:  Okay.  All right.  So someone had

15  asked me just now.

16           MR. TUNG:  Attorney-client privilege.

17           THE COURT:  So, Mr. Zhu, your lawyer has

18  represented to me that because your lawyer, Ms. Shi Liping.

19  Ms. Shi is going to testify tomorrow that you're willing to

20  waive your attorney-client privilege to allow her to testify

21  about what you and she may have discussed in your privilege

22  conversations that's relevant to this case.

23           Do you understand what I've said so far?

24           Let the record reflect that the defendant was

25  consulting with Mr. Tung, his lawyer.

*Proceedings*                                          1730

1           THE INTERPRETER:  What's the answer?

2           MR. ZHU:  May I ask?

3           THE COURT:  You can ask whatever.  Hold on one

4    second.

5           You know what, before you ask me anything if you

6    can translate that part.  Let me just start off by

7    explaining a couple principles to you.  The just to make

8    sure you understand.

9           Whenever you retain a lawyer, the conversations

10   you have with your lawyer for the most part are protected or

11   privileged.  No one can force you to disclose them.

12          Do you understand that?

13          MR. ZHU:  Yes.

14          THE COURT:  So the advice your lawyer gives you is

15   privileged and the information you provide to your lawyer in

16   these private communications with your lawyer are

17   privileged.

18          Do you understand that?

19          MR. ZHU:  Yes.

20          THE COURT:  Now, other than some exceptions, which

21   aren't worth going into here, no one can force you to

22   divulge those privileged communications.  And no one can

23   force your attorney to divulge those privileged

24   communications.

25          So, for example, the Government couldn't put your

*Proceedings*                                                      1731

1   lawyer on the stand, Ms. Shi, and say:  Tell us everything

2   that you and Mr. Zhu discussed in your private

3   attorney-client conversations.  But you, as the client, can

4   waive that privilege or give it up.

5           Do you understand?

6           MR. ZHU:  Understood.

7           THE COURT:  Sorry.

8           MR. ZHU:  Understood.  That's fine.

9           THE COURT:  If you think it's in your interest in

10  this case to have Ms. Shi disclose and testify about the

11  conversations that you and she had or any advice that she

12  gave you as your attorney, you can waive the privilege and

13  let her speak.

14          MR. ZHU:  (In English) Yes.

15          THE COURT:  You understand?

16          MR. ZHU:  (In English) Yes.

17          THE COURT:  It's your decision alone to make, you

18  control the privilege.

19          Do you understand?

20          MR. ZHU:  (In English) Okay.

21          THE COURT:  If you decide you don't want her to

22  divulge any confidential communication, then she cannot.

23          Do you understand that?

24          MR. ZHU:  (In English) Okay.

25          THE COURT:  Even if your current attorney,

*Proceedings*                                           1732

1   Mr. Tung, thinks it's in your best to have Ms. Shi testify

2   about your privileged communications you don't have to agree

3   with him; it's still up to you.

4           MR. ZHU:  (In English) Okay.

5           THE COURT:  Do you understand?

6           MR. ZHU:  (Through the Interpreter) Understood.

7           THE COURT:  Your lawyer, Mr. Tung, your lawyer in

8   this case, Mr. Tung, has said that he thinks you should

9   waive that privilege or he thinks you will waive that

10  privilege.  But I want to hear from you directly whether or

11  not you do want to waive any attorney-client privilege you

12  have with respect to your discussions with attorney Shi.

13          MR. ZHU:  Yes, that's okay.

14          THE COURT:  So you do want to do that?

15          MR. ZHU:  Okay.  (In English) Yeah, yeah.

16          THE COURT:  I'm going to accept that

17  representation for now but again if you change your mind

18  tomorrow, just let your attorney Mr. Tung know and he'll put

19  that on the record and Ms. Shi won't be allowed to testify

20  in violation of your privilege.

21          Do you understand?

22          MR. ZHU:  (In English) Okay.  Okay.

23          THE COURT:  So it's about 5:25.  I'm going to let

24  you all go for the day.  Bear in mind one thing.  I'm

25  hopeful that we'll be able to start our charge conference

*Proceedings*                                          1733

1  early tomorrow because the day may end early in terms of

2  evidentiary presentation.  But even if it doesn't end early,

3  we're going to do that charge conference as we must tomorrow

4  so plan accordingly in terms of your personal lives.

5           MR. HEEREN:  Your Honor, two very quick things.

6           The first is I just wanted to ask the Court to

7  remind counsel about the need for counsel, defense counsel,

8  to provide any interpreters that might be needed their

9  witnesses.

10          THE COURT:  Yes.  Right.  I know that, Mr. Tung,

11 you had expressed some concern before but I gather that,

12 hang on, Mr. Zhu isn't testifying and does Ms. Shi speak

13 English.

14          MR. LUSTBERG:  Yes, your Honor.

15          THE COURT:  So, Mr. Tung, it's not an issue for

16 you; right?

17          MR. TUNG:  Right.

18          THE COURT:  Okay.  And, of course, Mr. Lustberg,

19 you understand your obligation to provide interpreters as

20 needed for your witnesses.

21          MR. HEEREN:  And I think we just didn't get the

22 third witness, we got two.  We didn't hear the third

23 witness.

24          MR. LUSTBERG:  We just sent you some 26.2 material

25 or it's being sent.  His name is Paul Brickfield and I

*Proceedings*                                                    1734

1  can -- he's an attorney who referred -- was involved in

2  referring this matter to Mr. McMahon.

3          THE COURT:  Okay.  All right.  Anything else from

4  either side before I let you all go?

5          Government?

6          MR. HEEREN:  One second, your Honor.

7          (A brief pause in the proceedings was held.)

8          MR. HEEREN:  I guess, for the sake of clarity, is

9  there -- since this person is an attorney -- is there any

10 waived needed there between Mr. McMahon and Mr. Brickfield?

11         MR. LUSTBERG:  No.

12         THE COURT:  I gather their relationship wasn't

13 attorney-client.

14         MR. LUSTBERG:  Absolutely not.  By the way, for

15 what it's worth, Ms. Shi was never retrained either you.

16 So, I mean, I appreciate the whole colloquy but I'm not sure

17 any of it was relevant.  That's why that document that you

18 referenced was unsigned because she was never actually

19 retained.

20         THE COURT:  Okay.  I got a different impression

21 from what Mr. Tung said.

22         MR. LUSTBERG:  I understand that.

23         THE COURT:  All right.  So that was an nonissue

24 but at least.

25         MR. LUSTBERG:  It was fully aired.

Proceedings                                    1735

1            THE COURT:  There we go.  Anything from you,

2     Mr. Lustberg?

3            MR. LUSTBERG:  No, your Honor.  Thank you.

4            THE COURT:  Ms. Wong or Mr. Goldberger?

5            MR. GOLDBERGER:  No, your Honor.

6            THE COURT:  Mr. Tung, anything else?

7            MR. TUNG:  No, your Honor.

8            THE COURT:  See you folks at 9:00 a.m. tomorrow

9     morning.

10           (WHEREUPON, this matter was adjourned to June 13,

11    2023, at 9:00 a.m.)

12

13                        *    *    *

14

15

16

17

18

19

20

21

22

23

24

25

1736

<u>**I N D E X**</u>

<u>**WITNESS**</u>                                                    <u>**PAGE**</u>

**CHARITY DAVIS**

    DIRECT EXAMINATION BY MS. CHEN                1509

JESSICA O'CONNOR

    DIRECT EXAMINATION BY MS. BONOMO              1524

    CROSS-EXAMINATION BY MR. LUSTBERG            1537

    REDIRECT EXAMINATION BY MS. BONOMO           1549

    RECROSS-EXAMINATION BY MR. LUSTBERG          1551

**MARCUS RIVERA**,

    DIRECT EXAMINATION BY MS. CHEN               1552

    CROSS-EXAMINATION BY MR. LUSTBERG            1600

    CROSS-EXAMINATION BY MR. TUNG                1603

**ELAINA GRAFF**

    DIRECT EXAMINATION BY MS. ARFA               1611

    CROSS-EXAMINATION BY MR. GOLDBERGER          1639

ELIZABETH WHEELER

    DIRECT EXAMINATION   BY MS. CHEN             1642

    CROSS-EXAMINATION BY MS. CONTI               1697

    CROSS-EXAMINATION BY MR. GOLDBERGER          1702

1737

1                          **E X H I B I T S**

2

3

4       Government's Exhibit 503
                                                              1519
        Government's Exhibits 408A and 408H                   1530
5
        Government Exhibit 408I                               1544
6
        Government Exhibits 408C and 408D                     1548
7
        Government ExhibitS 403A - 403N, 404A, 404B,
8       436A                                                  1555

9       Government's Exhibits 432-A and 433-A                 1591

10      Government's Exhibit 452                              1596

11      Government Exhibit 443                                1629

12      Government's Exhibits 301-A, 302-A, 303-A,
        304-B, and 305-B                                      1655
13
        Government's Exhibit 442                              1659
14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 238 of 275 PageID #:
06122023 US v McMahon et al. 21-cr-265 (PKC)
4301
1

**#**

**#210** [1] - 1557:6

**$**

**$1,000** [3] - 1581:10, 1582:4, 1582:18
**$19,145** [1] - 1590:20
**$2,000** [2] - 1576:25, 1577:1
**$5,000** [4] - 1560:20, 1568:5, 1605:10, 1605:22
**$5,600** [3] - 1604:9, 1605:16, 1605:19
**$5,945** [1] - 1566:18
**$6,000** [1] - 1563:10
**$600** [2] - 1605:11, 1605:21

**0**

**0329** [3] - 1679:16, 1680:17, 1710:7
**04/27** [1] - 1588:12
**04/28** [4] - 1583:25, 1584:25, 1585:12, 1585:13
**0442** [1] - 1703:4
**0505-2** [1] - 1625:3
**07078** [1] - 1606:17
**07102** [1] - 1501:24
**0S** [2] - 1556:3, 1556:4

**1**

**1** [7] - 1532:14, 1583:21, 1584:20, 1595:20, 1653:6, 1653:7, 1666:16
**10** [13] - 1577:24, 1579:13, 1580:3, 1695:5, 1695:10, 1696:12, 1696:17, 1697:17, 1697:25, 1699:10, 1699:15, 1700:7, 1700:13
**10-1-16** [1] - 1558:4
**10/5** [1] - 1562:17
**10013** [1] - 1502:2
**1018** [3] - 1556:19, 1603:8, 1603:18
**1026** [1] - 1555:15
**10:00** [1] - 1662:20
**10:01** [1] - 1574:7
**10:13** [1] - 1580:4
**10:28** [2] - 1691:1, 1691:18
**10:59** [1] - 1696:17
**10th** [7] - 1579:7, 1669:10, 1676:8, 1677:1, 1677:16, 1680:5, 1680:11
**11** [18] - 1568:14, 1580:24, 1582:6, 1614:14, 1626:14, 1642:21, 1680:12, 1695:5, 1695:10, 1696:12, 1696:19, 1699:10, 1699:15, 1700:2, 1700:4, 1700:7, 1700:14, 1701:10
**11201** [2] - 1501:16, 1502:8
**11354** [2] - 1502:5, 1557:6
**11:00** [1] - 1574:20
**11:13** [5] - 1687:11, 1690:15, 1691:1, 1691:15, 1691:18
**11:27** [1] - 1579:7
**11:28** [1] - 1696:12

**11:33** [1] - 1569:1
**11:35** [2] - 1568:15, 1568:20
**11:41** [1] - 1573:1
**11th** [7] - 1580:11, 1668:21, 1668:25, 1680:6, 1680:13, 1681:1, 1681:16
**12** [11] - 1501:7, 1522:6, 1592:11, 1592:14, 1593:2, 1594:23, 1595:1, 1663:5, 1677:2, 1694:6, 1699:1
**12-year-old** [2] - 1644:6, 1644:10
**12/13** [1] - 1566:15
**120** [1] - 1661:2
**125-degree** [1] - 1681:11
**13** [4] - 1563:21, 1663:24, 1677:11, 1735:10
**136-20** [1] - 1502:5
**136-21** [1] - 1557:6
**14** [9] - 1510:8, 1568:9, 1573:9, 1579:3, 1591:1, 1591:2, 1612:17, 1663:24, 1697:12
**140** [1] - 1696:10
**1449** [1] - 1564:18, 1566:1, 1587:16, 1588:2
**15** [8] - 1568:22, 1574:3, 1591:1, 1610:14, 1638:12, 1638:13, 1638:16, 1664:7
**1509** [1] - 1736:5
**1519** [1] - 1737:3
**1524** [1] - 1736:7
**1530** [1] - 1737:4
**1537** [1] - 1736:8
**1544** [1] - 1737:5
**1548** [1] - 1737:6
**1549** [1] - 1736:9
**1551** [1] - 1736:10
**1552** [1] - 1736:12
**1555** [1] - 1737:8
**1591** [1] - 1737:9
**1596** [1] - 1737:10
**16** [5] - 1615:14, 1676:24, 1679:11, 1694:1, 1694:6
**1600** [1] - 1736:13
**1603** [1] - 1736:14
**1611** [1] - 1736:16
**1629** [1] - 1737:11
**1639** [1] - 1736:17
**1642** [1] - 1736:19
**1655** [1] - 1737:12
**1659** [1] - 1737:13
**17** [10] - 1667:25, 1673:10, 1673:23, 1681:25, 1685:17, 1685:19, 1699:7, 1700:5, 1700:12, 1702:12
**1702** [1] - 1736:21
**18** [3] - 1641:17, 1677:11, 1682:1
**18-month** [1] - 1613:5
**19** [3] - 1682:2, 1710:4, 1710:6
**196-41** [3] - 1668:2, 1695:6, 1695:22
**1967** [1] - 1565:18
**1998** [1] - 1575:25

**19:35** [1] - 1536:5
**1:00** [2] - 1505:25, 1619:15
**1:01** [2] - 1682:4, 1710:8
**1:03** [2] - 1677:25, 1678:16
**1:13** [1] - 1579:13
**1:27** [4] - 1673:15, 1674:2, 1674:3, 1674:13
**1:50** [1] - 1674:13
**1K** [1] - 1580:17
**1st** [3] - 1559:13, 1561:5, 1561:8

**2**

**2** [12] - 1505:21, 1507:15, 1507:18, 1565:9, 1586:11, 1586:12, 1586:13, 1590:25, 1619:2, 1619:19, 1653:6, 1653:17
**2,000** [5] - 1512:16, 1573:23, 1576:24, 1577:19, 1578:24
**20** [6] - 1539:2, 1568:14, 1637:25, 1664:4, 1682:9, 1689:11
**200** [3] - 1586:6, 1587:9, 1588:15
**2000** [1] - 1538:10
**2009** [1] - 1613:19
**201** [1] - 1653:5
**2015** [1] - 1547:5
**2016** [34] - 1528:20, 1530:18, 1532:14, 1538:11, 1556:4, 1556:6, 1559:13, 1560:9, 1561:5, 1561:9, 1563:8, 1563:21, 1566:9, 1588:22, 1591:5, 1591:25, 1593:15, 1597:4, 1597:5, 1597:21, 1597:25, 1598:8, 1598:12, 1598:14, 1598:23, 1599:1, 1599:5, 1599:9, 1599:10, 1604:8, 1604:9
**2017** [64] - 1530:19, 1535:22, 1550:3, 1567:3, 1567:25, 1573:20, 1576:13, 1577:24, 1578:15, 1579:13, 1580:4, 1580:24, 1582:6, 1583:12, 1583:14, 1583:19, 1586:2, 1588:8, 1588:22, 1591:9, 1594:14, 1595:13, 1597:4, 1597:5, 1599:15, 1599:20, 1599:22, 1600:3, 1655:12, 1668:20, 1668:21, 1668:25, 1669:10, 1670:1, 1670:9, 1672:24, 1672:25, 1673:9, 1673:16, 1677:17, 1679:23, 1680:13, 1681:2, 1681:16, 1682:13, 1684:1, 1686:7, 1687:11, 1691:21, 1692:10, 1697:17, 1697:21, 1697:25, 1698:24, 1699:4, 1699:10, 1699:12, 1699:15, 1700:2, 1701:10, 1706:8
**2018** [12] - 1518:20, 1612:19, 1623:10, 1623:22, 1655:12, 1679:25, 1680:16, 1706:8, 1709:19, 1709:21, 1709:25, 1710:7
**2018-02843** [1] - 1519:4
**2019** [5] - 1525:2, 1528:20, 1538:11, 1606:20, 1606:25
**202** [2] - 1553:22, 1590:23
**2022** [1] - 1646:14
**2023** [4] - 1501:7, 1704:18, 1711:5,

1735:11
**203** [3] - 1518:13, 1606:13, 1606:14
**20530** [1] - 1501:21
**21** [4] - 1515:17, 1515:19, 1515:21, 1682:15
**21-CR-265(PKC** [1] - 1501:3
**22,172** [1] - 1593:5
**225** [1] - 1502:7
**228** [1] - 1667:20
**23** [11] - 1530:18, 1530:19, 1563:8, 1566:9, 1578:15, 1583:12, 1583:14, 1583:19, 1588:8, 1606:20, 1606:25
**230** [1] - 1696:16
**24** [5] - 1566:9, 1578:15, 1583:12, 1588:8, 1699:4
**24-hour** [3] - 1535:5, 1535:11, 1536:5
**245** [1] - 1643:11
**25** [7] - 1586:2, 1680:11, 1689:6, 1704:18, 1711:6, 1721:24, 1723:15
**253-9778** [1] - 1653:16
**26** [2] - 1684:1, 1686:6
**26.2** [1] - 1733:24
**27** [2] - 1522:3, 1579:5
**271** [1] - 1501:16
**284-0329** [1] - 1653:13
**29** [4] - 1556:6, 1579:25, 1671:25, 1672:8
**2:00** [3] - 1619:25, 1620:3, 1662:20
**2:06** [2] - 1678:18
**2:18** [1] - 1556:6
**2:36** [5] - 1678:16, 1678:18, 1684:18, 1686:1, 1686:16
**2:47** [2] - 1674:3, 1674:23
**2:53** [2] - 1673:16, 1674:2

### 3

**3** [7] - 1515:14, 1515:15, 1586:12, 1586:13, 1594:4, 1653:6, 1653:23
**3,000** [5] - 1512:16, 1582:24, 1584:3, 1585:3, 1585:16
**30** [1] - 1609:7
**301** [1] - 1653:8
**301-A** [6] - 1652:22, 1654:17, 1654:22, 1655:4, 1663:10, 1737:12
**302** [1] - 1653:18
**302-A** [5] - 1652:22, 1654:17, 1654:22, 1655:4, 1737:12
**3029** [1] - 1679:24
**303** [1] - 1653:24
**303-A** [6] - 1652:22, 1654:18, 1654:22, 1654:24, 1655:4, 1737:12
**304** [1] - 1654:6
**304-B** [5] - 1652:22, 1654:18, 1654:22, 1654:24, 1655:4, 1737:12
**305** [1] - 1654:12
**305-B** [6] - 1652:23, 1654:18, 1654:22, 1655:1, 1655:5, 1737:12
**3055** [1] - 1563:1
**306** [1] - 1502:1

**3072** [2] - 1566:20
**3073** [2] - 1566:20, 1567:6
**3075** [1] - 1585:18
**31** [4] - 1559:13, 1603:24, 1669:9, 1695:8
**3155** [3] - 1558:10, 1562:1, 1604:1
**335** [3] - 1606:16, 1606:19, 1606:24
**3467** [6] - 1670:6, 1671:21, 1672:9, 1673:9, 1675:15, 1677:10
**348-5950** [1] - 1653:22
**348-9230** [1] - 1654:3
**3500** [1] - 1504:21
**360** [1] - 1662:6
**360-3467** [1] - 1654:10
**360-degree** [2] - 1695:14, 1695:17
**373N** [1] - 1502:7
**38th** [1] - 1502:5
**39** [4] - 1671:25, 1672:9, 1672:10
**3:00** [1] - 1574:2
**3:02** [3] - 1684:21, 1686:2, 1686:18
**3:05** [2] - 1684:23, 1685:2
**3:16** [2] - 1677:25, 1678:18
**3:25** [1] - 1685:8
**3rd** [6] - 1604:9, 1670:1, 1670:9, 1672:23, 1672:25, 1698:24

### 4

**4** [15] - 1560:9, 1593:9, 1594:4, 1595:7, 1654:4, 1654:5, 1673:16, 1678:21, 1680:16, 1686:15, 1687:12, 1709:13, 1709:21, 1709:25, 1710:7
**4/10** [1] - 1578:21
**4/11** [1] - 1582:15
**4/27/2017** [1] - 1586:23
**4/4/17** [2] - 1567:14, 1567:22
**4/6** [1] - 1680:8
**40,734** [2] - 1594:10, 1598:2
**400** [1] - 1559:25
**4000** [2] - 1569:13, 1570:4
**4004** [1] - 1569:18
**4005** [2] - 1570:1, 1570:4
**4006** [1] - 1570:1
**4006-B** [2] - 1569:18, 1570:14
**4007** [2] - 1569:19, 1570:14
**4008** [1] - 1569:19
**4009** [1] - 1570:1
**401** [2] - 1502:1
**4010** [2] - 1569:19, 1569:21
**4010-A** [2] - 1569:19, 1569:22
**4011** [1] - 1569:19
**403** [2] - 1553:25, 1554:6
**403-F** [3] - 1575:2, 1575:6, 1576:2
**403-G** [1] - 1576:6
**403-H** [1] - 1580:20
**403-I** [4] - 1578:1, 1582:7, 1583:13, 1583:17
**403-J** [2] - 1582:25, 1585:9
**403-K** [1] - 1586:10

**403-L** [1] - 1587:19
**403-M** [1] - 1596:14
**403-N** [1] - 1596:14
**403A** [5] - 1554:5, 1555:5, 1555:12, 1565:22, 1737:7
**403B** [1] - 1559:18
**403C** [3] - 1558:25, 1560:15, 1562:6
**403D** [1] - 1564:24
**403K** [2] - 1563:14, 1602:2
**403N** [2] - 1555:12, 1737:7
**404** [2] - 1554:8, 1554:12
**404A** [7] - 1554:11, 1555:5, 1555:12, 1557:9, 1558:12, 1604:5, 1737:7
**404B** [4] - 1554:11, 1555:5, 1555:12, 1737:7
**408A** [7] - 1527:22, 1528:3, 1528:21, 1529:21, 1530:2, 1530:6, 1737:4
**408C** [4] - 1548:6, 1548:11, 1548:21, 1737:6
**408D** [6] - 1546:6, 1548:6, 1548:11, 1548:14, 1548:17, 1737:6
**408H** [13] - 1527:22, 1528:15, 1528:21, 1529:21, 1530:2, 1532:17, 1537:24, 1538:7, 1539:20, 1543:9, 1550:2, 1737:4
**408I** [8] - 1539:25, 1543:15, 1544:3, 1544:6, 1544:7, 1544:9, 1549:14, 1737:5
**4319223155** [1] - 1557:3
**432** [2] - 1591:3, 1591:11
**432-A** [6] - 1591:10, 1591:15, 1591:20, 1591:22, 1596:14, 1737:9
**4328775949** [1] - 1574:16
**433** [2] - 1591:7, 1591:11
**433-A** [6] - 1591:11, 1591:15, 1591:20, 1594:12, 1596:14, 1737:9
**436** [3] - 1554:15, 1554:19, 1555:2
**436-A** [3] - 1584:8, 1584:11, 1584:19
**436A** [4] - 1555:1, 1555:6, 1555:12, 1737:8
**442** [10] - 1657:25, 1658:20, 1659:1, 1664:24, 1697:10, 1698:20, 1699:7, 1700:5, 1702:13, 1737:13
**443** [2] - 1629:24, 1737:11
**45** [2] - 1667:16, 1670:24
**450-9169** [2] - 1573:14, 1654:16
**452** [5] - 1596:5, 1596:12, 1596:18, 1596:23, 1737:10
**459-9692** [1] - 1653:14
**46,229** [1] - 1600:3
**46,898** [1] - 1596:2
**4756** [4] - 1559:15, 1560:14, 1564:20, 1597:10
**47th** [1] - 1667:20
**492-3980** [1] - 1653:12
**4:00** [1] - 1679:3
**4:18** [2] - 1684:23, 1685:2

## 5

**5** [22] - 1515:14, 1515:16, 1518:16, 1518:17, 1518:20, 1531:3, 1567:3, 1591:6, 1593:25, 1594:3, 1594:7, 1595:22, 1595:24, 1596:1, 1623:22, 1654:4, 1654:11, 1665:1, 1686:18, 1697:16, 1697:25, 1709:13
**5,000** [4] - 1556:15, 1559:25, 1560:25, 1567:19
**5,495** [3] - 1560:5, 1562:20, 1562:23
**5,600** [2] - 1557:21, 1605:9
**5,945** [2] - 1564:15, 1599:11
**50** [1] - 1652:4
**503** [5] - 1518:18, 1518:25, 1519:9, 1519:14, 1737:3
**505** [1] - 1623:18
**505-1** [3] - 1628:21, 1630:6, 1631:5
**505-2** [2] - 1628:25, 1629:1
**506** [3] - 1606:15, 1606:23, 1607:2
**506-A** [1] - 1507:7
**506A** [3] - 1606:22, 1607:2, 1607:5
**506B** [1] - 1607:1
**506C** [2] - 1607:8, 1607:16
**506D** [5] - 1507:6, 1607:4, 1607:7, 1607:10, 1607:15
**506E** [2] - 1607:4, 1607:12
**506F** [1] - 1607:6
**506G** [3] - 1507:4, 1607:14, 1607:17
**50th** [4] - 1577:14, 1690:3, 1693:21
**528-5073** [1] - 1653:15
**56,001.39** [1] - 1597:23
**5949** [9] - 1575:11, 1576:2, 1576:3, 1576:19, 1577:2, 1578:9, 1581:4, 1581:6, 1583:6
**5950** [16] - 1670:4, 1671:19, 1672:6, 1673:8, 1674:4, 1674:14, 1675:15, 1677:6, 1677:12, 1677:24, 1678:17, 1687:10, 1689:9, 1690:16, 1692:22, 1695:5
**5:06** [1] - 1719:1
**5:11** [3] - 1685:8, 1686:2, 1686:18
**5:18** [2] - 1685:11, 1686:21
**5:25** [1] - 1732:23
**5:46** [1] - 1696:17
**5:51** [1] - 1685:12
**5th** [7] - 1668:21, 1668:25, 1669:9, 1676:8, 1676:20, 1677:11, 1677:16

## 6

**6** [14] - 1525:12, 1535:22, 1550:3, 1550:5, 1570:4, 1665:2, 1686:17, 1686:18, 1697:16, 1697:25, 1699:10, 1699:15, 1700:7, 1700:13
**600** [1] - 1556:15
**626** [1] - 1653:12
**626)492-9380** [1] - 1708:12
**646** [1] - 1653:13
**646)284-0329** [1] - 1705:25

**6:26** [2] - 1682:17, 1685:20
**6th** [11] - 1536:4, 1676:23, 1677:6, 1677:25, 1680:5, 1681:1, 1681:16, 1682:12, 1684:17, 1685:11, 1685:23

## 7

**7** [9] - 1666:4, 1672:24, 1686:18, 1687:11, 1691:21, 1697:20, 1698:24, 1699:12
**702** [2] - 1614:18, 1648:8
**709-A** [1] - 1571:2
**718-613-2272** [1] - 1502:8
**770** [3] - 1667:24, 1673:10, 1673:23
**7:00** [1] - 1579:18
**7:22** [3] - 1687:11, 1687:16, 1688:10
**7:35** [1] - 1536:6
**7:45** [2] - 1688:10, 1688:11
**7th** [5] - 1670:1, 1670:9, 1672:25, 1692:10, 1693:13

## 8

**8** [7] - 1606:13, 1606:14, 1685:11, 1686:20, 1692:25, 1697:21, 1699:12
**80** [2] - 1643:2, 1652:8
**805-B** [4] - 1573:9, 1575:5, 1576:3, 1579:2
**805B** [1] - 1568:9
**8:00** [2] - 1580:5, 1580:7
**8:13** [2] - 1682:17, 1684:5
**8:20** [1] - 1684:8
**8:24** [1] - 1573:20
**8:25** [1] - 1684:8
**8:26** [1] - 1696:19
**8:31** [1] - 1696:19
**8:44** [1] - 1684:10
**8:55** [2] - 1687:16, 1688:14
**8th** [1] - 1694:5

## 9

**9** [8] - 1531:20, 1570:4, 1573:20, 1574:7, 1576:13, 1607:3, 1615:14, 1685:13
**9,724** [1] - 1595:4
**908)753-1146** [1] - 1701:21
**914** [2] - 1573:14, 1654:16
**914)450-9169** [3] - 1698:11, 1699:24, 1706:1
**9169** [19] - 1668:22, 1668:23, 1669:11, 1672:10, 1673:8, 1674:10, 1674:15, 1675:14, 1676:20, 1676:23, 1677:1, 1677:7, 1677:24, 1678:15, 1679:15, 1679:23, 1680:7, 1681:12, 1682:12
**917** [4] - 1653:14, 1653:15, 1653:22, 1654:3
**917)348-29230** [1] - 1706:1
**917)348-5950** [1] - 1706:1
**9196** [1] - 1668:19

**9230** [7] - 1670:5, 1671:20, 1672:10, 1677:8, 1687:10, 1689:10, 1690:18
**929** [2] - 1653:16, 1654:10
**929)360-3467** [1] - 1706:2
**95** [3] - 1559:25, 1667:18, 1671:1
**95-dollar** [1] - 1560:25
**950** [1] - 1501:20
**951** [1] - 1641:18
**96** [2] - 1513:8, 1513:12
**97** [1] - 1514:4
**973)564-7001** [1] - 1701:18
**973)564-7011** [1] - 1701:13
**99** [1] - 1515:11
**9:00** [4] - 1501:8, 1580:6, 1735:8, 1735:11
**9:01** [1] - 1689:8
**9:12** [3] - 1684:18, 1685:25, 1686:16
**9:21** [1] - 1689:8
**9:52** [3] - 1690:15, 1691:15, 1691:16
**9th** [3] - 1692:10, 1693:13, 1694:5

## A

**a-burn-dale** [1] - 1581:25
**a.m** [21] - 1501:8, 1569:1, 1573:1, 1573:20, 1574:7, 1574:20, 1579:7, 1579:18, 1580:5, 1580:6, 1580:7, 1684:8, 1687:16, 1689:8, 1690:15, 1691:1, 1691:15, 1691:18, 1696:12, 1735:8, 1735:11
**a/k/a** [1] - 1561:20
**abbreviated** [2] - 1524:24, 1526:8
**ability** [3] - 1545:21, 1545:22, 1718:12
**able** [10] - 1505:25, 1515:4, 1516:14, 1521:7, 1551:10, 1572:13, 1625:22, 1652:11, 1716:17, 1732:25
**absolute** [1] - 1728:17
**absolutely** [2] - 1726:15, 1734:14
**abstract** [1] - 1526:5
**Academy** [1] - 1647:15
**accept** [1] - 1732:16
**accepted** [1] - 1503:16
**Access** [1] - 1526:10
**access** [9] - 1526:15, 1526:22, 1526:23, 1527:8, 1527:9, 1528:8, 1545:21, 1545:22, 1698:15
**accessed** [3] - 1532:23, 1534:6, 1534:8
**accesses** [2] - 1529:12, 1533:2
**accordance** [1] - 1531:16
**according** [1] - 1597:17
**accordingly** [1] - 1733:4
**Account** [2] - 1578:17, 1587:14
**account** [79] - 1532:20, 1533:12, 1535:17, 1554:10, 1556:24, 1558:9, 1559:14, 1560:14, 1561:24, 1562:1, 1562:3, 1562:13, 1562:14, 1563:10, 1564:16, 1564:20, 1565:1, 1565:6, 1565:8, 1565:11, 1565:24, 1566:1, 1568:1, 1568:2, 1574:8, 1574:11, 1574:12, 1574:14, 1574:22, 1574:24,

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 241 of 275 PageID #:
4204
06122023 US v McMahon, et al. 21-cr-265 (PKC)
4

1575:8, 1575:10, 1575:13, 1575:16,
1576:1, 1576:2, 1576:18, 1577:2,
1577:3, 1578:9, 1581:4, 1581:6,
1581:7, 1582:11, 1582:14, 1583:3,
1583:6, 1584:20, 1586:5, 1587:25,
1588:2, 1590:2, 1590:3, 1590:4,
1590:5, 1590:7, 1590:8, 1597:10,
1597:22, 1598:15, 1599:3, 1599:7,
1599:25, 1601:4, 1602:15, 1602:16,
1603:23, 1604:1, 1604:10, 1604:12,
1604:13, 1604:14, 1605:6, 1644:8,
1649:5

**accountholder** [3] - 1602:12, 1602:17,
1602:20

**Accounts** [1] - 1659:17

**accounts** [3] - 1554:2, 1589:24, 1597:4

**Accreditation** [1] - 1512:6

**accreditation** [1] - 1512:12

**accredited** [5] - 1511:25, 1512:8,
1512:9, 1512:11, 1612:21

**accredits** [2] - 1512:2, 1512:3

**accurate** [19] - 1554:1, 1554:9, 1554:12,
1591:3, 1591:7, 1607:2, 1607:6,
1607:8, 1607:10, 1629:17, 1653:9,
1653:19, 1653:25, 1654:7, 1654:13,
1657:3, 1657:15, 1658:17, 1664:18

**accurately** [3] - 1529:2, 1596:12,
1658:12

**ACEV** [1] - 1622:8

**acid** [1] - 1514:6

**acknowledge** [1] - 1721:9

**ACT** [1] - 1574:16

**act** [2] - 1614:8, 1706:7

**Act** [3] - 1525:8, 1525:14, 1527:6

**acted** [1] - 1641:14

**acting** [2] - 1641:14

**action** [1] - 1640:7

**activities** [3] - 1528:23, 1529:15, 1700:2

**Activity** [1] - 1578:17

**activity** [8] - 1532:3, 1562:14, 1582:14,
1584:20, 1689:9, 1690:15, 1690:17

**acts** [1] - 1646:23

**actual** [7] - 1528:11, 1609:1, 1662:1,
1664:21, 1665:18, 1700:17, 1704:14

**add** [4] - 1504:20, 1588:24, 1655:19,
1683:15

**added** [3] - 1627:12, 1627:22, 1686:17

**addition** [1] - 1506:19

**additional** [6] - 1527:11, 1613:22,
1652:7, 1706:19, 1706:20, 1717:7

**address** [50] - 1502:25, 1518:19,
1525:22, 1536:13, 1556:10, 1557:5,
1621:4, 1623:20, 1624:12, 1624:15,
1664:16, 1664:21, 1664:22, 1666:17,
1667:3, 1674:18, 1676:10, 1677:19,
1679:17, 1680:2, 1680:22, 1681:15,
1682:3, 1682:7, 1682:23, 1682:25,
1683:3, 1683:6, 1684:14, 1684:24,
1685:7, 1685:14, 1686:1, 1686:3,
1686:19, 1697:16, 1697:20, 1697:24,

1699:9, 1699:16, 1700:6, 1700:13,
1700:17, 1700:18, 1701:3, 1701:7,
1702:16, 1710:18, 1725:23

**addressed** [1] - 1606:16

**addresses** [2] - 1531:13, 1655:18

**adequate** [1] - 1652:2

**adjourned** [1] - 1735:10

**admission** [3] - 1546:18, 1548:6,
1570:15

**admit** [9] - 1555:4, 1569:17, 1569:23,
1570:6, 1591:15, 1607:14, 1621:7,
1654:22, 1658:20

**admitted** [28] - 1506:20, 1507:8, 1514:3,
1519:13, 1530:1, 1544:6, 1548:10,
1555:10, 1569:12, 1569:18, 1569:21,
1569:24, 1570:1, 1570:5, 1571:2,
1571:8, 1571:13, 1575:2, 1591:19,
1596:15, 1596:22, 1606:12, 1606:15,
1609:1, 1614:24, 1648:14, 1658:24,
1697:10

**Admitted** [1] - 1629:23

**advanced** [2] - 1643:18, 1643:23

**advice** [2] - 1730:14, 1731:11

**advising** [1] - 1714:25

**affect** [3] - 1505:10, 1572:3, 1649:9

**affiliated** [1] - 1526:15

**afford** [1] - 1506:3

**Afternoon** [1] - 1621:1

**afternoon** [22] - 1571:20, 1600:14,
1621:20, 1622:1, 1622:2, 1642:13,
1642:14, 1644:1, 1644:11, 1660:13,
1673:16, 1678:20, 1684:19, 1684:21,
1685:9, 1685:20, 1697:7, 1697:8,
1703:2, 1703:3, 1715:7

**afterwards** [2] - 1722:23, 1722:24

**age** [2] - 1615:22, 1615:23

**agencies** [1] - 1627:23

**agency** [3] - 1524:17, 1627:19, 1640:16

**Agent** [46] - 1553:1, 1553:9, 1554:5,
1554:14, 1555:18, 1559:7, 1563:3,
1566:21, 1567:8, 1573:10, 1576:1,
1579:9, 1583:2, 1584:11, 1586:17,
1588:19, 1589:13, 1591:10, 1591:24,
1596:8, 1596:24, 1600:14, 1642:17,
1642:19, 1642:20, 1647:20, 1648:8,
1648:18, 1654:17, 1655:6, 1656:4,
1658:2, 1659:12, 1663:14, 1665:4,
1666:5, 1670:11, 1677:21, 1679:12,
1686:6, 1691:20, 1703:2, 1712:19,
1720:10, 1720:15, 1720:17

**agent** [11] - 1518:19, 1568:19, 1574:4,
1606:18, 1606:24, 1623:19, 1627:4,
1641:14, 1643:10, 1646:15, 1712:22

**agents** [2] - 1643:2, 1706:7

**aging** [1] - 1539:3

**ago** [6] - 1504:24, 1539:2, 1539:5,
1615:21, 1625:21, 1643:13

**agree** [2] - 1604:25, 1732:2

**agreed** [2] - 1506:25, 1639:5

**agreeing** [1] - 1520:22

**agreement** [24] - 1528:8, 1528:12,
1529:7, 1529:8, 1530:11, 1530:15,
1530:17, 1530:25, 1531:3, 1531:10,
1531:17, 1532:8, 1532:10, 1622:13,
1622:16, 1635:25, 1636:10, 1636:18,
1636:21, 1637:11, 1637:14, 1724:12,
1725:4, 1725:5

**agreements** [2] - 1724:25, 1725:1

**ahead** [14] - 1505:18, 1532:6, 1539:18,
1548:3, 1571:14, 1589:6, 1603:6,
1603:11, 1616:21, 1641:9, 1659:8,
1671:17, 1702:24, 1711:13

**aid** [1] - 1668:9

**aided** [1] - 1502:10

**aired** [1] - 1734:25

**Airport** [6] - 1688:7, 1691:2, 1691:6,
1691:19, 1692:2, 1692:3

**algorithm** [1] - 1627:8

**allegation** [1] - 1505:4

**allege** [1] - 1608:23

**allow** [1] - 1729:20

**allowed** [3] - 1537:17, 1726:3, 1732:19

**allows** [1] - 1526:14

**almost** [8] - 1634:13, 1635:2, 1647:17,
1648:23, 1661:1, 1665:17, 1674:8,
1689:24

**Almost** [1] - 1702:20

**alone** [1] - 1731:17

**aloud** [1] - 1531:22

**alternate** [3] - 1507:18, 1508:6, 1508:11

**Alternate** [2] - 1505:21, 1507:15

**America** [1] - 1640:3

**AMERICA** [1] - 1501:3

**American** [1] - 1512:5

**amount** [31] - 1513:12, 1560:1, 1560:4,
1562:19, 1562:23, 1564:12, 1564:14,
1564:16, 1576:21, 1576:23, 1577:15,
1577:18, 1578:23, 1581:9, 1582:2,
1582:17, 1584:2, 1585:2, 1585:13,
1585:15, 1587:6, 1587:8, 1588:14,
1589:24, 1590:19, 1597:21, 1598:19,
1599:10, 1604:9, 1692:14

**amounts** [2] - 1559:24, 1592:25

**amplification** [1] - 1510:22

**ANAB** [5] - 1512:3, 1512:4, 1512:5,
1512:10, 1512:13

**analyses** [2] - 1512:20, 1625:21

**Analysis** [2] - 1622:9, 1642:25

**analysis** [33] - 1513:5, 1513:18,
1516:18, 1520:16, 1618:19, 1618:20,
1622:10, 1624:9, 1624:25, 1625:23,
1628:16, 1628:23, 1631:14, 1638:6,
1638:7, 1643:22, 1646:5, 1648:5,
1648:10, 1652:13, 1652:21, 1657:4,
1657:10, 1658:11, 1677:13, 1677:14,
1678:9, 1678:10, 1680:20, 1681:14,
1685:21, 1707:5, 1712:17

**analyst** [1] - 1611:15

**Analyst** [1] - 1705:19

**analyze** [4] - 1623:6, 1643:3, 1652:19,

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 242 of 275 PageID #:
06122023 US v McMahon et al. 21-cr-265 (PKC)
4205
5

1705:24

**Analyzed** [1] - 1659:17

**analyzed** [3] - 1665:15, 1675:17, 1679:23

**and-a-half** [3] - 1643:14, 1643:24, 1702:20

**angled** [1] - 1660:23

**angles** [1] - 1676:2

**answer** [9] - 1539:16, 1539:18, 1543:11, 1706:17, 1710:1, 1710:19, 1711:13, 1721:17, 1730:1

**answered** [1] - 1711:10

**Antenna** [1] - 1661:18

**antenna** [4] - 1661:21, 1661:23, 1662:1, 1662:2

**antennae** [1] - 1676:1

**antennas** [3] - 1647:10, 1660:23, 1661:9

**anticipate** [6] - 1714:8, 1715:3, 1716:21, 1723:4, 1723:18, 1723:21

**anticipated** [2] - 1714:16, 1716:10

**anyway** [2] - 1572:12, 1712:13

**apart** [3] - 1660:11, 1665:24, 1702:19

**apologies** [2] - 1618:12, 1621:2

**apostrophe** [1] - 1523:12

**appear** [15] - 1534:18, 1555:18, 1560:25, 1566:21, 1567:4, 1573:10, 1574:4, 1584:12, 1585:20, 1666:16, 1667:3, 1683:9, 1685:24, 1690:24, 1712:3

**applicable** [1] - 1718:13

**application** [17] - 1503:18, 1503:19, 1503:22, 1505:10, 1505:11, 1546:12, 1546:13, 1547:4, 1547:6, 1547:8, 1547:9, 1547:17, 1548:15, 1548:20, 1548:25, 1651:2, 1651:7

**applications** [1] - 1698:17

**applied** [1] - 1547:17

**apply** [5] - 1526:14, 1526:17, 1526:18, 1537:11, 1718:10

**appreciate** [6] - 1503:24, 1721:3, 1721:8, 1721:16, 1722:2, 1734:16

**approach** [5] - 1518:22, 1610:15, 1624:2, 1624:18, 1624:24

**appropriate** [7] - 1545:5, 1545:9, 1547:6, 1547:16, 1570:18, 1612:6, 1719:9

**approximate** [3] - 1655:11, 1662:21, 1663:3

**approximation** [1] - 1662:24

**April** [99] - 1518:6, 1528:20, 1535:22, 1536:4, 1538:11, 1550:3, 1550:5, 1567:3, 1567:22, 1567:25, 1573:20, 1574:7, 1576:13, 1577:24, 1578:15, 1579:7, 1579:13, 1580:3, 1580:11, 1580:24, 1582:6, 1583:12, 1583:14, 1583:19, 1586:2, 1588:8, 1588:22, 1599:22, 1606:20, 1606:25, 1668:20, 1668:21, 1668:25, 1669:9, 1670:1, 1670:9, 1672:23, 1672:25, 1673:9, 1673:16, 1676:8, 1676:20, 1676:23,

---

1677:1, 1677:6, 1677:11, 1677:16, 1677:25, 1679:23, 1680:5, 1680:11, 1680:13, 1681:1, 1681:16, 1682:12, 1684:1, 1684:17, 1685:10, 1685:23, 1686:6, 1687:11, 1691:21, 1692:10, 1693:13, 1694:5, 1695:5, 1695:10, 1696:12, 1696:17, 1696:19, 1697:16, 1697:17, 1697:20, 1697:25, 1698:24, 1699:4, 1699:10, 1699:12, 1699:15, 1700:2, 1700:4, 1700:7, 1700:13, 1700:14, 1701:10, 1703:13, 1711:5

**arc** [1] - 1632:7

**arch** [2] - 1618:22, 1618:23

**archive** [1] - 1602:5, 1602:12

**area** [28] - 1511:24, 1613:4, 1631:18, 1633:23, 1634:1, 1637:2, 1647:11, 1649:7, 1649:11, 1649:20, 1649:21, 1650:22, 1650:24, 1650:25, 1652:7, 1662:5, 1662:8, 1662:12, 1662:25, 1663:3, 1664:20, 1665:9, 1675:5, 1688:8, 1689:25, 1695:12, 1695:16, 1700:22

**areas** [8] - 1631:21, 1648:15, 1648:23, 1649:1, 1649:11, 1662:10, 1686:9, 1691:8

**Arfa** [3] - 1610:25, 1619:14, 1621:24

**ARFA** [25] - 1501:17, 1610:10, 1611:1, 1611:7, 1614:17, 1621:25, 1623:14, 1623:17, 1624:2, 1624:4, 1624:18, 1624:21, 1629:19, 1629:25, 1638:22, 1638:24, 1639:7, 1639:11, 1639:25, 1640:5, 1640:25, 1641:4, 1641:7, 1641:10, 1736:16

**argue** [2] - 1720:14, 1726:3

**argument** [1] - 1718:11

**arguments** [1] - 1716:15

**armed** [1] - 1647:17

**arms** [2] - 1515:12, 1662:20

**arrangements** [1] - 1714:21

**arrest** [1] - 1640:7

**arriving** [1] - 1502:23

**arrow** [3] - 1663:5, 1690:3, 1693:23

**Arts** [1] - 1612:25

**ASAP** [1] - 1574:18

**aside** [2] - 1572:3, 1720:21

**assessing** [1] - 1650:23

**assigned** [23] - 1509:18, 1509:19, 1517:15, 1517:24, 1544:18, 1611:12, 1623:6, 1623:12, 1642:23, 1647:14, 1653:11, 1653:12, 1653:13, 1653:14, 1653:15, 1653:21, 1654:2, 1654:9, 1671:7, 1703:9, 1703:16, 1703:21, 1711:3

**assignment** [1] - 1704:6

**assist** [1] - 1603:3

**Assistant** [1] - 1501:18

**assistants** [2] - 1704:25, 1711:9

**associated** [15] - 1533:18, 1554:2, 1554:10, 1559:14, 1562:3, 1564:21, 1581:6, 1594:16, 1595:1, 1602:12,

---

1666:6, 1706:7, 1707:10, 1707:13, 1707:15

**Association** [1] - 1614:4

**associations** [1] - 1614:2

**assume** [2] - 1502:21, 1715:11

**assuming** [4] - 1507:19, 1714:10, 1714:24, 1723:1

**Assuming** [1] - 1716:16

**assurance** [2] - 1613:14, 1623:1

**AT&T** [2] - 1643:16, 1645:8

**Atlanta** [1] - 1511:8

**Attach** [2] - 1593:7, 1595:5

**attach** [1] - 1592:17

**attached** [2] - 1530:11, 1607:16

**attachment** [2] - 1567:4, 1567:8

**attempted** [1] - 1569:17

**attend** [1] - 1505:25

**attended** [2] - 1643:13, 1643:17

**attention** [5] - 1518:6, 1623:5, 1661:14, 1662:13, 1673:12

**Attorney** [2] - 1501:15, 1501:22, 1641:13

**attorney** [17] - 1724:8, 1724:17, 1725:2, 1725:18, 1729:16, 1729:20, 1730:23, 1731:3, 1731:12, 1731:25, 1732:11, 1732:12, 1732:18, 1734:1, 1734:9, 1734:13

**Attorney's** [12] - 1553:5, 1703:17, 1703:20, 1703:25, 1704:22, 1705:23, 1706:25, 1707:1, 1707:18, 1708:4, 1708:16, 1711:16

**attorney-client** [6] - 1725:18, 1729:16, 1729:20, 1731:3, 1732:11, 1734:13

**Attorneys** [1] - 1501:18

**attorneys** [2] - 1724:21, 1727:8

**Auburndale** [2] - 1581:25, 1695:25

**audit** [14] - 1535:13, 1539:8, 1541:22, 1544:9, 1545:17, 1545:18, 1545:21, 1550:4, 1550:8, 1551:1, 1551:5, 1551:10, 1551:16, 1551:25

**audited** [2] - 1549:21, 1549:24

**audits** [2] - 1543:10, 1551:8

**AUSA** [5] - 1630:16, 1631:11, 1634:6, 1637:7, 1703:22

**Authority** [1] - 1689:23

**auto** [1] - 1550:11

**automatically** [4] - 1529:11, 1533:1, 1538:17, 1538:21

**AUTUMN** [1] - 1501:24

**available** [4] - 1579:23, 1679:16, 1679:22, 1718:9

**avenue** [1] - 1690:11

**Avenue** [4] - 1501:20, 1502:5, 1557:6, 1689:23

**avoid** [1] - 1650:4

**aware** [5] - 1539:19, 1639:4, 1639:9, 1639:12, 1640:7

**axles** [1] - 1536:17

**azimuth** [7] - 1663:7, 1664:11, 1669:3, 1669:4, 1696:10, 1696:15

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 243 of 275 PageID #:
06122023 US v McMahon et al. 21-cr-265 (PKC)
4306
6

**Azimuth** [1] - 1664:4
**azimuths** [1] - 1663:20

## B

**Bachelor** [1] - 1612:25
**bachelor** [1] - 1511:4
**backed** [1] - 1637:4
**background** [6] - 1525:17, 1612:24, 1618:8, 1618:13, 1703:6, 1705:18
**Bai** [1] - 1606:16
**BAI** [1] - 1606:16
**balance** [4] - 1579:20, 1579:21, 1579:22, 1579:24
**Bank** [9] - 1554:1, 1554:10, 1557:15, 1557:23, 1559:22, 1574:16, 1695:6, 1695:22, 1696:24
**bank** [10] - 1559:9, 1559:12, 1562:8, 1562:11, 1566:10, 1574:11, 1574:20, 1588:21, 1597:17, 1605:6
**barring** [1] - 1615:12
**based** [16] - 1510:25, 1511:1, 1515:18, 1529:12, 1534:25, 1536:1, 1628:15, 1658:9, 1672:21, 1674:16, 1677:13, 1678:9, 1681:18, 1688:2, 1723:1, 1726:4
**Based** [1] - 1628:23
**basic** [5] - 1615:1, 1643:13, 1643:14, 1644:5, 1717:6
**basis** [1] - 1526:16
**batting** [1] - 1514:2
**Bay** [1] - 1614:6
**bear** [2] - 1610:13, 1732:24
**bearing** [4] - 1628:3, 1628:21, 1632:16, 1633:17
**bears** [1] - 1604:12
**beautiful** [1] - 1508:5
**became** [1] - 1530:18
**become** [4] - 1517:13, 1517:15, 1615:25, 1665:23
**becomes** [1] - 1665:17
**becoming** [1] - 1661:18
**BEFORE** [1] - 1501:12
**began** [1] - 1688:5
**begin** [4] - 1626:1, 1633:22, 1714:9
**beginning** [10] - 1556:12, 1579:13, 1586:3, 1588:21, 1633:11, 1644:2, 1682:20, 1686:25, 1721:20, 1725:19
**Beginning** [1] - 1630:3
**begins** [1] - 1686:22
**behalf** [1] - 1532:10
**behind** [14] - 1514:17, 1514:20, 1514:21, 1514:22, 1514:24, 1515:1, 1515:2, 1515:4, 1528:11, 1616:12, 1616:23, 1617:1, 1617:3, 1626:15
**bell** [2] - 1636:7, 1636:14
**belong** [2] - 1614:7, 1627:18
**belonged** [1] - 1614:6
**belonging** [3] - 1554:2, 1554:10, 1638:14

**belongs** [1] - 1638:3
**below** [6] - 1531:8, 1533:7, 1635:5, 1635:23, 1659:19, 1694:3
**bench** [1] - 1517:25
**benchtop** [1] - 1517:25
**beneficiary** [10] - 1564:4, 1564:8, 1564:10, 1587:10, 1587:12, 1602:9, 1603:22, 1604:1, 1604:13, 1604:14
**beneficiary's** [3] - 1556:20, 1556:24, 1557:5
**benefit** [6] - 1530:7, 1532:18, 1589:8, 1622:5, 1630:12, 1683:15
**best** [3] - 1635:3, 1650:13, 1732:1
**better** [4] - 1612:11, 1649:17, 1672:19, 1722:6
**between** [60] - 1512:16, 1579:10, 1605:3, 1615:14, 1615:20, 1616:8, 1628:17, 1628:24, 1635:25, 1646:23, 1649:12, 1649:15, 1650:18, 1655:12, 1668:20, 1668:21, 1668:25, 1669:9, 1670:9, 1672:23, 1672:25, 1673:15, 1674:3, 1674:13, 1676:8, 1677:25, 1678:16, 1678:18, 1684:8, 1684:18, 1684:22, 1685:1, 1685:8, 1685:25, 1686:2, 1686:16, 1686:18, 1687:11, 1688:5, 1688:10, 1689:8, 1690:15, 1691:1, 1691:15, 1692:10, 1693:13, 1694:5, 1695:5, 1696:12, 1696:19, 1698:23, 1701:24, 1702:2, 1702:5, 1702:8, 1704:9, 1720:16, 1721:10, 1734:10
**beyond** [1] - 1708:23
**Beyond** [1] - 1713:1
**big** [1] - 1648:24
**bigger** [2] - 1632:10, 1722:1
**bill** [1] - 1567:11
**billing** [1] - 1651:21
**binder** [1] - 1659:6
**biochemistry** [1] - 1511:5
**biologist** [3] - 1509:22, 1517:22, 1519:4
**biology** [2] - 1510:13, 1511:8
**birth** [4] - 1565:16, 1565:18, 1575:21, 1575:23
**bit** [16] - 1502:23, 1556:19, 1565:5, 1575:24, 1581:21, 1612:10, 1619:15, 1645:12, 1662:2, 1673:25, 1689:18, 1693:2, 1693:6, 1696:22, 1719:10, 1721:11
**black** [4] - 1665:11, 1665:13, 1665:18, 1674:11
**blends** [1] - 1691:4
**block** [3] - 1649:15, 1661:8, 1690:11
**blocks** [2] - 1690:8, 1690:10
**blood** [5] - 1509:14, 1514:10, 1514:21, 1516:11
**blow** [10] - 1533:6, 1535:25, 1583:24, 1584:8, 1584:21, 1585:8, 1585:9, 1589:7, 1603:25, 1653:6
**blue** [19] - 1573:19, 1579:14, 1597:2, 1597:6, 1671:20, 1671:24, 1672:18,

1674:1, 1676:18, 1677:4, 1677:5, 1687:18, 1687:20, 1692:20, 1693:1, 1693:3, 1693:8, 1693:12, 1695:15
**blue-and-white** [1] - 1597:2
**Board** [1] - 1512:6
**bodily** [2] - 1509:13, 1511:19
**body** [5] - 1512:2, 1514:9, 1530:13, 1614:5, 1614:7
**bolded** [1] - 1531:20
**BONOMO** [35] - 1501:21, 1523:1, 1523:14, 1524:5, 1527:21, 1529:20, 1530:5, 1530:12, 1530:21, 1531:2, 1531:7, 1531:19, 1532:6, 1532:15, 1533:6, 1533:22, 1535:20, 1535:24, 1536:22, 1539:11, 1541:18, 1542:1, 1544:5, 1545:7, 1546:21, 1547:5, 1547:19, 1547:22, 1548:9, 1549:10, 1549:12, 1550:24, 1551:20, 1736:7, 1736:9
**book** [1] - 1719:13
**books** [1] - 1719:3
**boost** [2] - 1662:5, 1662:11
**boroughs** [1] - 1649:9
**bottom** [34] - 1531:20, 1557:4, 1560:21, 1563:15, 1563:17, 1565:23, 1577:5, 1577:15, 1577:20, 1581:11, 1582:3, 1583:21, 1584:19, 1586:13, 1586:19, 1590:15, 1598:6, 1598:24, 1599:16, 1599:20, 1626:18, 1629:3, 1629:5, 1636:7, 1659:16, 1666:9, 1666:10, 1668:1, 1670:18, 1688:18, 1690:23, 1696:7, 1696:8
**bottom-left** [1] - 1581:11
**bottom-right** [1] - 1582:3
**BOULEVARD** [1] - 1688:6
**Boulevard** [8] - 1667:17, 1667:19, 1668:3, 1670:8, 1670:25, 1671:1, 1695:6, 1695:22
**box** [52] - 1523:5, 1557:10, 1557:12, 1558:12, 1558:13, 1558:16, 1559:18, 1560:18, 1560:21, 1560:24, 1561:3, 1576:8, 1577:6, 1577:7, 1580:20, 1581:11, 1582:1, 1610:16, 1632:17, 1661:23, 1661:25, 1666:10, 1668:4, 1668:5, 1668:11, 1669:2, 1669:7, 1669:8, 1671:11, 1671:13, 1671:22, 1671:24, 1674:12, 1676:11, 1676:12, 1677:4, 1677:5, 1677:10, 1678:8, 1693:11, 1693:25, 1696:3, 1696:7, 1696:15, 1707:8, 1708:7, 1708:9, 1708:24
**boxes** [3] - 1671:8, 1676:19, 1687:25
**boy** [1] - 1579:3
**brackets** [1] - 1672:12
**brain** [1] - 1635:20
**branch** [2] - 1524:17, 1574:12
**bread** [1] - 1673:23
**Bread** [5] - 1667:24, 1673:10, 1674:19, 1699:3, 1699:6
**break** [8] - 1568:11, 1568:13, 1568:16,

1570:23, 1610:14, 1619:16, 1678:21, 1678:23
**breaking** [1] - 1510:18
**BREON** [1] - 1501:14
**Brickfield** [2] - 1733:25, 1734:10
**brief** [6] - 1525:16, 1540:1, 1586:16, 1600:7, 1659:9, 1734:7
**Brief** [2] - 1568:23, 1713:11
**Briefly** [1] - 1549:10
**briefly** [18] - 1512:11, 1516:3, 1516:4, 1521:13, 1527:23, 1530:8, 1532:21, 1533:4, 1549:16, 1550:2, 1550:9, 1551:22, 1589:19, 1656:7, 1659:24, 1660:17, 1663:22, 1667:10
**bring** [3] - 1527:23, 1573:24, 1641:4
**brings** [2] - 1627:9, 1664:23
**broad** [1] - 1527:8
**broader** [1] - 1720:9
**broadly** [2] - 1504:10, 1665:6
**Broadway** [6] - 1502:1, 1577:14, 1690:6, 1690:7, 1693:22
**broke** [1] - 1692:18
**broken** [1] - 1687:15
**Brooklyn** [4] - 1501:6, 1501:16, 1502:8, 1665:21
**Brooks** [1] - 1520:18
**brought** [3] - 1639:4, 1640:12, 1645:11
**Bryant** [1] - 1689:23
**buccal** [5] - 1516:12, 1521:1, 1521:4, 1521:8
**building** [3] - 1649:16, 1661:11, 1661:12
**buildings** [4] - 1647:8, 1649:8, 1661:6, 1662:11
**bull's** [1] - 1619:1
**bull's-eye** [1] - 1619:1
**bump** [2] - 1632:17, 1632:25
**Bureau** [5] - 1510:12, 1511:12, 1611:19, 1642:16, 1705:19
**burn** [1] - 1581:25
**business** [19] - 1525:19, 1527:18, 1546:16, 1554:22, 1568:1, 1592:17, 1593:17, 1593:20, 1594:23, 1595:12, 1595:18, 1597:21, 1599:2, 1599:6, 1599:25, 1600:17, 1600:20, 1600:24, 1651:20
**Business** [4] - 1559:1, 1559:5, 1593:14, 1595:15
**busy** [2] - 1672:15, 1705:7
**butcher** [1] - 1517:25
**butt** [13] - 1518:11, 1518:18, 1519:5, 1519:23, 1520:1, 1520:11, 1520:15, 1520:17, 1521:11, 1521:20, 1521:22, 1522:8, 1522:11
**BY** [51] - 1501:17, 1501:24, 1501:25, 1502:2, 1502:3, 1502:6, 1509:4, 1524:5, 1537:3, 1543:5, 1544:8, 1545:12, 1546:9, 1548:13, 1548:24, 1549:12, 1551:24, 1552:21, 1553:24, 1561:23, 1573:7, 1600:13, 1602:4,

1603:15, 1611:7, 1621:25, 1624:4, 1624:21, 1629:25, 1639:3, 1642:12, 1645:2, 1648:16, 1667:2, 1679:10, 1695:1, 1697:6, 1703:1, 1736:5, 1736:7, 1736:8, 1736:9, 1736:10, 1736:12, 1736:13, 1736:14, 1736:16, 1736:17, 1736:19, 1736:20, 1736:21

## C

**C-EZ** [1] - 1592:18
**C-H-A-R-I-T-Y** [1] - 1508:21
**C-O-N-N-O-R** [1] - 1523:12
**Cadman** [2] - 1501:16, 1502:7
**calculate** [2] - 1517:4, 1521:21
**calculating** [1] - 1517:6
**California** [1] - 1712:22
**call-out** [2] - 1696:3, 1696:7
**callout** [22] - 1575:19, 1577:20, 1578:4, 1578:8, 1578:11, 1578:19, 1581:17, 1582:5, 1582:21, 1584:15, 1586:13, 1594:6, 1598:24, 1599:6, 1599:20, 1668:11, 1671:8, 1671:22, 1674:12, 1687:25, 1689:9, 1693:25
**calls/texts** [2] - 1671:25, 1694:1
**campaign** [1] - 1608:23
**candidates** [1] - 1627:10
**cannot** [3] - 1651:10, 1726:1, 1731:22
**capability** [1] - 1551:4
**capacity** [4] - 1652:5, 1652:6, 1652:8, 1719:5
**captured** [3] - 1630:9, 1630:10, 1682:16
**car** [1] - 1526:1
**card** [14] - 1618:9, 1618:14, 1628:3, 1628:12, 1628:21, 1632:16, 1632:22, 1633:2, 1633:17, 1638:3, 1638:14, 1640:8, 1640:13, 1640:14
**cards** [1] - 1627:22
**CARE** [23] - 1526:8, 1526:12, 1526:13, 1526:17, 1526:21, 1527:2, 1528:9, 1529:12, 1532:20, 1532:22, 1533:1, 1533:12, 1533:17, 1535:22, 1537:12, 1537:18, 1539:8, 1545:22, 1546:13, 1547:3, 1548:15, 1551:9, 1551:13
**care** [2] - 1571:24, 1650:5
**career** [2] - 1512:18, 1614:9
**carefully** [1] - 1704:12
**Carpenter** [1] - 1638:19
**case** [53] - 1503:10, 1509:18, 1509:19, 1512:23, 1513:2, 1517:14, 1517:15, 1534:17, 1539:7, 1568:16, 1572:18, 1619:18, 1622:25, 1623:5, 1623:7, 1623:12, 1624:7, 1624:23, 1627:11, 1629:15, 1643:25, 1644:2, 1644:9, 1645:22, 1652:13, 1652:21, 1655:8, 1655:14, 1655:22, 1655:25, 1656:2, 1657:17, 1658:6, 1663:1, 1663:2, 1669:21, 1670:3, 1678:22, 1700:15, 1704:5, 1705:12, 1706:18, 1711:14, 1711:24, 1712:21, 1714:24, 1716:5,

1716:18, 1716:24, 1719:21, 1729:22, 1731:10, 1732:8
**Case** [1] - 1567:19
**cases** [6] - 1512:14, 1512:16, 1512:17, 1644:3, 1645:23, 1669:16
**Casework** [5] - 1509:9, 1509:11, 1509:12, 1509:13, 1517:19
**casework** [1] - 1655:24
**Cash** [1] - 1581:14
**cash** [7] - 1567:19, 1568:5, 1574:8, 1574:12, 1574:14, 1577:9, 1590:1
**CAST** [14] - 1642:25, 1643:1, 1643:2, 1643:9, 1644:4, 1645:24, 1646:11, 1646:15, 1647:12, 1657:7, 1669:16, 1705:21, 1706:16, 1707:4
**Cast** [1] - 1705:20
**CAUSE** [1] - 1501:11
**causes** [1] - 1650:2
**CD** [3] - 1608:11, 1608:12, 1608:13
**cell** [193] - 1514:9, 1646:18, 1646:21, 1646:23, 1647:3, 1647:4, 1647:6, 1647:13, 1647:18, 1648:4, 1648:5, 1648:9, 1648:10, 1648:18, 1648:19, 1648:22, 1649:12, 1649:16, 1649:19, 1649:20, 1649:21, 1649:24, 1649:25, 1650:8, 1650:12, 1650:19, 1650:20, 1651:4, 1651:14, 1651:17, 1651:19, 1651:25, 1652:4, 1652:6, 1652:14, 1652:16, 1653:10, 1653:20, 1654:1, 1654:8, 1654:14, 1655:7, 1655:15, 1656:5, 1656:20, 1656:24, 1656:25, 1657:1, 1657:2, 1657:14, 1658:10, 1658:13, 1660:19, 1661:3, 1661:7, 1661:11, 1661:13, 1661:15, 1662:9, 1662:13, 1662:19, 1663:1, 1663:4, 1664:1, 1664:3, 1664:9, 1664:15, 1664:18, 1665:14, 1665:18, 1666:1, 1668:7, 1668:19, 1668:24, 1669:3, 1669:4, 1669:5, 1669:10, 1670:4, 1670:19, 1671:9, 1672:4, 1672:5, 1672:15, 1673:7, 1674:5, 1674:16, 1675:3, 1675:22, 1675:23, 1675:24, 1675:25, 1676:1, 1676:2, 1676:4, 1676:9, 1676:12, 1676:14, 1676:16, 1678:1, 1678:2, 1678:3, 1678:15, 1679:14, 1680:7, 1680:11, 1680:14, 1681:6, 1681:7, 1681:11, 1683:17, 1683:18, 1683:19, 1683:21, 1683:23, 1683:25, 1684:5, 1684:7, 1684:9, 1684:11, 1684:13, 1684:14, 1684:18, 1684:20, 1684:22, 1684:25, 1685:3, 1685:6, 1685:8, 1685:10, 1685:12, 1685:18, 1685:21, 1686:10, 1686:13, 1686:15, 1686:17, 1687:4, 1687:9, 1689:4, 1689:13, 1689:23, 1690:21, 1690:25, 1691:4, 1691:5, 1691:7, 1691:11, 1691:16, 1691:17, 1692:17, 1692:18, 1692:21, 1692:24, 1692:25, 1693:3, 1693:7, 1693:9, 1693:19, 1695:4, 1695:10, 1695:11, 1695:12,

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 245 of 275 PageID #:
4203
06122023 US v McMahon et al. 21-cr-265 (PKC)
8

1695:13, 1695:15, 1696:13, 1696:21,
1696:23, 1697:13, 1698:3, 1698:21,
1699:1, 1699:8, 1699:18, 1700:23,
1702:18, 1705:8, 1705:9

**cell-site** [9] - 1695:11, 1695:12,
1695:13, 1695:15, 1696:13, 1696:21,
1696:23, 1700:23, 1702:18

**cell-sites** [4] - 1695:4, 1695:10, 1705:8,
1705:9

**cellphone** [10] - 1643:16, 1698:3,
1698:8, 1698:20, 1699:1, 1699:7,
1699:18, 1705:24, 1707:3

**cellphones** [10] - 1706:2, 1706:4,
1706:6, 1706:14, 1706:15, 1706:18,
1706:21, 1706:23, 1707:1, 1707:5

**cells** [6] - 1510:18, 1514:7, 1514:25,
1515:1, 1515:4, 1520:14

**cellular** [9] - 1648:22, 1650:1, 1653:11,
1653:21, 1654:2, 1654:9, 1654:15,
1659:20, 1689:25

**Cellular** [2] - 1642:24, 1705:19

**center** [15] - 1549:19, 1602:6, 1602:13,
1634:12, 1634:20, 1634:25, 1661:13,
1661:15, 1662:24, 1663:5, 1663:6,
1670:2, 1674:11, 1695:12, 1708:7

**Center** [1] - 1501:23

**center-left** [1] - 1695:12

**centered** [1] - 1691:9

**certain** [12] - 1513:1, 1569:12, 1589:11,
1647:10, 1655:12, 1655:18, 1656:13,
1704:9, 1704:11, 1704:14, 1705:5,
1718:12

**certainly** [6] - 1504:18, 1508:5, 1542:1,
1621:21, 1703:14, 1718:7

**certification** [3] - 1645:4, 1645:15,
1646:12

**certified** [5] - 1646:10, 1646:13,
1646:14, 1652:19, 1656:8

**cetera** [1] - 1526:20

**chair** [1] - 1679:1

**chance** [3] - 1549:15, 1616:13, 1716:18

**change** [10] - 1506:18, 1507:1, 1514:13,
1615:22, 1722:1, 1722:4, 1722:14,
1727:17, 1728:7, 1732:17

**changes** [2] - 1616:1, 1705:3

**Chaohong** [2] - 1708:12, 1712:20

**Chaohong's** [3] - 1709:23, 1710:8,
1712:23

**charge** [15] - 1571:19, 1655:22, 1715:6,
1715:14, 1717:4, 1717:11, 1717:13,
1717:15, 1717:21, 1718:9, 1718:15,
1719:3, 1719:12, 1732:25, 1733:3

**charges** [2] - 1717:7, 1718:1

**Charity** [3] - 1508:14, 1508:21, 1513:17

**CHARITY** [2] - 1508:25, 1736:4

**chart** [8] - 1549:19, 1589:7, 1589:13,
1589:16, 1589:20, 1590:16, 1598:20

**charts** [1] - 1597:6

**Chase** [3] - 1554:20, 1584:5, 1584:12

**chat** [6] - 1573:11, 1574:5, 1575:5,

1579:9, 1580:1, 1580:13

**check** [15] - 1507:15, 1560:19, 1560:20,
1560:22, 1561:4, 1561:14, 1571:14,
1571:16, 1574:22, 1590:1, 1590:13,
1708:23, 1711:18, 1714:4, 1714:12

**Checking** [5] - 1557:17, 1575:15,
1578:7, 1582:11, 1583:3, 1587:22

**checking** [10] - 1559:5, 1559:19,
1559:24, 1561:1, 1562:23, 1565:4,
1566:6, 1568:2, 1577:3, 1581:7

**checks** [1] - 1560:25

**cheek** [3] - 1516:13, 1521:2, 1521:6

**chemical** [1] - 1630:6

**chemistry** [1] - 1511:4

**CHEN** [88] - 1501:12, 1501:18, 1508:14,
1508:24, 1509:4, 1509:7, 1513:16,
1518:12, 1518:16, 1519:8, 1519:18,
1522:15, 1522:17, 1536:20, 1552:8,
1552:19, 1552:21, 1553:21, 1553:24,
1555:4, 1555:14, 1561:22, 1561:23,
1568:12, 1573:5, 1573:7, 1589:2,
1589:5, 1590:22, 1590:25, 1591:14,
1596:3, 1596:17, 1600:5, 1600:8,
1601:2, 1603:2, 1603:12, 1606:4,
1641:24, 1642:2, 1642:12, 1645:2,
1648:7, 1648:17, 1653:4, 1654:21,
1655:1, 1655:3, 1657:23, 1658:19,
1659:2, 1659:7, 1659:10, 1667:2,
1668:14, 1669:13, 1670:10, 1673:2,
1673:11, 1675:18, 1677:20, 1679:10,
1679:18, 1680:24, 1682:14, 1686:4,
1687:6, 1687:12, 1689:6, 1690:12,
1691:10, 1692:5, 1692:11, 1695:1,
1697:1, 1697:3, 1708:20, 1708:25,
1709:15, 1710:4, 1711:10, 1712:25,
1713:4, 1713:8, 1736:5, 1736:12,
1736:19

**Chen** [13] - 1508:23, 1568:10, 1573:4,
1679:9, 1697:4, 1703:24, 1703:25,
1705:1, 1709:22, 1710:21, 1711:8,
1712:20, 1712:23

**Chen's** [1] - 1710:9

**Chesapeake** [1] - 1614:6

**chief** [1] - 1525:6

**China** [1] - 1605:19, 1641:15, 1641:16

**Chinese** [8] - 1571:11, 1607:9, 1607:11,
1608:23, 1724:1, 1724:13, 1724:14,
1725:8

**choose** [1] - 1726:16

**chopped** [1] - 1581:24

**chose** [1] - 1692:16

**CHRISTINE** [1] - 1501:21

**chronological** [1] - 1683:19

**chronologically** [1] - 1721:23

**cigarette** [13] - 1518:11, 1518:18,
1519:5, 1519:23, 1520:1, 1520:11,
1520:15, 1520:17, 1521:11, 1521:20,
1521:22, 1522:8, 1522:11

**circle** [9] - 1571:12, 1619:1, 1631:17,
1634:22, 1661:1, 1662:8, 1681:4,

1695:12, 1695:15

**circled** [2] - 1665:13, 1685:18

**circles** [3] - 1670:14, 1670:17, 1671:3

**circulate** [1] - 1717:14

**circumstance** [1] - 1545:13

**cites** [1] - 1665:19

**City** [7] - 1642:24, 1645:10, 1647:8,
1661:5, 1664:19, 1665:9, 1665:19

**city** [2] - 1661:8, 1662:10

**civil** [2] - 1544:22, 1550:12

**claimed** [1] - 1544:22

**claims** [3] - 1525:11, 1525:14, 1525:15

**Clare** [1] - 1532:12

**clarify** [5] - 1569:11, 1626:17, 1629:4,
1633:3, 1709:15

**clarity** [5] - 1569:15, 1569:25, 1608:25,
1631:25, 1734:8

**class** [4] - 1643:13, 1643:14, 1643:18,
1643:23

**classmates** [1] - 1643:22

**clean** [4] - 1517:25, 1543:2, 1691:11

**cleaned** [1] - 1618:16

**clear** [18] - 1541:4, 1543:6, 1547:11,
1548:22, 1570:7, 1570:14, 1571:9,
1580:10, 1597:5, 1605:2, 1657:16,
1660:2, 1665:25, 1668:22, 1670:20,
1688:17, 1714:14, 1720:11

**clearer** [1] - 1649:17

**clearest** [1] - 1650:13

**clearly** [1] - 1704:11

**client** [16] - 1503:17, 1504:16, 1607:22,
1608:15, 1608:17, 1608:22, 1723:23,
1725:2, 1725:17, 1725:18, 1729:16,
1729:20, 1731:3, 1732:11, 1734:13

**clients** [1] - 1556:17

**close** [13] - 1530:21, 1622:3, 1627:9,
1647:1, 1688:23, 1688:24, 1690:2,
1693:21, 1715:5, 1715:8, 1716:5,
1716:8, 1716:25

**closer** [4] - 1555:24, 1612:10, 1642:18,
1676:14

**closest** [7] - 1648:19, 1649:13, 1649:14,
1664:21, 1676:16, 1684:12, 1684:13

**closing** [2] - 1572:21, 1716:15

**Code** [1] - 1641:17

**coded** [1] - 1668:9

**collect** [4] - 1525:18, 1525:21, 1525:22,
1525:25

**collected** [1] - 1553:18

**collection** [1] - 1515:10

**college** [1] - 1645:18

**college-level** [1] - 1645:18

**Collins** [1] - 1611:11

**collocated** [4] - 1675:25, 1676:4,
1677:24, 1678:17

**colloquy** [1] - 1734:16

**color** [11] - 1514:8, 1525:23, 1525:24,
1536:15, 1668:9, 1668:11, 1668:12,
1671:15, 1671:18, 1671:23

**color-coded** [1] - 1668:9

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 246 of 275 PageID #:
4209
06122023 US v McMahon et al. 21-cr-265 (PKC)
9

Colorado [3] - 1611:12, 1613:13, 1614:7
colors [5] - 1665:18, 1671:13, 1672:17, 1687:17, 1692:24
column [22] - 1533:8, 1533:9, 1533:11, 1533:22, 1533:24, 1534:3, 1534:4, 1534:7, 1534:20, 1534:24, 1535:3, 1535:4, 1535:9, 1535:10, 1535:13, 1535:16, 1536:8, 1597:12, 1597:13, 1597:14, 1692:19, 1707:15
Column [4] - 1664:1, 1664:2, 1664:4, 1664:12
columns [4] - 1535:2, 1589:20, 1589:21, 1692:20
Columns [7] - 1663:19, 1663:24, 1664:8, 1664:13, 1664:15, 1664:17
combine [1] - 1636:8
combined [1] - 1711:2
comfortable [1] - 1637:3
coming [3] - 1570:24, 1636:13, 1675:10
comments [1] - 1721:21
Commission [22] - 1524:12, 1524:14, 1524:16, 1524:23, 1525:6, 1525:17, 1525:18, 1525:25, 1526:25, 1527:15, 1528:23, 1528:25, 1529:11, 1529:17, 1530:10, 1530:24, 1531:13, 1532:1, 1532:19, 1538:22, 1551:1, 1551:4
commission [1] - 1526:13
Commission's [2] - 1527:18, 1529:15
common [1] - 1681:11
commonly [1] - 1526:8
communicate [2] - 1647:2, 1652:11
communicated [3] - 1709:23, 1709:25
communication [5] - 1509:20, 1517:17, 1579:10, 1651:3, 1731:22
communications [6] - 1650:18, 1725:17, 1730:16, 1730:22, 1730:24, 1732:2
companies [4] - 1645:12, 1652:17, 1652:18, 1661:9
company [2] - 1656:9, 1656:21
compare [5] - 1515:24, 1518:7, 1521:10, 1612:5, 1613:7
compared [5] - 1519:5, 1627:10, 1628:11, 1633:13, 1637:11
comparing [1] - 1517:7
Comparison [1] - 1622:9
comparison [25] - 1516:6, 1516:9, 1516:14, 1516:19, 1520:20, 1521:14, 1521:18, 1612:5, 1614:20, 1622:12, 1622:14, 1626:4, 1626:15, 1626:16, 1627:3, 1630:24, 1631:24, 1632:2, 1633:11, 1633:22, 1634:9, 1636:25, 1637:22, 1637:24, 1639:16
comparisons [3] - 1520:22, 1614:10, 1632:13
competency [1] - 1613:15
competitive [1] - 1650:3
compile [1] - 1600:16
compiling [1] - 1600:24

complaints [1] - 1525:13
complete [4] - 1508:11, 1547:11, 1657:6, 1662:8
completed [4] - 1535:12, 1613:5, 1613:9, 1613:15
completely [1] - 1726:5
compliance [1] - 1525:7
complicated [1] - 1507:7
Computer [1] - 1502:10
computer [2] - 1518:4, 1627:8
Computer-aided [1] - 1502:10
computerized [1] - 1502:10
concentration [1] - 1665:17
concept [1] - 1720:6
conception [1] - 1514:14
concern [1] - 1733:11
concerning [1] - 1655:24
conclude [3] - 1516:20, 1521:17, 1612:13
concluded [1] - 1521:19
conclusion [7] - 1522:7, 1522:10, 1623:1, 1628:13, 1636:21, 1644:2, 1644:10
conclusions [3] - 1516:20, 1520:23, 1622:22
condition [1] - 1617:7
condolences [1] - 1506:14
conduct [10] - 1516:14, 1520:16, 1532:1, 1550:17, 1624:9, 1624:25, 1629:13, 1630:2, 1634:9, 1720:3
conducted [8] - 1536:4, 1536:11, 1544:10, 1550:16, 1551:5, 1623:3, 1625:21, 1637:2
conducting [3] - 1618:19, 1618:20, 1657:8
conducts [3] - 1551:8, 1622:25, 1657:16
conference [14] - 1542:3, 1547:1, 1547:23, 1571:19, 1609:9, 1714:1, 1715:6, 1715:15, 1715:16, 1717:4, 1717:19, 1717:24, 1732:25, 1733:3
confidence [1] - 1531:15
confidential [1] - 1731:22
configuration [1] - 1625:20
configurations [1] - 1616:1
confirm [2] - 1699:2, 1699:8
confuse [1] - 1683:16
confused [1] - 1569:14
confusing [3] - 1541:7, 1570:12, 1712:6
confusion [1] - 1570:2
CONGYING [1] - 1501:8
Congying [21] - 1502:1, 1518:7, 1519:6, 1520:25, 1521:10, 1522:8, 1553:13, 1628:3, 1628:8, 1628:17, 1628:22, 1628:24, 1629:2, 1629:3, 1632:17, 1633:17, 1638:3, 1638:14, 1641:19, 1710:15, 1711:18
conjunction [1] - 1658:6
connect [5] - 1648:19, 1649:13, 1649:24, 1650:8, 1675:21

connected [3] - 1640:7, 1651:4, 1662:1
connection [11] - 1553:2, 1554:13, 1554:17, 1569:21, 1608:17, 1647:13, 1648:18, 1652:13, 1657:4, 1663:15, 1674:21
Conscientious [1] - 1525:14
consent [1] - 1725:17
consider [3] - 1652:8, 1717:18, 1726:7
consideration [1] - 1504:11
considered [1] - 1628:8
considering [1] - 1503:20
consistent [10] - 1516:25, 1517:3, 1521:19, 1674:17, 1674:17, 1678:10, 1681:14, 1686:24, 1696:22, 1706:15
consistently [1] - 1664:12
consists [9] - 1553:25, 1554:9, 1607:1, 1607:8, 1653:8, 1653:18, 1653:24, 1654:6, 1654:12
conspiracies [1] - 1717:11
conspiracy [1] - 1706:7
constant [1] - 1650:18
constantly [2] - 1650:12, 1650:20
constitutional [1] - 1725:25
consulting [1] - 1729:25
consume [1] - 1714:18
consumers [1] - 1652:3
contact [9] - 1681:19, 1687:3, 1693:13, 1693:15, 1693:16, 1693:18, 1704:3, 1704:9, 1711:16
contacted [2] - 1687:5, 1693:17
contacts [1] - 1693:15
contain [5] - 1507:5, 1531:13, 1535:4, 1655:7, 1675:24
contained [7] - 1533:11, 1534:14, 1535:10, 1606:22, 1607:5, 1608:13, 1658:12
contains [3] - 1506:25, 1535:5, 1609:1
contemplating [1] - 1714:10
Contemplating [1] - 1717:15
contemporaneously [1] - 1518:4
content [3] - 1563:9, 1586:3, 1699:21
contents [1] - 1698:4
contest [1] - 1639:9
context [1] - 1712:9
CONTI [6] - 1501:24, 1654:23, 1658:21, 1697:6, 1702:21, 1736:20
Conti [1] - 1538:3
continuation [2] - 1574:5, 1580:1
continue [3] - 1508:9, 1538:24, 1645:4
Continued [14] - 1540:4, 1542:4, 1546:24, 1547:24, 1568:24, 1601:18, 1607:24, 1609:10, 1644:14, 1666:19, 1694:8, 1713:13, 1715:17, 1718:16
continued [1] - 1613:11
continues [1] - 1580:13
continuing [4] - 1511:24, 1613:12, 1618:13, 1667:2
Continuing [2] - 1602:4, 1648:17
contrary [1] - 1719:25

**contrasting** [2] - 1618:8, 1618:13
**contributing** [1] - 1515:25
**contributor** [7] - 1516:24, 1517:9, 1517:11, 1521:23, 1521:24, 1522:12, 1522:13
**control** [1] - 1731:18
**controversial** [1] - 1722:6
**Convenience** [2] - 1565:4, 1587:22
**convenience** [4] - 1559:2, 1559:5, 1566:4, 1566:6
**conversations** [4] - 1729:22, 1730:9, 1731:3, 1731:11
**conversely** [1] - 1726:15
**convey** [1] - 1506:14
**conveyed** [1] - 1538:21
**convict** [1] - 1726:3
**conviction** [1] - 1640:3
**cooperator** [1] - 1505:3
**Coordinated** [1] - 1660:7
**coordinated** [1] - 1701:20
**copied** [2] - 1510:25, 1511:1
**copies** [10] - 1514:11, 1554:1, 1554:9, 1591:8, 1653:9, 1653:19, 1653:25, 1654:7, 1654:13, 1659:7
**copy** [4] - 1514:11, 1514:12, 1528:11, 1591:3
**copying** [2] - 1510:22, 1510:23
**core** [4] - 1634:10, 1634:12, 1634:20, 1634:25
**corner** [12] - 1557:11, 1559:20, 1561:7, 1561:8, 1564:25, 1565:23, 1582:3, 1595:8, 1670:19, 1686:15, 1689:24, 1693:1
**corners** [1] - 1661:12
**correct** [71] - 1504:18, 1528:10, 1528:13, 1534:10, 1536:7, 1537:8, 1537:12, 1538:11, 1538:19, 1539:10, 1544:11, 1545:11, 1548:8, 1548:25, 1550:6, 1550:7, 1589:4, 1602:6, 1602:17, 1602:20, 1603:9, 1604:23, 1607:18, 1608:8, 1608:12, 1616:20, 1620:2, 1621:10, 1636:24, 1638:9, 1638:15, 1639:17, 1639:18, 1639:20, 1639:21, 1639:24, 1640:4, 1656:17, 1656:22, 1697:22, 1698:8, 1698:11, 1698:14, 1699:20, 1700:2, 1700:21, 1701:3, 1701:7, 1701:10, 1702:16, 1702:19, 1703:10, 1704:18, 1704:19, 1704:20, 1704:21, 1705:16, 1706:4, 1706:13, 1707:12, 1707:14, 1708:12, 1709:14, 1712:1, 1714:13, 1723:19, 1724:20, 1725:14, 1728:3, 1729:4, 1729:5
**Correct** [23] - 1537:21, 1544:23, 1545:3, 1567:24, 1624:17, 1697:17, 1697:21, 1698:1, 1698:5, 1698:24, 1698:25, 1699:4, 1699:10, 1699:12, 1699:16, 1699:24, 1700:7, 1700:14, 1706:9, 1707:10, 1707:25, 1709:25, 1715:9
**correctly** [1] - 1534:21

**correspond** [4] - 1667:14, 1668:12, 1698:19, 1700:16
**corresponded** [1] - 1672:6
**corresponding** [4] - 1593:2, 1664:16, 1671:23, 1692:8
**corresponds** [14] - 1594:6, 1660:8, 1661:25, 1667:24, 1668:2, 1670:24, 1671:9, 1671:18, 1671:22, 1674:12, 1676:12, 1679:23, 1683:21, 1684:24
**cost** [1] - 1586:7
**counsel** [16] - 1503:15, 1504:14, 1539:24, 1546:6, 1570:18, 1596:4, 1639:5, 1657:24, 1659:4, 1714:9, 1714:13, 1717:14, 1722:20, 1733:7
**counting** [1] - 1635:2
**country** [2] - 1643:3, 1646:9
**county** [1] - 1536:13
**couple** [24] - 1502:22, 1533:7, 1535:2, 1537:6, 1537:22, 1539:6, 1543:6, 1569:4, 1572:9, 1579:6, 1600:14, 1602:25, 1670:11, 1680:8, 1690:8, 1691:20, 1692:19, 1711:2, 1717:22, 1722:18, 1723:11, 1723:13, 1724:1, 1730:7
**course** [20] - 1504:22, 1512:18, 1525:19, 1529:14, 1543:24, 1546:16, 1554:22, 1588:19, 1608:5, 1614:9, 1624:15, 1643:12, 1645:5, 1645:19, 1651:20, 1655:3, 1698:7, 1701:15, 1721:7, 1733:18
**courses** [1] - 1645:18
**court** [18] - 1502:15, 1511:15, 1513:4, 1543:1, 1548:1, 1561:22, 1569:1, 1610:1, 1612:8, 1612:14, 1614:12, 1614:15, 1630:12, 1646:5, 1647:20, 1716:1, 1719:1, 1724:16
**Court** [20] - 1502:7, 1503:3, 1503:6, 1503:10, 1503:14, 1503:20, 1503:23, 1569:20, 1570:18, 1571:7, 1572:13, 1714:2, 1714:7, 1717:12, 1717:20, 1719:10, 1721:14, 1733:6
**COURT** [280] - 1501:1, 1502:17, 1502:21, 1503:8, 1503:12, 1503:24, 1504:2, 1504:9, 1504:12, 1505:2, 1505:16, 1506:7, 1506:9, 1506:12, 1506:22, 1507:3, 1507:9, 1507:14, 1508:3, 1508:15, 1508:23, 1513:19, 1513:23, 1514:2, 1518:14, 1518:23, 1519:13, 1519:15, 1519:19, 1522:16, 1522:18, 1522:23, 1523:3, 1523:13, 1524:20, 1524:22, 1530:1, 1530:4, 1536:21, 1536:24, 1539:3, 1539:12, 1539:15, 1539:18, 1540:3, 1541:3, 1541:8, 1541:16, 1541:23, 1543:2, 1544:4, 1544:6, 1545:8, 1546:7, 1546:20, 1546:23, 1547:2, 1547:14, 1547:18, 1548:2, 1548:7, 1548:10, 1548:17, 1548:22, 1549:4, 1549:7, 1549:9, 1551:21, 1552:3, 1552:7, 1552:9, 1552:18, 1553:23, 1555:10,

1568:10, 1568:14, 1568:19, 1568:22, 1569:2, 1569:10, 1570:4, 1570:7, 1570:16, 1570:19, 1570:22, 1571:4, 1571:9, 1572:1, 1572:6, 1572:15, 1572:19, 1572:22, 1573:3, 1586:15, 1589:4, 1589:6, 1589:8, 1590:24, 1591:19, 1596:6, 1596:22, 1598:5, 1600:6, 1600:9, 1601:3, 1601:15, 1602:23, 1603:1, 1603:4, 1603:9, 1603:11, 1603:18, 1603:25, 1604:17, 1604:24, 1605:2, 1606:2, 1606:5, 1606:7, 1606:10, 1607:17, 1607:19, 1607:24, 1608:2, 1608:7, 1608:11, 1608:14, 1608:20, 1609:4, 1609:8, 1610:2, 1610:6, 1610:13, 1610:24, 1611:2, 1612:7, 1614:24, 1616:16, 1616:19, 1618:10, 1619:14, 1619:23, 1620:2, 1621:2, 1621:6, 1621:11, 1621:13, 1621:15, 1621:19, 1623:16, 1624:1, 1624:3, 1624:20, 1629:23, 1634:21, 1634:24, 1635:15, 1635:19, 1638:23, 1638:25, 1639:8, 1639:12, 1640:1, 1640:6, 1640:20, 1640:22, 1640:24, 1641:1, 1641:3, 1641:6, 1641:9, 1641:23, 1641:25, 1642:10, 1648:14, 1658:1, 1658:24, 1659:5, 1659:8, 1659:11, 1678:20, 1678:25, 1679:5, 1679:8, 1697:2, 1697:4, 1702:22, 1702:24, 1708:21, 1709:1, 1709:10, 1709:17, 1710:6, 1711:13, 1713:1, 1713:3, 1713:5, 1713:7, 1713:9, 1713:12, 1714:10, 1714:15, 1715:7, 1715:9, 1715:11, 1716:2, 1717:3, 1718:1, 1718:5, 1719:14, 1721:7, 1721:16, 1722:11, 1722:17, 1722:24, 1723:6, 1723:11, 1723:16, 1723:20, 1723:23, 1723:25, 1724:6, 1724:9, 1724:16, 1724:21, 1725:6, 1725:21, 1726:10, 1726:12, 1726:15, 1726:20, 1726:22, 1726:24, 1727:3, 1727:5, 1727:7, 1727:11, 1727:14, 1727:16, 1727:21, 1727:24, 1728:2, 1728:5, 1728:7, 1728:11, 1728:13, 1728:16, 1728:19, 1728:22, 1728:25, 1729:3, 1729:6, 1729:9, 1729:14, 1729:17, 1730:3, 1730:14, 1730:20, 1731:7, 1731:9, 1731:13, 1731:17, 1731:21, 1731:25, 1732:5, 1732:7, 1732:14, 1732:16, 1732:23, 1733:10, 1733:15, 1733:18, 1734:3, 1734:12, 1734:20, 1734:23, 1735:1, 1735:4, 1735:6, 1735:8
**Court's** [1] - 1506:5
**Courthouse** [1] - 1501:5
**courtroom** [9] - 1508:2, 1568:18, 1573:1, 1610:12, 1619:22, 1621:18, 1646:7, 1679:7, 1717:2
**COURTROOM** [18] - 1502:16, 1508:1, 1508:17, 1508:19, 1523:6, 1523:8, 1538:5, 1552:14, 1573:2, 1610:18, 1610:20, 1619:21, 1642:6, 1654:24,

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 248 of 275 PageID #:
06122023 US v McMahon et al. 21-cr-265 (PKC)
4350
11

1655:2, 1678:24, 1679:6, 1717:1
**courts** [1] - 1513:9
**cover** [16] - 1528:7, 1528:11, 1530:9, 1530:13, 1530:14, 1579:20, 1579:21, 1579:22, 1579:24, 1597:6, 1651:8, 1659:12, 1659:16, 1691:8, 1724:13, 1724:15
**coverage** [25] - 1647:11, 1648:23, 1648:25, 1649:9, 1649:12, 1649:20, 1649:21, 1650:25, 1652:2, 1652:3, 1652:7, 1652:10, 1662:4, 1662:5, 1662:6, 1662:7, 1662:11, 1663:3, 1691:9, 1695:14, 1695:16, 1695:17, 1695:18, 1700:22
**covered** [2] - 1616:10, 1649:11
**covering** [1] - 1688:22
**covers** [1] - 1648:25
**CRAIG** [1] - 1501:17
**CRD** [1] - 1584:5
**create** [4] - 1656:4, 1656:12, 1661:7, 1700:1
**created** [10] - 1527:19, 1528:22, 1529:1, 1598:20, 1656:7, 1656:15, 1658:6, 1658:8, 1669:24, 1708:5
**creates** [2] - 1627:8, 1650:1
**creating** [1] - 1644:12
**creation** [1] - 1615:11
**credit** [1] - 1584:5
**Credits** [1] - 1588:10
**credits** [3] - 1566:14, 1584:22, 1585:12
**crime** [3] - 1644:6, 1669:17, 1669:19
**Crime** [2] - 1642:23, 1647:14
**crimes** [2] - 1553:4, 1643:5
**CRIMINAL** [1] - 1501:11
**criminal** [6] - 1553:1, 1640:7, 1640:15, 1646:15, 1720:3, 1725:25
**cropped** [1] - 1634:2
**cross** [10] - 1522:19, 1536:25, 1549:7, 1600:10, 1646:8, 1646:10, 1656:23, 1657:14, 1664:20, 1664:21
**CROSS** [13] - 1537:2, 1600:12, 1602:3, 1603:14, 1639:2, 1697:5, 1702:25, 1736:8, 1736:13, 1736:14, 1736:17, 1736:20, 1736:21
**Cross** [1] - 1638:25
**cross-examination** [4] - 1522:19, 1536:25, 1600:10, 1646:8
**CROSS-EXAMINATION** [13] - 1537:2, 1600:12, 1602:3, 1603:14, 1639:2, 1697:5, 1702:25, 1736:8, 1736:13, 1736:14, 1736:17, 1736:20, 1736:21
**Cross-examination** [1] - 1638:25
**cross-examine** [1] - 1646:10
**cull** [3] - 1632:5, 1632:20, 1641:10
**culled** [1] - 1701:19
**culminate** [2] - 1644:11, 1645:21
**curious** [1] - 1716:21
**current** [2] - 1553:7, 1731:25
**custodian** [1] - 1525:5, 1527:14
**Customer** [1] - 1575:18

**customer** [4] - 1526:5, 1533:10, 1551:11, 1565:15
**customers** [2] - 1525:12, 1551:9
**cut** [6] - 1514:20, 1575:24, 1575:25, 1632:25, 1633:1, 1633:25
**CVS** [1] - 1661:24

# D

**D-A-V-I-S** [1] - 1508:22
**D.C** [1] - 1501:21
**dad** [1] - 1514:12
**Daily** [1] - 1578:17
**daily** [3] - 1562:14, 1582:14
**dale** [1] - 1581:25
**DAS** [1] - 1662:4
**data** [25] - 1631:24, 1646:19, 1647:13, 1648:5, 1648:9, 1648:10, 1650:15, 1651:5, 1651:8, 1651:9, 1651:10, 1651:11, 1656:5, 1658:10, 1658:11, 1674:17, 1691:25, 1692:14, 1698:3, 1698:17, 1698:18, 1702:4, 1702:18
**database** [21] - 1526:22, 1529:12, 1533:2, 1533:17, 1534:6, 1534:9, 1535:22, 1538:17, 1550:16, 1551:14, 1551:16, 1551:18, 1612:6, 1613:8, 1627:5, 1627:9, 1627:16, 1627:17, 1627:21, 1627:22, 1656:24
**date** [46] - 1532:13, 1535:5, 1535:11, 1536:16, 1556:2, 1557:24, 1558:1, 1560:6, 1560:8, 1561:8, 1562:17, 1563:18, 1563:20, 1565:16, 1566:15, 1567:13, 1575:21, 1575:23, 1576:9, 1576:12, 1576:16, 1577:21, 1577:23, 1578:18, 1578:21, 1580:21, 1580:23, 1582:5, 1586:1, 1586:20, 1586:22, 1588:5, 1589:21, 1589:22, 1589:23, 1656:16, 1669:18, 1669:19, 1669:25, 1695:8, 1704:23, 1705:1, 1710:15
**Date** [1] - 1588:11
**dated** [10] - 1550:3, 1556:5, 1561:4, 1567:22, 1583:25, 1584:25, 1585:12, 1598:11, 1704:18
**dates** [8] - 1656:10, 1656:13, 1668:20, 1670:9, 1704:9, 1708:4, 1712:10, 1712:13
**Davis** [13] - 1508:14, 1508:15, 1508:21, 1508:22, 1509:5, 1509:8, 1511:2, 1513:17, 1514:5, 1515:6, 1518:24, 1519:20, 1522:7
**DAVIS** [2] - 1508:25, 1736:4
**day's** [2] - 1683:14, 1684:3
**Daylight** [1] - 1660:9
**days** [3] - 1643:14, 1643:24, 1646:6
**deal** [1] - 1640:2
**dealers** [1] - 1524:19
**deals** [1] - 1639:19
**dealt** [1] - 1639:23
**death** [3] - 1507:23, 1508:8, 1615:12
**December** [8] - 1563:21, 1566:9,

1598:12, 1598:23, 1599:1, 1599:5, 1599:9, 1599:10
**decide** [5] - 1714:17, 1719:16, 1721:5, 1729:7, 1731:21
**decided** [3] - 1504:7, 1712:4, 1719:23
**decision** [6] - 1727:11, 1728:5, 1728:25, 1729:11, 1731:17
**decisions** [2] - 1622:15
**declined** [1] - 1614:15
**decomposition** [1] - 1615:12
**Defendant** [3] - 1501:23, 1502:1, 1502:4
**defendant** [7] - 1544:19, 1544:22, 1601:9, 1621:5, 1639:5, 1725:25, 1729:24
**defendants** [5] - 1501:10, 1621:11, 1716:11, 1723:17, 1725:23
**Defense** [1] - 1549:14
**defense** [15] - 1541:14, 1544:2, 1548:23, 1570:8, 1570:22, 1571:17, 1589:4, 1714:17, 1716:9, 1718:11, 1722:20, 1723:3, 1726:17, 1727:9, 1733:7
**Define** [1] - 1545:9
**defining** [1] - 1627:7
**degrees** [6] - 1661:2, 1662:6, 1663:8, 1664:5, 1696:10, 1696:16
**delay** [1] - 1506:3
**deliberating** [1] - 1716:19
**Delta** [5] - 1631:18, 1636:4, 1636:7, 1636:8, 1636:13
**delving** [1] - 1643:19
**demand** [1] - 1652:3
**demonstrate** [1] - 1634:17
**demonstrates** [1] - 1631:14
**demonstrating** [1] - 1633:24
**demonstrative** [16] - 1589:3, 1589:9, 1598:7, 1598:10, 1598:11, 1599:17, 1599:19, 1629:13, 1629:17, 1630:16, 1631:12, 1634:5, 1634:7, 1636:23, 1637:8, 1638:2
**Demonstrative** [1] - 1630:2
**denote** [5] - 1671:15, 1672:12, 1673:4, 1675:10, 1695:21
**denoted** [3] - 1678:11, 1680:5, 1689:15
**denoting** [1] - 1685:16
**dense** [3] - 1665:19, 1665:20, 1689:25
**densely** [1] - 1689:25
**density** [3] - 1661:6, 1689:19, 1690:1
**deoxyribonucleic** [1] - 1514:6
**department** [1] - 1700:25
**DEPARTMENT** [1] - 1501:19
**Department** [16] - 1552:23, 1553:8, 1553:9, 1627:13, 1627:24, 1628:2, 1628:6, 1628:7, 1628:18, 1632:22, 1633:7, 1639:17, 1639:19, 1639:22, 1640:9, 1642:24
**depict** [9] - 1643:6, 1660:19, 1665:7, 1670:4, 1679:14, 1681:23, 1690:17, 1692:15, 1695:16
**depicted** [12] - 1657:2, 1665:12,

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 249 of 275 PageID #:
06122023 US v McMahon, et al. 21-cr-265 (PKC)
4212                                                                          12

1668:13, 1668:18, 1670:18, 1677:13, 1678:9, 1679:24, 1691:11, 1693:13, 1693:19, 1695:12
**depiction** [1] - 1662:18
**depicts** [5] - 1660:18, 1673:15, 1696:10, 1697:18, 1702:14
**deposit** [23] - 1556:14, 1557:17, 1557:23, 1558:20, 1559:19, 1559:24, 1561:1, 1562:23, 1568:6, 1574:8, 1574:12, 1574:14, 1574:22, 1576:14, 1579:1, 1580:6, 1580:17, 1581:2, 1581:9, 1582:20, 1597:20, 1600:3, 1604:6
**Deposit** [1] - 1562:22
**deposited** [1] - 1604:10
**deposits** [7] - 1556:16, 1556:17, 1562:15, 1597:3, 1597:16, 1597:17, 1599:6
**DEPUTY** [18] - 1502:16, 1508:1, 1508:17, 1508:19, 1523:6, 1523:8, 1538:5, 1552:14, 1573:2, 1610:18, 1610:20, 1619:21, 1642:6, 1654:24, 1655:2, 1678:24, 1679:6, 1717:1
**describe** [5] - 1530:8, 1571:16, 1613:3, 1615:1, 1625:2
**described** [5] - 1551:12, 1638:6, 1675:20, 1680:18, 1719:3
**describing** [3] - 1537:19, 1545:2, 1663:20
**description** [10] - 1562:21, 1566:17, 1567:17, 1578:25, 1582:19, 1584:4, 1588:16, 1590:13, 1592:14, 1593:6
**designated** [1] - 1630:19, 1631:3, 1711:25
**desk** [1] - 1617:18
**destination** [1] - 1647:5
**detail** [8] - 1619:2, 1619:12, 1632:12, 1643:3, 1643:15, 1688:24, 1699:22
**detailing** [1] - 1700:1
**details** [9] - 1526:1, 1619:10, 1627:7, 1631:23, 1636:16, 1637:16, 1637:17, 1643:19, 1704:7
**detect** [2] - 1515:5, 1649:17
**Detective** [2] - 1605:10, 1725:5
**detective** [1] - 1605:22
**determination** [1] - 1504:7
**determine** [8] - 1509:20, 1510:2, 1515:25, 1516:15, 1533:17, 1650:12, 1651:11, 1655:11
**determined** [2] - 1517:2, 1521:15
**determining** [2] - 1510:21, 1520:16
**develop** [3] - 1612:4, 1615:18, 1630:8
**developed** [6] - 1615:9, 1626:14, 1626:16, 1628:12, 1630:5, 1630:6, 1630:23, 1651:1
**development** [2] - 1503:23, 1612:3
**device** [2] - 1647:6, 1669:18
**devices** [8] - 1643:7, 1647:19, 1650:21, 1650:24, 1652:19, 1656:13, 1669:22, 1670:6

**difference** [1] - 1547:12
**different** [25] - 1516:8, 1521:16, 1537:11, 1550:4, 1564:20, 1589:20, 1618:21, 1618:22, 1622:20, 1631:19, 1645:23, 1647:9, 1649:1, 1657:11, 1657:12, 1660:23, 1671:15, 1676:1, 1676:2, 1700:21, 1700:22, 1700:23, 1734:20
**differs** [3] - 1515:15, 1515:16, 1515:18
**difficult** [3] - 1508:8, 1581:20, 1691:2
**digital** [2] - 1618:16, 1634:4
**digitally** [1] - 1634:3
**digits** [1] - 1576:4
**dire** [1] - 1513:19
**direct** [8] - 1518:6, 1537:10, 1590:15, 1592:7, 1593:25, 1608:22, 1623:5, 1673:12
**DIRECT** [11] - 1509:3, 1524:4, 1552:20, 1611:6, 1642:11, 1667:1, 1736:5, 1736:7, 1736:12, 1736:16, 1736:19
**directed** [1] - 1647:10
**direction** [4] - 1619:8, 1635:9, 1636:17, 1709:20
**directionality** [4] - 1662:25, 1663:4, 1669:4, 1695:17
**directions** [4] - 1631:19, 1636:6, 1647:11, 1660:23
**directly** [3] - 1608:15, 1674:12, 1732:10
**directs** [1] - 1723:14
**dirt** [1] - 1616:10
**disagreement** [3] - 1622:13, 1622:19, 1637:12
**discipline** [1] - 1505:6
**disclose** [2] - 1730:11, 1731:10
**disclosed** [1] - 1504:22
**disclosure** [1] - 1531:15
**disconnected** [1] - 1579:22
**discovery** [1] - 1504:23
**discriminating** [1] - 1615:6
**discrimination** [1] - 1525:11
**discuss** [2] - 1503:4, 1721:25
**discussed** [6] - 1550:5, 1655:16, 1711:14, 1727:7, 1729:21, 1731:2
**discussing** [2] - 1654:19, 1697:15
**discussion** [3] - 1546:5, 1704:5, 1717:15
**Discussion** [1] - 1569:6
**discussions** [4] - 1571:7, 1703:19, 1711:8, 1732:12
**display** [1] - 1538:4
**displaying** [1] - 1643:21
**dispute** [1] - 1639:13
**disputes** [1] - 1532:4
**Distributed** [1] - 1661:18
**DISTRICT** [3] - 1501:1, 1501:1, 1501:12
**District** [7] - 1501:15, 1552:24, 1553:5, 1648:2, 1703:18, 1704:1, 1705:24
**divided** [1] - 1517:9
**dividing** [7] - 1619:5, 1631:23, 1635:6,

1635:9, 1635:23, 1636:4, 1636:13
**Division** [1] - 1510:12
**DIVISION** [1] - 1501:20
**division** [2] - 1614:6, 1614:8
**divorced** [1] - 1532:4
**divulge** [3] - 1730:22, 1730:23, 1731:22
**DMV** [3] - 1538:25, 1539:1
**DNA** [77] - 1509:9, 1509:11, 1509:12, 1509:13, 1509:15, 1510:15, 1510:16, 1510:17, 1510:18, 1510:21, 1510:22, 1510:25, 1511:1, 1511:3, 1511:10, 1511:13, 1511:22, 1511:24, 1511:25, 1512:14, 1512:17, 1512:20, 1513:4, 1513:17, 1514:5, 1514:6, 1514:10, 1514:11, 1514:12, 1514:13, 1514:15, 1514:17, 1514:20, 1514:21, 1514:22, 1514:25, 1515:1, 1515:2, 1515:5, 1515:6, 1515:9, 1515:10, 1515:11, 1515:14, 1515:16, 1515:17, 1515:20, 1515:22, 1515:24, 1515:25, 1516:6, 1516:22, 1516:24, 1517:8, 1517:18, 1518:7, 1519:6, 1519:25, 1520:3, 1520:4, 1520:10, 1520:16, 1520:18, 1520:24, 1521:7, 1521:10, 1521:19, 1521:20, 1521:21, 1522:10, 1615:8, 1615:17
**DNA-specific** [1] - 1511:24
**Doctor** [1] - 1522:23
**doctor** [4] - 1510:2, 1510:4
**doctor's** [1] - 1510:1
**document** [32] - 1528:4, 1528:16, 1532:7, 1538:17, 1539:22, 1541:20, 1543:18, 1543:20, 1543:23, 1544:13, 1544:14, 1544:17, 1546:10, 1546:15, 1546:22, 1557:4, 1557:22, 1559:7, 1567:7, 1567:22, 1575:7, 1602:19, 1603:16, 1604:20, 1623:21, 1625:17, 1638:2, 1639:16, 1639:22, 1701:16, 1724:12, 1734:17
**documentation** [1] - 1632:3
**documentations** [1] - 1605:15
**documents** [11] - 1539:21, 1553:18, 1603:20, 1605:18, 1605:25, 1625:12, 1639:20, 1639:24, 1640:15, 1724:1, 1724:22
**dollar** [6] - 1556:15, 1560:1, 1576:25, 1577:1, 1589:24
**Dollars** [1] - 1599:12
**dollars** [2] - 1560:23, 1599:13
**done** [6] - 1505:4, 1506:13, 1572:5, 1623:2, 1708:23, 1716:3
**donor** [1] - 1521:11
**DOS** [2] - 1695:13, 1695:16
**dot** [13] - 1674:11, 1683:18, 1683:20, 1684:7, 1685:17, 1690:23, 1691:4, 1693:1, 1693:3, 1693:8
**dots** [13] - 1619:5, 1632:10, 1632:12, 1637:17, 1637:23, 1665:11, 1665:13, 1665:17, 1683:9, 1689:19, 1690:19, 1690:20

**dotted** [1] - 1661:23
**down** [34] - 1517:25, 1522:24, 1546:2, 1552:4, 1565:5, 1565:15, 1565:20, 1568:19, 1568:21, 1570:23, 1580:18, 1588:9, 1588:18, 1594:21, 1606:6, 1619:23, 1623:24, 1634:13, 1634:14, 1635:2, 1635:13, 1636:3, 1636:12, 1636:13, 1645:17, 1661:24, 1662:2, 1667:6, 1679:2, 1683:3, 1686:25, 1687:15, 1692:3, 1692:18
**Downtown** [1] - 1558:23
**Dr** [8] - 1509:5, 1511:2, 1513:17, 1514:5, 1515:6, 1518:24, 1519:20, 1522:7
**draw** [5] - 1516:20, 1634:22, 1661:14, 1662:13, 1719:6
**Drive** [3] - 1606:17, 1606:19, 1606:24
**drive** [1] - 1646:3
**driver** [1] - 1526:23
**driver's** [3] - 1524:18, 1525:22, 1536:12
**Driver's** [1] - 1525:7
**Drivers** [1] - 1527:5
**driveway** [1] - 1518:19
**driving** [1] - 1574:9
**drop** [1] - 1650:2
**dropping** [1] - 1652:10
**drove** [1] - 1701:4
**drowning** [1] - 1649:3
**DUBIN** [1] - 1502:1
**due** [6] - 1663:2, 1663:5, 1675:2, 1685:5, 1687:1, 1689:22
**duly** [5] - 1509:1, 1524:2, 1552:12, 1611:4, 1642:4
**duration** [6] - 1651:11, 1675:17, 1679:16, 1684:15, 1685:22, 1691:18
**during** [17] - 1507:2, 1570:19, 1570:23, 1645:14, 1665:14, 1674:1, 1674:9, 1674:19, 1678:12, 1681:7, 1681:20, 1685:3, 1685:23, 1689:11, 1690:21, 1693:9, 1711:19
**duties** [5] - 1509:16, 1525:3, 1528:23, 1553:3, 1611:25
**duty** [1] - 1529:1
**DVD** [5] - 1507:7, 1606:22, 1609:1, 1609:4, 1609:6

# E

**E-L-A-I-N-A** [1] - 1610:22
**e-mail** [26] - 1555:19, 1555:21, 1555:22, 1556:2, 1556:3, 1556:5, 1556:8, 1556:10, 1563:3, 1566:21, 1566:23, 1566:24, 1567:2, 1567:3, 1567:4, 1567:9, 1585:21, 1585:23, 1585:24, 1586:1, 1586:3, 1605:12, 1628:1, 1640:13, 1724:15, 1725:2
**E-mail** [1] - 1502:9
**E6286443)** [1] - 1518:21
**early** [6] - 1615:14, 1619:16, 1716:13, 1733:1, 1733:2

**ears** [1] - 1572:1
**ease** [2] - 1669:23, 1671:8
**easier** [1] - 1674:5
**easily** [1] - 1617:19
**East** [1] - 1501:16
**EASTERN** [1] - 1501:1
**Eastern** [8] - 1501:15, 1535:7, 1552:24, 1553:5, 1648:1, 1703:18, 1704:1, 1705:24
**Ed** [1] - 1721:11
**edges** [1] - 1619:13
**Edison** [10] - 1667:20, 1688:15, 1689:5, 1689:14, 1689:15, 1690:9, 1690:11, 1691:3, 1692:9, 1692:16
**education** [4] - 1511:3, 1511:21, 1511:24, 1613:12
**educational** [1] - 1612:23
**effect** [2] - 1530:15, 1530:17
**effective** [1] - 1530:18
**efficient** [1] - 1650:7
**eight** [11] - 1511:23, 1575:25, 1626:3, 1626:16, 1629:1, 1630:23, 1630:24, 1637:4, 1637:6, 1678:5
**eighth** [2] - 1532:7, 1634:6
**either** [15] - 1516:11, 1572:14, 1618:5, 1619:10, 1621:7, 1650:14, 1660:10, 1667:15, 1699:14, 1701:9, 1704:4, 1720:2, 1720:25, 1734:4, 1734:19
**Elaina** [3] - 1610:10, 1610:22, 1614:19
**ELAINA** [2] - 1611:3, 1736:15
**electronic** [5] - 1531:12, 1584:5, 1585:9, 1585:11, 1597:16
**Electronic** [1] - 1583:22
**electronically** [2] - 1618:6, 1618:15
**Elizabeth** [8] - 1641:24, 1642:8, 1667:17, 1667:19, 1670:8, 1670:25, 1671:1, 1698:23
**ELIZABETH** [3] - 1642:4, 1642:8, 1736:18
**ELMO** [1] - 1519:18
**EM** [3] - 1667:13, 1667:18, 1688:22
**email** [1] - 1563:9
**Embassy** [5] - 1518:18, 1670:7, 1670:25, 1688:22, 1698:23
**Emily** [1] - 1556:9
**Emory** [1] - 1511:8
**employed** [2] - 1510:10, 1510:11
**employee** [2] - 1525:9, 1529:8
**Employee** [1] - 1525:14
**employees** [2] - 1525:11, 1528:25
**employment** [1] - 1525:10
**EN** [1] - 1670:21
**encode** [1] - 1627:6
**encoded** [1] - 1627:4
**encodings** [1] - 1627:9
**end** [11] - 1520:14, 1618:3, 1619:7, 1631:8, 1636:2, 1645:20, 1716:13, 1716:19, 1716:25, 1733:1, 1733:2
**End** [1] - 1542:3, 1547:23, 1609:9,

1715:16
**ended** [3] - 1520:22, 1712:2, 1712:14
**ending** [81] - 1558:9, 1559:15, 1562:1, 1564:18, 1564:20, 1575:10, 1576:2, 1576:3, 1576:18, 1577:2, 1578:9, 1581:4, 1583:6, 1583:14, 1583:19, 1587:16, 1588:2, 1597:10, 1603:24, 1619:4, 1627:7, 1631:23, 1634:14, 1635:4, 1635:7, 1635:8, 1635:13, 1635:24, 1636:10, 1636:12, 1668:19, 1668:22, 1670:4, 1670:5, 1671:19, 1671:20, 1671:21, 1672:6, 1672:9, 1672:10, 1673:7, 1673:8, 1673:9, 1674:4, 1674:10, 1674:14, 1674:15, 1675:14, 1675:15, 1676:20, 1676:23, 1677:1, 1677:5, 1677:7, 1677:8, 1677:10, 1677:12, 1677:23, 1677:24, 1678:15, 1678:17, 1679:15, 1679:16, 1679:23, 1679:24, 1680:7, 1680:16, 1681:12, 1682:12, 1687:10, 1689:9, 1689:10, 1690:16, 1690:17, 1692:22, 1695:5, 1710:7
**endlessjohnny@gmail.com** [1] - 1573:17
**ends** [1] - 1728:8
**enforcement** [9] - 1518:19, 1606:18, 1606:23, 1623:19, 1627:19, 1640:16, 1643:8, 1652:17, 1712:7
**engaged** [1] - 1720:3
**engineering** [1] - 1676:3
**engineers** [6] - 1645:12, 1649:6, 1649:9, 1649:23, 1650:22, 1652:5
**England** [1] - 1660:8
**English** [11] - 1607:9, 1607:11, 1609:2, 1731:14, 1731:16, 1731:20, 1731:24, 1732:4, 1732:15, 1732:22, 1733:13
**enjoy** [2] - 1619:18, 1678:23
**enlarged** [1] - 1631:6
**ensure** [11] - 1525:7, 1649:10, 1650:5, 1650:23, 1651:22, 1652:2, 1656:17, 1656:20, 1657:2, 1657:11, 1657:15
**enter** [1] - 1518:3
**entered** [1] - 1534:15
**enters** [4] - 1508:2, 1573:1, 1621:18, 1679:7
**entire** [4] - 1636:16, 1659:23, 1683:13, 1724:12
**entirely** [2] - 1720:11, 1729:10
**entirety** [6] - 1515:21, 1669:11, 1681:12, 1682:11, 1685:1, 1700:3
**entities** [10] - 1526:14, 1526:17, 1526:18, 1526:19, 1526:20, 1526:22, 1527:7, 1537:11, 1537:14
**entitled** [1] - 1604:13
**entity** [2] - 1533:12, 1534:5
**entries** [5] - 1529:4, 1532:25, 1533:7, 1534:17, 1539:7
**entry** [19] - 1535:21, 1544:17, 1550:3, 1566:14, 1578:23, 1578:25, 1579:14, 1582:15, 1582:19, 1583:25, 1584:2,

Case 1:21-cr-00265-PKC   Document 272   Filed 07/18/23   Page 251 of 275 PageID #:
06122023 US v McMahon et al. 21-cr-265 (PKC)
4314

14

1584:4, 1584:25, 1585:2, 1585:4,
1585:11, 1585:12, 1588:14, 1598:14
**envelope** [1] - 1606:16
**environment** [2] - 1615:8, 1615:18
**environmental** [2] - 1615:7, 1617:10
**Epay** [1] - 1584:5
**equal** [1] - 1525:10
**equally** [1] - 1718:9
**equally-available-witness-charge** [1] -
1718:9
**Eric** [6] - 1563:12, 1564:7, 1566:25,
1567:12, 1585:24, 1586:8
**ericyan75@yahoo.com** [1] - 1585:24
**EricYan75@Yahoo.com** [2] - 1563:5,
1566:25
**Erik** [1] - 1638:19
**ESPA** [2] - 1656:10, 1657:10
**especially** [1] - 1665:20
**ESQ** [5] - 1501:24, 1501:25, 1502:2,
1502:3, 1502:6
**essentially** [4] - 1527:8, 1647:9, 1657:8,
1661:21
**established** [2] - 1720:12, 1720:17
**estate** [1] - 1661:9
**estimate** [1] - 1715:1
**et** [1] - 1526:20
**ethics** [1] - 1525:13
**evaluate** [1] - 1622:7
**evaluating** [1] - 1504:6
**Evaluation** [1] - 1622:9
**evaluation** [3] - 1622:14, 1637:10,
1637:12
**evaporate** [1] - 1617:12
**evening** [3] - 1682:17, 1696:18, 1716:23
**events** [2] - 1529:5, 1619:3
**everywhere** [1] - 1661:20
**evidence** [101] - 1507:8, 1509:12,
1509:14, 1509:20, 1510:16, 1510:18,
1510:21, 1511:20, 1516:7, 1516:22,
1516:24, 1517:1, 1517:4, 1517:8,
1517:10, 1517:16, 1517:18, 1517:20,
1517:24, 1518:1, 1518:3, 1518:8,
1518:10, 1518:12, 1519:9, 1519:14,
1529:21, 1530:3, 1538:8, 1544:3,
1544:7, 1548:12, 1553:21, 1555:13,
1555:15, 1556:18, 1557:9, 1558:24,
1559:17, 1563:1, 1563:13, 1564:23,
1565:21, 1566:19, 1568:8, 1570:9,
1571:18, 1572:23, 1573:8, 1576:5,
1577:25, 1579:2, 1580:19, 1582:8,
1585:17, 1586:9, 1587:18, 1589:9,
1589:11, 1590:14, 1590:23, 1591:21,
1594:11, 1596:23, 1601:16, 1602:2,
1603:9, 1603:10, 1606:12, 1608:22,
1609:2, 1612:2, 1612:3, 1613:6,
1623:7, 1623:11, 1623:13, 1623:15,
1623:25, 1624:6, 1624:19, 1624:22,
1625:9, 1625:10, 1629:19, 1629:24,
1641:8, 1653:4, 1655:5, 1655:7,
1659:1, 1663:9, 1714:18, 1716:3,

1716:10, 1716:12, 1723:21, 1726:1,
1726:5, 1726:6
**Evidence** [1] - 1614:18
**evidentiary** [2] - 1720:21, 1733:2
**EX** [4] - 1667:12, 1667:16, 1670:21,
1688:17
**exact** [1] - 1687:21
**exactly** [2] - 1651:11, 1719:2
**Exactly** [1] - 1545:25
**exam** [2] - 1613:10, 1622:23
**examination** [11] - 1522:19, 1536:25,
1537:10, 1573:4, 1600:10, 1603:3,
1614:20, 1621:23, 1638:25, 1646:8,
1679:9
**EXAMINATION** [31] - 1509:3, 1524:4,
1537:2, 1549:11, 1551:23, 1552:20,
1573:6, 1600:12, 1602:3, 1603:14,
1611:6, 1639:2, 1642:11, 1645:1,
1648:16, 1667:1, 1697:5, 1702:25,
1736:5, 1736:7, 1736:8, 1736:9,
1736:10, 1736:12, 1736:13, 1736:14,
1736:16, 1736:17, 1736:19, 1736:20,
1736:21
**examinations** [1] - 1614:13
**examine** [6] - 1509:14, 1510:2, 1603:16,
1603:19, 1613:15, 1646:10
**examined** [9] - 1509:2, 1509:21,
1517:21, 1517:22, 1519:23, 1524:3,
1552:13, 1611:5, 1642:5
**examiner** [16] - 1509:9, 1509:17,
1509:18, 1510:7, 1512:23, 1513:1,
1517:13, 1520:18, 1611:24, 1612:1,
1612:16, 1612:18, 1613:16, 1622:24,
1634:4, 1638:19
**examiners** [1] - 1637:3
**examines** [2] - 1509:12, 1629:14
**example** [10] - 1514:23, 1651:13,
1662:12, 1669:7, 1672:8, 1672:17,
1692:25, 1695:13, 1722:3, 1730:25
**exams** [7] - 1511:15, 1612:13, 1613:23,
1622:24, 1630:2
**Excel** [1] - 1663:11
**except** [1] - 1685:25
**exception** [2] - 1514:15, 1515:23
**exceptions** [1] - 1730:20
**excerpt** [1] - 1609:4
**Exclusion** [1] - 1622:18
**exclusion** [2] - 1516:16, 1516:21
**exclusions** [1] - 1619:11
**excused** [4] - 1522:24, 1552:6, 1641:2,
1713:10
**executed** [5] - 1528:8, 1530:11,
1724:25, 1725:7, 1725:13
**executive** [1] - 1524:17
**exercise** [2] - 1643:24, 1645:3
**exercises** [1] - 1511:16
**exhibit** [48] - 1507:3, 1507:4, 1507:5,
1519:2, 1519:5, 1519:22, 1530:8,
1532:15, 1538:6, 1541:11, 1541:14,
1544:2, 1546:3, 1546:4, 1546:7,

1546:19, 1550:1, 1555:14, 1558:10,
1560:15, 1574:3, 1581:12, 1583:11,
1583:13, 1583:18, 1584:10, 1586:14,
1588:18, 1595:7, 1596:8, 1596:10,
1597:2, 1597:7, 1599:14, 1600:3,
1602:5, 1603:12, 1604:13, 1608:25,
1624:5, 1624:16, 1628:14, 1629:10,
1658:4, 1697:12, 1707:6, 1710:2
**Exhibit** [112] - 1518:13, 1518:15,
1518:18, 1518:25, 1519:9, 1519:14,
1528:3, 1528:15, 1530:6, 1532:17,
1537:24, 1538:7, 1539:20, 1539:25,
1543:9, 1543:15, 1544:2, 1544:7,
1546:6, 1549:14, 1550:2, 1553:22,
1554:6, 1554:8, 1554:12, 1554:15,
1554:19, 1555:1, 1555:2, 1555:15,
1556:18, 1557:9, 1558:12, 1558:25,
1559:17, 1562:6, 1563:14, 1564:24,
1565:22, 1566:20, 1568:8, 1573:9,
1575:2, 1575:5, 1575:6, 1578:1,
1580:20, 1582:7, 1582:25, 1583:17,
1584:8, 1584:11, 1585:18, 1586:10,
1587:19, 1590:23, 1591:3, 1591:7,
1594:12, 1596:5, 1596:12, 1596:18,
1596:23, 1602:2, 1603:8, 1603:18,
1604:5, 1606:13, 1606:14, 1606:15,
1606:22, 1606:23, 1607:1, 1607:5,
1607:6, 1607:7, 1607:8, 1607:10,
1607:12, 1607:14, 1607:15, 1623:18,
1625:3, 1628:21, 1628:25, 1629:1,
1629:24, 1630:6, 1631:5, 1653:5,
1653:8, 1653:18, 1653:24, 1654:6,
1654:12, 1657:25, 1658:20, 1659:1,
1664:24, 1697:10, 1698:20, 1699:7,
1700:5, 1703:4, 1737:3, 1737:5,
1737:10, 1737:11, 1737:13
**Exhibits** [24] - 1527:22, 1528:21,
1530:2, 1548:11, 1554:5, 1554:11,
1555:5, 1555:12, 1571:2, 1591:10,
1591:11, 1591:15, 1591:20, 1596:14,
1607:2, 1607:4, 1652:22, 1654:22,
1655:4, 1737:4, 1737:6, 1737:7,
1737:9, 1737:12
**exhibits** [28] - 1528:1, 1548:23,
1554:12, 1569:9, 1569:12, 1569:16,
1569:17, 1570:8, 1570:24, 1571:13,
1589:9, 1603:3, 1620:1, 1620:2,
1621:4, 1621:6, 1625:22, 1626:24,
1654:17, 1654:18, 1655:6, 1659:6,
1678:25, 1714:4, 1714:12, 1724:10,
1724:24
**exist** [1] - 1725:10
**existing** [1] - 1661:10
**exit** [2] - 1618:23, 1618:25
**exits** [3] - 1568:18, 1619:22, 1717:2
**expect** [2] - 1689:21, 1716:22
**expectation** [1] - 1716:16
**expected** [2] - 1505:24, 1716:4
**expects** [1] - 1716:12
**expediting** [1] - 1710:6

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 252 of 275 PageID #:
06122023 US v McMahon et al. 21-cr-265 (PKC)
4285
15

**expenses** [4] - 1556:17, 1600:17, 1600:20, 1601:1
**expensive** [1] - 1661:8
**experience** [2] - 1613:4, 1658:10
**expert** [16] - 1513:4, 1513:11, 1513:13, 1513:17, 1514:3, 1600:22, 1614:12, 1614:14, 1614:15, 1614:19, 1643:7, 1647:24, 1648:1, 1648:4, 1648:9, 1648:14
**expiration** [1] - 1536:16
**expired** [1] - 1530:18
**explain** [31] - 1509:16, 1510:14, 1511:9, 1511:17, 1512:11, 1514:5, 1516:3, 1516:4, 1516:18, 1519:22, 1521:3, 1521:13, 1522:1, 1597:1, 1616:3, 1618:17, 1645:12, 1646:21, 1656:7, 1659:24, 1660:5, 1660:17, 1662:16, 1668:16, 1669:14, 1672:2, 1677:21, 1683:12, 1683:25, 1689:18, 1690:19
**explained** [1] - 1659:24
**explaining** [2] - 1672:13, 1730:7
**explanatory** [1] - 1590:6
**expressed** [1] - 1733:11
**extend** [1] - 1649:21
**Extended** [5] - 1667:16, 1670:7, 1670:24, 1688:20, 1698:22
**extended** [1] - 1686:10
**extensive** [1] - 1692:13
**extent** [3] - 1569:22, 1640:6, 1723:3
**external** [1] - 1613:12
**extraction** [1] - 1510:19
**eye** [3] - 1525:23, 1616:14, 1619:1
**eyes** [1] - 1514:8
**EZ** [1] - 1592:18

**F**

**faces** [2] - 1634:22, 1635:21
**facing** [4] - 1636:17, 1663:2, 1663:5, 1696:11
**fact** [7] - 1544:19, 1547:3, 1588:24, 1686:8, 1719:7, 1719:23, 1726:4
**factors** [4] - 1615:1, 1615:7, 1617:2, 1617:10
**failure** [3] - 1652:8, 1652:11, 1652:12
**fair** [4] - 1545:10, 1629:17, 1709:17, 1721:16
**fairly** [2] - 1596:12, 1658:12
**familiar** [4] - 1515:6, 1526:5, 1553:11, 1721:19
**familiarity** [1] - 1527:17
**familiarize** [1] - 1533:14
**family** [2] - 1507:23, 1508:8
**fancysaga@Yahoo.com** [1] - 1566:25
**Fancysaga@Yahoo.com** [1] - 1567:1
**far** [2] - 1617:5, 1729:23
**fault** [2] - 1541:8, 1569:16
**FBI** [28] - 1509:10, 1510:9, 1511:12, 1511:25, 1512:2, 1512:3, 1512:7, 1512:9, 1512:12, 1512:14, 1512:21,

1612:15, 1612:18, 1612:21, 1613:5, 1613:11, 1613:16, 1613:20, 1623:3, 1625:8, 1625:10, 1627:16, 1638:19, 1642:20, 1642:22, 1646:16, 1647:15, 1705:19
**FBI's** [3] - 1627:17, 1627:20, 1631:4
**feasible** [1] - 1551:9
**features** [1] - 1618:18
**Federal** [4] - 1611:19, 1614:18, 1642:16, 1705:18
**federal** [1] - 1513:9
**fee** [5] - 1526:16, 1561:20, 1564:7, 1567:19, 1573:21
**feet** [1] - 1616:5
**fence** [1] - 1717:9
**Feng** [4] - 1564:1, 1566:18, 1641:20, 1641:21
**few** [7] - 1525:16, 1550:25, 1572:4, 1619:16, 1639:1, 1643:13, 1702:23
**field** [10] - 1511:3, 1511:10, 1511:21, 1513:17, 1614:19, 1643:24, 1645:3, 1648:4, 1648:9, 1658:10
**Fifth** [2] - 1503:17, 1689:23
**fifth** [2] - 1632:24, 1659:21
**figure** [1] - 1505:16
**file** [7] - 1512:23, 1513:2, 1609:5, 1609:6, 1627:13, 1627:20, 1718:2
**Filed** [1] - 1627:13
**filed** [3] - 1591:4, 1591:8, 1711:9
**filing** [1] - 1724:1
**filter** [1] - 1520:14
**final** [2] - 1504:7, 1645:21
**finally** [2] - 1535:13, 1728:16
**findings** [2] - 1612:13, 1646:7
**fine** [5] - 1541:18, 1615:25, 1659:5, 1714:15, 1731:8
**finger** [7] - 1615:20, 1618:4, 1618:7, 1618:15, 1631:8, 1634:21
**fingerprint** [6] - 1616:23, 1617:1, 1618:9, 1618:14, 1628:3, 1633:16
**fingerprints** [10] - 1613:4, 1614:3, 1615:2, 1615:3, 1615:13, 1615:16, 1615:19, 1615:22, 1639:6, 1639:10
**fingers** [1] - 1572:1
**finish** [1] - 1622:23
**finishing** [1] - 1646:1
**Finning** [9] - 1503:10, 1503:14, 1503:15, 1504:4, 1717:16, 1719:23, 1720:10, 1720:15, 1720:17
**Finning's** [3] - 1504:14, 1504:21, 1720:9
**firmly** [1] - 1720:11
**first** [48] - 1519:1, 1524:2, 1527:5, 1528:7, 1530:9, 1530:13, 1531:7, 1533:8, 1533:9, 1534:3, 1534:17, 1537:6, 1544:17, 1547:8, 1548:15, 1548:21, 1552:12, 1558:22, 1569:11, 1571:10, 1575:5, 1589:21, 1590:7, 1592:2, 1597:1, 1615:14, 1630:3, 1642:4, 1663:13, 1663:25, 1667:12,

1670:12, 1673:12, 1683:21, 1684:5, 1684:12, 1703:4, 1705:15, 1707:8, 1711:3, 1711:14, 1714:8, 1716:4, 1721:22, 1722:19, 1724:18, 1733:6
**First** [2] - 1567:8, 1664:4
**fiscal** [6] - 1591:5, 1591:9, 1591:25, 1593:15, 1594:13, 1595:13
**five** [26] - 1512:9, 1560:23, 1568:11, 1574:22, 1599:17, 1634:14, 1635:12, 1655:11, 1659:20, 1660:10, 1668:7, 1674:14, 1680:14, 1684:21, 1696:20, 1705:25, 1706:13, 1706:14, 1706:17, 1707:22, 1708:3, 1708:6, 1711:25, 1712:2, 1723:14, 1723:15
**fixing** [1] - 1586:14
**flag** [24] - 1506:19, 1534:25, 1536:18, 1571:8, 1667:6, 1667:22, 1668:1, 1673:20, 1676:15, 1677:16, 1678:12, 1680:1, 1682:21, 1685:5, 1685:16, 1686:25, 1687:1, 1688:17, 1688:22, 1689:16, 1690:9, 1691:3, 1695:19, 1695:24
**flagged** [2] - 1681:6, 1696:24
**flags** [5] - 1667:12, 1667:14, 1670:20, 1682:18, 1688:24
**flat** [1] - 1617:4
**flies** [1] - 1539:5
**flip** [3] - 1544:13, 1582:7, 1664:24
**Florida** [1] - 1511:6, 1645:16, 1645:17
**flow** [6] - 1618:22, 1618:23, 1619:4, 1631:16, 1635:10, 1669:24
**flowing** [1] - 1619:9
**flown** [1] - 1646:9
**flows** [1] - 1619:5
**fluids** [3] - 1509:13, 1511:19
**Flushing** [6] - 1502:5, 1557:6, 1558:23, 1668:3, 1695:7, 1695:23
**focal** [3] - 1631:21, 1634:10, 1635:1, 1636:5
**focus** [2] - 1550:8, 1618:10
**focuses** [2] - 1687:16, 1720:24
**Focusing** [1] - 1556:12
**folks** [4] - 1504:4, 1547:3, 1568:22, 1735:8
**follow** [4] - 1507:9, 1512:13, 1628:15, 1709:5
**follow-up** [2] - 1628:15, 1709:5
**following** [5] - 1503:6, 1540:4, 1541:1, 1608:1, 1641:12
**follows** [6] - 1509:2, 1524:3, 1552:13, 1611:5, 1642:5, 1705:18
**fooling** [1] - 1722:2
**FOR** [1] - 1501:11
**for-profit** [1] - 1526:19
**Force** [3] - 1642:23, 1643:2, 1647:14
**force** [3] - 1730:11, 1730:21, 1730:23
**foreign** [4] - 1550:20, 1550:22, 1641:16, 1706:8, 1720:6
**forensic** [15] - 1509:9, 1509:17, 1509:18, 1510:6, 1510:13, 1511:13,

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 253 of 275 PageID #:
06122023 US v McMahon et al. 21-cr-265 (PKC)
4216
16

1517:13, 1611:24, 1611:25, 1612:15, 1612:18, 1613:1, 1613:16, 1616:14
**Forensic** [1] - 1510:12
**Forensics** [1] - 1611:12
**forget** [1] - 1507:11
**forgetting** [1] - 1704:6
**form** [15] - 1608:19, 1615:13, 1615:25, 1618:24, 1618:25, 1628:16, 1628:23, 1631:19, 1634:12, 1635:2, 1636:1, 1636:14, 1709:1, 1724:25
**formal** [1] - 1570:15
**formally** [6] - 1570:11, 1570:14, 1571:13, 1714:3, 1716:5, 1716:7
**format** [2] - 1535:5, 1536:5
**formation** [2] - 1615:11, 1631:15
**formats** [1] - 1647:9
**formed** [1] - 1615:5
**forming** [1] - 1631:17
**forms** [1] - 1636:7
**Fort** [1] - 1611:11
**forth** [1] - 1512:13
**forward** [4] - 1508:10, 1552:9, 1645:21, 1668:10
**forwarded** [1] - 1640:13
**four** [24] - 1506:20, 1572:11, 1576:4, 1597:1, 1599:17, 1599:20, 1609:6, 1628:20, 1632:14, 1634:14, 1635:12, 1643:24, 1645:5, 1645:14, 1649:25, 1659:20, 1660:10, 1673:9, 1674:14, 1675:22, 1676:5, 1677:2, 1677:6, 1684:11
**four-and-a-half-minute** [1] - 1506:20
**four-week** [2] - 1645:5, 1645:14
**fragile** [2] - 1617:12, 1617:17
**fragmented** [1] - 1616:13
**fragments** [1] - 1623:18
**Fraud** [1] - 1553:10
**free** [5] - 1552:4, 1606:5, 1641:1, 1713:9, 1716:14
**frequency** [3] - 1645:18, 1645:20, 1662:22
**frequent** [6] - 1661:19, 1668:19, 1669:10, 1678:3, 1684:14, 1684:25
**frequented** [1] - 1681:7
**frequently** [3] - 1512:7, 1649:8, 1668:25
**friction** [5] - 1616:6, 1616:8, 1616:18, 1616:19, 1618:3
**friction-ridged** [2] - 1616:6, 1618:3
**Friday** [4] - 1503:7, 1503:13, 1505:22, 1507:11
**front** [4] - 1539:21, 1569:8, 1661:24, 1710:2
**fugitives** [2] - 1643:5, 1647:16
**full** [5] - 1556:12, 1572:14, 1609:4, 1609:5, 1609:6
**fully** [2] - 1725:13, 1734:25
**fun** [2] - 1539:5, 1621:21
**funeral** [1] - 1506:1
**furrows** [1] - 1616:8
**furthest** [1] - 1666:9

**future** [1] - 1627:22

# G

**G-R-A-F-F** [1] - 1610:23
**gain** [1] - 1709:5
**gained** [1] - 1527:17
**Gallowitz** [7] - 1674:23, 1676:22, 1677:3, 1680:12, 1680:15, 1681:21, 1723:8
**Gary** [1] - 1507:5
**gateway** [1] - 1646:23
**Gateway** [1] - 1501:23
**gateways** [1] - 1647:3
**gather** [3] - 1622:11, 1733:11, 1734:12
**gear** [1] - 1646:4
**general** [7] - 1651:20, 1669:22, 1675:16, 1689:13, 1701:4, 1718:7, 1719:25
**General** [1] - 1641:13
**generally** [12] - 1526:12, 1526:19, 1553:11, 1571:16, 1630:1, 1647:1, 1660:6, 1660:23, 1660:25, 1662:6, 1662:8, 1665:6
**Generally** [2] - 1626:5, 1626:21
**generate** [1] - 1510:25
**generated** [4] - 1529:11, 1533:1, 1538:18, 1652:16
**Generation** [1] - 1627:5
**genetic** [2] - 1514:6, 1615:7
**genetics** [2] - 1511:7, 1615:7
**GENNA** [1] - 1501:24
**gentlemen** [5] - 1508:4, 1509:7, 1619:17, 1621:20, 1716:2
**geographic** [1] - 1675:5
**geographically** [2] - 1684:13
**geolocation** [3] - 1648:5, 1648:9, 1658:10
**Georgia** [3] - 1510:11, 1511:8, 1511:11
**GIBBONS** [1] - 1501:23
**girl** [1] - 1644:7
**given** [13] - 1606:21, 1622:24, 1633:6, 1647:11, 1649:7, 1669:16, 1706:14, 1706:18, 1706:19, 1706:20, 1706:22, 1711:17, 1712:10
**glossary** [2] - 1668:13, 1701:14
**Goldberger** [5] - 1710:5, 1714:5, 1723:20, 1724:8, 1735:4
**goldberger** [1] - 1608:14
**GOLDBERGER** [35] - 1502:1, 1502:3, 1513:20, 1514:1, 1519:12, 1522:20, 1529:23, 1549:6, 1555:8, 1572:17, 1591:17, 1596:20, 1607:21, 1608:16, 1614:23, 1621:12, 1629:21, 1639:1, 1639:3, 1640:19, 1648:11, 1648:13, 1658:22, 1702:23, 1703:1, 1709:4, 1709:19, 1711:11, 1713:2, 1715:4, 1715:8, 1715:10, 1735:5, 1736:17, 1736:21
**Gonzalez** [5] - 1502:21, 1505:20, 1506:12, 1621:22, 1714:23

**government** [2] - 1555:1, 1734:5
**Government** [171] - 1501:14, 1503:11, 1504:2, 1504:3, 1504:15, 1506:4, 1508:12, 1508:14, 1513:16, 1518:13, 1518:18, 1518:25, 1519:8, 1519:9, 1522:25, 1523:1, 1526:19, 1527:22, 1528:3, 1528:15, 1528:21, 1529:20, 1530:6, 1532:17, 1539:20, 1539:25, 1541:12, 1541:13, 1541:17, 1543:15, 1544:1, 1544:2, 1544:7, 1546:7, 1548:2, 1548:7, 1548:11, 1548:23, 1549:13, 1550:2, 1552:8, 1553:22, 1554:5, 1554:6, 1554:8, 1554:11, 1554:12, 1554:15, 1554:19, 1555:1, 1555:4, 1555:5, 1555:12, 1555:15, 1556:18, 1557:9, 1558:24, 1559:17, 1562:6, 1563:13, 1564:23, 1565:21, 1566:20, 1568:8, 1569:13, 1569:17, 1569:25, 1570:9, 1571:1, 1572:10, 1573:9, 1575:2, 1578:1, 1580:20, 1582:7, 1582:25, 1583:17, 1584:8, 1585:18, 1586:10, 1587:19, 1589:11, 1590:23, 1591:3, 1591:7, 1591:10, 1591:11, 1591:14, 1591:15, 1594:12, 1596:5, 1596:12, 1596:13, 1596:17, 1603:2, 1603:4, 1603:7, 1603:8, 1603:18, 1604:4, 1604:19, 1606:7, 1606:8, 1606:12, 1606:14, 1606:15, 1606:22, 1606:23, 1607:1, 1607:2, 1607:4, 1607:5, 1607:6, 1607:7, 1607:8, 1607:10, 1607:12, 1607:13, 1607:14, 1607:15, 1608:21, 1608:24, 1610:7, 1610:10, 1614:17, 1621:6, 1623:18, 1625:3, 1627:23, 1629:1, 1629:19, 1629:24, 1630:5, 1631:5, 1641:16, 1641:17, 1641:24, 1648:8, 1652:22, 1653:5, 1653:8, 1653:18, 1653:24, 1654:6, 1654:12, 1654:21, 1655:10, 1657:25, 1658:20, 1664:24, 1666:14, 1697:10, 1697:11, 1706:8, 1714:16, 1716:5, 1718:7, 1718:12, 1719:4, 1719:20, 1720:14, 1721:18, 1726:2, 1726:7, 1730:25, 1737:5, 1737:6, 1737:7, 1737:11
**Government's** [16] - 1504:18, 1519:14, 1530:2, 1541:13, 1591:20, 1596:23, 1641:3, 1642:1, 1655:4, 1659:1, 1737:3, 1737:4, 1737:9, 1737:10, 1737:12, 1737:13
**Government-marked** [1] - 1548:23
**graciously** [2] - 1503:16, 1697:11
**graduating** [1] - 1647:15
**Graff** [12] - 1610:10, 1610:15, 1610:22, 1612:9, 1614:19, 1615:1, 1624:5, 1625:8, 1629:10, 1631:13, 1637:9, 1638:1
**GRAFF** [2] - 1611:3, 1736:15
**grant** [1] - 1504:5
**grass** [3] - 1648:25, 1649:3, 1649:4
**gray** [3] - 1573:19, 1579:15, 1679:24

great [3] - 1580:18, 1650:5, 1717:21
greater [4] - 1598:3, 1665:9, 1665:16, 1718:12
green [18] - 1665:11, 1666:1, 1667:12, 1667:14, 1670:14, 1670:20, 1671:22, 1672:18, 1676:19, 1677:9, 1677:10, 1688:17, 1689:15, 1689:19, 1690:19, 1690:20, 1693:8, 1693:12
Greenwich [1] - 1660:8
gross [3] - 1594:4, 1595:25, 1597:24
ground [1] - 1662:23
Group [22] - 1530:10, 1531:1, 1532:11, 1533:21, 1537:8, 1554:3, 1559:6, 1559:9, 1561:15, 1562:7, 1562:11, 1564:21, 1568:1, 1590:9, 1593:21, 1595:19, 1597:4, 1597:9, 1597:21, 1597:25, 1598:15, 1599:2
grouped [1] - 1692:20
grow [2] - 1615:23, 1615:24
guess [6] - 1514:4, 1570:10, 1720:4, 1720:8, 1725:9, 1734:8
guide [1] - 1715:2
guy [1] - 1571:25
GX203 [2] - 1623:15, 1641:7
GX403A [1] - 1566:11
GX443 [2] - 1629:8, 1629:19
GX505-1 [6] - 1623:25, 1624:6, 1625:5, 1626:1, 1628:19, 1638:2
GX505-2 [5] - 1624:19, 1624:22, 1624:25, 1625:2, 1626:12

## H

Habeeb [1] - 1503:6
hair [2] - 1514:8, 1525:23
half [12] - 1506:20, 1510:8, 1563:15, 1567:6, 1596:7, 1643:14, 1643:24, 1659:16, 1678:19, 1690:11, 1692:4, 1702:20
half-hour [1] - 1678:19
halfway [1] - 1661:24
hand [22] - 1508:17, 1519:16, 1523:6, 1557:11, 1558:12, 1559:20, 1561:6, 1561:8, 1564:25, 1565:23, 1575:13, 1576:7, 1578:8, 1592:13, 1594:5, 1595:8, 1610:18, 1615:23, 1616:5, 1659:4, 1678:8, 1717:25
handed [1] - 1518:24
handle [8] - 1512:15, 1541:14, 1625:8, 1715:4, 1715:14, 1725:15, 1725:19, 1725:21
handled [3] - 1512:17, 1646:16, 1725:20
hands [1] - 1616:11
hang [1] - 1733:12
happy [4] - 1541:13, 1702:11, 1710:18, 1711:22
harassment [1] - 1608:23
hard [4] - 1617:9, 1635:3, 1665:15, 1691:3

harder [1] - 1634:23
hardly [1] - 1665:18
Harlem [1] - 1665:21
HE [5] - 1587:3, 1667:14, 1667:20, 1689:16, 1690:9
header [9] - 1531:4, 1533:7, 1533:8, 1535:3, 1593:13, 1595:11, 1669:2, 1671:19, 1679:20
heading [3] - 1584:23, 1595:21, 1659:19
heads [1] - 1721:16
hear [4] - 1717:10, 1724:22, 1732:10, 1733:22
heard [1] - 1508:7, 1668:16, 1723:10
hearing [2] - 1541:1, 1719:16
heavier [1] - 1517:12
heavily [1] - 1720:24
HEEREN [39] - 1501:17, 1502:19, 1503:2, 1504:6, 1504:10, 1504:20, 1506:5, 1506:8, 1506:16, 1506:23, 1507:4, 1507:13, 1569:7, 1569:11, 1570:6, 1570:13, 1570:21, 1571:1, 1571:5, 1606:8, 1606:11, 1607:18, 1608:4, 1608:8, 1608:12, 1608:25, 1609:5, 1610:5, 1610:9, 1620:4, 1713:11, 1714:2, 1714:12, 1722:16, 1722:18, 1733:5, 1733:21, 1734:6, 1734:8
Heeren [7] - 1570:10, 1608:2, 1610:6, 1630:16, 1631:11, 1634:7, 1637:7
height [1] - 1525:23
held [7] - 1525:9, 1541:1, 1569:6, 1586:16, 1600:7, 1659:9, 1734:7
help [2] - 1553:4, 1697:11
helpful [4] - 1634:18, 1705:8, 1718:11, 1720:2
Hi [1] - 1563:10
high [3] - 1510:14, 1646:21, 1662:16
highlighted [1] - 1710:17
highlighting [1] - 1686:9
Hills [3] - 1606:17, 1606:19, 1606:24
Hills [16] - 1606:17, 1606:19, 1606:24, 1666:17, 1669:7, 1669:8, 1675:13, 1675:16, 1676:10, 1677:19, 1683:3, 1684:14, 1686:1, 1697:16, 1697:20, 1697:25
historian [1] - 1614:8
historical [2] - 1643:15, 1643:19
history [4] - 1526:23, 1526:24, 1612:25
hit [4] - 1589:23, 1627:21, 1628:2, 1640:14
hits [2] - 1627:25, 1675:25
hold [3] - 1531:14, 1726:1, 1730:3
holiday [1] - 1714:22
home [3] - 1524:9, 1680:2, 1716:14
Homeland [12] - 1627:14, 1627:24, 1628:2, 1628:6, 1628:8, 1628:18, 1632:23, 1633:7, 1639:17, 1639:19, 1639:23, 1640:10

homicide [1] - 1669:17
honest [2] - 1505:2, 1719:8
Hongru [3] - 1641:19, 1699:3, 1702:6
Honor [83] - 1503:2, 1504:21, 1506:8, 1506:10, 1506:16, 1508:24, 1513:16, 1513:20, 1513:21, 1513:22, 1518:22, 1519:8, 1522:15, 1522:17, 1522:21, 1523:1, 1523:14, 1529:20, 1530:5, 1537:1, 1539:11, 1542:1, 1542:2, 1543:4, 1544:1, 1545:7, 1546:8, 1549:2, 1549:10, 1551:22, 1552:19, 1555:4, 1569:7, 1573:5, 1589:2, 1589:5, 1590:22, 1591:14, 1596:17, 1600:5, 1600:8, 1600:11, 1602:22, 1603:2, 1604:23, 1606:4, 1606:8, 1607:13, 1607:20, 1610:5, 1610:9, 1610:11, 1611:1, 1614:17, 1621:12, 1623:14, 1623:25, 1624:18, 1638:22, 1640:21, 1640:23, 1640:25, 1648:7, 1654:21, 1658:19, 1659:2, 1659:10, 1697:1, 1702:23, 1713:2, 1713:8, 1722:16, 1723:22, 1723:24, 1724:7, 1725:1, 1725:14, 1733:5, 1733:14, 1734:6, 1735:3, 1735:5, 1735:7
Honor's [1] - 1715:5
HONORABLE [1] - 1501:12
hope [2] - 1508:5, 1721:4
hopeful [1] - 1732:25
hoping [2] - 1570:22, 1715:1
horseshoe [3] - 1632:3, 1632:7, 1637:20
Hotel [15] - 1667:16, 1667:20, 1670:7, 1670:24, 1688:15, 1688:20, 1689:5, 1689:14, 1689:15, 1690:9, 1690:11, 1691:3, 1692:9, 1692:15, 1698:23
hotels [2] - 1667:15, 1673:1
hour [2] - 1572:20, 1678:19
hours [10] - 1511:23, 1572:4, 1574:9, 1579:24, 1643:11, 1660:11, 1692:4, 1710:25, 1723:12, 1723:13
housekeeping [4] - 1506:16, 1541:3, 1569:8, 1571:15
Hsu [1] - 1556:9
Hu [1] - 1641:19
Hui [1] - 1641:20
hum [1] - 1686:12
human [1] - 1515:12

## I

I-95 [1] - 1688:13
I-N-D-A-N-D-I-O-N-E [1] - 1630:14
I.D [2] - 1663:25, 1664:1
ID [3] - 1535:13, 1669:3
idea [3] - 1519:19, 1601:14, 1714:20
ideal [1] - 1648:21
ideally [1] - 1649:13
identical [4] - 1514:15, 1515:23, 1615:16, 1615:17
identification [11] - 1511:19, 1518:25,

1539:24, 1543:15, 1554:15, 1554:18, 1596:4, 1615:2, 1615:3, 1637:14, 1657:24

**Identification** [3] - 1614:5, 1622:15, 1627:6

**identifications** [7] - 1619:11, 1623:4, 1627:12, 1638:8, 1638:10, 1638:13, 1638:16

**identified** [4] - 1604:20, 1607:15, 1628:20, 1629:1

**identifier** [3] - 1656:23, 1656:24, 1669:3

**identify** [1] - 1664:9

**identity** [1] - 1533:17

**II** [1] - 1524:11

**illustrate** [2] - 1684:2, 1691:5

**image** [9] - 1630:5, 1630:18, 1630:20, 1631:14, 1631:22, 1632:5, 1632:8, 1637:16, 1637:18

**imagine** [3] - 1520:13, 1521:5, 1692:13

**immediate** [1] - 1662:12

**immigration** [2] - 1639:20, 1639:23

**immunity** [5] - 1504:5, 1504:15, 1720:4, 1720:5, 1721:1

**immunize** [3] - 1503:20, 1504:5, 1719:5

**immunized** [2] - 1718:14, 1719:24

**implementing** [1] - 1641:18

**implications** [1] - 1503:21

**import** [1] - 1656:9

**important** [2] - 1631:24, 1711:12

**impossible** [1] - 1507:23

**impression** [1] - 1734:20

**improper** [1] - 1720:23

**Inc** [5] - 1554:11, 1556:23, 1561:13, 1603:23, 1653:9

**include** [7] - 1653:10, 1653:20, 1654:1, 1654:8, 1654:14, 1655:22, 1718:6

**included** [2] - 1560:25, 1596:13

**includes** [1] - 1623:23

**including** [3] - 1532:3, 1553:12, 1705:1

**inclusion** [1] - 1522:14

**income** [5] - 1592:8, 1592:17, 1594:21, 1594:23, 1601:1

**Income** [2] - 1593:23, 1595:21

**incoming** [4] - 1509:20, 1517:17, 1566:18, 1588:17

**inconclusive** [1] - 1622:21

**inconsistency** [1] - 1721:9

**increase** [3] - 1650:24, 1650:25, 1652:6

**increased** [1] - 1652:9

**indandione** [1] - 1630:7, 1630:13

**indefinitely** [1] - 1649:22

**independent** [1] - 1622:25

**indicate** [6] - 1530:14, 1550:11, 1550:15, 1550:19, 1685:24, 1698:21

**indicated** [1] - 1520:4

**indicating** [3] - 1528:7, 1530:10, 1632:3

**indication** [1] - 1538:9

**indicator** [4] - 1534:21, 1534:22, 1534:23, 1664:18

**indictment** [1] - 1656:2

**individual** [17] - 1516:1, 1516:12, 1516:13, 1520:6, 1520:7, 1521:23, 1522:12, 1532:2, 1619:3, 1619:13, 1651:2, 1659:5, 1659:7, 1692:17, 1698:18, 1707:20, 1707:22

**individual's** [1] - 1526:1

**individuals** [9] - 1515:12, 1515:15, 1515:16, 1520:8, 1525:19, 1531:14, 1553:12, 1641:12, 1718:8

**industry** [1] - 1650:3

**infancy** [2] - 1643:25, 1645:22

**infer** [1] - 1719:22

**inference** [2] - 1719:7, 1720:18

**influence** [2] - 1615:19, 1617:3

**influenced** [1] - 1615:7

**inform** [3] - 1506:12, 1722:23, 1722:24

**information** [57] - 1514:7, 1525:18, 1525:21, 1526:1, 1526:6, 1526:15, 1526:21, 1527:1, 1527:10, 1527:11, 1531:15, 1533:2, 1533:5, 1533:11, 1534:7, 1534:14, 1534:15, 1534:23, 1535:3, 1535:9, 1535:16, 1536:10, 1536:14, 1538:21, 1545:14, 1550:19, 1564:4, 1586:6, 1596:13, 1600:16, 1600:25, 1602:8, 1622:11, 1622:16, 1622:18, 1622:21, 1632:1, 1636:10, 1637:13, 1637:21, 1638:4, 1639:16, 1644:5, 1653:11, 1653:21, 1654:2, 1654:9, 1654:15, 1655:15, 1657:17, 1663:19, 1707:2, 1709:5, 1709:6, 1719:21, 1720:19, 1730:15

**informed** [2] - 1503:16, 1505:20

**initial** [5] - 1520:19, 1520:23, 1592:2, 1613:21, 1643:17

**initials** [4] - 1519:4, 1624:8, 1624:24, 1685:18

**initiated** [1] - 1535:6

**injury** [1] - 1615:12

**ink** [3] - 1618:6, 1618:7, 1618:8

**input** [2] - 1656:13, 1712:11

**inquire** [5] - 1508:23, 1523:13, 1610:24, 1614:25, 1642:10

**inquired** [1] - 1503:10

**inquiry** [15] - 1526:24, 1534:12, 1536:12, 1538:17, 1539:8, 1539:9, 1539:19, 1543:11, 1544:14, 1544:15, 1545:13, 1545:15, 1550:12, 1551:25, 1552:18

**INS** [1] - 1587:5

**inside** [3] - 1521:2, 1521:6, 1606:23

**insight** [1] - 1719:11

**Instagram** [1] - 1644:8

**instance** [2] - 1517:2, 1646:2

**instantaneous** [1] - 1722:12

**instead** [7] - 1574:8, 1645:25, 1646:24, 1657:9, 1664:7, 1664:8, 1692:16

**Institute** [2] - 1512:5, 1645:16

**instruct** [1] - 1716:17

**instructed** [2] - 1704:12, 1719:6

**instruction** [8] - 1645:15, 1718:7, 1719:18, 1719:19, 1719:25, 1720:24, 1722:4, 1722:5

**instructions** [3] - 1718:6, 1721:10, 1721:22

**instrument** [1] - 1510:24

**intend** [2] - 1506:19, 1724:14

**intended** [1] - 1691:6

**intending** [1] - 1504:5

**intensive** [1] - 1645:6

**intentional** [1] - 1650:3

**interacted** [1] - 1658:13

**interest** [7] - 1508:10, 1517:8, 1656:11, 1672:7, 1712:10, 1712:11, 1731:9

**interested** [2] - 1547:12, 1639:15, 1724:11

**interference** [3] - 1650:1, 1650:6

**internal** [1] - 1613:12

**International** [8] - 1614:4, 1667:16, 1667:18, 1670:8, 1670:25, 1671:1, 1692:2, 1692:3

**INTERNATIONAL** [1] - 1688:6

**internet** [2] - 1650:15, 1651:6

**interpret** [4] - 1509:23, 1510:5, 1534:21, 1536:1

**interpretation** [1] - 1520:19

**interpreted** [1] - 1520:5

**INTERPRETER** [1] - 1730:1

**Interpreter** [1] - 1732:6

**interpreters** [2] - 1733:8, 1733:19

**interrupt** [2] - 1508:9, 1660:17

**intersection** [2] - 1690:3, 1690:8

**interstate** [1] - 1706:8

**interview** [2] - 1504:23, 1504:24

**introduce** [2] - 1505:11, 1720:24

**introduced** [2] - 1541:12, 1548:23

**introducing** [1] - 1720:7

**introduction** [2] - 1643:15, 1643:17

**inventory** [2] - 1612:2, 1631:4

**investigate** [7] - 1532:2, 1544:19, 1553:4, 1647:16, 1707:23, 1712:19, 1712:23

**investigated** [2] - 1525:10, 1525:13

**Investigation** [4] - 1510:12, 1511:12, 1642:16, 1705:19

**investigation** [9] - 1553:11, 1553:15, 1553:19, 1647:19, 1655:25, 1672:7, 1712:7, 1712:8, 1712:16

**investigations** [3] - 1646:16, 1647:13, 1647:18

**Investigations** [2] - 1553:10, 1611:20

**Investigative** [29] - 1530:10, 1531:1, 1532:11, 1533:21, 1537:8, 1538:1, 1538:10, 1544:11, 1554:3, 1559:5, 1559:9, 1561:15, 1562:7, 1562:11, 1563:5, 1564:21, 1567:16, 1568:1, 1585:25, 1590:9, 1593:21, 1595:19, 1597:4, 1597:9, 1597:21, 1597:25, 1598:15, 1599:2, 1600:20

**Investigative's** [1] - 1545:22

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 256 of 275 PageID #:
06122023 US v McMahon et al. 21-cr-265 (PKC)
4810
19

investigator [5] - 1537:17, 1538:20, 1553:1, 1644:6, 1712:21
investigators [1] - 1537:15
invisible [1] - 1616:14
invoice [3] - 1590:13, 1606:20, 1623:23
Invoice [1] - 1518:21
invoices [1] - 1588:21
involve [1] - 1669:17
involved [8] - 1511:14, 1517:13, 1517:15, 1553:15, 1608:17, 1655:24, 1707:24, 1734:1
involves [1] - 1510:17
Irisa [1] - 1703:24
IRISA [1] - 1501:18
is.. [1] - 1586:14
Island [2] - 1665:22, 1665:23
issuance [1] - 1512:24
issue [9] - 1541:9, 1541:10, 1543:3, 1621:4, 1621:8, 1714:13, 1720:9, 1721:1, 1733:15
issued [2] - 1512:17, 1513:3
issues [2] - 1502:25, 1619:24
Item [13] - 1592:11, 1592:14, 1593:2, 1593:25, 1594:3, 1594:7, 1594:23, 1595:1, 1595:15, 1595:22, 1595:24, 1596:1, 1631:4
item [29] - 1510:16, 1510:18, 1510:21, 1511:20, 1516:7, 1516:22, 1516:24, 1516:25, 1517:3, 1517:8, 1517:10, 1517:20, 1518:1, 1518:3, 1518:20, 1567:15, 1606:20, 1616:11, 1617:4, 1617:8, 1623:23, 1624:11, 1626:2, 1626:5, 1630:19, 1630:23, 1631:3, 1631:4, 1633:15
items [10] - 1509:20, 1517:16, 1517:18, 1517:23, 1612:2, 1617:24, 1625:25, 1626:13, 1626:21, 1633:13
itself [5] - 1507:8, 1514:24, 1521:3, 1643:11, 1704:6

## J

J-E-S-S-I-C-A [1] - 1523:11
January [1] - 1525:2
Jason [2] - 1501:9, 1561:20
jealous [1] - 1621:22
Jersey [50] - 1501:24, 1518:20, 1524:9, 1524:11, 1524:13, 1524:16, 1524:23, 1525:7, 1525:25, 1526:25, 1527:5, 1528:22, 1528:25, 1538:22, 1538:25, 1567:18, 1606:17, 1606:19, 1606:25, 1623:21, 1665:22, 1666:17, 1667:4, 1667:8, 1667:15, 1667:17, 1667:19, 1667:25, 1669:9, 1670:8, 1671:2, 1673:10, 1675:6, 1675:7, 1675:17, 1679:17, 1680:1, 1680:21, 1681:15, 1682:7, 1682:23, 1688:7, 1688:12, 1697:16, 1697:20, 1697:25, 1698:23, 1699:10, 1699:16, 1700:21
Jersey's [1] - 1526:5

Jessica [2] - 1523:2, 1523:11
JESSICA [2] - 1524:1, 1736:6
JFK [6] - 1691:1, 1691:5, 1691:6, 1691:8, 1691:19, 1692:3
Ji [1] - 1641:19
Jin [13] - 1567:19, 1641:19, 1672:23, 1673:18, 1674:18, 1675:21, 1677:15, 1692:8, 1693:17, 1693:18, 1694:7, 1699:3, 1702:6
Jin's [6] - 1670:5, 1671:21, 1672:8, 1673:8, 1675:15, 1677:10
Jing [1] - 1641:20
job [1] - 1703:20
Johnny [3] - 1573:16, 1579:11, 1699:2
joined [1] - 1636:13
joining [1] - 1647:12
Joint [1] - 1565:9
joint [3] - 1568:2, 1590:10, 1618:3
JP [1] - 1554:19
Judge [4] - 1540:1, 1546:1, 1620:4, 1711:12
judge [1] - 1503:3, 1570:17
JUDGE [1] - 1501:12
jump [1] - 1649:24
Jun [1] - 1641:21
June [2] - 1501:7, 1735:10
jurisdictions [1] - 1646:9
juror [2] - 1502:22, 1507:19
jurors [2] - 1508:6, 1659:4
Jury [5] - 1568:18, 1573:1, 1619:22, 1621:18, 1717:2
JURY [1] - 1501:11
jury [44] - 1502:15, 1505:18, 1506:2, 1507:15, 1507:17, 1508:2, 1508:4, 1508:7, 1509:16, 1510:14, 1511:2, 1514:5, 1516:5, 1519:16, 1530:7, 1531:10, 1531:23, 1532:18, 1541:2, 1562:7, 1562:10, 1569:3, 1569:8, 1571:14, 1571:19, 1582:10, 1589:10, 1589:19, 1616:3, 1618:18, 1621:15, 1621:20, 1625:5, 1672:13, 1676:6, 1676:17, 1679:7, 1683:12, 1719:6, 1719:22, 1720:6, 1725:10, 1726:1, 1726:3
jury's [2] - 1589:8, 1714:15
JUSTICE [1] - 1501:19
Justice [2] - 1552:23, 1553:8

## K

K-u-a-n-g [1] - 1571:4
keep [5] - 1507:23, 1571:23, 1619:19, 1634:21, 1678:22
Keep [2] - 1568:17, 1716:24
keeping [2] - 1651:23, 1675:2
Kelly [4] - 1676:25, 1680:9, 1681:21, 1687:5
kept [4] - 1529:14, 1543:23, 1554:22, 1691:4
KERVENG [1] - 1502:4

KEVIN [2] - 1502:4, 1502:6
key [2] - 1534:13, 1549:23
kidnappings [1] - 1647:17
kids [1] - 1646:25
kill [1] - 1649:4
kind [12] - 1543:23, 1545:1, 1597:1, 1597:6, 1597:12, 1635:22, 1640:3, 1670:14, 1680:4, 1687:1, 1689:18, 1721:13
Kind [1] - 1635:18
kinds [1] - 1602:16
knowledge [4] - 1529:8, 1537:14, 1658:9, 1712:17
known [46] - 1501:9, 1516:8, 1516:10, 1516:11, 1516:21, 1516:23, 1516:25, 1517:3, 1518:7, 1519:6, 1520:24, 1522:8, 1525:14, 1571:10, 1612:5, 1616:7, 1616:8, 1618:1, 1618:2, 1619:4, 1622:8, 1622:13, 1622:16, 1622:19, 1627:5, 1628:8, 1628:17, 1628:21, 1628:24, 1630:7, 1631:17, 1632:16, 1633:2, 1633:3, 1633:5, 1633:12, 1633:19, 1633:24, 1635:11, 1635:25, 1636:1, 1636:18, 1637:16, 1637:19, 1638:4, 1642:25
knows [1] - 1650:21
Kuang [13] - 1571:5, 1571:10, 1641:19, 1679:15, 1679:24, 1680:16, 1681:25, 1682:6, 1702:9, 1702:15, 1702:18, 1709:13, 1710:7
Kuang's [3] - 1682:2, 1709:22, 1710:9

## L

L-I-N-A [1] - 1604:21
L-I-U-A [1] - 1604:23
lab [2] - 1612:21, 1625:8
label [1] - 1684:23
labeled [9] - 1669:8, 1683:22, 1684:7, 1684:9, 1684:21, 1685:4, 1685:11, 1685:13, 1686:13
Labor [2] - 1553:9, 1553:10
laboratory [13] - 1509:10, 1510:9, 1511:12, 1511:25, 1512:2, 1512:3, 1512:7, 1512:9, 1512:12, 1512:14, 1512:21, 1519:3, 1611:20
Laboratory [1] - 1611:13
lack [1] - 1622:21
ladies [5] - 1508:4, 1509:7, 1619:17, 1621:20, 1716:2
laid [1] - 1648:22
Lan [12] - 1641:21, 1671:20, 1672:23, 1677:8, 1688:5, 1692:8, 1693:4, 1693:16, 1693:17, 1694:7, 1701:25, 1702:3
Lan's [8] - 1670:5, 1672:10, 1687:10, 1688:11, 1689:1, 1689:4, 1689:10, 1690:17
landmark [1] - 1690:24
Language [7] - 1554:11, 1555:22,

1556:23, 1561:13, 1562:4, 1603:23, 1604:2
**language** [5] - 1607:9, 1607:11, 1609:3, 1719:9, 1724:1
**large** [1] - 1650:24
**last** [22] - 1506:16, 1508:21, 1543:7, 1576:4, 1583:13, 1597:13, 1599:17, 1602:1, 1610:23, 1617:21, 1637:8, 1642:1, 1646:14, 1654:25, 1660:2, 1683:24, 1685:15, 1691:20, 1700:4, 1702:12, 1703:14, 1720:8
**lasted** [4] - 1643:11, 1643:14, 1643:18, 1646:6
**late** [1] - 1502:23
**Latent** [1] - 1627:13
**latent** [43] - 1611:15, 1611:22, 1612:3, 1612:4, 1612:16, 1612:18, 1613:7, 1614:10, 1614:12, 1614:19, 1616:3, 1616:12, 1617:15, 1617:25, 1618:17, 1618:18, 1618:19, 1622:7, 1622:12, 1622:16, 1622:19, 1623:13, 1626:3, 1626:14, 1626:16, 1628:18, 1628:20, 1628:25, 1630:23, 1631:9, 1631:21, 1632:18, 1633:4, 1633:12, 1633:15, 1633:18, 1633:19, 1633:25, 1634:11, 1635:25, 1636:9, 1637:15, 1638:4
**latents** [3] - 1627:20, 1628:11
**latitude** [2] - 1664:14, 1664:22
**launch** [2] - 1612:6, 1613:8
**launched** [1] - 1627:4
**law** [12] - 1518:18, 1531:16, 1606:18, 1606:23, 1623:19, 1627:18, 1643:8, 1652:17, 1712:6, 1714:25, 1716:17, 1719:20
**LAW** [1] - 1502:4
**LAWRENCE** [1] - 1501:25
**lawyer** [12] - 1728:19, 1729:17, 1729:18, 1729:25, 1730:9, 1730:10, 1730:14, 1730:15, 1730:16, 1731:1, 1732:7
**lawyer's** [1] - 1729:11
**lawyers** [4] - 1646:8, 1726:25, 1727:18, 1728:2
**lay** [1] - 1649:6
**laying** [1] - 1721:13
**lead** [1] - 1723:2
**lead-off** [1] - 1723:2
**learned** [4] - 1503:5, 1503:14, 1613:6, 1646:4
**learning** [2] - 1613:14, 1643:20
**learns** [1] - 1545:1
**lease** [1] - 1544:23
**leased** [3] - 1536:19, 1545:2, 1545:14
**least** [5] - 1571:7, 1715:1, 1717:8, 1725:4, 1734:24
**leave** [12] - 1505:25, 1514:17, 1514:20, 1514:21, 1514:22, 1514:24, 1515:1, 1515:2, 1616:23, 1617:1, 1617:5, 1678:25
**lectures** [1] - 1511:14
**left** [55] - 1503:13, 1520:10, 1520:12,

1520:14, 1533:9, 1557:10, 1558:10, 1559:18, 1560:17, 1560:21, 1560:24, 1561:3, 1561:6, 1564:25, 1565:10, 1566:3, 1573:13, 1575:5, 1575:13, 1576:7, 1577:5, 1580:20, 1581:11, 1592:3, 1592:13, 1593:10, 1595:8, 1604:20, 1613:13, 1616:12, 1617:3, 1630:18, 1631:15, 1632:17, 1632:25, 1633:16, 1633:19, 1634:11, 1634:15, 1635:5, 1635:6, 1635:14, 1635:23, 1637:16, 1637:20, 1660:21, 1665:10, 1669:8, 1670:19, 1678:8, 1688:18, 1692:19, 1693:11, 1695:12, 1707:19
**left-hand** [6] - 1564:25, 1575:13, 1576:7, 1592:13, 1595:8, 1678:8
**legal** [1] - 1652:18
**legend** [2] - 1670:18, 1670:23
**legislation** [1] - 1525:12
**legs** [1] - 1515:13
**less** [1] - 1710:25
**letter** [9] - 1528:7, 1528:11, 1530:9, 1530:13, 1530:14, 1581:24, 1667:6, 1667:22, 1724:13
**letters** [1] - 1608:7
**Level** [1] - 1619:2
**level** [15] - 1510:14, 1618:21, 1619:2, 1619:12, 1627:7, 1631:15, 1631:23, 1632:12, 1632:18, 1637:17, 1645:18, 1646:21, 1662:16, 1676:2, 1688:24
**level-one** [1] - 1632:18
**level-two** [1] - 1632:12
**levels** [1] - 1618:21
**Li** [5] - 1564:1, 1566:18, 1641:19, 1641:20
**Liberty** [2] - 1688:7, 1692:2
**license** [10] - 1524:18, 1525:22, 1534:19, 1536:2, 1536:13, 1537:25, 1538:9, 1538:20, 1543:9, 1549:23
**life** [2] - 1514:14, 1615:11
**lift** [1] - 1626:3
**lifted** [1] - 1638:1
**light** [2] - 1661:22, 1717:15
**Lihua** [1] - 1561:21
**LIHUA** [1] - 1561:22
**likelihood** [4] - 1517:4, 1517:5, 1517:6, 1521:21
**likely** [4] - 1521:22, 1522:11, 1571:17, 1617:5
**liken** [1] - 1510:1
**limit** [1] - 1649:22
**limited** [3] - 1528:8, 1532:4, 1551:16
**Limited** [1] - 1526:10
**Lina** [3] - 1604:21, 1605:3, 1641:20
**LINA** [2] - 1604:22, 1604:25
**Lincoln** [1] - 1688:12
**line** [9] - 1557:24, 1558:21, 1561:16, 1563:14, 1635:17, 1657:13, 1706:6, 1708:11
**Line** [3] - 1594:4, 1664:7
**lines** [7] - 1558:13, 1559:4, 1563:22,

1662:23, 1663:24, 1702:4, 1719:18
**Liping** [2] - 1724:18, 1729:18
**lips** [1] - 1520:13
**liquid** [1] - 1617:24
**list** [4] - 1504:4, 1505:3, 1537:25, 1543:9
**listed** [55] - 1556:22, 1557:2, 1558:5, 1559:24, 1560:10, 1561:18, 1563:25, 1564:6, 1564:10, 1564:14, 1565:3, 1565:8, 1565:13, 1565:18, 1566:8, 1567:13, 1567:17, 1575:10, 1575:23, 1576:2, 1576:3, 1576:9, 1576:16, 1576:21, 1577:13, 1577:16, 1578:9, 1578:14, 1580:21, 1580:25, 1581:9, 1582:2, 1582:5, 1582:15, 1584:6, 1584:14, 1587:1, 1587:8, 1587:12, 1590:19, 1592:5, 1593:20, 1594:19, 1595:18, 1596:1, 1597:24, 1598:23, 1656:20, 1657:20, 1658:14, 1659:19, 1664:12, 1664:16, 1681:19, 1690:7
**listing** [1] - 1599:20
**lists** [7] - 1565:1, 1565:15, 1588:11, 1656:25, 1669:2, 1705:25, 1707:7
**literature** [1] - 1511:14
**Liu** [1] - 1558:6
**Liua** [1] - 1604:21
**lives** [2] - 1536:14, 1733:4
**living** [1] - 1708:19
**local** [3] - 1660:4, 1660:11, 1662:12
**locate** [4] - 1532:2, 1643:4, 1647:19, 1652:19
**located** [18] - 1623:20, 1626:9, 1626:24, 1643:6, 1646:1, 1664:19, 1667:24, 1668:2, 1669:22, 1670:8, 1670:14, 1671:1, 1673:10, 1673:23, 1685:19, 1688:23, 1689:4, 1691:1
**locating** [1] - 1644:10
**location** [21] - 1646:19, 1647:10, 1653:10, 1653:20, 1654:8, 1655:11, 1656:16, 1656:17, 1657:2, 1658:13, 1665:13, 1667:3, 1677:11, 1686:10, 1689:3, 1695:22, 1700:1, 1700:21, 1700:22, 1701:4, 1707:7
**Location** [1] - 1666:16
**locations** [14] - 1515:17, 1515:19, 1515:22, 1655:18, 1656:22, 1666:13, 1667:10, 1672:22, 1676:5, 1698:18, 1701:2, 1701:6, 1712:11, 1712:13
**Locations** [1] - 1666:10
**locked** [2] - 1517:19, 1727:17
**log** [1] - 1532:22
**logical** [1] - 1720:18
**login** [1] - 1535:13
**longitude** [2] - 1664:14, 1664:23
**look** [55] - 1509:13, 1516:7, 1527:25, 1530:23, 1531:2, 1536:14, 1549:18, 1549:21, 1549:23, 1550:15, 1550:16, 1557:4, 1570:20, 1571:17, 1594:25, 1605:14, 1618:18, 1618:20, 1619:3, 1619:7, 1619:8, 1622:10, 1622:13,

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 258 of 275 PageID #:
06122023 US v McMahon, et al. 21-cr-265 (PKC)
4260
21

1631:8, 1633:23, 1635:20, 1636:25,
1647:6, 1656:11, 1661:20, 1663:24,
1664:10, 1665:1, 1668:4, 1669:2,
1669:21, 1671:24, 1674:10, 1701:2,
1701:6, 1701:12, 1702:1, 1703:4,
1704:8, 1704:12, 1708:5, 1708:9,
1710:1, 1710:2, 1710:3, 1710:19,
1711:22, 1712:12, 1722:13

**look-up** [4] - 1549:21, 1549:23,
1550:15, 1550:16

**looked** [9] - 1521:15, 1602:15, 1672:3,
1685:6, 1688:8, 1700:3, 1702:4,
1710:13, 1710:16

**looking** [61] - 1510:16, 1515:10,
1515:17, 1515:19, 1515:21, 1548:17,
1560:15, 1561:1, 1562:8, 1562:11,
1562:24, 1567:9, 1576:9, 1577:3,
1579:6, 1579:10, 1581:7, 1583:13,
1583:18, 1585:10, 1588:21, 1598:1,
1598:7, 1598:20, 1618:22, 1619:1,
1619:3, 1619:6, 1630:1, 1630:4,
1630:17, 1631:13, 1631:15, 1631:16,
1631:25, 1632:15, 1633:10, 1633:21,
1634:1, 1634:8, 1635:3, 1635:8,
1635:9, 1637:9, 1643:15, 1659:12,
1670:12, 1671:10, 1676:11, 1679:20,
1681:3, 1684:3, 1687:13, 1689:22,
1691:12, 1691:21, 1693:11, 1702:7,
1702:10, 1708:4, 1719:9

**Looking** [1] - 1696:3

**looks** [7] - 1521:3, 1575:24, 1575:25,
1581:24, 1634:23

**lookup** [2] - 1526:16, 1534:13

**loop** [2] - 1618:24

**loss** [3] - 1592:17, 1592:19, 1595:12

**Loss** [1] - 1593:14

**lost** [1] - 1544:22

**loud** [1] - 1505:12

**loudly** [1] - 1622:4

**lower** [1] - 1665:20

**LTE** [2] - 1663:25

**Lucchese** [1] - 1502:7

**lunch** [8] - 1570:18, 1570:19, 1570:23,
1610:14, 1619:18, 1620:3, 1620:5,
1621:3

**lunchtime** [1] - 1572:14

**Lustberg** [12] - 1505:8, 1505:14,
1543:2, 1548:2, 1549:4, 1550:25,
1551:21, 1552:3, 1602:23, 1640:20,
1714:5, 1717:4

**LUSTBERG** [85] - 1501:25, 1503:3,
1503:9, 1503:13, 1503:25, 1504:13,
1505:15, 1513:22, 1513:24, 1519:10,
1522:21, 1529:24, 1537:1, 1537:3,
1538:3, 1538:7, 1539:4, 1539:23,
1541:7, 1541:10, 1542:2, 1543:4,
1543:5, 1544:1, 1544:8, 1545:10,
1545:12, 1546:1, 1546:8, 1546:9,
1546:18, 1547:8, 1547:16, 1547:20,
1548:5, 1548:13, 1548:24, 1549:2,

1551:22, 1551:24, 1552:2, 1555:7,
1570:17, 1570:20, 1571:24, 1572:2,
1572:7, 1591:16, 1596:19, 1598:4,
1600:11, 1600:13, 1602:1, 1602:4,
1602:22, 1607:20, 1614:22, 1620:1,
1621:5, 1621:10, 1629:20, 1640:21,
1715:13, 1717:6, 1718:4, 1719:2,
1721:3, 1721:8, 1722:10, 1722:21,
1723:5, 1723:7, 1723:13, 1723:19,
1724:20, 1733:14, 1733:24, 1734:11,
1734:14, 1734:22, 1734:25, 1735:3,
1736:8, 1736:10, 1736:13

**lustberg** [5] - 1506:9, 1506:10, 1723:1,
1733:18, 1735:2

# M

**magenta** [1] - 1685:16

**Mahwah** [4] - 1667:8, 1675:6, 1682:23,
1686:23

**mail** [27] - 1502:9, 1555:19, 1555:21,
1555:22, 1556:2, 1556:3, 1556:5,
1556:8, 1556:10, 1563:3, 1566:21,
1566:23, 1566:24, 1567:2, 1567:3,
1567:4, 1567:9, 1585:21, 1585:23,
1585:24, 1586:1, 1586:3, 1605:12,
1628:1, 1640:13, 1724:15, 1725:2

**mailings** [4] - 1506:24, 1608:6, 1608:9,
1608:10

**maintain** [6] - 1529:1, 1529:18,
1645:10, 1645:11, 1651:19, 1651:20

**maintained** [3] - 1527:19, 1546:15,
1656:25

**major** [2] - 1643:16, 1722:4

**majority** [2] - 1661:8, 1685:25

**male** [2] - 1520:4, 1521:11

**man** [1] - 1649:7

**manage** [1] - 1509:19

**manager** [2] - 1628:1, 1640:12

**Manhattan** [10] - 1649:8, 1665:16,
1665:20, 1667:21, 1688:16, 1689:21,
1691:4, 1692:2, 1692:10

**manner** [1] - 1527:18

**map** [30] - 1656:5, 1664:23, 1666:1,
1670:12, 1670:15, 1671:3, 1675:4,
1675:12, 1675:22, 1677:22, 1683:16,
1685:22, 1687:14, 1689:7, 1689:20,
1690:14, 1690:15, 1690:19, 1691:2,
1692:24, 1695:9, 1697:19, 1697:23,
1698:7, 1699:11, 1699:14, 1699:19,
1700:1, 1700:4, 1702:14

**Map** [1] - 1707:7

**Mapped** [1] - 1666:10

**mapped** [13] - 1656:17, 1660:3,
1667:11, 1668:4, 1668:8, 1668:18,
1676:7, 1687:4, 1706:24, 1707:8,
1708:6, 1708:7, 1708:10

**mapping** [8] - 1655:19, 1656:22,
1657:11, 1672:21, 1674:16, 1689:2,
1712:2, 1712:11

**maps** [17] - 1643:7, 1643:21, 1656:4,
1656:7, 1657:3, 1658:11, 1661:14,
1675:1, 1697:14, 1698:4, 1698:21,
1699:2, 1699:8, 1708:5, 1712:3,
1712:14, 1712:18

**March** [1] - 1578:15

**Marcus** [2] - 1552:8, 1552:16

**MARCUS** [3] - 1552:12, 1552:16,
1736:11

**Marie** [1] - 1617:20

**mark** [2] - 1631:22, 1632:12

**marked** [32] - 1527:22, 1539:23,
1541:12, 1543:14, 1546:7, 1548:23,
1554:14, 1561:10, 1566:10, 1587:21,
1591:20, 1596:23, 1606:12, 1624:5,
1629:8, 1632:2, 1632:17, 1634:15,
1635:4, 1635:14, 1635:22, 1636:1,
1636:3, 1636:7, 1636:19, 1637:17,
1637:18, 1652:21, 1655:5, 1659:1,
1674:18, 1690:9

**markers** [4] - 1515:10, 1515:17,
1515:21, 1671:7

**marking** [1] - 1541:13

**marks** [1] - 1630:18

**Martha** [6] - 1591:4, 1591:9, 1592:6,
1594:20, 1602:9, 1602:11

**Mary** [14] - 1532:12, 1554:3, 1565:14,
1566:7, 1568:2, 1584:18, 1587:23,
1590:10, 1591:4, 1591:8, 1592:6,
1594:20, 1602:9, 1602:11

**mask** [1] - 1514:23

**massive** [1] - 1652:12

**Master's** [1] - 1613:1

**match** [8] - 1516:15, 1517:1, 1532:4,
1628:17, 1628:24, 1638:3, 1638:14,
1651:12

**match-matching** [1] - 1532:4

**matching** [1] - 1532:4

**material** [3] - 1507:1, 1514:7, 1733:24

**maternal** [1] - 1615:9

**math** [1] - 1660:12

**matter** [6] - 1506:17, 1541:3, 1554:23,
1571:15, 1734:2, 1735:10

**matters** [2] - 1507:10, 1716:14

**MC** [5] - 1573:21, 1574:8, 1574:24,
1580:5, 1580:8

**McMahon** [163] - 1501:8, 1501:23,
1527:23, 1530:9, 1530:12, 1530:21,
1531:1, 1531:19, 1532:10, 1532:12,
1533:6, 1533:21, 1535:24, 1535:25,
1537:8, 1538:1, 1538:10, 1544:10,
1544:14, 1544:18, 1545:21, 1548:5,
1549:13, 1553:12, 1554:2, 1554:3,
1554:4, 1559:5, 1559:9, 1560:13,
1561:15, 1562:7, 1562:10, 1564:11,
1564:21, 1565:14, 1566:7, 1568:1,
1568:2, 1572:6, 1572:7, 1572:15,
1573:13, 1574:17, 1575:4, 1575:17,
1576:17, 1578:7, 1579:10, 1581:1,
1582:12, 1583:4, 1584:18, 1585:8,

1587:13, 1587:23, 1590:9, 1590:11,
1591:4, 1591:5, 1591:8, 1591:9,
1592:6, 1593:21, 1594:20, 1595:19,
1597:3, 1597:9, 1597:21, 1597:24,
1598:15, 1599:2, 1599:25, 1600:20,
1601:5, 1601:6, 1601:8, 1601:9,
1602:9, 1602:11, 1603:5, 1603:25,
1605:11, 1605:22, 1606:11, 1607:3,
1621:5, 1621:9, 1623:24, 1629:8,
1632:5, 1637:7, 1641:10, 1641:18,
1667:7, 1673:17, 1674:9, 1674:15,
1674:17, 1674:22, 1675:4, 1675:14,
1675:20, 1677:15, 1678:3, 1678:10,
1679:15, 1679:22, 1680:4, 1680:7,
1680:17, 1681:7, 1681:12, 1681:14,
1681:19, 1681:25, 1682:25, 1684:1,
1684:6, 1685:16, 1685:22, 1687:3,
1693:16, 1694:6, 1696:14, 1696:18,
1696:20, 1697:15, 1697:19, 1697:23,
1698:7, 1698:13, 1698:22, 1699:2,
1699:9, 1699:14, 1699:23, 1700:12,
1700:20, 1701:9, 1701:24, 1702:2,
1702:6, 1702:8, 1702:14, 1702:18,
1720:14, 1720:17, 1723:18, 1725:5,
1726:8, 1726:18, 1727:1, 1727:7,
1734:2, 1734:10
**MCMAHON** [8] - 1726:9, 1726:19,
1727:2, 1727:10, 1727:13, 1727:15,
1727:20, 1727:23
**McMahon's** [29] - 1545:21, 1548:15,
1550:11, 1550:15, 1600:17, 1668:19,
1669:11, 1672:9, 1673:7, 1676:20,
1676:23, 1677:1, 1677:7, 1677:23,
1678:15, 1680:13, 1682:1, 1682:12,
1684:15, 1684:17, 1684:25, 1685:8,
1685:10, 1685:19, 1700:1, 1700:8,
1701:12, 1720:10, 1722:2
**mean** [22] - 1503:25, 1504:25, 1516:10,
1534:1, 1534:11, 1549:23, 1615:5,
1615:10, 1617:22, 1621:2, 1625:14,
1625:19, 1630:22, 1631:3, 1631:7,
1633:1, 1634:3, 1672:2, 1700:8,
1706:21, 1725:8, 1734:16
**meaning** [1] - 1720:6
**means** [11] - 1503:17, 1511:18, 1615:2,
1622:21, 1631:9, 1634:4, 1660:5,
1683:12, 1687:22, 1693:4, 1709:2
**meant** [4] - 1662:5, 1663:3, 1695:16,
1719:2
**measure** [1] - 1623:1
**measurements** [1] - 1650:19
**mechanical** [1] - 1541:10
**meet** [2] - 1574:2, 1703:25
**meeting** [1] - 1619:15
**meetings** [1] - 1704:25
**Melinda** [1] - 1520:18
**member** [4] - 1547:15, 1614:4, 1657:7,
1705:21
**members** [4] - 1644:3, 1645:24,
1646:11, 1703:19

**memo** [2] - 1561:16, 1590:13
**memorial** [1] - 1505:25
**mention** [1] - 1720:4
**mentioned** [8] - 1527:14, 1532:24,
1537:10, 1537:23, 1538:14, 1623:2,
1651:14, 1718:8
**mentor** [1] - 1613:9
**menu** [2] - 1534:5, 1536:8
**menu_opt** [1] - 1534:3
**MEREDITH** [1] - 1501:17
**mess** [1] - 1543:3
**message** [1] - 1651:13
**messages** [6] - 1573:11, 1650:2,
1674:14, 1696:13, 1698:19
**Met** [1] - 1567:18
**method** [2] - 1636:15, 1638:6
**methodology** [5] - 1622:6, 1622:8,
1657:20, 1659:25, 1675:1
**Metro** [1] - 1645:9
**Michael** [34] - 1501:23, 1532:12,
1553:12, 1554:3, 1554:4, 1556:14,
1560:13, 1564:11, 1565:14, 1566:7,
1568:1, 1573:13, 1574:16, 1575:17,
1576:17, 1578:7, 1579:11, 1581:1,
1582:12, 1583:3, 1584:18, 1587:13,
1587:23, 1590:10, 1590:11, 1591:4,
1591:8, 1592:6, 1594:20, 1601:5,
1601:6, 1601:8, 1601:9, 1641:18
**MICHAEL** [1] - 1501:8
**Michele** [1] - 1502:7
**microphone** [6] - 1555:24, 1612:9,
1618:11, 1622:3, 1642:17, 1724:6
**microscopic** [1] - 1619:12
**middle** [15] - 1544:9, 1566:13, 1575:19,
1578:3, 1584:14, 1585:4, 1592:7,
1635:12, 1661:4, 1667:13, 1667:14,
1672:11, 1674:12, 1695:19
**midtown** [2] - 1688:16, 1689:21
**Midtown** [4] - 1691:3, 1691:17, 1692:2,
1692:9
**might** [4] - 1705:8, 1718:13, 1719:21,
1733:8
**Mike** [3] - 1563:10, 1700:6, 1700:8
**mike@mcmahoninvestigativegroup.
com** [1] - 1585:25
**Mike@McMahonInvestigativeGroup.
com** [1] - 1563:6, 1566:24
**mile** [2] - 1692:9, 1692:15
**miles** [1] - 1649:25
**military** [1] - 1535:11
**millions** [1] - 1510:23
**mind** [19] - 1568:17, 1571:23, 1573:19,
1579:14, 1580:3, 1580:16, 1589:19,
1610:13, 1619:19, 1642:17, 1675:2,
1678:22, 1704:11, 1716:24, 1727:17,
1728:8, 1729:4, 1732:17, 1732:24
**mined** [1] - 1721:5
**minimal** [1] - 1704:7
**minimizing** [1] - 1650:6
**minimum** [1] - 1511:23

**Minjun** [1] - 1641:20
**minor** [1] - 1714:13
**minute** [4] - 1506:20, 1572:24, 1604:18,
1723:17
**minutes** [12] - 1502:22, 1568:11,
1569:4, 1574:22, 1609:6, 1610:14,
1619:16, 1619:25, 1689:12, 1723:14,
1723:15
**miss** [1] - 1716:6
**missing** [5] - 1633:25, 1643:4, 1717:16,
1718:6, 1718:15
**mistaken** [1] - 1641:25
**MLuccheseEDNY@gmail.com** [1] -
1502:9
**Mobile** [12] - 1643:16, 1645:8, 1653:9,
1653:19, 1653:25, 1654:7, 1659:21,
1665:10, 1666:1, 1668:2, 1670:19,
1690:20
**Mobile's** [1] - 1665:8
**model** [1] - 1536:15
**molecular** [1] - 1511:8
**mom** [1] - 1514:12
**moment** [16] - 1504:3, 1508:16,
1522:15, 1535:24, 1536:20, 1546:1,
1600:5, 1610:11, 1610:16, 1611:1,
1615:21, 1625:21, 1627:15, 1638:22,
1651:10, 1697:1
**Monday** [2] - 1573:21, 1714:22
**money** [7] - 1574:24, 1579:19, 1580:6,
1586:7, 1589:25, 1605:19, 1651:23
**monitor** [1] - 1652:25
**monitored** [1] - 1580:5
**month** [1] - 1597:17
**months** [4] - 1597:17, 1613:13, 1645:6,
1703:14
**moot** [2] - 1511:15, 1646:5
**Morgan** [1] - 1554:20
**morning** [40] - 1502:18, 1502:19,
1502:20, 1506:25, 1508:4, 1509:5,
1509:6, 1509:7, 1524:6, 1524:7,
1537:4, 1537:5, 1568:11, 1572:4,
1580:8, 1611:8, 1611:9, 1643:25,
1644:1, 1644:7, 1644:11, 1682:17,
1684:6, 1684:18, 1687:11, 1696:17,
1696:19, 1714:3, 1714:9, 1714:17,
1714:24, 1715:3, 1715:8, 1716:4,
1716:15, 1716:20, 1717:16, 1721:15,
1723:12, 1735:9
**mosque** [1] - 1505:23
**most** [15] - 1637:3, 1650:7, 1664:17,
1666:9, 1668:18, 1668:24, 1669:10,
1676:11, 1678:3, 1681:7, 1681:11,
1684:14, 1684:25, 1716:17, 1730:10
**mostly** [1] - 1617:11
**motion** [1] - 1570:15
**Motor** [12] - 1524:11, 1524:14, 1524:16,
1524:23, 1525:17, 1525:18, 1525:25,
1526:25, 1527:15, 1528:22, 1528:25,
1529:11, 1529:14, 1529:17, 1530:24,
1532:18, 1538:22, 1551:1, 1551:4

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 260 of 275 PageID #:
06122023 US v McMahon, et al. 21-cr-265 (PKC)    23
4283

**motor** [4] - 1524:18, 1526:15, 1532:3, 1550:12
**Mountain** [1] - 1614:8
**mounted** [1] - 1661:21
**move** [25] - 1508:10, 1544:1, 1546:18, 1548:5, 1569:23, 1569:25, 1570:9, 1570:12, 1601:17, 1607:13, 1619:2, 1622:3, 1622:14, 1622:23, 1634:13, 1635:11, 1635:24, 1636:3, 1636:11, 1636:21, 1645:21, 1665:21, 1668:10, 1686:22, 1693:2
**moved** [3] - 1655:6, 1691:16, 1692:1
**movement** [8] - 1684:1, 1684:3, 1685:25, 1686:24, 1688:3, 1691:15, 1691:25, 1700:16
**moves** [7] - 1519:8, 1529:20, 1555:4, 1591:14, 1614:18, 1654:21, 1658:20
**Moving** [2] - 1635:6, 1636:12
**moving** [4] - 1586:24, 1587:5, 1617:9, 1693:6
**MR** [230] - 1502:19, 1503:2, 1503:3, 1503:9, 1503:13, 1503:25, 1504:6, 1504:10, 1504:13, 1504:20, 1505:15, 1506:5, 1506:8, 1506:11, 1506:16, 1506:23, 1507:4, 1507:13, 1513:20, 1513:21, 1513:22, 1513:24, 1513:25, 1514:1, 1519:10, 1519:11, 1519:12, 1522:20, 1522:21, 1522:22, 1529:22, 1529:23, 1529:24, 1537:1, 1537:3, 1538:3, 1538:7, 1539:4, 1539:23, 1541:7, 1541:10, 1542:2, 1543:4, 1543:5, 1544:1, 1544:8, 1545:10, 1545:12, 1546:1, 1546:8, 1546:9, 1546:18, 1547:8, 1547:16, 1547:20, 1548:5, 1548:13, 1548:24, 1549:2, 1549:6, 1549:8, 1551:22, 1551:24, 1552:2, 1555:7, 1555:8, 1555:9, 1569:7, 1569:11, 1570:6, 1570:13, 1570:17, 1570:20, 1570:21, 1571:1, 1571:5, 1571:24, 1572:2, 1572:7, 1572:17, 1572:20, 1591:16, 1591:17, 1591:18, 1596:19, 1596:20, 1596:21, 1598:4, 1600:11, 1600:13, 1602:1, 1602:4, 1602:22, 1602:25, 1603:7, 1603:10, 1603:15, 1604:4, 1606:1, 1606:8, 1606:11, 1607:18, 1607:20, 1607:21, 1607:23, 1608:4, 1608:8, 1608:12, 1608:16, 1608:25, 1609:5, 1610:5, 1610:9, 1614:21, 1614:22, 1614:23, 1620:1, 1620:4, 1621:5, 1621:10, 1621:12, 1621:14, 1629:20, 1629:21, 1629:22, 1639:1, 1639:3, 1640:19, 1640:21, 1640:23, 1648:11, 1648:12, 1648:13, 1658:22, 1658:23, 1702:23, 1703:1, 1709:4, 1709:19, 1711:11, 1713:2, 1713:6, 1713:11, 1714:2, 1714:12, 1715:4, 1715:8, 1715:10, 1715:13, 1717:6, 1718:4, 1719:2, 1721:3, 1721:8, 1722:10, 1722:16, 1722:18, 1722:21, 1723:5,
1723:7, 1723:13, 1723:19, 1724:4, 1724:7, 1724:10, 1724:20, 1725:1, 1725:14, 1726:9, 1726:11, 1726:14, 1726:19, 1726:21, 1726:23, 1727:2, 1727:4, 1727:6, 1727:10, 1727:13, 1727:15, 1727:20, 1727:23, 1728:1, 1728:4, 1728:6, 1728:10, 1728:12, 1728:15, 1728:18, 1728:21, 1728:24, 1729:2, 1729:5, 1729:8, 1729:13, 1729:16, 1730:2, 1730:13, 1730:19, 1731:6, 1731:8, 1731:14, 1731:16, 1731:20, 1731:24, 1732:4, 1732:6, 1732:13, 1732:15, 1732:22, 1733:5, 1733:14, 1733:17, 1733:21, 1733:24, 1734:6, 1734:8, 1734:11, 1734:14, 1734:22, 1734:25, 1735:3, 1735:5, 1735:7, 1736:8, 1736:10, 1736:13, 1736:17, 1736:21
**MS** [152] - 1502:20, 1508:14, 1508:24, 1509:4, 1509:7, 1513:16, 1518:12, 1518:16, 1519:8, 1519:18, 1522:15, 1522:17, 1523:1, 1523:14, 1524:5, 1527:21, 1529:20, 1530:5, 1530:12, 1530:21, 1531:2, 1531:7, 1531:19, 1532:6, 1532:15, 1533:6, 1533:22, 1535:20, 1535:24, 1536:20, 1536:22, 1539:11, 1541:18, 1542:1, 1544:5, 1545:7, 1546:21, 1547:5, 1547:19, 1547:22, 1548:9, 1549:10, 1549:12, 1550:24, 1551:20, 1552:8, 1552:19, 1552:21, 1553:21, 1553:24, 1555:4, 1555:14, 1561:22, 1561:23, 1568:12, 1573:5, 1573:7, 1589:2, 1589:5, 1590:22, 1590:25, 1591:14, 1596:3, 1596:17, 1600:5, 1600:8, 1601:2, 1603:2, 1603:12, 1606:4, 1610:10, 1611:1, 1611:7, 1614:17, 1621:25, 1623:14, 1623:17, 1624:2, 1624:4, 1624:18, 1624:21, 1629:19, 1629:25, 1638:22, 1638:24, 1639:7, 1639:11, 1639:25, 1640:5, 1640:25, 1641:4, 1641:7, 1641:10, 1641:24, 1642:2, 1642:12, 1645:2, 1648:7, 1648:17, 1653:4, 1654:21, 1654:23, 1655:1, 1655:3, 1657:23, 1658:19, 1658:21, 1659:2, 1659:7, 1659:10, 1667:2, 1668:14, 1669:13, 1670:10, 1673:2, 1673:11, 1675:18, 1677:20, 1679:10, 1679:18, 1680:24, 1682:14, 1686:4, 1687:6, 1687:12, 1689:6, 1690:12, 1691:10, 1692:5, 1692:11, 1695:1, 1697:1, 1697:3, 1697:6, 1702:21, 1708:20, 1708:25, 1709:15, 1710:4, 1711:10, 1712:25, 1713:4, 1713:8, 1723:22, 1723:24, 1736:5, 1736:7, 1736:9, 1736:12, 1736:16, 1736:19, 1736:20
**multiple** [6] - 1520:7, 1617:2, 1636:5, 1675:24, 1676:1, 1717:11
**municipal** [1] - 1526:20
**must** [4] - 1512:13, 1512:24, 1649:19,
1733:3
**MVC** [12] - 1524:24, 1525:1, 1525:4, 1525:9, 1538:24, 1539:7, 1543:10, 1543:24, 1544:14, 1546:16, 1551:9, 1551:25

**N**

**nail** [4] - 1618:7, 1618:8, 1618:16
**naked** [1] - 1616:14
**Name** [3] - 1564:1, 1566:18, 1595:15
**name** [58] - 1508:20, 1508:22, 1523:9, 1525:22, 1531:13, 1536:13, 1552:15, 1556:20, 1558:5, 1560:10, 1560:12, 1571:11, 1575:16, 1576:16, 1576:18, 1577:11, 1577:13, 1580:25, 1581:16, 1581:19, 1590:4, 1590:5, 1592:2, 1593:17, 1593:20, 1594:16, 1594:19, 1595:18, 1601:4, 1603:23, 1604:1, 1604:14, 1605:15, 1605:18, 1605:25, 1610:21, 1610:22, 1610:23, 1627:3, 1628:3, 1628:21, 1632:16, 1632:20, 1633:17, 1642:7, 1658:8, 1698:9, 1707:10, 1707:12, 1707:14, 1707:15, 1707:17, 1708:16, 1721:21, 1724:18, 1733:25
**names** [6] - 1572:9, 1584:14, 1584:17, 1590:8, 1612:5, 1666:6
**Nancy** [2] - 1554:6, 1555:5
**napkin** [1] - 1617:23
**NATIONAL** [1] - 1501:20
**National** [2] - 1512:5, 1512:6
**natural** [1] - 1649:7
**near** [6] - 1529:4, 1554:23, 1626:9, 1626:24, 1686:25, 1724:6
**Nebraska** [1] - 1613:1
**necessarily** [6] - 1504:25, 1617:2, 1648:21, 1664:17, 1718:10, 1720:2
**necessary** [1] - 1569:23
**need** [13] - 1505:24, 1509:21, 1510:3, 1517:4, 1579:19, 1631:24, 1662:11, 1710:3, 1710:19, 1714:21, 1718:13, 1733:7
**needed** [5] - 1502:22, 1509:25, 1733:8, 1733:20, 1734:10
**needs** [1] - 1569:3
**negative** [1] - 1592:25
**neighborhood** [3] - 1691:7, 1695:24, 1696:1
**neighborhoods** [1] - 1691:7
**network** [12] - 1645:9, 1650:7, 1650:12, 1650:16, 1650:19, 1650:23, 1651:24, 1652:2, 1665:10, 1665:12, 1690:1, 1690:20
**networks** [7] - 1645:13, 1648:22, 1649:6, 1649:10, 1649:23, 1650:1, 1665:9
**never** [4] - 1699:21, 1734:15, 1734:18
**new** [5] - 1507:14, 1548:20, 1568:12, 1722:5, 1723:17

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 261 of 275 PageID #:
06122023 US v McMahon et al. 21-cr-265 (PKC)
4294
24

**NEW** [1] - 1501:1
**New** [75] - 1501:6, 1501:15, 1501:16, 1501:24, 1502:2, 1502:5, 1502:8, 1518:20, 1524:9, 1524:11, 1524:13, 1524:16, 1524:23, 1525:7, 1525:25, 1526:5, 1526:25, 1527:5, 1528:22, 1528:25, 1538:22, 1538:25, 1552:24, 1553:5, 1557:6, 1567:18, 1581:25, 1606:17, 1606:19, 1606:24, 1623:21, 1639:4, 1642:24, 1645:9, 1647:7, 1648:2, 1661:5, 1664:19, 1665:9, 1665:19, 1665:22, 1666:17, 1667:4, 1667:8, 1667:15, 1667:17, 1667:19, 1667:25, 1669:9, 1670:8, 1671:1, 1673:10, 1675:6, 1675:7, 1675:16, 1679:17, 1680:1, 1680:21, 1681:15, 1682:7, 1682:23, 1688:7, 1688:12, 1697:16, 1697:20, 1697:25, 1698:23, 1699:9, 1699:16, 1700:21, 1703:18, 1704:1, 1705:24
**Newark** [4] - 1501:24, 1688:7, 1692:2
**news** [1] - 1716:2
**next** [93] - 1508:13, 1510:20, 1522:25, 1528:15, 1531:20, 1532:17, 1533:22, 1534:13, 1534:20, 1535:9, 1542:4, 1546:24, 1547:24, 1552:7, 1558:5, 1560:21, 1560:24, 1563:25, 1564:6, 1564:10, 1564:14, 1565:3, 1568:24, 1574:15, 1575:10, 1575:13, 1577:13, 1580:15, 1580:25, 1581:16, 1581:19, 1587:1, 1587:12, 1588:5, 1593:18, 1594:3, 1594:6, 1595:24, 1596:1, 1601:18, 1606:7, 1607:25, 1609:10, 1633:20, 1641:3, 1641:4, 1644:14, 1660:14, 1662:15, 1666:19, 1668:14, 1669:6, 1669:13, 1669:14, 1670:2, 1670:3, 1670:10, 1673:2, 1673:5, 1673:6, 1673:11, 1675:9, 1675:11, 1675:18, 1677:20, 1679:13, 1679:14, 1679:18, 1680:24, 1681:22, 1682:11, 1684:20, 1684:22, 1685:10, 1685:12, 1686:4, 1687:6, 1687:8, 1687:9, 1690:12, 1691:10, 1691:17, 1692:5, 1692:11, 1694:8, 1695:2, 1696:15, 1706:3, 1706:6, 1713:13, 1714:21, 1715:17, 1718:16
**Next** [4] - 1558:9, 1560:14, 1627:5, 1641:23
**NGI** [2] - 1627:5, 1627:15
**nine** [3] - 1518:21, 1637:7, 1676:24
**Ninety** [1] - 1560:23
**Ninety-five** [1] - 1560:23
**NJ** [1] - 1606:17
**NJMVC** [1] - 1524:24
**NO** [1] - 1564:16
**non** [1] - 1617:18
**non-porous** [1] - 1617:18
**none** [1] - 1725:6
**None** [1] - 1641:12
**nonissue** [1] - 1734:23

**nonprofit** [1] - 1526:20
**normally** [2] - 1635:17, 1669:16
**north** [8] - 1663:2, 1663:5, 1664:6, 1675:2, 1675:3, 1675:6, 1689:22
**northeast** [6] - 1664:6, 1685:7, 1685:13, 1686:22, 1687:1, 1690:11
**Northern** [4] - 1611:12, 1668:3, 1695:6, 1695:22
**notations** [1] - 1687:24
**note** [10] - 1541:19, 1625:7, 1626:14, 1626:15, 1626:17, 1628:5, 1629:2, 1629:4, 1629:5
**noted** [1] - 1559:1
**notes** [11] - 1518:4, 1590:12, 1623:18, 1625:3, 1629:2, 1638:12, 1638:14, 1639:6, 1639:10
**Nothing** [1] - 1621:5
**nothing** [1] - 1602:22
**noticed** [1] - 1508:6
**notification** [1] - 1641:13
**notified** [1] - 1623:12
**notion** [1] - 1720:4
**November** [2] - 1563:8, 1566:9
**Number** [2] - 1575:18, 1592:11
**number** [122] - 1507:3, 1507:4, 1519:4, 1522:1, 1525:22, 1525:23, 1526:3, 1533:10, 1533:12, 1536:2, 1536:13, 1536:16, 1536:17, 1537:11, 1538:6, 1547:15, 1556:24, 1556:25, 1557:18, 1557:20, 1558:9, 1559:14, 1559:15, 1560:14, 1562:1, 1562:3, 1564:18, 1564:20, 1565:24, 1566:1, 1574:11, 1574:16, 1575:8, 1575:10, 1576:1, 1576:3, 1576:18, 1578:9, 1581:4, 1587:16, 1587:25, 1588:2, 1590:2, 1590:3, 1590:6, 1590:8, 1590:14, 1593:2, 1593:4, 1594:6, 1594:9, 1595:1, 1595:3, 1596:1, 1597:10, 1604:12, 1605:6, 1606:20, 1608:16, 1623:23, 1624:16, 1631:3, 1631:4, 1633:15, 1644:8, 1647:5, 1650:24, 1653:11, 1653:12, 1653:13, 1653:14, 1653:15, 1653:21, 1654:2, 1654:9, 1654:15, 1668:10, 1668:22, 1672:3, 1672:5, 1672:8, 1676:15, 1676:21, 1677:16, 1678:12, 1683:20, 1684:8, 1684:9, 1684:21, 1684:23, 1685:4, 1685:11, 1692:14, 1692:18, 1697:23, 1698:9, 1698:11, 1699:24, 1701:13, 1701:17, 1701:25, 1702:6, 1702:9, 1702:14, 1702:15, 1707:13, 1707:19, 1707:20, 1708:11, 1708:15, 1708:19, 1708:23, 1709:6, 1709:22, 1709:23, 1711:17, 1711:22, 1712:20
**numbered** [4] - 1630:24, 1683:10, 1683:19, 1683:25
**numbers** [16] - 1534:19, 1560:2, 1570:23, 1584:6, 1659:20, 1666:6, 1672:7, 1686:13, 1701:19, 1705:25, 1706:13, 1706:14, 1706:17, 1707:9,

1712:10
**NW** [1] - 1501:20
**NY** [1] - 1502:2

## O

**o'clock** [6] - 1619:17, 1619:20, 1662:20, 1663:5, 1678:21
**O'Connor** [14] - 1523:2, 1523:4, 1523:11, 1527:25, 1530:7, 1530:14, 1531:9, 1531:22, 1532:8, 1535:21, 1536:22, 1537:4, 1549:15, 1550:11
**O'CONNOR** [2] - 1524:1, 1736:6
**OBI** [4] - 1564:2, 1564:4, 1564:6, 1590:13
**object** [8] - 1514:17, 1515:3, 1570:24, 1607:21, 1616:23, 1616:25, 1617:15
**Objection** [10] - 1545:7, 1639:7, 1639:11, 1639:25, 1640:5, 1708:20, 1708:25, 1709:15, 1711:10, 1712:25
**objection** [55] - 1506:7, 1506:10, 1506:11, 1513:23, 1513:24, 1513:25, 1514:1, 1519:10, 1519:11, 1519:12, 1529:22, 1529:23, 1529:24, 1539:11, 1544:4, 1544:5, 1546:20, 1546:21, 1547:18, 1548:3, 1548:7, 1548:9, 1555:7, 1555:8, 1555:9, 1570:8, 1591:16, 1591:17, 1591:18, 1596:19, 1596:20, 1596:21, 1598:4, 1601:2, 1607:19, 1608:14, 1608:20, 1610:2, 1614:21, 1614:22, 1614:23, 1621:14, 1629:20, 1629:21, 1629:22, 1648:11, 1648:12, 1648:13, 1654:23, 1658:21, 1658:22, 1658:23, 1714:5, 1714:7
**objections** [1] - 1721:21
**obligation** [1] - 1733:19
**obligations** [1] - 1531:5
**observance** [1] - 1505:22
**observation** [2] - 1724:23, 1725:6
**observe** [1] - 1701:24
**observed** [2] - 1607:9, 1702:5
**observing** [3] - 1702:2, 1702:8, 1725:13
**obtain** [1] - 1521:7
**obtained** [12] - 1519:25, 1520:5, 1521:10, 1554:1, 1554:9, 1645:25, 1651:18, 1653:9, 1653:19, 1653:25, 1654:7, 1654:13
**obtains** [1] - 1554:19
**obviously** [13] - 1504:3, 1504:8, 1506:14, 1608:21, 1645:17, 1718:2, 1719:16, 1720:13, 1720:18, 1724:21, 1725:11, 1725:16, 1727:16
**occasion** [1] - 1711:1
**occasions** [1] - 1711:2
**occupied** [1] - 1505:4
**occurred** [1] - 1608:1
**occurrence** [1] - 1554:23
**occurring** [1] - 1605:16
**octillion** [6] - 1521:22, 1521:25, 1522:2, 1522:3, 1522:4, 1522:11

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 262 of 275 PageID #:
06122023 US v McMahon et al. 21-cr-265 (PKC)
4225
25

**October** [16] - 1556:3, 1558:4, 1559:13, 1560:9, 1561:5, 1561:8, 1588:22, 1598:12, 1598:14, 1598:16, 1604:8, 1604:9, 1612:19, 1623:10
**odder** [1] - 1728:3
**odds** [1] - 1719:19
**OF** [4] - 1501:1, 1501:3, 1501:11, 1501:19
**offered** [4] - 1513:13, 1569:18, 1569:19, 1697:11
**offering** [1] - 1608:21
**offers** [5] - 1513:17, 1526:13, 1596:17, 1629:19, 1660:13
**OFFICE** [1] - 1502:4
**Office** [13] - 1553:5, 1553:10, 1703:18, 1703:20, 1704:1, 1704:22, 1705:23, 1706:25, 1707:1, 1707:18, 1708:5, 1708:17, 1711:16
**office** [2] - 1510:1, 1712:5
**Officer** [1] - 1524:11
**officer** [4] - 1524:13, 1525:4, 1525:6, 1527:13
**officers** [2] - 1643:2, 1643:8
**official** [6] - 1525:5, 1527:14, 1528:23, 1550:20, 1641:15, 1641:17
**Official** [1] - 1502:7
**often** [11] - 1616:13, 1652:1, 1661:5, 1661:10, 1664:19, 1669:16, 1669:21, 1675:24, 1675:25, 1676:4, 1718:9
**oil** [1] - 1616:10
**OL** [1] - 1534:1
**OL025460** [1] - 1533:18
**once** [6] - 1505:16, 1537:17, 1539:7, 1541:11, 1656:15, 1716:7
**Once** [1] - 1699:23
**one** [135] - 1502:22, 1506:23, 1508:6, 1514:11, 1514:20, 1517:12, 1518:1, 1520:5, 1520:7, 1522:1, 1522:4, 1522:15, 1534:3, 1536:20, 1538:13, 1539:7, 1541:3, 1543:2, 1544:25, 1545:1, 1545:24, 1546:4, 1547:20, 1548:3, 1548:25, 1553:22, 1563:15, 1565:15, 1569:19, 1572:2, 1572:20, 1589:23, 1590:7, 1590:10, 1600:5, 1602:1, 1603:20, 1605:10, 1608:4, 1608:13, 1608:16, 1611:1, 1617:3, 1618:5, 1618:21, 1619:2, 1622:15, 1622:22, 1625:16, 1625:25, 1630:10, 1630:24, 1631:15, 1632:18, 1633:6, 1634:13, 1635:2, 1635:6, 1635:12, 1635:15, 1635:24, 1636:2, 1636:3, 1636:11, 1636:14, 1639:15, 1641:11, 1645:15, 1645:19, 1646:25, 1647:3, 1649:14, 1651:21, 1651:23, 1654:25, 1655:21, 1660:21, 1660:22, 1661:2, 1661:4, 1663:14, 1676:15, 1676:21, 1677:7, 1677:16, 1678:12, 1680:9, 1680:14, 1681:6, 1682:20, 1683:3, 1683:20, 1683:24, 1685:11, 1685:16, 1686:20, 1686:25, 1693:23, 1694:6,

1694:7, 1695:11, 1696:21, 1701:9, 1701:19, 1701:20, 1701:23, 1702:19, 1703:22, 1703:23, 1705:8, 1711:1, 1716:11, 1716:12, 1717:8, 1719:17, 1719:18, 1720:12, 1720:23, 1722:5, 1724:8, 1724:19, 1725:4, 1726:24, 1728:13, 1730:3, 1730:11, 1730:21, 1730:22, 1732:24, 1734:6
**One** [11] - 1501:23, 1544:25, 1546:1, 1546:2, 1575:19, 1697:1, 1702:12, 1703:6, 1705:14, 1705:18, 1718:5
**one-hour** [1] - 1572:20
**one-week** [1] - 1645:19
**ones** [7] - 1569:25, 1590:9, 1646:25, 1691:8, 1706:24, 1722:1, 1723:9
**ongoing** [1] - 1511:21
**online** [2] - 1528:8, 1534:2
**Online** [1] - 1526:10
**open** [15] - 1502:15, 1518:3, 1543:1, 1548:1, 1568:17, 1569:1, 1574:20, 1610:1, 1619:19, 1678:22, 1716:1, 1716:24, 1719:1, 1719:16, 1721:5
**opening** [1] - 1636:4
**opens** [1] - 1635:6
**operability** [1] - 1651:25
**operate** [2] - 1645:9, 1645:13
**operating** [2] - 1646:24, 1650:6
**operation** [1] - 1611:22
**opinion** [6] - 1628:16, 1628:23, 1638:1, 1638:13, 1658:11, 1658:16
**opportunity** [5] - 1525:11, 1527:25, 1714:4, 1714:6, 1714:8
**opposed** [2] - 1527:2, 1538:25, 1695:18, 1706:24
**optimistic** [1] - 1716:19
**option** [2] - 1534:5, 1536:8
**options** [1] - 1517:11
**OR** [1] - 1565:9
**oral** [1] - 1511:15
**orange** [8] - 1671:21, 1672:14, 1687:18, 1687:20, 1689:1, 1693:3, 1693:8, 1693:12
**order** [12] - 1520:21, 1550:16, 1550:17, 1616:15, 1627:6, 1630:9, 1630:10, 1634:5, 1645:21, 1649:20, 1683:19, 1719:24
**ordinary** [4] - 1525:19, 1543:23, 1546:16, 1554:22
**organization** [1] - 1589:11
**orient** [3] - 1562:7, 1562:10, 1582:10
**oriented** [1] - 1675:2
**original** [11] - 1504:4, 1507:5, 1625:20, 1656:8, 1656:16, 1656:19, 1656:23, 1657:13, 1702:1, 1710:18, 1710:20
**originating** [1] - 1520:5
**originator** [5] - 1563:23, 1563:25, 1564:4, 1586:24, 1587:1
**otherwise** [1] - 1539:8
**outlined** [2] - 1661:25, 1665:11
**outlines** [1] - 1659:25

**outs** [1] - 1643:20
**outside** [3] - 1541:1, 1541:21, 1716:14
**overall** [2] - 1618:21, 1631:16
**overlap** [4] - 1649:2, 1672:16, 1678:19
**overlapping** [4] - 1648:23, 1648:25, 1649:12, 1678:14
**overruled** [1] - 1610:2
**Overruled** [6] - 1539:12, 1545:8, 1639:12, 1640:6, 1708:21, 1711:13
**overruling** [1] - 1608:20
**own** [9] - 1544:19, 1544:23, 1622:25, 1647:13, 1698:8, 1726:17, 1726:25, 1727:8
**owned** [2] - 1545:3, 1545:14
**owners** [1] - 1565:9

**P**

**P.C** [2] - 1501:23, 1502:1
**p.m** [16] - 1536:6, 1556:6, 1574:2, 1579:13, 1580:4, 1674:2, 1674:3, 1674:23, 1677:25, 1678:16, 1682:4, 1685:2, 1685:11, 1686:2, 1710:8, 1719:1
**P7** [1] - 1631:1
**packaged** [1] - 1626:18
**PAGE** [1] - 1736:3
**Page** [17] - 1573:9, 1574:3, 1579:3, 1579:5, 1579:25, 1583:21, 1584:20, 1586:11, 1586:12, 1586:13, 1590:25, 1593:9, 1595:7, 1666:4, 1710:6, 1721:24
**page** [94] - 1528:7, 1530:9, 1530:23, 1531:2, 1531:21, 1532:7, 1534:18, 1540:4, 1542:4, 1544:9, 1544:17, 1546:24, 1547:24, 1548:21, 1549:18, 1549:20, 1553:22, 1556:5, 1560:24, 1563:15, 1563:16, 1566:13, 1568:9, 1568:24, 1574:15, 1578:17, 1579:4, 1580:15, 1588:10, 1592:8, 1593:10, 1593:13, 1593:22, 1595:11, 1596:7, 1601:18, 1607:25, 1609:10, 1630:3, 1630:15, 1631:11, 1632:14, 1632:24, 1633:9, 1633:20, 1634:6, 1637:7, 1637:24, 1644:14, 1658:5, 1659:12, 1659:16, 1659:22, 1659:24, 1660:14, 1660:15, 1662:15, 1666:19, 1668:14, 1669:13, 1669:14, 1672:11, 1673:6, 1679:11, 1679:12, 1680:24, 1680:25, 1682:14, 1687:12, 1689:6, 1692:5, 1692:11, 1694:8, 1695:8, 1695:19, 1697:12, 1698:20, 1699:1, 1699:7, 1700:5, 1700:12, 1701:14, 1702:12, 1703:4, 1703:6, 1705:15, 1707:6, 1707:7, 1710:4, 1713:13, 1715:17, 1718:16, 1721:21, 1721:22
**pages** [8] - 1579:6, 1629:9, 1669:25, 1705:5, 1705:6, 1705:10, 1705:11, 1705:13
**Pages** [1] - 1665:1

Case 1:21-cr-00265-PKC   Document 272   Filed 07/18/23   Page 263 of 275 PageID #:
4296
06122023 US v McMahon et al. 21-cr-265 (PKC)
26

**paid** [4] - 1561:20, 1605:10, 1605:11, 1605:19
**painted** [1] - 1662:23
**palms** [1] - 1616:5
**Palmyra** [1] - 1524:9
**PAMELA** [1] - 1501:12
**Panera** [6] - 1667:24, 1673:10, 1673:23, 1674:18, 1699:3, 1699:6
**paper** [10] - 1518:1, 1617:20, 1617:23, 1617:24, 1625:7, 1625:11, 1625:16, 1625:18, 1626:25, 1716:6
**paragraph** [17] - 1518:16, 1518:17, 1530:13, 1531:8, 1531:9, 1531:20, 1531:22, 1553:22, 1553:25, 1554:8, 1556:12, 1606:13, 1606:14, 1607:3, 1623:17, 1641:11, 1660:3
**Paragraph** [7] - 1591:2, 1591:6, 1653:7, 1653:17, 1653:23, 1654:5, 1654:11
**paragraphs** [1] - 1641:11
**Paragraphs** [3] - 1591:1, 1653:6, 1654:4
**Paralegal** [1] - 1603:5
**Paramus** [6] - 1567:18, 1667:25, 1673:10, 1673:24, 1675:7, 1699:3
**parentheses** [2] - 1706:3, 1706:4
**parenthesis** [4] - 1592:17, 1592:19, 1592:22, 1592:25
**parents** [2] - 1615:8, 1644:7
**Park** [1] - 1689:23
**parse** [1] - 1698:18
**part** [17] - 1504:22, 1508:7, 1528:23, 1537:11, 1551:17, 1553:18, 1563:15, 1605:23, 1605:24, 1625:22, 1633:24, 1633:25, 1643:1, 1652:9, 1716:10, 1730:6, 1730:10
**Part** [2] - 1593:23, 1595:20
**participant** [2] - 1531:14, 1539:9
**participant's** [1] - 1531:5
**participants** [1] - 1531:25
**participate** [7] - 1526:14, 1526:17, 1526:18, 1527:2, 1537:18, 1548:15, 1614:2
**participates** [1] - 1533:13
**participation** [1] - 1546:13
**particular** [32] - 1529:12, 1530:15, 1533:1, 1534:8, 1544:15, 1546:22, 1611:21, 1627:18, 1638:7, 1642:22, 1646:2, 1651:4, 1656:10, 1663:2, 1664:9, 1670:3, 1672:4, 1675:5, 1678:1, 1682:18, 1687:4, 1687:17, 1688:2, 1689:20, 1690:14, 1690:24, 1696:21, 1700:15, 1704:6, 1705:7, 1707:14, 1710:16
**particularly** [1] - 1570:13
**partly** [1] - 1725:8
**party** [2] - 1530:25, 1550:22
**pass** [1] - 1645:21
**passed** [3] - 1505:21, 1550:19, 1613:25
**passing** [1] - 1505:23
**pattern** [5] - 1618:21, 1631:17, 1632:18, 1632:19, 1634:25

**patterns** [7] - 1615:5, 1615:10, 1615:19, 1615:25, 1616:9, 1618:3, 1618:22
**PAUL** [1] - 1502:3
**Paul** [1] - 1733:25
**pause** [4] - 1586:16, 1600:7, 1659:9, 1734:7
**payer** [1] - 1590:1, 1590:4
**payment** [8] - 1556:13, 1556:14, 1585:7, 1585:11, 1585:12, 1590:2, 1602:5, 1602:12
**Payments** [1] - 1583:22
**payments** [3] - 1584:22, 1585:9, 1605:9
**PDF** [1] - 1530:23
**PEACE** [1] - 1501:14
**peer** [4] - 1657:5, 1657:7, 1657:8, 1657:16
**peers** [1] - 1644:13
**Pennsylvania** [1] - 1501:20
**Pensacola** [1] - 1511:6
**people** [7] - 1512:21, 1615:22, 1643:4, 1647:19, 1687:5, 1707:23, 1708:2
**People's** [2] - 1641:15
**peoples'** [1] - 1615:13
**per** [1] - 1526:16
**percent** [5] - 1515:11, 1515:14, 1515:16, 1652:5, 1652:8
**Perfect** [1] - 1605:4
**perform** [7] - 1509:22, 1510:3, 1511:25, 1518:4, 1518:5, 1543:10, 1613:23
**performed** [6] - 1509:21, 1510:3, 1512:20, 1520:21, 1535:18, 1614:10
**perhaps** [3] - 1603:25, 1649:17, 1674:5
**period** [43] - 1532:23, 1538:10, 1559:10, 1559:12, 1566:8, 1566:10, 1578:12, 1578:14, 1583:8, 1583:11, 1583:14, 1583:18, 1588:4, 1588:7, 1619:7, 1643:12, 1665:15, 1669:7, 1670:1, 1674:9, 1674:19, 1676:6, 1677:22, 1678:12, 1679:25, 1680:25, 1681:1, 1681:8, 1681:16, 1681:20, 1682:16, 1685:4, 1686:10, 1687:13, 1687:15, 1687:16, 1689:7, 1689:11, 1690:14, 1690:22, 1693:10, 1707:24, 1711:19
**periods** [3] - 1645:5, 1679:20, 1680:20
**permission** [1] - 1714:3
**persistence** [1] - 1615:21
**persistent** [2] - 1615:4, 1615:10
**person** [13] - 1514:17, 1514:19, 1516:22, 1517:8, 1571:10, 1590:2, 1604:20, 1657:8, 1657:16, 1708:18, 1708:19, 1724:17, 1734:9
**personal** [4] - 1525:18, 1526:15, 1527:10, 1733:4
**persons** [2] - 1643:5, 1681:18
**perspective** [1] - 1504:18
**Ph.D** [1] - 1511:7
**pharmacy** [1] - 1661:24
**phase** [2] - 1622:10, 1622:12
**phone** [174] - 1644:8, 1646:18, 1647:4, 1647:5, 1649:13, 1649:16, 1649:19,

1649:23, 1650:2, 1650:8, 1650:16, 1650:20, 1651:2, 1651:12, 1651:14, 1651:17, 1651:19, 1652:14, 1652:17, 1652:18, 1656:9, 1656:21, 1657:1, 1662:9, 1663:14, 1668:8, 1668:12, 1668:19, 1668:20, 1669:1, 1669:11, 1670:5, 1671:18, 1671:20, 1671:21, 1671:23, 1672:4, 1672:6, 1672:9, 1672:10, 1672:18, 1673:7, 1673:8, 1673:18, 1674:1, 1674:3, 1674:9, 1674:10, 1674:14, 1674:15, 1674:22, 1674:23, 1674:25, 1675:4, 1675:14, 1675:15, 1676:20, 1676:23, 1677:1, 1677:5, 1677:7, 1677:8, 1677:10, 1677:12, 1677:23, 1677:24, 1678:3, 1678:15, 1678:17, 1679:15, 1679:22, 1679:24, 1680:4, 1680:7, 1680:10, 1680:13, 1680:16, 1681:7, 1681:14, 1681:19, 1682:6, 1682:12, 1684:1, 1684:15, 1684:17, 1684:25, 1685:8, 1685:10, 1685:19, 1685:22, 1686:9, 1686:22, 1686:25, 1687:3, 1687:10, 1688:4, 1688:6, 1688:11, 1688:14, 1688:15, 1689:1, 1689:2, 1689:4, 1689:9, 1689:10, 1690:16, 1690:17, 1690:21, 1691:1, 1691:15, 1691:16, 1691:18, 1691:25, 1692:1, 1692:17, 1692:18, 1692:21, 1692:25, 1693:4, 1693:5, 1693:16, 1693:17, 1693:18, 1694:5, 1695:5, 1695:11, 1696:12, 1696:16, 1696:21, 1696:23, 1697:14, 1699:23, 1700:8, 1701:13, 1701:17, 1701:25, 1702:6, 1702:9, 1702:14, 1702:15, 1704:4, 1707:7, 1707:13, 1707:24, 1708:15, 1708:19, 1708:23, 1709:6, 1709:12, 1709:21, 1709:22, 1709:23, 1710:7, 1710:8, 1710:9, 1710:10, 1710:14, 1710:15, 1710:16, 1710:17, 1711:17, 1711:19, 1711:21, 1712:20, 1712:24
**Phones** [2] - 1707:8, 1708:10
**phones** [57] - 1643:6, 1646:24, 1648:5, 1648:10, 1648:19, 1650:6, 1650:10, 1650:11, 1650:19, 1655:11, 1656:12, 1658:13, 1668:4, 1668:7, 1671:19, 1672:19, 1672:23, 1672:25, 1673:17, 1674:17, 1675:14, 1675:16, 1675:20, 1675:21, 1676:5, 1676:9, 1677:14, 1677:15, 1677:18, 1678:11, 1678:14, 1680:21, 1681:25, 1687:22, 1689:12, 1689:13, 1692:8, 1692:15, 1693:9, 1693:12, 1693:15, 1699:5, 1704:9, 1704:11, 1704:15, 1706:23, 1708:6, 1708:7, 1709:23, 1711:24, 1712:1, 1712:4, 1712:6, 1712:12, 1712:15, 1722:11
**phones'** [1] - 1672:22
**photographs** [1] - 1607:2
**photography** [1] - 1630:9
**photos** [1] - 1630:10

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 264 of 275 PageID #:
06122023 US v McMahon et al. 21-cr-265 (PKC)
4207
27

**phrase** [1] - 1515:6
**physical** [8] - 1611:24, 1611:25, 1612:15, 1623:6, 1623:11, 1624:6, 1624:22, 1625:9
**picked** [1] - 1623:12
**picture** [3] - 1574:13, 1660:17, 1661:15
**pictures** [3] - 1635:21, 1660:15, 1660:19
**piece** [6] - 1517:25, 1518:8, 1518:10, 1624:6, 1624:22, 1716:6
**pieces** [3] - 1623:19, 1625:11, 1625:16
**pinkish** [1] - 1667:6
**place** [7] - 1526:25, 1550:1, 1635:1, 1636:17, 1640:3, 1661:9, 1669:18
**placed** [2] - 1551:13, 1627:21
**places** [1] - 1661:5
**placing** [2] - 1510:24, 1520:13
**plan** [5] - 1506:18, 1579:16, 1650:25, 1724:3, 1733:4
**planned** [1] - 1652:9
**planning** [1] - 1652:5
**plans** [1] - 1715:5
**plastic** [3] - 1625:4, 1625:13, 1626:19
**plate** [4] - 1534:19, 1536:2, 1538:21, 1549:23
**plates** [3] - 1538:1, 1538:9, 1543:9
**play** [3] - 1507:2, 1609:8, 1610:3
**playing** [1] - 1610:4
**Plaza** [2] - 1501:16, 1502:7
**plenty** [1] - 1717:18
**plotted** [1] - 1656:21
**plus** [1] - 1539:2
**PLZ** [1] - 1580:5
**PMT** [1] - 1584:5
**pocket** [1] - 1650:11
**point** [20] - 1503:22, 1507:2, 1539:25, 1628:10, 1634:10, 1635:1, 1635:4, 1635:9, 1635:22, 1636:1, 1636:5, 1636:6, 1646:1, 1663:6, 1664:23, 1688:25, 1700:24, 1701:3, 1720:22, 1728:8
**pointing** [8] - 1634:15, 1635:7, 1635:13, 1635:25, 1636:2, 1636:11, 1662:20, 1664:6
**points** [10] - 1631:22, 1635:5, 1636:19, 1636:20, 1636:22, 1636:23, 1636:25, 1637:18, 1637:24, 1696:16
**Points** [2] - 1700:5, 1700:12
**Police** [2] - 1611:11, 1642:24
**police** [1] - 1700:25
**policy** [1] - 1556:16
**poll** [1] - 1661:22
**populated** [2] - 1656:25, 1689:25
**population** [1] - 1615:6
**porous** [4] - 1617:18, 1617:20, 1617:22, 1617:24
**Port** [1] - 1689:22
**portion** [21] - 1531:10, 1534:14, 1549:20, 1564:24, 1578:16, 1584:19,

1584:20, 1585:10, 1589:7, 1592:13, 1593:10, 1593:22, 1594:5, 1599:15, 1603:12, 1631:9, 1645:3, 1681:24, 1696:7, 1696:8, 1696:10
**portions** [4] - 1616:7, 1616:16, 1696:8, 1696:9
**position** [4] - 1506:5, 1510:11, 1527:17, 1580:9
**possible** [4] - 1515:24, 1616:24, 1622:11, 1650:7
**post** [4] - 1577:21, 1577:23, 1582:5, 1722:8
**posted** [3] - 1574:24, 1589:22, 1589:23
**posting** [3] - 1566:15, 1578:18, 1578:21
**Posting** [1] - 1588:11
**posts** [1] - 1715:2
**potential** [2] - 1516:23, 1517:9
**potentially** [1] - 1526:22
**pours** [1] - 1619:13
**PowerPoint** [2] - 1644:12, 1656:14
**practical** [1] - 1511:15
**practice** [2] - 1529:17, 1643:20
**preliminary** [5] - 1719:15, 1721:1, 1721:3, 1721:4, 1721:5
**premarked** [4] - 1518:24, 1554:18, 1596:4, 1657:24
**premature** [1] - 1719:11
**prep** [1] - 1619:15
**preparation** [3] - 1543:21, 1553:17, 1652:20
**prepare** [1] - 1573:22
**prepared** [3] - 1503:22, 1659:14, 1725:3
**prerogative** [1] - 1729:6
**presence** [7] - 1509:12, 1509:14, 1510:17, 1678:14, 1700:17, 1700:18, 1716:14
**present** [4] - 1502:15, 1510:21, 1528:14, 1646:6
**presentation** [11] - 1571:18, 1629:13, 1630:2, 1644:12, 1656:14, 1656:15, 1657:15, 1658:5, 1688:9, 1716:3, 1733:2
**presented** [1] - 1725:2
**presenter** [1] - 1723:2
**presenting** [4] - 1643:21, 1644:12, 1646:3, 1723:3
**presents** [1] - 1626:3
**preserve** [2] - 1630:9, 1630:10
**pressing** [1] - 1617:9
**presumably** [1] - 1724:18
**presume** [1] - 1725:3
**pretty** [4] - 1636:8, 1647:15, 1656:14, 1715:1
**prevent** [2] - 1726:24, 1728:13
**preview** [2] - 1503:4, 1623:13
**previous** [12] - 1519:24, 1520:4, 1520:18, 1560:15, 1604:13, 1681:24, 1684:12, 1685:7, 1686:9, 1686:14, 1686:21, 1693:24
**previously** [15] - 1504:22, 1506:20,

1519:23, 1525:10, 1527:22, 1604:19, 1606:15, 1608:6, 1611:18, 1624:12, 1629:7, 1645:24, 1651:1, 1688:8, 1697:10
**Primarily** [1] - 1703:22
**primarily** [1] - 1643:4
**primary** [2] - 1525:3, 1657:9
**principles** [1] - 1730:7
**print** [42] - 1611:15, 1611:22, 1612:16, 1614:10, 1614:13, 1614:19, 1616:3, 1616:12, 1617:3, 1617:5, 1618:1, 1618:2, 1618:15, 1618:18, 1619:8, 1622:10, 1628:5, 1630:11, 1630:19, 1630:20, 1630:22, 1630:25, 1631:1, 1631:16, 1631:21, 1632:1, 1632:3, 1633:3, 1633:4, 1633:5, 1633:15, 1633:16, 1633:18, 1636:16, 1636:20, 1637:13, 1637:21, 1638:1, 1638:3, 1638:7, 1638:14
**prints** [40] - 1612:3, 1612:4, 1612:18, 1613:7, 1617:11, 1617:15, 1617:25, 1618:17, 1618:19, 1622:7, 1625:22, 1626:1, 1626:6, 1626:9, 1626:12, 1626:14, 1626:16, 1626:22, 1626:24, 1627:2, 1627:12, 1628:4, 1628:7, 1628:8, 1628:17, 1628:19, 1628:20, 1628:21, 1628:24, 1628:25, 1629:2, 1630:5, 1630:6, 1630:8, 1630:23, 1632:21, 1633:6, 1633:23, 1634:1
**privacy** [1] - 1525:6
**Privacy** [1] - 1527:6
**private** [6] - 1526:19, 1537:14, 1537:17, 1605:22, 1730:16, 1731:2
**privilege** [12] - 1725:18, 1729:16, 1729:20, 1729:21, 1731:4, 1731:12, 1731:18, 1732:9, 1732:10, 1732:11, 1732:20
**privileged** [6] - 1730:11, 1730:15, 1730:17, 1730:22, 1730:23, 1732:2
**probability** [2] - 1517:7, 1517:9
**problem** [1] - 1725:11
**proceed** [2] - 1541:17, 1659:10
**proceedings** [4] - 1586:16, 1600:7, 1659:9, 1734:7
**Proceedings** [1] - 1502:10
**process** [13] - 1516:4, 1517:24, 1518:1, 1541:22, 1541:24, 1551:1, 1612:3, 1613:6, 1643:11, 1652:18, 1657:9, 1721:19, 1722:2
**processed** [1] - 1634:3
**processing** [1] - 1616:14
**produced** [3] - 1502:10, 1711:23, 1720:19
**product** [1] - 1707:5
**professional** [2] - 1614:2, 1614:5
**professors** [1] - 1645:16
**proffered** [1] - 1504:24
**proffers** [1] - 1648:8
**proficiency** [1] - 1613:23
**profile** [17] - 1511:1, 1515:7, 1515:9,

1515:10, 1515:20, 1515:22, 1516:7,
1517:7, 1517:10, 1519:25, 1520:3,
1520:4, 1520:17, 1521:7, 1521:10,
1521:19, 1521:20
**profiles** [2] - 1515:24, 1521:15
**Profit** [1] - 1594:4
**profit** [7] - 1526:19, 1593:14, 1595:12,
1595:25, 1597:24, 1600:25
**program** [22] - 1511:7, 1526:6, 1526:13,
1527:2, 1528:8, 1528:9, 1531:14,
1531:25, 1537:12, 1537:18, 1546:14,
1547:3, 1547:15, 1548:16, 1613:6,
1628:1, 1643:2, 1645:14, 1645:15,
1657:10, 1657:12
**Program** [2] - 1526:10, 1531:4
**programs** [1] - 1613:14
**prohibited** [1] - 1531:25
**project** [1] - 1645:21
**promise** [1] - 1722:21
**prompt** [1] - 1505:10
**property** [1] - 1623:20
**propose** [5] - 1717:7, 1717:11, 1717:23,
1719:16, 1721:12
**proposed** [1] - 1718:1
**proposition** [4] - 1622:17, 1622:20,
1637:15, 1638:5
**prosecute** [1] - 1553:4
**prosecuted** [1] - 1553:4
**prosecution** [1] - 1505:5
**prosecutors** [2] - 1526:20, 1712:5
**protect** [1] - 1617:21
**protected** [2] - 1504:24, 1730:10
**Protection** [2] - 1525:14, 1527:6
**Protections** [1] - 1525:8
**proteins** [1] - 1630:7
**provide** [21] - 1504:15, 1517:17, 1572:9,
1631:24, 1643:7, 1647:11, 1648:23,
1652:3, 1652:6, 1652:17, 1661:1,
1662:4, 1662:7, 1691:9, 1707:2,
1714:18, 1719:10, 1730:15, 1733:8,
1733:19
**provided** [26] - 1506:24, 1517:16,
1531:13, 1572:10, 1640:9, 1640:11,
1641:12, 1655:18, 1655:21, 1657:1,
1657:15, 1657:17, 1659:21, 1666:7,
1666:13, 1680:2, 1698:9, 1704:7,
1704:14, 1707:17, 1708:3, 1708:16,
1711:21, 1712:2, 1712:9, 1724:24
**provider** [4] - 1650:20, 1650:21,
1699:18, 1707:9
**providers** [10] - 1643:16, 1643:20,
1645:7, 1650:4, 1651:19, 1657:1,
1660:6, 1662:9, 1665:14, 1698:17
**provides** [4] - 1522:13, 1625:17,
1695:14, 1695:17
**publish** [48] - 1518:12, 1519:15, 1530:4,
1544:6, 1548:10, 1553:21, 1555:11,
1555:14, 1556:18, 1557:8, 1558:24,
1559:17, 1563:1, 1563:13, 1564:23,
1565:21, 1566:19, 1568:8, 1573:8,

1576:5, 1577:25, 1579:2, 1580:19,
1585:17, 1586:9, 1587:18, 1589:3,
1590:22, 1591:19, 1594:11, 1596:3,
1596:22, 1606:9, 1623:14, 1623:25,
1624:19, 1629:23, 1630:16, 1631:12,
1634:7, 1637:8, 1641:7, 1653:4,
1657:23, 1658:25, 1659:3, 1663:9,
1697:10
**published** [2] - 1518:15, 1623:21
**pull** [8] - 1538:3, 1549:13, 1555:24,
1557:8, 1575:1, 1612:9, 1702:11,
1710:18
**pulling** [1] - 1642:17
**Purely** [1] - 1714:12
**purple** [3] - 1667:22, 1673:20, 1682:20
**purpose** [1] - 1543:10
**purposes** [5] - 1546:5, 1636:23,
1651:21, 1676:4, 1707:4
**pursuant** [4] - 1606:9, 1614:18,
1641:17, 1648:7
**put** [34] - 1504:3, 1517:25, 1519:18,
1527:10, 1547:3, 1547:9, 1547:20,
1548:3, 1551:17, 1572:23, 1589:3,
1592:25, 1606:11, 1618:8, 1622:12,
1625:12, 1625:14, 1625:20, 1633:11,
1658:8, 1662:9, 1664:21, 1716:9,
1716:11, 1717:11, 1717:13, 1718:2,
1724:10, 1725:9, 1726:1, 1726:5,
1726:6, 1730:25, 1732:18
**putting** [4] - 1663:15, 1674:21, 1720:21,
1723:21

## Q

**Q-tip** [1] - 1521:5
**Q-u-a-n-g** [1] - 1571:3
**Qin** [1] - 1606:18
**QIN** [1] - 1606:18
**qualification** [2] - 1613:10, 1613:21
**qualified** [8] - 1512:23, 1513:1,
1513:14, 1613:16, 1614:14, 1622:24,
1638:20, 1648:1
**qualify** [2] - 1614:15, 1614:18
**quality** [2] - 1613:14, 1623:1
**Quang** [1] - 1571:3
**Quantico** [2] - 1509:10, 1611:20
**quantitation** [1] - 1510:20
**quantity** [1] - 1631:25
**Queens** [4] - 1665:21, 1668:3, 1695:23,
1696:1
**queried** [2] - 1536:2, 1550:16
**queries** [2] - 1537:19, 1537:23
**query** [4] - 1535:22, 1536:4, 1536:11,
1602:13
**questioning** [1] - 1541:20
**questions** [37] - 1517:6, 1517:7,
1522:17, 1522:21, 1522:22, 1525:17,
1536:23, 1537:6, 1537:22, 1539:6,
1541:5, 1541:25, 1543:7, 1546:2,
1547:10, 1549:3, 1549:5, 1550:25,

1551:2, 1551:20, 1600:8, 1600:15,
1601:16, 1616:16, 1638:24, 1640:19,
1640:20, 1697:3, 1701:23, 1702:21,
1713:2, 1713:5, 1713:6, 1722:18,
1724:14, 1725:16, 1727:24
**quick** [4] - 1607:24, 1616:16, 1722:18,
1733:5
**quickly** [2] - 1560:19, 1602:2
**quite** [3] - 1579:16, 1661:10, 1669:21
**quote** [1] - 1706:4

## R

**R-I-V-E-R-A** [1] - 1552:17
**Racketeering** [1] - 1553:10
**radio** [6] - 1645:18, 1645:19, 1662:1,
1662:2, 1662:22
**radioing** [1] - 1721:11
**raise** [5] - 1505:7, 1508:17, 1523:6,
1610:18, 1721:18
**raised** [2] - 1616:7, 1616:16
**raises** [1] - 1720:1
**ran** [1] - 1538:10
**range** [4] - 1588:5, 1649:22, 1673:13,
1695:8
**rarity** [1] - 1637:5
**rather** [4] - 1541:24, 1572:22, 1589:10,
1595:11
**ratio** [4] - 1517:4, 1517:5, 1517:6,
1521:21
**reach** [3] - 1628:13, 1649:25, 1652:4
**reaction** [1] - 1719:15
**reacts** [1] - 1630:7
**read** [32] - 1509:19, 1518:17, 1531:9,
1531:22, 1533:4, 1553:25, 1558:21,
1559:4, 1561:12, 1561:18, 1563:9,
1566:6, 1567:11, 1567:15, 1570:2,
1573:19, 1578:6, 1579:14, 1580:10,
1581:20, 1584:4, 1586:3, 1587:21,
1592:16, 1593:6, 1594:3, 1624:13,
1641:5, 1680:4, 1694:3, 1704:16,
1705:15
**Read** [1] - 1556:13
**reading** [10] - 1573:19, 1579:14, 1580:3,
1580:16, 1591:2, 1591:6, 1653:7,
1659:23, 1668:16, 1705:16
**reads** [5] - 1606:15, 1653:17, 1653:23,
1654:5, 1654:11
**ready** [10] - 1502:22, 1502:23, 1503:4,
1508:13, 1517:20, 1517:22, 1568:19,
1610:25, 1650:16
**real** [2] - 1644:3, 1661:9
**realize** [1] - 1539:4
**really** [13] - 1503:4, 1507:9, 1507:10,
1604:18, 1645:9, 1648:24, 1661:6,
1662:5, 1691:8, 1704:7, 1705:7,
1720:23, 1722:3
**realm** [1] - 1720:5
**reason** [8] - 1539:9, 1545:5, 1545:20,
1551:17, 1571:6, 1651:23, 1651:24,

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 266 of 275 PageID #:
06122023 US v McMahon et al. 21-cr-265 (PKC)
4279
29

1710:16
**reasons** [3] - 1532:2, 1651:21, 1707:22
**reassured** [1] - 1714:23
**receipt** [1] - 1574:13
**receive** [14] - 1511:21, 1511:23, 1612:2, 1613:20, 1623:11, 1632:21, 1643:9, 1644:5, 1645:6, 1649:1, 1650:14, 1650:17, 1652:15, 1655:14
**received** [34] - 1511:9, 1511:11, 1519:14, 1530:2, 1544:7, 1548:11, 1555:13, 1566:23, 1567:18, 1598:15, 1599:2, 1599:24, 1605:19, 1624:6, 1624:23, 1625:9, 1625:10, 1625:16, 1627:25, 1628:1, 1628:11, 1628:18, 1629:24, 1632:16, 1632:22, 1645:14, 1645:22, 1656:5, 1674:14, 1697:24, 1699:15, 1701:9, 1703:17, 1720:13
**receiver** [2] - 1590:5, 1590:8
**receiving** [1] - 1643:25
**Recess** [1] - 1679:4
**recess** [2] - 1568:23, 1620:5
**recipient** [1] - 1602:16
**reciting** [1] - 1570:11
**recognize** [8] - 1519:2, 1519:3, 1528:4, 1528:16, 1596:8, 1629:10, 1658:4, 1658:8
**reconciliation** [1] - 1556:16
**reconstitute** [1] - 1625:19
**reconstituted** [2] - 1625:4, 1629:5
**reconstituting** [1] - 1625:18
**record** [50] - 1508:20, 1523:10, 1529:7, 1529:11, 1532:19, 1533:14, 1534:14, 1534:16, 1534:20, 1534:22, 1534:23, 1534:25, 1535:21, 1536:2, 1541:4, 1543:6, 1544:10, 1545:5, 1547:11, 1548:22, 1549:16, 1549:18, 1549:20, 1550:5, 1550:10, 1552:15, 1553:25, 1561:12, 1561:18, 1568:5, 1569:5, 1569:6, 1569:13, 1570:7, 1586:12, 1605:2, 1609:1, 1610:21, 1616:20, 1640:2, 1642:7, 1652:16, 1698:16, 1702:10, 1702:12, 1710:4, 1714:14, 1722:22, 1729:24, 1732:19
**record's** [1] - 1571:9
**recorded** [2] - 1502:10, 1633:16
**recording** [2] - 1616:12, 1618:2
**recordings** [1] - 1616:13
**records** [118] - 1525:5, 1526:16, 1527:14, 1527:18, 1528:22, 1529:1, 1529:4, 1529:14, 1529:18, 1531:12, 1532:1, 1537:7, 1553:18, 1554:1, 1554:9, 1554:19, 1554:24, 1569:24, 1588:20, 1589:16, 1643:4, 1643:15, 1643:21, 1645:11, 1645:25, 1646:18, 1651:8, 1651:15, 1651:17, 1651:19, 1652:14, 1652:16, 1652:19, 1653:9, 1653:10, 1653:19, 1653:20, 1653:25, 1654:1, 1654:7, 1654:8, 1654:13, 1654:14, 1655:7, 1655:10, 1655:15, 1656:8, 1656:11, 1656:16, 1656:19,

1656:21, 1657:14, 1660:3, 1660:6, 1663:7, 1663:14, 1668:8, 1669:12, 1672:3, 1672:20, 1673:15, 1674:22, 1675:17, 1679:16, 1679:22, 1679:25, 1681:13, 1682:1, 1682:2, 1682:12, 1683:14, 1684:4, 1684:16, 1685:1, 1685:24, 1697:14, 1698:4, 1698:13, 1698:15, 1698:16, 1698:21, 1699:1, 1699:2, 1699:5, 1699:8, 1699:18, 1699:19, 1699:22, 1700:3, 1702:1, 1702:7, 1704:8, 1704:14, 1705:25, 1706:19, 1706:20, 1706:21, 1708:3, 1708:6, 1708:15, 1710:13, 1710:14, 1710:19, 1710:20, 1711:21, 1712:3, 1712:9, 1712:12
**recover** [5] - 1625:22, 1626:1, 1626:5, 1626:12, 1626:21
**recovered** [4] - 1624:11, 1624:12, 1626:7, 1626:9
**RECROSS** [2] - 1551:23, 1736:10
**RECROSS-EXAMINATION** [2] - 1551:23, 1736:10
**red** [26] - 1630:18, 1631:18, 1631:22, 1632:2, 1632:10, 1632:12, 1632:17, 1637:17, 1637:18, 1637:20, 1637:23, 1661:23, 1661:25, 1665:13, 1666:2, 1669:2, 1674:22, 1676:18, 1680:4, 1683:9, 1683:18, 1683:20, 1683:25, 1684:7, 1690:20, 1690:23
**redacted** [3] - 1623:20, 1659:2, 1659:3
**redirect** [2] - 1606:3, 1713:7
**Redirect** [3] - 1549:9, 1640:24, 1713:3
**REDIRECT** [2] - 1549:11, 1736:9
**refer** [9] - 1626:17, 1629:4, 1631:1, 1632:7, 1661:15, 1671:6, 1701:14, 1706:23, 1707:4
**reference** [20] - 1516:8, 1516:10, 1516:11, 1516:21, 1516:23, 1516:25, 1517:3, 1657:14, 1671:7, 1671:10, 1671:24, 1672:17, 1672:18, 1674:13, 1680:5, 1681:3, 1681:9, 1693:7, 1700:15, 1700:20
**referenced** [5] - 1627:15, 1627:18, 1708:8, 1708:10, 1734:18
**references** [3] - 1544:9, 1607:16, 1700:19
**referencing** [1] - 1656:23
**referred** [4] - 1526:10, 1615:21, 1624:13, 1734:1
**referring** [7] - 1626:18, 1632:11, 1651:6, 1670:23, 1703:5, 1710:5, 1734:2
**Referring** [1] - 1705:15
**reflect** [6] - 1544:14, 1589:13, 1589:16, 1597:12, 1660:3, 1729:24
**reflected** [21] - 1504:23, 1529:5, 1571:6, 1589:20, 1598:19, 1599:5, 1600:2, 1637:24, 1638:2, 1663:23, 1673:14, 1677:22, 1680:25, 1687:14, 1687:24, 1695:9, 1696:6, 1698:15, 1699:21, 1700:18

**reflects** [1] - 1690:1
**refund** [1] - 1556:17
**regard** [14] - 1504:13, 1537:7, 1537:22, 1539:20, 1540:2, 1543:8, 1544:15, 1548:14, 1600:17, 1601:4, 1640:16, 1717:16, 1718:5, 1727:12
**regarding** [2] - 1506:15, 1537:7
**regardless** [3] - 1616:1, 1650:10, 1664:13
**regards** [1] - 1538:14
**region** [1] - 1645:10
**Regional** [1] - 1611:12
**regions** [1] - 1510:23
**registrant** [1] - 1536:14
**registration** [5] - 1524:18, 1526:23, 1534:12, 1536:12, 1536:17
**regret** [1] - 1506:15
**regrettably** [1] - 1508:11
**regular** [5] - 1504:22, 1529:15, 1529:17
**regulates** [1] - 1524:17
**regulations** [2] - 1527:6, 1641:18
**Regulatory** [1] - 1524:11
**regulatory** [3] - 1524:13, 1525:4, 1527:13
**relate** [3] - 1551:12, 1608:15, 1707:19
**related** [4] - 1532:3, 1550:12, 1569:9, 1570:2
**relating** [6] - 1614:3, 1653:11, 1653:21, 1654:2, 1654:9, 1654:15
**relationship** [6] - 1565:6, 1565:8, 1605:3, 1619:9, 1720:16, 1734:12
**relative** [2] - 1505:21, 1506:15
**relay** [1] - 1647:4
**relevance** [2] - 1546:21, 1607:21
**relevant** [6] - 1547:2, 1547:14, 1615:6, 1719:21, 1729:22, 1734:17
**religion** [1] - 1506:1
**remain** [7] - 1523:5, 1552:9, 1610:16, 1615:10, 1616:1, 1617:15, 1726:5
**remains** [1] - 1514:14
**remark** [1] - 1541:14
**remember** [16] - 1537:25, 1538:24, 1539:13, 1539:15, 1571:22, 1601:16, 1603:19, 1603:20, 1605:8, 1605:13, 1605:18, 1605:25, 1612:7, 1619:18, 1711:21, 1711:23
**remind** [4] - 1608:2, 1638:10, 1676:6, 1733:7
**remote** [1] - 1651:1
**removal** [1] - 1722:5
**remove** [3] - 1532:15, 1535:20, 1550:24
**RENEE** [1] - 1502:2
**renewal** [1] - 1548:25
**reopen** [1] - 1716:8
**repeat** [6] - 1543:6, 1554:16, 1555:25, 1583:15, 1700:10, 1701:17
**repeats** [1] - 1515:19
**rephrase** [1] - 1551:15
**Report** [1] - 1666:11

**report** [42] - 1509:24, 1512:24, 1519:24, 1520:4, 1520:21, 1528:19, 1529:10, 1532:20, 1532:21, 1533:5, 1550:8, 1602:13, 1612:13, 1655:22, 1657:5, 1657:6, 1658:12, 1658:14, 1659:14, 1663:16, 1663:23, 1664:25, 1665:25, 1668:5, 1668:8, 1668:10, 1669:24, 1704:13, 1704:17, 1705:4, 1705:13, 1705:15, 1705:17, 1706:24, 1707:9, 1708:8, 1708:11, 1711:6, 1711:9, 1711:20

**reporter** [4] - 1561:22, 1612:8, 1630:12, 1724:16

**Reporter** [2] - 1502:7

**reports** [3] - 1532:25, 1706:16

**represent** [4] - 1658:12, 1661:2, 1662:19, 1663:1

**representation** [2] - 1656:12, 1732:17

**represented** [5] - 1663:7, 1664:15, 1665:11, 1683:18, 1729:18

**represents** [5] - 1570:9, 1662:21, 1663:6, 1677:5, 1677:10

**Republic** [2] - 1641:15, 1641:16

**request** [7] - 1533:25, 1545:5, 1703:17, 1714:3, 1720:10, 1720:13, 1721:17

**requested** [6] - 1504:15, 1645:25, 1705:23, 1715:6, 1720:19, 1720:20

**requests** [1] - 1539:20

**require** [1] - 1527:6

**required** [7] - 1511:23, 1531:15, 1613:23, 1716:9, 1718:8, 1719:20, 1720:1

**requiring** [1] - 1616:14

**Research** [1] - 1637:2

**research** [7] - 1568:17, 1602:5, 1602:13, 1619:19, 1678:22, 1716:24, 1721:11

**resend** [1] - 1586:5

**reserve** [1] - 1569:20

**residence** [10] - 1667:7, 1675:13, 1675:17, 1676:15, 1676:16, 1678:11, 1683:1, 1684:6, 1685:16, 1686:23

**resources** [2] - 1551:12, 1551:16

**respect** [8] - 1528:21, 1529:7, 1529:10, 1543:10, 1638:7, 1655:14, 1718:1, 1732:12

**respective** [1] - 1680:20

**respectively** [1] - 1591:12

**respond** [2] - 1505:8, 1505:17

**response** [4] - 1545:15, 1550:11, 1550:15, 1550:19

**responsibilities** [3] - 1509:17, 1525:3, 1553:3

**rest** [5] - 1633:2, 1714:3, 1714:17, 1715:3, 1716:5

**resting** [2] - 1617:18, 1714:8

**restrictions** [4] - 1527:1, 1527:11, 1551:13, 1551:17

**result** [5] - 1503:19, 1527:9, 1545:18, 1545:20, 1563:11

**results** [10] - 1509:23, 1509:24, 1510:4, 1510:5, 1521:21, 1522:10, 1602:13, 1645:25, 1657:12

**resume** [4] - 1573:4, 1619:19, 1621:23, 1679:9

**resumes** [1] - 1621:17

**retain** [1] - 1730:9

**retained** [1] - 1734:19

**Retainer** [1] - 1561:20

**retainer** [5] - 1567:19, 1605:10, 1724:12, 1725:4

**retaining** [1] - 1573:21

**retrained** [1] - 1734:15

**retrieval** [1] - 1526:6

**return** [6] - 1527:10, 1591:24, 1594:13, 1594:17, 1597:25, 1662:18

**returned** [1] - 1535:1

**returning** [1] - 1618:17

**returns** [3] - 1536:12, 1591:4, 1591:8

**review** [18] - 1511:14, 1512:22, 1512:23, 1520:21, 1543:20, 1549:15, 1550:10, 1554:14, 1588:20, 1589:16, 1605:14, 1652:14, 1652:21, 1657:7, 1657:8, 1657:17, 1674:22, 1688:2

**reviewed** [14] - 1512:20, 1512:25, 1543:20, 1553:17, 1554:18, 1567:25, 1597:18, 1646:18, 1655:8, 1656:2, 1657:5, 1663:15, 1668:8, 1691:24

**reviewing** [3] - 1651:14, 1689:1, 1701:16

**reviews** [1] - 1512:23

**revise** [1] - 1507:21

**revoked** [1] - 1545:22

**RI** [2] - 1534:11, 1536:8

**ridge** [23] - 1618:21, 1619:3, 1619:4, 1619:13, 1631:16, 1634:14, 1635:4, 1635:5, 1635:6, 1635:7, 1635:13, 1635:23, 1635:25, 1636:2, 1636:3, 1636:4, 1636:10, 1636:11, 1636:12, 1636:13

**ridged** [2] - 1616:6, 1618:3

**ridges** [26] - 1615:25, 1616:8, 1616:18, 1616:19, 1617:8, 1618:23, 1618:24, 1618:25, 1619:3, 1619:6, 1627:7, 1627:8, 1631:19, 1631:23, 1631:24, 1634:12, 1634:14, 1635:1, 1635:8, 1635:9, 1635:10, 1635:13, 1635:20, 1635:23, 1636:5, 1637:11

**right-hand** [7] - 1557:11, 1558:12, 1559:20, 1561:8, 1565:23, 1578:8, 1594:5

**Rights** [1] - 1525:7

**rise** [7] - 1502:16, 1508:1, 1573:2, 1619:21, 1678:24, 1679:6, 1717:1

**Rivera** [22] - 1552:8, 1552:16, 1554:5, 1554:14, 1555:18, 1559:8, 1563:3, 1566:21, 1567:8, 1573:10, 1576:1, 1579:9, 1583:2, 1584:11, 1586:17, 1588:19, 1589:13, 1591:10, 1591:24, 1596:8, 1596:24, 1600:14

**RIVERA** [2] - 1552:12, 1736:11

**roads** [1] - 1647:7

**robberies** [1] - 1647:17

**robbery** [1] - 1669:18

**Rocky** [1] - 1614:8

**role** [7] - 1510:6, 1527:13, 1553:2, 1553:7, 1709:7, 1709:8, 1709:11

**roles** [1] - 1525:9

**rolled** [2] - 1618:7, 1618:16

**Roman** [1] - 1593:23

**Rong** [1] - 1641:20

**room** [2] - 1589:10, 1644:7

**Roosevelt** [1] - 1557:6

**rotated** [3] - 1630:21, 1631:6, 1631:9

**route** [1] - 1667:24

**Route** [4] - 1673:10, 1673:23, 1685:17, 1685:19

**routed** [1] - 1517:18

**row** [2] - 1541:5, 1669:6

**rows** [7] - 1597:2, 1598:9, 1598:10, 1598:11, 1599:17, 1599:20

**RQST_type** [1] - 1533:23

**Rule** [2] - 1614:18, 1648:8

**run** [3] - 1538:1, 1563:11, 1627:22

**runs** [1] - 1538:20

**rural** [1] - 1664:20

## S

**safe** [1] - 1715:1

**sake** [6] - 1506:14, 1569:15, 1569:25, 1608:25, 1714:15, 1734:8

**saliva** [3] - 1514:24, 1514:25, 1515:1

**sample** [15] - 1516:8, 1516:10, 1516:11, 1516:12, 1516:21, 1516:23, 1516:25, 1517:3, 1518:7, 1520:24, 1520:25, 1521:1, 1521:8, 1522:8

**Sand** [2] - 1717:13, 1719:12

**Savings** [1] - 1660:10

**saw** [3] - 1505:2, 1678:2, 1722:12

**scan** [1] - 1618:16

**scanning** [1] - 1650:12

**scene** [1] - 1669:19

**Schedule** [6] - 1592:18, 1593:7, 1593:11, 1595:5, 1595:9, 1597:25

**schedule** [2] - 1716:21, 1723:1

**school** [1] - 1645:17

**science** [2] - 1511:4, 1613:1

**Sciences** [1] - 1510:12

**scientifically** [1] - 1513:2

**scientist** [3] - 1611:24, 1611:25, 1612:15

**scope** [2] - 1541:21, 1713:1

**screen** [15] - 1532:16, 1534:5, 1536:12, 1543:16, 1598:21, 1607:7, 1630:3, 1633:18, 1634:2, 1634:16, 1634:21, 1641:7, 1665:3, 1683:16, 1684:2

**Scroll** [1] - 1548:18

**scroll** [4] - 1527:24, 1594:21, 1629:8,

1663:18
**search** [6] - 1544:10, 1545:1, 1563:11, 1720:13, 1720:20, 1720:22
**searches** [1] - 1627:9
**seat** [7] - 1508:19, 1523:9, 1552:14, 1569:2, 1610:20, 1642:6, 1679:5
**seated** [6] - 1502:17, 1508:3, 1573:3, 1621:19, 1679:8, 1717:3
**second** [22] - 1530:23, 1534:17, 1549:18, 1556:12, 1559:18, 1597:13, 1627:7, 1630:15, 1631:23, 1637:17, 1657:10, 1660:2, 1667:13, 1681:11, 1683:21, 1684:7, 1684:24, 1708:9, 1708:11, 1730:4, 1734:6
**second-level** [3] - 1627:7, 1631:23, 1637:17
**second-to-last** [1] - 1597:13
**secondly** [1] - 1527:7
**seconds** [1] - 1609:7
**Section** [1] - 1641:18
**section** [13] - 1510:13, 1578:17, 1583:22, 1588:9, 1592:8, 1593:25, 1594:22, 1595:20, 1595:22, 1611:15, 1611:21, 1612:16, 1625:8
**sector** [20] - 1662:7, 1662:19, 1662:21, 1663:1, 1663:2, 1663:6, 1664:1, 1664:2, 1664:10, 1669:10, 1672:14, 1678:16, 1678:18, 1681:11, 1681:12, 1684:15, 1684:25, 1696:11, 1696:15, 1696:17
**sectorized** [1] - 1695:18
**sectors** [13] - 1649:12, 1661:1, 1661:11, 1668:19, 1668:21, 1672:5, 1672:13, 1672:15, 1680:8, 1683:14, 1683:18, 1686:17, 1695:11
**security** [1] - 1525:23
**SECURITY** [1] - 1501:20
**Security** [12] - 1627:14, 1627:24, 1628:2, 1628:6, 1628:8, 1628:18, 1632:23, 1633:7, 1639:17, 1639:19, 1639:23, 1640:10
**see** [178] - 1516:7, 1517:11, 1518:25, 1519:20, 1531:4, 1535:14, 1535:21, 1536:8, 1543:15, 1544:20, 1556:5, 1556:20, 1556:24, 1557:11, 1557:18, 1557:24, 1558:9, 1558:13, 1559:1, 1559:10, 1560:6, 1560:10, 1561:6, 1561:10, 1561:16, 1561:24, 1562:15, 1562:17, 1563:17, 1563:18, 1563:22, 1564:2, 1564:8, 1564:12, 1564:16, 1564:25, 1565:5, 1565:10, 1565:15, 1565:23, 1566:3, 1566:14, 1568:22, 1571:12, 1575:7, 1575:18, 1575:21, 1576:9, 1576:25, 1577:1, 1577:7, 1577:11, 1577:15, 1577:20, 1578:3, 1578:11, 1578:18, 1578:21, 1580:21, 1581:16, 1582:1, 1582:14, 1582:21, 1583:8, 1583:21, 1583:25, 1584:14, 1584:22, 1584:25, 1586:17, 1586:19, 1586:24, 1587:5, 1587:10, 1587:14,

1587:24, 1588:5, 1588:11, 1590:17, 1592:2, 1592:9, 1592:11, 1592:13, 1593:1, 1593:10, 1593:17, 1593:22, 1594:1, 1594:6, 1594:16, 1594:23, 1595:8, 1595:16, 1595:22, 1596:24, 1597:1, 1597:6, 1598:11, 1598:24, 1599:19, 1602:9, 1605:12, 1605:15, 1620:3, 1633:24, 1635:4, 1635:11, 1635:17, 1635:19, 1636:6, 1649:8, 1651:8, 1657:21, 1658:2, 1659:16, 1660:3, 1660:15, 1660:24, 1661:4, 1661:12, 1661:19, 1661:20, 1661:22, 1662:19, 1662:24, 1663:18, 1663:19, 1663:25, 1664:4, 1664:7, 1665:3, 1665:15, 1665:18, 1665:23, 1666:10, 1668:5, 1668:10, 1670:2, 1670:14, 1670:20, 1671:3, 1671:10, 1671:13, 1671:24, 1672:11, 1672:17, 1673:7, 1673:20, 1676:12, 1681:3, 1681:10, 1682:18, 1682:20, 1683:9, 1683:20, 1687:17, 1687:20, 1688:17, 1689:24, 1690:2, 1690:3, 1691:2, 1691:3, 1692:20, 1692:21, 1693:2, 1693:7, 1693:19, 1694:1, 1695:10, 1695:19, 1696:4, 1703:5, 1712:12, 1718:3, 1725:12, 1735:8
**seeing** [8] - 1605:18, 1605:25, 1650:23, 1660:22, 1663:22, 1683:4, 1683:7, 1689:19
**seek** [1] - 1570:6
**seem** [2] - 1505:9, 1724:25
**seized** [4] - 1518:18, 1606:18, 1606:23, 1623:19
**select** [1] - 1656:10
**selected** [1] - 1645:4
**self** [1] - 1590:6
**self-explanatory** [1] - 1590:6
**semen** [1] - 1509:14
**send** [4] - 1630:8, 1647:4, 1657:6, 1704:8
**sending** [1] - 1608:18
**sense** [2] - 1709:4, 1721:14
**sent** [20] - 1506:24, 1555:21, 1555:22, 1555:23, 1556:2, 1556:3, 1556:8, 1556:10, 1563:7, 1563:8, 1566:23, 1566:25, 1567:2, 1567:3, 1589:10, 1608:5, 1625:11, 1733:24, 1733:25
**sentence** [4] - 1619:7, 1655:21, 1660:2, 1706:3
**separate** [2] - 1649:24, 1708:7
**separated** [2] - 1633:2, 1688:24
**separating** [1] - 1510:24
**September** [5] - 1518:20, 1528:20, 1538:11, 1556:6, 1623:22, 1646:14, 1679:25, 1680:16, 1709:13, 1709:21, 1709:25, 1710:7
**serially** [1] - 1721:23
**series** [3] - 1593:18, 1570:4, 1608:9
**serology** [3] - 1511:13, 1511:17, 1511:19

**serve** [4] - 1525:5, 1525:6, 1652:18, 1691:6
**service** [4] - 1503:16, 1506:1, 1556:16
**Services** [13] - 1554:11, 1555:22, 1556:23, 1561:13, 1562:4, 1603:23, 1604:2, 1604:15, 1605:4, 1605:12, 1605:20, 1605:21, 1611:11
**services** [3] - 1532:5, 1625:17, 1650:15
**serving** [1] - 1507:24
**session** [8] - 1621:1, 1651:6, 1651:8, 1651:9, 1651:11, 1698:17, 1698:18
**sessions** [1] - 1651:5
**set** [8] - 1512:13, 1514:13, 1546:2, 1571:1, 1610:11, 1645:13, 1649:23, 1701:23
**setting** [2] - 1649:10, 1649:11
**seven** [10] - 1623:17, 1630:20, 1630:22, 1630:25, 1631:1, 1633:15, 1637:3, 1637:5, 1685:4, 1707:6
**several** [5] - 1504:23, 1553:12, 1563:22, 1588:21, 1646:6
**shaded** [1] - 1662:24
**shall** [3] - 1531:14, 1531:16, 1661:3
**shape** [5] - 1608:19, 1631:20, 1636:8, 1636:14, 1660:24
**shapes** [2] - 1619:13, 1647:9
**share** [2] - 1724:4, 1724:8
**shared** [4] - 1627:13, 1627:23, 1628:5, 1628:7
**sheet** [1] - 1722:9
**Sheng** [2] - 1587:2, 1588:17
**SHENG** [1] - 1587:3
**Shi** [13] - 1724:8, 1724:17, 1725:2, 1725:3, 1729:18, 1729:19, 1731:1, 1731:10, 1732:1, 1732:12, 1732:19, 1733:12, 1734:15
**SHI** [1] - 1724:17
**Short** [16] - 1606:17, 1606:19, 1606:24, 1666:17, 1669:7, 1669:8, 1675:13, 1675:16, 1676:10, 1677:19, 1683:3, 1684:14, 1686:1, 1697:16, 1697:20, 1697:24
**short** [4] - 1515:18, 1572:18, 1723:7, 1723:9
**shorter** [1] - 1503:25
**shot** [1] - 1607:7
**show** [50] - 1506:19, 1512:13, 1520:3, 1527:21, 1539:22, 1539:23, 1546:4, 1547:14, 1548:21, 1589:12, 1603:7, 1604:4, 1629:7, 1651:3, 1656:11, 1662:25, 1663:3, 1663:4, 1665:8, 1666:5, 1670:17, 1670:23, 1672:14, 1673:4, 1673:22, 1675:10, 1675:13, 1679:13, 1680:20, 1682:4, 1682:10, 1682:11, 1683:14, 1687:9, 1689:7, 1691:25, 1692:6, 1692:7, 1695:4, 1695:17, 1697:15, 1697:19, 1698:4, 1698:13, 1699:5, 1699:19, 1700:6, 1700:12, 1710:15, 1725:9
**showed** [1] - 1682:1

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 269 of 275 PageID #:
06122023 US v McMahon, et al. 21-cr-265 (PKC)                    32
4382

**showing** [3] - 1543:14, 1675:12, 1683:13

**shown** [3] - 1506:21, 1682:1, 1683:17

**shows** [17] - 1600:19, 1604:8, 1634:9, 1637:2, 1662:17, 1668:17, 1669:4, 1682:2, 1689:8, 1690:15, 1693:8, 1697:23, 1698:7, 1699:11, 1699:14, 1699:23, 1700:20

**sic** [1] - 1706:1

**side** [36] - 1550:1, 1557:8, 1565:10, 1566:19, 1573:13, 1575:1, 1575:5, 1575:13, 1578:8, 1584:8, 1598:6, 1604:20, 1618:24, 1618:25, 1622:13, 1626:7, 1626:23, 1633:12, 1633:18, 1633:19, 1661:17, 1678:8, 1692:19, 1707:19, 1720:2, 1720:25, 1734:4

**side-by-side** [2] - 1557:8, 1598:6

**sidebar** [10] - 1540:1, 1541:1, 1542:3, 1546:23, 1547:23, 1607:24, 1608:1, 1609:9, 1713:11, 1715:16

**Sidebar** [2] - 1547:1, 1714:1

**sides** [3] - 1647:7, 1647:8, 1715:10

**sign** [4] - 1556:25, 1576:25, 1577:1, 1661:24

**signal** [3] - 1647:4, 1649:17, 1650:13

**signals** [1] - 1647:5

**signature** [1] - 1532:13

**signed** [3] - 1532:8, 1532:10, 1547:3

**significant** [1] - 1615:12

**signifies** [1] - 1637:21

**signify** [2] - 1637:20, 1679:12

**silent** [1] - 1726:6

**similar** [3] - 1510:11, 1632:18, 1678:17

**similarly** [3] - 1594:13, 1595:5, 1595:13

**simply** [3] - 1662:25, 1682:1, 1682:2

**single** [8] - 1532:22, 1551:10, 1551:11, 1651:10, 1661:11, 1661:21, 1674:8, 1682:4

**singular** [1] - 1675:23

**site** [98] - 1646:18, 1646:22, 1646:23, 1647:4, 1647:13, 1648:5, 1648:9, 1648:19, 1648:22, 1649:12, 1649:16, 1649:20, 1649:21, 1649:25, 1650:8, 1650:12, 1651:4, 1652:4, 1652:6, 1655:7, 1655:15, 1656:5, 1656:24, 1657:2, 1658:10, 1661:3, 1661:11, 1661:13, 1661:15, 1662:9, 1662:13, 1662:19, 1663:4, 1663:25, 1664:1, 1664:3, 1664:9, 1664:15, 1664:18, 1668:7, 1669:5, 1674:16, 1675:3, 1675:25, 1676:12, 1676:14, 1678:1, 1678:2, 1678:3, 1678:15, 1678:17, 1679:14, 1680:11, 1680:14, 1680:17, 1681:12, 1683:18, 1683:23, 1684:7, 1684:11, 1684:13, 1684:14, 1684:18, 1684:20, 1684:22, 1684:25, 1685:3, 1685:6, 1685:8, 1685:10, 1685:12, 1685:18, 1686:15, 1686:17, 1690:25, 1691:5, 1691:16, 1691:17, 1692:17, 1692:24, 1692:25, 1693:3, 1693:7,

1693:9, 1695:11, 1695:12, 1695:13, 1695:15, 1695:16, 1696:13, 1696:21, 1696:23, 1700:23, 1702:18

**sites** [57] - 1647:3, 1647:6, 1647:18, 1648:18, 1649:24, 1651:25, 1656:20, 1658:13, 1660:20, 1662:4, 1665:14, 1666:1, 1666:2, 1668:24, 1669:4, 1670:4, 1670:19, 1671:9, 1672:5, 1672:15, 1673:7, 1675:22, 1675:23, 1675:24, 1676:1, 1676:3, 1676:5, 1676:9, 1676:14, 1676:16, 1680:8, 1681:6, 1681:7, 1683:17, 1683:19, 1683:21, 1683:25, 1684:5, 1684:9, 1685:21, 1686:10, 1686:13, 1687:4, 1687:9, 1689:4, 1689:13, 1689:23, 1690:21, 1690:25, 1691:8, 1691:11, 1692:21, 1695:4, 1695:10, 1705:8, 1705:9

**sitting** [3] - 1650:11, 1660:12, 1711:15

**situation** [3] - 1505:17, 1648:21, 1719:4

**six** [1] - 1684:23

**sixth** [1] - 1633:9

**size** [2] - 1510:25, 1515:18

**skin** [11] - 1514:10, 1514:25, 1515:1, 1515:4, 1520:14, 1615:23, 1616:2, 1616:6, 1616:7, 1617:7, 1618:3

**skip** [3] - 1532:6, 1535:2, 1574:3

**skipping** [2] - 1535:13, 1667:6

**slide** [75] - 1631:14, 1634:9, 1659:23, 1661:16, 1662:17, 1666:5, 1668:17, 1669:15, 1670:2, 1670:3, 1670:10, 1670:12, 1672:15, 1672:21, 1673:2, 1673:5, 1673:6, 1673:11, 1673:13, 1673:14, 1673:15, 1674:2, 1674:11, 1674:16, 1674:21, 1675:3, 1675:9, 1675:11, 1675:19, 1676:7, 1677:13, 1677:20, 1678:2, 1678:5, 1678:9, 1679:13, 1679:14, 1679:18, 1681:22, 1681:23, 1681:24, 1681:25, 1682:1, 1682:2, 1682:9, 1682:11, 1682:16, 1682:18, 1683:6, 1683:9, 1686:4, 1686:14, 1686:21, 1687:4, 1687:6, 1687:8, 1687:9, 1687:16, 1687:18, 1690:13, 1691:10, 1691:14, 1692:7, 1693:1, 1693:14, 1693:24, 1695:2, 1695:3, 1695:14, 1697:18, 1705:7, 1710:1

**slides** [11] - 1658:17, 1662:13, 1665:6, 1665:8, 1683:4, 1683:7, 1684:12, 1685:7, 1686:9, 1691:21, 1691:24

**slight** [1] - 1547:12

**slightly** [2] - 1649:18, 1672:16

**slip** [9] - 1557:23, 1558:20, 1559:19, 1561:1, 1562:23, 1576:14, 1581:2, 1581:9, 1604:6

**slower** [2] - 1524:20, 1612:7

**slowly** [1] - 1622:4

**small** [4] - 1549:19, 1551:8, 1558:1, 1617:6

**smaller** [4] - 1558:16, 1616:13, 1662:5,

1662:8

**smear** [1] - 1617:9

**smiley** [2] - 1634:22, 1635:21

**smooth** [1] - 1617:4

**soak** [3] - 1617:20, 1617:23, 1617:24

**social** [1] - 1525:23

**software** [5] - 1646:4, 1656:19, 1656:22, 1657:11, 1712:11

**soles** [1] - 1616:5

**solving** [1] - 1644:2

**someone** [5] - 1517:10, 1616:22, 1616:25, 1718:13, 1729:14

**sometimes** [5] - 1524:23, 1526:8, 1617:20, 1635:21, 1660:24

**somewhat** [1] - 1503:25

**son** [1] - 1601:8

**Songqing** [1] - 1641:20

**soon** [3] - 1586:7, 1647:15, 1722:21

**Sorry** [1] - 1700:9

**sorry** [17] - 1524:21, 1557:17, 1571:5, 1575:4, 1579:4, 1579:6, 1585:8, 1590:6, 1598:10, 1604:17, 1619:14, 1628:4, 1668:22, 1674:6, 1679:1, 1700:11, 1731:7

**sort** [4] - 1504:5, 1546:15, 1571:24, 1712:1

**sorts** [2] - 1526:18, 1537:19

**sought** [1] - 1627:7

**sound** [2] - 1513:2, 1621:21

**sounds** [1] - 1541:20

**source** [5] - 1590:14, 1622:18, 1622:20, 1637:15, 1638:5

**sources** [1] - 1515:24

**south** [3] - 1685:5, 1685:15, 1693:2

**southeast** [1] - 1696:11

**southwest** [5] - 1684:6, 1684:10, 1684:20, 1693:7, 1696:16

**space** [1] - 1661:6

**spaces** [1] - 1616:8

**spans** [2] - 1528:19, 1586:12

**spatial** [1] - 1619:9

**speaking** [5] - 1504:10, 1526:12, 1532:21, 1618:10, 1622:4

**special** [2] - 1574:4, 1648:18

**Special** [33] - 1553:1, 1553:9, 1554:5, 1554:14, 1555:18, 1559:7, 1563:3, 1573:10, 1576:1, 1583:2, 1584:11, 1588:19, 1589:13, 1591:10, 1591:24, 1596:8, 1596:24, 1600:14, 1642:19, 1642:20, 1647:20, 1648:8, 1654:17, 1655:6, 1656:4, 1658:2, 1659:12, 1663:14, 1665:4, 1666:5, 1677:21, 1679:12, 1691:20

**specialization** [1] - 1511:5

**specialized** [4] - 1511:11, 1511:14, 1616:6, 1643:9

**specific** [20] - 1510:23, 1511:24, 1535:17, 1549:21, 1629:15, 1664:14, 1664:23, 1668:7, 1668:11, 1668:12, 1669:4, 1669:17, 1669:18, 1669:19,

1673:13, 1685:21, 1687:4, 1687:13, 1708:4
**specifically** [8] - 1532:3, 1550:12, 1568:9, 1590:25, 1603:5, 1603:20, 1643:3, 1665:1
**specificity** [1] - 1637:5
**speculate** [2] - 1507:18, 1507:22
**speculation** [1] - 1720:2
**spell** [6] - 1508:20, 1523:9, 1552:14, 1610:21, 1630:13, 1642:6
**spelled** [2] - 1587:3, 1610:23
**spent** [1] - 1685:22
**spit** [1] - 1514:24
**split** [2] - 1605:9, 1605:20
**splits** [1] - 1619:5
**spoken** [3] - 1714:4, 1727:18, 1728:2
**spray** [1] - 1662:23
**spread** [1] - 1645:5
**spreadsheet** [2] - 1600:19, 1663:11
**sprinkler** [2] - 1648:24, 1648:25
**sprinklers** [1] - 1649:3
**squad** [1] - 1647:16
**square** [1] - 1630:18
**Square** [1] - 1689:22
**squares** [1] - 1660:25
**stage** [1] - 1637:10
**stalking** [1] - 1706:8
**stand** [14] - 1507:12, 1507:25, 1508:15, 1512:4, 1533:9, 1533:24, 1534:4, 1552:11, 1564:4, 1572:25, 1621:16, 1621:17, 1642:3, 1731:1
**Standard** [2] - 1535:7, 1660:10
**standard** [1] - 1717:12
**Standards** [1] - 1512:5
**standards** [1] - 1512:13
**standing** [3] - 1523:5, 1552:9, 1610:16
**stands** [3] - 1512:5, 1514:6, 1622:8
**stapled** [1] - 1659:7
**start** [25] - 1525:16, 1528:3, 1530:5, 1533:8, 1568:15, 1579:18, 1580:5, 1591:22, 1634:10, 1634:11, 1634:13, 1635:1, 1637:3, 1644:6, 1652:8, 1661:20, 1665:21, 1678:21, 1679:3, 1688:4, 1703:8, 1716:18, 1721:20, 1730:6, 1732:25
**started** [1] - 1613:5
**Starting** [1] - 1636:10
**starting** [6] - 1573:20, 1574:7, 1580:3, 1586:19, 1597:12, 1636:1
**starts** [4] - 1555:17, 1587:22, 1635:20, 1652:4
**state** [13] - 1508:20, 1523:9, 1557:14, 1562:21, 1566:17, 1573:13, 1573:16, 1575:14, 1577:9, 1588:16, 1595:5, 1610:21, 1675:1
**State** [4] - 1524:17, 1552:14, 1612:25, 1642:6
**statement** [21] - 1544:18, 1559:9, 1559:10, 1559:12, 1559:14, 1562:8, 1562:11, 1566:8, 1566:10, 1578:12,

1578:14, 1583:3, 1583:8, 1583:11, 1583:14, 1583:18, 1584:12, 1588:4, 1588:7, 1725:19
**statements** [6] - 1505:11, 1567:25, 1568:5, 1597:18, 1602:15, 1602:16
**Staten** [1] - 1665:22
**states** [12] - 1518:17, 1565:6, 1565:10, 1565:24, 1566:14, 1575:8, 1577:21, 1578:6, 1590:17, 1592:2, 1595:9, 1694:1
**STATES** [3] - 1501:1, 1501:3, 1501:12
**States** [18] - 1501:5, 1501:15, 1501:18, 1552:23, 1553:5, 1640:16, 1641:17, 1703:17, 1703:20, 1703:25, 1704:22, 1705:23, 1706:25, 1707:1, 1707:17, 1708:4, 1708:16, 1711:16
**stating** [1] - 1592:8
**statistical** [1] - 1637:4
**status** [1] - 1505:3
**Stay** [5] - 1667:16, 1670:7, 1670:24, 1688:20, 1698:22
**stenography** [1] - 1502:10
**step** [6] - 1510:20, 1522:24, 1552:4, 1568:19, 1619:23, 1679:2
**steps** [2] - 1568:21, 1606:6
**sterile** [2] - 1521:5
**sticks** [1] - 1662:2
**sticky** [2] - 1625:4, 1625:13
**still** [6] - 1579:16, 1656:19, 1665:20, 1719:8, 1725:9, 1732:3
**stipulation** [9] - 1570:2, 1572:2, 1590:23, 1606:9, 1623:15, 1623:22, 1624:13, 1641:5, 1653:5
**stitching** [1] - 1511:10
**stop** [1] - 1619:4
**stopped** [1] - 1610:4
**storage** [1] - 1517:19
**store** [4] - 1577:11, 1577:13, 1581:16, 1581:19
**stored** [2] - 1517:19, 1526:21
**STR** [1] - 1515:18
**strange** [2] - 1720:5, 1720:6
**Street** [3] - 1667:20, 1690:4, 1693:21
**street** [4] - 1664:20, 1664:22, 1690:10, 1701:4
**stretch** [1] - 1615:24
**strictly** [1] - 1531:25
**strong** [1] - 1522:13
**stronger** [1] - 1649:17
**strongest** [1] - 1650:13
**structures** [1] - 1661:10
**Student** [5] - 1575:15, 1578:4, 1578:7, 1582:11, 1583:3
**student** [2] - 1577:2, 1581:6, 1590:10
**studies** [1] - 1637:4
**study** [1] - 1643:25
**sub** [1] - 1641:11
**subject** [6] - 1569:20, 1617:13, 1646:2, 1646:8, 1699:19, 1712:8
**subjected** [1] - 1505:5

**subjects** [1] - 1643:5
**submission** [1] - 1571:21
**submitted** [4] - 1547:16, 1612:5, 1704:22, 1711:6
**submitting** [1] - 1722:3
**subpart** [1] - 1555:1
**subparts** [3] - 1554:6, 1591:11, 1654:18
**subpoenaed** [1] - 1503:15
**subsequent** [3] - 1547:9, 1547:20, 1613:20
**substances** [1] - 1616:10
**substantive** [1] - 1722:1
**subtitles** [3] - 1507:1, 1507:5, 1607:16
**subtotal** [2] - 1582:21, 1582:23
**Subtract** [1] - 1594:4
**suburbs** [1] - 1665:22
**sufficient** [1] - 1622:21
**suggest** [2] - 1634:16, 1722:4
**suggested** [1] - 1705:3
**suggesting** [1] - 1719:22
**suggestions** [1] - 1721:21
**suit** [1] - 1544:22, 1550:12
**suitable** [8] - 1612:4, 1626:4, 1626:15, 1626:16, 1630:8, 1630:24, 1632:1, 1637:22
**Suite** [1] - 1502:1
**Suites** [3] - 1667:18, 1670:7, 1670:25, 1688:23, 1698:23
**summarize** [2] - 1509:24, 1596:13
**summary** [6] - 1562:13, 1596:10, 1600:3, 1674:8, 1683:13, 1692:7
**summations** [4] - 1571:21, 1572:22, 1714:24, 1715:12
**Sun** [1] - 1641:20
**super** [1] - 1661:8
**supervisory** [1] - 1553:9
**supplied** [1] - 1628:3
**support** [2] - 1522:13, 1638:4
**supporting** [2] - 1622:17, 1622:19
**supports** [1] - 1637:14
**supposed** [2] - 1505:22, 1652:24
**surface** [5] - 1616:23, 1616:25, 1617:4, 1617:16, 1617:17
**surprise** [1] - 1505:1
**surprised** [1] - 1717:10
**surprising** [1] - 1504:17
**surrounded** [1] - 1693:3
**surrounding** [2] - 1691:6, 1691:7
**surveillance** [3] - 1512:10, 1532:1, 1550:17
**Survey** [2] - 1642:25, 1705:19
**suspect's** [1] - 1627:3
**Sustained** [8] - 1598:5, 1601:3, 1601:15, 1639:8, 1640:1, 1709:1, 1709:10, 1713:1
**swab** [3] - 1521:3, 1521:4, 1521:8
**swabbing** [3] - 1516:13, 1521:1, 1521:6
**swear** [3] - 1523:5, 1552:10, 1610:17
**sweat** [7] - 1616:10, 1617:8, 1617:11,

1617:20, 1617:23, 1619:13, 1630:7
**sworn** [5] - 1508:16, 1508:18, 1523:7, 1610:19, 1611:5
**sworn/affirmed** [4] - 1509:2, 1524:3, 1552:13, 1642:5
**system** [5] - 1527:9, 1545:22, 1648:24, 1656:9, 1657:10
**System** [1] - 1661:18

## T

**T-Mobile** [12] - 1643:16, 1645:8, 1653:9, 1653:19, 1653:25, 1654:7, 1659:21, 1665:10, 1666:1, 1668:2, 1670:19, 1690:20
**T-Mobile's** [1] - 1665:8
**tad** [1] - 1524:20
**talkie** [2] - 1646:25, 1647:1
**talkies** [1] - 1646:24
**talks** [2] - 1600:25, 1646:25
**tall** [5] - 1619:6, 1649:7, 1649:15, 1660:22, 1662:11
**tandem** [1] - 1515:18
**tangential** [1] - 1720:23
**tape** [2] - 1518:1, 1623:19
**target** [16] - 1706:2, 1706:4, 1706:14, 1706:15, 1706:18, 1706:21, 1706:23, 1706:25, 1707:2, 1707:4, 1712:1, 1712:4, 1712:6, 1712:7, 1712:15, 1712:16
**Target** [1] - 1706:6
**targets** [2] - 1707:5, 1712:17
**Task** [3] - 1642:23, 1643:2, 1647:14
**task** [3] - 1703:9, 1703:16, 1711:3
**tasks** [1] - 1643:8
**tax** [7] - 1591:4, 1591:8, 1591:24, 1594:13, 1597:25, 1600:22, 1600:24
**TD** [17] - 1554:1, 1554:10, 1557:15, 1557:23, 1559:22, 1566:3, 1566:6, 1574:16, 1575:15, 1578:4, 1578:7, 1582:11, 1583:3, 1587:22, 1695:6, 1695:22, 1696:23
**TDBank** [1] - 1580:8
**teach** [1] - 1645:18
**Team** [2] - 1642:25, 1705:19
**team** [3] - 1549:5, 1642:22, 1705:12
**technical** [3] - 1512:22, 1520:21
**technicality** [1] - 1676:3
**technically** [1] - 1512:25
**technician** [1] - 1510:3
**Technology** [1] - 1645:16
**telephone** [15] - 1653:11, 1653:12, 1653:13, 1653:14, 1653:15, 1653:19, 1653:21, 1653:25, 1654:2, 1654:7, 1654:9, 1654:13, 1654:15, 1659:20, 1661:22
**ten** [9] - 1619:24, 1620:3, 1636:19, 1636:22, 1683:23, 1696:12, 1696:13, 1698:20
**ten-points** [1] - 1636:19

**tend** [1] - 1662:4
**tension** [1] - 1721:9
**tenth** [1] - 1683:23
**tenuousness** [1] - 1720:21
**term** [2] - 1511:17, 1712:7
**terms** [12] - 1506:17, 1531:16, 1571:18, 1603:3, 1688:8, 1704:13, 1707:23, 1716:3, 1718:15, 1723:1, 1733:1, 1733:4
**terrain** [1] - 1649:6
**test** [2] - 1645:20, 1646:3
**tested** [1] - 1646:4
**testified** [21] - 1509:2, 1513:4, 1513:9, 1513:11, 1524:3, 1544:25, 1552:13, 1601:4, 1608:6, 1608:9, 1608:12, 1611:5, 1614:12, 1625:21, 1642:5, 1647:20, 1647:23, 1703:10, 1709:12, 1710:22
**testify** [26] - 1504:16, 1509:25, 1612:14, 1639:5, 1648:4, 1718:14, 1724:22, 1725:3, 1726:1, 1726:4, 1726:16, 1726:25, 1727:8, 1727:15, 1728:3, 1728:5, 1728:17, 1728:20, 1729:1, 1729:10, 1729:19, 1729:20, 1731:10, 1732:1, 1732:19
**testifying** [8] - 1533:15, 1537:7, 1537:25, 1538:14, 1723:18, 1726:24, 1728:14, 1733:12
**testimony** [14] - 1503:6, 1543:21, 1553:17, 1554:13, 1554:17, 1588:20, 1603:17, 1605:9, 1643:7, 1652:20, 1697:9, 1710:21, 1720:9, 1724:23
**testing** [7] - 1510:15, 1510:16, 1511:3, 1511:13, 1511:22, 1511:25
**tests** [5] - 1509:21, 1509:22, 1510:3, 1510:4, 1518:5
**text** [11] - 1555:16, 1580:10, 1585:4, 1585:6, 1650:2, 1650:9, 1650:14, 1652:15, 1674:14, 1696:13
**texts** [10] - 1607:9, 1672:9, 1673:25, 1676:18, 1677:6, 1694:4, 1694:6, 1696:6, 1696:18, 1696:20
**textured** [1] - 1617:6
**THE** [312] - 1501:12, 1502:16, 1502:17, 1502:21, 1503:8, 1503:12, 1503:24, 1504:2, 1504:9, 1504:12, 1505:2, 1505:16, 1506:7, 1506:9, 1506:12, 1506:22, 1507:3, 1507:9, 1507:14, 1508:1, 1508:3, 1508:15, 1508:17, 1508:19, 1508:21, 1508:23, 1513:19, 1513:23, 1514:2, 1518:14, 1518:23, 1519:13, 1519:15, 1519:19, 1522:16, 1522:18, 1522:23, 1523:3, 1523:6, 1523:8, 1523:11, 1523:13, 1524:20, 1524:21, 1524:22, 1530:1, 1530:4, 1536:21, 1536:24, 1538:5, 1539:3, 1539:12, 1539:14, 1539:15, 1539:17, 1539:18, 1540:3, 1541:3, 1541:8, 1541:16, 1541:23, 1543:2, 1544:4, 1544:6, 1545:8, 1546:7, 1546:20,

1546:23, 1547:2, 1547:14, 1547:18, 1548:2, 1548:7, 1548:10, 1548:17, 1548:22, 1549:4, 1549:7, 1549:9, 1551:21, 1552:3, 1552:7, 1552:9, 1552:14, 1552:16, 1552:18, 1553:23, 1555:10, 1568:10, 1568:14, 1568:19, 1568:22, 1569:2, 1569:10, 1570:4, 1570:7, 1570:16, 1570:19, 1570:22, 1571:4, 1571:9, 1572:1, 1572:6, 1572:15, 1572:19, 1572:22, 1573:3, 1586:15, 1589:4, 1589:6, 1589:8, 1590:24, 1591:19, 1596:6, 1596:22, 1598:5, 1600:6, 1600:9, 1601:3, 1601:15, 1602:23, 1603:1, 1603:4, 1603:9, 1603:11, 1603:18, 1603:25, 1604:17, 1604:22, 1604:24, 1605:1, 1605:2, 1606:2, 1606:5, 1606:7, 1606:10, 1607:17, 1607:19, 1607:24, 1608:2, 1608:7, 1608:11, 1608:14, 1608:20, 1609:4, 1609:8, 1610:2, 1610:6, 1610:13, 1610:18, 1610:20, 1610:22, 1610:24, 1611:2, 1612:7, 1614:24, 1616:16, 1616:18, 1616:19, 1618:10, 1618:12, 1619:14, 1619:21, 1619:23, 1620:2, 1621:2, 1621:6, 1621:11, 1621:13, 1621:15, 1621:19, 1623:16, 1624:1, 1624:3, 1624:20, 1629:23, 1634:21, 1634:23, 1634:24, 1635:15, 1635:18, 1635:19, 1638:23, 1638:25, 1639:8, 1639:12, 1640:1, 1640:6, 1640:8, 1640:20, 1640:22, 1640:24, 1641:1, 1641:3, 1641:6, 1641:9, 1641:23, 1641:25, 1642:6, 1642:8, 1642:10, 1648:14, 1658:1, 1658:24, 1659:5, 1659:8, 1659:11, 1678:20, 1678:24, 1678:25, 1679:5, 1679:6, 1679:8, 1697:2, 1697:4, 1702:22, 1702:24, 1708:21, 1709:1, 1709:7, 1709:10, 1709:17, 1710:6, 1711:13, 1713:1, 1713:3, 1713:5, 1713:7, 1713:9, 1713:12, 1714:10, 1714:15, 1715:7, 1715:9, 1715:11, 1716:2, 1717:1, 1717:3, 1718:1, 1718:5, 1719:14, 1721:7, 1721:16, 1722:11, 1722:17, 1722:24, 1723:6, 1723:11, 1723:16, 1723:20, 1723:23, 1723:25, 1724:6, 1724:9, 1724:16, 1724:21, 1725:6, 1725:21, 1726:10, 1726:12, 1726:15, 1726:20, 1726:22, 1726:24, 1727:3, 1727:5, 1727:7, 1727:11, 1727:14, 1727:16, 1727:21, 1727:24, 1728:2, 1728:5, 1728:7, 1728:11, 1728:13, 1728:16, 1728:19, 1728:22, 1728:25, 1729:3, 1729:6, 1729:9, 1729:14, 1729:17, 1730:1, 1730:3, 1730:14, 1730:20, 1731:7, 1731:9, 1731:15, 1731:17, 1731:21, 1731:25, 1732:5, 1732:7, 1732:14, 1732:16, 1732:23, 1733:10, 1733:15, 1733:18, 1734:3, 1734:12, 1734:20, 1734:23, 1735:1, 1735:4, 1735:6,

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 272 of 275 PageID #:
06122023 US v McMahon et al. 21-cr-265 (PKC)
4285
35

1735:8
**themselves** [2] - 1645:7, 1657:1
**therefore** [2] - 1598:19, 1625:11
**they've** [1] - 1714:20
**thinking** [7] - 1505:8, 1505:12, 1715:5, 1718:15, 1719:12, 1719:13, 1719:14
**thinks** [3] - 1732:1, 1732:8, 1732:9
**third** [11] - 1558:21, 1560:17, 1561:3, 1619:12, 1667:13, 1684:9, 1692:9, 1692:15, 1723:8, 1733:22
**thoughts** [3] - 1721:2, 1721:4
**thousand** [1] - 1514:2
**thousands** [3] - 1512:19, 1614:11, 1702:4
**three** [56] - 1521:22, 1522:11, 1554:8, 1558:13, 1572:8, 1598:10, 1613:10, 1618:20, 1618:22, 1622:15, 1627:10, 1629:2, 1630:20, 1631:3, 1631:4, 1631:11, 1631:19, 1633:15, 1634:14, 1635:7, 1635:12, 1635:24, 1638:12, 1649:24, 1649:25, 1660:15, 1660:19, 1661:1, 1667:12, 1667:14, 1671:13, 1671:19, 1672:19, 1672:25, 1673:17, 1674:17, 1676:5, 1676:21, 1677:6, 1677:14, 1677:18, 1680:8, 1682:18, 1684:9, 1688:2, 1689:5, 1690:10, 1692:4, 1692:15, 1693:9, 1699:5, 1703:14, 1705:2, 1723:5, 1723:6
**three-and-a-half** [1] - 1692:4
**three-day** [1] - 1613:10
**throughout** [7] - 1514:14, 1615:11, 1616:9, 1662:10, 1665:25, 1670:15, 1725:24
**thumb** [1] - 1633:16
**Thursday** [2] - 1714:24, 1716:20
**ticket** [2] - 1577:9, 1581:14
**tiny** [1] - 1719:10
**tip** [4] - 1521:5, 1631:6, 1631:8, 1631:10
**Title** [2] - 1525:12, 1641:17
**title** [14] - 1524:13, 1524:18, 1526:24, 1533:24, 1534:4, 1552:25, 1611:14, 1611:23, 1642:18, 1658:5, 1669:24, 1673:6, 1687:15
**titled** [2] - 1583:22, 1588:9
**titling** [3] - 1565:11, 1565:13, 1575:16
**TMR** [5] - 1579:18, 1579:20, 1579:21, 1579:22, 1580:5
**today** [19] - 1505:22, 1505:25, 1506:17, 1506:18, 1524:8, 1533:15, 1543:21, 1545:2, 1553:17, 1554:13, 1554:17, 1572:10, 1573:24, 1589:14, 1603:17, 1646:7, 1652:20, 1711:15, 1716:3
**together** [10] - 1589:3, 1625:12, 1625:15, 1631:19, 1636:6, 1663:15, 1674:21, 1677:16, 1682:1, 1692:20
**toll** [5] - 1653:10, 1653:20, 1654:1, 1654:8, 1654:14
**tomorrow** [20] - 1504:1, 1571:17, 1571:20, 1579:17, 1579:18, 1579:24, 1714:3, 1715:7, 1716:4, 1716:12,

1721:14, 1721:18, 1722:20, 1724:19, 1729:7, 1729:19, 1732:18, 1733:1, 1733:3, 1735:8
**tonight** [2] - 1718:2, 1722:8
**took** [1] - 1705:6
**tools** [1] - 1634:4
**top** [66] - 1531:4, 1533:23, 1534:3, 1544:17, 1548:18, 1555:16, 1558:25, 1560:24, 1563:2, 1563:15, 1564:8, 1564:24, 1565:22, 1566:20, 1567:6, 1575:3, 1575:7, 1577:7, 1578:2, 1578:11, 1580:16, 1580:20, 1581:13, 1582:9, 1583:1, 1584:9, 1585:19, 1586:13, 1587:20, 1591:23, 1593:13, 1594:12, 1595:8, 1596:7, 1598:6, 1598:9, 1598:10, 1598:20, 1599:14, 1600:3, 1617:19, 1626:14, 1626:17, 1627:10, 1629:2, 1629:4, 1631:8, 1632:20, 1636:6, 1661:9, 1661:21, 1661:23, 1668:4, 1668:16, 1669:2, 1669:25, 1671:18, 1673:12, 1679:21, 1682:20, 1686:15, 1687:13, 1693:1, 1696:10, 1703:5, 1707:6
**top-and-bottom** [1] - 1598:6
**topic** [1] - 1568:12
**torn** [2] - 1625:16, 1625:18
**total** [10] - 1560:1, 1590:17, 1590:19, 1597:3, 1597:16, 1597:20, 1600:3, 1638:11, 1723:14
**totals** [1] - 1588:24
**touch** [4] - 1616:11, 1634:16, 1684:2, 1725:16
**touched** [3] - 1516:4, 1617:4, 1617:8
**touches** [2] - 1616:22, 1616:25
**touching** [2] - 1515:3
**towards** [32] - 1558:25, 1563:17, 1564:8, 1575:3, 1575:7, 1575:19, 1576:21, 1577:15, 1577:20, 1578:2, 1578:3, 1578:8, 1578:11, 1587:20, 1587:24, 1590:15, 1591:23, 1592:3, 1592:7, 1592:13, 1593:1, 1594:5, 1594:12, 1596:6, 1634:20, 1659:16, 1666:9, 1672:11, 1675:2, 1686:22, 1686:25, 1700:16
**towel** [1] - 1617:24
**Tower** [1] - 1664:4
**tower** [39] - 1649:14, 1649:15, 1649:18, 1653:10, 1653:20, 1654:1, 1654:8, 1654:14, 1656:25, 1657:14, 1660:22, 1661:7, 1663:20, 1671:7, 1671:10, 1671:24, 1672:17, 1672:18, 1674:5, 1674:13, 1677:25, 1680:5, 1681:3, 1681:9, 1692:23, 1693:7, 1693:19, 1693:25, 1697:13, 1698:3, 1698:21, 1699:1, 1699:8, 1699:18, 1700:15, 1700:19, 1700:20, 1701:10
**towers** [3] - 1665:23, 1692:21, 1692:23
**traditional** [4] - 1660:21, 1661:3, 1661:7, 1662:19
**traffic** [1] - 1661:22

**train** [1] - 1643:8
**trained** [2] - 1643:3, 1643:6
**trainers** [1] - 1613:12
**training** [14] - 1511:9, 1511:11, 1511:14, 1613:3, 1613:6, 1613:14, 1613:20, 1613:22, 1643:9, 1643:11, 1643:24, 1645:3, 1645:7, 1658:9
**transaction** [23] - 1528:19, 1529:10, 1532:20, 1532:21, 1532:22, 1535:6, 1535:12, 1535:18, 1550:4, 1550:5, 1551:5, 1551:10, 1589:22, 1598:14, 1598:23, 1599:1, 1599:5, 1599:9, 1599:10, 1605:16, 1605:17, 1674:8
**transactions** [7] - 1532:25, 1588:21, 1588:25, 1589:14, 1599:20, 1599:24, 1600:2
**Transcript** [1] - 1502:10
**TRANSCRIPT** [1] - 1501:11
**transcript** [4] - 1506:25, 1571:7, 1607:11, 1609:3
**Transcription** [1] - 1502:10
**transfer** [6] - 1563:10, 1566:18, 1586:5, 1586:7, 1588:17, 1590:1
**Transfer** [1] - 1605:3
**transferred** [1] - 1589:25
**translate** [2] - 1660:11, 1730:6
**translation** [4] - 1556:15, 1607:9, 1607:11, 1607:15
**Translation** [1] - 1604:15, 1605:4, 1605:12, 1605:20, 1605:21
**translator** [1] - 1612:8
**transmissions** [1] - 1647:5
**Transperfect** [11] - 1554:10, 1555:22, 1556:23, 1561:13, 1562:3, 1603:23, 1604:1, 1604:14, 1605:11, 1605:20, 1605:21
**TransperfectNY@gmail.com** - 1555:23, 1556:11
**travel** [1] - 1524:8
**traveling** [3] - 1564:7, 1686:25, 1687:1
**trial** [6] - 1506:13, 1508:9, 1508:11, 1544:22, 1725:24, 1728:8
**TRIAL** [1] - 1501:11
**Trial** [1] - 1501:22
**triangle** [1] - 1631:18
**triangular** [3] - 1631:20, 1660:24, 1660:25
**tried** [1] - 1690:2
**trillion** [3] - 1522:4, 1522:5, 1522:6
**trimester** [1] - 1615:14
**TRNS_INIT** [1] - 1535:3
**true** [17] - 1541:23, 1554:1, 1554:9, 1554:12, 1591:3, 1591:7, 1603:22, 1607:1, 1607:6, 1653:8, 1653:18, 1653:24, 1654:6, 1654:12, 1691:23, 1698:6, 1717:23
**truly** [1] - 1721:4
**trusting** [3] - 1527:7, 1527:9, 1527:12
**trustworthy** [1] - 1571:25
**try** [6] - 1505:11, 1538:24, 1618:10,

1633:22, 1634:16, 1709:5
**trying** [1] - 1660:12
**Tu** [3] - 1641:20, 1701:25, 1702:3
**TUNG** [36] - 1502:4, 1502:6, 1506:11, 1513:21, 1513:25, 1519:11, 1522:22, 1529:22, 1549:8, 1555:9, 1572:20, 1591:18, 1596:21, 1602:25, 1603:7, 1603:10, 1603:15, 1604:4, 1606:1, 1607:23, 1614:21, 1621:14, 1629:22, 1640:23, 1648:12, 1658:23, 1713:6, 1724:4, 1724:7, 1724:10, 1725:1, 1725:14, 1729:16, 1733:17, 1735:7, 1736:14
**Tung** [25] - 1549:7, 1602:24, 1603:3, 1603:6, 1603:13, 1604:17, 1606:2, 1621:13, 1640:22, 1658:24, 1713:4, 1713:5, 1714:6, 1714:7, 1723:25, 1724:24, 1729:25, 1732:1, 1732:7, 1732:8, 1732:18, 1733:10, 1733:15, 1734:21, 1735:6
**Tunnel** [2] - 1688:12, 1691:17
**turn** [10] - 1504:2, 1520:24, 1532:17, 1533:22, 1659:22, 1662:15, 1666:4, 1675:9, 1675:18, 1692:11
**Turning** [1] - 1626:12
**turning** [3] - 1528:15, 1534:13, 1595:20
**Turnpike** [1] - 1688:13
**tweak** [2] - 1721:23, 1721:24
**tweaks** [3] - 1717:22, 1717:24, 1721:17
**twins** [4] - 1514:15, 1515:23, 1615:16, 1615:17
**two** [83] - 1506:23, 1514:11, 1515:12, 1515:13, 1515:24, 1516:20, 1517:6, 1517:7, 1517:11, 1521:15, 1531:8, 1531:9, 1541:5, 1553:22, 1553:25, 1556:5, 1558:22, 1559:4, 1563:16, 1574:9, 1579:24, 1584:14, 1589:21, 1598:9, 1598:11, 1605:9, 1608:4, 1608:13, 1608:16, 1611:17, 1613:13, 1618:5, 1619:5, 1619:17, 1621:11, 1622:22, 1625:3, 1631:21, 1632:12, 1633:13, 1634:13, 1635:2, 1635:7, 1635:12, 1635:24, 1643:14, 1645:5, 1645:6, 1649:2, 1659:22, 1662:20, 1665:6, 1665:8, 1667:3, 1668:18, 1668:21, 1668:24, 1670:20, 1671:3, 1671:8, 1673:1, 1676:24, 1677:3, 1678:14, 1680:1, 1680:9, 1683:6, 1683:22, 1684:8, 1686:9, 1687:1, 1687:17, 1687:22, 1695:10, 1696:18, 1705:2, 1705:14, 1710:25, 1717:7, 1723:7, 1733:5, 1733:22
**Two** [1] - 1695:11
**two-week** [1] - 1645:5
**twofold** [1] - 1527:5
**type** [10] - 1526:21, 1532:18, 1533:25, 1534:7, 1565:1, 1575:13, 1589:25, 1631:17, 1632:19, 1661:8
**types** [3] - 1525:21, 1526:17, 1660:19
**typically** [2] - 1514:13, 1718:10

**typo** [1] - 1607:10

# U

**U.S** [6] - 1501:19, 1553:9, 1556:14, 1556:15, 1599:12, 1653:9
**U.S.A** [2] - 1557:7, 1606:17
**uh-hum** [1] - 1686:12
**ULF** [2] - 1627:13, 1627:18
**ultimate** [1] - 1522:7
**ultimately** [2] - 1504:7, 1644:10
**unavailable** [1] - 1505:9
**under** [29] - 1525:12, 1529:1, 1559:24, 1565:8, 1565:13, 1567:11, 1567:15, 1567:17, 1575:16, 1575:18, 1576:16, 1576:18, 1582:19, 1584:4, 1584:22, 1588:11, 1588:16, 1592:5, 1593:17, 1593:18, 1593:20, 1595:15, 1595:18, 1595:22, 1613:9, 1628:20, 1671:24, 1672:17, 1695:24
**Under** [3] - 1562:14, 1562:21, 1566:17
**underneath** [5] - 1535:17, 1560:1, 1566:6, 1575:21, 1685:18
**Underneath** [1] - 1557:18
**understood** [6] - 1531:12, 1725:24, 1728:18, 1731:6, 1731:8, 1732:6
**undertaken** [1] - 1608:23
**unfettered** [1] - 1616:11
**unfortunately** [6] - 1505:21, 1506:1, 1507:22, 1508:8, 1508:10, 1685:17
**unintentional** [1] - 1616:11
**unique** [8] - 1514:16, 1515:15, 1515:22, 1519:3, 1615:4, 1615:5, 1615:19, 1656:23
**Unit** [8] - 1509:9, 1509:11, 1509:12, 1509:13, 1517:19, 1645:24, 1646:11, 1657:7
**unit** [8] - 1509:17, 1551:8, 1611:22, 1623:13, 1625:12, 1625:17, 1630:9, 1644:4
**UNITED** [3] - 1501:1, 1501:3, 1501:12
**United** [18] - 1501:5, 1501:15, 1501:18, 1552:23, 1553:5, 1640:16, 1641:17, 1703:17, 1703:20, 1703:25, 1704:22, 1705:23, 1706:25, 1707:1, 1707:17, 1708:4, 1708:16, 1711:16
**Universal** [1] - 1660:7
**University** [4] - 1511:5, 1511:8, 1613:1, 1613:2
**unknown** [2] - 1521:23, 1522:12
**unless** [1] - 1531:15
**unredacted** [1] - 1659:4
**unsigned** [1] - 1734:18
**Unsolved** [1] - 1627:12
**unsolved** [1] - 1627:20
**unused** [1] - 1556:17
**unusual** [1] - 1636:8
**up** [80] - 1503:5, 1505:13, 1510:18, 1515:19, 1517:18, 1520:22, 1523:4, 1527:23, 1533:6, 1534:16, 1535:25,

1538:3, 1543:2, 1547:3, 1548:18, 1549:13, 1549:21, 1549:23, 1550:15, 1550:16, 1557:8, 1563:22, 1564:2, 1575:1, 1583:24, 1584:8, 1584:21, 1585:8, 1585:9, 1586:24, 1587:5, 1587:10, 1587:14, 1588:24, 1589:7, 1597:16, 1601:13, 1602:2, 1603:25, 1606:11, 1610:11, 1610:15, 1617:24, 1619:23, 1621:16, 1623:12, 1628:15, 1631:6, 1631:10, 1635:7, 1635:25, 1636:2, 1644:7, 1645:13, 1649:10, 1649:11, 1649:23, 1651:12, 1653:6, 1660:12, 1661:7, 1662:3, 1664:10, 1675:10, 1683:23, 1688:22, 1702:11, 1709:5, 1710:18, 1711:14, 1712:2, 1712:14, 1716:13, 1716:22, 1721:17, 1721:24, 1724:18, 1729:3, 1731:4, 1732:3
**upcoming** [1] - 1695:3
**upper** [14] - 1557:11, 1559:20, 1561:6, 1561:8, 1564:25, 1576:7, 1583:8, 1592:3, 1593:10, 1599:6, 1676:11, 1676:19, 1696:3, 1696:22
**upper-left** [1] - 1593:10
**upright** [1] - 1635:16
**USD** [1] - 1586:6
**user** [17] - 1528:19, 1529:7, 1529:8, 1529:10, 1530:17, 1531:3, 1532:20, 1532:21, 1532:23, 1532:24, 1533:1, 1533:18, 1533:20, 1534:8, 1534:15, 1535:17, 1536:10
**user's** [1] - 1529:12
**uses** [3] - 1651:2, 1678:15, 1678:17
**Utah** [1] - 1612:25
**UTC** [1] - 1660:7

# V

**value** [1] - 1632:4
**variables** [1] - 1615:18
**various** [18] - 1553:18, 1637:5, 1643:16, 1643:19, 1645:23, 1646:9, 1647:8, 1651:21, 1660:19, 1660:23, 1667:15, 1673:1, 1692:23, 1692:24, 1703:19, 1704:25, 1712:9, 1712:10
**vault** [3] - 1517:19, 1517:23, 1623:13
**Vehicle** [19] - 1524:12, 1524:14, 1524:16, 1524:23, 1525:17, 1525:18, 1525:25, 1526:25, 1527:15, 1528:22, 1528:25, 1529:11, 1529:14, 1529:17, 1530:24, 1532:19, 1538:22, 1551:1, 1551:4
**vehicle** [18] - 1524:18, 1524:19, 1526:15, 1526:23, 1526:24, 1532:3, 1536:14, 1536:15, 1536:16, 1536:17, 1536:18, 1536:19, 1544:20, 1544:23, 1545:2, 1545:14, 1550:13
**verdict** [1] - 1722:9
**Verification** [1] - 1622:9
**verification** [3] - 1622:23, 1623:2,

1623:3
**verified** [1] - 1638:16
**Verizon** [7] - 1643:17, 1645:8, 1654:13, 1659:21, 1665:8, 1665:12, 1666:1
**version** [6] - 1506:24, 1623:21, 1659:3, 1659:4, 1686:8, 1691:11
**vicinity** [49] - 1669:19, 1669:23, 1670:6, 1673:1, 1673:9, 1674:18, 1675:12, 1675:16, 1676:9, 1677:15, 1677:18, 1677:19, 1678:11, 1679:17, 1680:21, 1681:15, 1681:18, 1682:3, 1682:7, 1686:1, 1686:2, 1686:19, 1686:23, 1688:6, 1688:15, 1689:5, 1689:12, 1689:14, 1690:24, 1691:17, 1692:1, 1695:6, 1696:23, 1697:15, 1697:20, 1697:24, 1698:22, 1699:6, 1699:9, 1699:16, 1700:6, 1700:13, 1700:18, 1700:24, 1701:2, 1701:10, 1702:15, 1710:17, 1712:13
**victim** [2] - 1646:1, 1707:3
**victims** [2] - 1506:24, 1608:5
**Video** [2] - 1610:4
**video** [10] - 1506:20, 1507:1, 1606:9, 1607:14, 1607:16, 1608:18, 1609:2, 1609:5, 1609:6, 1610:3
**videos** [5] - 1506:23, 1607:4, 1608:4, 1608:13, 1609:1
**videotape** [1] - 1608:3
**VIN** [2] - 1526:3, 1536:15
**Vincent** [3] - 1571:3, 1709:13, 1709:22
**violation** [1] - 1732:20
**violations** [1] - 1647:16
**Violent** [2] - 1642:23, 1647:14
**Virginia** [3] - 1509:10, 1611:20, 1614:6
**virtually** [1] - 1514:9
**visible** [1] - 1616:15
**visits** [1] - 1512:10
**visual** [2] - 1656:12, 1668:9
**visually** [11] - 1643:6, 1662:18, 1663:1, 1668:18, 1670:4, 1672:19, 1673:15, 1679:14, 1683:15, 1692:14
**voir** [1] - 1513:19
**voluntarily** [1] - 1726:17

## W

**W-H-E-E-L-E-R** [1] - 1642:9
**wait** [4] - 1569:7, 1586:8, 1724:22, 1725:12
**waiting** [2] - 1572:2, 1621:3
**waive** [7] - 1725:17, 1729:20, 1731:4, 1731:12, 1732:9, 1732:11
**waived** [1] - 1734:10
**walk** [6] - 1533:4, 1667:10, 1670:11, 1674:5, 1676:17, 1696:6
**walkie** [3] - 1646:24, 1646:25, 1647:1
**walkie-talkie** [2] - 1646:25, 1647:1
**walkie-talkies** [1] - 1646:24
**walking** [1] - 1589:19
**wants** [2] - 1606:9, 1724:10

**Warren** [25] - 1518:20, 1667:4, 1679:17, 1680:1, 1680:21, 1681:15, 1682:3, 1682:7, 1683:6, 1684:24, 1685:7, 1685:14, 1686:3, 1686:19, 1699:9, 1699:16, 1700:6, 1700:13, 1700:21, 1700:25, 1701:3, 1701:7, 1701:8, 1702:15, 1710:18
**washed** [1] - 1617:14
**Washington** [1] - 1501:21
**water** [1] - 1649:1
**watered** [1] - 1649:1
**ways** [2] - 1514:19, 1618:5
**wearing** [1] - 1514:23
**weather** [1] - 1508:6
**Web** [2] - 1584:5, 1585:7
**WebEx** [1] - 1704:4
**WeChat** [4] - 1651:3, 1651:7, 1651:12, 1698:14
**wedge** [1] - 1662:25
**Wednesday** [6] - 1556:3, 1571:21, 1714:25, 1715:8, 1716:15, 1716:19
**week** [9] - 1508:11, 1586:7, 1643:18, 1645:5, 1645:14, 1645:15, 1645:19, 1714:21
**weekend** [2] - 1503:5, 1508:5
**weeks** [1] - 1615:15
**weighing** [1] - 1517:11
**weight** [2] - 1525:23, 1536:18
**Wesleyan** [1] - 1613:2
**West** [2] - 1511:5, 1667:20
**west** [1] - 1684:23
**Westchester** [1] - 1665:23
**wet** [1] - 1617:13
**WhatsApp** [4] - 1650:16, 1651:3, 1651:7, 1698:13
**whatsoever** [2] - 1600:17, 1726:6
**wheeler** [10] - 1647:20, 1648:8, 1654:17, 1655:6, 1656:4, 1658:2, 1659:12, 1663:14, 1665:4, 1666:5
**Wheeler** [13] - 1641:24, 1642:8, 1642:17, 1648:18, 1670:11, 1677:21, 1679:12, 1686:6, 1691:20, 1697:7, 1697:13, 1703:2, 1712:19
**WHEELER** [2] - 1642:4, 1736:18
**WHEREUPON** [1] - 1735:10
**whirl** [3] - 1618:25, 1631:17, 1632:19
**whirl-type** [2] - 1631:17, 1632:19
**whistleblower** [1] - 1525:15
**white** [4] - 1597:2, 1618:9, 1674:11, 1685:17
**whole** [3] - 1684:3, 1714:18, 1734:16
**wholly** [1] - 1722:5
**wide** [1] - 1619:6
**willing** [1] - 1729:19
**wiped** [2] - 1617:12, 1617:19
**wire** [6] - 1563:18, 1563:20, 1586:20, 1586:22, 1588:17, 1590:1
**Wire** [1] - 1566:18
**wishes** [1] - 1551:25

**withdrawn** [4] - 1537:23, 1538:14, 1602:8, 1705:10
**witness** [72] - 1503:11, 1503:15, 1504:4, 1505:9, 1505:19, 1505:20, 1507:12, 1507:14, 1507:25, 1508:13, 1508:18, 1509:1, 1522:25, 1523:5, 1523:7, 1524:2, 1527:21, 1527:24, 1532:12, 1539:24, 1546:5, 1549:3, 1552:6, 1552:7, 1552:11, 1552:12, 1568:21, 1569:3, 1569:9, 1569:20, 1571:2, 1571:22, 1572:25, 1596:3, 1603:7, 1604:4, 1604:19, 1604:24, 1606:7, 1610:7, 1610:16, 1610:19, 1611:4, 1621:15, 1621:17, 1621:24, 1624:2, 1624:18, 1629:7, 1629:9, 1641:2, 1641:3, 1641:4, 1641:23, 1642:1, 1642:3, 1642:4, 1657:23, 1713:10, 1714:11, 1717:17, 1718:6, 1718:9, 1718:15, 1719:5, 1720:12, 1720:25, 1723:8, 1724:5, 1724:8, 1733:22, 1733:23
**WITNESS** [17] - 1508:21, 1523:11, 1524:21, 1539:14, 1539:17, 1552:16, 1604:22, 1605:1, 1610:22, 1616:18, 1618:12, 1634:23, 1635:18, 1640:8, 1642:8, 1709:7, 1736:3
**Witness** [5] - 1552:11, 1572:25, 1606:6, 1642:3, 1701:16
**witnesses** [12] - 1506:17, 1506:18, 1571:18, 1572:8, 1714:14, 1718:12, 1719:21, 1722:19, 1723:3, 1724:19, 1733:9, 1733:20
**woke** [1] - 1644:7
**womb** [1] - 1615:9
**wondered** [1] - 1505:3
**wonderful** [3] - 1508:5, 1568:16, 1716:23
**WONG** [4] - 1502:2, 1502:20, 1723:22, 1723:24
**Wong** [2] - 1723:20, 1735:4
**words** [4] - 1558:22, 1631:6, 1635:16, 1726:2
**worries** [1] - 1524:22
**worth** [5] - 1683:14, 1684:3, 1720:7, 1730:21, 1734:15
**wrinkly** [1] - 1615:24
**write** [3] - 1612:13, 1670:2, 1690:3
**writing** [11] - 1557:11, 1558:13, 1560:7, 1626:10, 1626:23, 1626:25, 1717:12, 1717:13, 1717:23, 1718:2, 1722:3
**written** [10] - 1511:15, 1561:6, 1581:19, 1668:11, 1670:21, 1671:20, 1671:21, 1671:22, 1685:17, 1707:15
**wrote** [4] - 1570:22, 1669:6, 1706:11, 1722:7

## X

**X-U** [1] - 1558:8
**Xiao** [1] - 1641:21

Case 1:21-cr-00265-PKC    Document 272    Filed 07/18/23    Page 275 of 275 PageID #:
4298
06122023 US v McMahon, et al. 21-cr-265 (PKC)
38

**Xu** [10] - 1558:6, 1567:19, 1567:20, 1604:21, 1605:3, 1606:16, 1606:17, 1641:20
**XU** [4] - 1558:7, 1567:20, 1606:16, 1606:18

## Y

**Y-A-O** [1] - 1561:22
**Yan** [3] - 1566:25, 1567:12, 1585:24
**Yao** [1] - 1561:21
**yard** [1] - 1648:24
**year** [21] - 1511:24, 1512:15, 1512:16, 1518:6, 1536:15, 1547:5, 1565:18, 1575:23, 1591:5, 1591:9, 1591:25, 1593:15, 1594:13, 1595:13, 1613:9, 1613:22, 1702:19, 1702:20, 1703:13, 1709:16, 1709:17
**yearly** [2] - 1512:10, 1613:23
**years** [10] - 1504:24, 1510:8, 1512:9, 1539:2, 1547:15, 1611:17, 1612:17, 1642:21, 1643:13, 1660:22
**yellow** [6] - 1668:1, 1669:8, 1693:23, 1695:19, 1695:24, 1696:24
**yes/no** [2] - 1534:25, 1536:18
**YNB58G** [1] - 1536:3
**Yong** [7] - 1502:5, 1553:12, 1561:20, 1605:15, 1605:22, 1641:19, 1720:2
**YONG** [1] - 1501:8
**Yongqiang** [1] - 1641:21
**YORK** [1] - 1501:1
**York** [24] - 1501:6, 1501:15, 1501:16, 1502:2, 1502:5, 1502:8, 1552:24, 1553:6, 1557:6, 1581:25, 1639:4, 1642:24, 1645:9, 1647:8, 1648:2, 1661:5, 1664:19, 1665:9, 1665:19, 1667:15, 1703:18, 1704:1, 1705:24
**yourself** [2] - 1533:14, 1539:3

## Z

**Zebin** [2] - 1571:10, 1641:19
**zeros** [3] - 1522:1, 1522:3, 1522:6
**Zhai** [1] - 1641:21
**Zhang** [2] - 1572:16, 1572:17
**ZHENG** [10] - 1501:8, 1726:11, 1726:21, 1727:4, 1728:1, 1728:4, 1728:6, 1728:10, 1728:12, 1728:15
**Zheng** [27] - 1502:1, 1518:8, 1519:6, 1520:20, 1520:25, 1521:11, 1521:23, 1522:9, 1522:12, 1553:13, 1628:3, 1628:8, 1628:17, 1628:22, 1628:24, 1633:17, 1638:3, 1638:14, 1640:17, 1641:19, 1710:15, 1711:18, 1726:10, 1726:20, 1727:3, 1727:24
**Zheng's** [3] - 1521:19, 1549:5, 1639:23
**ZHU** [25] - 1501:8, 1726:14, 1726:23, 1727:6, 1728:18, 1728:21, 1728:24, 1729:2, 1729:5, 1729:8, 1729:13, 1730:2, 1730:13, 1730:19, 1731:6,

1731:8, 1731:14, 1731:16, 1731:20, 1731:24, 1732:4, 1732:6, 1732:13, 1732:15, 1732:22
**Zhu** [57] - 1501:9, 1502:5, 1553:12, 1561:20, 1567:12, 1567:18, 1572:16, 1572:19, 1573:16, 1579:11, 1605:22, 1641:19, 1641:21, 1670:4, 1671:19, 1672:6, 1672:23, 1673:18, 1674:1, 1674:9, 1674:13, 1674:17, 1675:20, 1676:24, 1677:2, 1677:15, 1678:11, 1681:21, 1687:5, 1688:4, 1688:5, 1688:11, 1688:14, 1688:15, 1690:16, 1691:15, 1691:25, 1692:1, 1692:8, 1692:21, 1692:25, 1693:4, 1693:16, 1693:17, 1693:18, 1694:5, 1696:21, 1699:3, 1726:13, 1726:22, 1727:5, 1728:16, 1729:17, 1731:2, 1733:12
**Zhu's** [20] - 1605:15, 1673:8, 1674:3, 1675:14, 1676:21, 1677:5, 1677:12, 1677:24, 1678:16, 1680:10, 1687:9, 1688:6, 1689:9, 1690:21, 1691:1, 1691:18, 1695:5, 1695:11, 1696:12, 1696:16
**zone** [2] - 1660:4, 1660:9
**Zoom** [6] - 1557:9, 1558:25, 1564:24, 1565:22, 1566:20, 1567:6
**zoom** [34] - 1530:13, 1531:7, 1549:19, 1550:3, 1555:16, 1556:19, 1558:12, 1559:18, 1560:17, 1561:3, 1562:13, 1563:2, 1563:14, 1574:7, 1575:3, 1575:4, 1576:7, 1577:5, 1578:2, 1578:16, 1581:21, 1582:1, 1582:9, 1583:1, 1584:9, 1585:19, 1587:20, 1591:22, 1594:12, 1596:6, 1598:8, 1598:9
**zoomed** [5] - 1603:13, 1630:21, 1632:25, 1685:6, 1686:8
**ZYZY996@sina.com** [1] - 1555:23