

U.S. Department of Justice

United States Attorney
Eastern District of New York

IC
F. #2017R00906

271 Cadman Plaza East
Brooklyn, New York 11201

January 15, 2025

By Email and ECF

The Honorable Pamela K. Chen
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Zhu Yong
       Criminal Docket No. 21-265 (PKC)

Dear Judge Chen:

  In light of today's sentencing hearing in the above-captioned case, the government respectfully moves to dismiss the outstanding charges in the underlying indictment filed on May 12, 2021, ECF No. 54, pending against defendant Zhu Yong.

  Should the Court have any questions, please do not hesitate to contact me.

            Respectfully submitted,

            CAROLYN POKORNY
            Acting United States Attorney

       By:  /s/ Irisa Chen
            Irisa Chen
            Assistant U.S. Attorney
            (718) 254-6124

cc: Clerk of the Court (PKC) (by ECF)
   Counsel of Record (by ECF)